**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 12-3001 GAF (VBKx)<br><br>**NOTICE TO COUNSEL OF EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**Hon. Gary Allen Feess** |

Pursuant to local rules, the undersigned counsel for Plaintiff attempted to contact counsel for Defendants to give notice of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue, as follows:

-1-

<u>Counsel for Energizer Holdings, Inc.</u>

Michael C. Pophal, Esq. (michaelc.pophal@energizer.com)
Energizer Holdings, Inc.
25225 Detroit Road
Westlake, OH 44145
Telephone: (440) 835-8158

On May 10, 2012 in the morning, counsel for Plaintiff attempted to contact Mark S. LaVigne, Esq., General Counsel for Energizer Holdings, Inc., at his office at (314) 985-2000. Counsel for Plaintiff left a detailed message on Mr. LaVigne's voice mail box advising him of the ex parte application and the relief sought. The undersigned counsel for Plaintiff sent an e-mail in the afternoon to Mr. LaVigne confirming the voice message and attaching the proposed Order submitted herewith. Shortly after sending the e-mail, Michael C. Pophal, Esq, Assistant General Counsel for Energizer, replied to the e-mail and instructed that all future correspondence be directed to him. The undersigned counsel for Plaintiff inquired in a further reply e-mail as to whether Energizer intends to oppose the motion, but has not received an immediate response from Mr. Pophal.

<u>Counsel for Performance Designed Products LLC</u>

Daniel N. Yannuzzi, Esq. (dyannuzzi@sheppardmullin.com)
Steven M. Hanle, Esq. (shanle@sheppardmullin.com)
Gray M. Buccigross (gbuccigross@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, CA 92626
Telephone: (714) 513-5100

On May 10, 2012 in the morning, counsel for Plaintiff attempted to contact Nicholas R. Simmons, Esq., Executive Vice President & General Counsel of Performance Designed Products, LLC, at his office at (323) 325-9559. Counsel

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 | for Plaintiff left a detailed message on Mr. Simmons's voice mail box advising |
| 2 | him of the ex parte application and the relief sought, and later sent an e-mail to |
| 3 | Mr. Simmons confirming the same and attaching the proposed Order submitted |
| 4 | herewith.  Subsequently, counsel for Plaintiff received a call from Steven M. |
| 5 | Hanle, Esq. of Sheppard Mullin Richter & Hampton LLP (Costa Mesa, CA).  Mr. |
| 6 | Hanle stated that his firm represents Defendant Performance Designed Products, |
| 7 | LLC ("PDP"), and that he was calling on behalf of his client.  The undersigned |
| 8 | counsel for Plaintiff advised Mr. Hanle of the ex parte application, the grounds |
| 9 | therefor, and the relief sought.  Mr. Hanle stated that PDP opposes the ex parte |
| 10 | application and will file an opposition on Tuesday, May 15, 2012.  The |
| 11 | undersigned counsel for Plaintiff advised Mr. Hanle that he agrees to that |
| 12 | timetable. |

DATED: May 10, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By ___/s/ Art Hasan___
    Art Hasan

Attorneys for Plaintiff,
Nyko Technologies, Inc.

CHRISTIE, PARKER & HALE, LLP