**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No.  CV 12-3001 GAF (VBKx)<br><br>**DECLARATION OF CHRIS ARBOGAST IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**Hon. Gary Allen Feess** |

I, Chris Arbogast, declare as follows:

1. I am the Director of Marketing at Nyko Technologies, Inc. ("Nyko"). I have personal knowledge of the contents of this declaration and, if called as a witness, could and would competently testify thereto.

CHRISTIE, PARKER & HALE, LLP

2. I am familiar with the video game industry and the marketing of video game accessories. I have a background in online marketing, video game retail, and computer science, and more than nine years of experience in the industry. I became employed at Nyko in March 2004 as a Marketing Associate, and I have been Nyko's Director of Marketing since December 2007.

3. Nyko specializes in designing, developing and distributing innovative products for interactive entertainment, computing, consumer electronics, portable audio, as well as online and wireless technologies. Nyko directly distributes its products through major U.S. and Canadian retailers, and also distributes its products through intermediaries worldwide.

4. When I first joined Nyko as a marketing associate, I was charged with handling the company's website and online marketing efforts, and I have marketed various controllers and interfaces for video game consoles since 2004. Since then, I have come to oversee all aspects of Nyko's brand, including advertising, public relations, social media outreach, website content, sales support, and tradeshow coordination. During the past five years, I helped Nyko launch many popular branded products, such as the Intercooler™, Charge Station™, and the award-winning Wand™.

5. Nyko is the owner of multiple patents in the U.S. and abroad directed to its innovative products, including U.S. patent no. 8,143,848 ("the '848 patent"), entitled "Video Game Controller Charging System Having a Docking Structure," which issued on March 27, 2012. Nyko sells video game controller charging systems covered by the '848 patent, including a line of charging systems for Microsoft's Xbox 360® video game controllers, known as the Charge Base 360s for Xbox 360® (the "Charge Base 360"), and a line of charging systems for Sony's PlayStation® 3 video game controllers, known as the Charge Base(3) for

CHRISTIE, PARKER & HALE, LLP

the PS3 (the "Charge Base PS3").

6. The Xbox 360® and PlayStation® 3 game consoles are highly successful products that enjoy tremendous popularity with consumers. Nyko's Charge Base products are also extremely popular as an accessory to these game consoles, as the Charge Base products enable consumers to support and charge multiple hand-held video game controllers simultaneously, without having to remove the battery packs from the controllers, and without dangling cords and connectors. The charging systems also eliminate the extra cost and waste of disposable batteries. Nyko's Charge Base products have garnered critical acclaim for its innovative and desirable features. Attached as Exhibits A and B are true and correct copies of reviews of Nyko's Charge Base products from Gerry Block of IGN Entertainment, a division of News Corp.

7. The vast majority of Nyko's sales of its video game controller charging systems --in excess of 90%-- are at "brick & mortar" retail establishments, including Best Buy, Target, Game Stop, and Walmart. The remainder of Nyko's sales are internet sales.

8. Nyko's Charge Base 360 product is the top-selling 3rd party controller charger product in the video game console accessory industry, and is currently Nyko's #1 selling product. To date, Nyko has sold more than one million Charge Base products for Xbox 360®. By comparison, Nyko's Charge Base PS3 products have struggled, with sales of only about 100,000 units across multiple versions, due to heavy competition from Energizer/PDP's infringing products.

9. Energizer and PDP sell charging systems for hand-held controllers used with the Xbox 360 and PlayStation 3 video game consoles under the following trademarks: Energizer® "Power & Play®" Charging System for Xbox

360® and Energizer® "Power & Play®" Charging Systems for PlayStation® 3. The products are sold in direct competition with Nyko's patented Charge Base products, and without Nyko's permission. Recently the products have supplanted Nyko's products on shelves at approximately 1,000 Target stores, and are slated to replace Nyko's products at approximately 3,250 Walmart stores, causing irreparable injury to Nyko.

10. Sales at large retail stores such as Walmart are critical to Nyko's continued success in the marketplace. Nyko's Charge Base 360S for the Xbox 360 video game controllers was selected by Walmart during November/December meetings in 2010, and was introduced in May 2011 at about 3,250 Walmart stores. The product has sold an average of 2,810 units per week at Walmart, for a total of about 146,000 units at Walmart Stores around the country.

11. To manage product distribution, large retail establishments such as Walmart and Target select vendors months in advance and reserve shelf space for the products they intend to carry. For example, Walmart's merchandising department uses a modular "planogram" twice a year to select vendors and identify the products that will be carried in coming months. Thus, in October of a given year, vendors are given an opportunity to present a case why their products should be carried by Walmart in the coming Spring. By December, an initial decision is generally reached, giving the vendor four to five months to get ready for actual sales of the vendor's products at Walmart stores in the coming year. Similarly, in the last part of June or early July, vendors are given an opportunity to present their case for keeping existing items on store shelves and offering new ones for the Fall lineup, with an announcement typically being made by the end of July and actual sales beginning in roughly October of a given year.

12. In December 2011, Walmart initially notified Nyko that it would no

CHRISTIE, PARKER & HALE, LLP

longer carry Nyko's Charge Base 3 for PS3 and Nyko's Charge Base 360s for Xbox 360, the number one selling 3rd party video game controller charging accessory in the industry.  Instead, Walmart announced that it would carry only the Energizer/PDP charging systems --for the Sony PlayStation® 3, Microsoft Xbox 360®, and Nintendo Wii® game controllers-- starting in the spring of 2012. Nyko has made numerous, substantial and ongoing efforts to ask Walmart to reconsider its position, but it has been unsuccessful to date.  Among other things, Nyko provided a copy of the '848 patent to Walmart shortly after the patent issued on March 27, 2012.  In April 2012, Nyko filed the Complaint in this suit and scheduled a meeting with Walmart's representatives to discuss the patent. Among other communications, Nyko's sales representative flew to Arkansas to Walmart's headquarters and made an in person presentation to Walmart's buyer representative that illustrated the basis for Nyko's infringement claims.  Based on these discussions, Nyko believed that Walmart would reconsider its decision to replace Nyko's products.  Although discussions continued, Walmart has not indicated whether it will change its decision.  Just yesterday, on May 9, 2012, Nyko received notice from Walmart's buyer representative that he will not make a decision himself at this time but instead will refer the matter to Walmart's legal department for further review.   He stated, however, that Walmart would of course abide by any court order that affected replacement of the products.

13.   Separate from Walmart, to date Nyko's charging systems have already been displaced by infringing Energizer/PDP products at approximately 1,000 Target stores.

14.   The displacement of Nyko's charging bases for the Xbox 360® and PS3 game controllers at approximately 3,250 Walmart stores appears imminent. By the end of this month, Walmart has informed Nyko that Nyko's products will be removed from the video game accessories shelves at Walmart stores around

the country, and replaced with the infringing Energizer/PDP products. Walmart will mark down the price of existing Nyko inventory by 50% and reshelf the products at undesirable locations in Walmart stores. Nyko will presumably have another opportunity in early June to make a pitch for adding its products for the Fall lineup, but Nyko will be placed in the backup position to PDP if its products are displaced at the end of this month. In addition to the disruption to Nyko's business at the end of May, if Nyko unsuccessfully competes with PDP in early June for the Fall lineup, this will further seriously disrupt Nyko's business, as over half of Nyko's sales happen in the fourth quarter of the year.

15. If Nyko can enjoin Energizer and PDP from selling infringing products, it can likely halt the displacement of its products at Walmart stores around the country. In general, large retail businesses like Walmart require their vendors to refrain from selling products that infringe the intellectual property of others. Walmart and similar businesses want to carry popular products, but they are selective about the number of vendor product lines they carry. The disruption of Nyko's business can be stopped if the infringing Energizer/PDP alternatives are not available to replace the Nyko products.

16. Once shelf space is lost at a large retail establishment, it is very difficult to regain it. Walmart tends to favor the incumbent and, for a given product category, prefers to offer one company's product line over multiple companies' product lines. Their decisions in stock keeping unit (SKU) management and inventory control reflect this. If Nyko can stop the unauthorized sales of product by Energizer/PDP, Nyko may be able to arrest the continuing erosion of its goodwill and position in the industry, to the benefit of the consumers of video game accessories throughout the United States. If Nyko is unable to stop the unauthorized sales by Energizer and PDP, Nyko will suffer grave and irreparable harm to its reputation and position in the industry.

CHRISTIE, PARKER & HALE, LLP

17. By way of example, it took Nyko three years of continuous effort to position its Charge Base products on the shelves at Walmart. If Energizer and PDP are allowed to displace Nyko's products with infringing goods, then the opportunity for Nyko to ever get its products back on Walmart's shelves is called into serious question, and Nyko may not be able to regain valuable shelf space for years, if ever.

18. If Energizer and PDP are permitted to continue selling infringing products at Walmart and elsewhere, Nyko will be irreparably harmed in a number of ways. First, if Nyko loses its ability to sell its products at Walmart or other big retail stores, the tremendous goodwill of Nyko, built up over a number of years, will be hurt, and its standing in the industry will suffer. Second, in addition to actual loss of products sales, the amount of money available for product development for the next generation of products will be lost. The loss of these additional funds for development will not only affect Nyko's next generation of video game controller charging products, but all future Nyko products as well. Without the revenue, Nyko will be behind in all categories of video game accessories, most of which are not directed to charging systems as described in the '848 patent. Thus, the development disadvantage Nyko will suffer going forward cannot be remedied by damages paid after the fact. Competitors such as PDP who have copied Nyko's products have comparatively miniscule research and development costs, and will continue to erode Nyko's market share, at great cost to Nyko.

19. If Nyko's products are not available at large retail establishments such as Walmart, Nyko's visibility to consumers will greatly decrease. When Nyko spends its marketing dollars, the cost per product that its marketing department is forced to spend will go up. Also, the cost of carrying inventory and the impact of the cost on component goods (factories, etc.) will also increase.

CHRISTIE, PARKER & HALE, LLP

20. There are at least three distinct advantages enjoyed by companies like PDP who copy an existing design/technology instead of developing one from the ground up. These advantages relate to market viability, design conception/solving problems, and reverse engineering.

21. The first is determining the viability of that particular product or genre of products in the market place. Until Nyko introduced game controller chargers in the patented configuration as a category of video game accessories, there were none on the market. Nyko took a significant risk (initial investment in tooling, prototypes, design, etc.) on designing these products with the hope there would be a need for them that would spur sales at retail. Competitors, like PDP, can sit back and wait until Nyko launches its products, see which ones sell well compared to ones that need to be closed out at a loss, and then create their own versions of only the successful one, thereby avoiding any of the risk. Nyko was the first to market with controller chargers, which were a commercial success. Quickly thereafter, competing products with similar designs began to pop up everywhere, looking to take away a portion of Nyko's business.

22. The second benefit to waiting is avoiding the costs and trial and error associated with developing the ideal method of making the product as user friendly and usable as possible. Nyko has to pay internal staff, engineers, and factories to find flaws with initial designs and develop ways to improve them in order to generate the best possible product. For example, up until Nyko created its Charge Base for Xbox 360, all the charging methods that existed, including those from first party manufacturers (Microsoft, Sony, etc.) and Nyko, were based around charging the batteries independently or using cables to charge the controllers separately. Nyko was the first company to design a charging dock that would recharge the batteries inside the controller, using methods described in our patent, instead of needing to remove them. The Charge Base quickly became the

CHRISTIE, PARKER & HALE, LLP

bestselling 360 controller charger and, within months, similar designs started appearing from competitors.

23. Another example is Nyko's Charge Base products for PS3. Our initial entry in this market was a 4-port charger. Ultimately, Nyko determined that the size of the unit and cost were not viable in the market, compared to a 2-port solution. It required substantial cost and effort in designing, tooling, packaging, shipping, and launching two separate PS3 charging SKUs (stock keeping units) to determine the most viable approach for the user. Nyko's competitors entered the market with 2-port charging solutions after Nyko, without needing to launch numerous costly variants to test the market. Nyko had unintentionally done that for them.

24. Lastly, a competitor like PDP can save not only money, but also time by reverse engineering Nyko's design and circuitry rather than developing its own. There is a great deal of time and effort that is spent in developing the design and circuitry associated with charging products. Nyko had to go through several steps of trial and error in the design development phase to determine the proper chipset to use, what type of battery to use, etc. An example of this is that the PS3 controller will only charge at a certain current. Nyko had to figure out what that was, which components can deliver that current effectively, and how to lay out a PCB board in a manner that would pass certification. All that work can be avoided if you have a sample of Nyko's product that you can send to a factory that they can use to copy. Reverse engineering just the charging circuitry alone can save a competitor months of time. If a console launches in Q4, and Nyko takes 6-8 months to design a charger from scratch in order to launch it before the following summer, a competitor who simply copies Nyko's technology can turn around a competing product in a fraction of the time in order to be on shelves in time for the holiday season and start encroaching on Nyko's business.

CHRISTIE, PARKER & HALE, LLP

25. On June 5-7, 2012, "E3" (Electronic Entertainment Expo), the world's premier trade show for computer and video games and related accessories, will be held at the Los Angeles Convention Center. Nyko has invested hundreds of thousands of dollars to prepare for and appear at the exposition. PDP is also scheduled to be present at E3, as is evident from the E3 Exhibitor Directory found at the E3 website, www.e3expo.com. A true and correct copy of an excerpt from the Exhibitor Directory is attached hereto as Exhibit C.

26. If PDP is permitted to sell or offer for sale the infringing Energizer/PDP charging systems at E3, Nyko will suffer additional injury to its reputation, its goodwill among consumers, and its market share.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2012 in Los Angeles, California.

By _____
Chris Arbogast

# EXHIBIT A



# CES 2007: Nyko Charge Base PS3
Keeps up to 4 PS3 pads fully charged.

**by Gerry Block** JANUARY 9, 2007

Nyko is also out to address the hassle associated with keeping SIXAXIS controllers fully charged. The Charge Base seats four PS3 controllers and keeps them charged via a wall outlet and six-foot cord. Suggested retail pricing shall be $39.99.

**More From CES**
Best of CES 2012 Awards
CES 2012: The Year of the Ultrabook
Best of CES 2012 Award Nominees

by Gerry Block

Popular IGN Videos

# EXHIBIT B



# Nyko Charge Base 360 Review
New cradle style charger put to the test.

**by Gerry Block** JUNE 13, 2008

**BECOME A FAN OF IGN**

The current console generation's establishment of wireless controllers as standard equipment is certainly nice for minimizing clutter and allowing tidy entertainment cabinet arrangements. The one big downside, however, is that fact that every controller in the house is now plowing through AA-batteries. Even ignoring the environmental issues associated with rabid battery use, the need for a rechargeable solution is obvious, as there's nothing more frustrating than getting torn from a game in progress by battery failure and discovering you don't have any spares. Stealing the batteries from the TV-remote is not a long term solution for issue.

A few rechargeable options do exist for the Xbox 360, like Microsoft's own 360 Quick Charge Kit and Nyko's Charge Station 360 (review), but both of these solutions require the battery packs to be removed from the controllers for charging. This can lead to hassle if you're lazy, as you'll be out of luck if you drain both batteries and fail to remember to recharge them.





Nyko has now returned to the product category with a new approach to the problem in the form of the Charge Base 360. The new product's cradle design addresses many of the shortcomings of the battery pack chargers, as its obviously much easier to remember to toss a controller in a cradle than to pop the battery packs out every time you wrap up a gaming session. The system is reliant upon the pair of 1800-mAh NiMH

rechargeable packs Nyko includes with each Charge Base 360. They fit in the controller just like regular battery packs, but thanks to exposed power contact points on the back side, they're able to draw power from the Charge Base the second a controller is popped in.

On the front end of the Charge Base itself, a pair of indicator lights show charging status for each controller residing in the cradle. Red means charging, green means charged, and thankfully, the lights eventually turn off altogether when the controllers are topped up with juice. Nyko states that the Charge Base 360 will completely charge a single controller in 150-minutes, and two empty controllers in 280-minutes.



We put our review units to work, and were pleased to see they did their job just as they should. We experimented to see if we could cause any problems by dropping activated controllers into the charger, but nothing went wrong. We were also pleased to find that the controllers sit in the Charge Base 360 firmly, and don't require owners to position them 'just so' to get the contact points lined up.

Nyko's Charge Base 360 will be appearing at retail imminently, priced at $39.99. 360-white will be standard, though for a limited time, Nyko is offering a limited-edition black and gold model on the Nyko online store. Only 200-limited edition units will be sold, and refreshingly, Nyko doesn't charge a premium for them. Regardless of color, the $39.99 price point is $10 more than chargers that require the battery packs to be removed from the controllers. We'd say that's pretty acceptable, as the convenience provided by a cradle is far superior to such lesser options.

by Gerry Block     Like Confirm   Tweet 0    +1 0

Popular IGN Videos

# EXHIBIT C

June 5-7, 2012 | Los Angeles Convention Center     Select Language ▼     Search

Already Exhibiting?   **SIGN IN**

# SHOW INFO

## About E3

E3 is the world's premier trade show for computer and video games and related products. The show is owned by the Entertainment Software Association (ESA), the U.S. association dedicated to serving the business and public affairs needs of the companies, publishing interactive games for video game consoles, handheld devices, personal computers, and the Internet. For more information, please visit www.E3Expo.com or www.TheESA.com.

### E3 2012

E3 takes place June 5-7, 2012, at the Los Angeles Convention Center.

E3 draws tens of thousands of professionals to experience the future of interactive entertainment. The most influential people leading the most innovative companies in the business attend E3 to see groundbreaking new technologies and never-before-seen products for computers, video game consoles, handheld systems, mobile, and the Internet.

| DATE | HOURS |
|---|---|
| Tuesday, June 5, 2012 | 12:00PM - 6:00PM |
| Wednesday, June 6, 2012 | 10:00AM - 6:00PM |
| Thursday, June 7, 2012 | 10:00AM - 5:00PM |

### Who Attends

In 2012, leading computer and video game companies, business partners, media and industry analysts from over 100 countries will converge on the Los Angeles Convention Center.

E3 2012 will welcome software developers, buyers and retailers, programmers, distributors, entertainment industry representatives, financiers and venture capitalists, importers and exporters, manufacturers, resellers, researchers, educators, financial and industry analysts and worldwide electronic and print media.

### Ownership and Operation

E3 is owned and operated by the ESA, which is dedicated to serving the needs of the companies publishing interactive games for video game consoles, handheld devices, personal computers, and the Internet. The ESA offers services to interactive entertainment software publishers including a global anti-piracy program, business and consumer research, government relations and First Amendment and intellectual property protection efforts.

**Show Info**
About E3
About The ESA
E3 2012 Show Hours
Frequently Asked Questions
2012 Sponsors and Partners
Exhibitor List
Show Floor
Attendee Housing And Travel

The Entertainment Software Association (ESA) is the U.S. association exclusively dedicated to serving the business and public affairs needs of companies that publish computer and video games for video game consoles, personal computers, and the Internet.

CONNECT WITH US



SEARCH ESRB RATING SUMMARIES NOW

E3 STORE

E3 PHOTO GALLERY

E3 VIDEOS

EXHIBIT C
Page 14

June 5-7, 2012 | Los Angeles Convention Center

Already Exhibiting? **SIGN IN**

# Exhibitor Directory



## ALPHABETICAL SEARCH "N"

**Browse Exhibitor Name by Letter**

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Show All

**LEGEND**
Featured Exhibitors   Videos   Photos   First Looks

**Filter My Results**

☐ Featured Exhibitors

☐ Exhibitors With Multimedia

Category: Select Category
State: Select State
Country: Select Country

Filter Results

| EXHIBITORS (7) | | | |
|---|---|---|---|
| Exhibitor Name | Booth(s) | Legend | Add to Planner |
| NAMCO BANDAI Games America Inc. | 1637 | | ⊕ |
| Natsume, Inc. | 515 | | ⊕ |
| Némopolis | 447 | ◉ | ⊕ |
| NeocoreGames | OFMR4113 | ◉ | ⊕ |
| Nintendo of America Inc. | 4822, OFMR5244 | | ⊕ |
| NVIDIA Corporation | OFMR8601 | | ⊕ |
| Nyko Technologies | 5000 | | ⊕ |

EXHIBIT C
Page 15

June 5-7, 2012 | Los Angeles Convention Center

Already Exhibiting?  **SIGN IN**

## Exhibitor Directory



### ALPHABETICAL SEARCH "P"

**Browse Exhibitor Name by Letter**
# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z   Show All

**LEGEND**
Featured Exhibitors   Videos   Photos   First Looks

**Filter My Results**
☐ Featured Exhibitors
☐ Exhibitors With Multimedia

Category: Select Category
State: Select State
Country: Select Country

Filter Results

| EXHIBITORS (12) | | | |
|---|---|---|---|
| Exhibitor Name | Booth(s) | Legend | Add to Planner |
| Paradox Interactive | OFMR4000 | ⊙ | ⊕ |
| Perfect World (Beijing) | 5630 | | ⊕ |
| Perfect World Entertainment | 4512 | | ⊕ |
| Performance Designed Products | 5212 | | ⊕ |
| PIXWOO | OFMR8105 | | ⊕ |
| Plastic Piranha | 2259 | | ⊕ |
| Playseat | 5622 | ⊙ | ⊕ |
| PlaySpan, a Visa company | OFMR8804 | | ⊕ |
| Pole To Win | OFMR8200 | | ⊕ |
| Power A | 5222 | | ⊕ |

EXHIBIT C
Page 16