JOHN D. CARPENTER, CA Bar No. 145154
john.carpenter@cph.com
S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 12-3001 GAF (VBKx)<br><br>**DECLARATION OF JASON C. MARTONE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hon. Gary A. Feess |

I, Jason C. Martone, hereby declare:

1. I am an attorney at Christie, Parker & Hale, LLP. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto.

2. I am registered to practice in the United States Patent and Trademark Office (Patent Office) and I am the attorney of record for U.S. patent no. 8,143,848 ("the '848 patent"). I prosecuted the patent application that ultimately issued as the '848 patent.

3. The '848 patent issued on March 27, 2012. Shortly thereafter, pursuant to my firm's customary practice, the cover page and claims of the patent were proofed for accuracy. Two errors were discovered, both of which originated at the Patent Office: In column 15, claim 1, line 50, the words "bays, and" was mistakenly printed as "hays" and in column 16, claim 12, line 26, "DC" was mistakenly printed as ":DC".

4. When these errors were brought to my attention, I promptly caused a Request for Certificate of Correction to be prepared and filed with the Patent Office, a true and correct copy of which is attached hereto as Exhibit A. I signed the Request, which was filed with the Patent Office on April 3, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9 day of May, 2012 in Glendale, California.

By _/s/ Jason C. Martone_
Jason C. Martone

# EXHIBIT A

PATENT
61070/N220

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on April 3, 2012 at or before 11:59 p.m. Pacific Time under the Rules of 37 CFR § 1.8.*

_____
M. Ena Ellis

| | |
|---|---|
| U.S. Patent No. : 8,143,848 | Confirmation No. 7006 |
| Issued : March 27, 2012 | |
| Inventor(s) : Amir Navid | |
| Application No. : 12/044,295 | |
| Filed : March 7, 2008 | |
| Title : VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE | |

## REQUEST FOR CERTIFICATE OF CORRECTION

Office of Certificates of Correction                                        Post Office Box 29001
Commissioner for Patents                                                      Glendale, CA 91209-9001
P.O. Box 1450                                                                           April 3, 2012
Alexandria, VA 22313-1450

Commissioner:

Attached is a proposed Certificate of Correction to correct errors by the Patent Office appearing in the above-referenced patent. The errors are identified in detail in the proposed certificate, and the corresponding text in the application is located as follows:

| **Location in Patent** | **Location in Application** |
|---|---|
| Column 15, Claim 1, line 50 | Amendment dated January 17, 2012, page 2, claim 1, line 15. |
| Column 16, Claim 12, line 26 | Amendment dated January 17, 2012, page 4, old claim 13, line 2. |



EXHIBIT A
PAGE 3

-2-

**Patent No. 8,143,848**

    Approval of this certificate is respectfully requested.

                                         Respectfully submitted,

                                         CHRISTIE, PARKER & HALE, LLP

                                         By _____
                                                Jason C. Martone
                                                Reg. No. 59,469
                                                626/795-9900

JCM/mee
Enclosures: Certificate of Correction

MEE PAS1168113.1-*-04/3/12 3:41 PM



EXHIBIT A
PAGE 4

PTO/SB/44 (09-07)
Approved for use through 08/31/2010. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page __1__ of __1__

PATENT NO.       :  8,143,848
APPLICATION NO.: 12/044,295
ISSUE DATE       :  March 27, 2012
INVENTOR(S)     :  Amir Navid

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>In the Claims</u>

Column 15, Claim 1, line 50            Delete "hays"
                                       Insert -- bays, and --

Column 16, Claim 12, line 26           Delete ":DC"
                                       Insert -- DC --

MAILING ADDRESS OF SENDER (Please do not use customer number below):

Christie, Parker & Hale, LLP
P.O. Box 7068
Pasadena, CA  91109-7068

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



EXHIBIT A
PAGE 5