JOHN D. CARPENTER, CA Bar No. 145154
john.carpenter@cph.com
S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No.  CV 12-3001 GAF (VBKx)<br><br>**DECLARATION OF JOHN D. CARPENTER IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br><br>Hon. Gary A. Feess |

I, John D. Carpenter, hereby declare:

1. I am a partner at Christie, Parker & Hale, LLP.  I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated April 5, 2012 from Warren Bleeker, a partner of our firm, to Gayle G.

-1-

1  Stratmann, Vice President and General Counsel of defendant Energizer Holdings,
2  Inc., and Nicholas R. Simmons, Executive Vice President and General Counsel of
3  defendant Performance Designed Products, Inc.  In the letter, Mr. Bleeker
4  enclosed the Complaint for patent infringement and a copy of the newly issued
5  patent, and demanded on behalf of Nyko that the defendants voluntarily cease and
6  desist from marketing and selling the products accused of infringement in this
7  suit, namely, the Energizer® Power & Play® for 360 Charging System and the
8  Energizer® Power & Play® for PS3 Charging System.  To the best of my
9  knowledge, our firm has received no response from either Energizer or PDP to
10 Nyko's demand.

11      Executed this 10th day of May, 2012 in Glendale, California.

                                By _____
                                   John D. Carpenter

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A



**CHRISTIE | PARKER | HALE LLP**
Leaders in Intellectual Property Law

GLENDALE OFFICE
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Post Office Box 29001
Glendale, CA 91209-9001
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

April 5, 2012

<u>**Via Fax and Email**</u>
(314) 985-2223; nick.simmons@pdp-usa.com

Gayle G. Stratmann, Esq.
Vice President and General Counsel
ENERGIZER HOLDINGS, INC.
533 Maryville University Drive
St. Louis, Missouri 63141

Nicholas R. Simmons, Esq.
Executive Vice President & General Counsel
PERFORMANCE DESIGNED PRODUCTS LLC
14144 Ventura Blvd., Suite 200
Sherman Oaks, California 91423

Re:   *Nyko Technologies, Inc. v. Energizer Holdings, Inc. and Performance Designed Products, LLC,* **Case No. CV12-03001-GAF (VBKx)** (U.S.D.C., Central District of California)
CPH Ref. N220:100.4

Dear Ms. Stratmann and Mr. Simmons:

   We write as a matter of professional courtesy to inform you that we have filed the attached Complaint on behalf of our client Nyko Technologies, Inc. against Energizer Holdings, Inc. and Performance Designed Products LLC for infringement of Nyko's U.S. Patent 8,143,848, entitled "Video Game Controller Charging System Having a Docking Structure."

   Nyko is willing to withhold formal service of the Complaint if your companies agree within the next 10 days to promptly take steps to cease and desist from further infringement of the '848 patent. The products in question at this time include the Energizer® Power & Play for 360 Charging System and Energizer® Power & Play for PS3 Charging System.

James B. Christie   (1904-1959)
Robert L. Parker    (1920-1980)
C. Russell Hale     (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
G. Warren Bleeker
Daniel R. Kimbell
Gabriel Fitch
Tiffany A. Parcher
Steven E. Lauridsen
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee
Eric C. Arnell
Dustin R. Szakalski

**Of Counsel**
Walter G. Maxwell
Richard A. Wallen

**Patent Agents**
Nicole Ballew Chang, Ph.D.

EXHIBIT A
Page 3



ENERGIZER HOLDINGS, INC.
PERFORMANCE DESIGNED PRODUCTS LLC
April 5, 2012
Page 2


If we do not hear from you within the noted timeframe, Nyko will assume that your companies are not inclined to settle this matter amicably at this time, and we will move forward to formally serve the Complaint.

Sincerely,

G. Warren Bleeker

GWB/srd
Enclosure
cc:   John D. Carpenter, Esq.
      Art Hasan, Esq.

SRD PAS1168529.1-*-04/5/12 5:17 PM

EXHIBIT A
Page 4

