**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No.  CV 12-3001 GAF (VBKx)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>**Hon. Gary Allen Feess** |

I hereby certify that on May 10, 2012 I electronically filed the documents described as:

1. Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue; Memorandum of Points and Authorities in Support Thereof;

2. Notice to Counsel of Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary

Injunction Should Not Issue;

3. Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Re: Preliminary Injunction;

4. Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Re: Preliminary Injunction;

5. Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Re: Preliminary Injunction;

6. Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Re: Preliminary Injunction; and

7. [Proposed] Order Granting Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Re: Preliminary Injunction

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have consented to electronic service via the CM/ECF system.

I further certify that I have served a true copy of the documents via e-mail and first class mail to the non-ECF participants addressed as follows:

| | |
|---|---|
| Michael C. Pophal, Esq.<br>ENERGIZER<br>25225 Detroit Road<br>Westlake, Ohio 44145-2536<br>MichaelC.Pophal@energizer.com | Steven M. Hanle, Esq.<br>Daniel N. Yannuzzi, Esq.<br>Gray M. Buccigross, Esq.<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626<br>shanle@sheppardmullin.com<br>dyannuzzi@sheppardmullin.com<br>gbuccigross@sheppardmullin.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on May 10, 2012 at Glendale, California.

/s/ Stacey Dawson
Stacey Dawson

CHRISTIE, PARKER & HALE, LLP

3