LINK: 9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03001 GAF (VBKx) | Date | May 11, 2012 |
|---|---|---|---|
| Title | NYKO Technologies Inc v. Energizer Holdings Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**        **(In Chambers)**

**ORDER RE: TEMPORARY RESTRAINING ORDER**

The Court is in receipt of Plaintiff's _ex parte_ application for a temporary restraining order and order to show cause re: preliminary injunction. (Docket No. 9 [App. for TRO].) The application seeks to restrain Defendants Energizer Holdings Inc. ("Energizer Holdings") and Performance Designed Products LLC ("Performance") from selling or offering for sale at Walmart stores throughout the United States and at the Electronic Entertainment Expo ("E3") scheduled to be held in Los Angeles from June 5–7, 2012, a line of video game accessories—charging systems for Xbox 360 and PlayStation 3 video game controllers—that allegedly infringe Plaintiff's U.S. Patent No. 8,143,848 (the "'848 Patent"), which issued on March 27, 2012. (Id. at i.) Defendants are hereby **ORDERED** to file their response(s), if any, to Plaintiff's application **no later than 5:00 p.m. on Tuesday, May 15, 2012**.

Plaintiff is ORDERED to serve this Minute Order on Defendant by the close of business today.

**IT IS SO ORDERED.**