**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No.  CV 12-3001 GAF (VBKx)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>**Hon. Gary Allen Feess** |

I hereby certify that on May 11, 2012 that I have served a true copy of Court Docket No. 16, dated May 11, 2012, and titled In Chambers Civil Minutes Order Re: Temporary Restraining Order via e-mail and first class mail to the non-ECF participants addressed as follows:

Michael C. Pophal, Esq.
ENERGIZER
25225 Detroit Road
Westlake, Ohio 44145-2536
MichaelC.Pophal@energizer.com

Steven M. Hanle, Esq.
Daniel N. Yannuzzi, Esq.
Gray M. Buccigross, Esq.
SHEPPARD MULLIN RICHTER &
HAMPTON LLP

-1-

|   |   |
|---|---|
| 1 | 650 Town Center Drive, 4th Floor |
| 2 | Costa Mesa, California 92626 |
|   | shanle@sheppardmullin.com |
| 3 | dyannuzzi@sheppardmullin.com |
|   | gbuccigross@sheppardmullin.com |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on May 11, 2012 at Glendale, California.

                                        /s/ Stacey Dawson
                                            Stacey Dawson

CHRISTIE, PARKER & HALE, LLP

-2-