1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2 |    Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
3 | dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
4 | gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
5 | San Diego, California 92130-2006
Telephone: 858.720.8900
6 | Facsimile: 858.509.3691
shanle@sheppardmullin.com
7 |
8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
Including Professional Corporations
9 | STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
10 | 650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
11 | Telephone: 714.513.5100
Facsimile: 714.513.5130
12 |
Attorneys for Defendants,
13 | Performance Designed Products LLC and
Energizer Holdings, Inc.
14 |

15 |                       UNITED STATES DISTRICT COURT

16 |                       CENTRAL DISTRICT OF CALIFORNIA

17 |

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, | Case No. CV12-03001 |
| Plaintiff, | **DECLARATION OF THOMAS ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TRO** |
| v. | The Hon. Gary A. Feess |
| ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, | [Complaint Filed: April 5, 2012] |
| Defendant. | |

     Thomas Roberts declares as follows.

     1.    I have been the Senior Executive Vice President and Chief Technical Officer of defendant Performance Designed Products LLC ("PDP") since 2005. I

1  make this declaration in support of defendants' opposition to plaintiff Nyko's

2  application for a temporary restraining order.  Except as stated herein, I have

3  personal knowledge of the facts stated herein and can competently testify thereof.

4         2.      I have a degree in Design Engineering & Technology from Brigham

5  Young University.  Following an eight-year career at General Dynamics/Hughes

6  Aircraft as an Engineering Specialist (Electro-Mechanical), I went on to help start

7  Mad Catz, Inc., a top-tier video game accessories company.  I have approximately

8  18 years of direct experience in the video gaming segment of the consumer

9  electronics industry, including in research and development, product development,

10 operations, licensing, sales and marketing.

11        3.      PDP has a long history of innovation in video gaming accessories,

12 including bringing new and original products to market, as well as innovative

13 modifications to existing products.  PDP was the industry leader in bringing the

14 highly popular AFTERGLOW® series of lighted controllers and video game

15 accessories to market, as well as innovating the look, feel, and overall gamer

16 experience for a variety of popular video game accessories, including for the

17 Nintendo® DS line of handheld games, Nintendo Wii®, Microsoft Xbox 360®,

18 Sony PlayStation® 3.  Some specific examples of PDP's innovations are:

19    • A universal stylus (patented design, fits all recent models of Nintendo DS
         handheld video games)
20    • Foam video game controllers (first ever video game controller made out of
21       soft foam, for easy gripping and damage resistance)
22    • A "trick" controller (patented video game controller allowing a combination
         of moves to be programmed into a single button)
23

24 I am informed and believe that PDP has at least sixteen (16) issued design and

25 utility patents, and forty-three (43) additional patent applications pending.

26        4.      PDP also respects the intellectual property rights of third parties, and in

27 addition to developing its own intellectual property, PDP has licensed patented

28

technology and trademarks from notable third parties, including Disney, Hasbro, Marvel, MTV, the NBA, Konami, Warner Bros., Microsoft, Sony, and Nintendo.

5.     For more than 10 years, PDP has been developing and selling innovative charging systems and battery systems for video games.  Based on company documents, I know that starting as early as 2001 or 2002, PDP sold charging docks for the Nintendo GameBoy Color system.  As new and different systems were released by Nintendo, Sony and Microsoft, PDP has consistently continued to develop new charging systems.  For example, in a 2004 Walmart sales presentation, PDP showed its charging dock system for the handheld Sony PSP system.  A true and correct copy of that 2004 presentation is attached hereto as Exhibit A.  A true and correct copy of the PDP's 2005 presentation to Walmart is attached hereto as Exhibit B, showing PDP's Charge 'N Go for GameBoy Advance.

6.     Throughout the 2000s, it was natural for PDP to start working on charging systems as soon as the latest generation of video gaming systems were announced or appeared on the market.  At least as early as August 2006, PDP spent considerable effort designing a charging system for two PS3 wireless controllers.  Attached hereto as Exhibit C are true and correct copies of five of design drawings and sketches (out of literally dozens available) of this 2006 charging system.

7.     PDP ultimately modified its design for the PS3 charging system to essentially the design sold today.  Based on the information presently available, the basic current design for the PS3 charging system was first displayed and promoted at the E3 trade show in June 2007, and the charging system was first shipped to a customer (branded "Pelican" – one of PDP's internal brands) in November 2007.  The same general design was modified and revised, and sold under the Energizer brand (based on a license between PDP and Energizer).  The Energizer-branded PS3 charger was launched in September 2008.

8.     Based on the information presently available, PDP's Xbox 360 charging system, with essentially the same external configuration as PDP's PS3 charging

1  system, was developed under PDP branding in late 2007, and first shipped as an

2  Energizer-branded product in September 2008.

3       9.    PDP developed its PS3 and Xbox 360 charging systems completely

4  independently from the design in the '848 patent. In fact, PDP was not even aware of

5  the '848 patent until Nyko began contacting PDP's customers on or around April 5,

6  2012, and informing them (prior to informing PDP) that Nyko had filed a lawsuit

7  against PDP.

8       10.    PDP started shipping both its PS3 and Xbox 360 Energizer-branded

9  chargers to Walmart in April 2009. PDP has been continuously selling its PS3

10  charging system to Walmart continuously from April 2009 to the present. It is

11  PDP's understanding that Walmart has been selling Nyko's charger for PS3

12  (alongside PDP's charger) for all or most of the time during which PDP's chargers

13  have been sold. Walmart made a decision to discontinue selling PDP's Xbox 360

14  charger in December 2009, and PDP stopped shipping this product to Walmart in

15  the first half of 2010.

16       11.    PDP has two entire engineering offices –in San Diego and in Hong

17  Kong – with approximately ten full-time employees dedicated almost exclusively to

18  engineering, research and development. In addition to these engineering employees,

19  PDP has literally dozens of other employees at its headquarters in California, and in

20  its office in Shenzhen, China, who are directly involved in product development, as

21  well as research and development of new products.

22       I declare under penalty of perjury that the foregoing is true and correct.

23

24       Executed this 15th day of May, 2012 at SAN DIEGO, California

25

26

27  Thomas Roberts

28