# EXHIBIT A



# HeadBanger Audio Station

AUDIO & CHARGING STATION FOR SONY® PSP™



| SET UP | |
|---|---|
| Item Number | PL-6006 |
| UPC Number | 7-08056-56006-5 |
| Inner CTN | 4 |
| Master CTN | 16 |

## HEADBANGER AUDIO

### PRODUCT HIGHLIGHTS

HeadBanger's PSP Audio Station is the ultimate accessory for your PSP gaming. The unit combines a high speed charging station with amazing HeadBanger Audio expansion speakers, perfect for gaming, watching movies or listening to music.



All the aforementioned information is for the sole use of Pelican Retail Partners and is not to be shared or distributed to competition or other related parties.





# Starter Kit
## STARTER KIT FOR SONY® PSP™






| SET UP | |
|---|---|
| Item Number | PL-6005 |
| UPC Number | 7-08056-56005-8 |
| Inner CTN | 4 |
| Master CTN | 16 |

## PRODUCT HIGHLIGHTS

Pelican's Starter Kit comes complete with everything you need for your PSP gaming on the go! Kit includes our DC car charger, high-quality earbuds, screen protector, microfiber lens cleaner, and our durable nylon padded All-in-One carry case with room for your PSP and up to six (6) UMDs.



All the aforementioned information is for the sole use of PELICAN Retail Partners and is not to be shared or distributed to competition or other related parties.





# Starter Kit II
## STARTER KIT FOR SONY® PSP™



| SET UP | |
|---|---|
| Item Number | PL-6013 |
| UPC Number | 7-08056-56013-3 |
| Inner CTN | 4 |
| Master CTN | 16 |

### PRODUCT HIGHLIGHTS

Pelican's Starter Kit comes complete with everything you need for your PSP Gaming! Kit includes a Car Adapter, High-quality Earbuds, Screen Protector, Micro-Fiber Lens Cleaner, Charge Cradle, and rubberized Body Skin to protect your PSP.


Console Protection GUARANTEE

All the aforementioned information is for the sole use of Pelican Retail Partners and is not to be shared or distributed to competition or other related parties.


PELICAN
Performance you can trust