# EXHIBIT B



**GAMEBOY® ADVANCE**

**Charge 'N Go**
Item #:** PL-799/Asst
**UPC #:** 7-08056-58099-5
**Inner Carton** 4
**Master Carton:** 24
**Availablity:** Current

# Charge 'N Go



Charge 'N Go Advance converts your GBA to a Rechargeable Gaming System, saving you hundreds of dollars in expensive AA batteries. Pelican's Charge Packs use High Grade Ni-MH rechargeable batteries, allowing you to recharge your Charge Pak at any time without the worry of reducing charge capacity. A spare Charge Pak is provided to further extend your playing time. Just pop in a Charge Pak, charge overnight and you are ready for hours of gaming fun.

- **Includes 2 rechargeable battery packs**

- **Saves money on costly batteries**

- **Over 20 hours of gameplay**



**Travel Charger**
**Item #:** PL-796
**UPC #:** 7-08056-58096-4
**Inner Carton:** 6
**Master Carton:** 48
**Availablity:** Current

# Travel Charger



Pelican's Travel Charger for Game Boy Advance & Game Boy Color is the best way to handle the power needs of your portable gaming system. Travel Charger comes with two charge packs giving you over 20 hours of play time when both packs are fully charged. A convenient charge tray charges the battery and also serves as a storage device for up to four games. Travel Charger is easy to use and saves you hundreds of dollars on the cost of AA batteries.

- **Saves money on costly batteries**
- **Over 20 hours of playtime**
- **Compatible with GBA and GBC**
- **Charging station stores 4 GBA or GBC games**

GAMEBOY® ADVANCE