# EXHIBIT C










