SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691
shanle@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendant. | Case No. CV12-03001 <br><br> **DECLARATION OF WILLIAM OTTE IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TRO** <br><br> The Hon. Gary A. Feess <br><br> [Complaint Filed:  April 5, 2012] |

William Otte declares as follows.

1.  I am the Senior Vice President of Sales and Marketing for defendant Performance Designed Products LLC ("PDP").  I make this declaration in support of

defendants' opposition to plaintiff Nyko's application for a temporary restraining order. I have personal knowledge of the facts stated herein and can competently testify thereo.

2. I have approximately 18 years of experience in sales and marketing of consumer electronics, including approximately 13 years at the vice president level. I have worked with Walmart as a customer for almost my entire career. I am familiar with the video game industry and the marketing and sales of video game accessories. I have an MBA in marketing from Michigan State University.

3. In December 2011, Walmart informed PDP that it had made the decision to consolidate its line of video game charging solutions, and thus it would again carry PDP's Energizer-branded Xbox 360 charger (which I understand was previously carried by Walmart in 2009 and 2010). Walmart recently started placing new orders with PDP for its Energizer® Power & Play Xbox 360 Charging System, and is continuing its orders of other charging products from PDP. I understand that Walmart has been selling PDP's Energizer® Power & Play for PS3 Charging System since 2008.

4. I have reviewed the Declaration of Chris Arbogast submitted by Nyko (DE 12). Based on my experience with Walmart, Mr. Arbogast's statements regarding the actions Walmart may take in the future under various circumstances are completely speculative, and he would not be in a position to predict Walmart's actions. For example, Mr. Arbogast cannot know about Walmart's future pricing or shelf placement of Nyko's charger products (see DE 12 ¶ 14); what actions Walmart would take with respect to Nyko chargers if an injunction were issued (see *id.* ¶¶ 15-16); Walmart's "favoring the incumbent" or preference to offer one company's product line (see *id.* ¶¶ 16); or Walmart's future decisions on what charger products it will carry (see *id.* ¶¶ 14, 17).

I declare under penalty of perjury that the foregoing is true and correct.

1
2
3   Executed this 15th day of May, 2012 at _____, California
4
5                                                   _____
6                                                   William Otte
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28