SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691
shanle@sheppardmullin.com

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendant. | Case No. CV12-03001 <br><br> **DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TRO** <br><br> The Hon. Gary A. Feess <br><br> [Complaint Filed:  April 5, 2012] |

I, Steven M. Hanle, declare as follows.

1.     I am an attorney duly admitted to practice before this Court.  I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants

Performance Designed Products LLC and Energizer Holdings, Inc., in the above-captioned action.

2.     If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3.     In December 2011, Walmart informed PDP that it had made the decision to return to selling PDP's Xbox charger (which I understand was previously sold by Walmart in 2009 and 2010).  Walmart has recently begun placing orders with PDP for its Energizer® Power & Play for 360 Charging System.  I understand that Walmart has been selling PDP's Energizer® Power & Play for PS3 Charging System since 2008.

4.     Attached hereto as Exhibit D is a true and correct copy of a May 8, 2006 Sony press release available on the website of Sony Computer Entertainment.

5.     Attached hereto as Exhibit E is a true and correct copy of an October 22, 2007 announcement from Microsoft available on its website.

6.     Attached hereto as Exhibit F are true and correct copies of pages of Walmart's website showing Nyko products being sold by Walmart as of May 14, 2012.

7.     Attached hereto as Exhibit G are true and correct copies of pages of Walmart's website showing brands of wireless charging stations for the XBox other than PDP/Energizer and Nyko.

8.     Attached hereto as Exhibit H are true and correct copies of pages of Walmart's website showing brands of wireless charging stations for the Playstation 3 other than PDP/Energizer and Nyko.

9.     Attached hereto as Exhibit I is a true and correct copy of pertinent portions of the prosecution history for the patent-in-suit, U.S. Patent No. 8,143,848 to Navid.

10.    Attached hereto as Exhibit J is a true and correct copy of U.S. Provisional Patent Application No. 60/982,364 to Navid.

11.     Attached hereto as Exhibit K is a true and correct copy of U.S. Patent No. 7,942,747 to Cole ("Cole").

12.     Attached hereto as Exhibit L is a true and correct copy of Patent Cooperation Treaty International Publication No. WO 2007/078312 A1, to Cole.

13.     Attached hereto as Exhibit M is a true and correct copy of U.S. Provisional Application No. 60/749932 to Cole.

14.     Attached hereto as Exhibit N is a true and correct copy of U.S. Patent No. 8,143,850 to Erickson.

15.     Attached hereto as Exhibit O is a true and correct copy of U.S. Provisional Patent Application No. 60/994,263 to Erickson.

16.     Attached hereto as Exhibit P is a true and correct copy of U.S. Patent No. 6,018,227 to Kumar et al.

17.     Attached hereto as Exhibit Q is a true and correct copy of U.S. Patent No. 5,734,253 to Brake et al.

18.     Attached hereto as Exhibit R is a true and correct copy of U.S. Patent No. 5,327,067 to Scholder.

19.     Attached hereto as Exhibit S is a true and correct copy of U.S. Patent No. 7,750,599 to Kaji et al.

20.     Attached hereto as Exhibit T is a true and correct copy of U.S. Patent No. 6,669,513 to Huang.

21.     Attached hereto as Exhibit U is a claim chart showing how U.S. Patent No. 7,942,747 to Cole anticipates claims 1, 2, 5, 7, and 10 of the patent-in-suit.  The claim chart further shows how Cole renders claims 8, 11 and 12 of the patent-in-suit obvious over Brake and Kumar.

22.     Attached hereto as Exhibit V is a claim chart showing how U.S. Patent Application Publication No. 2009/0072784 to Erickson renders all asserted claims of the patent-in-suit obvious over Cole, Kumar, Brake, Scholder, Kaji, and Huang.

Case No. CV12-03001

1    23.    Attached as Exhibit W is a true and correct copy of U.S. Patent No.

2  5,229,701 to Léman et al.

3    24.    Attached as Exhibit X is a true and correct copy of U.S. Patent

4  Application Publication No. 2006/0202660 to Chang.

5    25.    Attached as Exhibit Y is a true and correct copy of U.S. Patent

6  Application Publication No. 2007/0216352 to Shaddle.

7    I declare under penalty of perjury that the foregoing is true and correct.

8    Executed this 15th day of May, 2012 at Costa Mesa, California

9

10    _/S/_____

11    Steven M. Hanle