# EXHIBIT D



# SCE ANNOUNCES NEW CONTROLLER FOR PLAYSTATION®3
*Equipped with High-Precision, Highly Sensitive Six-Axis Sensing System*

**Los Angeles, May 8, 2006**  – Sony Computer Entertainment Inc. (SCEI) today announced the new controller for PLAYSTATION®3 (PS3), which will become available as standard with the system.  The new controller can be experienced at the Electronic Entertainment Expo (E3) held from May 10 through 12, 2006, in Los Angeles, California.

The controller for PS3 has been created by refining and improving the world's most popular PlayStation® controller that has shipped more than several hundred million units worldwide, while inheriting its basic concept and design.  The controller for PS3 employs breakthrough technology of high-precision, highly sensitive six-axis sensing system that does not require any devices other than the controller itself for seamless interactive operation, thus eliminating additional settings to TVs.  With this technology, ways to enjoy PS3 will be further enhanced by accessing PS3 through the network, while retaining the six-axis sensing capability.

In addition to the "3-posture-axis" of roll, pitch and yaw, "3-dimension acceleration information (X, Y, and Z)" can be detected in high-precision and in real-time.  In addition to standard key input available in existing controllers, more natural and more intuitive play will become possible as if the controller has become part of your body.

Pursuant to the introduction of this new six-axis sensing system, the vibration feature that is currently available on DUALSHOCK® and DUALSHOCK®2 controllers for PlayStation and PlayStation®2, will be removed from the new PS3 controller as vibration

- more -

2-2-2-2            SCE Announces New Controller for PLAYSTATION 3

itself interferes with information detected by the sensor.

The shape of L2/R2 buttons located on the top of the controller has also been enlarged with increased depth in stroke for more subtle control in games.  At the same time, the tilting angle of the analog joy sticks has been slightly broadened to enable more delicate and more dynamic manipulation.  Along with these improvements, precision of above information detection (L2/R2, analog joy stick) has been increased from 8 bit to 10 bit.

All input information will be immediately transferred to the PS3 system through the Bluetooth® wireless technology.  By using a USB cable, the PS3 controller can be swapped seamlessly from wireless to wired, and can be charged automatically.  The cable can be attached and detached at anytime.

By integrating all these features into one standard PlayStation controller, SCEI, together with content creators, expects to further expand and accelerate the world of next generation computer entertainment.

**About Sony Computer Entertainment Inc.**
Recognized as the global leader and company responsible for the progression of consumer-based computer entertainment, Sony Computer Entertainment Inc. (SCEI) manufacturers, distributes and markets the PlayStation® game console, the PlayStation®2 computer entertainment system, the PSP™ (PlayStation®Portable) handheld entertainment system and the upcoming, much-anticipated PLAYSTATION®3 system.  PlayStation has revolutionized home entertainment by introducing advanced 3D graphic processing, and PlayStation 2 further enhances the PlayStation legacy as the core of home networked entertainment.  PSP is a new handheld entertainment system that allows users to enjoy 3D games, with high-quality full-motion video, and high-fidelity stereo audio.  PLAYSTATION 3 is an advanced computer system, incorporating the state-of-the-art Cell processor with super computer like power.  SCEI, along with its subsidiary divisions Sony Computer Entertainment America Inc., Sony Computer Entertainment Europe Ltd., and Sony Computer Entertainment Korea Inc. develops, publishes, markets and distributes software, and manages the third party licensing programs for these platforms in the respective markets worldwide.  Headquartered in Tokyo, Japan, Sony Computer Entertainment Inc. is an independent business unit of the Sony Group.

# # #

PlayStation, PLAYSTATION and DUALSHOCK are registered trademarks and PSP is a trademark of Sony Computer Entertainment Inc.  All other trademarks are property of their respective owners.