# EXHIBIT F

Walmart Save money. Live better.

**FREE SHIPPING** *on hundreds of thousands of items*

Value of the Day | Local Ad | Store Finder | Registry | Gift Cards

**New customer?** Sign In | Help

Track My Orders | My Account | My Lists

All Departments | nyko | Submit | (0) | **Choose My Store**

**Search results for "nyko"**

**Search In:**

**Matching Departments**

- **Video Games**
  - Accessories (44)
  - Kids and Family Games (5)

**Refine Results**

**Brand**

- Nyko (44)

**Price**

- 0 - $20 (27)
- $20 - $50 (17)

**Customer Rating**

- 4 - 5 Stars (23)
- 3 - 3.9 Stars (6)
- 2 - 2.9 Stars (2)
- 1 - 1.9 Stars (1)

**Special Offers**

- Online Only (3)
- Special Buy (1)

**Free Pickup Options**

- Free Shipping: Site to Store (33)
- Free Shipping: Site to Store,Store Pickup (5)
- Store Pickup (1)

**Retailer**

- Walmart.com (44)

**Recently Viewed Items**

Nyko Non-Inductive PlayStation 3 Dual Po...

$29.00

Nyko Charge Base 360 (Xbox 360)

$29.96

Nyko Non-Inductive Wii Charge Station Qu...

$34.99

Clear this list

**We found 44 results for "nyko" in All Departments**

**All Items (44)** | Show Store Items BETA | Online Items (44) | Sort by Best Match

Items 1- 16 of 44 total **16** **32** Per Page **List View** **Grid View** **Previous** **1** **2** **3** **Next**

Nyko Kinect Zoom (Xbox 360/Kinect)

(28)

- Reduces play range up to 40 percent
- Wide-angle lens
- Clip into place

**Online** $24.96

See store availability

- **Free shipping** to store

Nyko PS3 Intercooler Slim (PS3)

(27)

- Three fans
- High/low switch
- Snap on installation

**Online** $14.96

- **Free shipping** to store

Nyko Xbox 360 Intercooler STS Temperature Sensing Cooling Device (Xbox 360)

(1)

- Increases airflow in Xbox 360
- TempSmart technology
- USB powered

**Online** $16.88

- **Free shipping** to store

Nyko Charge Base 360 (Xbox 360)

(29)

- Drop-in and Charge
- Charge Indicators
- Rechargeable batteries

**Online** $29.96

See store availability

- **Free shipping** to store

Nyko Non-Inductive Wii Charge Station Quad - Black (Wii)

(3)

- Provides 25 hours of playtime
- 4 differently colored rubberized battery covers
- Includes 4 NiMH batteries

**Online** $34.99

- **Free shipping** to store

Nyko Battery for Charge Station - Wii

(17)

The Battery Kit is the perfect companion to the Charge Station for Wii.

**Online** $8.99

- **Free shipping** to store



Nyko Net Connect (Wii)
(51)
Get the fastest and most secure internet connection available for the Wii with Nyko?s Net Connect.
Online
$12.96
• **Free shipping** to store

Nyko Power Adaptor (Wii)
(41)
Power your Wii experience with Nyko's Power Adaptor for Wii.
Online
$17.96
• **Free shipping** to store

Nyko Wii Wired Kama - White (Wii)
(17)
- All the features of Nunchuk
- Ergonomic design
- Plug and play

Online
$9.96
See store availability
• **Free shipping** to store

Nyko Blu-ray IR Remote Controller (PS3)
(13)
- Control Blu-ray, DVD and CD playback
- IR technology
- Includes 2 x AAA batteries

Online
$12.39
• **Free shipping** to store

Nyko Core Wired Controller (PS3)
(7)
- Dual vibration motors
- 9' USB cable
- Trigger styled shoulder buttons

Online
$12.96
Out of stock online
See store availability

Nyko Xbox 360 Intercooler STS Temperature Sensing Cooling Device (Xbox 360)
(2)
- Increases airflow throughout the 360
- TempSmart Technology automatically controls Intercooler operation
- USB...

Sorry, photo not available
Online
$19.96
See store availability
• **Free shipping** to store

Nyko Wii Wired Kama - Black (Wii)
(5)
- Ergonomic design
- Rubberized grip
- Includes wrist strap

Online
$9.96
See store availability

Nyko Nintendo Wii Wand+ - White (Wii)
(7)
Online
$19.96
• **Free shipping** to store

- Powerful speaker provides instant audio feedback
- Unique aesthetic design with rubberized underside for optima...

Nyko Wii Wand Core Plus Pak - Black (Wii)

Online
$34.96

• **Free shipping** to store

- Wireless Nyko Wand +
- Wired Kama Controller
- Trans-Port technology

Nyko Wii Remote Wand - Blue (Wii)
(14)

Online
$19.96

• **Free shipping** to store

See store availability

- Full motion sensing control and pointer functionality a
- Trans-Port Technology allows for unique custom shell...

Items 1- 16 of 44 total **16** **32** Per Page **Previous** **1** **2** **3** **Next** **Top of Page**

View: **All Items (44)** Show Store Items BETA Online Items (44) Sort by Best Match

## What Do People Ultimately Purchase After Searching For Items You Searched For?

**26% buy**
Nyko Perfect Shot (Wii)
**$14.96**

**22% buy**
Wii Charge Station - Black (Wii)
**$16.25**

**18% buy**
Nintendo Wii Nyko Wand+ - Black (Wii)
**$24.96**

**13% buy**
Nintendo Wii Just Dance 3 Bundle - $30 Value!
**$159.00**

**11% buy**
Nyko Wii Remote Wand - Blue (Wii)
**$19.96**

**Search Classifieds for nyko** | Sell your used items

Did you find the product or service you were looking for? Yes No

**Get to know us**
Corporate
Our Story
New & Views
Giving Back
Global Responsibility
Investors
Suppliers
Careers

**Walmart.com**
About Walmart.com
Terms of Use
Affiliate Program
Sponsorship Submission
International Customers
About Our Ads
Popular Searches
Store Finder
Printable Coupons
Associate Discount
Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments

**Help**
Help Center
Track Your Order
Returns Policy
Return an Item
Product Recalls
Contact Us
Feedback [+]

**Financial Services**
Walmart MoneyCenter
Walmart Credit Cards
Apply Now
Manage Account & Pay Bill

© 2012 Wal-Mart Stores, Inc.

AB 340,341;11413,11433
nw286
/search/search-ng.do, /search/search-p.do

/include/dynamic/tiles/templates/search/polarisTemplate.jsp





Walmart Save money. Live better.

FREE SHIPPING on hundreds of thousands of items

Value of the Day | Local Ad | Store Finder | Registry | Gift Cards

New customer? Sign In | Help

Track My Orders | My Account | My Lists

All Departments | nyko | Submit | (0) | Choose My Store

**Search results for "nyko"**

**Search In:**

**Matching Departments**

- **Video Games**
  - Accessories (44)
  - Kids and Family Games (5)

**Refine Results**

**Brand**

- Nyko (44)

**Price**

- 0 - $20 (27)
- $20 - $50 (17)

**Customer Rating**

- 4 - 5 Stars (23)
- 3 - 3.9 Stars (6)
- 2 - 2.9 Stars (2)
- 1 - 1.9 Stars (1)

**Special Offers**

- Online Only (3)
- Special Buy (1)

**Free Pickup Options**

- Free Shipping: Site to Store (33)
- Free Shipping: Site to Store,Store Pickup (5)
- Store Pickup (1)

**Retailer**

- Walmart.com (44)

**Recently Viewed Items**

Nyko Non-Inductive PlayStation 3 Dual Po...

$29.00

Nyko Charge Base 360 (Xbox 360)

$29.96

Nyko Non-Inductive Wii Charge Station Qu...

$34.99

Clear this list

**We found 44 results for "nyko" in All Departments**

**All Items (44)** | Show Store Items BETA | Online Items (44) | Sort by Best Match

Items 17- 32 of 44 total | 16 32 Per Page | List View | Grid View | Previous 1 2 3 Next

Nyko PlayStation Move Perfect Shot Ergonomic Gun Grip (PS3)

- 1-handed pistol-like grip
- Tactile trigger activates "T" button
- Access all action and function buttons

**Online** $12.96

• **Free shipping** to store

Nyko Charge Station Quad for Move

(10)

- Easily store and charge Move controllers
- AC Power allows for a faster charge
- LED Charge Indicator lights d...

**Online** $19.96

See store availability

• **Free shipping** to store

Nyko Vertical System Stabilizer for PS3

**Model#: 83068**

(5)

- Nyko Vertical System Stabilizer for PS3
- Stabilizes PS3 when in vertical position
- Allows for access to all key ports

**Online** $9.96

• **Free shipping** to store

Nyko Wii Remote Wand - Yellow (Wii)

(1)

- Fully compatible with all Wii software
- Trans-Port Technology allows for use of custom shells and accessories<...

**Online** $19.96

• **Free shipping** to store

Nyko Non-Inductive PlayStation 3 Dual Port Magnetic Charger (PS3)

- Charges and stores 2 PS3 controllers
- Magnetic mini USB dongles connect controllers to charger
- Collapsible ...

**Online** $29.00

See store availability

• **Free shipping** to store

Nyko Perfect Shot (Wii)

(71)

The Perfect Shot is ideal for shooting games on the Wii and is fully compatible with all software designed for the W...

**Online** $14.96

See store availability

• **Free shipping** to store

Nyko PlayStation3 Raven Wireless Controller (PS3)

(4)

- Ergonomic design
- Built-in rechargeable lithium-ion battery
- Multi-axis technology

**Online**

$28.96

• **Free shipping** to store

Nyko PlayStation Move Skill Shot Tactical Rifle Attachment (PS3)

- 2-handed grip
- Tactile trigger activates "T" button
- Access all action and function buttons

**Online**

$15.96

• **Free shipping** to store

Nyko PlayStation 3 Raven Wireless Controller with Offset Sticks (PS3)

(2)

- Built-in rechargeable lithium-ion battery
- Multi-axis technology
- Full motion and full vibration support

**Online**

$34.99

• **Free shipping** to store

Nyko Xbox Kinect ExtendLink 15' Flat Cable (Xbox 360)

(1)

- For Xbox Kinect
- Flat cable design
- Tangle-free installation

**Online**

$24.96

• **Free shipping** to store

Nyko Nintendo 3DS Charge Base Charge Stand and Battery Kit (3DS)

(1)

- Charge 3DS console
- 2 times capacity of original battery
- Soft feel surface and de-bossed finger rest

**Online**

$24.96

• **Free shipping** to store

Nyko Power Cord (PS3)

(6)

Power Cord for old generation PS3. Same reliable features as PS3 power cable. 9' cord allows for easy installation ...

**Online**

$8.96

ONLINE ONLY

• **Free shipping** to store

The Nyko 15' Extension Cable for Kinect

- Soft, flat cable
- LED link indicator
- Tangle-free installation

**Online**

$29.99

See store availability

• **Free shipping** to store

Nintendo Wii Nyko Wand+ - Black (Wii)

(20)

- Trans-Port technology

**Online**

$24.96

SPECIAL BUY

- Accelerometer for full motion control game play
- Play wirelessly up to 20' away

See store availability

Nyko Nintendo 3DS PowerPak High-Capacity Rechargeable Battery (3DS)

- 2 times capacity of original battery
- Soft feel surface and de-bossed finger rest
- Works with Nyko charge ba...

**Online**
$19.96

- **Free shipping** to store

Nyko Wii Wireless Kama - Black (Wii)

- Lightweight and compact dongle
- Range: 3m
- Includes 2 x AAA batteries

**Online**
$12.96

- **Free shipping** to store

Items 17- 32 of 44 total **16** **32** Per Page **Previous** **1** **2** **3** **Next** **Top of Page**

View: **All Items (44)** | Show Store Items BETA | Online Items (44) | Sort by Best Match

## Items Related To Recent Search "nyko"

Nyko Kinect Zoom (Xbox 360/Kinect)

**$24.96**

Nyko Battery for Charge Station - Wii

**$8.99**

Nyko Nintendo Wii Wand+ - White (Wii)

**$19.96**

Nyko Power Adaptor (Wii)

**$17.96**

Wii Charge Station - Black (Wii)

**$16.25**

**Search Classifieds for nyko** | Sell your used items

Did you find the product or service you were looking for? **Yes** **No**

**Get to know us**
Corporate
Our Story
New & Views
Giving Back
Global Responsibility
Investors
Suppliers
Careers

**Walmart.com**
About Walmart.com
Terms of Use
Affiliate Program
Sponsorship Submission
International Customers
About Our Ads
Popular Searches
Store Finder
Printable Coupons
Associate Discount
Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments

**Help**
Help Center
Track Your Order
Returns Policy
Return an Item
Product Recalls
Contact Us
Feedback [+]

**Financial Services**
Walmart MoneyCenter

Walmart Credit Cards
Apply Now
Manage Account & Pay Bill

© 2012 Wal-Mart Stores, Inc.

AB 340,341;11413,11433
nw286
/search/search-ng.do, /search/search-p.do
/include/dynamic/tiles/templates/search/polarisTemplate.jsp





Walmart Save money. Live better.
FREE SHIPPING on hundreds of thousands of items
Value of the Day Local Ad Store Finder Registry Gift Cards
New customer? Sign In | Help
Track My Orders My Account My Lists
All Departments nyko Submit (0) Choose My Store

Search results for "nyko"

**Search In:**

Matching Departments

- Video Games
  - Accessories (44)
  - Kids and Family Games (5)

**Refine Results**

**Brand**

- Nyko (44)

**Price**

- 0 - $20 (27)
- $20 - $50 (17)

**Customer Rating**

- 4 - 5 Stars (23)
- 3 - 3.9 Stars (6)
- 2 - 2.9 Stars (2)
- 1 - 1.9 Stars (1)

**Special Offers**

- Online Only (3)
- Special Buy (1)

**Free Pickup Options**

- Free Shipping: Site to Store (33)
- Free Shipping: Site to Store,Store Pickup (5)
- Store Pickup (1)

**Retailer**

- Walmart.com (44)

**Recently Viewed Items**

Nyko Non-Inductive PlayStation 3 Dual Po...
$29.00

Nyko Charge Base 360 (Xbox 360)
$29.96

Nyko Non-Inductive Wii Charge Station Qu...
$34.99

Clear this list

**We found 44 results for "nyko" in All Departments**

All Items (44) | Show Store Items BETA | Online Items (44) | Sort by Best Match

Items 33- 44 of 44 total 16 32 Per Page List View Grid View Previous 1 2 3 Next

Nyko Wii Pro Shift (Wii)

- Lightweight, ergonomically designed
- IR Pass-Through port
- Access all action buttons

Online $9.96 • Free shipping to store

Nyko Charge Station for Move
(2)

- Easily store and charge Move controllers
- AC Power allows for a faster charge
- LED Charge Indicator lights d...

Online $12.96 • Free shipping to store

Nyko 85100 PlayStationVita Multi-Power Kit

- Charges through AC, car or USB
- Removable 3' USB cable charges from any powered USB port
- Powered USB port o...

Online $24.96 • Free shipping to store

Nyko HDMI Cable PS3
(23)

Nyko HDMI Cable is a high definition digital audio/video cable for the PlayStation 3.

Online $21.96 ONLINE ONLY • Free shipping to store

Nyko Charge Link (PS3)
(7)

The Nyko Charge Link is a wireless controller USB charging cable for the PlayStation 3.

Online $9.96 ONLINE ONLY • Free shipping to store

Nyko PS3 Media Hub Slim (PS3)

- Adds four USB ports
- Built-in SD memory card reader
- Includes remote control

Online $19.96 • Free shipping to store

Non-Drowsy
Claritin
Get your Claritin®
Bonus Pack
33% more free
at the same low price
33% MORE FREE!
GET COUPONS
Use as directed.
Nyko Wand Action Pak (Wii)
(2)
• Trans-port technology
• Custom design
• Ergonomic grip
Online
$39.96
• Free shipping to store
Wii Charge Station - Black (Wii)
(50)
• 25 hours of play time
• Rubberized battery cover for superior grip
• Includes 2 NiMH batteries
Online
$16.25
• Free shipping to store
Nyko Wii Core Pack - White (Wii)
(212)
• Trans-Port Technology
• Custom Design
• Fully Compatible
Online
$22.96
Out of stock online
See store availability
Red Nyko Wireless Motion Sensing Wand (Wii)
(2)
• Trans-Port technology allows for use of custom shells and accessories
• Convenient horizontal play
• Rubberize...
Online
$19.96
Out of stock online
See store availability
Nyko 85101 PlayStation Vita Speaker Stand and Charging Station
• Stores and charges the Vita
• Powered speakers
• Line-in jack allows audio playback from many audio sources
Online
$34.96
Out of stock online
Pink Wireless Kama (Wii)
Online
$29.96
• Free shipping to store

Items 33- 44 of 44 total **16** **32** Per Page **Previous 1 2 3 Next** **Top of Page**

**View: All Items (44)** | Show Store Items | Online Items (44) | Sort by Best Match

## What Do People Ultimately Purchase After Searching For Items You Searched For?

    



21% buy
Nyko Kinect Zoom (Xbox 360/Kinect)
$24.96
20% buy
Nyko Battery for Charge Station - Wii
$8.99
17% buy
Nyko Perfect Shot (Wii)
$14.96
16% buy
Nyko Nintendo Wii Wand+ - White (Wii)
$19.96
14% buy
Nyko Power Adaptor (Wii)
$17.96
Search Classifieds for nyko | Sell your used items
Did you find the product or service you were looking for? Yes No
Get to know us
Corporate
Our Story
New & Views
Giving Back
Global Responsibility
Investors
Suppliers
Careers
Walmart.com
About Walmart.com
Terms of Use
Affiliate Program
Sponsorship Submission
International Customers
About Our Ads
Popular Searches
Store Finder
Printable Coupons
Associate Discount
Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments
Help
Help Center
Track Your Order
Returns Policy
Return an Item
Product Recalls
Contact Us
Feedback
Financial Services
Walmart MoneyCenter
Walmart Credit Cards
Apply Now
Manage Account & Pay Bill

© 2012 Wal-Mart Stores, Inc.

AB 340,341;11413,11433
nw286
/search/search-ng.do, /search/search-p.do
/include/dynamic/tiles/templates/search/polarisTemplate.jsp