# EXHIBIT G





### CTA Digital Xbox 360 Vertical Induction Charger (Xbox 360)

(7 Customer Reviews)   Write a review   |

| Buy from Walmart | Shipping & Pickup | When will I get this item? |

Online
**$39.**<sup>54</sup>

In stock for:
- Free shipping to store   Enter ZIP code   Find
- Ship to home

Quantity
1   Add to Cart   Add to:   My List   **NEW!** My Registry

### Item Description

Store and charge your XBOX 360 controllers using non-contact induction charging technology with the CTA Digital Xbox 360 Vertical Induction Charger. Our charging solution is simple; just place up to three XBOX 360 Controllers on the magnetic charging cradles. We even include three induction batteries for XBOX 360 controllers, which fit perfectly. This charger makes it possible to recharge your controllers without having to plug in any wires or buy disposable batteries. This charger organizes, stores and charges controllers with ease.

**CTA Digital Xbox 360 Vertical Induction Charger (Xbox 360):**
- Eliminates messy wires
- Charge up to 3 controllers at once
- Non-contact induction charging technology
- Includes 3 induction batteries

### Specifications                                                                        Top of Page

| Model No.: | XB-3NC |
| Shipping Weight (in pounds): | 1.35 |
| Product in Inches (L x W x H): | 4.75 x 7.5 x 5.25 |





### POWER A Xbox 360 Charger (Xbox 360)

Be the first to write a review

**Format:** Xbox 360



| Buy from Walmart | Shipping & Pickup | When will I get this item? |
|---|---|---|
| Online<br>**$24.96** | **In stock** for:<br>• **Free shipping to store**  Enter ZIP code  Find<br>• Ship to home<br>Quantity: 1   Add to Cart   Add to: My List   **NEW!** My Registry | |
| In stores<br>**Price may vary** | **IN LIMITED STORES**<br>Check store availability for this product. | |

Product availability, styles, promotions and prices may vary between stores and online.

### Item Description

The Microsoft approved charger for Xbox360 controllers, the POWER A Xbox 360 Charger can power up your device and make it ready for when you are ready to play. You can charge up to two Xbox360 controllers at the same time with this charger and enjoy uninterrupted gaming even if one controller runs out of power. The Xbox 360 controller charger pack includes a charging stand that helps you to correctly position the charger on any flat surface and an AC adapter for power supply. This Xbox 360 joystick charger requires a Microsoft rechargeable battery pack. It has a cradle design that makes sure the contact securely holds the controllers.

**POWER A Xbox 360 Charger:**
- The only Microsoft-approved charger for Xbox 360 controllers.
- Effective solution for charging two 360 controllers simultaneously
- Cradle design ensures contact is made and holds controllers securely
- Includes Charging Stand and AC Adapter. Requires
- Microsoft Rechargeable Battery Pack (sold separately)

### Specifications

Top of Page

| | |
|---|---|
| Multi Pack Indicator: | No |
| Model No.: | CPFA010011-01 |
| Shipping Weight (in pounds): | 1.0 |
| Product in Inches (L x W x H): | 4.53 x 8.66 x 5.91 |
| Walmart No.: | 000597824 |