# EXHIBIT H





### PS3 Dualshock 3 Charging Station

★★★★★ ▼  (8 Customer Reviews)   Write a review   |

**Format:** Playstation 3



| Buy from Walmart | Shipping & Pickup | When will I get this item? |
|---|---|---|
| Online<br>**$29.**⁹⁶ | **In stock** for:<br>• **Free shipping to store**  Enter ZIP code  Find<br>• Ship to home<br>Quantity  1  [Add to Cart]   Add to:  My List  NEW! My Registry | |
| In stores<br>**Price may vary** | Check store availability for this product. | |

Product availability, styles, promotions and prices may vary between stores and online.

### Item Description

The Dualshock 3 Charging Station provides simultaneous charging for two wireless controllers. The PS3 charging station plugs directly into the wall leaving your entertainment center tangle-free. This wireless video game controller charger looks sleek and stylish and is very easy to use. The charger dock of this charging station can be plugged into the USB port. This charger keeps your controllers fully charged and ready for action, whenever you want to play.

**PS3 DualShock 3 Charging Station:**
- Plus directly to the wall
- Charges two DualShock 3 controllers simultaneously
- Tangle free solution
- Keeps controllers fully charged

### Specifications                                         Top of Page

| | |
|---|---|
| Multi Pack Indicator: | No |
| Battery Type: | Does Not Contain a Battery |
| Model No.: | 98076 |
| Shipping Weight (in pounds): | 1.1 |
| Product in Inches (L x W x H): | 3.5 x 6.53 x 6.14 |
| Walmart No.: | 000577775 |





### Intec G7740 Playstation 3 Dual Charging Station
Be the first to write a review
**Format:** Playstation 3



**Buy from Walmart** | Shipping & Pickup | When will I get this item?

Online
**$15.**<sup>96</sup>

- **In stock** for:
  - **Free shipping to store**   Enter ZIP code   Find
  - Ship to home

Quantity: 1   [Add to Cart]   Add to: My List   **NEW!** My Registry

### Item Description

The Intec G7740 Playstation 3 Dual Charging Station charge station is custom-crafted to match your PS3's bold finish. Simply dock your controllers onto this hub, plug the USB cable into your PS3 and the Intec G7740 Playstation 3 Dual Charging Station will begin charging and synching immediately.

**Intec G7740 Playstation 3 Dual Charging Station:**
- Docks and charges up to 2 PS3 controllers simultaneously
- Simply plug in the USB cable and the controllers will begin charging and syncing immediately
- Matches PS3 finish

### Specifications    Top of Page

| | |
|---|---|
| Primary Color: | Black |
| Model No.: | G7740 |
| Shipping Weight (in pounds): | 0.55 |
| Product in Inches (L x W x H): | 8.5 x 4.8 x 2.7 |







### Dreamgear PS3 Slim Dual Charge Dock (PS3)

★★★★★ (2 Customer Reviews)   Write a review   |

**Format:** Playstation 3

| Buy from Walmart | Shipping & Pickup | When will I get this item? |

**Online**
**$24.**⁷⁰

**In stock** for:
- **Free shipping to store**   Enter ZIP code   Find
- **Ship to home**

Quantity: 1   Add to Cart   Add to: My List   **NEW!** My Registry

#### Item Description

The dreamGEAR PS3 Slim Dual Charge Dock helps you to charge 2 of your Sixaxis and 3 of your Dualshock controllers. When set in vertical position, it creates stability to your PS3 Slim. This dual charge dock consumes power at a minimum rate as it is powered by USB. To offer more flexibility, the PS3 dual charge dock features 2 USB built-in ports with which you can charge other accessories like wireless keypads and Bluetooth headsets.

**dreamGEAR PS3 Slim Dual Charge Dock:**
- 2 additional built-in USB
- Gives you the flexibility you need for charging controllers, keypads and headsets
- The additional USB ports can also be used to charge your favorite MP3 player or cell phone
- USB powered

#### Specifications                                                    Top of Page

| | |
|---|---|
| Model No.: | DGPS3-1389 |
| Shipping Weight (in pounds): | 0.95 |
| Product in Inches (L x W x H): | 2.75 x 7.25 x 10.25 |





### CTA Triple Induction Charge Station with AC Adapter (PS3)

★★★★☆ (1 Customer Review)   Write a review   |

**Format:** Playstation 3

| Buy from Walmart | Shipping & Pickup | When will I get this item? |

**Online**
**$49.**⁹⁶

**In stock** for:
- **Free shipping to store**   Enter ZIP code   Find
- **Ship to home**

Quantity
1   Add to Cart   Add to: My List   **NEW!** My Registry

#### Item Description

With the Vertical Induction Charger from CTA, you can store and charge your PS3 controllers using non-contact induction charging technology. Powering up your controllers is simple — just place up to three PS3 controllers on the magnetic charging cradles. Now it's possible to recharge your controllers without having to use USB cables. The CTA Vertical Induction Charger comes with three adapters that fit perfectly onto the controllers.
**CTA Vertical Induction Charger with AC Adapter:**
- Store and charge up to 3 PS3 controllers
- Just place your controllers on the magnetic charging cradles — no cables to hook up
- Includes 3 adapters that fit your PS3 controllers perfectly
- Recharge your controllers with non-contact induction charging technology
- Powered by an included AC adapter

#### Specifications                                      Top of Page

| | |
|---|---|
| Primary Color: | Black |
| Model No.: | 921110 |
| Shipping Weight (in pounds): | 1.4 |
| Product in Inches (L x W x H): | 8.0 x 6.0 x 1.2 |