# EXHIBIT L

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
12 July 2007 (12.07.2007)

PCT

(10) International Publication Number
WO 2007/078312 A1

(51) International Patent Classification:
*A63F 9/24* (2006.01)

(21) International Application Number:
PCT/US2006/016944

(22) International Filing Date: 3 May 2006 (03.05.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
60/749,932    13 December 2005 (13.12.2005)    US

(71) Applicant and
(72) Inventor: COLE, Randall [—/US]; 423 Peirce Drive, Chester Springs, PA 19425 (US).

(74) Agent: PETOCK, Michael, F.; Petock & Petock, LLC, 46 The Commons at Valley Forge, 1220 Valley Forge Road, P.O. Box 856, Valley Forge, PA 19482-0856 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— with international search report
— before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments

*[Continued on next page]*

(54) Title: VIDEO GAME CONTROLLER RACK



(57) **Abstract**: The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room.



WO 2007/078312 A1

**WO 2007/078312 A1**

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

[0001]          VIDEO GAME CONTROLLER RACK

[0002]          CROSS REFERENCE TO RELATED APPLICATION

[0003]          This application claims priority from U.S. provisional application no. 06/749,932 which was filed on December 13, 2005, which is incorporated by reference as if fully set forth.

[0004]          BACKGROUND OF THE INVENTION

[0005]          Home video game consoles, such as Microsoft's X-Box® and X-Box 360®, Sony's PlayStation® consoles and Nintendo's Gamecube® are more popular then ever. Technological advancements now have three or more microprocessors and graphic processors in a single game console allowing phenomenal graphics. A user, often labeled a "gamer", is afforded a surreal gaming experience and has literally hundreds of game titles available to him or her. As the home entertainment and game market expands into literally millions of homes, it is possible in the not-too-distant future that one could envision a home video game system in every home in the world very much the same manner as a television set or personal computer. Even now, there are some homes with two or more game consoles allowing the gamer to play numerous games on various gaming platforms.

[0006]          Presently, there are at least three major game console manufacturers all using the same style of ergonomic game controller. The style is very conducive to extended game play, all the time protecting the

gamer from ill effects, such as carpal tunnel syndrome. A serious gamer probably has at least two game consoles each with at least two game controllers per game console. The gamer would have at least four game controllers connected to its game console via a wire. To eliminate the wild spaghetti effect produced by having wires lying around in front of the display, gamers will purchase wireless game controllers. But, wired or wireless, the storage and the protection of the game controller is paramount to the avid gamer. To avoid an unsightly game room, living room or bedroom, the controller may be stored in a drawer where the wires will eventually become entangled. The wired or wireless game controller may get accidentally damaged if just left lying on the floor or table.

[0007] Therefore, what is needed is a game controller storage device that permits the gamer to safely store his or her game controllers. The device should be wall mountable or free standing. Additionally, the device should be made out of different materials and colors allowing the storage device to become a part of the décor.

[0008] SUMMARY OF THE INVENTION

[0009] The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room.

[0010]   BRIEF DESCRIPTION OF THE DRAWING

[0011]   Fig. 1 is a front side view of the present invention.

[0012]   Fig. 2 is a front view of the present invention.

[0013]   Fig. 3 is a side view of the present invention.

[0014]   Fig. 4 is a back view of the present invention.

[0015]   Fig. 5 is a top view of the present invention.

[0016]   Fig. 6 is a bottom view of the present invention.

[0017]   Fig. 7 illustrates an embodiment of the present invention in which the cantilever support arms are inserted and affixed to a base.

[0018]   DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[0019]   Fig. 1 shows a first embodiment of the video game controller rack 10. A plurality of cantilever posts 11 are affixed in pairs to the video game controller base 15 to create a cradle in which to securely store the video game controller. Figs. 2 – 6 show the present position from different perspectives. Fig 7 shows a cantilever post 11 which is inserted into video game controller base 15.

[0020]   The video game controller rack 10 can be utilized to securely store game controllers for Microsoft's X-Box ® and X-Box 360 ® game consoles. In addition, Sony's PlayStation ®, PlayStation 2 ® and possibly the pending PlayStation 3 ® controllers can also be securely stored. The Nintendo Gamecube ® and possibly the anticipated Nintendo Revolution ® controllers can also be securely stored. It is quite possible that the present invention can be utilized with many game controllers.

[0021]    In a first embodiment the video game controller rack 10 assembled by a gamer by affixing an interlocking pair of the plurality of cantilever posts 11 into the video game controller rack 15. This embodiment permits the present invention to be efficiently shipped as a flat pack item to save on shipping costs. The savings can be seen when the present invention is shipped by the manufacturer, wholesaler or retailer.

[0022]    In another embodiment, video game controller rack 10 can be rotated to a horizontal position and the pairs of plurality of cantilever posts 11 are affixed at a 90 degree angle from the above embodiments permitting a new game controller mounting pattern.

[0023]    In yet another embodiment, the weight of the actual game console would support a first bottom piece which is attached in a cantilever fashion permitting the video game controller rack 10 to be suspended over or near the game console. Furthermore, the cantilever arm could be replaced by a plurality of support members which would support the game controller rack.

[0024]    In another embodiment the materials used in fabrication of the video game controller rack 10 can be plastic, wood or metal permitting the video game controller rack 10 to be suitable for the gamers' chosen décor. An advantage of plastic is that it can be easily created by an injection molding system. The wooden version can be finished in a plethora of stains or glosses to match other pieces of furniture in the gamers' gaming room. The metal version can also be made from a plethora of materials which produces a variety of finishes. Additionally, the metal version can be anodized or plated to again produce the variety of finishes.

[0025]     A still yet another embodiment, the cradle formed by the plurality of cantilever posts 11 has a universal serial bus (USB) adapter. The USB adapter connects to the game controller allowing the game controller rack 10 to recharge a wireless game controller. This embodiment also allows USB communication between a game controller and the game controller rack 10. For example, the game console can extract the status of the battery of the game controller through the game controller rack 10 as the game controller rack 10 charges the game controller. In addition, the game controller rack 10 can be utilized with personal computers, running Microsoft Windows, Apple O/S (Operating System), Linux or any personal computer operating system.

[0026]     In another embodiment, the present invention can be utilized as a network hub which attaches a wireless or wired game controller with a network. This allows a personal computer or any network machine to obtain a status of the game controller. The network can also be utilized as the communication layer between the game controller and the gaming machine.

[0027]     In yet another embodiment, the above mentioned USB is replaced with an appropriate power plug which matches the power plug requirements of the game controller. The appropriate power plug may also have a communication system to be utilized to converse with the game controller and another machine.

[0028]     An additional embodiment has the game controller storage rack of Fig 1. bifurcated radially into two distinct sections along the horizontal axis. A new element, such as a strap is added to join the two

sections to create a "saddle bag" type device. The new element or strap is placed directly on the game console. The strap can be made out a flexible material such as nylon or a hard plastic. The hard plastic strap can be form shaped to cover a specific game console.

[0029]    It should be understood that the disclosed embodiments of the present invention are not limited in its application to the details of the particular arrangements shown, since the invention is capable of other embodiments.  Also, the terminology used herein is for the purpose of description and not of any limitation.

*   *   *

WO 2007/078312                                                         PCT/US2006/016944

CLAIMS

What is claimed is:

1. A game controller rack for storing at least one of a plurality game controllers comprising:

a vertical member,

a pair of at least one of a plurality of cantilever angle members fixably attached to said vertical member; wherein said pair of at least one of a plurality of angle members attaches to said vertical member creating a cradle for one of said plurality game controllers.

2. The game controller rack of claim 1 in which said game controller is formed by wood, plastic, metal or any other formable material.

3. The game controller rack of claim 1 in which said vertical member is rotated ninety degree to a horizontal position, and

said pair of at least one of a plurality of cantilever angle members are attached in a vertical position creating a cradle for one of said plurality game controllers.

4. The game controller rack of claim 1 in which said vertical member has at least one of a plurality of support members allowing said game controller rack to be free standing.

5. The game controller rack of claim 1 in which said game controller support rack is bifurcates into an upper rack and a lower rack, each connected by at least one of a strap; said strap is then placed on top of said game console.

6. The game controller rack of claim 1 in which said at least one of a plurality of cantilever angle members are inserted into said vertical member via an interlocking retainer mechanism, and

said interlocking retainer mechanism is by a mechanical interlocking means, friction or with a bonding substance.

WO 2007/078312                                                                      PCT/US2006/016944

7.  The game controller rack of claim 1 in which power is provided to at least one of said plurality game controllers.

8.  The game controller rack of claim 1 in which at least one of a plurality Universal Serial Bus connectors are provided to connect at least one of said plurality game controllers creating Universal Serial Bus hub; and

a secondary Universal Serial Bus connector to attach to a game console.

9.  The game controller rack of claim 1 in which at least one of a plurality network connectors are provided to connect at least one of said plurality game controllers creating network access point; and

a secondary network connector to attach a game network.

10  The game controller rack of claim 1, further comprising a wireless network connection to connect at least one of a plurality wireless game controllers to a secondary gaming network.

11.  A method for using a game controller rack for storing at least one of a plurality of game controllers comprising:
placing at least one of a plurality of game controllers on a pair of at least one of a plurality of cantilever angle members attached to said vertical member when said plurality of a pair of angle members are attached to said vertical member to cradle said game controller.

12.  The method of claim 11 in which said game controller rack is formed by wood, plastic, metal or any other formable material.

13.  The method of claim 11 in which said vertical member is rotated ninety degrees to a horizontal position, and said pair of at least one of a plurality of angle members are attached in a vertical position.

14.  The method of claim 11 in which said vertical member has a plurality of support members allowing said game controller rack to be free standing.

15. The method of claim 11 in which said game controller rack bifurcates into an upper rack and a lower rack, each connected by at least one of a strap; and

placing said strap on top of said game console.

16. The method of claim 11 wherein said plurality of cantilever angle members are reversibly attached by a retainer mechanism.

17. The method of claim 11 wherein the game controller rack has a means for powering at least one of a plurality of game controllers.

18. The method of claim 11 wherein the game controller rack has a means for proving a universal serial bus connection to at least one of a plurality of game controllers and a gaming machine.

19. The method of claim 11 wherein the game controller rack has a network connection to connect to at least one of a plurality of game controllers and a gaming machine.

20. The method of claim 11 wherein the game controller rack has a wireless network connection to connect to at least one of a plurality of wireless game controllers and a gaming network.

Case 2:12-cv-03001-GAF-VBK  Document 22-9  Filed 05/15/12  Page 13 of 17  Page ID #:429



FIG. 1



FIG. 2

WO 2007/078312   PCT/US2006/016944

2 / 4



WO 2007/078312                                                                                                    PCT/US2006/016944

3 / 4



FIG. 5



FIG. 6

WO 2007/078312 PCT/US2006/016944

4 / 4



FIG. 7

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US06/16944 |

A. CLASSIFICATION OF SUBJECT MATTER
IPC: A63F 9/24( 2006.01)

USPC: 463/47
According to International Patent Classification (IPC) or to both national classification and IPC

B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
    U.S. : 463/47, 46, 38; 211/26.1; 248/176.1

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
US-PGPUB, USPAT, USOCR, EPO, JPO, DERWENT

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 1,490,650 A (WAGNER) 15 April 1924 (14.04.1924) Entire Document, esp. Fig 1,2 and 3. | 1-6,11-16 |
| Y | | 7-10,17-20 |
| Y | US 6,722,917 B2 (HUANG) 20 April 2004 (20.04.2004), Fig 3 | 7,8,17,18 |
| Y | US 6,414,952 B2 (FOLEY) 02 July 2002 (02.04.2002) Fig 2, Item 202 & 203 | 9,10,19,20 |

☐ Further documents are listed in the continuation of Box C.    ☐ See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 03 April 2007 (03.04.2007) | 08 MAY 2007 |
| Name and mailing address of the ISA/US<br>    Mail Stop PCT, Attn: ISA/US<br>    Commissioner for Patents<br>    P.O. Box 1450<br>    Alexandria, Virginia 22313-1450<br>Facsimile No. (571) 273-3201 | Authorized officer<br>Robert E Pezzuto<br><br>Telephone No. 571-272-3750 |

Form PCT/ISA/210 (second sheet) (April 2005)