# EXHIBIT M

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2

This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No. ED475620321US

### INVENTOR(S)

| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
|---|---|---|
| Randall | Cole | Chester Springs, PA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Additional inventors are being named on the ___0___ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max):

**VIDEO GAME CONTROLLER RACK**

### CORRESPONDENCE ADDRESS

Direct all correspondence to:

[ ] The address corresponding to Customer Number: _____

OR

[✓] Firm or Individual Name: Anthony R. Carlis Esq.

Address: Invent This! Inc. The Law Office of Anthony R. Carlis
Suite 1D, 110 Hopewell Road

| City | Downingtown | State | PA | Zip | 19335 |
|---|---|---|---|---|---|
| Country | USA | Telephone | 610 518 0700 | Email | acarlis@yourbrightidea.com |

### ENCLOSED APPLICATION PARTS (check all that apply)

[ ] Application Data Sheet. See 37 CFR 1.76
[✓] Specification *Number of Pages* 5
[ ] Drawing(s) *Number of Sheets* 1
[ ] CD(s), Number of CDs _____
[ ] Other (specify) _____

**Fees Due:** Filing Fee of $200 ($100 for small entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

[✓] Applicant claims small entity status. See 37 CFR 1.27.
[ ] A check or money order is enclosed to cover the filing fee and application size fee (if applicable).
[✓] Payment by credit card. Form PTO-2038 is attached
[ ] The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit Account Number: _____. A duplicative copy of this form is enclosed for fee processing.

100.00

**TOTAL FEE AMOUNT ($)**

USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

*PROVISIONAL APPLICATION COVER SHEET*
*Page 2 of 2*

PTO/SB/16 (10-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
[✓] No.
[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

# WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _____   Date December 13, 2005

TYPED or PRINTED NAME Anthony R. Carlis Esq.    REGISTRATION NO. 50,126
                                                *(if appropriate)*

TELEPHONE 610.518 0700    Docket Number: COL-001.0

PTO/SB/17 (12-04v2)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## For FY 2005

Effective on 12/08/2004.
Fees pursuant to the Consolidated Appropriations Act, 2005 (H.R. 4818).

**Complete if Known**

| | |
|---|---|
| Application Number | TBA |
| Filing Date | December 13, 2005 |
| First Named Inventor | Cole |
| Examiner Name | TBA |
| Art Unit | TBA |
| Attorney Docket No. | COL-001.0 |

[✓] Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 100.00

## METHOD OF PAYMENT (check all that apply)

[ ] Check [✓] Credit Card [ ] Money Order [ ] None [ ] Other (please identify): _____

[ ] Deposit Account   Deposit Account Number: _____   Deposit Account Name: _____

For the above-identified deposit account, the Director is hereby authorized to: (check all that apply)

[✓] Charge fee(s) indicated below        [ ] Charge fee(s) indicated below, **except for the filing fee**

[ ] Charge any additional fee(s) or underpayments of fee(s) under 37 CFR 1.16 and 1.17        [ ] Credit any overpayments

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES

| Application Type | FILING FEES Fee ($) | Small Entity Fee ($) | SEARCH FEES Fee ($) | Small Entity Fee ($) | EXAMINATION FEES Fee ($) | Small Entity Fee ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|
| Utility | 300 | 150 | 500 | 250 | 200 | 100 | |
| Design | 200 | 100 | 100 | 50 | 130 | 65 | |
| Plant | 200 | 100 | 300 | 150 | 160 | 80 | |
| Reissue | 300 | 150 | 500 | 250 | 600 | 300 | |
| Provisional | 200 | 100 | 0 | 0 | 0 | 0 | 100 |

### 2. EXCESS CLAIM FEES

| Fee Description | Fee ($) | Small Entity Fee ($) |
|---|---|---|
| Each claim over 20 (including Reissues) | 50 | 25 |
| Each independent claim over 3 (including Reissues) | 200 | 100 |
| Multiple dependent claims | 360 | 180 |

**Total Claims**   **Extra Claims**   **Fee ($)**   **Fee Paid ($)**   **Multiple Dependent Claims**
_____ - 20 or HP = _____ x _____ = _____           **Fee ($)**   **Fee Paid ($)**
HP = highest number of total claims paid for, if greater than 20.

**Indep. Claims**   **Extra Claims**   **Fee ($)**   **Fee Paid ($)**
_____ - 3 or HP = _____ x _____ = _____
HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

**Total Sheets**   **Extra Sheets**   **Number of each additional 50 or fraction thereof**   **Fee ($)**   **Fee Paid ($)**
_____ - 100 = _____ / 50 = _____ (round up to a whole number) x _____ = _____

### 4. OTHER FEE(S)

Non-English Specification, $130 fee (no small entity discount)        **Fees Paid ($)**

Other (e.g., late filing surcharge): _____

---

**SUBMITTED BY**

| Signature | [signature] | Registration No. (Attorney/Agent) 50,126 | Telephone 610 518 0700 |
|---|---|---|---|
| Name (Print/Type) | Anthony R. Carlis Esq. | | Date December 13, 2005 |

This collection of information is required by 37 CFR 1.136. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974** (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

COL-001.0

Express Mail Label No. ED475620321US

[0001] VIDEO GAME CONTROLLER RACK

[0002] BACKGROUND OF THE INVENTION

[0003] Home video game consoles, such as the X-Box®, PlayStation® consoles, Ninetendo Gamecube® and others, are more popular then ever. Technological advancements now have three or more microprocessors in a single game unit. The resulting graphics are phenomenal, while the mass production of these game units have resulted in lower game prices. There are literally hundreds of games with unprecedented graphics giving the gamer a surreal gaming experience. As a result of the price drop, it is possible in the not-too-distant future that one could envision a home video game system in almost every American home in much the same manner as a television set or personal computer. Even now, there are some homes with two or more game consoles allowing the gamer to play many games on various gaming platforms.

[0004] Presently, there are at least three major game console manufacturers all using the same style of ergonomic game controller. The style is very conducive to extended game play, all the time protecting the gamer from carpal tunnel syndrome. If, for example, a serious gamer probably has at least two game consoles each with at least two game controllers per game console, the gamer would have at least four game controllers. Each controller connected to its game console via a wire. To eliminate some wires, the gamer may purchase wireless game controllers. But, wired or wireless, the storage and the protection of the game controller is paramount to the avid gamer. To avoid an unsightly game room, the controller may be thrown into a cabinet drawer where the wires will become

-1-

entangled. The wireless game controllers may get accidentally damaged if just left lying on the floor or table.

[0005] Therefore, what is needed is a game controller storage device that permits the gamer to safely store the game controllers. The device should be wall mountable or free standing. Additionally, the device should be made out of different materials and colors allowing the storage device to become a part of the décor.

[0006] **SUMMARY OF THE INVENTION**

[0007] The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe, convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as providing a decorative element to a room.

[0008] **BRIEF DESCRIPTION OF THE DRAWING**

[0009] Figure 1 shows the present invention holding controllers from different game console manufacturers.

[0010] **DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS**

[0011] FIG 1. illustrates a first embodiment of the video game controller rack 5. A plurality of game controllers 10 can be of type X-Box®, PlayStation® console, Ninetendo Gamecube® or any other similar controller. A vertical member 20 can be mounted to a wall or be free standing with a base unit (not shown). A pair of angle members 25 and 26 are attached to the vertical member 20. One or more pair of angle members 25 and 26 can be attached for each game controller 10.

COL-001.0

[0012] In another embodiment, the vertical member 20 can be turned horizontal permitting a new game controller mounting pattern. The pair of angle members 25 and 26 are installed at an angle permitting the cradling of the game controller.

[0013] In an additional embodiment, the weight of the game console would anchor a bottom piece which would support the cantilever game controller rack suspended over or near the game console. Furthermore, the cantilever arm could be replaced by a plurality of support members which would support the game controller rack.

[0014] In yet another embodiment, a method for storing a plurality of at least one game controller is disclosed. A gamer places the game controller 10 on top of angle members 25 and 26 which is attached to vertical member 20. This permits the gamer to safely store game controller 10.

[0015] It should be understood that the disclosed embodiments of the present invention are not limited in its application to the details of the particular arrangements shown, since the invention is capable of other embodiments. Also, the terminology used herein is for the purpose of description and not of any limitation.

*     *     *

# CLAIMS

What is claimed is:

1. A game controller rack for storing game controllers comprising:

a vertical member,

at least one of a plurality of a pair of angle members attached to said vertical member; wherein said plurality of a pair of angle members attaches to said vertical member creating a cradle for said game controller.

2. The game controller rack of claim 1 in which said vertical member is rotated ninety degree making it horizontal.

3. The game controller rack of claim 1 in which said vertical member has a plurality of support members allowing said game controller rack to be free standing.

4. The game controller rack of claim 1 or 2 in which said game controller support rack is supported by at least one of a plurality of additional vertical members which are connected to a shelf anchored by the weight of at least one of a plurality of game consoles.

5. The game controller rack of claim 1 in which said game controller is formed by wood, plastic, metal or any malleable material.

6. A method for using a game controller rack for storing at least one of a plurality of game controllers comprising the steps of:

placing at least one of a plurality of game controllers on at least one of a plurality of a pair of angle members attached to said vertical member; wherein said plurality of a pair of angle members is attached to said vertical member to cradle said game controller.

## ABSTRACT

The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as providing a decorative element to a room.



Fig 1

Best Available Copy

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
12/15/2005 HVUONG1  00000061 60749932
01 FC:2005                    100.00 OP
```

PTO-1556
(5/87)

U.S Government Printing Office: 2002 — 489-267/69023