# EXHIBIT O



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 60/994,263 | 09/17/2007 | | 100 | EWAND-11077.PRO | | |

**CONFIRMATION NO. 6614**

56549
LAW OFFICE OF RICHARD B. CATES
703 PIER AVE.
# B-697
HERMOSA BEACH, CA90254

**FILING RECEIPT**

Date Mailed: 10/02/2007

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Craig Erickson, Stevenson Ranch, CA;

**Power of Attorney:**
Richard Cates--36100

**If Required, Foreign Filing License Granted:** 10/02/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US60/994,263**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

** SMALL ENTITY **

**Title**

Inductive charger battery replacement system, device & method

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The

PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

---

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

U.S. PTO
60/994263
09/17/2007

17224   U.S. PTO
091707

PTO/SB/16 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## PROVISIONAL APPLICATION FOR PATENT COVER SHEET – Page 1 of 2
This is a request for filing a PROVISIONAL APPLICATION FOR PATENT under 37 CFR 1.53(c).

Express Mail Label No. EB 134829275 US

| INVENTOR(S) | | |
|---|---|---|
| Given Name (first and middle [if any]) | Family Name or Surname | Residence (City and either State or Foreign Country) |
| CRAIG | ERICKSON | STEVENSON RANCH, CALIFORNIA |
| | | |
| | | |
| | | |
| | | |

Additional inventors are being named on the _____ separately numbered sheets attached hereto

### TITLE OF THE INVENTION (500 characters max):

INDUCTIVE CHARGER BATTERY REPLACEMENT SYSTEM, DEVICE & METHOD

Direct all correspondence to:   **CORRESPONDENCE ADDRESS**

☐ The address corresponding to Customer Number:   | 56549 |

**OR**

☐ Firm or Individual Name   LAW OFFICE OF RICHARD B. CATES

Address 2629 MANHATTAN AVENUE, PMB-273

| City HERMOSA BEACH | State CA | Zip 90254 |
| Country USA | Telephone 310-318-6499 | Email RCPATENT@AOL.COM |

### ENCLOSED APPLICATION PARTS (check all that apply)

☐ Application Data Sheet. See 37 CFR 1.76        ☐ CD(s), Number of CDs _____
☑ Drawing(s)   Number of Sheets 7_____        ☐ Other (specify) _____
☑ Specification (e.g. description of the invention) Number of Pages   13 _____

**Fees Due:** Filing Fee of $200 ($100 for small entity). If the specification and drawings exceed 100 sheets of paper, an application size fee is also due, which is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

### METHOD OF PAYMENT OF THE FILING FEE AND APPLICATION SIZE FEE FOR THIS PROVISIONAL APPLICATION FOR PATENT

☑ Applicant claims small entity status. See 37 CFR 1.27.
☑ A check or money order is enclosed to cover the filing fee and application size fee (if applicable).        | $ 100.00 |
☐ Payment by credit card. Form PTO-2038 is attached        **TOTAL FEE AMOUNT ($)**
☐ The Director is hereby authorized to charge the filing fee and application size fee (if applicable) or credit any overpayment to Deposit
        Account Number: _____.  A duplicative copy of this form is enclosed for fee processing.

**USE ONLY FOR FILING A PROVISIONAL APPLICATION FOR PATENT**

This collection of information is required by 37 CFR 1.51. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 8 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

**PROVISIONAL APPLICATION COVER SHEET**
**Page 2 of 2**

PTO/SB/16 (07-07)
Approved for use through 06/30/2010. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

☑ No.

☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

_____

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

SIGNATURE _Richard B. Cates_   Date_ SEPTEMBER 17, 2007 _____

TYPED or PRINTED NAME   RICHARD B. CATES _____

REGISTRATION NO. _36,100 _____
*(if appropriate)*

TELEPHONE _310-318-6499 _____

Docket Number: EWAND-11077.PRO _____

EWAND-11077.PRO
EB 134829275 US

INDUCTIVE CHARGER BATTERY REPLACEMENT SYSTEM, DEVICE & METHOD

FIELD OF THE INVENTION

[0001]  The present invention relates to a system and method for charging battery-operated remote controls, including the replacement of standard batteries in handheld electronic game controller devices, and also the replacement of rechargeable batteries that have charging contact points for electronic devices.  The invention has particular application to recharging hand-held remote devices, such as the Sony PS3™ wireless handheld controllers, Wii™ handheld remote, and the XBox 360™ wireless handheld controllers.

BACKGROUND

[0002]  Hand-held and other portable electronic devices have become increasingly widespread and are used daily by many consumers.  Examples of such devices include wireless handheld game controllers, cell phones, MP3 players, and many other electronic devices.

[0003]  Portable devices often rely on battery power while operating.  The batteries are either disposable or rechargeable.  Disposable batteries require replacement when their power is depleted, which is inconvenient and may require the user to maintain a supply of replacement batteries.  Rechargeable batteries require periodic recharging, typically using an

1

EWAND-11077.PRO
EB 134829275 US

alternating current (AC) connected wall plug and charging stand with charging contact points. Many portable devices (and hand-held devices in particular) are exposed to materials (such as dirt, sweat, grease, etc.) which can cover the charging contact points, thereby interfering with the conductivity of the charging points and reducing (or in some cases entirely eliminating) the ability of the charging stand to recharge the batteries.

[0004] There is a need for a recharging system and method that permits portable devices to be easily recharged without the need for replacement batteries or charging contacts. The current invention meets this need.

SUMMARY

[0005] The current invention provides for charging of portable battery-operated devices (including those which normally use disposable batteries or which use rechargeable batteries and an AC adaptor charger) using an inductive recharging base without external charging contact points.

[0006] The invention comprises a battery unit configured to be installed onto the portable electronic device in place of the portable device's standard battery pack. The battery unit has rechargeable batteries and an inductive interface for the recharging of the rechargeable batteries. In one embodiment, the battery unit includes a rechargeable battery (such as a Lithium Ion polymer battery), a battery coupling inductor, a

EWAND-11077.PRO
EB 134829275 US

rectifier regulator, and charger protection (to prevent overcharging of the battery).

[0007] The invention further comprises a recharging base unit upon which the modified portable device can be placed to recharge the battery replacement unit. The recharging base unit receives power from a power source (such as an AC wall outlet), and comprises a base unit coupling inductor configured to interact with the battery coupling inductor in order to charge the battery in the battery replacement unit. In one embodiment, the recharging base unit comprises an AC adaptor (which can be connected to an AC wall outlet or other power source), a rectifier, an oscillation circuit, and a base unit coupling inductor. When the portable device is placed onto the base unit, the base unit coupling inductor (which is driven by power via the oscillation circuit) interacts with the battery coupling inductor, thereby recharging the replacement battery unit.

[0008] The invention thus enables the elimination of disposable batteries or, in the case of traditional rechargeable battery packs, of the exposed charging contacts which can easily become dirty and not function properly when exposed to sweating and dirty hands, etc.

[0009] The base unit of the invention includes an AC power adapter, one end of which fits into the AC wall plug and the other end of which leads into the base unit to supply power to the portable device via electromagnetic induction. (Note that other external power sources could also be used in accordance with the invention.) The base unit includes a reception port configured to receive at least a portion of the portable device. The reception port includes a primary coupling inductor.

3

EWAND-11077.PRO
EB 134829275 US

[0010]  The battery unit that replaces the batteries within the portable device will be custom designed to fit within a designated battery area and will consist of a cover, an inductive loop, a rectifying and charging circuit, and the rechargeable batteries that will power the device.

[0011]  The recharging base unit upon which the battery replacement unit can be placed to receive its power contains an inductive loop and oscillating circuitry, which can itself be powered by a wall mount AC power adaptor.  The adapter draws power from the AC outlet and supplies that power to the base to enable one or more inductive battery replacement units to recharge.

[0012]  In another exemplary embodiment of the present invention, a battery replacement unit is designed specifically for one or more specific portable electronic devices.  This is accompanied by a matching charging base unit.

[0013]  The system is configured to permit a user to easily place one or more portable devices onto the base unit for re-charging, with the portable devices positioned on the base unit in an angled position to be easily viewed and removed.  The system also includes a charge indicator permitting the user to easily determine the charge status of the battery unit without having to remove the battery unit and/or portable device from the base unit.

[0014]  A method of the invention includes providing at least one replacement battery unit configured to be inductively charged and to replace a previously-provided (or stock) battery pack on a portable device; and providing a base unit configured to

4

EWAND-11077.PRO
EB 134829275 US

inductively charge the replacement battery unit. The replacement battery unit may be configured for application to a specific portable device. Instructions (written or otherwise) for replacing the stock battery unit with the replacement battery unit may also be provided. The method can also include removing the stock battery pack and replacing it with the replacement battery unit.

BRIEF DESCRIPTION OF THE DRAWINGS

[0015] FIGS. 1A and 1B depict perspective and side views, respectively, of a system according to an embodiment of the invention;

[0016] FIG. 2 depicts a portable device with battery unit according to an embodiment of the invention;

[0017] FIG. 3 depicts a battery unit according to an embodiment of the invention;

[0018] FIGS. 4A and 4B depict perspective views (top and bottom, respectively) of a base unit according to an embodiment of the invention;

[0019] FIG. 5 is a block diagram of a system according to an embodiment of the invention;

[0020] FIGS. 6A, 6B, and 6C depict perspective, side, and top views, respectively, of a base unit according to an embodiment of the invention;

EWAND-11077.PRO
EB 134829275 US

[0021]  FIG. 7A depicts a perspective view of a base unit and portable devices according to an embodiment of the invention;

[0022]  FIG. 7B depicts a perspective view of a battery unit according to an embodiment of the invention; and

[0023]  FIG. 7C depicts a perspective view of a base unit, portable device, and battery unit according to an embodiment of the invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0024]  FIGS. 1A and 1B depict a system 10 according to the invention, comprising portable devices 12a, 12b positioned on a base unit 14.  In the particular embodiment depicted, there are two (2) portable devices 12a, 12b which are both game controllers having a generally elongated shape, such as used with the Wii™ device.

[0025]  The base unit 14 is connected to an external power source (such as an AC wall outlet) via a power cord 16.  The base unit 14 includes charge indicators 18a, 18b which indicate the power charge of the corresponding portable devices 12a, 12b respectively.  In the particular embodiment depicted, the charge indicators 18a, 18b are positioned on the front of the base unit 14, which enables the charge indicators 18a, 18b to be easily viewed by a user without being obstructed by any portion of the portable devices 12a, 12b.  To better accommodate portable devices 12a, 12b having holding straps 20a, 20b or other attachments which hang down and obstruct portions of the base

EWAND-11077.PRO
EB 134829275 US

unit 14, the charge indicators 18a, 18b are offset from the areas directly underneath the holding straps 20a, 20b in order to prevent the charge indicators 18a, 18b being obstructed by the holding straps 20a, 20b.

[0026]  The base unit 14 is configured to cradle and hold the portable devices 12a, 12b in an angled position for better accessibility and viewing.  In the particular embodiment of FIG. 1B, the base unit 14 is seen to hold portable device 12b at an angle 22 of about 20 degrees from the horizontal plane.  Many other angles are also within the scope of the invention.  For example, angles in the range of 15 to 60 degrees can provide good visibility and accessibility, with angles from 15 to 35 degrees being particularly suitable for many portable devices.

[0027]  FIG. 2 depicts a portable device 12 from the lower (bottom) side.  The battery unit 24 provides power to the portable device 12.  The battery unit 24 includes a battery coupling inductor 26 and a battery charge indicator 28.  The battery charge indicator 28, which may take the form of a light, indicates when the battery is at a full charge.  The battery charge indicator 28 can indicate the battery is fully charged via various methods, including a solid light, flashing light, colored light, and/or combinations and/or variations in the color and/or rate of flashing of the light.  In one particular embodiment, a solid light indicates charging and a flashing light indicates the charge is completed.

[0028]  FIG. 3 depicts the battery unit 24, separately from the portable device 12 from FIG. 2, with the battery unit 24 viewed from the upper side that is hidden within the portable device 12 when the battery unit 24 is secured thereto.  In the particular

EWAND-11077.PRO
EB 134829275 US

battery unit 24 depicted, the battery unit includes a
rechargeable battery 30 configured to provided power to the
portable device 12 (when attached thereto) via battery contacts
32. The battery unit 24 includes the battery inductive loop
interface, rectifier/regulating circuitry, charging and battery
(Li-ion) protective circuitry, and batteries all as one unit
with a custom cover configured for attachment to a portable
device in lieu of a standard battery pack.

[0029] The battery 30 can be of various rechargeable types, such
as a Li-Ion Polymer battery.  The battery unit is designed so
that the existing internal battery contacts will be supplied
with DC power, as if the original batteries were still
installed.

[0030] FIGS. 4A and 4B depict the base unit 14.  The base unit
14 includes two recesses 34a, 34b which are each configured to
receive portable devices (such as the portable devices 12a, 12b
depicted in FIGS. 1A, 1B, 2).  In the particular embodiment
depicted, the recesses 34a, 34b receive and retain the portable
devices via gravity alone, i.e., without the use of any clip,
lock, or similar device to physically lock the portable device
in place.  In other embodiments, however, the invention could
include locks, clips, sliders, etc. to provide improved
retention of the portable devices onto the base unit 14.

[0031] The base unit 14 includes base coupling inductors 36a,
36b, which are configured to align with the battery coupling
inductors (26 in FIG. 2) of a battery pack when a portable
device is positioned on the base unit 14.

EWAND-11077.PRO
EB 134829275 US

[0032]  The base unit 14 includes light tube ports 38a, 38b, which open to light tubes 40a, 40b leading to charging indicators 18a, 18b.  The light tube ports 38a, 38b are positioned in the recesses 34a, 34b so that the battery charge indicators (e.g., element 28 on the battery unit 24 in FIG. 2) of the respective portable devices will align with the light tube ports 38a, 38b when the portable devices are positioned on the base unit 14.  Accordingly, a visual indication (e.g., a colored and/or flashing light) provided by the battery charge indicator (e.g., element 28 on the battery unit 24 of FIG. 2) will be transmitted through a light tube port (38a or 38b) into a light tube (40a or 40b) and then out of the charging indicators (18a or 18b).

[0033]  In the depiction of FIG. 4B, the internal electronics of the base unit 14 have been removed to better depict the shell 42 of base unit 14 and light tubes, etc.  The shell 42 supports the controllers and keeps the respective inductive areas (i.e., base coupling inductor and battery coupling inductor) well aligned to each other. Within the shell 42 itself will be the rectifier circuitry, the oscillation circuitry, and the primary inductive loop interface (not depicted in FIG. 4B). The base unit 14 also includes a power port opening 44 through which power is provided to the base unit 14 via an external power cord (element 16 in FIGS. 1A, 1B), which may provide power via an AC adaptor connected to an AC wall outlet.

[0034]  The base unit 14 can have various dimensions, depending on the particular application (including such aspects as to the particular portable device or devices to be charged, etc.).  In the particular embodiment of FIGS. 4A-4B, the base unit 14 has a

height 46 of 62 mm, a length 48 of 119 mm, and a width of 103 mm.

[0035]  FIG. 5 depicts a block diagram of aspects of a system 10 according to the invention.  External power is provided via an AC adaptor 52, which provides power to the base unit 14 via, for example, a power line 16.  The base unit 14 includes a rectifier 54 which powers an oscillation circuit 56 to drive the base coupling inductor 58.

[0036]  With a portable device 24 positioned on the base unit 14, the base coupling inductor 36 drives the battery coupling inductor 26, which drives a rectifier regulator 58 to power (via a charger protection circuit 60) the rechargeable battery 30. The rechargeable battery 30 provides power to the portable device 12 via, for example, contacts 32.

[0037]  FIGS. 6A-6C depict various view of a base unit 70 according to a further embodiment of the invention.  The base unit 70 includes two recesses 72, 72b, which are positioned one behind the other (as opposed to the side-by-side configuration of the base unit 14 of FIG. 1A).  The base unit 70 can thus be used with portable devices having width or side extensions, etc. that make side-by-side positioning inconvenient and/or impractical.  The base unit 70 receives power via a power cord 74, and includes charger indicators 76a, 76b.  The operation and internal workings of the base unit 70 of FIGS. 6A-6C are generally the same as the base unit 14 from FIG. 1A, 4A, 4B, and 5.

[0038]  The base unit 70 can have various dimensions, and in the particular embodiment depicted has a maximum height 78 of 50 mm,

EWAND-11077.PRO
EB 134829275 US

minimum height 80 of 35 mm, length 82 of 194 mm, and width 84 of 60 mm.

[0039]   FIG. 7A depicts the base unit 70 of FIGS. 6A-6C, with portable devices 86a, 86b positioned thereon.   The portable devices 86a, 86b each have a battery unit 88 (depicted in FIG. 7B).   The battery unit 88 is operationally similar to the battery unit 24 from FIGS. 2, 3, and 5 (e.g., has a battery coupling inductor, etc.), but is shaped somewhat differently in order to be secured to the different portable devices 86, 86b of FIG. 7A.

[0040]   The portable devices 86a, 86b are similar to those provided with the Xbox 360™.   They are somewhat wide, and have wing-like extensions 90 on either side thereof.   The base unit 70 is configured to receive the portable devices 86a, 86b, with the batteries (hidden from view in FIG. 7A, but seen as element 88 in FIG. 7B) of each portable device sitting in the respective recesses 72a, 72b, and with the wing-like extensions 90 passing on either side of the base unit 70.

[0041]   FIG. 7C depicts one portable device 86b positioned on the base unit 70 in the second recess 72b, but only a rechargeable battery unit 88a positioned in the first recess 72a.   In either case (i.e., whether the entire portable device (with battery unit) is positioned on the base unit, or just the battery unit alone), the battery unit will be recharged.

[0042]   The invention has various methods of use.   The battery unit may be provided along with the portable device when the portable device is initially sold to a potential user. Alternatively, the battery unit may be provided separately from

EWAND-11077.PRO
EB 134829275 US

the portable device.  In such an embodiment, the user can remove the original battery pack (not shown) from the portable device, and install the battery unit in place of the original battery pack.

[0043]  The user can recharge the battery unit by placing the portable device (with battery unit attached thereto) onto the base unit.  Alternatively, the user could place the battery unit by itself (i.e., separated from the portable device) onto the base unit for recharging.  For example, a user could have more than one battery unit for a particular portable device, so that the user can use the portable device with a first battery unit while a second battery unit is being charged/recharged on the base unit.

[0044]  It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof.  The embodiments described above should be considered to be illustrative and not restrictive.

EWAND-11077.PRO
EB 134829275 US

What is claimed is:

1.   A system substantially as described and depicted herein.

2.   A device substantially as described and depicted herein.

3.   A method substantially as described and depicted herein.



FIG. 1A



FIG. 1B





FIG.4A

FIG.4B

Wii Remote Control Rechargeabel Battery Pack
Block Diagram



FIG. 5

10

14

Charger Base

54 Rectifier

56 Oscillation Circuit

36 Primary Coupling Inductor

52 AC Adpater

16

24

Rechargeable Battery Pack

26 Secondary Coupling Inductor

58 Rectifier Regulator

60 Charger Protection

30 Li-Ion Polymer Battery

32

12 Wii Remote



FIG. 6A

72b

74

72a

70

76a

76b



FIG. 6B

78

80

76b

70

74

35mm

50mm

194mm

82



FIG. 6C



FIG. 7A

FIG. 7B

FIG. 7C

PATENT APPLICATION SERIAL NO._____

## U.S. DEPARTMENT OF COMMERCE
## PATENT AND TRADEMARK OFFICE
## <u>FEE RECORD SHEET</u>

```
09/20/2007 LNGUYEN1 00000027 60994263
01 FC:2005                      100.00 OP
```

PTO-1556
(5/87)

*U.S. Government Printing Office: 2002- 489-267/69033