# EXHIBIT U

**INVALIDITY ANALYSIS OF CLAIMS 1, 2, 5, 7, 8, 10, 11 AND 12 BASED UPON COLE AS THE PRIMARY REFERENCE**

**A.      Summary of the Prior Art References**

    1.      Cole

Cole was filed on November 1, 2007, and issued on May 17, 2011 as U.S. Patent No. 7,942,747.  Cole claims priority to a provisional application No. 60/749,932 and is a continuation-in-part of application No. PCT/US2006/016944, filed on May 3, 2006.  The provisional application discloses a video game controller rack.  The continuation-in-part application discloses using USB ports in each cradle to charge the video game controllers.  Finally, the non-provisional application further includes disclosure related to power sources and AC-to-DC converters.  Accordingly, Cole constitutes prior art under at least 35 U.S.C. § 102(e).  Cole was not cited during prosecution of the '848 patent.

Cole discloses a video game controller storage rack with USB ports for charging video game controllers, where power is provided from a power supply.  Cole 3:30-31 and 4:42-44.  Cole's storage rack has a vertical member that serves as a game controller base.  It further includes a plurality of cantilever angle members or posts that are fixed in pairs to the game controller base.  These members/posts provide docking bays that can receive controllers from a particular direction, in which to securely store the controllers.  Cole 3:46 and 4:42-44.  Cole's USB ports that are available at each docking bay are used to charge the controllers.  Cole 4:42-44.  Cole further discloses a specific location for the USB port, which is between the two surfaces of a given pair of members/posts.  See, Cole Figure 4.

    2.      Brake

Brake was filed on July 26, 1996 and issued on March 31, 1998 as U.S. Patent No. 5,734,253.  Brake constitutes prior art under at least 35 U.S.C. § 102(b).  Brake was not cited during prosecution of the '848 patent.

Brake discloses a charging apparatus capable of charging multiple batteries. Brake Abstract.  Brake's invention discloses a base unit, and charging stations or socket assemblies.  Brake 4:53-56.  These assemblies are interchangeable.  Brake 4:58-59.  The sockets are designed to conform to the size and shape of the battery pack. Brake 4:61-63.  Brake's socket have an opening in the upward direction and contact plates between the walls of the socket. Brake 4:55-56.

    3.      Kumar

Kumar was filed on June 22, 1998 and issued on January 25, 2000 as U.S. Patent No. 6,018,227.  Kumar constitutes prior art under at least 35 U.S.C. § 102(b).  Kumar was not cited during prosecution of the '848 patent.

Kumar discloses a battery charger capable of charging multiple rechargeable battery packs.  Kumar Abstract.  It further discloses a base unit, sockets that are shaped to receive separate batteries, and power contacts located in the sockets that engage the batteries.  Kumar 20-29. Sockets can vary in shape and configuration so that they can be interchanged to correspond to the individual specification of the batteries. Kumar Abstract.

**B.       Claims 1, 2, 5, 7 And 10 Are Unpatentable Under 35 U.S.C. § 102(e) As Being Obvious Over Cole.**

| Claim 1 | Corresponding Disclosure |
|---|---|
| *Note - Figures 4 and 10 of Cole are reproduced and annotated at the bottom of this chart.* | |
| 1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising: | Cole discloses a video game controller charging system for charging multiple video game controllers using externally supplied power (a video game controller rack, USB ports provided for charging video game controllers where power is provided from a  power supply).  Cole 3:30-31 and 4:42-44. |
| a base | Cole discloses a base (vertical member attached to and supported on external surface (e.g., a wall) or game controller base). Cole 3:46. |
| at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and | Cole discloses at least one structure on the base for providing physical support to the plurality of video game controllers (a plurality of cantilever angle members or posts are fixed in pairs to base to create a docking bay in which to securely store video game controllers).  Cole 3:38-42.<br><br>Cole discloses a device that charges video game controllers (USB ports are provided to charge video game controllers).  Cole 4:42-44. |

| | |
|---|---|
| a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers, | Cole discloses a plurality of DC ports on the base, where DC ports provides power to power input port of a respective one of the plurality of video game controllers (USB ports are provided for each game controller and provides DC power).  Cole 4:37-44. |
| wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and | Cole discloses a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction (a pair of cantilever angle members in conjunction with a portion of the base member of the game controller rack creates a docking bay for a game controller).  Cole 3:53-55. |

| wherein the at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking hays each of the DC ports being on the base between a respective one of the pairs of surfaces. | Cole discloses a structure on the base which comprises a plurality of opposite surfaces, defining a respective docking bay and where a DC port is located between the opposite surfaces.  See Cole Figure 4, 10. |
| --- | --- |



Cole Figures 4 and 10

| Claim 2 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 1, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors. | Cole discloses a plurality of DC ports that are USB connectors (USB ports are provided to charge video game controllers).  Cole 4:42-44. |
| **Claim 5** | **Corresponding Disclosure** |
| The video game controller charging system of claim 1, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports. | Cole discloses a video game controller charging system, wherein pairs of opposite surfaces are configured to align game controllers to corresponding DC ports (The pairs of cantilever angle members are fixably attached to vertical member 15a create a docking bay for a game controller and the cantilever angle members or ports 11b are mounted to vertical member or base 15b which are provided with USB ports 22, one for each game controller position). Cole 3:56-60 and Cole 4:39-43. |
| **Claim 7** | **Corresponding Disclosure** |
| The video game controller charging system of claim 1, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers. | Cole discloses a video game controller charging system wherein a plurality of DC ports is configured to concurrently couple and provide DC power (the cantilever angle members or ports 11b are mounted to vertical member or base 15b which are provided with USB ports 22, one for each game controller position) Cole 4:39-43. |
| **Claim 10** | **Corresponding Disclosure** |
| The video game controller charging system of claim 8, wherein the AC-to-DC converter is external to the base. | Cole discloses an AC-to-DC converter that is external to the (power supply located outside the base).  Cole Figure 4. |

C.      **Claim 8 is unpatentable under 35 U.S.C. § 103 as being obvious over Cole in view of Brake.**

| Claim 8 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 1, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers. | Brake discloses an AC-to-DC converter that converts external power to DC power (power supply that receives external AC power and converts it to DC power).  Brake 5:28-30. |

D.      **Claim 11 and 12 is unpatentable under 35 U.S.C. § 103 as being obvious over Cole in view of Kumar.**

| Claim 11 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 8, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100V to 240V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. | Kumar discloses a converter adapted to convert AC voltage in the range of 100V to 250V (provide a switching power supply that can run on signals from 85 to 265 VAC).  Kumar 6:1-2. |
| **Claim 12** | **Corresponding Disclosure** |
| The video game controller charging system of claim 11, wherein the DC voltage is :DC 5 V | Kumar discloses a converter that converts AC power to DC power where the voltage is 5V (an output signal that is a relatively constant 5V).  Kumar 5:53-54. |