# EXHIBIT V

**INVALIDITY ANALYSIS OF CLAIMS 1, 2, 5, 7, 8, 10, 11 AND 12 BASED UPON ERICKSON AS THE PRIMARY REFERENCE**

**A.      Summary Of The Prior Art References**

    1.      Cole

For a discussion on priority date information, please refer to Exhibit U.

Cole discloses a video game controller storage rack, USB ports for charging video game controllers where power is provided from a power supply. Cole 3:30-31 and 4:42-44. Cole's storage rack has a vertical member or a game controller base and further includes a plurality of cantilever angle members or posts that are fixed in pairs to the vertical member or the game controller base which provides a docking bay that can receive controllers from a particular direction, in which to securely store video game controllers. Cole 3:46 and 4:42-44. Cole's USB ports that are available at each docking bay are used to charge the controllers. Cole 4:42-44. Cole further discloses a specific location for the USB port, which is between the to surfaces of a pair of cantilever angle members or posts. See, Cole Figure 4.

    2.      Erickson

Erickson was filed on April 16, 2008 and published on March 19, 2009 as U.S. Patent Publication No. US 2009/0072784 ("Erickson"). Erickson claims priority to a provisional application No. 12/148,266 filed on September 17, 2007. Erickson constitutes prior art under at least 35 U.S.C. § 102(e). Erickson was cited during prosecution of the '848 patent. Erickson was cited by the Examiner as disclosing a base that included a plurality of DC ports. (Final Office Action p. 4)

Erickson discloses a charging station for charging battery operated remote controls, in particular hand-held remotes such as for PlayStation3, XBox360 and Wii. Erickson para [0002]. Erickson also discloses multiple bays that support remote controls during charging. Erickson para [0037]. Erickson further discloses coupling inductors included on the base that are used to charge the batteries. Erickson para [0038].

    3.      Scholder

Scholder was filed on June 2, 1993, and issued on July 5, 1994 as U.S. Patent No. 5,327,067 ("Scholder"). Scholder constitutes prior art under at least 35 U.S.C. § 102(b). Cole was not cited during prosecution of the '848 patent.

Scholder discloses a notebook battery charging system where the batteries are inserted into a bay in an upright or vertical position. Scholder Fig. 1. Scholder discloses a recessed bay that features a bottom surface which has electrical connectors that

contact corresponding connectors on the notebook batteries.  Scholder 3:58-63.  The bay is configured such that the batteries are inserted top-down into the bay.

4.      Huang

Huang was filed on July 19, 2003 and issued on December 30, 2003 as U.S. Patent No. 6,669,513 ("Huang").  Huang constitutes prior art under at least 35 U.S.C. § 102(b).  Huang was cited during prosecution of the '848 patent.
Huang discloses a hub and power adapter unit where a plurality of connection boxes are vertically inserted in a plurality of insertion bays.  Huang Figure 2.  Huang's insertion bays are also configured in such a way that the connection boxes are inserted downward, into the slots. Id.  Huang's bays include a power output and a USB output connector at the base of the slots.  Huang 2:24-25.

5.      Kaji

Kaji was filed on April 17, 2007 and issued on July 6, 2010 as U.S. Patent No. 7,750,599 ("Kaji").  Kaji constitutes prior art under at least 35 U.S.C. § 102(e).  Kaji was not cited during prosecution of the '848 patent.
Kaji discloses a battery charger capable of charging a plurality of batteries.  Kaji 4:5.  It has a bottom wall that supports the batteries as they are being charged.  Kaji 4:62-36.  The charging terminals are located at the bottom wall, between side walls that define individual charging bays.  Id.  The batteries are inserted into the charging bay through an opening in a horizontal manner.  Kaji Figure 5.

6.      Kumar

Kumar was filed on June 22, 1998 and issued on January 25, 2000 as U.S. Patent No. 6,018,227 ("Kumar").  Kumar constitutes prior art under at least 35 U.S.C. § 102(b).  Kumar was not cited during prosecution of the '848 patent.
Kumar discloses a battery charger capable of charging multiple rechargeable battery packs.  Kumar Abstract.  Kumar discloses a base unit, sockets that are shaped to receive separate batteries and power contacts located in the sockets that engage the batteries.  Kumar 20-29. Sockets can vary in shape and configuration so that they can be interchanged to correspond to the individual specification of the batteries. Kumar Abstract.  Kumar further discloses a AC-to-DC converter that can provide a switching power supply that can run on signals from 85 to 265 VAC and an output signal that is a relatively constant 5V.  Kumar 6:1-2 and 5:53-54.

7.      Brake

   Brake was filed on July 26, 1996 and issued on March 31, 1998 as U.S. Patent No. 5,734,253 ("Brake").  Brake constitutes prior art under at least 35 U.S.C. § 102(b).  Brake was not cited during prosecution of the '848 patent.

   Brake discloses a charging apparatus capable of charging multiple batteries. Brake Abstract.  Brake's invention discloses a base unit, charging stations or socket assemblies.  Brake 4:53-56.  These assemblies are interchangeable.  Brake 4:58-59.  The sockets are designed to conform to the size and shape of the battery pack.  Brake 4:61-63.  Brake's socket is a recessed area with an opening in the upward direction and having contact plates between the walls of the socket.  Brake 4:55-56.

**B.**    **Claim 1 is unpatentable under 35 U.S.C. § 103 as being obvious over Erickson in view of multiple references**

| Claim 1 | Corresponding Disclosure |
|---|---|
| 1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising: | Erickson discloses a video game controller charging system for charging a plurality of video game controllers using externally supplied power (charging battery operated remote controls, in particular hand-held remotes such as for Playstation 3, XBox 360 and Wii). Erickson Para [0002]. |
| a base | Cole discloses a base (vertical member or game controller base). Cole 3:46. |
| at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and | Erickson discloses at least one structure on the base for providing physical support to the plurality of video game controllers (docking bay to receive and retain battery units and portable devices, and coupling inductors that charge the batteries as they are positioned in the docking bay).  Erickson [003] and [0038]. |
| a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers, | Cole discloses a plurality of DC ports on the base, where DC ports provides power to power input port of a respective one of the plurality of video game controllers (USB ports are provided for each game controller and provide DC power).  Cole 4:37-44. |

| Claim 1 | Corresponding Disclosure |
|---|---|
| wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and | Scholder and Huang both disclose a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction (vertical front and rear side wall and a bottom end wall with a top opening and upward insertion slots). Scholder 3:52-57 and Huang 2:43-45. See also Scholder Fig. 2 and Huang Fig. 2.<br><br>Plurality of Docking Bays Accessible From One Direction (yellow arrow)<br><br>Scholder Figure 2<br><br>Plurality of Docking Bays Accessible From One Direction (yellow arrow)<br><br>Fig. 2<br><br>Huang Figure 2 |

C.     **Claims 2, 5 and 7 are unpatentable under 35 U.S.C. § 103 as being obvious over Erickson in view of Cole.**

| Claim 2 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 1, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors. | Cole discloses a plurality of DC ports that are USB connectors (USB ports are provided to charge video game controllers). Cole 4:42-44. |
| **Claim 5** | **Corresponding Disclosure** |
| The video game controller charging system of claim 1, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports. | Cole discloses a video game controller charging system, wherein pairs of opposite surfaces are configured to align game controllers to corresponding DC ports (The pair of cantilever angle members fixably attached to vertical member 15a create a docking bay for a game controller and the cantilever angle members or ports 11b are mounted to vertical member or base 15b which are provided with USB ports 22, one for each game controller position). Cole 3:56-60 and Cole 4:39-43. |
| **Claim 7** | **Corresponding Disclosure** |
| The video game controller charging system of claim 1, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers. | Cole discloses a video game controller charging system wherein a plurality of DC ports is configured to concurrently couple and provide DC power (the cantilever angle members or ports 11b are mounted to vertical member or base 15b which are provided with USB ports 22, one for each game controller position) Cole 4:39-43. |

**D.     Claims 8 and 10 are unpatentable under 35 U.S.C. § 103 as being obvious over Erickson in view of Brake.**

| Claim 8 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 1, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers. | Brake discloses an AC-to-DC converter that converts external power to DC power (power supply that receives external AC power and converts it to DC power).  Brake 5:28-30. |
| **Claim 10** | **Corresponding Disclosure** |
| The video game controller charging system of claim 8, wherein the AC-to-DC converter is external to the base. | Brake discloses an AC-to-DC converter that converts external power to DC power (power supply that receives external AC power and converts it to DC power).  Brake 5:28-30. |

**E.     Claims 11 and 12 is unpatentable under 35 U.S.C. § 103 as being obvious over Erickson in view of Kumar.**

| Claim 11 | Corresponding Disclosure |
|---|---|
| The video game controller charging system of claim 8, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100V to 240V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. | Kumar discloses a converter adapted to convert AC voltage in the range of 100V to 250V (provide a switching power supply that can run on signals from 85 to 265 VAC).  Kumar 6:1-2. |
| **Claim 12** | **Corresponding Disclosure** |
| The video game controller charging system of claim 11, wherein the DC voltage is :DC 5 V | Kumar discloses a converter that converts AC power to DC power where the voltage is 5V (an output signal that is a relatively constant 5V).  Kumar 5:53-54. |