SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendant. | Case No. CV12-03001 <br><br> **NOTICE OF ERRATA RE DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TRO** <br><br> The Hon. Gary A. Feess <br><br> [Complaint Filed:  April 5, 2012] |

Case No. CV12-03001

1  Defendants Performance Designed Products LLC and Energizer Holdings,
2 Inc. respectfully request that the Court file the accompanying exhibits W, X, and Y
3 to the Declaration of Steven M. Hanle.  Defendants' Opposition to Ex Parte
4 Application for TRO filed on May 15, 2012 inadvertently omitted exhibits W, X,
5 and Y, which are being filed herewith.

7 Dated:  May 16, 2012

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/Steven M. Hanle
DANIEL Y. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

Case No. CV12-03001