**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No.  CV 12-3001 GAF (VBKx)<br><br>**SUPPLEMENTAL DECLARATION OF AMIR NAVID IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>**Hon. Gary Allen Feess** |

I, Amir Navid, declare as follows:

1.  I am the Vice President of Research and Development of Plaintiff NYKO Technologies, Inc. ("NYKO"). I have personal knowledge of the contents of this declaration and, if called as a witness, could and would competently testify thereto.

2.  I have reviewed Cole, U.S. Patent 7,942,747 ("the Cole patent"),

-1-

Exhibit K to the Hanle Declaration, as well as Cole's international application PCT/US2006/016944 ("the Cole PCT application"), Exhibit L to the Hanle Declaration.  FIG. 4 of the Cole patent shows the body of the controller resting on pegs with the USB port on the rack positioned below the controller and between the two handles. The Xbox 360 and PS3 wireless controllers each include a female power input port located at the top of the controller opposite the handles. Since the controller in FIG. 4 of the Cole patent rests on the rack pegs in a handle down orientation, the top of the controller with the input port is located in an opposite direction and away from the port on the rack.  Cole does not appear to disclose how the USB port on the rack is connected to the input port on the opposite side of the controller.  Therefore, one would expect that the conventional charging cables for the first party Xbox 360 and PS3 controllers would be used to provide power from the port on the rack to the input port on the controller.

3. Attached hereto as Exhibit A is a true and correct photographs of the accused Energizer® Power & Play Charging System for PS3 with the lower flat member separated from the upper arched member of the product.

4. Attached hereto as Exhibit B is a true and correct photograph of the upper portion of the accused product.  This upper arched member houses, among other things, circuitry, LED indicator lamps, and a power supply (plug) interface.

5. Attached hereto as Exhibit C is a true and correct photograph of the rear of the upper arched member.

6. Attached hereto as Exhibit D is a true and correct close up photograph of the accused product with LED indicator lights on the upper arched member.

7. Attached hereto as Exhibit E is a true and correct photograph of the

1  interior of the upper arched member of the Energizer® Power & Play Charging System for the Xbox 360, which I have disassembled to expose the circuitry, the ribbon wire to the male jacks and the power input port.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of May, 2012 in Sherman Oaks, California.

By   /s/Amir Navid
       Amir Navid

*Mr. Navid has personally reviewed this declaration and provided his authorization to affix his electronic signature hereto.

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



**Rear view of arched member**

EXHIBIT C
Page 6

# EXHIBIT D



**Base**

**LED indicator lights**

# EXHIBIT E

