1   JOHN D. CARPENTER, CA Bar No. 145154
    john.carpenter@cph.com
2   S. ART HASAN, CA Bar No. 167323
    art.hasan@cph.com
3   G. WARREN BLEEKER, CA Bar No. 210834
    warren.bleeker@cph.com
4   CHRISTIE, PARKER & HALE, LLP
    655 N. Central Avenue, Suite 2300
5   Glendale, California 91203-1445
    Telephone: (626) 795-9900
6   Facsimile:  (626) 577-8800

7   Attorneys for Plaintiff,
    Nyko Technologies, Inc.

8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12  NYKO TECHNOLOGIES, INC., a        Case No.  CV 12-3001 GAF (VBKx)
    California corporation,
13                                    SUPPLEMENTAL
                  Plaintiffs,         DECLARATION OF JOHN D.
14                                    CARPENTER IN SUPPORT OF
          vs.                         PLAINTIFF'S EX PARTE
15                                    APPLICATION FOR (1)
    ENERGIZER HOLDINGS, INC., a       TEMPORARY RESTRAINING
16  Missouri corporation, and         ORDER AND (2) ORDER TO
    PERFORMANCE DESIGNED              SHOW CAUSE RE:
17  PRODUCTS LLC, a California limited PRELIMINARY INJUNCTION
    liability company,
18
                  Defendants.
19

20

21
                                      Hon. Gary A. Feess
22

23        I, John D. Carpenter, hereby declare:

24        1. I am a partner at Christie, Parker & Hale, LLP.  I have personal

25  knowledge of the facts stated herein and, if called to testify, could and would

26  testify competently thereto.

27        2.      Attached hereto as Exhibit A is a true and correct copy of an excerpt

28

                                  -1-

CHRISTIE, PARKER & HALE, LLP

1  from the Merriam-Webster online dictionary, www.merriam-webster.com ,

2  with definitions of the word "base".

3       3.     Attached hereto as Exhibit B is a true and correct copy of an

4  illustration of a "base" of a column, with labeled parts 1-6, that appears at the

5  bottom of the dictionary excerpt attached as Exhibit A, and which can be

6  accessed by opening a separate window there at.

7       4.     Attached hereto as Exhibit C is a true and correct copy of the Cover,

8  copyright page, and page 74 of Webster's Collegiate Thesaurus," providing a

9  definition of "base."

10       5.     Attached hereto as Exhibit D is a true and correct copy of an excerpt

11  from Walmart's "Standards for Suppliers Manual," p.5, downloaded from the

12  internet at http://www.walmartstores.com/suppliers/

13

14       I declare under penalty of perjury under the laws of the United States that

15  the foregoing is true and correct.

16       Executed this 16th day of May, 2012 in Glendale, California.

17

18       By

19       John D. Carpenter

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A



AN ENCYCLOPÆDIA BRITANNICA COMPANY

Merriam-Webster
m-w.com

Word Games | Word of the Day | New Words & Slang | Video | ⭐ My Favorites

Dictionary | Thesaurus | Spanish-English | Medical | Encyclo.



base 🔍

## base

Popularity

103 ENTRIES FOUND:

**1) base** (noun)
**2) base** (verb)
**3) base** (adjective)

Ads by Google
**Epic Canadian Bike Tours**
Breathtaking Road Rides & Thrilling Trails. Find Your Ride in Alberta
travelalberta.com/us/

?! Quiz
**Test Your Vocabulary**
Take Our 10-Question Quiz



¹**base** 🔊 *noun* \ˈbās\

*plural* **bas·es** 🔊

**Definition of BASE**

👍 Like

**1** **a** (1) : the lower part of a wall, pier, or column considered as a separate architectural feature (2) : the lower part of a complete architectural design

**b** : the bottom of something considered as its support : FOUNDATION

**c** (1) : a side or face of a geometrical figure from which an altitude can be constructed; *especially* : one on which the figure stands (2) : the length of a base

**d** : that part of a bodily organ by which it is attached to another more central structure of the organism

**2** **a** : a main ingredient <paint having a latex *base*>

**b** : a supporting or carrying ingredient (as of a medicine)

**3** **a** : the fundamental part of something : GROUNDWORK, BASIS

**b** : the economic factors on which in Marxist theory all legal, social, and political relations are formed

**4** : the lower part of a heraldic field

**5** **a** : the starting point or line for an action or undertaking

**b** : baseline in surveying

**c** : a center or area of operations: as (1) : the place from which a military force draws supplies (2) : a place where military operations begin (3) : a permanent military installation

**d** (1) : a number (as 5 in $5^{6.44}$ or $5^7$) that is raised to a



**MORE QUIZZES**

**Name That Thing**
Take our visual vocab quiz
**Test Your Knowledge »**

**True or False?**
A quick quiz about stuff worth knowing
**Take It Now »**

**STAY CONNECTED**

**Join Us on FB & Twitter**
Get the Word of the Day and More
**Facebook** | **Twitter**

**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
**iPhone** | **iPad** | **Android** | **More**

**TOP 10 LISTS ›**

**Top 10 Favorite Words From Foreign Languages**
Karaoke, Chutzpah, Kerfuffle & More

**Thanks Mom: Top 10 Words That Mean "Mother"**
Metropolis, Matrix & More

EXHIBIT A
Page 3

power; *especially* **:** the number that when raised to a power equal to the logarithm of a number yields the number itself <the logarithm of 100 to the *base* 10 is 2 since $10^2 = 100$> (2) **:** a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place <the decimal system uses a *base* of 10>; *also* **:** such a system of writing numbers using an indicated base <convert from *base* 10 to *base* 2> (3) **:** a number that is multiplied by a rate or of which a percentage or fraction is calculated <to find the interest on $90 at 10 percent multiply the *base* 90 by .10>

**e :** ʀᴏᴏᴛ 6

**6  a :** the starting place or goal in various games

**b :** any one of the four stations at the corners of a baseball infield

**c :** a point to be considered <his opening remarks touched every *base*>

**7  a :** any of various typically water-soluble and bitter tasting compounds that in solution have a pH greater than 7, are capable of reacting with an acid to form a salt, and are molecules or ions able to take up a proton from an acid or able to give up an unshared pair of electrons to an acid

**b :** any of the five purine or pyrimidine bases of DNA and RNA that include cytosine, guanine, adenine, thymine, and uracil

**8  :** a price level at which a security previously declining in price resists further decline

**9  :** the part of a transformational grammar that consists of rules and a lexicon and generates the deep structures of a language

— **based** 🔊   *adjective*
— **base·less** 🔊   *adjective*
— **off base**
    **1 :** ᴡʀᴏɴɢ, ᴍɪsᴛᴀᴋᴇɴ <estimates were way *off base*>
    **2 :** ᴜɴᴀᴡᴀʀᴇs <caught *off base* by the charges>

📖 See base defined for English-language learners »
    See base defined for kids »

**Examples of BASE**

- <the firm belief that complete trust between husband and wife is the *base* of any successful marriage>

- <the army's *base* of attack was kept top secret until the battle began>

**Illustration of BASE**



**Origin of BASE**

Middle English, from Anglo-French, from Latin *basis,* from





EXHIBIT A
Page 4

# EXHIBIT B

base



base of a column: *1* upper torus, *2* scotia, *3* lower torus, *4* plinth, *5* shaft, *6* fillets

EXHIBIT B
Page 5

http://www.merriam-webster.com/art/dict/base.htm                                    5/16/2012

# EXHIBIT C

# Webster's Collegiate Thesaurus

*A Merriam-Webster®*

EXHIBIT C
Page 6

# Webster's Collegiate Thesaurus



EXHIBIT C
Page 7



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used
by a number of publishers and may serve mainly to mislead an
unwary buyer.

*A Merriam-Webster*® is the registered trademark you should
look for when you consider the purchase of dictionaries or other
fine reference books. It carries the reputation of a company that
has been publishing since 1831 and is your assurance of quality
and authority.

Copyright © 1976 by Merriam-Webster Inc.

Philippines Copyright 1976 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's collegiate thesaurus.

  1. English language—Synonyms and antonyms.
PE1591.W38          423'.1              75–45167
ISBN 0-87779-069-8 (indexed)
ISBN 0-87779-070-1 (deluxe)

Collegiate is a registered trademark of Merriam-Webster Inc.

*All rights reserved. No part of this work covered by the copyrights hereon
may be reproduced or copied in any form or by any means—graphic,
electronic, or mechanical, including photocopying, recording, taping, or
information storage and retrieval systems— without written permission of
the publisher.*

Made in the United States of America

19202122RMcN8685

EXHIBIT C
Page 8

**74   barrel**

*syn* bombardment, broadside, burst, cannonade, drumfire, fusillade, hail, salvo, shower, storm, volley

*rel* burst, eruption, flare, outburst, stream, surge, tornado

**barrel** *n* **1** *syn* CASK, butt, hogshead, keg, pipe, tun

**2** *syn* MUCH, great deal, lashings, lot, lump, ‖mess, mountain, peck, ‖power, ‖sight

**barrel** *vb* *syn* HURRY 2, barrelhouse, fleet, fly, hasten, highball, run, rush,˙ speed, whiz

**barrelhouse** *n* *syn* DIVE, hangout, honky-tonk, joint

**barrelhouse** *vb* *syn* HURRY 2, barrel, bucket, fly, hasten, hustle, rocket, rush, whiz, zip

**barren** *adj* **1** *syn* STERILE 1, effete, impotent, infecund, infertile, unfruitful

*rel* childless, fallow, heirless, issueless

*con* pregnant; fertile

*ant* fecund

**2** deficient in production of vegetation and especially crops < *barren* deserts and wastelands >

*syn* hardscrabble, infertile, unbearing, unfertile, unproductive

*rel* fallow; irreclaimable, uncultivable, unhusbanded, untillable, wild; bleak, depleted, improverished, poor, worn-out; vegetationless, verdureless; arid, desert, dry, parched

*con* arable, fruitful, productive; fat, rich; lush, luxuriant; green, verdant, verdurous

*ant* fertile

**barren** *n* *syn* WASTE 1, badland, desert, wasteland, wild, wilderness, wild land, wildness

**barricade** *n* *syn* BAR 2, barrier, blank wall, block, blockade, fence, roadblock, stop, wall

**barrier** *n* *syn* BAR 2, barricade, blank wall, block, blockade, fence, roadblock, stop, wall

**barring** *prep* *syn* EXCEPT, aside from, bar, bating, but, excluding, exclusive of, outside of, save, saving

**barroom** *n* *syn* BAR 5, ‖boozer, cocktail lounge, drinkery, ‖gin mill, lounge, pub, saloon, taproom, tavern

**bar sinister** *n* *syn* STIGMA, black eye, blot, blur, brand, odium, onus, slur, spot, stain

**bartender** *n* one who serves alcoholic beverages at a bar < worked for some years as a *bartender* >

*syn* barkeeper, ‖barmaid, barman, mixologist, tapster; *compare* SALOONKEEPER

**barter** *vb* *syn* TRADE 1, bargain, exchange, swap, traffic, truck

**basal** *adj* **1** *syn* FUNDAMENTAL 1, basic, bottom, foundational, primary, radical, underlying

*rel* pedimental; bottommost, lowermost, lowest, nethermost, undermost

*con* highest, uppermost

**2** *syn* ELEMENTARY 1, beginning, elemental, rudimental, rudimentary, simplest

---

*syn* synonym(s)                    *rel* related word(s)
*idiom* idiomatic equivalent(s)      *con* contrasted word(s)
*ant* antonym(s)                    \* vulgar
‖ use limited; if in doubt, see a dictionary
The first word in a synonym list when printed in SMALL CAPITALS shows where there is more information about the group. For a more efficient use of this book see Explanatory Notes.

**base** *n* **1** something on which another thing is reared or built or by which it is supported or fixed in place < the *base* of a lamp >

*syn* basement, basis, bed, bedrock, bottom, footing, foundation, ground, groundwork, hardpan, infrastructure, rest, seat, seating, substratum, substruction, substructure, underpinning, understructure; *compare* BASIS 1

*rel* bolster, buttress, framework, prop, stand, stay, support; foot

**2** *syn* BASIS 1, bedrock, footing, foundation, ground, groundwork, infrastructure, root, substratum, underpinning, warrant

**3** *syn* BOTTOM 3, foot, nadir

**base** *vb* to supply or to serve as a basis < *based* his accusation on sound evidence >

*syn* bottom, establish, found, ground, predicate, rest, stay

*rel* build, construct, fix, plant, seat, set up

**base** *adj* **1** *syn* IGNOBLE 1, baseborn, humble, low, lowborn, lowly, mean, plebeian, unennobled, unwashed

**2** *syn* CHEAP 2, common, mean, paltry, poor, rubbishy, shoddy, sleazy, tatty, trashy

**3** contemptible because beneath minimal standards of human decency < a *base* lying cheat >

*syn* despicable, ignoble, low, low-down, servile, sordid, squalid, ugly, vile, wretched; *compare* CONTEMPTIBLE

*rel* beggarly, lousy, sorry; abominable, disgraceful, loathsome; bad, evil, wicked; base-minded, low-minded, meanspirited; caitiff, cowardly, dastardly, recreant; unworthy; dirty, filthy; degrading, humiliating, ignominious

*con* honest, honorable, upright; virtuous; ethical, moral, righteous; fair, forbearing, open-minded, patient, reasonable, tolerant, understanding

*ant* noble

**baseborn** *adj* **1** *syn* IGNOBLE 1, base, humble, low, lowborn, lowly, mean, plebeian, unennobled, unwashed

**2** *syn* ILLEGITIMATE 1, bastard, fatherless, misbegotten, natural, spurious, supposititious, unfathered

**baseless** *adj* being without cause or occasion < anxious old ladies with their *baseless* fears >

*syn* bottomless, foundationless, gratuitous, groundless, uncalled-for, unfounded, ungrounded, unwarranted

*rel* false, wrong; indefensible, reasonless, unjustifiable, unsolid, unsupported, unsustained, untenable; empty, idle, vain; needless, pointless, senseless, unnecessary, unneeded

*con* actual, real, reasonable, true; authentic, bona fide, genuine, valid

**basement** *n* *syn* BASE 1, bed, bottom, footing, foundation, ground, groundwork, substratum, substructure, understructure

**bash** *n* **1** *syn* BLOW 1, bat, belt, crack, slam, smack, smash, wallop, whack, whop

**2** *syn* SHINDIG 1, ‖blowout, shindy

**bashful** *adj* *syn* SHY 1, coy, demure, diffident, modest, retiring, self-effacing, timid, unassertive, unassured

*rel* timorous; recoiling, shrinking; mousy; abashed, embarrassed; blushful

*con* assured, bold, intrepid; arrogant, barefaced, brazen, impudent, shameless; loquacious, talkative

*ant* brash, forward

EXHIBIT C
Page 9

# EXHIBIT D

ETHICAL SOURCING

Wal-Mart Stores, Inc.

Standards for
Suppliers Manual

# Section A: The Standards

The Standards for Suppliers ("Standards") are Wal-Mart Stores, Inc.'s ("Walmart") fundamental expectations from suppliers on the treatment of factory workers and the suppliers' impact on the environment.

The Standards must be visibly posted in English and in the shared language(s) of its employees in a common area at all facilities that manufacture products for Walmart and its affiliates.

This section further explains and outlines how Walmart will measure suppliers' compliance with each of its Standards.

In this section, the term "supplier(s)" shall include all manufacturing, subcontracting and packaging facilities, all of which will be held to these Standards.

## 1. Compliance with Laws

*Suppliers and their designated manufacturing facilities ("Suppliers") must fully comply with all applicable national and/or local laws and regulations, including but not limited to those related to labor, immigration, health and safety, and the environment.*

This standard is a minimum for Walmart suppliers.  In addition to the laws and regulations stated above, suppliers' compliance also extends to other matters such as intellectual property rights, labeling, documentation, and certifications.

Walmart is aware that in many of the jurisdictions in which its suppliers conduct business, the interplay between local, regional and national laws and regulations can cause confusion.  In light of this reality, Walmart's position is that when there is an apparent conflict between the terms of applicable laws, the supplier is expected to adhere to the most stringent version.

## 2. Voluntary Labor

*All labor must be voluntary.  Slave, child, underage, forced, bonded, or indentured labor will not be tolerated.  Suppliers shall not engage in or support trafficking in human beings.  Suppliers shall certify that they have implemented procedures to manage the materials, including all labor related processes, incorporated into their products to ensure they comply with laws on slavery and human trafficking.  Workers must be allowed to maintain control over their identity documents.*

Employment must be on a voluntary basis and workers must be able to travel freely as allowed by law. Slave, forced, and child labor are prohibited and those factories that are found to have violated this provision will cease producing merchandise for Walmart and all previously produced merchandise may be subject to destruction.

*Specifically:*

- Child Labor, Underage workers and Juvenile (minor) workers

---

**Ethical Sourcing**
**Wal-Mart Stores, Inc.**
**January 2012**

**This electronic copy, maintained on Retail Link and on Walmartstores.com,**
**is the only controlled document.  Printed copies are deemed not controlled.**

**5**

EXHIBIT D
Page 11