1   JOHN D. CARPENTER, CA Bar No. 145154
    john.carpenter@cph.com
2   S. ART HASAN, CA Bar No. 167323
    art.hasan@cph.com
3   G. WARREN BLEEKER, CA Bar No. 210834
    warren.bleeker@cph.com
4   CHRISTIE, PARKER & HALE, LLP
    655 N. Central Avenue, Suite 2300
5   Glendale, California 91203-1445
    Telephone: (626) 795-9900
6   Facsimile:  (626) 577-8800

7   Attorneys for Plaintiff,
    Nyko Technologies, Inc.

8

9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  NYKO TECHNOLOGIES, INC., a          Case No.  CV 12-3001 GAF (VBKx)
    California corporation,
13                                      NOTICE OF LODGING OF
                Plaintiffs,             DEMONSTRATIVE EXHIBITS
14                                      IN SUPPORT OF PLAINTIFF'S
        vs.                             EX PARTE APPLICATION FOR
15                                      (1) TEMPORARY RESTRAINING
    ENERGIZER HOLDINGS, INC., a         ORDER AND (2) ORDER TO
16  Missouri corporation, and           SHOW CAUSE RE:
    PERFORMANCE DESIGNED                PRELIMINARY INJUNCTION
17  PRODUCTS LLC, a California limited
    liability company,
18
                Defendants.
19

20

21                                      Hon. Gary Allen Feess

22

23  TO THE COURT AND ATTORNEYS OF RECORD:

24        PLEASE TAKE NOTICE Plaintiff Nyko Technologies, Inc. hereby

25  lodges the following demonstrative exhibits that it intends to use in the event the

26  Court calls for oral argument in this matter:

27        1.    Demonstrative Exhibit A is an annotated copy of U.S. Patent No.

28  7,942,747 to Cole.

CHRISTIE, PARKER & HALE, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.      Demonstrative Exhibit B is an annotated copy of PCT Publication No. WO 2007/078312 A1 to Cole.

3.      Demonstrative Exhibit C is an annotated copy of a May 8, 2006 Sony press release available on the website of Sony Computer Entertainment.

4.      Demonstrative Exhibit D is an annotated copy of an October 22, 2007 press release from Microsoft available on its website.

5.      Demonstrative Exhibit E is annotated copy of drawings of PDP's alleged 2006 prototype design for a wireless controller charging station.

6.      Demonstrative Exhibit F is a true and correct photograph of an Xbox360 wireless controller showing the input port located on the top (forward) part of the controller opposite the handles of the controller.

7.      Demonstrative Exhibit G is a true and correct photograph of a PS3 Sixaxis wireless controller showing the USB input port located on the top (forward) part of the controller opposite the handles of the controller.

DATED:  May 17, 2012            Respectfully submitted,
                                 CHRISTIE, PARKER & HALE, LLP


                                 By ____/s/Art Hasan_____
                                     Art Hasan

                                 Attorneys for Plaintiff,
                                 Nyko Technologies, Inc.

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A

US007942747B2

(12) **United States Patent**
Cole

(10) Patent No.: **US 7,942,747 B2**
(45) Date of Patent: **May 17, 2011**

(54) **VIDEO GAME CONTROLLER RACK**

(76) Inventor: **Randall C. Cole**, Chester Springs, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 866 days.

(21) Appl. No.: **11/982,061**

(22) Filed: **Nov. 1, 2007**

(65) **Prior Publication Data**

US 2008/0064504 A1    Mar. 13, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US2006/016944, filed on May 3, 2006.

(60) Provisional application No. 60/749,932, filed on Dec. 13, 2005.

(51) **Int. Cl.**
*A63F 13/08*    (2006.01)
*A47G 29/08*    (2006.01)

(52) **U.S. Cl.** .......................................... **463/47**; 211/100

(58) **Field of Classification Search** ................. 211/85.7, 211/26, 26.2, 70.6, 75, 85.2, 85.9, 85.85, 211/85.5, 44, 57.1, 59.1, 61, 100, 99, 87.01, 211/193; 463/47; 248/121, 176.1; 273/148 B
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,013,551 A | | 1/1912 | Horton ..................... 248/311.2 |
| 1,490,650 A | | 4/1924 | Wagner ..................... 248/170 |
| 1,679,675 A | | 8/1928 | Lujan ..................... 248/160 |
| 1,783,749 A | | 12/1930 | Roehl ..................... 248/97 |
| 2,007,496 A | | 7/1935 | Hurlbut ..................... 248/27.8 |
| 2,100,421 A | | 11/1937 | Wupper ..................... 273/265 |
| 2,392,024 A | * | 1/1946 | Couri ..................... 446/374 |

| | | | |
|---|---|---|---|
| 2,890,801 A | | 9/1959 | Ladd et al. ..................... 211/59.1 |
| 3,140,558 A | | 7/1964 | Cassidy ..................... 248/449 |
| 3,252,678 A | * | 5/1966 | Lasch et al. .... 248/220.31 |
| 3,897,724 A | | 8/1975 | McDonald ..................... 100/34 |
| 3,915,308 A | | 10/1975 | Ratzloff et al. ..................... 211/70.6 |
| 4,166,332 A | * | 9/1979 | Donovan ..................... 40/605 |
| 4,223,862 A | | 9/1980 | Doughty ..................... 248/222.52 |
| D273,165 S | * | 3/1984 | Sternberg ..................... D6/495 |
| 4,494,754 A | | 1/1985 | Wagner, Jr. .... 273/148 B |
| 4,501,369 A | | 2/1985 | Fox ..................... 211/133.1 |
| D278,102 S | | 3/1985 | Wagner, Jr. ..................... D6/466 |
| D281,657 S | | 12/1985 | Roczey ..................... D14/454 |
| 4,573,682 A | | 3/1986 | Mayon ..................... 273/148 B |
| 4,678,087 A | * | 7/1987 | York ..................... 211/70.5 |
| 4,865,283 A | | 9/1989 | Parker ..................... 248/159 |
| 4,889,304 A | | 12/1989 | Glickman et al. .... 248/222.13 |
| 4,936,565 A | | 6/1990 | Fredrickson ..................... 211/59.1 |
| 4,951,827 A | | 8/1990 | Moransais ..................... 211/59.1 |
| 5,031,783 A | | 7/1991 | Goudreau ..................... 211/181.1 |
| 5,060,393 A | | 10/1991 | Silverman et al. .... 33/512 |
| 5,097,966 A | * | 3/1992 | Miller ..................... 211/87.01 |
| 5,145,135 A | * | 9/1992 | Thompson ..................... 248/201 |
| 5,207,791 A | | 5/1993 | Scherbarth .... 273/148 B |
| D337,762 S | * | 7/1993 | Crane ..................... D14/451 |

(Continued)

*Primary Examiner* — Dmitry Suhol
*Assistant Examiner* — Carl V Larsen
(74) *Attorney, Agent, or Firm* — Young & Thompson

(57) **ABSTRACT**

The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room. The game controller rack includes a vertical member and one or more pairs of cantilever angle members or posts wherein the members have a predetermined lateral spacing and are angled outwardly and upwardly in a predetermined range of angles to provide support for retaining various game controllers.

**17 Claims, 6 Drawing Sheets**

Cole PCT document contains insufficient disclosure (and no drawings) of the location and configuration of charging ports and is therefore insufficient to lend priority to the Cole patent as to those teachings.



Drawings showing the USB port not contained in the Cole PCT.

**US 7,942,747 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,346,075 | A | * | 9/1994 | Nichols et al. ............... 211/60.1 |
| 5,490,599 | A | | 2/1996 | Tohidi ...................... 211/171 |
| 5,499,724 | A | * | 3/1996 | Hickman ................... 211/70.6 |
| 5,669,515 | A | * | 9/1997 | Tisbo et al. ................ 211/70.6 |
| 5,813,549 | A | * | 9/1998 | Sheehan et al. ......... 211/87.01 |
| 5,813,550 | A | * | 9/1998 | Sheehan et al. ......... 211/87.01 |
| 5,820,004 | A | | 10/1998 | Lane ...................... 224/485 |
| 5,833,078 | A | * | 11/1998 | York ...................... 211/70.5 |
| 6,044,772 | A | | 4/2000 | Gaudette et al. .............. 108/43 |
| 6,155,435 | A | * | 12/2000 | Malik ................... 211/41.12 |
| 6,234,436 | B1 | * | 5/2001 | Kump .................. 248/220.21 |
| 6,311,946 | B1 | * | 11/2001 | Hoffman ................... 248/682 |
| 6,398,023 | B1 | * | 6/2002 | Williams ................ 206/308.1 |
| 6,414,652 | B1 | | 7/2002 | Foley ...................... 345/46 |
| 6,568,334 | B1 | | 5/2003 | Gaudette et al. .............. 108/43 |
| 6,575,315 | B2 | | 6/2003 | Zidek ..................... 211/205 |
| 6,722,917 | B2 | * | 4/2004 | Huang .................... 439/501 |
| 6,789,771 | B1 | * | 9/2004 | Shick et al. ................ 248/121 |

| | | | | |
|---|---|---|---|---|
| 6,857,526 | B2 | * | 2/2005 | Vollmer ..................... 211/65 |
| 7,140,584 | B2 | * | 11/2006 | Bourque et al. ......... 248/274.1 |
| 7,140,922 | B2 | * | 11/2006 | Luu et al. ................ 439/651 |
| 7,198,835 | B2 | * | 4/2007 | Anderson ................. 428/100 |
| 7,285,021 | B2 | * | 10/2007 | Bell et al. ................ 439/623 |
| 7,387,224 | B1 | * | 6/2008 | Backus ................. 224/42.11 |
| 7,669,822 | B2 | * | 3/2010 | Kluge et al. .............. 248/308 |
| 7,757,911 | B2 | * | 7/2010 | Barker .................... 224/153 |
| 2002/0125391 | A1 | * | 9/2002 | Jackson ................. 248/309.1 |
| 2003/0142683 | A1 | * | 7/2003 | Lam et al. ................ 370/401 |
| 2004/0073820 | A1 | * | 4/2004 | Hsu ....................... 713/300 |
| 2006/0000790 | A1 | * | 1/2006 | Smiddy et al. ......... 211/86.01 |
| 2006/0086870 | A1 | * | 4/2006 | Nida .................... 248/176.1 |
| 2006/0151409 | A1 | * | 7/2006 | Schmoelzer .............. 211/85.9 |
| 2007/0194752 | A1 | * | 8/2007 | McBurney ................ 320/112 |
| 2008/0230987 | A1 | * | 9/2008 | Jackson ............... 273/148 B |
| 2009/0179130 | A1 | * | 7/2009 | Bernard et al. .......... 248/309.1 |
| 2009/0322279 | A1 | * | 12/2009 | McBurney ................ 320/107 |

\* cited by examiner

**U.S. Patent**          May 17, 2011          Sheet 1 of 6          US 7,942,747 B2



FIG.1

FIG.2



Controller is oriented handle side down suggesting that conventional cables available for the first party controllers are used to connect the USB port to the controller input port.  See Supp. Navid Decl., Para. 2.

USB port is spaced apart from controller body.  No disclosure of how the port is coupled to the power input port of the controller.

*FIG.3*

*FIG.4*



*FIG.4A*

*FIG.5*

*FIG.7*



*FIG.6*

*FIG.6A*



FIG.6B

FIG.8



*FIG.9*

*FIG.10*

EXHIBIT A
Page 10

US 7,942,747 B2

1

## VIDEO GAME CONTROLLER RACK

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part application of PCT Appl. No. PCT/US06/16944 filed May 3, 2006 by the Applicant herein, which claims the benefit of the priority date of Provisional Application No. 06/749,932 filed Dec. 13, 2005. Applicant claims the benefit of the earlier filing dates of the PCT application and the provisional application for so much as is common with this application. The subject matter of the PCT application and provisional application is incorporated herein by reference the same as if set forth at length.

### FIELD OF THE INVENTION

The present invention relates to a game controller rack for storing game controllers. More particularly, the present invention relates to a game controller rack having cantilever angle members mounted to a vertical member with a range of outwardly and upwardly directed angles to provide a wide range of compatibility of the video game controller rack with various game controllers. Further, the present invention is directed to providing several arrangements of the game controller rack including one which would mount over a game console. Charging and communication functions may be provided by the game controller rack.

### BACKGROUND OF THE INVENTION

Home video game consoles, such as Microsoft's X-Box® and X-Box 360®, Sony's PlayStation® consoles and Nintendo's Gamecube® are more popular than ever. Technological advancements now have three or more microprocessors and graphic processors in a single game console allowing phenomenal graphics. A user, often labeled a "gamer", is afforded a surreal gaming experience and has literally hundreds of game titles available to him or her. As the home entertainment and game market expands into literally millions of homes, it is possible in the not-too-distant future that one could envision a home video game system in every home in the world very much the same manner as a television set or personal computer. Even now, there are some homes with two or more game consoles allowing the gamer to play numerous games on various gaming platforms.

Presently, there are at least three major game console manufacturers all using the same style of ergonomic game controller. The style is very conducive to extended game play, all the time protecting the gamer from ill effects, such as carpal tunnel syndrome. A serious gamer probably has at least two game consoles each with at least two game controllers per game console. The gamer would have at least four game controllers connected to its game console via a wire. To eliminate the wild spaghetti effect produced by having wires lying around in front of the display, gamers will purchase wireless game controllers. But, wired or wireless, the storage and the protection of the game controller is paramount to the avid gamer. To avoid an unsightly game room, living room or bedroom, the controller may be stored in a drawer where the wires will eventually become entangled. The wired or wireless game controller may get accidentally damaged if just left lying on the floor or table.

Therefore, what is needed is a game controller storage device that permits the gamer to safely store his or her game

2

controllers. Additionally, the device should be made out of different materials and colors allowing the storage device to become part of the décor.

### SUMMARY OF THE INVENTION

The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. An advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room.

Briefly and basically, in accordance with the present invention, a game controller rack for storing at least one game controller is provided which includes a vertical member. At least one pair of cantilever angle members are fixably attached to the vertical member. The pair of cantilever angle members have a first and a second cantilever angle member spaced a predetermined distance laterally of each other and are angled outwardly from a line perpendicular to the vertical member at an angle in the range of approximately 18 degrees to approximately 22 degrees, and preferably at 20 degrees. The cantilever angle members are also angled upwardly from a line perpendicular to the vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees, and preferably angled at 30 degrees upwardly. The pair of cantilever angle members, and preferably a plurality of pairs of cantilever angle members, attach to the vertical member. Each pair of cantilever angle members creates a cradle for a game controller.

In accordance with a presently preferred embodiment, additional pairs of cantilever angle members may be positioned a predetermined distance below or above and on either side of the pair of cantilever angle members.

In another preferred embodiment, the game controller rack may include two vertical members connected together by a strap which is adapted to go over a game console. Each of the vertical members is provided with fixably attached cantilever angle members, with each pair forming a cradle for a game controller.

In another preferred embodiment of the present invention, the game controller rack, and particularly the vertical member, may be provided with a jack such as a USB port for charging the game controllers while stored on the rack.

In another preferred embodiment of the present invention, the video game controller rack is provided with a network card which enables network communication between the game controllers and a secondary network, a game console, a personal computer or the like.

### BRIEF DESCRIPTION OF THE DRAWINGS

For the purpose of illustrating the invention, there are shown in the drawings forms which are presently preferred; it being understood, however, that this invention is not limited to the precise arrangements and instrumentalities shown.

FIG. 1 is a view in perspective of a presently preferred embodiment of the present invention.

FIG. 2 is a front elevation view of another embodiment of the present invention.

FIG. 3 is a side elevation view of the embodiment of the present invention shown in FIG. 2.

FIG. 4 is a front elevation view of another preferred embodiment of the present invention illustrating a game controller rack of the present invention provided with USB ports.

FIG. 4a is a back elevation view of the embodiment shown in FIG. 4.

3

FIG. **5** is a top or plan view of the embodiment of the present invention shown in FIG. **2**.

FIG. **6** is a side elevation view of another embodiment of the present invention illustrating two vertical members having cantilever angle members attached thereto mounted over a game console by a strap.

FIG. **6***a* is a partially broken away plan view of FIG. **6** illustrating the strap and its insertion into the vertical members.

FIG. **6***b* is a partially broken away cross sectional view taken along line **6***b*-**6***b* of FIG. **6***a*.

FIG. **7** is a partially broken away view in perspective of the embodiment of the invention illustrated in FIG. **1** showing a cantilever angle member being fixably attached to a vertical member.

FIG. **8** is a front elevation view of another embodiment of the present invention illustrating the two sections of the embodiment of FIG. **6** mounted to a vertical surface.

FIG. **9** is a back elevation view of another embodiment of the present invention provided with a network card.

FIG. **10** is a side elevation view of the embodiment of FIG. **9**.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to the drawings, wherein like numerals indicate like elements, there is shown in FIGS. **1** and **2** embodiments of the present invention.

FIG. **1** is a presently preferred embodiment of a video game controller rack **10***a* in accordance with the present invention. FIG. **2** illustrates another embodiment of a video game controller rack **10** in accordance with the present invention. The game controller rack of the present invention may be made of any suitable material including plastic, wood, aluminum, other metals and other rigid materials. FIG. **1** is preferably at present molded from plastic. FIG. **2** at present is preferably made from wood. As illustrated in FIGS. **1** and **2**, a plurality of cantilever angle members or posts **11***a* in FIGS. **1** and **11** in FIG. **2** are fixed in pairs to vertical member or video game controller base **15***a* in FIGS. **1** and **15** in FIG. **2** to create a cradle in which to securely store video game controllers.

As illustrated in FIG. **1**, the cradle positions may be provided with indicia **16** such as numerals **1**-**4** indicated therein for indicating the video game controller space.

The vertical member or game controller base **15/15***a* is provided with support means for supporting the vertical member **15/15***a* in a vertical position. This support means may be screw or other fastener holes **18** and **20** for securing the vertical member **15/15***a* to a vertical surface such as a wall or it may be provided with a mounting base to hold vertical member **15/15***a* in a vertical position.

In all embodiments, a pair of cantilever angle members in conjunction with a portion of the vertical or base member of the game controller rack creates a cradle for a game controller. Referring specifically to FIG. **1**, the pair of cantilever angle members **11***a* fixably attached to vertical member **15***a* create a cradle for a game controller (not shown in FIG. **1**). A game controller cradle on the upper pair of cantilever vertical members is illustrated in FIG. **4** in dotted outline **30**.

The cantilever angle members of each pair of cantilever angle members are spaced a predetermined distance apart. This distance center to center is illustrated as HS for horizontal spacing in FIG. **2**. This center to center spacing is the same for all embodiments and is preferably approximately 1½ inches center to center. Referring to the side view of FIG. **2** shown in FIG. **3**, there is a vertical spacing indicated as VS between

4

cantilever angle members **11**. This distance is preferably at least approximately 2½ inches to enable sufficient space for the game controller to be positioned in its cradle. FIG. **3** also indicates a vertical angle of cantilever angle members **11** by the angle VA which is an angle formed between the cantilever angle member of post **11** and a perpendicular or normal line to vertical member **15**. This angle is preferably approximately 27 degrees to approximately 33 degrees. In a presently preferred embodiment, the angle is 30 degrees. In the plastic molded embodiments, such as the embodiment of FIG. **1**, this angle would be the angle formed between a perpendicular or normal to vertical member **15***a* and the upper surface of cantilever angle members **11***a*. As illustrated in FIG. **1**, cantilever angle members **11***a* in FIG. **1** may be provided with a taper to provide additional strength and may be provided with recesses to reduce the amount of plastic required in the molding process. Cantilever angle members **11** and **11***a* are also angled outwardly from a line perpendicular or normal to the vertical member **15** as shown in top of plan view of FIG. **2** as illustrated in FIG. **5**. The outward angle of cantilever angle members **11** and **11***a* from a line perpendicular to the vertical member illustrated as LA for lateral angle is between 18 and 22 degrees, in a presently preferred embodiment is 20 degrees. All of the cantilever angle members **11***a* and **11** of the embodiments of FIGS. **1** and **2** are provided with these angles and spacings. Also, the cantilever angle members **11***b*, **11***c*, **11***d* and **11***e* of the other embodiments are arranged with the same spacing and angles to create the cradle for the game controllers. Although the pairs of cantilever angle members are shown in FIGS. **1** and **2** as being spaced vertically, it is understood that they may be spaced laterally on a base member or vertical member to create a pattern of storing game controllers which are side by side rather than vertically one above the other. Such arrangement would have the same angles in spacing as just described.

Referring now to FIGS. **4** and **4***a*, there is shown another embodiment of the present invention wherein universal serial bus (USB) ports are provided, one for each game controller. As described with respect to the previous embodiment, the cantilever angle members or posts **11***b* are mounted to vertical member or base **15***b*. These are provided with USB ports **22**, one for each game controller position. USB ports **22** are provided with power for charging game controllers, such as game controller **30**, from a power supply **24** via jack **26**.

FIG. **4***a* is a rear view or back view of the embodiment of FIG. **4** and illustrates the housing structure **32** of USB ports which are connected via wire or cable **34** to power input jack, the rear thereof which is shown at **36**. FIG. **4***a* also shows ribbing **28** which is provided for rigidity to the vertical member structure such as **15***a*, **15***b*, **15***c*, **15***d* and **15***e*.

Referring now to FIG. **7**, there is shown one of the cantilever angle members or posts **11***a* being inserted into opening into which resilient snap or interlocking retainer mechanism **42** is being inserted to fixably attach cantilever angle member **11***a* to vertical member **15***a*. Resilient snaps or interlocking retainer mechanism **42** are also illustrated in FIG. **4***a* at **42***b*. Holes **18***a* and **20***a* formed in vertical member **15***a* are adapted to receive fasteners, such as screws, for securing the vertical member **15***a* to a structure. Other interlocking retainer means may be utilized to secure cantilever angle members **11***a*, **11***b*, **11***c*, **11***d* and **11***e* to vertical members **15***a*, **15***b*, **15***c*, **15***d* and **15***e*, respectively, including but not limited to friction or an adhesive or other bonding substance.

Referring now to FIGS. **6**, **6***a*, **6***b* and FIG. **8**, there is shown another embodiment of the present invention wherein a second game controller rack is provided or the rack of FIG. **1** is bifurcated into two vertical sections. In other words, a game

EXHIBIT A
Page 12

US 7,942,747 B2

5

controller rack similar to FIG. **1** may be bifurcated into a first vertical member **15***c* and a second vertical member **15***d*. This is best illustrated in FIG. **8** wherein two sections are shown wherein they may be connected together by a dovetail which only goes together in one direction. The dovetail is shown at **50** and **52**. As may be seen in FIG. **8**, the female section, dovetail **50**, has a tapered side and a matching tapered side on the male portion of dovetail **52** such that they may be connected together in only one manner. Putting them together, the two sections may be secured to a vertical surface by fasteners **60**, **62**, **64** and **66** with **15***c* above vertical member **15***d* to form a structure similar to that shown in FIG. **1**. Alternatively, they may be mounted side by side or in any other manner as illustrated in FIG. **8**.

The embodiment of FIGS. **6**, **6***a*, **6***b* and FIG. **8** may be mounted over a console as shown in FIGS. **6**, **6***a* and **6***b*. The video game controller racks **10***c* and **10***d* may be mounted over a video console **44** by means of strap **70**. Strap **70** fits into inserts, channels or openings **54** and **56**. Strap **70** has holes **72** through which ball headed pins **58** and **68** are pressed to mount vertical members **15***c* and **15***d* to strap **70**. Other suitable means may be utilized to attach strap **70** to vertical member **15***c* and **15***d*.

Referring now to FIGS. **9** and **10**, there is shown another embodiment of a video game controller rack **10***e* having a vertical member **15***e* and cantilever angle members **11***e* spaced and angle as described previously. The embodiment of FIGS. **9** and **10** contains a network card **80** mounted in the back of vertical member **15***e*. Network card **80** is connected via cables **82** and **84** to USB ports **90**, **92**, **94** and **96**. USB cables to be connected into ports **90**, **92**, **94** and **96** an connected to game controllers placed on game controller rack **10***e*. Network card **80** may receive power via jack **98**. Network card **80** may be a wireless network card or it may be a wire card connected to other devices or networks via the optional port **100**. Network card **80** and its associated USB ports may be used both for communication and for charging the game controllers. The game controllers via the network card may communicate with a secondary network, a personal computer, a game console or other device.

The video game controller rack **10** can be utilized to securely store game controllers for Microsoft's X-Box and X-Box 360 game consoles. In addition, Sony's PlayStation®, PlayStation 2® and possibly the pending PlayStation 3® controllers can also be securely stored. The Nintendo Gamecube® and possibly the anticipated Nintendo Revolution® controllers can also be securely stored. It is quite possible that the present invention can be utilized with many game controllers.

In preferred embodiments the video game controller rack **10**, **10***a*, **10***b*, **10***c*, **10***d* and **10***e* assembled by a gamer by affixing an interlocking pair of the plurality of cantilever posts **11**, **11***a*, **11***b*, **11***c*, **11***d* and lie into the video game controller rack **15**, **15***a*, **15***b*, **15***c*, **15***d* and **15***e*. The embodiments permit the present invention to be efficiently shipped as a flat pack item to save on shipping costs. The savings can be seen when the present invention is shipped by the manufacturer, wholesaler or retailer.

In another embodiment, video game controller rack **10** can be rotated to a horizontal position and the pairs of plurality of cantilever posts **11** are affixed at a 90 degree angle from the above embodiments permitting a new game controller mounting pattern.

In yet another embodiment, the weight of the actual game console would support a first bottom piece which is attached in a cantilever fashion permitting the video game controller rack **10** to be suspended over or near the game console.

6

Furthermore, the cantilever arm could be replaced by a plurality of support members which would support the game controller rack.

In another embodiment the materials used in fabrication of the video game controller rack **10**, **10***a*, **10***b*, **10***c*, **10***d* and **10***e* can be plastic, wood or metal permitting the video game controller rack **10**, **10***a*, **10***b*, **10***c*, **10***d* and **10***e* to be suitable for the gamers' chosen décor. An advantage of plastic is that it can be easily created by an injection molding system. The wooden version can be finished in a plethora of stains or glosses to match other pieces of furniture in the gamers' gaming room. The metal version can also be made from a plethora of materials which produces a variety of finishes. Additionally, the metal version can be anodized or plated to again produce the variety of finishes.

In another embodiment shown in FIGS. **4** and **4**A, the cradle formed by the plurality of cantilever posts **11***b* has a universal serial bus (USB) adapter. The USB adapter connects to the game controller allowing the game controller rack **10***b* to recharge a wireless game controller. This embodiment also allows USB communication between a game controller and the game controller rack **10***b*. For example, the game console can extract the status of the battery of the game controller through the game controller rack **10***b* as the game controller rack **10***b* charges the game controller. In addition, the game controller rack **10***b* can be utilized with personal computers, running Microsoft Windows, Apple O/S (Operating System), Linux or any personal computer operating system.

In another embodiment shown in FIGS. **9** and **10**, the present invention can be utilized as a network hub which attaches a wireless or wired game controller with a network. This allows a personal computer or any network machine to obtain a status of the game controller. The network can also be utilized as a communication link between the game controller and the gaming machine.

In yet another embodiment, the above mentioned USB is replaced with an appropriate power plug which matches the power plug requirements of the game controller. The appropriate power plug may also have a communication system to be utilized to converse with the game controller and another machine.

An additional embodiment shown in FIGS. **6**, **6**A and **6**B has the game controller storage rack of FIG. **1** bifurcated readily into two distinct sections along the horizontal axis. A new element, such as a strap is added to join the two sections to create a "saddle bag" type device. The new element or strap is placed directly on the game console. The strap can be made out of a flexible material such as nylon or a hard plastic. The hard plastic strap can be form shaped to cover a specific game console.

In accordance with the method of the present invention, there is provided a method of storing game controllers which includes the steps of providing a game controller rack **10**, **10***a*, **10***b*, **10***c*, **10***d* or **10***e* as shown and described and placing at least one game controller on the game controller rack. In this manner, the game controller may be stored safely and securely out of the way and in a safe place. The game controller is cradled between the cantilever angle members and the vertical member.

Further, in accordance with the method of the present invention, a game controller stored on the game controller rack may be connected to a power connector for charging the game controller and charging the game controller while it is stored on the game controller rack.

Further, in accordance with the method of the present invention, the method may include the step of connecting the

US 7,942,747 B2

7

game controller to a network connection on the vertical connection of the game controller rack and causing the game controller to communicate with a secondary network.

Further, in accordance with the method of the present invention, the method may include the steps of providing the game controller rack with a network communication device and causing the game controller to communicate via a wireless network transceiver with a secondary network.

It should be understood that the disclosed embodiments of the present invention are not limited in its application to the details of the particular arrangements shown, since the invention is capable of other embodiments. Also, the terminology used herein is for the purpose of description and not of any limitation.

The present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof and, accordingly, reference should be made to the appended claims, rather than to the foregoing specification as indicating the scope of the invention.

I claim:

1. A game controller rack for storing at least one game controller, comprising:

a vertical member;

at least one pair of cantilever angle members fixably attached to said vertical member; and

said pair of cantilever angle members having a first and a second cantilever angle member spaced a predetermined distance laterally of each other and angled outwardly from a line perpendicular to said vertical member, at an angle in the range of approximately 18 degrees to approximately 22 degrees and angled upwardly from a line perpendicular to said vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees,

wherein said at least one pair of cantilever angle members attaches to said vertical member creating a cradle for at least one game controller, and

the vertical member is provided with a connector for providing power to said game controller, the vertical member provided with at least one network connector adapted to connect to at least one of said game controllers creating a network access point, or the vertical member provided a transceiver for communicating with at least one wireless game controller and a gaming network.

2. The game controller rack in accordance with claim 1 including a second pair of cantilever angle members positioned a predetermined vertical distance below said pair of cantilever angle members, said second pair of cantilever angle members having a first and second cantilever angle member spaced a predetermined distance laterally of each other and angled outwardly from a line perpendicular to said vertical member at an angle in the range of approximately 18 degrees to approximately 22 degrees and angled upwardly from a line perpendicular to said vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees.

3. The game controller rack in accordance with claim 2, wherein said second pair of cantilever angle members is positioned a predetermined distance below said pair of cantilever angle members of at least approximately 2½ inches.

4. The game controller rack in accordance with claim 1 having a lateral pair of cantilever angle members positioned laterally of said pair of cantilever angle members, said lateral pair of cantilever angle members having a first and a second cantilever angle member spaced a predetermined distance laterally of each other and angled outwardly from a line

8

perpendicular to said vertical member at an angle in the range of approximately 18 degrees to approximately 22 degrees and angled upwardly from a line perpendicular to said vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees.

5. The game controller rack in accordance with claim 1, wherein said first and second cantilever angle members are angled outwardly from a line perpendicular to said vertical member at an angle of approximately 20 degrees.

6. The game controller rack in accordance with claim 1, wherein said first and second cantilever angle members are angled upwardly from a line perpendicular to said vertical member at an angle of approximately 30 degrees.

7. The game controller rack in accordance with claim 1, wherein said first and second cantilever angle members have a predetermined distance laterally of each other of approximately 1½ inches center to center.

8. The game controller rack in accordance with claim 1, wherein said vertical member is provided with support means.

9. The game controller rack in accordance with claim 8, wherein said support means includes holes formed in said vertical member adapted to receive fasteners for securing said vertical member to a structure.

10. The game controller rack in accordance with claim 1 including a second game controller rack in accordance with claim 1, wherein said two game controller racks are connected by at least one strap, said strap being adapted to be placed over a game console.

11. The game controller rack in accordance with claim 10, wherein said game controller rack and said second game controller rack are provided with connecting means for connecting together said game controller racks for mounting on a vertical surface.

12. The game controller rack in accordance with claim 11, wherein said connecting means is a one way dovetail structure for connecting together said game controller racks.

13. The game controller rack in accordance with claim 1, wherein said pair of cantilever angle members is fixably attached to said vertical member by insertion of said first and second cantilever angle members into said vertical member by an interlocking retainer means, said interlocking retainer means being a mechanical interlocking mechanism, friction or a bonding substance.

14. The game controller rack in accordance with claim 1, wherein when the vertical member is provided with a connector for providing power to said game controller, said connector for providing power is a an universal bus connector.

15. A method of storing game controllers comprising the steps of:

providing a game controller rack comprising:

a vertical member,

at least one pair of cantilever angle members fixably attached to said vertical member, and

said pair of cantilever angle members having a first and a second cantilever angle member spaced a predetermined distance laterally of each other and angled outwardly from a line perpendicular to said vertical member, at an angle in the range of approximately 18 degrees to approximately 22 degrees and angled upwardly from a line perpendicular to said vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees,

wherein said at least one pair of cantilever angle members attaches to said vertical member creating a cradle for at least one game controller and the vertical member provided is with a connector for providing power

US 7,942,747 B2

9

to said game controller, the vertical member is provided with at least one network connector adapted to connect to at least one of said game controllers creating a network access point, or the vertical member is provided with a transceiver for communicating with at least one wireless game controller and a gaming network;

placing at least one game controller on said game controller rack;

connecting said game controller to said network connection on said vertical member of said game controller rack; and

causing said game controller to communicate with a secondary network.

**16**. The method in accordance with claim **15** including the steps of:

connecting said game controller stored on said game controller rack to a power connector for charging said game controller; and

charging said game controller while it is stored on said game controller rack.

**17**. A method of storing game controllers, comprising the steps of:

providing a game controller rack comprising:

a vertical member,

at least one pair of cantilever angle members fixably attached to said vertical member, and

10

said pair of cantilever angle members having a first and a second cantilever angle member spaced a predetermined distance laterally of each other and angled outwardly from a line perpendicular to said vertical member, at an angle in the range of approximately 18 degrees to approximately 22 degrees and angled upwardly from a line perpendicular to said vertical member at an angle in the range of approximately 27 degrees to approximately 33 degrees,

wherein said at least one pair of cantilever angle members attaches to said vertical member creating a cradle for at least one game controller and the vertical member is provided with a connector for providing power to said game controller, the vertical member is provided with at least one network connector adapted to connect to at least one of said game controllers creating a network access point, or the vertical member is provided with a transceiver for communicating with at least one wireless game controller and a gaming network;

placing at least one game controller on said game controller rack;

providing said game controller rack with a network communication device; and

causing said game controller to communicate via said wireless network transceiver with a secondary network.

\* \* \* \* \*

# EXHIBIT B

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau





(43) International Publication Date
12 July 2007 (12.07.2007)

PCT

(10) International Publication Number
**WO 2007/078312 A1**

(51) International Patent Classification:
*A63F 9/24* (2006.01)

(21) International Application Number:
PCT/US2006/016944

(22) International Filing Date: 3 May 2006 (03.05.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
60/749,932    13 December 2005 (13.12.2005)    US

(71) Applicant and
(72) Inventor:  COLE, Randall [—/US]; 423 Peirce Drive, Chester Springs, PA 19425 (US).

(74) Agent: PETOCK, Michael, F.; Petock & Petock, LLC, 46 The Commons at Valley Forge, 1220 Valley Forge Road, P.O. Box 856, Valley Forge, PA 19482-0856 (US).

(81) Designated States (*unless otherwise indicated, for every kind of national protection available*): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (*unless otherwise indicated, for every kind of regional protection available*): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*
— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*[Continued on next page]*

(54) Title: VIDEO GAME CONTROLLER RACK



(57) Abstract: The present invention is for a storage rack for game controllers and a method of using it. The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer. The advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room.

This PCT application does not disclose or suggest a video game controller with DC ports. It appears to be a rack with no charging mechanism whatsoever, much less the DC ports arranged in combination with the additional features claimed in the '848 Patent.

WO 2007/078312 A1

**WO 2007/078312  A1**

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

WO 2007/078312                                        PCT/US2006/016944

[0001]              VIDEO GAME CONTROLLER RACK

[0002]      CROSS REFERENCE TO RELATED APPLICATION

[0003]      This application claims priority from U.S. provisional application no. 06/749,932 which was filed on December 13, 2005, which is incorporated by reference as if fully set forth.

[0004]              BACKGROUND OF THE INVENTION

[0005]      Home video game consoles, such as Microsoft's X-Box® and X-Box 360®, Sony's PlayStation® consoles and Nintendo's Gamecube® are more popular then ever.  Technological advancements now have three or more microprocessors and graphic processors in a single game console allowing phenomenal graphics.   A user, often labeled a "gamer", is afforded a surreal gaming experience and has literally hundreds of game titles available to him or her.  As the home entertainment and game market expands into literally millions of homes, it is possible in the not-too-distant future that one could envision a home video game system in every home in the world  very much the same manner as a television set or personal computer.   Even now, there are some homes with two or more game consoles allowing the gamer to play numerous games on various gaming platforms.

[0006]      Presently, there- are at least three major game console manufacturers all using the same style of ergonomic game controller. The style is very conducive to extended game play, all the time protecting the

-1-

WO 2007/078312                                                    PCT/US2006/016944

gamer from ill effects, such as carpal tunnel syndrome.  A serious gamer probably has at least two game consoles each with at least two game controllers per game console.  The gamer would have at least four game controllers connected to its game console via a wire.  To eliminate the wild spaghetti effect produced by having wires lying around in front of the display, gamers will purchase wireless game controllers.  But, wired or wireless, the storage and the protection of the game controller is paramount to the avid gamer.   To avoid an unsightly game room, living room or bedroom, the controller may be stored in a drawer where the wires will eventually become entangled.   The wired or wireless game controller may get accidentally damaged if just left lying on the floor or table.

[0007]      Therefore, what is needed is a game controller storage device that permits the gamer to safely store his or her game controllers.  The device should be wall mountable or free standing.  Additionally, the device should be made out of different materials and colors allowing the storage device to become a part of the décor.

[0008]                    SUMMARY OF THE INVENTION

[0009]      The present invention is for a storage rack for game controllers and a method of using it.  The present invention provides a safe convenient and practical way of storing game controllers when the game controller is not in use by a gamer.  The advantage of the present invention is that it organizes the controllers as well as provides a decorative element to a room.

-2-

WO 2007/078312                                                   PCT/US2006/016944

[0010]          **BRIEF DESCRIPTION OF THE DRAWING**

[0011]          Fig. 1 is a front side view of the present invention.

[0012]          Fig. 2 is a front view of the present invention.

[0013]          Fig. 3 is a side view of the present invention.

[0014]          Fig. 4 is a back view of the present invention.

[0015]          Fig. 5 is a top view of the present invention.

[0016]          Fig. 6 is a bottom view of the present invention.

[0017]          Fig. 7 illustrates an embodiment of the present invention in which the cantilever support arms are inserted and affixed to a base.

[0018]          **DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS**

[0019]          Fig. 1 shows a first embodiment of the video game controller rack 10.  A plurality of cantilever posts 11 are affixed in pairs to the video game controller base 15 to create a cradle in which to securely store the video game controller.  Figs. 2 – 6 show the present position from different perspectives.  Fig 7 shows a cantilever post 11 which is inserted into video game controller base 15.

[0020]          The video game controller rack 10 can be utilized to securely store game controllers for Microsoft's X-Box ® and X-Box 360 ® game consoles.  In addition, Sony's PlayStation ®, PlayStation 2 ® and possibly the pending PlayStation 3 ® controllers can also be securely stored.  The Nintendo Gamecube ® and possibly the anticipated Nintendo Revolution ® controllers can also be securely stored.  It is quite possible that the present invention can be utilized with many game controllers.

EXHIBIT B
Page 20

WO 2007/078312                                                    PCT/US2006/016944

[0021]      In a first embodiment the video game controller rack 10 assembled by a gamer by affixing an interlocking pair of the plurality of cantilever posts 11 into the video game controller rack 15.    This embodiment permits the present invention to be efficiently shipped as a flat pack item to save on shipping costs.  The savings can be seen when the present invention is shipped by the manufacturer, wholesaler or retailer.

[0022]      In another embodiment, video game controller rack 10 can be rotated to a horizontal position and the pairs of plurality of cantilever posts 11 are affixed at a 90 degree angle from the above embodiments permitting a new game controller mounting pattern.

[0023]      In yet another embodiment, the weight of the actual game console would support a first bottom piece which is attached in a cantilever fashion permitting the video game controller rack 10 to be suspended over or near the game console.  Furthermore, the cantilever arm could be replaced by a plurality of support members which would support the game controller rack.

[0024]      In another embodiment the materials used in fabrication of the video game controller rack 10 can be plastic, wood or metal permitting the video game controller rack 10 to be suitable for the gamers' chosen décor. An advantage of plastic is that it can be easily created by an injection molding system.  The wooden version can be finished in a plethora of stains or glosses to match other pieces of furniture in the gamers' gaming room.  The metal version can also be made from a plethora of materials which produces a variety of finishes.  Additionally, the metal version can be anodized or plated to again produce the variety of finishes.

-4-

[0025]      A still yet another embodiment, the cradle formed by the plurality of cantilever posts 11 has a universal serial bus (USB) adapter. The USB adapter connects to the game controller allowing the game controller rack 10 to recharge a wireless game controller.   This embodiment also allows USB communication between a game controller and the game controller rack 10.  For example, the game console can extract the status of the battery of the game controller through the game controller rack 10 as the game controller rack 10 charges the game controller.  In addition, the game controller rack 10 can be utilized with personal computers, running Microsoft Windows, Apple O/S (Operating System), Linux or any personal computer operating system.

No corresponding drawings; no disclosure of location or configuration of USB adaptor or how it connects (e.g. through wires) to the input port of the video game controller.

[0026]      In another embodiment, the present invention can be utilized as a network hub which attaches a wireless or wired game controller with a network.  This allows a personal computer or any network machine to obtain a status of the game controller.  The network can also be utilized as the communication layer between the game controller and the gaming machine.

[0027]      In yet another embodiment, the above mentioned USB is replaced with an appropriate power plug which matches the power plug requirements of the game controller.  The appropriate power plug may also have a communication system to be utilized to converse with the game controller and another machine.

[0028]      An additional embodiment has the game controller storage rack of Fig 1. bifurcated radially into two distinct sections along the horizontal axis.  A new element, such as a strap is added to join the two

EXHIBIT B
Page 22

sections to create a "saddle bag" type device.  The new element or strap is placed directly on the game console.  The strap can be made out a flexible material such as nylon or a hard plastic.  The hard plastic strap can be form shaped to cover a specific game console.

[0029]      It should be understood that the disclosed embodiments of the present invention are not limited in its application to the details of the particular arrangements shown, since the invention is capable of other embodiments.  Also, the terminology used herein is for the purpose of description and not of any limitation.

*            *            *

-6-

WO 2007/078312                                            PCT/US2006/016944

**CLAIMS**

What is claimed is:

1.      A game controller rack for storing at least one of a plurality game controllers comprising:

a vertical member,

a pair of at least one of a plurality of cantilever angle members fixably attached to said vertical member; wherein said pair of at least one of a plurality of angle members attaches to said vertical member creating a cradle for one of said plurality game controllers.

2. The game controller rack of claim 1 in which said game controller is formed by wood, plastic, metal or any other formable material.

3.      The game controller rack of claim 1 in which said vertical member is rotated ninety degree to a horizontal position, and

said pair of at least one of a plurality of cantilever angle members are attached in a vertical position creating a cradle for one of said plurality game controllers.

4.      The game controller rack of claim 1 in which said vertical member has at least one of a plurality of support members allowing said game controller rack to be free standing.

5.      The game controller rack of claim 1 in which said game controller support rack is bifurcates into an upper rack and a lower rack, each connected by at least one of a strap; said strap is then placed on top of said game console.

6.      The game controller rack of claim 1 in which said at least one of a plurality of cantilever angle members are inserted into said vertical member via an interlocking retainer mechanism, and

said interlocking retainer mechanism is by a mechanical interlocking means, friction or with a bonding substance.

EXHIBIT B
Page 24

7.    The game controller rack of claim 1 in which power is provided to at least one of said plurality game controllers.

8.    The game controller rack of claim 1 in which at least one of a plurality Universal Serial Bus connectors are provided to connect at least one of said plurality game controllers creating Universal Serial Bus hub; and

a secondary  Universal Serial Bus connector to attach to a game console.

9.    The game controller rack of claim 1 in which at least one of a plurality network connectors are provided to connect at least one of said plurality game controllers creating network access point; and

a secondary  network connector to attach a game network.

10    The game controller rack of claim 1, further comprising a wireless network connection to connect at least one of a plurality wireless game controllers to a secondary gaming network.

11.    A method for using a game controller rack for storing at least one of a plurality of game controllers comprising:

placing at least one of a plurality of game controllers on a pair of at least one of a plurality of cantilever angle members attached to said vertical member when said plurality of a pair of angle members are attached to said vertical member to cradle said game controller.

12.    The method of claim 11 in which said game controller rack is formed by wood, plastic, metal or any other formable material.

13.    The method of claim 11 in which said vertical member is rotated ninety degrees to a horizontal position, and said pair of at least one of a plurality of angle members are attached in a vertical position.

14.    The method of claim 11 in which said vertical member has a plurality of support members allowing said game controller rack to be free standing.

WO 2007/078312                                                    PCT/US2006/016944

15.    The method of claim 11 in which said game controller rack bifurcates into an upper rack and a lower rack, each connected by at least one of a strap; and

placing said strap on top of said game console.

16.    The method of claim 11 wherein said plurality of cantilever angle members are reversibly attached by a retainer mechanism.

17.    The method of claim 11 wherein the game controller rack has a means for powering at least one of a plurality of game controllers.

18.    The method of claim 11 wherein the game controller rack has a means for proving a universal serial bus connection to at least one of a plurality of game controllers and a gaming machine.

19.    The method of claim 11 wherein the game controller rack has a network connection to connect to at least one of a plurality of game controllers and a gaming machine.

20.    The method of claim 11 wherein the game controller rack has a wireless network connection to connect to at least one of a plurality of wireless game controllers and a gaming network.

EXHIBIT B
Page 26

WO 2007/078312                                          PCT/US2006/016944

1 / 4

FIG. 1





FIG. 2



EXHIBIT B
Page 27

2 / 4



FIG. 3

FIG. 4

3 / 4

FIG. 5



FIG. 6



Case 2:12-cv-03001-GAF-VBK   Document 28   Filed 05/17/12   Page 32 of 49   Page ID #:711

4 / 4



FIG. 7

EXHIBIT B
Page 30

## INTERNATIONAL SEARCH REPORT

| International application No. |
| --- |
| PCT/US06/16944 |

| A. | CLASSIFICATION OF SUBJECT MATTER |
| --- | --- |

IPC:    A63F 9/24( 2006.01)

USPC:    463/47

According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
| --- | --- |

Minimum documentation searched (classification system followed by classification symbols)
    U.S. : 463/47, 46, 38; 211/26.1; 248/176.1

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
US-PGPUB, USPAT, USOCR, EPO, JPO, DERWENT

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT | |
| --- | --- | --- |
| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| X --- Y | US 1,490,650 A (WAGNER) 15 April 1924 (14.04.1924) Entire Document, esp. Fig 1,2 and 3. | 1-6,11-16 ---------- 7-10,17-20 |
| Y | US 6,722,917 B2 (HUANG) 20 April 2004 (20.04.2004), Fig 3 | 7,8,17,18 |
| Y | US 6,414,952 B2 (FOLEY) 02 July 2002 (02.04.2002) Fig 2, Item 202 & 203 | 9,10,19,20 |

| ☐ Further documents are listed in the continuation of Box C. | | ☐ See patent family annex. |
| --- | --- | --- |

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
| --- | --- |
| 03 April 2007 (03.04.2007) | 0 8 MAY 2007 |
| Name and mailing address of the ISA/US Mail Stop PCT, Attn: ISA/US Commissioner for Patents P.O. Box 1450 Alexandria, Virginia 22313-1450 Facsimile No. (571) 273-3201 | Authorized officer Robert E Pezzuto Telephone No. 571-272-3750 |

Form PCT/ISA/210 (second sheet) (April 2005)

# EXHIBIT C



This announcement by Sony teaches away from the claimed invention.  It tells the user to use a USB cable to charge the controller.  See highlighted portion on following page.

## SCE ANNOUNCES NEW CONTROLLER FOR PLAYSTATION®3
### *Equipped with High-Precision, Highly Sensitive Six-Axis Sensing System*

**Los Angeles, May 8, 2006** – Sony Computer Entertainment Inc. (SCEI) today announced the new controller for PLAYSTATION®3 (PS3), which will become available as standard with the system.  The new controller can be experienced at the Electronic Entertainment Expo (E3) held from May 10 through 12, 2006, in Los Angeles, California.

The controller for PS3 has been created by refining and improving the world's most popular PlayStation® controller that has shipped more than several hundred million units worldwide, while inheriting its basic concept and design.  The controller for PS3 employs breakthrough technology of high-precision, highly sensitive six-axis sensing system that does not require any devices other than the controller itself for seamless interactive operation, thus eliminating additional settings to TVs.  With this technology, ways to enjoy PS3 will be further enhanced by accessing PS3 through the network, while retaining the six-axis sensing capability.

In addition to the "3-posture-axis" of roll, pitch and yaw, "3-dimension acceleration information (X, Y, and Z)" can be detected in high-precision and in real-time.  In addition to standard key input available in existing controllers, more natural and more intuitive play will become possible as if the controller has become part of your body.

Pursuant to the introduction of this new six-axis sensing system, the vibration feature that is currently available on DUALSHOCK® and DUALSHOCK®2 controllers for PlayStation and PlayStation®2, will be removed from the new PS3 controller as vibration

- more -

2-2-2-2         SCE Announces New Controller for PLAYSTATION 3

itself interferes with information detected by the sensor.

The shape of L2/R2 buttons located on the top of the controller has also been enlarged with increased depth in stroke for more subtle control in games.  At the same time, the tilting angle of the analog joy sticks has been slightly broadened to enable more delicate and more dynamic manipulation.  Along with these improvements, precision of above information detection (L2/R2, analog joy stick) has been increased from 8 bit to 10 bit.

All input information will be immediately transferred to the PS3 system through the Bluetooth® wireless technology.  By using a USB cable, the PS3 controller can be swapped seamlessly from wireless to wired, and can be charged automatically.  The cable can be attached and detached at anytime.

By integrating all these features into one standard PlayStation controller, SCEI, together with content creators, expects to further expand and accelerate the world of next generation computer entertainment.

**About Sony Computer Entertainment Inc.**

Recognized as the global leader and company responsible for the progression of consumer-based computer entertainment, Sony Computer Entertainment Inc. (SCEI) manufacturers, distributes and markets the PlayStation® game console, the PlayStation®2 computer entertainment system, the PSP™ (PlayStation®Portable) handheld entertainment system and the upcoming, much-anticipated PLAYSTATION®3 system.  PlayStation has revolutionized home entertainment by introducing advanced 3D graphic processing, and PlayStation 2 further enhances the PlayStation legacy as the core of home networked entertainment.  PSP is a new handheld entertainment system that allows users to enjoy 3D games, with high-quality full-motion video, and high-fidelity stereo audio.  PLAYSTATION 3 is an advanced computer system, incorporating the state-of-the-art Cell processor with super computer like power.  SCEI, along with its subsidiary divisions Sony Computer Entertainment America Inc., Sony Computer Entertainment Europe Ltd., and Sony Computer Entertainment Korea Inc. develops, publishes, markets and distributes software, and manages the third party licensing programs for these platforms in the respective markets worldwide.  Headquartered in Tokyo, Japan, Sony Computer Entertainment Inc. is an independent business unit of the Sony Group.

# # #

PlayStation, PLAYSTATION and DUALSHOCK are registered trademarks and PSP is a trademark of Sony Computer Entertainment Inc.  All other trademarks are property of their respective owners.

# EXHIBIT D



Search Microsoft.com                                                    United States (English)

PRODUCTS   STORE   DOWNLOADS   SUPPORT

Sign in

# Microsoft® News Center

Mobile      Subscribe      Follow

Our Company      Our Products      Blogs & Communities      Press Tools

## TopStories

'New' Bing takes search from finding to doing
2012-05-10

Tell Mom she rocks: Say it with Skype to benefit childrens campaign

Microsoft pledges carbon neutrality
2012-05-08

## Microsoft Launches New Xbox 360 Console for Families

Oct. 22, 2007
New console includes five games, wireless controller and storage to save games — all for the incredible value of $279.99

Like   0        Tweet   0        Share        Email

**Press Contacts**

Rapid Response Team
Waggener Edstrom Worldwide
(503) 433-7070

**Related Links**

Microsoft Resources:
  Microsoft Xbox 360

**REDMOND, Wash. — Oct. 22, 2007 —** Just in time for holiday, Microsoft Corp. today released a new Xbox 360® console that delivers games and content to everyone in the family for an incredible value of $279.99 (U.S. estimated retail price)*. Available in stores beginning today, Xbox 360 Arcade console is the first Xbox 360 console to include five family-friendly games, a wireless controller, a high-definition multimedia interface (HDMI) connection to enable high-definition output if desired and 256 MB of memory useful for storing games and entertainment content. At $279.99, the Xbox 360 Arcade console will include five best-selling games: "PAC-MAN Championship Edition" (NAMCO BANDAI Games America Inc.), "Uno" (Carbonated Games), "Luxor 2" (MumboJumbo), "Boom Boom Rocket" (Electronic Arts Inc.) and "Feeding Frenzy" (Sprout Games).

"As families gather together this holiday, it's the perfect time to launch a new low-priced, high-value Xbox 360 that plays games, TV shows and music for everyone to enjoy," said Jeff Bell, corporate vice president of global marketing, Interactive Entertainment Business at Microsoft. "In addition to offering an incredible all-in-one package for families to get right into the fun, the Xbox 360 Arcade system features the industry-leading Family Settings, which allow parents to control what their kids are watching and playing — and we know how important that control is to families around the world."

Karen Dodge, senior vice president and chief merchandising officer at Toys "R" Us, added, "We are excited to offer this new gaming experience to our customers — children and families — who can now enjoy the fun of Xbox 360 together. Many of this holiday season's hottest items provide Internet connectivity, and with the online entertainment options available through Xbox LIVE®, Xbox 360 Arcade offers families a great mix of online content and traditional gaming in one console."

The news of Xbox 360 Arcade comes as part of a broader initiative by Microsoft to bring the Xbox 360 experience to families everywhere. Microsoft also announced today that it is significantly expanding its catalog of high- and standard-definition family fun content that is available on demand direct to the consumer's living room. This includes the addition of everyone's favorite characters such as Bugs Bunny and Daffy Duck from Warner Bros., which will be delivering the first ever "Looney Tunes" cartoons for download on Xbox 360, starting today. In addition, Nickelodeon is adding three new shows to its already large library of more than 300 episodes of TV shows on Xbox LIVE, Microsoft's premier online gaming and entertainment service, with the inclusion of "Blue's Clues," "The Backyardigans" and "iCarly." "SpongeBob SquarePants Underpants Slam™" (THQ Inc.) and "SHREK-N-ROLL™" (Activision) games will also be available exclusively on Xbox LIVE Arcade, the place to download games for Xbox 360 over Xbox LIVE, adding more fun for everyone in the family.

Microsoft's commitment to family entertainment is complemented by the largest next-generation library of "E"- and "T"-rated games, more than 200 in all, available at retailers nationwide this holiday, including "BEE MOVIE™ GAME" (Activision), "Guitar Hero III®: Legends of Rock" (Activision), "Naruto: Rise of a Ninja" (UbiSoft Entertainment), "Scene It? Lights, Camera, Action" and "Viva Piñata®: Party Animals."

**About Xbox 360**

Xbox 360 is a superior video game and entertainment system delivering the best games, unique entertainment features and a unified online gaming network that revolve around gamers. Xbox 360 will have a portfolio of more than 300 games and will be available in nearly 40 countries by the end of 2007. More information can be found online at http://www.xbox.com/xbox360.

**About Microsoft**

Microsoft disclosure of Xbox 360 controller. No disclosure or suggestion of how to charge controller.

Founded in 1975, Microsoft (Nasdaq "MSFT") is the worldwide leader in software, services and solutions that help people and businesses realize their full potential.

  Mobile        Subscribe        Follow

\* Prices herein are estimated retail prices. Actual retail prices may vary.

*Microsoft*
©2012 Microsoft

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft® Web page at http://www.microsoft.com/presspass on Microsoft's corporate information pages. Web links, telephone numbers and titles were correct at time of publication, but may since have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/presspass/contactpr.mspx.

Read More: **Consumer, Entertainment, Consumer, Xbox 360**

- **Slideshow: Microsoft Store Opens New Locations in Palo Alto, Calif., and Austin, Texas.** May 08, 2012
- **In Focus: Lenovo's Enhanced Experience Program Puts PCs on the Fast Track.** April 26, 2012
- **Xbox LIVE Partners With ESPN, GameSpot, Last.fm, Manga Entertainment and MUZU.TV to Expand TV-Like Advertising on Xbox LIVE.** April 24, 2012
- **Master Chief Returns With Worldwide Launch of 'Halo 4' Beginning Nov. 6.** April 17, 2012
- **On the Road With Windows Embedded.** April 16, 2012

Site Map

Manage Profiles  |  Contact Us  |  Terms of Use  |  Trademarks  |  Privacy Statement

EXHIBIT D
Page 35

# EXHIBIT E

The original PDP design shown in this exhibit is very different from the claimed invention in the '848 patent. PDP's design includes a cumbersome moveable overhang with a DC port that the user must push onto a controller inserted into a clam shell that holds the controller and includes tight tolerances for placement of the controller.The structure of this device appears complex and costly from a manufacturing standpoint and requires an additional step of placing the controller and then moving the overhang down to engage the the charging port.
The fact that PDP never developed a product based on this design but instead moved to the patented invention is evidence of desireablity of the patented invention.



EXHIBIT E
Page 36






Moveable Overhang



Moveable Overhang



# EXHIBIT F



# EXHIBIT G

