JOHN D. CARPENTER, CA Bar No. 145154
john.carpenter@cph.com
S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No. CV 12-3001 GAF (VBKx)<br><br>SUPPLEMENTAL DECLARATION OF JASON C. MARTONE IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Hon. Gary A. Feess |

I, Jason C. Martone, hereby declare:

-1-

1. I am an attorney at Christie, Parker & Hale, LLP. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto.

2. I am registered to practice in the United States Patent and Trademark Office (Patent Office) and I am the attorney of record for U.S. patent no. 8,143,848 ("the '848 patent"). I prosecuted the patent application that ultimately issued as the '848 patent.

3. On May 8, 2012, the United States Patent Office issued a Certificate of Correction for U.S. patent no. 8,143,848. A true and correct copy of the Certificate is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16 day of May, 2012 in Irvine, California, California.

By /s/ Jason C. Martone
Jason C. Martone

# EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,143,848 B2
APPLICATION NO.   : 12/044295
DATED             : March 27, 2012
INVENTOR(S)       : Amir Navid

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

### In the Claims

Column 15, Claim 1, line 50          Delete "hays"
                                     Insert -- bays, and --

Column 16, Claim 12, line 26         Delete ":DC"
                                     Insert -- DC --



Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

**EXHIBIT A**
**Page 3**

**C of C Branch 9D36**
Mail Room
Organization
**United States Patent and Trademark Office**
P.O. Box 1450
Alexandria, VA 22313-1450
If Undeliverable Return in Ten Days

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

SAH/JEJ/JCM

2/3

N330:
CASE # 61020
REMINDER
DEADLINE
ACTION
DUE DATE

AN EQUAL OPPORTUNITY EMPLOYER

8143848
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale CA 91209-9001

RECEIVED
MAY 11 2012
CHRISTIE, PARKER, HALE, LLP

**EXHIBIT A**
Page 4