SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendant. | Case No. CV12-03001 <br><br> **MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR TRO** <br><br> The Hon. Gary A. Feess <br><br> [Complaint Filed: April 5, 2012] |

1  Defendants hereby apply for an order striking Plaintiff's improperly filed
2  reply papers (DE 25-30) in support of its ex parte application for a temporary
3  restraining order.  Reply papers are not permitted under Local Rule 7-19 or under
4  the Court's In Chambers Order regarding the filing of Defendants' opposition (DE
5  16).  Having availed itself of the Court's ex parte procedures, Plaintiff gave up any
6  right to file a reply.
7  Furthermore, if Plaintiff wanted the right to file reply papers in support of its
8  requested injunctive relief, it should have filed a noticed motion that provided
9  Defendants with reasonable notice and an opportunity to more fully investigate and
10 oppose Plaintiff's ex parte application.  Regardless, many of the arguments in
11 Plaintiff's reply papers are simply wrong, and Defendants are left with no
12 opportunity to address them.
13 Defendants request that the Court strike Plaintiff's reply papers, deny its ex
14 parte application, and schedule a hearing on a preliminary injunction in three to four
15 weeks, with Defendant's opposition due in two weeks, and Plaintiff's reply (if any)
16 due one week after the opposition.  As shown in Defendant's opposition papers,
17 there is no true emergency, no showing of irreparable harm, and several substantial
18 questions on the merits.  These important issues should be addressed by the Court
19 only after a full and fair opportunity for both parties to address them.
20 ///
21
22 ///
23
24 ///

1 | DATED: May 17, 2012

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/Steven M. Hanle
      DANIEL Y. YANNUZZI
      STEVEN M. HANLE
    GRAHAM (GRAY) M. BUCCIGROSS
Attorneys for Defendants,
Performance Designed Products LLC
and Energizer Holdings, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 17, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  s/ Steven M. Hanle
STEVEN M. HANLE
Attorneys for Defendants,
Performance Designed Products LLC
and Energizer Holdings, Inc.