SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691
shanle@sheppardmullin.com

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NYKO TECHNOLOGIES, INC. a California Corporation,,

Plaintiff,

v.

ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,

Defendant.

Case No. CV12-03001

**SUPPLEMENTAL DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TRO**

The Hon. Gary A. Feess

[Complaint Filed: April 5, 2012]

I, Steven M. Hanle, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants

Performance Designed Products LLC and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached hereto as Exhibit A is a true and correct copy of a Nyko press release dated January 8, 2007, available on its website at http://nyko.com/news/news-detail.html?id=1952

4. Attached hereto as Exhibit B is a true and correct copy of a page grab of Nyko's website dated March 6, 2007, available at http://web.archive.org/web/20070306015015/http://www.nyko.com/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2012 at Costa Mesa, California

/s/Steven M. Hanle
Steven M. Hanle