SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691
shanle@sheppardmullin.com

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NYKO TECHNOLOGIES, INC. a California Corporation,,

Plaintiff,

v.

ENERGIZER HOLDINGS, INC., a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,

Defendant.

Case No. CV12-03001

**DECLARATION OF JESSE A. SALEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TRO**

The Hon. Gary A. Feess

[Complaint Filed: April 5, 2012]

I, Jesse A. Salen, declare as follows.

1. I am a law clerk employed by Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. I personally took all of the photographs attached hereto on May 26, 2012 and May 27, 2012. All of the photographs attached hereto accurately depict the items that I photographed.

4. On May 26, 2012, I visited the Walmart store at 13425 Community Rd., Poway, CA, 92064.

5. The Walmart carried the Nyko Charge Base S for the Xbox 360, at a price of $29.96. Attached hereto as Exhibit Z is an accurate photo of the Nyko Charge Base S for the sale at the Walmart store.

6. The Walmart also stocked the PDP Power & Play chargers for the PlayStation 3 and Xbox 360, also at a price of $29.96. Attached hereto as Exhibit AA is a photo accurately depicting the PDP Power & Play charger for the Playstation 3 for sale at the Walmart store.

7. The Walmart additionally stocked the Sony Dualshock Playstation 3 charger, also at a price of $29.96. Attached hereto as Exhibit AA is a photo accurately showing the Sony charger for sale at the Walmart store.

8. Further, the Walmart stocked a Microsoft Quick Charge Kit multi-battery charger for the Xbox 360, again at a price of $29.96. Attached hereto as Exhibit AB is an accurate photo the Microsoft charger and price tag.

9. The Walmart also stocked additional Nyko products. Attached hereto as Exhibits AC-AE are photos accurately showing the additional Nyko products for sale at the Walmart store.

10. On May 26, 2012, I visited the Target store at 14823 Pomerado Rd, Poway, CA, 92064.

11. The Target store stocked several Nyko products. Attached hereto as Exhibits AF-AH are photos accurately showing a few of the Nyko products for sale at the Target store.

12. On May 26, 2012, I visited the Best Buy store at 11160 Rancho Carmel Drive, San Diego, CA, 92128.

13. The Best Buy store stocked the PDP Power & Play charger for the PlayStation 3, at a price of $29.99. Attached hereto as exhibit AI is a photo accurately depicting the PDP Power & Play charger for the Playstation 3 for sale at the Best Buy store.

14. The Best Buy store also stocked the PDP Power & Play chargers for the Xbox 360 at a price of $34.99. Attached hereto as exhibit AJ is a photo accurately depicting the PDP Power & Play charger for the Xbox 360 for sale at the Best Buy store.

15. The Best Buy store additionally stocked the Sony Dualshock Playstation 3 charger, also at a price of $29.99. Attached hereto as Exhibit AK is a photo accurately showing the Sony charger for sale at the Best Buy store.

16. The Best Buy store additionally stocked the Dream Gear Quad Dock Pro Playstation 3 charger, also at a price of $29.99. Attached hereto as Exhibit AL is a photo accurately showing the Dream Gear charger for sale at the Best Buy store.

17. The Best Buy store additionally stocked the Rocketfish Quad Charge Station Playstation 3 charger, also at a price of $24.99. Attached hereto as Exhibit AM is a photo accurately showing the Rocketfish charger for sale at the Best Buy store.

18. The Best Buy store stocked four multi-controller charger stations for the Play Station 3, and none of them appeared to be the Nyko Charge Base 3. Attached hereto as Exhibit AN is a photo accurately showing the accessory display rack for Play Station 3 controller charger accessories for sale at the Best Buy store.

19. The Best Buy store additionally stocked the Microsoft Xbox Quick Charge Kit multi-battery charger for Xbox 360 at a price of $29.99. Attached hereto as Exhibit AO is a photo accurately showing the Microsoft charger for sale at the Best Buy store.

20. On May 27, 2012 at 12:05pm, I visited the Frys store at 9825 Stonecrest Blvd., San Diego, CA, 92131.

21. The Frys store carried the Nyko Charge Base S for the Xbox 360, at a price of $24.99. Attached hereto as Exhibit AP is an accurate photo of the Nyko Charge Base S for the sale at the Frys store.

22. The Frys store also carried the Nyko Charge Base 3 for the Playstation 3, at a price of $24.99. Attached hereto as Exhibit AQ is an accurate photo of the Nyko Charge Base 3 for the sale at the Frys store.

23. The Frys store also stocked the PDP Power & Play chargers for the PlayStation 3 and Xbox 360, also at a price of $29.96. Attached hereto as exhibit AR is a photo accurately depicting the PDP Power & Play charger for the Playstation 3 for sale at the Frys store.

24. The Frys store also carried the Intec Charging Dock for the Xbox 360, at a price of $29.96. Attached hereto as Exhibit AS is an accurate photo of the Intec Charging Dock for the sale at the Frys store.

25. The Frys store also carried the Dreamgear Power Base for the Xbox 360, at a price of $29.96. Attached hereto as Exhibit AT is an accurate photo of the Dreamgear Power Base for the sale at the Frys store.

26. The Frys store also carried the Microsoft Quick Charge Kit multi-battery charger for the Xbox 360, at a price of $29.99. Attached hereto as Exhibit AU is an accurate photo of the Microsoft charger for the sale at the Frys store.

27. The Frys store also carried the Icon Controller Charge Station for the Play Station 3, at a price of $29.96. Attached hereto as Exhibit AV is an accurate photo of the Icon Controller Charge Station for the sale at the Frys store.

28. The Frys store also carried the Sony Dualshock charger for the Play Station 3, at a price of $29.99. Attached hereto as Exhibit AW is an accurate photo of the Sony Dualshock charger for the sale at the Frys store.

29. The Frys store also stocked additional Nyko products. Attached hereto as Exhibits AX-BD are photos accurately showing the additional Nyko products for sale at the Frys store.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of May, 2012 at Costa Mesa, California

Jesse A. Salen