# EXHIBIT Z



# EXHIBIT AA



# EXHIBIT AB



# EXHIBIT AC



# EXHIBIT AD



# EXHIBIT AE



# EXHIBIT AF



# EXHIBIT AG



# EXHIBIT AH



# EXHIBIT AI

