# EXHIBIT AJ



# EXHIBIT AK



# EXHIBIT AL



# EXHIBIT AM



# EXHIBIT AN



# EXHIBIT AO



# EXHIBIT AP



# EXHIBIT AQ



# EXHIBIT AR



# EXHIBIT AS



# EXHIBIT AT



# EXHIBIT AU

