# EXHIBIT AV



# EXHIBIT AW



# EXHIBIT AX



# EXHIBIT AY



# EXHIBIT AZ



# EXHIBIT BA



# EXHIBIT BB



# EXHIBIT BC



# EXHIBIT BD

