LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03001 GAF (VBKx) | Date | May 29, 2012 |
|---|---|---|---|
| Title | NYKO Technologies Inc v. Energizer Holdings Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | Lisa Gonzalez | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Art Hason | Gray M. Buccigross | |
| John D. Carpenter | Steven M. Hanle | |

**Proceedings:**      **MOTION HEARING (Held and Completed)**

1)   PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE (filed 5/10/12) [9]

   Matter called.  Counsel state their appearances for the record.  Court questions counsel as stated in court and on the record on above application and invites counsel to present their oral arguments.  Arguments by counsel are heard.

   Defendants present further documentation to the Court for consideration.  Plaintiff is granted leave to submit further briefing by the close of business on Wednesday, May 30, 2012,

   The matter is taken under submission, a written order to follow.

   IT IS SO ORDERED.

|   | 01 | : | 10 |
|---|---|---|---|
| Initials of Preparer | rf | | |