1  JOHN D. CARPENTER, CA Bar No. 145154
   john.carpenter@cph.com
2  S. ART HASAN, CA Bar No. 167323
   art.hasan@cph.com
3  G. WARREN BLEEKER, CA Bar No. 210834
   warren.bleeker@cph.com
4  CHRISTIE, PARKER & HALE, LLP
   655 N. Central Avenue, Suite 2300
5  Glendale, California 91203-1445
   Telephone:  (626) 795-9900
6  Facsimile:   (626) 577-8800

7  Attorneys for Plaintiff,
   Nyko Technologies, Inc.
8

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

| NYKO TECHNOLOGIES, INC., a California corporation, | Case No. CV 12-3001 GAF (VBKx) |
|---|---|
| Plaintiffs, | **PLAINTIFF'S OBJECTIONS TO PHOTOGRAPHIC EXHIBITS ATTACHED TO THE DECLARATION OF JESSE A. SALEN** |
| vs. | |
| ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company, | |
| Defendants. | Hon. Gary Allen Feess |

Nyko asserts the following objections to selected photographic exhibits attached to the Declaration of Jesse A. Salen in Support of Defendants' Opposition to Application for TRO.

| EXHIBIT | DESCRIPTION OF PHOTO(S) | OBJECTIONS |
|---|---|---|
| AA (second occurrence; | Sony Dualshock | Lack of Relevance |

-1-

| | | |
|---|---|---|
| ¶7 of Salen Decl.) | Playstation 3 charger | (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AB | Microsoft Quick Charge Kit multi-battery charger for Xbox 360 | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AC-AH | "Additional Nyko products" | Lack of Relevance (F.R.E. 401 and 402). The existence of other Nyko products is not relevant to the issue of infringement, validity, or any other issue in the case. |
| AK | Sony Dualshock Playstation 3 charger | Lack of Relevance (F.R.E. 401 and 402). |

CHRISTIE, PARKER & HALE, LLP

| | | | There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
|---|---|---|---|
| | AL | Dream Gear Quad Dock Pro Playstation 3 charger | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| | AM | Rocketfish Quad Charge Station Playstation 3 charger | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| | AO | Microsoft Quick Charge Kit multi-battery charger | Lack of Relevance (F.R.E. 401 and 402). |

| | | |
|---|---|---|
| | for Xbox 360 | There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AS | Intec Charging Dock for Xbox 360 | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AT | Dreamgear Power Base for Xbox 360 | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AU | Microsoft Quick Charge Kit multi-battery charger | Lack of Relevance (F.R.E. 401 and 402). |

CHRISTIE, PARKER & HALE, LLP

| | | |
|---|---|---|
| | for Xbox 360 | There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AV | Icon Controller Charge Station for Playstation 3 | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AW | Sony Dualshock Playstation 3 charger | Lack of Relevance (F.R.E. 401 and 402). There's no showing that the third-party product has or lacks features that make it relevant to infringement, validity, or any other issue in the case. |
| AX-BD | "Additional Nyko products" | Lack of Relevance (F.R.E. 401 and 402). |

-5-

| | | The existence of other Nyko products is not relevant to the issue of infringement, validity, or any other issue in the case. |
|---|---|---|

DATED: May 30, 2012

Respectfully submitted,
CHRISTIE, PARKER & HALE, LLP

By _____
John D. Carpenter

Attorneys for Plaintiff,
Nyko Technologies, Inc.