JOHN D. CARPENTER, CA Bar No. 145154
john.carpenter@cph.com
S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
Nyko Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NYKO TECHNOLOGIES, INC., a California corporation, | Case No. CV 12-3001 GAF (VBKx) |
|---|---|
| Plaintiffs, | FIRST SUPPLEMENTAL DECLARATION OF CHRIS ARBOGAST IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |
| vs. | |
| ENERGIZER HOLDINGS, INC., a Missouri corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company, | |
| Defendants. | |
| | Hon. Gary Allen Feess |

I, Chris Arbogast, declare as follows:

1. I am the Director of Marketing at Nyko Technologies, Inc. ("Nyko"). I have personal knowledge of the contents of this declaration and, if called as a witness, could and would competently testify thereto.

2. I am familiar with the video game industry and the marketing of video game accessories. I have a background in online marketing, video game retail, and computer science, and more than nine years of experience in the industry. I became employed at Nyko in 2004 as a Marketing Associate, and I have been Nyko's Director of Marketing since 2007.

3. I am familiar with the sale of Nyko's products at Walmart and other retail stores, including how often Walmart replenishes its inventory of Nyko products at Walmart stores, including Nyko's "Charge Base" line of products for videogame controller chargers: the Charge Base 360s for the Xbox 360 (the "Charge Base 360"), and the Charge Base (3) for the Sony Playstation 3 (the "Charge Base PS3").

4. In general, Walmart places orders for Nyko's Charge Base 360 and Charge Base PS3 every week, to replenish Walmart's inventory of those products at various Walmart stores throughout the United States.

5. Although Nyko's Charge Base line of products can apparently, still be found in at least some Walmart stores at this time, for the past 30 days, Walmart has only placed orders for 15 units of Nyko's Charge Base 360 and Charge Base PS3 products, as compared to 6,882 units last year for this same time period. This tells me that Walmart is in the process of selling down its existing inventory of Nyko's Charge Base line of products. This is consistent with Walmart's prior notification to Nyko that the product line would be dropped in favor of the competing Energizer/PDP product line, as explained in my first declaration filed in this action.

6. From January 1, 2011 until the present, Walmart in-store sales accounted for 37.6% of Nyko's sales of the Charge Base 3 for PS3, and 23.6% of Nyko's sales of the Charge Base 360 S for the Xbox 360. Losing the ability to

sell these products at Walmart stores will be devastating to Nyko's business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2012 in Los Angeles, California.

By _____
Chris Arbogast