1
**JOHN D. CARPENTER, CA Bar No. 145154**
john.carpenter@cph.com

2
**S. ART HASAN, CA Bar No. 167323**
art.hasan@cph.com

3
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com

4
**CHRISTIE, PARKER & HALE, LLP**
**655 N. Central Avenue, Suite 2300**

5
**Glendale, California 91203-1445**
**Telephone:  (626) 795-9900**

6
**Facsimile:   (626) 577-8800**

7
Attorneys for Plaintiff,
Nyko Technologies, Inc.

8

9
UNITED STATES DISTRICT COURT

10
CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  NYKO TECHNOLOGIES, INC., a California corporation, | Case No.  CV 12-3001 GAF (VBKx) |
| 13 | **DECLARATION OF RUSSELL** |
| Plaintiffs, | **HERRING IN SUPPORT OF** |
| 14 | **PLAINTIFF'S EX PARTE** |
| vs. | **APPLICATION FOR (1)** |
| 15 | **TEMPORARY RESTRAINING** |
| ENERGIZER HOLDINGS, INC., a | **ORDER AND (2) ORDER TO** |
| 16  Missouri corporation, and | **SHOW CAUSE RE:** |
| PERFORMANCE DESIGNED | **PRELIMINARY INJUNCTION** |
| 17  PRODUCTS LLC, a California limited liability company, | |
| 18 | |
| Defendants. | |
| 19 | |
| 20 | |
| 21 | **Hon. Gary Allen Feess** |

22

23
I, Russell Herring, declare:

24
        1.        I handle Global Business Development for Nyko Technologies, Inc.

25
("Nyko") and am the Walmart Team Leader for Nyko.  I have been associated

26

27
with Nyko since 2006 and have worked in the consumer electronics industry

28

-1-

CHRISTIE, PARKER & HALE, LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

since 1982."  I have personal knowledge of the facts recited herein and, if called to testify, I could and would testify competently thereto.

2.      At my direction, Amy Matthias, one of my employees, and Jorge Gonzalez, a manufacturer's sales rep for Nyko, visited several Walmart stores in Texas today to determine if Nyko's Charge Base products are still on the shelves at Walmart, and photographed the Nyko products.  Similarly, I visited two Walmart Stores in San Antonio, Texas today and took photos of Nyko products.

3.      Amy Matthias, from Houston, Texas , visited Walmart Store # 3297, 12353 FM 1960 West, Houston, TX 77065, and Walmart Store # 5091, 26270 Northwest Fwy, Cypress, TX 77429.

4.      Jorge Gonzalez, from McKinney Texas, visited Walmart Store # 206, 2041 North Redbud Boulevard, McKinney, Texas, Walmart Store # 5311, 1721 North Custer Road, McKinney, Texas, and Walmart Store # 5211, 5001 McKinney Ranch Parkway, McKinney, Texas.

5.      I visited Walmart Store # 1198, 1515 N Loop 1604 E, San Antonio, Texas, and Walmart Store # 2599, 5555 De Zavala Road, San Antonio, Texas

6.      All of the photographs attached hereto accurately depict the items that Amy Matthias, Jorge Gonzalez, and I photographed at the Walmart stores today, as described in detail below.

7.      Walmart Store # 1198 had in stock Nyko's Charge Base for Xbox 360 product, but not Nyko's Charge Base for PS3.  Walmart Store # 2599 only

-2-

CHRISTIE, PARKER & HALE, LLP

had in stock Nyko's PS3 Charge Base 3, but not Nyko's Xbox Charge Base 360, with a tag showing indicated space for PDP's Xbox 360 charging product. Attached hereto as Exhibit A are true and correct copies of the seven photos I took at Walmart Stores # 1198 and 2599 today, showing the Nyko Charge Base products that were available.

8.     Walmart Store # 206, had in stock Nyko's Charge Base Xbox 360 product, but not Nyko's Charge Base for PS3.  Walmart Store # 5311 had in stock Nyko's Charge Base for PS3, but not Charge Base for Xbox 360  .Walmart Store # 5211 had in stock Nyko's Charge Base Xbox 360 product, but not Nyko's Charge Base for PS3.  Attached hereto as Exhibit B are true and correct copies of the six photos Jorge Gonzalez took at Walmart Stores # 206, 5311, and 5211 today, showing the Nyko Charge Base products that were available.

9.     Walmart Store # 3297 had in stock both Nyko's Charge Base Xbox 360 product and Nyko's Charge Base for PS3.  Walmart Store # 5091 had in stock Nyko's Charge Base Xbox 360 product, but not Nyko's Charge Base for PS3. Attached hereto as Exhibit C is a true and correct copy of the eight photos Amy Matthias took at Walmart Stores # 3297 and 5091 today, showing the Nyko Charge Base products that were available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

-3-

1   Executed this 30th day of May, 2012 in San Antonio, Texas.

2

3                                          By_____

4                                              Russell Herring

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

# EXHIBIT A





**EXHIBIT A**
**Page 5**











# EXHIBIT B





**EXHIBIT B, Page 9**









**EXHIBIT B, Page 11**

# EXHIBIT C









**EXHIBIT C, Page 13**





**EXHIBIT C, Page 14**





**EXHIBIT C, Page 15**