SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations

DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Performance Designed Products LLC and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NYKO TECHNOLOGIES, INC. a California Corporation,

Plaintiff,

v.

ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,

Defendants.

Case No. CV12-03001-GAF-VBK

**NOTICE OF ERRATA RE FILING OF ANSWER**

The Hon. Gary A. Feess

[Complaint Filed: April 5, 2012]

Performance Designed Products LLC and Energizer Holdings, Inc. (collectively, "Defendants") electronically filed on June 15, 2012 their Answer, including Counterclaims and Jury Demand ("Answer"). (Dkt. No. 53). Pursuant to Local Rule 3-2, Defendants are now filing the Answer in paper format. The caption

page of the Answer has been revised to reflect that it includes Counterclaims and a Jury Demand. The Answer otherwise remains unchanged.

Dated: July 6, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By s/ Daniel N. Yannuzzi

DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
Attorneys for Performance Designed Products LLC and Energizer Holdings, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 6, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By s/ Daniel Yannuzzi
DANIEL N. YANNUZZI
Attorneys for Defendants,
Performance Designed Products LLC
and Energizer Holdings, Inc.