**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 North Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile:  (626) 577-8800**

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>Hon. Gary Allen Feess |

Pursuant to the Court's SCHEDULING AND CASE MANAGEMENT ORDER (Dkt. No. 69), the following chart provides the proposed preliminary claim constructions of the parties. Each party reserves the right to modify its proposed constructions and/or provide a responsive construction in response to any construction proposed by another party in advance of submitting the claim

construction issues for decision by the Court.  The parties will meet and confer on a proposed schedule for further submissions and a briefing schedule in advance of the claim construction hearing scheduled for April 29, 2013, and will submit their proposed schedule(s) to the Court for approval.

| **Claim Language** | **NYKO's Proposed Claim Construction** | **Defendants' Proposed Claim Construction** |
|---|---|---|
| "each of the DC ports configured **to couple to** and provide DC power to a power input port of a respective one of the plurality of video game controllers" | "to couple to" means *to join, link or connect structures together without the use of external wires or cables.* | "to couple to" means *to connect directly or indirectly to.* |
| "at least one structure" | "at least one structure" means *one or more structures.* | Defendants believe this term needs to be construed in the context of the claim language it is used.  See below. |
| "**at least one structure on the base** for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged" | NYKO contends that all claims terms in this claim limitation that are not construed above or below by NYKO are entitled to their plain and ordinary meaning within the context of the | one or more structures on the base, each for providing physical support to a plurality of video game controllers while they are being charged |

-2-

| | | |
|---|---|---|
| | specification and claim language. | |
| **"at least one structure on the base** comprises a plurality of docking bays" | NYKO contends that all claims terms in this claim limitation that are not construed above or below by NYKO are entitled to their plain and ordinary meaning within the context of the specification and claim language. | one or more structures on the base each defines a plurality of docking bays |
| **"at least one structure on the base** further comprises a plurality of pairs of opposite surfaces" | NYKO contends that all claims terms in this claim limitation that are not construed above or below by NYKO are entitled to their plain and ordinary meaning within the context of the specification and claim language. | one or more structures on the base, each has a plurality of pairs of opposite surfaces |
| "at least one docking structure" | "at least one docking structure" means *one or more docking structures.* | Defendants believe this term needs to be construed in the context |

-3-

| | | |
|---|---|---|
| | | of the claim language it is used. See below. |
| "**at least one docking structure** defining a plurality of docking bays" | NYKO contends that all claims terms in this claim limitation that are not construed above or below by NYKO are entitled to their plain and ordinary meaning within the context of the specification and claim language. | one or more docking structures, each defining a plurality of docking bays |
| "**at least one docking structure on the base** further comprises a plurality of pairs of substantially parallel opposite surfaces" | NYKO contends that all claims terms in this claim limitation that are not construed above or below by NYKO are entitled to their plain and ordinary meaning within the context of the specification and claim language. | one or more docking structures on the base, each having a plurality of pairs of substantially parallel opposite surfaces |
| "electrically coupled to" | "electrically coupled to" means *directly or indirectly connected to for the purpose of energy* | directly or indirectly electrically connected to |

-4-

| | | |
|---|---|---|
| | *transfer.* | |
| "base" | "base" means *the foundation or support upon which structures rest.* | the bottom part of the charging system that provides physical support for the system against an external adjacent surface (e.g., a table or wall) |
| "structure" | NYKO contends that this claim language is entitled to its plain and ordinary meaning within the context of the specification and claim language. | The term is indefinite. |
| "docking structure" | NYKO contends that this claim language is entitled to its plain and ordinary meaning within the context of the specification and claim language. | The term is indefinite |
| "supported by the base" | NYKO contends that this claim language is entitled to its plain and ordinary meaning within the context of the | on the base |

-5-

| | | |
|---|---|---|
| | specification and claim language. | |

DATED: December 17, 2012

                    CHRISTIE, PARKER & HALE, LLP


        By          */s/ G. Warren Bleeker*
                    ART HASAN
                    G. WARREN BLEEKER
                    KATHERINE L. QUIGLEY
            Attorneys for NYKO Technologies, Inc.


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


        By          */s/ Steven M. Hanle*
                    DANIEL N. YANNUZZI
                    STEVEN M. HANLE
            GRAHAM (GRAY) M. BUCCIGROSS
         Attorneys for Performance Designed
     Products LLC and Energizer Holdings, Inc.

GWB PAS1209206.1-*-12/17/12 8:23 PM