SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130
Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Company, Inc., and
Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., a Missouri Corporation, EVEREADY BATTERY COMPANY, INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001-GAF-VBK<br><br>**NOTICE OF ERRATA RE FILING OF ANSWER TO AMENDED COMPLAINT**<br><br>The Hon. Gary A. Feess<br><br>[Amended Complaint Filed:  December 14, 2012] |

Energizer Holdings, Inc., Eveready Battery Company, Inc., and

Performance Designed Products LLC (collectively, "Defendants") electronically

-1-

filed on December 28, 2012 their Answer to Plaintiff Nyko Technologies, Inc.'s Amended Complaint, which includes Counterclaims and Jury Demand ("Answer"). (Dkt. No. 88).  Pursuant to Local Rule 3-2, Defendants are now filing the Answer in paper format.  The Answer remains unchanged.

Dated:  January 2,  2013

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     s/ Daniel N. Yannuzzi
       DANIEL N. YANNUZZI
       STEVEN M. HANLE
  GRAHAM (GRAY) M. BUCCIGROSS
     MATTHEW M. MUELLER
Attorneys for Energizer Holdings, Inc.,
Eveready Battery Company, Inc., and
Performance Designed Products LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 2, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  s/ Daniel Yannuzzi
DANIEL N. YANNUZZI
Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC