# EXHIBIT 1
# SUBMITTED UNDER SEAL