Case 2:12-cv-03001-GAF-VBK   Document 100-3   Filed 04/03/13   Page 1 of 3   Page ID #:1747

PE
1628
M36
2007
copy 1

# Merriam-Webster's Collegiate® Dictionary

ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

Exhibit 2
Page 2-1



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2007 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
    p.   cm.
   Includes index.
   ISBN-13: 978-0-87779-807-1   (Laminated unindexed : alk. paper)
   ISBN-10: 0-87779-807-9   (Laminated unindexed : alk. paper)
   ISBN-13: 978-0-87779-808-8   (Jacketed hardcover unindexed : alk. paper)
   ISBN-10: 0-87779-808-7   (Jacketed hardcover unindexed : alk. paper)
   ISBN-13: 978-0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-10: 0-87779-809-5   (Jacketed hardcover with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-810-1   (Leatherlook with CD-ROM : alk. paper)
   ISBN-10: 0-87779-810-9   (Leatherlook with CD-ROM : alk. paper)
   ISBN-13: 978-0-87779-813-2   (Canadian)
   ISBN-10: 0-87779-813-3   (Canadian)
   ISBN-13: 978-0-87779-814-9   (International)
   ISBN-10: 0-87779-814-1   (International)
   1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36    2003
423—dc21                                            2003003674
                                                                    CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

Case 2:12-cv-03001-GAF-VBK   Document 100-3   Filed 04/03/13   Page 3 of 3   Page ID #:1749

change, alter. of OF *barater* — more at BARRATRY] *vi* (15c) : to trade by exchanging one commodity for another ~ *vt* : to trade or exchange by or as if by bartering — **bar·ter·er** \-tər-ər\ *n*
²**barter** *n* (15c)   **1** : the act or practice of carrying on trade by bartering   **2** : the thing given in exchange in bartering
**Bar·tho·lin's gland** \'bär-thə-lənz-, 'bär-t'l-ənz-\ *n* [Kaspar *Bartholin* †1738 Dan. physician] (1901) : either of two oval racemose glands lying one to each side of the lower part of the vagina and secreting a lubricating mucus — compare COWPER'S GLAND
**bar·ti·zan** \'bär-tə-zən, ,bär-tə-'zan\ *n* [alter. of ME *bretasinge*, fr. *bretais* parapet — more at BRATTICE] (1801) : a small structure (as a turret) projecting from a building and serving esp. for lookout or defense
**Bart·lett** \'bärt-lət\ *n* [Enoch *Bartlett* †1860 Am. orchardist] (1847) : a pear that has yellowish-green or sometimes red skin and whitish flesh and is the principal commercially produced pear in the U.S.
**Ba·ruch** \bə-'rük, 'bär-,ük, 'ber-\ *n* [LL, fr. Gk *Barouch*, fr. Heb *Bārūkh*] : a homiletic book included in the Roman Catholic canon of the Old Testament and in the Protestant Apocrypha — see BIBLE table
**bar·ware** \'bär-,wer\ *n* (1941) : glassware or utensils used in preparing and serving alcoholic beverages
**bary·on** \'ber-ē-,än, 'ba-rē-\ *n* [ISV *bary-* (fr. Gk *barys* heavy) + ¹-*on* — more at GRIEVE] (1953) : any of a group of subatomic particles (as nucleons) that are subject to the strong force and are composed of three quarks — **bary·on·ic** \,ber-ē-'ä-nik, ,ba-rē-\ *adj*
**ba·ry·tes** \bə-'rī-tēz\ *also* **bar·yte** \'ber-,īt\ *chiefly Brit var of* BARITE
**barytone** *var of* BARITONE
**BAS** *abbr*   **1** bachelor of applied science   **2** bachelor of arts and sciences
**bas·al** \'bā-səl, -zəl\ *adj* (1645)   **1 a** : relating to, situated at, or forming the base   **b** : arising from the base of a stem ⟨~ leaves⟩   **2 a** : of or relating to the foundation, base, or essence : FUNDAMENTAL   **b** : of, relating to, or being essential for maintaining the fundamental vital activities of an organism : MINIMAL ⟨a ~ diet⟩   **c** : used for teaching beginners ⟨~ readers⟩ — **ba·sal·ly** *adv*
**basal body** *n* (1902) : a minute distinctively staining cell organelle found at the base of a flagellum or cilium and identical to a centriole in structure — called also *basal granule, kinetosome*
**basal cell** *n* (ca. 1903) : one of the innermost cells of the deeper epidermis of the skin
**basal ganglion** *n* (ca. 1889) : any of four deeply placed masses of gray matter (as the amygdala) in each cerebral hemisphere — called also *basal nucleus*
**basal metabolic rate** *n* (1922) : the rate at which heat is given off by an organism at complete rest
**basal metabolism** *n* (1913) : the turnover of energy in a fasting and resting organism using energy solely to maintain vital cellular activity, respiration, and circulation as measured by the basal metabolic rate
**ba·salt** \bə-'sȯlt, 'bā-,\ *n* [L *basaltes*, MS var. of *basanites* touchstone, fr. Gk *basanitēs* (*lithos*), fr. *basanos* touchstone, fr. Egypt *bḥnw*] (1601) : a dark gray to black dense to fine-grained igneous rock that consists of basic plagioclase, augite, and usu. magnetite — **ba·sal·tic** \bə-'sȯl-tik\ *adj*
**bas·cule** \'bas-(,)kyül\ *n* [F, seesaw] (1678) : an apparatus or structure (as a drawbridge) in which one end is counterbalanced by the other on the principle of the seesaw or by weights
¹**base** \'bās\ *n, pl* **bas·es** \'bā-səz\ [ME, fr. AF, fr. L *basis*, fr. Gk, step, base, fr. *bainein* to go — more at COME] (13c)   **1 a** (1) : the lower part of a wall, pier, or column considered as a separate architectural feature   (2) : the lower part of a complete architectural design   **b** : the bottom of something considered as its support : FOUNDATION   **c** (1) : a side or face of a geometrical figure from which an altitude can be constructed; *esp* : one on which the figure stands   (2) : the length of a base   **d** : that part of a bodily organ by which it is attached to another more central structure of the organism   **2 a** : a main ingredient ⟨paint having a latex ~⟩   **b** : a supporting or carrying ingredient (as of a medicine)   **3 a** : the fundamental part of something : GROUNDWORK, BASIS   **b** : the economic factors on which in Marxist theory all legal, social, and political relations are formed   **4** : the lower part of a heraldic field   **5 a** : the starting point or line for an action or undertaking   **b** : a baseline in surveying   **c** : a center or area of operations: as   (1) : the place from which a military force draws supplies   (2) : a place where military operations begin   (3) : a permanent military installation   **d** (1) : a number (as 5 in 5⁶·⁴⁴ or 5⁷) that is raised to a power; *esp* : the number that when raised to a power equal to the logarithm of a number yields the number itself ⟨the logarithm of 100 to the ~ 10 is 2 since 10² = 100⟩   (2) : a number equal to the number of units in a given digit's place that for a given system of writing numbers is required to give the numeral 1 in the next higher place ⟨the decimal system uses a ~ of 10⟩; *also* : such a system of writing numbers using an indicated base ⟨convert from ~ 10 to ~ 2⟩   (3) : a number that is multiplied by a rate or of which a percentage or fraction is calculated ⟨to find the interest on $90 at 10 percent multiply the ~ 90 by .10⟩   **e** : ROOT 6   **6 a** : the starting place or goal in various games   **b** : any one of the four stations at the corners of a baseball infield   **c** : a point to be considered ⟨his opening remarks touched every ~⟩   **7 a** : any of various typically water-soluble and bitter tasting compounds that in solution have a pH greater than 7, are capable of reacting with an acid to form a salt, and are molecules or ions able to take up a proton from an acid or able to give up an unshared pair of electrons to an acid   **b** : any of the five purine or pyrimidine bases of DNA and RNA that include cytosine, guanine, adenine, thymine, and uracil   **8** : a price level at which a security previously declining in price resists further decline   **9** : the part of a transformational grammar that consists of rules and a lexicon and generates the deep structures of a language — **based** \'bāst\ *adj* — **base·less** \'bā-sləs\ *adj* — **off base**   **1** : WRONG, MISTAKEN ⟨estimates were way off base⟩   **2** : UNAWARES ⟨caught off base by the charges⟩
²**base** *vt* **based; bas·ing** (1587)   **1** : to make, form, or serve as a base for   **2** : to find a base or basis for — usu. used with *on* or *upon*
³**base** *adj* [ME *bas*, fr. AF, fr. LL *bassus* fat, short, low] (14c)   **1** *archaic* : of little height   **2** *obs* : low in place or position   **3** *obs* : BASS   **4** *archaic* : BASEBORN   **5 a** : resembling a villein : SERVILE ⟨a ~ tenant⟩   **b** : held by villenage ⟨~ tenure⟩   **6 a** : being of comparatively low value and having relatively inferior properties (as lack of resistance to corrosion) ⟨a ~ metal such as iron⟩ — compare NOBLE   **b** : containing a larger than usual proportion of base metals ⟨~ silver denarii⟩   **7 a** : lacking or indicating the lack of higher qualities of mind or spirit : IGNOBLE   **b** : lacking higher values : DEGRADING ⟨a drab ~ way of life⟩ — **base·ly** *adv* — **base·ness** *n*
*syn* BASE, LOW, VILE mean deserving of contempt because of the absence of higher values. BASE stresses the ignoble and may suggest cruelty, treachery, greed, or grossness ⟨*base* motives⟩. LOW may connote crafty cunning, vulgarity, or immorality and regularly implies an outraging of one's sense of decency or propriety ⟨refused to listen to such *low* talk⟩. VILE, the strongest of these words, tends to suggest disgusting depravity or filth ⟨a *vile* remark⟩.
**base angle** *n* (ca. 1949) : either of the angles of a triangle that have one side in common with the base
**base·ball** \'bās-,bȯl\ *n, often attrib* (ca. 1815) : a game played with a bat and ball between two teams of nine players each on a large field having four bases that mark the course a runner must take to score; *also* : the ball used in this game
**baseball cap** *n* (1944) : a cap of the kind worn by baseball players that has a rounded crown and a long visor
**base·board** \-,bȯrd\ *n* (1847) : a board situated at or forming the base of something; *specif* : a molding covering the joint of a wall and the adjoining floor
**base·born** \-'bȯrn\ *adj* (1591)   **1** : MEAN, IGNOBLE   **2 a** : of humble birth   **b** : of illegitimate birth
**base exchange** *n* (ca. 1956) : a post exchange at a naval or air force base
**base hit** *n* (1874) : a hit in baseball that enables the batter to reach base safely without benefit of an error or fielder's choice
**BASE jumping** \'bās-\ *n* [*b*uilding, *a*ntenna, *s*pan, *e*arth] (1982) : the activity or sport of parachuting from a high structure (as a building, tower, or bridge) or cliff — **BASE jumper** *n*
**base·line** \'bās-,līn\ *n, often attrib* (1610)   **1 a** : a line serving as a basis; *esp* : one of known measure or position used (as in surveying or navigation) to calculate or locate something   **2 a** : either of the lines on a baseball field that lead from home plate to first base and third base and are extended into the outfield as foul lines   **b** : BASE PATH   **3 a** : a boundary line at either end of a court (as in tennis or basketball)   **4 a** : usu. initial set of critical observations or data used for comparison or a control   **5** : a starting point ⟨the ~ of this discussion⟩
**base·lin·er** \'bās-,lī-nər\ *n* (ca. 1929) : a tennis player who stays on or near the baseline and seldom moves to the net
**base·ment** \'bās-mənt\ *n* [prob. fr. ¹*base*] (1613)   **1** : the part of a building that is wholly or partly below ground level   **2** : the ground floor facade or interior in Renaissance architecture   **3** : the lowest or fundamental part of something; *specif* : the rocks underlying stratified rocks   **4** *chiefly NewEng* : a toilet or washroom esp. in a school — **base·ment·less** \-ləs\ *adj*
**basement membrane** *n* (1847) : a thin membranous layer of connective tissue that separates a layer of epithelial cells from the underlying *lamina propria*
**ba·sen·ji** \bə-'sen-jē, -'zen-\ *n* [prob. modif. of Lingala *mbwa na basenji*, lit., dogs of the bushland people] (1937) : any of a breed of small curly-tailed dogs of African origin that do not bark
**base on balls** (1884) : an advance to first base awarded a baseball player who during a turn at bat takes four pitches that are balls
**base–pair** \'bās-\ *vb* (1973) : to participate in formation of a base pair ⟨adenine ~s with thymine⟩
**base pair** *n* (1956) : one of the pairs of nucleotide bases on complementary strands of nucleic acid that consist of a purine on one strand joined to a pyrimidine on the other strand by hydrogen bonds holding together the two strands much like the rungs of a ladder and that include adenine linked to thymine in DNA or to uracil in RNA and guanine linked to cytosine in both DNA and RNA
**base path** *n* (1935) : the area between the bases of a baseball field used by a base runner
**base pay** *n* (1920) : a rate or amount of pay for a standard work period, job, or position exclusive of additional payments or allowances
**base·plate** \'bās-,plāt\ *n* (1876) : a plate that serves as a base or support
**base runner** *n* (1867) : a baseball player of the team at bat who is on base or is attempting to reach a base — **base–run·ning** *n*
**bases** *pl of* BASE *or of* BASIS
¹**bash** \'bash\ *vb* [origin unknown] *vt* (1750)   **1** : to strike violently : HIT; *also* : to injure or damage by striking : SMASH — often used with *in*   **2** : to attack physically or verbally ⟨media ~*ing*⟩ ⟨celebrity ~*ing*⟩ ~ *vi* : CRASH — **bash·er** *n*
²**bash** *n* (1805)   **1** : a forceful blow   **2** : a festive social gathering : PARTY   **3** *chiefly Brit* : TRY, ATTEMPT ⟨have a ~ at it⟩
**bashaw** *var of* PASHA
**bash·ful** \'bash-fəl\ *adj* [obs. *bash* (to be abashed)] (1548)   **1** : socially shy or timid : DIFFIDENT, SELF-CONSCIOUS   **2** : resulting from or typical of a bashful nature ⟨a ~ smile⟩   *syn* see SHY — **bash·ful·ly** \-fə-lē\ *adv* — **bash·ful·ness** \-fəl-nəs\ *n*
¹**ba·sic** \'bā-sik *also* -zik\ *adj* (1842)   **1 a** : of, relating to, or forming the base or essence : FUNDAMENTAL ⟨~ truths⟩   **b** : concerned with fundamental scientific principles : not applied ⟨~ research⟩   **2** : constituting or serving as the basis or starting point ⟨a ~ set of tools⟩   **3 a** : of, relating to, containing, or having the character of a chemical base   **b** : having an alkaline reaction   **4** : containing relatively little silica ⟨~ rocks⟩   **5** : relating to, made by, used in, or being a process of making steel done in a furnace lined with basic material and under basic slag — **ba·sic·i·ty** \bā-'si-sə-tē\ *n*
²**basic** *n* (1926)   **1** : something that is basic : FUNDAMENTAL ⟨get back to ~s⟩   **2** : BASIC TRAINING
**BA·SIC** \'bā-sik\ *n* [*B*eginner's *A*ll-purpose *S*ymbolic *I*nstruction *C*ode] (1964) : a simplified high-level language for programming a computer
**ba·si·cal·ly** \'bā-si-k(ə-)lē *also* -zi-\ *adv* (1903)   **1 a** : at a basic level : in

\ə\ abut  \ʼ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̲h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision, beige  \k̇, ⁿ, œ, ᵾ, ʼ\ see Guide to Pronunciation

Exhibit 2
Page 2-3