SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:    858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation, <br><br>             Plaintiff, <br><br>      v. <br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br>             Defendants. | Case No. CV12-03001 GAF-VBK <br><br> DECLARATION OF GRAHAM M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF <br><br> The Hon. Gary A. Feess |

I, Graham (Gray) M. Buccigross, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC, Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached as Exhibit 1 are excerpts from the deposition transcript of Amir Navid, taken January 30, 2013.

4. Attached as Exhibit 2 is the Merriam-Webster's Collegiate Dictionary, 11th Edition (2007) definition of the word "base."

5. Attached as Exhibit 3 are excerpts from the rough version of the deposition transcript of Thomas Roberts, taken March 26, 2013.

6. Attached as Exhibit 4 is U.S. Patent No. 8,378,630.

7. Attached as Exhibit 5 is are excerpts from the file history of U.S. Patent Application Ser. No. 12/044,295, which issued as U.S. Patent No. 8,143,848, the patent in suit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2013 at San Diego, California

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Gray M. Buccigross*
GRAHAM (GRAY) M. BUCCIGROSS

Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC