UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NYKO TECHNOLOGIES, INC., a )
California Corporation, )
                                          )
        Plaintiff, )
                                          )
    v.                          ) NO. CV12-03001-GAF-VBK
                                          )
ENERGIZER HOLDINGS, INC. a )
Missouri Corporation, EVEREADY )
BATTERY COMPANY, INC., a )
Delaware Corporation, and )
PERFORMANCE DESIGNED PRODUCTS )
LLC, a California Limited )
Liability Company, )
                                          )
        Defendants. )
_____)

(THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL.)

DEPOSITION OF AMIR NAVID

January 30, 2013

Shana K. Clifford, CSR No. 10154

353104



40 YEARS  BARKLEY Court Reporters
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine       (858) 455-5444 San Diego
(916) 922-5777 Sacramento     (408) 885-0550 San Jose         (760) 322-2240 Palm Springs (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City    (347) 821-4611 Brooklyn     (518) 490-1910 Albany
(516) 277-9494 Garden City    (914) 510-9110 White Plains     (312) 379-5566 Chicago      (702) 366-0500 Las Vegas
              +33 1 70 72 65 26 Paris    +971 4 8137744 Dubai    +852 3693 1522 Hong Kong

Exhibit 1
Page 1-1

```
10:10    1              MR. HASAN:  Objection as to form.
         2              You can answer if you know.
         3              THE DEPONENT:  I'm not exactly sure when a
         4    PS3 wireless controller -- and you're talking about
10:10    5    first-party; is that correct?
         6         Q    BY MR. HANLE:  Yes.
         7         A    Okay.
         8              -- was released.  I would imagine on the
         9    release date of the actual console.
10:10   10         Q    Which was when?
        11              MR. HASAN:  Objection as to form.
        12              You can answer if you know.
        13              THE DEPONENT:  I -- that would have been
        14    in, if I'm not mistaken, holiday 2006.  So I -- I
10:11   15    believe -- and I'm not certain of this, but it would
        16    have been the launch date of it, which I believe was
        17    sometime in November of 2006.
        18         Q    BY MR. HANLE:  Okay.  And when did you
        19    start designing a charger for the wireless PS3
10:11   20    controller?
        21         A    That would have been right around the time
        22    of the actual announcement of the system, which
        23    would have been at Electronics Expo in 2006.  That's
        24    when the actual shape of the controller was defined.
10:11   25    So -- and that would have been Electronic -- yeah,
```

Exhibit 1     AMIR NAVID
Page 1-2

BARKLEY
Court Reporters

```
10:11   1   so 2006 E3.
        2        Q    And the month of that, you think, is June?
        3        A    June, yeah.
        4        Q    So you think sometime shortly after June,
10:11   5   you started conceptualizing a charger for a Sony
        6   wireless controller; is that correct?
        7             MR. HASAN:  Objection as to form.
        8             THE DEPONENT:  Yes, a charger for a Sony
        9   controller was conceived after that, because then
10:12  10   the shape was defined.  And my -- my invention is
       11   heavily based on the actual shape and design of the
       12   actual controller and how it mates with it.  So --
       13        Q    BY MR. HANLE:  And so you think around
       14   June the shape of that controller was charged, so
10:12  15   that enabled you to start designing the charging
       16   product that's at issue in this case; correct?
       17             MR. HASAN:  Objection as to form.
       18             THE DEPONENT:  Yes.  Do I think that
       19   around June of 2006 -- I mean, the shape was
10:12  20   defined.  The actual shape of the controller that
       21   they ended coming to -- ended up -- Sony ended up
       22   coming to market with was announced at that E3.
       23        Q    BY MR. HANLE:  And -- I have just one more
       24   question, and then we can take a break.
10:13  25        A    Sure.
```

|       |    |   |                                                           |
|-------|----|---|-----------------------------------------------------------|
| 11:08 | 1  |   | Do you recognize this document?                           |
|       | 2  | A | I do.                                                     |
|       | 3  | Q | Is that your signature on page 6 of the                   |
|       | 4  | document?                                                 |
| 11:08 | 5  | A | There's no signature here. There's just                   |
|       | 6  | a -- there's an electronic signature. So I do not         |
|       | 7  | recognize my signature because it's not there.            |
|       | 8  | Q | Oh, I see. I see. That's Art who signed                   |
|       | 9  | it down below. And I note the explanation of the          |
| 11:08 | 10 | typewritten signature on there.                           |
|       | 11 | But did you review this document before it                |
|       | 12 | was submitted to the court?                               |
|       | 13 | A | I did.                                                    |
|       | 14 | Q | And did you believe it was true and                       |
| 11:08 | 15 | accurate at the time?                                     |
|       | 16 | A | Yes.                                                      |
|       | 17 | Q | Go to page 2 of this declaration,                         |
|       | 18 | Exhibit 2, and I'll read it for the record.               |
|       | 19 | Paragraph 6:                                              |
| 11:08 | 20 | "The relevant art for purposes of                         |
|       | 21 | construing the '848 patent is video game                  |
|       | 22 | accessories, their design and operation.                  |
|       | 23 | A person of ordinary skill in the art in                  |
|       | 24 | this field of art would hold a bachelor's                 |
| 11:09 | 25 | degree in mechanical engineering or an                    |

93

Exhibit 1  AMIR NAVID  Page 1-4

BARKLEY
Court Reporters

```
11:09   1                equivalent degree, or equivalent
        2                substantive work experience in the design
        3                and operation of video game accessories."
        4           Do you consider yourself a person of
11:09   5    ordinary skill in this art?
        6         A    I do.
        7         Q    Turn to page 4.  And focusing on
        8    paragraph 20, and here it states, for the record:
        9                "The Energizer Charging Systems are
11:09  10                identical to the charging system disclosed
       11                in claim 1 of the '848 patent.  As seen in
       12                Exhibit F, the Energizer Charging System
       13                for Xbox 360 has a base" -- I should say,
       14                "[1] a base, [2] at least one structure on
11:10  15                the base for providing physical support to
       16                the plurality of video game
       17                controllers...."
       18         A    Mm-hmm.
       19         Q    Okay.  And I want you to also -- we're
11:10  20    going to reference this exhibit, and we're also
       21    going to reference the patent, which is Exhibit 1.
       22    So if you can take Exhibit 1 from your stack there
       23    and go to, in Exhibit 1, the second-to-last page.
       24    And I want to direct your attention to column 15 and
11:10  25    claim 1.
```

94

Exhibit 1        AMIR NAVID        BARKLEY Court Reporters
Page 1-5

```
03:50   1            Q    First element after the preamble, line 34,
        2       "a base."
        3                 Do you see that?
        4            A    Yes, sir.
03:50   5            Q    Okay.  So again, I want to get the plain
        6       and ordinary -- your understanding of the plain and
        7       ordinary meaning of the term "base" outside of the
        8       context of this patent.  And then we can talk about
        9       what it means in the context of the patent.
03:50  10                 So -- so --
       11                 MR. HASAN:  Objection as to form.
       12                 MR. HANLE:  I haven't asked anything yet.
       13            Q    So question -- question is, is -- so let's
       14       take, for example, this table.  What would you
03:50  15       consider the base of this table?
       16                 MR. HASAN:  Objection as to form.
       17                 THE DEPONENT:  I -- I'm sorry, but I don't
       18       understand how that relates to the patent at hand
       19       and what we're trying to do.  Table -- I'm not in
03:50  20       the business of making tables.  I'm not an expert in
       21       tables.  What is considered a base or a top of it is
       22       not my expertise.  I don't claim that it's my
       23       expertise.
       24                 In the context of this patent, what a base
03:51  25       is, is the entire charging device.  It's the
```

239

Exhibit 1        AMIR NAVID
Page 1-6

BARKLEY
Court Reporters

```
03:51   1   charging system.
        2        Q    BY MR. HANLE:  Okay.  I asked you a
        3   different question, so please answer my question.
        4   And if the answer is "I don't know," feel free to
03:51   5   say so.
        6        A    I don't know.  I'm not a table specialist.
        7   So I don't know, outside the context of this --
        8        Q    Okay.  So --
        9        A    -- what "a base" could mean.
03:51  10        Q    What about the chair you're sitting in?
       11   What would you consider the base of that chair?
       12             MR. HASAN:  Same objections.
       13             THE DEPONENT:  I'm not a carpenter.  I
       14   don't build chairs.  I have no idea what a base is
03:51  15   or if there is a base, per se, part on this chair.
       16   I don't know.
       17        Q    BY MR. HANLE:  Okay.  So as a person
       18   skilled in the art, you have no understanding of the
       19   term --
03:51  20        A    In the skill of the art, as far as
       21   applying to this --
       22        Q    Just let me finish the question.  You're
       23   interrupting me, and the court reporter is going to
       24   kill us all.
03:51  25             So -- so are you saying that outside of
```

240

Exhibit 1    AMIR NAVID
Page 1-7

BARKLEY
Court Reporters

```
03:54    1         Q    So it says, "at least" -- and I can read
         2    it:  "at least one structure on the base for
         3    providing physical support to the plurality of video
         4    game controllers...."
03:55    5              Could you point to what is referred to by
         6    the phrase "at least one structure on the base for
         7    providing physical support."
         8         A    So it would be 406.  These are the
         9    structures, the support structures.
03:55   10         Q    Okay.  So the structures, as used in your
        11    patent, are 406?
        12         A    I believe the terminology used is "support
        13    structures" where you took it out of that paragraph.
        14    And yes, those are the support structures.
03:55   15         Q    Okay.  The claim language just -- and I'll
        16    read it again -- is "at least one structure on the
        17    base for providing physical support to the plurality
        18    of video game controllers...."
        19         A    Yes.  So that's --
03:55   20              MR. HASAN:  Objection for an incomplete
        21    reading.  Are you going to read the rest of it,
        22    Steve, or you're going to -- I don't know if you're
        23    intending to do that, but --
        24              MR. HANLE:  All I want to know is about
03:55   25    the structures on the base for providing support to
```

243

Exhibit 1        AMIR NAVID
Page 1-8

BARKLEY
Court Reporters

```
03:55   1    the plurality of video game controllers.
        2              MR. HASAN:  Asked and answered.
        3              THE DEPONENT:  So I've pointed them out
        4    and mentioned that, in figure 11, these would be
03:56   5    406.
        6         Q    BY MR. HANLE:  Okay.  And is each one of
        7    those a separate structure?
        8              MR. HASAN:  Objection as to form.
        9              THE DEPONENT:  Are they each a separate
03:56  10    structure?
       11         Q    BY MR. HANLE:  Yes.
       12         A    Yes.
       13         Q    Okay.  And it also -- the patent says "at
       14    least one structure on the base."  And would you
03:56  15    agree that "at least one" could mean only one?
       16         A    No.  "At least one" means one or more.
       17         Q    I think we said the same thing, so --
       18    but -- so "at least one" could -- "at least one"
       19    could include a single one, or it could include --
03:56  20         A    No.
       21         Q    -- where there are multiple?
       22         A    No, multiple.  So that's -- otherwise, we
       23    would say one; right?  So we're saying one or more,
       24    so it's multiple structures.  That's -- that's what
03:57  25    it means.
```

244

Exhibit 1        AMIR NAVID        BARKLEY Court Reporters
Page 1-9