```
 1              UNCERTIFIED REALTIME ROUGH DRAFT DISCLAIMER

 2

 3         This realtime draft, or any portion thereof, is
    being delivered UNEDITED and UNCERTIFIED by the court
 4  reporter.
           The purchaser agrees not to disclose this realtime,
 5  unedited transcription in any form (written or
    electronic) to anyone who has no connection to this case.
 6  This is an unofficial transcription which should only be
    to used augment counsel's notes and NOT be relied upon
 7  for purposes of verbatim citation of testimony.
           This transcription has not been proofread.  It is a
 8  draft transcript, NOT a certified transcript.  As such,
    it may contain computer-generated mistranslations of
 9  stenotype code or electronic transmission errors,
    nonsensical word combinations, an occasional reporter's
10  note, a misspelled proper name and/or symbols which
    cannot be deciphered by non-stenotypists.
11         Corrections will be made in the preparation of the
    certified transcription, resulting in differences in
12  content, page and line numbers, punctuation, and
    formatting.
13         ACCEPTANCE OF THIS REALTIME DRAFT IS AN AUTOMATIC
    FINAL COPY ORDER.
14

15                    **ROUGH DRAFT TRANSCRIPT**

16

17

18

19

20

21

22

23

24

25

 1                       ROUGH DRAFT TRANSCRIPT
```

Exhibit 3
Page 3-1

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4
    NYKO TECHNOLOGIES INC., a
 5  California Corporation,
                                          No. CV12-03001
 6            Plaintiff,

 7       vs.

 8  ENERGIZER HOLDINGS, INC., a
    Missouri Corporation, EVEREADY
 9  BATTERY COMPANY, INC, a Delaware
    Corporation, and PERFORMANCE
10  DESIGNED PRODUCTS LLC, a
    California Limited Liability
11  Company,

12            Defendants.

13

14  _____

15

16       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17

18       VIDEOTAPED DEPOSITION of THOMAS ROBERTS

19                  San Diego, California

20                Tuesday, March 26, 2013

21                       Volume I

22  Reported by:
    Kae F. Gernandt
23  RPR, CSR No. 5342

24  Job No. 1635403

25  PAGES 1 - *xxx
```

2                      ROUGH DRAFT TRANSCRIPT

Exhibit 3
Page 3-2

```
 1   officer of a company, if you have an understanding?

 2          MR. HANLE:  Objection.  Vague, incomplete

 3   hypothetical, lacks foundation.

 4          THE WITNESS:  I'm a senior member of the

 5   executive staff, to help run the company.

 6   BY MR. HASAN:

 7       Q.   You have a great deal of authority

 8   within the company?

 9          MR. HANLE:  Objection.  Vague.

10          THE WITNESS:  I have authority over my area.

11   You know, whether that's a great deal, I don't know

12   what you mean.  There are other officers of the

13   company.

14   BY MR. HASAN:

15       Q.   Have you ever heard of the entire

16   accused product referred to as a charge base?

17       A.   I can't recall.

18       Q.   Have you ever seen it written anywhere

19   that the entire accused product is referred to as a

20   charge base?

21       A.   I don't recall that.

22       Q.   If somebody had referred to it as a

23   "charge base," that would be inaccurate?

24          MR. HANLE:  Objection.  Incomplete

25   hypothetical, vague.
```

36
                              ROUGH DRAFT TRANSCRIPT

Exhibit 3
Page 3-3