| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| 3 | DANIEL N. YANNUZZI, Cal. Bar No. 196612 |
| | dyannuzzi@sheppardmullin.com |
| 4 | GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558 |
| | gbuccigross@sheppardmullin.com |
| 5 | MATTHEW M. MUELLER. Cal. Bar No. 268486 |
| | mmueller@sheppardmullin.com |
| 6 | 12275 El Camino Real, Suite 200 |
| | San Diego, California 92130-2006 |
| 7 | Telephone: 858.720.8900 |
| | Facsimile: 858.509.3691 |

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation, | Case No. CV12-03001-GAF-VBK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, | |
| Defendants. | |

SMRH:408270179.1

Case No. CV12-03001

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On April 8, 2013, I electronically filed the following document(s) described as

**1.    DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF; and**

**2.    DECLARATION OF GRAY M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on April 8, 2012, at San Diego, California.

/s/ Rex Bautista
Rex Bautista