**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF KATHERINE L. QUIGLEY IN SUPPORT OF PLAINTIFF NYKO TECHNOLOGIES, INC. 'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>DATE:  April 29, 2013<br>TIME:  10:00 a.m.<br>CTRM:  740<br><br>Hon. Gary Allen Feess |

I, Katherine L. Quigley, declare as follows:

1. I am an associate with Christie, Parker & Hale, LLP, counsel for Plaintiff and Counterdefendant NYKO Technologies, Inc. ("NYKO"). I make this declaration based on personal knowledge and if called as a witness, could competently testify to each of the following facts.

2. Attached as Exhibits A and B are true and correct copies of U.S. Patent No. 8,143,848. Exhibit B contains highlighting to excerpts of the patent cited by Plaintiff in its Opening Claim Construction Brief for the Court's ease of reference. Exhibit A is the same as Exhibit B, but excludes the highlighting contained therein.

3. Attached as Exhibit C is a true and correct copy of excerpts of the American Heritage Dictionary, Fourth Edition with the definitions of "base," "couple," and "coupling".

4. Attached as Exhibit D is a true and correct copy of excerpts of the 2005 ASTM Dictionary of Engineering Science & Technology with the definition of "coupling".

5. Attached as Exhibit E is a true and correct copy of excerpts from the Dictionary of Mechanical Engineering with the definition of "coupling".

6. Attached as Exhibit F is a true and correct copy of excerpts from the McGraw-Hill Dictionary of Scientific and Technical Terms with the definitions of "base," "couple," and "coupling".

7. Attached as Exhibit G is a true and correct copy of excerpts from the McGraw-Hill Dictionary of Electrical & Computer Engineering with the definition of "coupling".

8. Attached as Exhibit H is a true and correct copy of a page from the Wolfram Alpha website with the definition of "at least one."

9. Attached as Exhibit I is a true and correct copy of a page from Meritline.com website selling the Komodo Quad Charge Base For PS3, Model

#KMD-P3-8060.

10. Attached as Exhibit J is a true and correct copy of a claim construction chart including evidence in support of NYKO's claim constructions.

11. Attached as Exhibit K are true and correct copies of excerpts from the deposition of Amir Navid taken on January 30, 2013 ("Navid Depo.") at which I attended.

12. Attached as Exhibit L are true and correct copies of excerpts from the deposition of Gerard Block taken on February 15, 2013 ("Block Depo.") at which I attended.

13. Attached as Exhibit M are true and correct copies of excerpts from the deposition of Thomas Roberts taken on March 26, 2013 ("Roberts Depo.") at which I attended. This deposition was designated by Defendant PDP as "Confidential - Attorneys Eyes Only" pursuant to the protective order (Court Dkt. No. 66) entered in this matter; however, PDP has agreed that the attached excerpts do not contain confidential information.

14. Attached as Exhibit N is a true and correct copy of a page from Defendant Performance Designed Products, LLC's ("PDP") website for the Energizer Power & Play PS3 Charging System which was marked as Exhibit 73 at the deposition of Thomas Roberts.

15. Attached as Exhibit O is a true and correct copy of PDP's Electrical Specifications for Xbox Charger Station PL-3628 which was marked as Exhibit 83 at the deposition of Thomas Roberts. This document was produced by Defendant PDP and was designated "Confidential - Attorneys Eyes Only - Competitive Decision Making" pursuant to the protective order (Court Dkt. No. 66) entered in this matter. Information that PDP maintains is confidential has been redacted.

16. Attached as Exhibit P is a true and correct copy of data sheets for the Nyko Charge Base products produced by NYKO as Bates Numbers NT037010,

-3-

1  NT037013 and NT037016.

2      17.    Attached as Exhibit Q is a true and correct copy of PDP Response to Interrogatory No.1 from PERFORMANCE DESIGNED PRODUCTS LLC'S RESPONSE TO NYKO TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES which was served on NYKO on October 29, 2012. This document was produced by Defendant PDP and was designated "Confidential - Attorneys Eyes Only" pursuant to the protective order (Court Dkt. No. 66) entered in this matter; however, PDP has agreed that the attached response does not contain confidential information.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 3, 2013 in Glendale, California.

                                                /s/
                                      Katherine L. Quigley

SES PAS1227906.1-*-04/9/13 12:23 PM

CHRISTIE, PARKER & HALE, LLP