# EXHIBIT A

Case 2:12-cv-03001-GAF-VBK   Document 1-1   Filed 04/09/13   Page 2 of 86   Page ID #:108

US008143848B2

(12) **United States Patent**

Navid

(10) **Patent No.:**     **US 8,143,848 B2**

(45) **Date of Patent:**       **Mar. 27, 2012**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor:   **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee:   **Nyko Technologies, Inc.**, Los Angeles, CA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 799 days.

(21) Appl. No.: **12/044,295**

(22) Filed:   **Mar. 7, 2008**

(65)                **Prior Publication Data**

US 2008/0150480 A1    Jun. 26, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**
    *H02J 7/00*        (2006.01)
(52) **U.S. Cl.** ........................................ **320/113**; 320/115
(58) **Field of Classification Search** .................. 320/113
    See application file for complete search history.

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,547,399 A | 8/1996 | Naghi et al. | |
| 5,594,314 A * | 1/1997 | Hagiuda et al. | 320/110 |
| 5,734,254 A * | 3/1998 | Stephens | 320/106 |
| 5,828,966 A | 10/1998 | Davis et al. | |
| 5,847,545 A | 12/1998 | Chen et al. | |
| 6,061,261 A | 5/2000 | Chen et al. | |

| | | | |
|---|---|---|---|
| 6,313,604 B1 * | 11/2001 | Chen | 320/114 |
| 6,321,340 B1 | 11/2001 | Shin et al. | |
| 6,362,987 B1 | 3/2002 | Yurek et al. | |
| 6,614,206 B1 | 9/2003 | Wong et al. | |
| 6,632,098 B1 | 10/2003 | Wong et al. | |
| 6,669,513 B2 | 12/2003 | Huang | |
| 6,790,062 B1 | 9/2004 | Liao | |
| 6,811,444 B2 | 11/2004 | Geyer | |
| 6,842,356 B2 * | 1/2005 | Hsu | 363/146 |
| 6,991,483 B1 | 1/2006 | Milan et al. | |
| 6,992,462 B1 | 1/2006 | Hussaini et al. | |
| 7,054,177 B2 | 5/2006 | Wu | |

(Continued)

OTHER PUBLICATIONS

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.

(Continued)

*Primary Examiner* — Arun Williams
(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57)              **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**27 Claims, 23 Drawing Sheets**



## US 8,143,848 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,140,922 | B2 | 11/2006 | Luu et al. |
| 2002/0115480 | A1 | 8/2002 | Huang |
| 2003/0216069 | A1* | 11/2003 | Huang .......................... 439/105 |
| 2004/0189250 | A1* | 9/2004 | Nishida .......................... 320/116 |
| 2004/0218411 | A1 | 11/2004 | Luu et al. |
| 2004/0259436 | A1 | 12/2004 | Su |
| 2005/0189914 | A1 | 9/2005 | Esses |
| 2006/0080476 | A1 | 4/2006 | Wang et al. |
| 2006/0202660 | A1* | 9/2006 | Chang .......................... 320/115 |
| 2007/0021209 | A1 | 1/2007 | Hussaini et al. |
| 2007/0091656 | A1 | 4/2007 | Navid et al. |
| 2007/0216352 | A1 | 9/2007 | Shaddle |
| 2007/0278999 | A1* | 12/2007 | Hsia .............................. 320/111 |
| 2008/0180060 | A1* | 7/2008 | Odell et al. ................... 320/115 |
| 2009/0072784 | A1* | 3/2009 | Erickson ...................... 320/108 |

### OTHER PUBLICATIONS

International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).

* cited by examiner



FIG. 1



FIG. 2

Exhibit A
Page 8



FIG. 3

**U.S. Patent**        Mar. 27, 2012        Sheet 4 of 23        US 8,143,848 B2



FIG. 4

U.S. Patent          Mar. 27, 2012          Sheet 5 of 23          US 8,143,848 B2



FIG. 5

Exhibit A
Page 11

U.S. Patent          Mar. 27, 2012          Sheet 6 of 23          US 8,143,848 B2



FIG. 6

U.S. Patent          Mar. 27, 2012          Sheet 7 of 23          US 8,143,848 B2



FIG. 7



FIG. 8

Case 2:12-cv-03001-GAF-VBK Document 105-1 Filed 04/09/13 Page 12 of 86 Page ID #:2016



FIG. 9

Exhibit A
Page 15



FIG. 10

*FIG.11*





FIG.12

FIG.13

*FIG.14*



Case 2:12-cv-03001-GAF-VBK   Document 105-1   Filed 04/09/13   Page 17 of 86   Page ID #:2021



FIG.15

**U.S. Patent**        Mar. 27, 2012        Sheet 15 of 23        US 8,143,848 B2



*FIG.16*



FIG.17



*FIG.18*



*FIG.19 A*

*FIG.19 B*

*FIG.19 C*

Exhibit A
Page 24

U.S. Patent          Mar. 27, 2012          Sheet 19 of 23          US 8,143,848 B2



FIC.20



FIG. 21



FIG.22



FIG. 23A



FIG. 23B

US 8,143,848 B2

**1**

## VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

### CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation-in-part of pending application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire content of which is expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

### BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

### SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game con-

**2**

troller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller

Exhibit A
Page 30

US 8,143,848 B2

**3**

having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

In one embodiment, the first DC power and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

**4**

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

US 8,143,848 B2

5

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. **2** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **3** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **4** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **5** is a schematic side view diagram of the power adapter of FIG. **1** in a non-operating position.

FIG. **6** is a schematic side view diagram of the power adapter of FIG. **1** in an operating position.

FIG. **7** is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter.

FIG. **9** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **10** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **11** is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. **12** is a top view of the video game controller charging system of FIG. **11**.

FIG. **13** is a side view of the video game controller charging system of FIG. **11**.

FIG. **14** is a perspective view of the video game controller charging system of FIG. **11** having video game controllers connected for charging.

FIG. **15** is a block diagram of the video game controller charging system of FIG. **11**.

FIG. **16** is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. **17** is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. **18** is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. **19A** is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19B** is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19C** is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **20** is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. **21** is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. **22** is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

FIGS. **23A-B** are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system

6

includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. **1** is a schematic front view diagram of a power adapter **100** in an exemplary embodiment of the present invention. The power adapter **100** has a USB port **101** to which a device with a USB plug can be connected for recharging. The power adapter **100** also has a FireWire port **102** to which a device with a FireWire plug can be connected for recharging. The power adapter **100** includes an AC-to-DC power converter for providing +5 V and +13 V, respectively. The power adapter **100** may take an input of 100 V to 240 V (w/frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter **100** to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other

Exhibit A
Page 32

US 8,143,848 B2

7

parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

The USB port **101** is capable of delivering DC power having +5 V to a connected USB device. The FireWire port **101** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **101**, **102** may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. **1** illustrates that ports **101**, **102** are located at the front surface of the power adapter **100**, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **100**.

FIG. **2** is a schematic front view diagram of a power adapter **110** in another exemplary embodiment of the present invention. The power adapter **110** has two FireWire ports **102** to which a device with a FireWire plug can be connected for recharging. The FireWire ports **102** may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port **102** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **102** may be operated concurrently to recharge FireWire devices at the same time.

FIG. **3** is a schematic front view diagram of a power adapter **120** in yet another exemplary embodiment of the present invention. The power adapter **120** has two USB ports **101** to which a device with a USB plug can be connected for recharging. The USB ports **101** may be of a different type and may accept type A or type B connections. Each USB port **101** is capable of delivering DC power having +5 V to a connected USB device. Ports **101** may be operated concurrently to recharge USB devices at the same time.

FIG. **4** is a schematic front view diagram of a power adapter **130** in another exemplary embodiment of the present invention. Power adapter **130** has a USB port **161** and a FireWire port **162** that are connected to lines **163**. The lines extend the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter **130** plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. **4**, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

FIG. **5** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its non-operating position. The power adapters **110** and **120** of FIGS. **2** and **3** have substantially the same structure in one embodiment. As shown in FIG. **5**, the power adapter **100** may have an AC plug **103** that is movable such that it extends from the rear side of the adapter **100**. In the non-operating position, when the adapter **100** is not in use, the AC plug **103** is slid, moved, or otherwise positioned into the adapter **100** so that the plug **103** does not extend out from the adapter **100**. This non-operating position allows for easy storage of the adapter **100**. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

FIG. **6** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its operating position. As shown in FIG. **6**, when the power adapter **100** is in use, the AC plug **103** is slid, moved, or otherwise positioned outside of the housing of the adapter **100**, so that the plug **103** extends out from the adapter **100** in its operating position. In this position the AC plug **103** may be plugged into an AC outlet so that the adapter **100** can draw AC power from the outlet, convert it to DC

8

powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

While the AC plug **103** of the power adapter **100** illustrated in FIGS. **5** and **6** appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

FIG. **7** is a conceptual diagram of a side view of an adapter **100** and an electronic device **105** in an exemplary embodiment of the present invention. The adapter **100** is plugged into an AC outlet **106**. A device **105** is connected to the adapter **100** by a cable **104**. The cable **104** plugs into the adapter **100** through a plug **101** or **102**, shown in FIG. **1**. The adapter **100** draws power from the AC outlet **106** and delivers the power to the device **105** through the cable **104**.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter **100**. The AC-to-DC converter **112** is located in the housing body of the adapter **100**. The AC-to-DC converter **112** receives an AC power from the AC plug **103** via an AC outlet **106** and provides DC power to a plurality of DC ports **111**. The AC-to-DC converter **112** may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports **111**. For example, in FIG. **1**, the AC-to-DC converter would receive AC power from the AC plug **103** and provide DC 5 V to one DC port (e.g., USB port **101**) and DC 13 V to another DC port (e.g., FireWire port **102**).

FIG. **9** is a schematic front view diagram of a power adapter **200** in another exemplary embodiment of the present invention. The adapter **200** has a plurality of USB ports **201** to which a plurality of devices with USB plugs can be connected for recharging. The USB ports **201** may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter **200** also has a plurality of FireWire ports **202** to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports **202** may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports **201** and **202** may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **200**.

FIG. **10** is a schematic front view diagram of a power adapter **300** in yet another exemplary embodiment of the present invention. The adapter **300** has a plurality of ports **301***a*, **301***b*, **301***c*, **301***d*, **301***e*, **301***f*, **301***g* having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports **301** may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports **301***a*-**301***g* may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter **300**. The ports of the power adapter **300** may have cross-sections that are different from the cross-sections of the ports **301***a*-**301***g* that are shown for illustrative purposes only.

Similar to the power adapter **100** of FIG. **1**, the power adapters **200** and **300** of FIGS. **9** and **10** each have one or more AC plugs for plugging to corresponding AC outlets to receive AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

Further, similar to the power adapter **100**, the power adapters **200** and **300** of FIGS. **9** and **10** may have capabilities to convert a range of different AC voltages that are used through-

US 8,143,848 B2

9

out the world. By way of example, the power adapters **200** and
**300** may be able to convert from AC power having a voltage
range of 100 V to 240V (and at frequencies 50 Hz or 60 Hz)
to DC power having +5 V and +13 V and/or any other desir-
able voltages.

FIGS. **11**, **12**, and **13** are perspective, top, and side views,
respectively, of a video game controller charging system **400**
according to another exemplary embodiment of the present
invention. FIG. **14** is a perspective view of the video game
controller charging system **400** having video game control-
lers **420** connected for charging. In one embodiment, the
charging system **400** converts AC power from an AC power
supply to DC power and supplying the DC power having a
desired DC voltage to a connected CED accessory device,
such as one of the video game controllers **420**. In such an
embodiment, the video game controller charging system **400**
includes an AC-to-DC converter for converting AC power to
DC power. In other embodiments, the video game controller
charging system **400** may receive DC power from an external
power source. In such cases, the external DC power may be
provided by an external AC-to-DC converter that receives
power from an AC outlet, and converts the received AC power
to DC power.

The video game controller charging system **400** includes a
base **402** and one or more docking bays **404**, wherein each
docking bay **404** is configured to receive a video game con-
troller **420**. The charging system **400** also includes one or
more partitions **406** separating the docking bays **404**. The
charging system **400** further includes a DC port **408** within
each of the docking bays **404** that is configured to electrically
couple to one of the video game controllers **420** and deliver
DC power to the coupled video game controller **420**.

The DC ports **408** of the video game controller charging
system **400** are configured to connect to a power input port of
the video game controller **420** to be charged. In the present
embodiment, the DC ports **408** are male mini-USB (universal
serial bus) connectors adapted to connect to a female mini-
USB connector on a video game controller for a video game
console, such as the PlayStation3®. Alternatively, the DC
ports **408** may be any electrical connectors suitable for cou-
pling to a video game controller for another video game
console, or for any other consumer electronics device to be
charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller
charging system **400**, the partitions **406** include locators **410**
for aligning the video game controller to the DC port **408**.
There are locators **410** on each of the two surfaces of the
partitions **406**, as well as the two surfaces of the base **402**,
which face the DC ports **408**. There may be two locators **410**
on each surface described, i.e., four locators **410** adjacent
each video game controller **420**. Each pair of opposite sur-
faces, a portion of the base **402**, a corresponding docking bay
**404**, and/or the locators **410** may comprise a structure for
providing physical support to one of the video game control-
lers **420** during charging. While the locators **410** in the illus-
trated embodiment of FIG. **11** are button-shaped, the shape of
the locators **410** is not limited thereto. Also, the locators **410**
may be spring-loaded in order to facilitate aligning and main-
taining a required position of the video game controller **420**
for coupling to the corresponding DC port **408**. In other
embodiments, the locators **410** may not be spring-loaded and
the video game controller **420** may be aligned by the locators
**410** through any other suitable method or mechanism, such as
a pressure fit.

In use, the DC ports **408** are connected to power inputs
of the video game controllers **420** to be charged, as shown in
FIG. **14**. When one or more video game controllers **420** need

10

to be recharged, connecting the video game controllers **420** to
the charging system **400** is as easy as inserting each of the
video game controllers **420** into one of the docking bays **404**.
As described above, the locators **410** aid in aligning the video
game controller **420** into the docking bay **404** such that the
power input port of the video game controller **420** slides down
onto and connects to the DC port **408**. The charging system
**400** is connected to a power supply through its own power
input (either AC power which is converted to DC power using
an internal AC-to-DC converter or externally provided DC
power). The charging system **400** then provides power to the
video game controller **420** to recharge the batteries of the
video game controller **420**.

While the embodiment described above uses a vertical
orientation, with each of the video game controllers **420** being
dropped from above into the docking bays **404**, other orien-
tations may be used as well. In one alternative embodiment,
for example, the video game controllers **420** may be received
horizontally into the docking bays **404**, and electrically
coupled to DC ports **408** having a horizontal orientation
instead of the vertical orientation shown in FIGS. **11-14**.

The present embodiment of the video game controller
charging system **400** can charge up to four video game con-
trollers **420** concurrently, or it can charge one at a time.
Alternative embodiments of the charging system **400**, how-
ever, may be configured to charge more than four video game
controllers **420** concurrently. The power supply for the charg-
ing system **400** may be a power cord **416** that has a plug for
connecting to an AC power supply or a DC power supply. In
one embodiment, the charging system **400** also includes an
AC-to-DC converter **440** (see FIG. **15**) electrically coupled
between the power cord **416** and the DC ports **408** for con-
verting AC power to DC power having +5 V or any DC
voltage suitable for delivery to the video game controller **420**.
The AC-to-DC converter **440** may be in the base **402** or
external to the base **402**. The power cord **416** may be remov-
ably connected to the base **402**, or may be fixedly coupled to
the base **402**. In an alternative embodiment, the power input
may be a USB port that connects to a CED (e.g., a video game
console) to obtain DC power from the CED. The charging
system **400** provides this DC power to the DC ports **408** for
delivery to the video game controllers **420**. In other embodi-
ments, DC power may be provided as input to the charging
system **400**, where the DC power may be provided by an
external AC-to-DC converter. In such embodiments, the
power input may be DC power converted from AC power
from a wall outlet and converted to DC power using the
external AC-to-DC converter.

The video game controller charging system **400** may also
include an indicator panel **450** that indicates a status of the
charging system **400**. In the present embodiment, the indica-
tor panel **450** includes four LED assemblies **452**. Each of the
four LED assemblies **452** corresponds with one of the four
DC ports **408**, so as to indicate the charging status of the video
game controller **420** being charged at the respective DC port
**408**. Each of the LED assemblies **452** includes at least two
LEDs having different colors. For example, each of the LED
assemblies **452** in the present embodiment includes a red
LED and a green LED. While the respective video game
controller **420** is being charged, the red LED is emitted to
indicate that the video game controller **420**, or more specifi-
cally, the battery inside the video game controller **420**, is
currently being charged. When the respective video game
controller **420** is finished charging, the green LED is emitted
to indicate that the charging has been completed. In another
embodiment, the green LED may be emitted to indicate that
the video game controller is being charged, while the red LED

US 8,143,848 B2

**11**

is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies **452** may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies **452** may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system **400** is currently charging a video game controller **420**. Another LED assembly **452** may illuminate with a second color (e.g., green) to indicate that the charging system **400** has completed charging. The LED assemblies may be electrically coupled to a current detector **460** (see FIG. **15**) which provides the signals to illuminate the LEDs. In one embodiment, the charging system **400** may stop providing power to the video game controller **420** when the video game controller's internal battery is completely charged.

FIG. **15** is a block diagram showing some of the above-described components of the video game controller charging system **400** in schematic form. As can be seen in FIG. **15**, the charging system **400** includes DC ports **408**, each of which is configured to be electrically coupled with a video game controller **420**. Through the DC ports **408**, the charging system **400** is capable of supplying the power received from a power adapter or a power supply to the video game controllers **420** for charging.

In one embodiment, the base **402** includes an AC-to-DC converter **440** for converting input AC power to DC power for charging the video game controller **420**. In other embodiments, the charging system **400** may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system **400** may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system **400** includes one or more current detectors **460** for detecting the amount of current being provided by the power supply to the video game controllers **420** through the DC ports **408**. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors **460**, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller **420** in the corresponding docking bay **404** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. **16-23**, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station **510** according to an exemplary embodiment of the invention is shown in FIG. **16**. The charging station **510** includes two docking bays **512, 514** for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays **512, 514** are dimensioned to accept adapters **516** (see FIG. **17**). Electrical contacts **520** in the docking bays **512, 514** make contact with electrical leads **522** on the adapters **516** (see FIG. **19**B) to provide an electrical connection through which power can be transmitted. The adapters **516** are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters **516** drop-fit easily into the docking bays **512, 514**, thus providing a fast and easy connection of the hand-held controllers to the charging station **510**.

**12**

As shown in FIG. **16**, the charging station **510** includes a base **524** with two docking bays **512, 514**. The docking bays **512, 514** are each dimensioned to accept a hand-held controller **526** (see FIGS. **20, 21**). The two docking bays **512, 514** are separated by a partition **528** positioned between them. Each of the docking bays **512, 514** includes a recess **530** at the bottom of the docking bay. The recess **530** has four electrical contacts **520** positioned in the recess **530**. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts **520** are shown positioned in a linear arrangement in the recess **530**, but they could be positioned in any suitable arrangement.

The recesses **530** are dimensioned to receive an adapter **516** into the recess **530**. As shown in FIG. **17**, the adapters **516** can be dropped vertically into the docking bays **512, 514** and into the recesses **530**. When the adapters **516** are placed into the recesses **530**, electrical leads **522** (see FIG. **19**B) on the bottom side **538** of the adapters **516** contact the electrical contacts **520** in the recesses **530**. The electrical leads **522** on the adapter **516** thus make an electrical connection with the electrical contacts **520** in the recess **530**. The electrical leads **522** on the adapter **516** match the arrangement of the electrical contacts **520** such that each electrical lead **522** makes physical contact with an electrical contact **520** when the adapter **516** is placed in the recess **530**. In one embodiment, as will be described later, the electrical contacts **520** are spring loaded so as to make sufficient contacts with the electrical leads **522**.

In other embodiments, the adapters **516** and the docking bays **512, 514** have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess **530** described above. The docking bays **512, 514** and the adapters **516** can have any suitable shapes that allow the electrical contacts **520** of the docking bays **512, 514** to make contact with the electrical leads **522** of the adapters **516**. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays **512, 514** to receive the adapters **516**. These examples are illustrative only, and not limiting.

As shown in FIG. **18**, in one embodiment, the adapters **516** and recesses **530** are shaped such that the adapter **516** can only be placed into the recess **530** in one orientation. In the embodiment shown, the adapter **516** includes at least one angled edge **532**, and the recess **530** includes a matching angled corner **534**. This geometry ensures that the adapter **516** will be placed in the recess **530** in the proper orientation, so that the electrical contacts **520** meet the electrical leads **522**. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter **516** could be made to fit into the recess **530** in multiple orientations.

As shown in FIGS. **19**A-**19**C, the adapter **516** includes a body **536** with the angled edge **532**. The electrical leads **522** are located on a bottom side **538** of the body **536**. The top side **540** of the body **536** includes a connector **542** that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector **542** is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

In use, the connector **542** on the adapter **516** is connected to the power input port of the accessory device to be charged, such as the hand-held controller **526** shown in FIGS. **20** and **21**. The adapter **516** is a small and light-weight piece that connects snugly to the power input port of the hand-held

US 8,143,848 B2

13

controller **526**. The adapter **516** can remain with the hand-held controller **526** at all times, even when the controller **526** is not being charged in the charging station **510**. When the hand-held controller **526** is in use during operation of a video game, when the controller **526** is stored, and when it is charging, the adapter **516** can remain connected to (and physically mounted on) the controller **526**. The adapter **516** is small and light weight, so that it does not interfere with operation of the controller **526**. When the controller **526** needs to be recharged, connecting it to the charging station **510** is as easy as dropping it into one of the docking bays **512**, **514**. The adapter **516** slides easily into the recess **530**, and the electrical leads **522** on the bottom of the adapter **516** make an electrical connection with the electrical contacts **520** in the recess **530**. The charging station **510** is connected to a power supply through its own power input. The charging station **510** then provides power to the controller **526** to recharge the controller's batteries. This recharging process is fast and easy, as the adapter **516** allows the controller **526** to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller **526** and adapter **516** being dropped from above into the recess **530**, other orientations may be used as well. In one embodiment, the adapter **516** is received horizontally into one of the docking bays **512**, **514**, and the electrical contacts **520** in the docking bay and electrical leads **522** on the adapter **516** are arranged vertically to make contact with each other when the adapter **516** is horizontally placed into the docking bay. In one embodiment, the adapter **516** is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter **516** and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

The charging station **510** can charge two controllers **526** simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station **510** may be a power cord **544**, as shown in FIG. **20**, that connects to an alternating current (AC) power supply. In this case, the charging station **510** includes an AC/DC converter electrically coupled between the power input and the electrical contacts **520**, in order to provide direct current power to the contacts **520** and from there to the controllers **526**. The AC/DC converter **546** may be internal to the base **524** or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts **520** and from there to the controllers **526**. In other embodiments, DC power may be provided as input to the charging station **510**, where the DC power may be provided by an external AC/DC converter.

The electrical contacts **520** may include a spring coupling the contacts **520** to the base **524**. The weight of the controller **526** pushes the adapter **516** down into the recess **530**, pressing the electrical leads **522** on the adapter **516** against the electrical contacts **520**. The spring pushes back up on the contacts **520**, pushing them against the electrical leads **522** to ensure a complete electrical connection.

The charging station **510** may also include an indicator **548** that indicates a status of the charging station **510**. In one embodiment, the indicator **548** includes two LED assemblies **550**, **552** (see FIG. **16**). The LED assemblies **550**, **552** correspond with the first and second docking bays **512**, **514**,

14

respectively, so as to indicate the charging status of the hand-held controller **526** (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies **550** and **552** includes at least two LEDs having different colors. By way of example, each of the LED assemblies **550** and **552** in one embodiment includes a red LED and a green LED. While the respective hand-held controller **526** is being charged, the red LED is emitted to indicate that the hand-held controller **526** (i.e., the battery inside the hand-held controller **526**) is currently being charged. Further, when the respective hand-held controller **526** is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies **550**, **552** may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies **550**, **552** may include a single LED, and may be referred to as LEDs **550**, **552**. The first LED **550** illuminates with a first color, for example red, to indicate that the charging station **510** is currently charging an accessory device. The second LED **552** illuminates with a second color, for example green, to indicate that the charging station **510** is finished charging. The LEDs **550**, **552** may be electrically coupled to a current detector **521** (see FIG. **22**) which provides the signals to illuminate the LEDs. In one embodiment, the charging station **510** stops providing power to the controller **526** when the controller's internal battery is completely charged.

A block diagram of the charging station **510** is shown in FIG. **22**, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. **22**, the charging station (or charger base) **510** includes electrical contacts **520** that are adapted to be electrically coupled with the accessory device **526** via the adapter **516**. This way, the charging station **510** is capable of supplying the power received from a power adapter or a power supply to the accessory device **526** (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter **546** for converting input AC power to DC power for charging the accessory device **526**. In other embodiments, the charging station **510** may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station **510** may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station **510** includes a current detector **521** for detecting the amount of current being provided by the power supply to the accessory device **526** through the contacts **520**. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector **521**, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device **526** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station **510** is shown in FIGS. **23**A and **23**B. As can be seen in FIGS. **23**A and **23**B, each of the LED assemblies includes two LEDs (green LED LED**2** and red LED LED**1**, or green LED LED**4** and red LED LED**3**). As can also be seen in FIGS. **23**A and **23**B, the current detector **521** in one embodiment is implemented using a quad operational amplifier chip LM**324**. The current detector **521** controls light emission of LEDs LED**1** and LED**2** and/or the

US 8,143,848 B2

15

light emission of LEDs LED**3** and LED**4**, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

**1**. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising:

a base;

at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and

a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers,

wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and

wherein the at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays each of the DC ports being on the base between a respective one of the pairs of surfaces.

**2**. The video game controller charging system of claim **1**, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors.

**3**. The video game controller charging system of claim **1**, further comprising:

a current detector electrically coupled to the plurality of DC ports; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the video game controller charging system.

**4**. The video game controller charging system of claim **3**, wherein the indicator comprises at least one LED.

**5**. The video game controller charging system of claim **1**, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such

16

that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports.

**6**. The video game controller charging system of claim **5**, wherein the pairs of opposite surfaces comprise spring-loaded locating buttons configured to align the respective ones of the plurality of video game controllers.

**7**. The video game controller charging system of claim **1**, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

**8**. The video game controller charging system of claim **1**, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers.

**9**. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is in the base.

**10**. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is external to the base.

**11**. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power.

**12**. The video game controller charging system of claim **11**, wherein the DC voltage is :DC **5** V.

**13**. A charging system for charging a plurality of video game controllers, each having a power input port, the charging system comprising:

a base;

a plurality of male mini-USB connectors supported by the base and each adapted to provide DC power to a respective one of the plurality of video game controllers;

at least one docking structure defining a plurality of docking bays open in a first direction and configured to receive from the first direction and align respective ones of the plurality of video game controllers to couple to respective ones of the plurality of male mini-USB connectors; and

a power input for connecting to a power supply, the power input electrically coupled to the plurality of male mini-USB connectors,

wherein the at least one docking structure comprises a plurality of pairs of substantially parallel opposite planar surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, each of the docking bays being open on opposite sides between the respective pair of surfaces.

**14**. The charging system of claim **13**, wherein the charging system further comprises an AC-to-DC converter electrically coupled between the power input and the plurality of male mini-USB connectors.

**15**. The charging system of claim **13**, wherein the charging system further comprises an AC-to-DC converter external to the base and electrically coupled to the power input.

**16**. The charging system of claim **13**, further comprising:

a current detector electrically coupled to the plurality of male mini-USB connectors; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system.

**17**. The charging system of claim **16**, wherein the indicator comprises at least one LED.

**18**. A charging system for charging at least one video game controller having a power input port, the charging system comprising:

US 8,143,848 B2

**17**

a base comprising at least one recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

at least one external adapter comprising a connector configured to couple to the power input port of the at least one video game controller, the at least one external adapter further comprising at least one electrical lead;

wherein the at least one external adapter is removably attachable on the at least one video game controller and configured to remain attached on the at least one video game controller when the at least one video game controller is in use during operation of a video game, and

wherein the base further comprises at least one structure defining at least one docking bay open in a first direction and configured to receive from the first direction the at least one video game controller having the at least one external adapter attached thereon such that the at least one electrical lead contacts the at least one electrical contact, the at least one structure comprising at least one pair of substantially parallel opposite planar surfaces defining the at least one docking bay, the at least one docking bay being open on opposite sides between the at least one pair of surfaces.

**19**. The charging system of claim **18**, further comprising:

a current detector electrically coupled to the at least one electrical contact of the at least one recess; and

an indicator electrically coupled to the current detector, the indicator adapted to indicate a status of the charging system.

**20**. The charging system of claim **19**, wherein the indicator comprises at least one LED.

**21**. The charging system of claim **18**, wherein:

the at least one external adapter further comprises an angled edge; and

the at least one recess comprises an angled corner dimensioned to match the angled edge of the at least one external adapter and adapted to orient the at least one external adapter with respect to the at least one recess.

**18**

**22**. The charging system of claim **18**, wherein:

the at least one electrical contact of the at least one recess comprises four electrical contacts; and

the at least one electrical lead of the at least one external adapter comprises four electrical leads.

**23**. The charging system of claim **18**, wherein the connector of the at least one external adapter comprises a male mini-USB connector.

**24**. The charging system of claim **18**, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact of the at least one recess.

**25**. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

a base comprising a plurality of electrical contacts, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts; and

an adapter comprising a connector configured to couple to the power input port of the video game controller, the adapter further comprising a plurality of electrical leads,

wherein the adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game, and

wherein the base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base.

**26**. The video game controller charging system of claim **25**, wherein the plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads.

**27**. The video game controller charging system of claim **25**, wherein the connector comprises a male mini-USB connector.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,143,848 B2                                    Page 1 of 1
APPLICATION NO.     : 12/044295
DATED               : March 27, 2012
INVENTOR(S)         : Amir Navid

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

    <u>In the Claims</u>

Column 15, Claim 1, line 50                 Delete "hays"
                                            Insert -- bays, and --

Column 16, Claim 12, line 26                Delete ":DC"
                                            Insert -- DC --

Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

US008143848B2

(12) **United States Patent**

Navid

(10) **Patent No.:**  **US 8,143,848 B2**

(45) **Date of Patent:**  **Mar. 27, 2012**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **Nyko Technologies, Inc.**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 799 days.

(21) Appl. No.: **12/044,295**

(22) Filed: **Mar. 7, 2008**

(65) **Prior Publication Data**

US 2008/0150480 A1    Jun. 26, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**
 *H02J 7/00*    (2006.01)

(52) **U.S. Cl.** ...................................... **320/113**; 320/115

(58) **Field of Classification Search** .................. 320/113
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,547,399 | A | 8/1996 | Naghi et al. |
| 5,594,314 | A * | 1/1997 | Hagiuda et al. ............... 320/110 |
| 5,734,254 | A * | 3/1998 | Stephens ...................... 320/106 |
| 5,828,966 | A | 10/1998 | Davis et al. |
| 5,847,545 | A | 12/1998 | Chen et al. |
| 6,061,261 | A | 5/2000 | Chen et al. |

| | | | |
|---|---|---|---|
| 6,313,604 | B1 * | 11/2001 | Chen ............................. 320/114 |
| 6,321,340 | B1 | 11/2001 | Shin et al. |
| 6,362,987 | B1 | 3/2002 | Yurek et al. |
| 6,614,206 | B1 | 9/2003 | Wong et al. |
| 6,632,098 | B1 | 10/2003 | Wong et al. |
| 6,669,513 | B2 | 12/2003 | Huang |
| 6,790,062 | B1 | 9/2004 | Liao |
| 6,811,444 | B2 | 11/2004 | Geyer |
| 6,842,356 | B2 * | 1/2005 | Hsu ............................... 363/146 |
| 6,991,483 | B1 | 1/2006 | Milan et al. |
| 6,992,462 | B1 | 1/2006 | Hussaini et al. |
| 7,054,177 | B2 | 5/2006 | Wu |

(Continued)

OTHER PUBLICATIONS

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.

(Continued)

*Primary Examiner* — Arun Williams

(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**27 Claims, 23 Drawing Sheets**



**US 8,143,848 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,140,922 B2 | 11/2006 | Luu et al. | |
| 2002/0115480 A1 | 8/2002 | Huang | |
| 2003/0216069 A1 * | 11/2003 | Huang | 439/105 |
| 2004/0189250 A1 * | 9/2004 | Nishida | 320/116 |
| 2004/0218411 A1 | 11/2004 | Luu et al. | |
| 2004/0259436 A1 | 12/2004 | Su | |
| 2005/0189914 A1 | 9/2005 | Esses | |
| 2006/0080476 A1 | 4/2006 | Wang et al. | |
| 2006/0202660 A1 * | 9/2006 | Chang | 320/115 |
| 2007/0021209 A1 | 1/2007 | Hussaini et al. | |
| 2007/0091656 A1 | 4/2007 | Navid et al. | |
| 2007/0216352 A1 | 9/2007 | Shaddle | |
| 2007/0278999 A1 * | 12/2007 | Hsia | 320/111 |
| 2008/0180060 A1 * | 7/2008 | Odell et al. | 320/115 |
| 2009/0072784 A1 * | 3/2009 | Erickson | 320/108 |

### OTHER PUBLICATIONS

International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).

* cited by examiner

U.S. Patent          Mar. 27, 2012          Sheet 1 of 23          US 8,143,848 B2



FIG. 1

Case 2:12-cv-03001-GAF-VBK   Document 105-1   Filed 04/09/13   Page 41 of 86   Page ID #:2045



**FIG. 2**



**FIG. 3**



FIG. 4



**FIG. 5**

U.S. Patent          Mar. 27, 2012          Sheet 6 of 23          US 8,143,848 B2



FIG. 6



FIG. 7



FIG. 8

U.S. Patent          Mar. 27, 2012          Sheet 9 of 23          US 8,143,848 B2



FIG. 9



FIG. 10

FIG.11

U.S. Patent          Mar. 27, 2012          Sheet 12 of 23          US 8,143,848 B2



*FIG.14*





FIG.15



FIG.16



*FIG.17*



FIC.18



*FIG.19A*

*FIG.19B*

*FIG.19C*



FIC. 20



FIG. 21



FIG.22

U.S. Patent     Mar. 27, 2012     Sheet 22 of 23     US 8,143,848 B2



FIG.23A



FIG. 23B

US 8,143,848 B2

| 1 | 2 |

# VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation-in-part of pending application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire content of which is expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

## BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

## SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

==In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers,== and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller

US 8,143,848 B2

3

having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

4

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

US 8,143,848 B2

5

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. **2** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **3** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **4** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **5** is a schematic side view diagram of the power adapter of FIG. **1** in a non-operating position.

FIG. **6** is a schematic side view diagram of the power adapter of FIG. **1** in an operating position.

FIG. **7** is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter.

FIG. **9** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **10** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **11** is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. **12** is a top view of the video game controller charging system of FIG. **11**.

FIG. **13** is a side view of the video game controller charging system of FIG. **11**.

FIG. **14** is a perspective view of the video game controller charging system of FIG. **11** having video game controllers connected for charging.

FIG. **15** is a block diagram of the video game controller charging system of FIG. **11**.

FIG. **16** is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. **17** is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. **18** is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. **19A** is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19B** is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19C** is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **20** is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. **21** is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. **22** is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

FIGS. **23A-B** are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system

6

includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. **1** is a schematic front view diagram of a power adapter **100** in an exemplary embodiment of the present invention. The power adapter **100** has a USB port **101** to which a device with a USB plug can be connected for recharging. The power adapter **100** also has a FireWire port **102** to which a device with a FireWire plug can be connected for recharging. The power adapter **100** includes an AC-to-DC power converter for providing +5 V and +13 V, respectively. The power adapter **100** may take an input of 100 V to 240 V (w/frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter **100** to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other

US 8,143,848 B2

7

parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

The USB port **101** is capable of delivering DC power having +5 V to a connected USB device. The FireWire port **101** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **101**, **102** may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. **1** illustrates that ports **101**, **102** are located at the front surface of the power adapter **100**, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **100**.

FIG. **2** is a schematic front view diagram of a power adapter **110** in another exemplary embodiment of the present invention. The power adapter **110** has two FireWire ports **102** to which a device with a FireWire plug can be connected for recharging. The FireWire ports **102** may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port **102** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **102** may be operated concurrently to recharge FireWire devices at the same time.

FIG. **3** is a schematic front view diagram of a power adapter **120** in yet another exemplary embodiment of the present invention. The power adapter **120** has two USB ports **101** to which a device with a USB plug can be connected for recharging. The USB ports **101** may be of a different type and may accept type A or type B connections. Each USB port **101** is capable of delivering DC power having +5 V to a connected USB device. Ports **101** may be operated concurrently to recharge USB devices at the same time.

FIG. **4** is a schematic front view diagram of a power adapter **130** in another exemplary embodiment of the present invention. Power adapter **130** has a USB port **161** and a FireWire port **162** that are connected to lines **163**. The lines extend the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter **130** plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. **4**, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

FIG. **5** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its non-operating position. The power adapters **110** and **120** of FIGS. **2** and **3** have substantially the same structure in one embodiment. As shown in FIG. **5**, the power adapter **100** may have an AC plug **103** that is movable such that it extends from the rear side of the adapter **100**. In the non-operating position, when the adapter **100** is not in use, the AC plug **103** is slid, moved, or otherwise positioned into the adapter **100** so that the plug **103** does not extend out from the adapter **100**. This non-operating position allows for easy storage of the adapter **100**. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

FIG. **6** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its operating position. As shown in FIG. **6**, when the power adapter **100** is in use, the AC plug **103** is slid, moved, or otherwise positioned outside of the housing of the adapter **100**, so that the plug **103** extends out from the adapter **100** in its operating position. In this position the AC plug **103** may be plugged into an AC outlet so that the adapter **100** can draw AC power from the outlet, convert it to DC

8

powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

While the AC plug **103** of the power adapter **100** illustrated in FIGS. **5** and **6** appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

FIG. **7** is a conceptual diagram of a side view of an adapter **100** and an electronic device **105** in an exemplary embodiment of the present invention. The adapter **100** is plugged into an AC outlet **106**. A device **105** is connected to the adapter **100** by a cable **104**. The cable **104** plugs into the adapter **100** through a plug **101** or **102**, shown in FIG. **1**. The adapter **100** draws power from the AC outlet **106** and delivers the power to the device **105** through the cable **104**.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter **100**. The AC-to-DC converter **112** is located in the housing body of the adapter **100**. The AC-to-DC converter **112** receives an AC power from the AC plug **103** via an AC outlet **106** and provides DC power to a plurality of DC ports **111**. The AC-to-DC converter **112** may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports **111**. For example, in FIG. **1**, the AC-to-DC converter would receive AC power from the AC plug **103** and provide DC 5 V to one DC port (e.g., USB port **101**) and DC 13 V to another DC port (e.g., FireWire port **102**).

FIG. **9** is a schematic front view diagram of a power adapter **200** in another exemplary embodiment of the present invention. The adapter **200** has a plurality of USB ports **201** to which a plurality of devices with USB plugs can be connected for recharging. The USB ports **201** may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter **200** also has a plurality of FireWire ports **202** to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports **202** may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports **201** and **202** may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **200**.

FIG. **10** is a schematic front view diagram of a power adapter **300** in yet another exemplary embodiment of the present invention. The adapter **300** has a plurality of ports **301***a*, **301***b*, **301***c*, **301***d*, **301***e*, **301***f*, **301***g* having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports **301** may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports **301***a*-**301***g* may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter **300**. The ports of the power adapter **300** may have cross-sections that are different from the cross-sections of the ports **301***a*-**301***g* that are shown for illustrative purposes only.

Similar to the power adapter **100** of FIG. **1**, the power adapters **200** and **300** of FIGS. **9** and **10** each have one or more AC plugs for plugging to corresponding AC outlets to receive AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

Further, similar to the power adapter **100**, the power adapters **200** and **300** of FIGS. **9** and **10** may have capabilities to convert a range of different AC voltages that are used through-

Exhibit B
Page 68

US 8,143,848 B2

9

out the world. By way of example, the power adapters **200** and **300** may be able to convert from AC power having a voltage range of 100 V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

FIGS. **11**, **12**, and **13** are perspective, top, and side views, respectively, of a video game controller charging system **400** according to another exemplary embodiment of the present invention. FIG. **14** is a perspective view of the video game controller charging system **400** having video game controllers **420** connected for charging. In one embodiment, the charging system **400** converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers **420**. In such an embodiment, the video game controller charging system **400** includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system **400** may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

The video game controller charging system **400** includes a base **402** and one or more docking bays **404**, wherein each docking bay **404** is configured to receive a video game controller **420**. The charging system **400** also includes one or more partitions **406** separating the docking bays **404**. The charging system **400** further includes a DC port **408** within each of the docking bays **404** that is configured to electrically couple to one of the video game controllers **420** and deliver DC power to the coupled video game controller **420**.

The DC ports **408** of the video game controller charging system **400** are configured to connect to a power input port of the video game controller **420** to be charged. In the present embodiment, the DC ports **408** are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the PlayStation3®. Alternatively, the DC ports **408** may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller charging system **400**, the partitions **406** include locators **410** for aligning the video game controller to the DC port **408**. There are locators **410** on each of the two surfaces of the partitions **406**, as well as the two surfaces of the base **402**, which face the DC ports **408**. There may be two locators **410** on each surface described, i.e., four locators **410** adjacent each video game controller **420**. Each pair of opposite surfaces, a portion of the base **402**, a corresponding docking bay **404**, and/or the locators **410** may comprise a structure for providing physical support to one of the video game controllers **420** during charging. While the locators **410** in the illustrated embodiment of FIG. **11** are bucket-shaped, the shape of the locators **410** is not limited thereto. Also, the locators **410** may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller **420** for coupling to the corresponding DC port **408**. In other embodiments, the locators **410** may not be spring-loaded and the video game controller **420** may be aligned by the locators **410** through any other suitable method or mechanism, such as a pressure fit.

In use, the DC ports **408** are connected to power input ports of the video game controllers **420** to be charged, as shown in FIG. **14**. When one or more video game controllers **420** need

10

to be recharged, connecting the video game controllers **420** to the charging system **400** is as easy as inserting each of the video game controllers **420** into one of the docking bays **404**. As described above, the locators **410** aid in aligning the video game controller **420** into the docking bay **404** such that the power input port of the video game controller **420** slides down onto and connects to the DC port **408**. The charging system **400** is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system **400** then provides power to the video game controller **420** to recharge the batteries of the video game controller **420**.

While the embodiment described above uses a vertical orientation, with each of the video game controllers **420** being dropped from above into the docking bays **404**, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers **420** may be received horizontally into the docking bays **404**, and electrically coupled to DC ports **408** having a horizontal orientation instead of the vertical orientation shown in FIGS. **11**-**14**.

The present embodiment of the video game controller charging system **400** can charge up to four video game controllers **420** concurrently, or it can charge one at a time. Alternative embodiments of the charging system **400**, however, may be configured to charge more than four video game controllers **420** concurrently. The power supply for the charging system **400** may be a power cord **416** that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system **400** also includes an AC-to-DC converter **440** (see FIG. **15**) electrically coupled between the power cord **416** and the DC ports **408** for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller **420**. The AC-to-DC converter **440** may be in the base **402** or external to the base **402**. The power cord **416** may be removably connected to the base **402**, or may be fixedly coupled to the base **402**. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system **400** provides this DC power to the DC ports **408** for delivery to the video game controllers **420**. In other embodiments, DC power may be provided as input to the charging system **400**, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

The video game controller charging system **400** may also include an indicator panel **450** that indicates a status of the charging system **400**. In the present embodiment, the indicator panel **450** includes four LED assemblies **452**. Each of the four LED assemblies **452** corresponds with one of the four DC ports **408**, so as to indicate the charging status of the video game controller **420** being charged at the respective DC port **408**. Each of the LED assemblies **452** includes at least two LEDs having different colors. For example, each of the LED assemblies **452** in the present embodiment includes a red LED and a green LED. While the respective video game controller **420** is being charged, the red LED is emitted to indicate that the video game controller **420**, or more specifically, the battery inside the video game controller **420**, is currently being charged. When the respective video game controller **420** is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED

US 8,143,848 B2

11

is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies 452 may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies 452 may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system 400 is currently charging a video game controller 420. Another LED assembly 452 may illuminate with a second color (e.g., green) to indicate that the charging system 400 has completed charging. The LED assemblies may be electrically coupled to a current detector 460 (see FIG. 15) which provides the signals to illuminate the LEDs. In one embodiment, the charging system 400 may stop providing power to the video game controller 420 when the video game controller's internal battery is completely charged.

FIG. 15 is a block diagram showing some of the above-described components of the video game controller charging system 400 in schematic form. As can be seen in FIG. 15, the charging system 400 includes DC ports 408, each of which is configured to be electrically coupled with a video game controller 420. Through the DC ports 408, the charging system 400 is capable of supplying the power received from a power adapter or a power supply to the video game controllers 420 for charging.

In one embodiment, the base 402 includes an AC-to-DC converter 440 for converting input AC power to DC power for charging the video game controller 420. In other embodiments, the charging system 400 may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system 400 may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system 400 includes one or more current detectors 460 for detecting the amount of current being provided by the power supply to the video game controllers 420 through the DC ports 408. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors 460, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller 420 in the corresponding docking bay 404 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. 16-23, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station 510 according to an exemplary embodiment of the invention is shown in FIG. 16. The charging station 510 includes two docking bays 512, 514 for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays 512, 514 are dimensioned to accept adapters 516 (see FIG. 17). Electrical contacts 520 in the docking bays 512, 514 make contact with electrical leads 522 on the adapters 516 (see FIG. 19B) to provide an electrical connection through which power can be transmitted. The adapters 516 are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters 516 drop-fit easily into the docking bays 512, 514, thus providing a fast and easy connection of the hand-held controllers to the charging station 510.

12

As shown in FIG. 16, the charging station 510 includes a base 524 with two docking bays 512, 514. The docking bays 512, 514 are each dimensioned to accept a hand-held controller 526 (see FIGS. 20, 21). The two docking bays 512, 514 are separated by a partition 528 positioned between them. Each of the docking bays 512, 514 includes a recess 530 at the bottom of the docking bay. The recess 530 has four electrical contacts 520 positioned in the recess 530. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts 520 are shown positioned in a linear arrangement in the recess 530, but they could be positioned in any suitable arrangement.

The recesses 530 are dimensioned to receive an adapter 516 into the recess 530. As shown in FIG. 17, the adapters 516 can be dropped vertically into the docking bays 512, 514 and into the recesses 530. When the adapters 516 are placed into the recesses 530, electrical leads 522 (see FIG. 19B) on the bottom side 538 of the adapters 516 contact the electrical contacts 520 in the recesses 530. The electrical leads 522 on the adapter 516 thus make an electrical connection with the electrical contacts 520 in the recess 530. The electrical leads 522 on the adapter 516 match the arrangement of the electrical contacts 520 such that each electrical lead 522 makes physical contact with an electrical contact 520 when the adapter 516 is placed in the recess 530. In one embodiment, as will be described later, the electrical contacts 520 are spring loaded so as to make sufficient contacts with the electrical leads 522.

In other embodiments, the adapters 516 and the docking bays 512, 514 have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess 530 described above. The docking bays 512, 514 and the adapters 516 can have any suitable shapes that allow the electrical contacts 520 of the docking bays 512, 514 to make contact with the electrical leads 522 of the adapters 516. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays 512, 514 to receive the adapters 516. These examples are illustrative only, and not limiting.

As shown in FIG. 18, in one embodiment, the adapters 516 and recesses 530 are shaped such that the adapter 516 can only be placed into the recess 530 in one orientation. In the embodiment shown, the adapter 516 includes at least one angled edge 532, and the recess 530 includes a matching angled corner 534. This geometry ensures that the adapter 516 will be placed in the recess 530 in the proper orientation, so that the electrical contacts 520 meet the electrical leads 522. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter 516 could be made to fit into the recess 530 in multiple orientations.

As shown in FIGS. 19A-19C, the adapter 516 includes a body 536 with the angled edge 532. The electrical leads 522 are located on a bottom side 538 of the body 536. The top side 540 of the body 536 includes a connector 542 that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector 542 is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

In use, the connector 542 on the adapter 516 is connected to the power input port of the accessory device to be charged, such as the hand-held controller 526 shown in FIGS. 20 and 21. The adapter 516 is a small and light-weight piece that connects snugly to the power input port of the hand-held

US 8,143,848 B2

13

controller 526. The adapter 516 can remain with the hand-held controller 526 at all times, even when the controller 526 is not being charged in the charging station 510. When the hand-held controller 526 is in use during operation of a video game, when the controller 526 is stored, and when it is charging, the adapter 516 can remain connected to (and physically mounted on) the controller 526. The adapter 516 is small and light weight, so that it does not interfere with operation of the controller 526. When the controller 526 needs to be recharged, connecting it to the charging station 510 is as easy as dropping it into one of the docking bays 512, 514. The adapter 516 slides easily into the recess 530, and the electrical leads 522 on the bottom of the adapter 516 make an electrical connection with the electrical contacts 520 in the recess 530. The charging station 510 is connected to a power supply through its own power input. The charging station 510 then provides power to the controller 526 to recharge the controller's batteries. This recharging process is fast and easy, as the adapter 516 allows the controller 526 to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller 526 and adapter 516 being dropped from above into the recess 530, other orientations may be used as well. In one embodiment, the adapter 516 is received horizontally into one of the docking bays 512, 514, and the electrical contacts 520 in the docking bay and electrical leads 522 on the adapter 516 are arranged vertically to make contact with each other when the adapter 516 is horizontally placed into the docking bay. In one embodiment, the adapter 516 is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter 516 and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

The charging station 510 can charge two controllers 526 simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station 510 may be a power cord 544, as shown in FIG. 20, that connects to an alternating current (AC) power supply. In this case, the charging station 510 includes an AC/DC converter electrically coupled between the power input and the electrical contacts 520, in order to provide direct current power to the contacts 520 and from there to the controllers 526. The AC/DC converter 546 may be internal to the base 524 or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts 520 and from there to the controllers 526. In other embodiments, DC power may be provided as input to the charging station 510, where the DC power may be provided by an external AC/DC converter.

The electrical contacts 520 may include a spring coupling the contacts 520 to the base 524. The weight of the controller 526 pushes the adapter 516 down into the recess 530, pressing the electrical leads 522 on the adapter 516 against the electrical contacts 520. The spring pushes back up on the contacts 520, pushing them against the electrical leads 522 to ensure a complete electrical connection.

The charging station 510 may also include an indicator 548 that indicates a status of the charging station 510. In one embodiment, the indicator 548 includes two LED assemblies 550, 552 (see FIG. 16). The LED assemblies 550, 552 correspond with the first and second docking bays 512, 514,

14

respectively, so as to indicate the charging status of the hand-held controller 526 (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies 550 and 552 includes at least two LEDs having different colors. By way of example, each of the LED assemblies 550 and 552 in one embodiment includes a red LED and a green LED. While the respective hand-held controller 526 is being charged, the red LED is emitted to indicate that the hand-held controller 526 (i.e., the battery inside the hand-held controller 526) is currently being charged. Further, when the respective hand-held controller 526 is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies 550, 552 may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies 550, 552 may include a single LED, and may be referred to as LEDs 550, 552. The first LED 550 illuminates with a first color, for example red, to indicate that the charging station 510 is currently charging an accessory device. The second LED 552 illuminates with a second color, for example green, to indicate that the charging station 510 is finished charging. The LEDs 550, 552 may be electrically coupled to a current detector 521 (see FIG. 22) which provides the signals to illuminate the LEDs. In one embodiment, the charging station 510 stops providing power to the controller 526 when the controller's internal battery is completely charged.

A block diagram of the charging station 510 is shown in FIG. 22, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. 22, the charging station (or charger base) 510 includes electrical contacts 520 that are adapted to be electrically coupled with the accessory device 526 via the adapter 516. This way, the charging station 510 is capable of supplying the power received from a power adapter or a power supply to the accessory device 526 (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter 546 for converting input AC power to DC power for charging the accessory device 526. In other embodiments, the charging station 510 may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station 510 may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station 510 includes a current detector 521 for detecting the amount of current being provided by the power supply to the accessory device 526 through the contacts 520. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector 521, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device 526 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station 510 is shown in FIGS. 23A and 23B. As can be seen in FIGS. 23A and 23B, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3). As can also be seen in FIGS. 23A and 23B, the current detector 521 in one embodiment is implemented using a quad operational amplifier chip LM324. The current detector 521 controls light emission of LEDs LED1 and LED2 and/or the

US 8,143,848 B2

15

light emission of LEDs LED**3** and LED**4**, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising:

a base;

at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and

a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers,

wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and

wherein at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays each of the DC ports being on the base between a respective one of the pairs of surfaces.

2. The video game controller charging system of claim **1**, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors.

3. The video game controller charging system of claim **1**, further comprising:

a current detector electrically coupled to the plurality of DC ports; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the video game controller charging system.

4. The video game controller charging system of claim **3**, wherein the indicator comprises at least one LED.

5. The video game controller charging system of claim **1**, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such

16

that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports.

6. The video game controller charging system of claim **5**, wherein the pairs of opposite surfaces comprise spring-loaded locating buttons configured to align the respective ones of the plurality of video game controllers.

7. The video game controller charging system of claim **1**, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

8. The video game controller charging system of claim **1**, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers.

9. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is in the base.

10. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is external to the base.

11. The video game controller charging system of claim **8**, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power.

12. The video game controller charging system of claim **11**, wherein the DC voltage is :DC **5** V.

13. A charging system for charging a plurality of video game controllers, each having a power input port, the charging system comprising:

a base;

a plurality of male mini-USB connectors supported by the base and each adapted to provide DC power to a respective one of the plurality of video game controllers;

at least one docking structure defining a plurality of docking bays open in a first direction and configured to receive from the first direction and align respective ones of the plurality of video game controllers to couple to respective ones of the plurality of male mini-USB connectors; and

a power input for connecting to a power supply, the power input electrically coupled to the plurality of male mini-USB connectors,

wherein the at least one docking structure comprises a plurality of pairs of substantially parallel opposite planar surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, each of the docking bays being open on opposite sides between the respective pair of surfaces.

14. The charging system of claim **13**, wherein the charging system further comprises an AC-to-DC converter electrically coupled between the power input and the plurality of male mini-USB connectors.

15. The charging system of claim **13**, wherein the charging system further comprises an AC-to-DC converter external to the base and electrically coupled to the power input.

16. The charging system of claim **13**, further comprising:

a current detector electrically coupled to the plurality of male mini-USB connectors; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system.

17. The charging system of claim **16**, wherein the indicator comprises at least one LED.

18. A charging system for charging at least one video game controller having a power input port, the charging system comprising:

US 8,143,848 B2

17

a base comprising at least one recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

at least one external adapter comprising a connector configured to couple to the power input port of the at least one video game controller, the at least one external adapter further comprising at least one electrical lead;

wherein the at least one external adapter is removably attachable on the at least one video game controller and configured to remain attached on the at least one video game controller when the at least one video game controller is in use during operation of a video game, and

wherein the base further comprises at least one structure defining at least one docking bay open in a first direction and configured to receive from the first direction the at least one video game controller having the at least one external adapter attached thereon such that the at least one electrical lead contacts the at least one electrical contact, the at least one structure comprising at least one pair of substantially parallel opposite planar surfaces defining the at least one docking bay, the at least one docking bay being open on opposite sides between the at least one pair of surfaces.

**19**. The charging system of claim **18**, further comprising:

a current detector electrically coupled to the at least one electrical contact of the at least one recess; and

an indicator electrically coupled to the current detector, the indicator adapted to indicate a status of the charging system.

**20**. The charging system of claim **19**, wherein the indicator comprises at least one LED.

**21**. The charging system of claim **18**, wherein:

the at least one external adapter further comprises an angled edge; and

the at least one recess comprises an angled corner dimensioned to match the angled edge of the at least one external adapter and adapted to orient the at least one external adapter with respect to the at least one recess.

18

**22**. The charging system of claim **18**, wherein:

the at least one electrical contact of the at least one recess comprises four electrical contacts; and

the at least one electrical lead of the at least one external adapter comprises four electrical leads.

**23**. The charging system of claim **18**, wherein the connector of the at least one external adapter comprises a male mini-USB connector.

**24**. The charging system of claim **18**, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact of the at least one recess.

**25**. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

a base comprising a plurality of electrical contacts, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts; and

an adapter comprising a connector configured to couple to the power input port of the video game controller, the adapter further comprising a plurality of electrical leads, wherein the adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game, and

wherein the base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base.

**26**. The video game controller charging system of claim **25**, wherein the plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads.

**27**. The video game controller charging system of claim **25**, wherein the connector comprises a male mini-USB connector.

\*   \*   \*   \*   \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,143,848 B2                                            Page 1 of 1
APPLICATION NO.     : 12/044295
DATED               : March 27, 2012
INVENTOR(S)         : Amir Navid

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>In the Claims</u>

Column 15, Claim 1, line 50                     Delete "hays"
                                                Insert -- bays, and --

Column 16, Claim 12, line 26                    Delete ":DC"
                                                Insert -- DC --

Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

Case 2:12-cv-03001-GAF-VBK   Document 105-1   Filed 04/09/13   Page 74 of 86   Page ID #:2078

AUTHORITATIVE • TRUSTWORTHY • CURRENT • COMPREHENSIVE

*The*

# AMERICAN
# HERITAGE®

## *dic·tion·ar·y*

*of*

## THE ENGLISH LANGUAGE





AMERICA'S FAVORITE
**NEW**
UPDATED
EDITION
· DICTIONARY ·

*Richly Illustrated in Full Color*



*fourth edition*

Exhibit C
Page 75

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
*or* www.ahdictionary.com

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
     p.    cm.
  ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
  (hardcover with CD ROM)
     1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

                              00-025369

Manufactured in the United States of America

Exhibit C
Page 76

Case 2:12-cv-03001-GAF-VBK   Document 105-1   Filed 04/09/13   Page 76 of 86   Page ID #:2080



**Frédéric Bartholdi**



**bartizan**
El Morro fortress,
San Juan, Puerto Rico

**Clara Barton**



**bascule**
a bascule bridge

of the Bible. His published works include *Church Dogmatics* (1932). —**Barth′i•an** *adj.*

**Bar•thel•me** (bär′thəl-mē′), **Donald** 1931–1989. American writer whose sometimes surrealistic stories of modern American life have been published in collections such as *Unspeakable Practices, Unnatural Acts* (1968).

**Barthes** (bärt), **Roland** 1915–1980. French critic who applied semiology, the study of signs and symbols, to literary and social criticism. His works include *Mythologies* (1957).

**Bar•thol•di** (bär-thōl′dē, -tōl-dē′), **Frédéric Auguste** 1834–1904. French sculptor best known for his monumental figure of *Liberty Enlightening the World*, the Statue of Liberty in New York Harbor, presented to the United States by France and dedicated in 1886.

**Bar•tho•lin's gland** (bär′tl-ĭnz, -thə-lĭnz). *n. Anatomy* Either of two small compound racemose glands located on either side of the vaginal orifice that secrete a lubricating mucus and are homologous to the bulbourethral glands in the male. [After Caspar Bartholin (1585–1629), Danish physician.]

**Bar•thol•o•mew** (bär-thŏl′ə-myōō′), **Saint.** Sometimes called **Na•than•ael** (nə-thăn′yəl) One of the 12 Apostles. According to tradition, he visited India and Ethiopia and was martyred in Armenia.

**bar•ti•zan** (bär′tĭ-zən, bär′tĭ-zăn′) *n.* A small, overhanging turret on a wall or tower. [Alteration of *bratticing, timberwork, from* BRATTICE.] —**bar′ti•zaned** *adj.*

**Bar•tles•ville** (bär′tlz-vĭl′) A city of northeast Oklahoma north of Tulsa. It is a trade center in a ranching and oil-producing region. Population: 34,256.

**Bart•lett** (bärt′lĭt) *n.* A widely grown variety of pear with yellowish skin and soft, juicy white flesh, eaten fresh or often canned. [After Enoch Bartlett (1779–1860).]

**Bartlett, John** 1820–1905. American publisher and editor who compiled *Familiar Quotations* (1855) and a Shakespearean concordance (1894).

**Bartlett, Robert Abram** Known as "Captain Bob." 1875–1946. American explorer who accompanied Robert E. Peary's expedition to the North Pole (1909) and led numerous other Arctic voyages.

**Bar•tók** (bär′tŏk′, -tōk′), **Béla** 1881–1945. Hungarian pianist and composer whose works, including the music for the opera *Duke Bluebeard's Castle* (1911) and *Concerto for Orchestra* (1943), combine Eastern European folk music with dissonant harmonies. —**Bar•tók′i•an** *adj.*

**Bar•to•lom•me•o** (bär-tôl′ə-mā′ō, -tō′lōm-mā′ō), **Fra** Originally Bartolommeo di Pagolo del Fattorino. 1475?–1517. Italian painter of the Florentine school whose works include *The Vision of Saint Bernard* (1500–1507) and *Madonna della Misericordia* (1515).

**Bar•ton** (bär′tn), **Clara** Full name Clarissa Harlowe Barton. 1821–1912. American administrator who did battlefield relief work during the Civil War and organized the American Red Cross (1881).

**Bar•tram** (bär′trəm), **John** 1699–1777. American botanist who established the first botanical garden in the colonies (1728) and corresponded with European botanists, thus introducing many American species to Europe. His son **William Bartram** (1739–1823) was also a botanist.

**Bar•uch** (bär′ək, bə-rōōk′) *n. Abbr.* **Bar.** or **Ba** See table at Bible.

**Ba•ruch** (bə-rōōk′), **Bernard Mannes** 1870–1965. American stock broker, public official, and political adviser for every President from Woodrow Wilson to John F. Kennedy.

**bar•ware** (bär′wâr′) *n.* The glassware and other items used in preparing alcoholic drinks.

**bar•y•cen•ter** (băr′ĭ-sĕn′tər) *n.* See center of mass. [Greek *barus,* heavy; see **gʷerə-¹** in Appendix I + CENTER.]

**bar•y•on** (băr′ē-ŏn′) *n.* Any of a family of subatomic particles, including the nucleon and hyperon multiplets, that participate in strong interactions, are composed of three quarks, and are generally more massive than mesons. Also called *heavy particle.* See table at **subatomic particle.** [Greek *barus,* heavy; see **gʷerə-¹** in Appendix I + -ON¹.] —**bar′y•on′ic** *adj.*

**baryon number** *n. Abbr.* **B** A quantum number equal to the difference between the number of baryons and the number of antibaryons in a system of subatomic particles. It remains the same throughout any reaction.

**Ba•rysh•ni•kov** (bə-rĭsh′nĭ-kôf′), **Mikhail Nikolayevich** Born 1948. Soviet-born ballet dancer and choreographer who, after performing with the Kirov Ballet in Leningrad (now St. Petersburg), defected to the United States (1974), where he danced for and later directed the American Ballet Theater. In 1990 he helped found the White Oak Dance Project, a modern-dance company, which he directs.

**bar•y•sphere** (băr′ĭ-sfîr) *n.* See centrosphere (sense 2). [Greek *barus,* heavy; see **gʷerə-¹** in Appendix I + SPHERE.]

**ba•ry•ta** (bə-rī′tə) *n.* Any of several barium compounds, such as barium sulfate. [New Latin, from Greek *barutēs,* weight, from *barus,* heavy. See **gʷerə-¹** in Appendix I.]

**ba•ry•tes** (bə-rī′tēz) *n.* Variant of barite.

**bar•y•tone** (băr′ĭ-tōn′) *n.* A bowed string instrument of the 18th century, similar to the bass viol, but having sympathetic strings on the rear of the fingerboard.

**bar•y•tone** (băr′ĭ-tōn′) *n.* **1.** *Music* Variant of baritone. **2.** *Linguistics* A word that has a heavy stress or pitch accent on its penultimate syllable. ❖ *adj. Linguistics* Relating to or being a word that has a heavy stress or pitch accent on its penultimate syllable.

**Bar•zun** (bär′zŭn), **Jacques Martin** Born 1907. French-born American educator, author, and historian whose works include *Darwin,*

Marx, Wagner (1941), *The American University* (1968), and *The Use and Abuse of Art* (1974).

**BAS** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science

**bas•al** (bā′səl, -zəl) *adj.* **1.** Of, relating to, located at, or forming a base. **b.** *Botany* Located at or near the base of a plant stem, or at the base of any other plant part: *basal placentation.* **2.** Of primary importance; basic. —**bas/al•ly** *adv.*

**basal body** *n.* A cellular organelle associated with the formation of cilia and flagella and similar to the centriole in structure. Also called *basal granule, kinetosome.*

**basal cell** *n.* A type of cell found in the deepest layer of the epithelium.

**basal ganglion** *n.* Any of several masses of gray matter embedded in the cerebral hemispheres that are involved in the regulation of voluntary movement. Also called *basal nucleus.*

**basal granule** *n.* See basal body.

**basal metabolic rate** *n. Abbr.* **BMR** The rate at which energy is used by an organism at complete rest, measured in humans by the heat given off per unit time, and expressed as the calories released per kilogram of body weight or per square meter of body surface per hour.

**basal metabolism** *n. Abbr.* **BM** The minimum amount of energy required to maintain vital functions in an organism at complete rest, measured by the basal metabolic rate in a fasting individual who is awake and resting in a comfortably warm environment.

**basal nucleus** *n.* See basal ganglion.

**basal reader** *n.* A textbook compiled to teach people, especially young children, to read.

**ba•salt** (bə-sôlt′, bā′sôlt′) *n.* **1.** A hard, dense, dark volcanic rock composed chiefly of plagioclase, pyroxene, and olivine, and often having a glassy appearance. **2.** A kind of hard unglazed pottery. [Latin *basaltēs,* alteration of *basanītēs,* touchstone, from Greek *basanītēs (lithos),* from *basanos,* of Egyptian origin.] —**ba•sal′tic** (-sôl′tĭk) *adj.*

**BASc** *abbr.* **1.** Bachelor of Agricultural Science **2.** Bachelor of Applied Science

**bas•cule** (băs′kyōōl) *n.* A device or structure, such as a drawbridge, counterbalanced so that when one end is lowered the other is raised. [French, *seesaw : bas,* low (from Medieval Latin *bassus*) + *cul,* bottom (from Latin *cūlus,* rump; see **(s)keu-** in Appendix I).]

**base¹** (bās) *n.* **1.** The lowest or bottom part: *the base of a cliff.* **2.** *Biology* **a.** The part of a plant or animal organ that is nearest to its point of attachment. **b.** The point of attachment of such an organ. **3a.** A supporting part or layer; a foundation: *built on a base of solid rock.* **b.** A basic or underlying element; infrastructure: *the nation's industrial base.* **4.** The fundamental principle or underlying concept of a system or theory; a basis. **5.** A fundamental ingredient; a chief constituent: *a paint with an oil base.* **6.** The fact, observation, or premise from which a reasoning process is begun. **7a.** *Games* A starting point, safety area, or goal. **b.** *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored. **8.** A center of organization, supply, or activity; a headquarters. **9a.** A fortified center of operations. **b.** A supply center for a large force of military personnel. **10.** A facial cosmetic used to even out the complexion or provide a surface for other makeup; a foundation. **11.** *Architecture* The lowest part of a structure, such as a wall, considered as a separate unit: *the base of a column.* **12.** *Heraldry* The lower part of a shield. **13.** *Linguistics* A morpheme or morphemes regarded as a form to which affixes or other bases may be added. **14.** *Mathematics* **a.** The side or face of a geometric figure to which an altitude is or is thought to be drawn. **b.** The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10. **c.** The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1. **15.** A line used as a reference for measurement or computations. **16.** *Chemistry* **a.** Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts. **b.** A substance that yields hydroxyl ions when dissolved in water. **c.** A substance that can act as a proton acceptor. **d.** A substance that can donate a pair of electrons to form a covalent bond. **17.** *Electronics* **a.** The region in a transistor between the emitter and the collector. **b.** The electrode attached to this region. **18.** One of the nitrogen-containing purines (adenine and guanine) or pyrimidines (cytosine, thymine, and uracil) that occurs attached to the sugar component of DNA or RNA. ❖ *adj.* **1.** Forming or serving as a base: *a base layer of soil.* **2.** Situated at or near the base or bottom: *a base camp for the mountain climbers.* **3.** *Chemistry* Of, relating to, or containing a base. ❖ *tr.v.* **based, bas•ing, bas•es 1.** To form or provide a base for: *based the new company in Portland.* **2.** To find a basis for; establish: *a film based on a best-selling novel.* **3.** To assign to a base; station: *troops based in the Middle East.* —**Idiom:** off base Badly mistaken. [Middle English, from Old French, from Latin *basis,* from Greek. See **gʷā-** in Appendix I.]

**Synonyms** base, basis, foundation, ground, groundwork These nouns all pertain to what underlies and supports. *Base* is applied chiefly to material objects: *the wide base of the pyramid. Basis* is used in a nonphysical sense: "*Healthy scepticism is the basis of all accurate observation*" (Arthur Conan Doyle). *Foundation* often stresses firmness of support for something of relative magnitude: "*Our flagrant disregard for the law attacks the foundation of this society*" (Peter D. Relic). *Ground* is used figuratively in the plural to mean a justifiable reason: *grounds for divorce. Groundwork* usually has the sense of a necessary preliminary: "*It* [the Universal Dec-

laration of Human Rights] *has laid the groundwork for the world's war crimes tribunals*" (Hillary Rodham Clinton).

**base²** (bās) *adj.* **bas•er, bas•est 1a.** Having or showing a contemptible, mean-spirited, or selfish lack of human decency. See synonyms at **mean². b.** Devoid of high values or ethics: *a base, degrading way of life.* **c.** Inferior in value or quality. **2.** Containing inferior substances: *a base metal.* **3.** *Archaic* Of low birth, rank, or position. **4.** *Obsolete* Short in stature. ✦ *n. Obsolete* A bass singer or voice. [Middle English *bas,* low, from Old French, from Medieval Latin *bassus.*] —**base′ly** *adv.* —**base′ness** *n.*

**base•ball** (bās′bôl′) *n.* **1. a.** A game played with a bat and ball by two opposing teams of nine players, each team playing alternately in the field and at bat, the players at bat having to run a course of four bases laid out in a diamond pattern in order to score. **b.** The ball that is used in this game. **2.** A game of darts in which the players attempt to score points by throwing the darts at a target laid out in the form of a baseball diamond.

**base•board** (bās′bôrd′, -bōrd′) *n.* A molding that conceals the joint between an interior wall and the floor. Also called *mopboard.*

**base•born** (bās′bôrn′) *adj.* **1.** Ignoble; contemptible. **2a.** Born of unwed parents; illegitimate. **b.** Of humble birth.

**base•burn•er** (bās′bûr′nər) *n.* A coal stove with a hopper that automatically replenishes itself from above as lower layers of fuel are consumed.

**base community** *n. Roman Catholic Church* A lay group, especially in South America, practicing nonliturgical religious devotions and striving for socioeconomic improvement in their community.

**Base Exchange** *n. Abbr.* **BX** A service mark used for general merchandise store services for government employees on a naval or air force base. This service mark, often lowercased, sometimes occurs in print with the meaning "a general merchandise store on a military base": "*The products are distributed at Army and Air Force base exchanges*" (Washington Post).

**base hit** *n. Baseball* A hit by which the batter reaches base safely without incurring an error, fielder's choice, or force play.

**BASE jump** (bās) *n.* A parachute jump from high structures and precipitous earth formations, typically from heights of 305 meters (1,000 feet) or less. [B(UILDING) + A(ntenna tower) + S(PAN)¹ + E(ARTH) + JUMP.] —**BASE′-jump′** *v.* —**BASE jumper** *n.*

**Ba•sel** (bä′zəl) also **Basle** (bäl) A city of northern Switzerland on the Rhine River. It is one of the oldest industrial centers in Europe. Population: 175,781.

**base•less** (bās′lĭs) *adj.* Having no basis or foundation in fact; unfounded.

**Synonyms** baseless, groundless, idle, unfounded, unwarranted These adjectives mean being without a basis or foundation in fact: *a baseless accusation; groundless rumors; idle gossip; unfounded suspicions; unwarranted jealousy.*

**base level** *n.* The lowest level to which a land surface can be reduced by the action of running water.

**base line** or **base•line** (bās′līn′) *n.* **1a.** A line serving as a basis, as for measurement, calculation, or location. **b.** A measurement, calculation, or location used as a basis for comparison. **2.** *Baseball* The base path. **3.** *Sports* **a.** The boundary line at either end of a court, as in basketball or tennis. **b.** The area near this boundary line: *made a basket from the base line.* **c.** A style of play in tennis in which the player remains near the base line and rarely approaches the net.

**base•man** (bās′mən) *n. Baseball* A player assigned to first, second, or third base.

**base•ment** (bās′mənt) *n.* **1.** The substructure or foundation of a building. **2.** The lowest habitable story of a building, usually below ground level. **3.** *Geology* A complex of undifferentiated igneous and metamorphic rocks underlying sedimentary strata. **4.** *Slang* The last place or lowest level, as in competitive standings. **5.** *Chiefly New England* A public toilet, especially one in a school. [Probably BASE¹ + -MENT (perhaps influenced by French *soubassement,* subfoundation).]

**basement membrane** *n.* A thin, delicate layer of connective tissue underlying the epithelium of many organs. Also called *basement lamina.*

**ba•sen•ji** (bə-sĕn′jē) *n., pl. -jis* A dog of a breed originally from Africa, having a short, smooth, reddish-brown coat and characterized by the absence of a bark. [Of Bantu origin; akin to Tshiluba *ba-senji,* inhabitants of the hinterland : *ba-,* pl. n. pref. + *-senji,* hinterland.]

**bases on balls** *n., pl.* **bases on balls** *Baseball Abbr.* **BB** An advance to first base that is awarded to a batter who takes four pitches that are balls.

**base pair** *n.* The pair of nitrogenous bases, consisting of a purine linked by hydrogen bonds to a pyrimidine, that connects the complementary strands of DNA or of hybrid molecules joining DNA and RNA. The base pairs are adenine-thymine and guanine-cytosine in DNA, and adenine-uracil and guanine-cytosine in RNA.

**base-pair•ing** (bās′pâr′ĭng) *n.* The hydrogen bonding of complementary nitrogenous bases, one purine and one pyrimidine, in DNA and in hybrid molecules joining DNA and RNA.

**base path** *n. Baseball* The area within which a base runner must stay when running between bases.

**base pay** *n.* An amount or a rate of compensation for a specified position of employment or activity excluding any other payments or allowances.

**base runner** *n. Baseball* A member of the team at bat who has safely reached or is trying to reach a base. —**base′run′ning** (bās′rŭn′ĭng) *n.*

**ba•ses** (bā′sēz′) *n.* Plural of **basis.**

**bash** (băsh) *v.* **bashed, bash•ing, bash•es** —*tr.* **1.** To strike with a heavy, crushing blow: *The thug bashed the hood of the car with a sledgehammer.* **2.** To beat or assault severely: *The police arrested the men who bashed an immigrant in the park.* **3.** *Informal* To criticize (another) harshly, accusatorially, and threateningly: "*He bashed the . . . government unmercifully over the . . . spy affair*" (Lally Weymouth). —*intr. Informal* To engage in harsh, accusatory, threatening criticism. ✦ *n.* **1.** *Informal* A heavy, crushing blow. **2.** *Slang* A celebration; a party. [Origin unknown.] —**bash′er** *n.*

**Ba•shan** (bā′shən) An ancient region of Palestine northeast of the Sea of Galilee in present-day southern Syria.

**ba•shaw** (bə-shô′) *n.* A pasha. [Arabic *bāšā,* from Turkish *paşa.* See PASHA.]

**bash•ful** (băsh′fəl) *adj.* **1.** Shy, self-conscious, and awkward in the presence of others. See synonyms at **shy¹. 2.** Characterized by, showing, or resulting from shyness, self-consciousness, or awkwardness. [From Middle English *basshe,* from *basshed,* past participle of *basshen,* to be discomfited, probably variant of *abaishen.* See ABASH.] —**bash′ful•ly** *adv.* —**bash′ful•ness** *n.*

**Ba•sho** (bä′shō, bä-shō′), **Matsuo** 1644–1694. Japanese poet known for his composition of haiku infused with the spirit of Zen Buddhism.

**ba•sil¹** or **baso-** *pref.* **1.** Base; lower part: *basipetal.* **2.** Chemical base; chemically basic: *basophil.* [From Latin *basis,* base. See BASIS.]

**ba•sic** (bā′sĭk) *adj.* **1.** Of, relating to, or forming a base; fundamental: "*Basic changes in public opinion often occur because of shifts in concerns and priorities*" (Atlantic). **2.** Of, being, or serving as a starting point or basis: *a basic course in Russian; a set of basic woodworking tools.* **3.** *Chemistry* **a.** Of or relating to a base. **b.** Containing a base, especially in excess of acid. **c.** Alkaline. **4.** *Geology* Containing little silica, as igneous rocks. ✦ *n.* **1.** An essential, fundamental element or entity: *the basics of math.* **2.** Basic training. —**ba•sic′i•ty** (-sĭs′ĭ-tē) *n.*

**BA•SIC** or **Ba•sic** (bā′sĭk) *n.* A simple programming language. [B(eginner's) A(ll-purpose) S(ymbolic) I(nstruction) C(ode).]

**ba•si•cal•ly** (bā′sĭ-kə-lē, -klē) *adv.* **1.** In a basic way; fundamentally or essentially: *Throughout the ordeal, he remained basically the same.* **2.** For the most part; chiefly: *They basically do what they are supposed to.*

**ba•si•chro•mat•ic** (bā′sĭ-krō-măt′ĭk) *adj.* Easily stained with basic dye.

**basic process** *n.* A method of steel production that uses a furnace lined with a basic refractory material.

**basic training** *n.* The initial period of training of a recruit in the armed forces.

**ba•sid•i•a** (bə-sĭd′ē-ə) *n.* Plural of **basidium.**

**ba•sid•i•o•carp** (bə-sĭd′ē-ə-kärp′) *n.* A basidium-bearing structure found in such basidiomycetous fungi as mushrooms and puffballs. [BASIDI(UM) + -CARP.]

**ba•sid•i•o•my•cete** (bə-sĭd′ē-ō-mī′sēt′, -mī-sēt′) *n.* Any of various members of a large group of fungi bearing sexually produced spores on a basidium. The group includes puffballs, shelf fungi, rusts, smuts, and mushrooms. [BASIDI(UM) + -MYCETE.] —**ba•sid′i•o•my•ce′tous** (-mī-sē′təs) *adj.*

**ba•sid•i•o•spore** (bə-sĭd′ē-ə-spôr′, -spōr′) *n.* A sexually produced fungal spore borne on a basidium. —**ba•sid′i•o•spo′rous** *adj.*

**ba•sid•i•um** (bə-sĭd′ē-əm) *n., pl. -i•a** (-ē-ə) A small, specialized club-shaped structure typically bearing four basidiospores at the tips of minute projections. The basidium is unique to basidiomycetes and distinguishes them from other kinds of fungi. [BAS(I)- + Latin *-idion,* diminutive suff. (from Greek *-idion*).] —**ba•sid′i•al** *adj.*

**Ba•sie** (bā′sē), **William** Known as "Count Basie." 1904–1984. American musician. A pianist, band leader, and composer, he was a major force in jazz music and was especially famous for his Big Band sound.

**ba•si•fixed** (bā′sə-fĭkst′) *adj. Botany* Attached by the base, as certain anthers are to their filaments.

**ba•si•fy** (bā′sə-fī′) *tr.v.* **-fied, -fy•ing, -fies** *Chemistry* **1.** To convert into a base. **2.** To make alkaline. —**ba′si•fi•ca′tion** (-fĭ-kā′shən) *n.* —**ba′si•fi′er** *n.*

**ba•sil** (băz′əl, băs′əl) *n.* **1a.** An Old World aromatic annual herb (*Ocimum basilicum*) in the mint family, cultivated for its leaves. Also called *sweet basil.* **b.** The leaves of this plant used as a seasoning. **2.** Any of various plants in the genus *Ocimum,* native to warm regions, having aromatic foliage and terminal clusters of small, usually white flowers. [Middle English, from Old French *basile,* from Medieval Latin *basilicum,* from Greek *basilikon,* from neuter of *basilikos,* royal. See BASILICA.]

**Bas•il** (băz′əl, băs′-, bä′zəl, -sal), Saint. Known as "the Great." A.D. 330?–379? Greek Christian leader who was bishop of Caesarea in Cappadocia after A.D. 370 and a vigorous opponent of Arianism.

**Ba•si•lan Islands** (bä-sē′län′) A group of islands in the southern Philippines separated from southwest Mindanao by the narrow **Basilan Strait. Basilan Island** is the largest island in the group.

**ba•si•lar** (băs′ə-lər) also **ba•si•lar•y** (-lĕr′ē) *adj.* Of, relating to, or located at or near the base, especially the base of the skull: *the basilar artery.* [New Latin *basilāris,* from Latin *basis,* base. See BASIS.]

**basilar membrane** *n.* A membranous portion of the cochlea in the mammalian inner ear that supports the organ of Corti.

**Ba•sil•don** (băz′əl-dən, băz′al-) An urban district of southeast England east-northeast of London. It has varied light industries. Population: 161,699.

**ba•si•lect** (băs′ə-lĕkt′) *n.* The variety of speech that is most remote



basenji



Count Basie



basil
sweet basil
*Ocimum basilicum*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ŏŏ boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ✦ regionalism |

**Stress marks:** ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

Exhibit C
Page 78   149

a county, especially for the competitive showing of livestock and farm products.
**county palatine** *n., pl.* **counties palatine** The domain of a count palatine in England or Ireland.
**county seat** *n.* A town or city that is the administrative center of a county.
**county town** *n. Chiefly British* A county seat. Also called *shire town.*
**coun•ty•wide** (koun′tē-wīd′) *adv. & adj.* Throughout a whole county: *found at locations countywide; a countywide search.*
**coup** (ko͞o) *n., pl.* **coups** (ko͞oz) **1.** A brilliantly executed stratagem; a triumph. **2a.** A coup d'état. **b.** A sudden appropriation of leadership or power; a takeover: *a boardroom coup.* **3.** Among certain Native American peoples, a feat of bravery performed in battle, especially the touching of an enemy's body without causing injury. —*Idiom:* **count coup** Among certain Native American peoples, to ceremoniously recount one's exploits in battle. [French, stroke, from Old French *colp,* from Late Latin *colpus,* from Latin *colaphus,* from Greek *kolaphos.*]
**coup de grâce** (ko͞o′ də gräs′) *n., pl.* **coups de grâce** (ko͞o′) **1.** A deathblow delivered to end the misery of a mortally wounded victim. **2.** A finishing stroke or decisive event. [French : *coup,* stroke + *de,* of + *grâce,* mercy.]
**coup de main** (ko͞o′ də măn′) *n., pl.* **coups de main** (ko͞o′) A sudden action undertaken to surprise an enemy. [French : *coup,* stroke, blow + *de,* of + *main,* hand.]
**coup d'é•tat** (ko͞o′ dā-tä′) *n., pl.* **coups d'état** (ko͞o′) or **coups d'états** (dā-täz′) The sudden overthrow of a government by a usually small group of persons in or previously in positions of authority. [French : *coup,* blow, stroke + *de,* of + *état,* state.]
**coup de thé•â•tre** (ko͞o′ də tä-ä′trə) *n., pl.* **coups de théâtre** (ko͞o′) **1.** A sudden dramatic turn of events in a play. **2.** An unexpected and sensational event, especially one that reverses or negates a prevailing situation. [French : *coup,* stroke + *de,* of + *théâtre,* theater.]
**coup d'oeil** (ko͞o′ dœ′yə) *n., pl.* **coups d'oeil** (ko͞o′) A quick survey; a glance. [French *coup d'œil : coup,* stroke + *de,* of + *œil,* eye.]
**coupe¹** (ko͞op) *n.* **1a.** A dessert of ice cream or fruit-flavored ice, garnished and served in a special dessert glass. **b.** The stemmed glass in which a coupe is served. **2.** A shallow, bowl-shaped dessert dish. [French, *cup,* from Late Latin *cuppa.*]
**coupe²** (ko͞op) *n.* Variant of **coupé** (sense 2).
**cou•pé** (ko͞o-pā′) *n.* **1.** A closed four-wheel carriage with two seats inside and one outside. **2.** also **coupe** (ko͞op) A closed two-door automobile. [French, from past participle of *couper,* to cut, from *coup,* blow. See COUP.]
**Cou•pe•rin** (ko͞o-pə-răn′, ko͞op-răn′), **François** 1668–1733. French composer who was court organist at Versailles during the reign of Louis XIV.
**cou•ple** (kŭp′əl) *n.* **1.** Two items of the same kind; a pair. **2.** Something that joins or connects two things together; a link. **3.** *(used with a sing. or pl. verb)* **a.** Two people united, as by betrothal or marriage. **b.** Two people together. **4.** *Informal* A few; several: *a couple of days.* **5.** *Physics* A pair of forces of equal magnitude acting in parallel but opposite directions, capable of causing rotation but not translation. ✦ *v.* **-pled, -pling, -ples** —*tr.* **1.** To link together; connect: *coupled her refusal with an explanation.* **2a.** To join as spouses; marry. **b.** To join in sexual union. **3.** *Electricity* To join (two circuits or currents) as by magnetic induction. —*intr.* **1.** To form pairs; join. **2.** To unite sexually; copulate. **3.** To join chemically. ✦ *adj. Informal* Two or few: *"Every couple years the urge strikes, to . . . haul off to a new site"* (Garrison Keillor). [Middle English, from Old French, from Latin *cōpula,* bond, pair.]

*Usage Note* When used to refer to two people who function socially as a unit, as in a *married couple,* the word *couple* may take either a singular or a plural verb, depending on whether the members are considered individually or collectively: *The couple were married last week. Only one couple was left on the dance floor.* When a pronoun follows, *they* and *their* are more common than *it* and *its: The couple decided to spend their* (less commonly *its) vacation in Florida.* Using a singular verb and a plural noun, as in *The couple wants their children to go to college,* is widely considered to be incorrect. Care should be taken that the verb and pronoun agree in number: *The couple want their children to go to college.* • Although the phrase *a couple of* has been well established in English since before the Renaissance, modern critics have sometimes maintained that *a couple of* is too inexact to be appropriate in formal writing. But the inexactitude of *a couple of* may serve a useful purpose, suggesting that the writer is indifferent to the precise number of items involved. Thus the sentence *She lives only a couple of miles away* implies not only that the distance is short but that its exact measure is unimportant. This usage should be considered unobjectionable on all levels of style. • The *of* in the phrase *a couple of* is often dropped in speech, but this omission is usually considered a mistake, especially in formal contexts. Three-fourths of the Usage Panel finds the sentence *I read a couple books over vacation* to be unacceptable; however, another 20% of the Panel finds the sentence to be acceptable in informal speech and writing.

**cou•pler** (kŭp′lər) *n.* **1.** One that couples, especially a device for coupling two railroad cars. **2.** A device connecting two organ keyboards so that they may be played together.
**cou•plet** (kŭp′lĭt) *n.* A unit of verse consisting of two successive lines, usually rhyming and having the same meter and often forming a complete thought or syntactic unit. **2.** Two similar things; a pair. [French, from Old French, diminutive of *couple,* couple. See COUPLE.]
**cou•pling** (kŭp′lĭng) *n.* **1.** The act of linking together or forming

couples. **2.** The act of uniting sexually. **3.** A device that links or connects. **4.** *Electronics* Transfer of energy from one circuit to another. **5.** The body part of a four-footed animal that connects the hindquarters to the forequarters.
**cou•pon** (ko͞o′pŏn′, kyo͞o′-) *n.* **1.** A negotiable certificate attached to a bond that represents a sum of interest due. **2a.** One of a set of detachable certificates calling for payments to be made at stated intervals. **b.** A detachable part, as of a ticket or advertisement, that entitles the bearer to certain benefits, such as a cash refund or gift. **c.** A certificate accompanying a product that may be redeemed for a cash discount. **d.** A printed form, as in an advertisement, to be used as an order blank or for requesting information or obtaining a discount on merchandise. **3.** A detachable slip calling for periodic payments, as for merchandise bought on an installment plan. [French, from Old French *colpon,* piece cut off, from *colper,* to cut, from *colp,* blow. See COUP.]

*Word History* A Roman might have had difficulty predicting what would become of the Latin word *colaphus,* which meant "a blow with the fist." In Old French, a language that developed from Latin, the Late Latin word *colpus,* derived from *colaphus,* became *colp,* or modern French *coup,* with the same sense. *Coup* has had a rich development in French, gaining numerous senses, participating in numerous phrases, such as *coup d'état,* and giving rise to many derivatives, including *couper,* "to divide with a blow or stroke, to cut." *Couper* yielded the word *coupon,* "a portion that is cut off," which came to refer to a certificate that was detachable from a principal certificate. The detachable certificate could be exchanged for interest or dividend payments by the holder of the principal certificate. *Coupon* is first recorded in English in 1822 with this sense and then came to apply to forms or tickets, detachable or otherwise, that could be exchanged for various benefits or used to request information.

**cou•pon•ing** (ko͞o′pŏn′ĭng, kyo͞o′-) *n.* The sending out or turning in of coupons, especially the regular redemption of a manufacturer's coupon for cash.
**cour•age** (kûr′ĭj, kŭr′-) *n.* The state or quality of mind or spirit that enables one to face danger, fear, or vicissitudes with self-possession, confidence, and resolution; bravery. [Middle English *corage,* from Old French, from Vulgar Latin *\*corāticum,* from Latin *cor,* heart. See **kerd-** in Appendix I.]
**cou•ra•geous** (kə-rā′jəs) *adj.* Having or characterized by courage; valiant. See synonyms at **brave.** —**cou•ra′geous•ly** *adv.* —**cou•ra′geous•ness** *n.*
**cou•rante** (ko͞o-ränt′) *n.* **1.** A 17th-century French dance characterized by running and gliding steps to an accompaniment in triple time. **2.** *Music* The second movement of the classical baroque suite, typically following the allemande. [French, from feminine present participle of *courir,* to run, from Old French *courre,* from Latin *currere.* See **kers-** in Appendix I.]
**Cour•an•tyne** also **Cor•an•tijn** (kôr′an-tīn′, kŏr′-) *n.* A river rising in southeast Guyana and flowing about 724 km (450 mi) to the Atlantic Ocean. It forms the Guyana-Suriname border in its lower course.
**Cour•bet** (ko͞or-bā′, -bĕ′), **Gustave** 1819–1877. French painter known for his realistic depiction of everyday scenes. His works include *Burial at Ornans* (1850), *Bonjour M. Courbet* (1854), and *The Artist's Studio* (1855).
**cour•gette** (ko͞or-zhĕt′) *n. Chiefly British* A zucchini. [French dialectal, diminutive of *courge,* gourd, from Old French *cohourde,* from Latin *cucurbita.*]
**cou•ri•er** (ko͞or′ē-ər, kûr′-, kŭr′-) *n.* **1a.** A messenger, especially one on official diplomatic business. **b.** A spy carrying secret information. **2a.** A personal attendant hired to make arrangements for a journey. **b.** An employee of a travel agency serving as a guide for tourists. [French *courrier,* from Old French, from Old Italian *corriere,* from *correre,* to run, from Latin *currere.* See **kers-** in Appendix I.]
**cour•lan** (ko͞or′lən) *n.* See **limpkin.** [French, perhaps alteration of *courliri,* from Galibi *kurliri.*]
**Cour•land** also **Kur•land** (ko͞or′lənd) A historical region and former duchy of southern Latvia between the Baltic Sea and the Western Dvina River. It passed to Russia in 1795 and was largely incorporated into Latvia in 1918.
**course** (kôrs, kōrs) *n.* **1a.** Onward movement in a particular direction; progress: *the course of events.* **b.** Movement in time; duration: *in the course of a year.* **2.** The direction of continuing movement: *took a northern course.* **3.** The path over which something moves or extends, such as a stream, that moves. See synonyms at **way.** **4.** *Sports* **a.** A designated area of land or water on which a race is held: *the course of a marathon.* **b.** A golf course. **5.** A mode of action or behavior: *followed the best course and invested her money.* **6.** A typical or natural manner of proceeding or developing; customary passage: *a fad that ran its course.* **7.** A systematic or orderly succession; a sequence: *a course of medical treatments.* **8.** A continuous layer of building material, such as brick or tile, on a wall or roof of a building. **9a.** A complete body of prescribed studies constituting a curriculum: *a four-year course in engineering.* **b.** A unit of such a curriculum: *took an introductory course in chemistry; passed her calculus course.* **10.** A part of a meal served as a unit at one time: *The first course was a delicious soup.* **11.** *Nautical* The lowest sail on a mast of a square-rigged ship. **12.** A point on the compass, especially the one toward which a vehicle, such as a ship, is moving. ✦ *v.* **coursed, cours•ing, cours•es** —*tr.* **1.** To move swiftly through or over; traverse: *ships coursing the seas.* **2a.** To hunt (game) with hounds. **b.** To set (hounds) to chase game. —*intr.* **1.** To proceed or move swiftly along a specified course: *"Big tears now coursed down her face"* (Iris Murdoch). **2.** To hunt game with hounds. —*Idioms:* **in due course** At the proper or right time. **of**



coupler

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ✦ regionalism |

**Stress marks:** ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

Exhibit C
Page 79

419

# EXHIBIT D

# ASTM DICTIONARY OF ENGINEERING SCIENCE & TECHNOLOGY

*Sponsored by ASTM Committee E02 on Terminology*



2005

*Tenth Edition*
ASTM Stock Number: DEF05

ASTM INTERNATIONAL ▪ 100 BARR HARBOR DRIVE, PO BOX C700, WEST CONSHOHOCKEN, PA 19428-2959
TEL: 610-832-9500 ▪ FAX: 610-832-9555 ▪ EMAIL: service@astm.org ▪ WEBSITE: www.astm.org



## Editorial Staff

*Director:*
Vernice A. Mayer

*Manager:*
Paula C. Fazio-Fluehr

*Editors:*
Susan A. Arendt
Sean J. Bailey
Nicole C. Baldini
Erin K. McElrone
Matthew A. Olcese
Kathleen A. Peters
Jessica L. Rosiak

David A. Terruso
Emilie A. Whealen
Julie Wright

*Publishing Assistant Coordinator:*
Nicholas Furcola

Library of Congress Cataloging-in-Publication Data:

ASTM dictionary of engineering science & technology / sponsored by ASTM Committee E02 on Terminology.-- 10th ed.
  p. cm.
  "Stock #: DEF05."
  ISBN 0-8031-4246-3
  1. Materials--Dictionaries. 2. Materials--Testing--Dictionaries. I. ASTM Committee E02 on Terminology.

  TA402.A86 2005
  620.1'103--dc22

                              2005029871

Copyright ©2005 ASTM International, West Conshohocken, PA. Prior edition copyrighted 2000 and earlier, by the American Society for Testing and Materials. All rights reserved. This material may not be reproduced or copied, in whole or in part, in any printed, mechanical, electronic, film, or other distribution and storage media, without the written consent of the publisher.

ORDER INFORMATION: Additional copies of this book in print or reprints (single or multiple copies) of individual standards may be obtained by contacting ASTM International at the previously referenced address or at 610-832-9585 (phone), 610-832-9555 (fax), service@astm.org (email), or through www.astm.org (website).

## Photocopy Rights

**Authorization to photocopy items for internal, personal, or educational classroom use, or the internal, personal, or educational classroom use of specific clients, is granted by ASTM International provided that the appropriate fee is paid to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, Tel: 978-750-8400; online:http://www.copyright.com/**

Printed in Mayfield, PA
November 2005

asbestos-cement pipe that, when properly installed with the proper accessories, develops a joint equivalent in strength and serviceability to the pipe sections. **D 2946, C17**

**coupling**—two electric circuits are said to be coupled to each other when they have an impedance in common so that a current in one causes a voltage in the other. **E 1316, E07**

**coupling agent,** *n*—a substance having functional groups that are capable of reacting with the surfaces of two different substances, thereby chemically bridging them. **D 907, D14**

**coupling coefficient,** $k'$—the ratio of the mutual inductance between two windings and the geometric mean of the individual self-inductances of the windings. **A 340, A06**

**coupon,** *n*—a solid specimen, rectangular in any cross-section, that is saw-cut from a concrete masonry unit or related unit for the purpose of testing, and whose properties are considered representative of the whole unit. **C 1209, C15**

**coupon,** *n*—a portion of a material or laboratory sample from which multiple specimens can be taken for testing. **D 4439, D35**

**coupon**—a specimen, usually flat, but occasionally curved or cylindrical.. **G 15, G01**

**course,** *n*—*in knittedfabrics*, a row of successive loops in the width direction of the fabric. **D 123, D13**

**course,** *n*—*in knittedfabrics*, a row of successive loops in the width direction of the fabric. **D 4850, D13**

**course administrator**—an individual responsible for managing administrative details of a course, separate from actual instruction of the course. **F 1177, F30**

**course instructor/coordinator (I/C)**—an individual who is authorized by the appropriate entity to present and assess competence in all of the subject matter contained in a curriculum. This person also oversees all instruction in the course and makes final evaluations concerning student competence. **F 1177, F30**

**cover**—*in yarns*, the outside layer of fibers that form the surface of a yarn. **D 123, D13**

**cover**—the perpendicular distance from any point in the roof of an underground opening to the ground surface. (ISRM) **D 653, D18**

**cover**—*in grouting*, the thickness of rock and soil material overlying the stage of the hole being grouted. **D 653, D18**

**cover**—See **container**. **D 996, D10**

**cover,** *n*—*in yarns*, the outside layer of fibers that form the surface of a yarn. **D 4849, D13**

**cover**—the section of the lock case designed to be removed for access to components within the case. **F 471, F12**

**cover**—an electrically insulated enclosure designed to be installed temporarily on various types of irregularly shaped electrical equipment to protect personnel and equipment working in close proximity. **F 819, F18**

**coverage,** *n*—the area to be covered per unit volume of coating to obtain specified dry thickness and desired performance. **C 168, C16**

**coverage**—the surface area to be continuously covered by a specific quantity of a particular material. **D 1079, D08**

**cover coat**—a porcelain enamel finish applied and fused over a ground coat or direct to the metal substrate. **C 286, B08**

**covered yarn,** *n*—a compound structure which contains distinguishable inner and outer fibrous elements which can be different. **D 123, D13**

**covered yarn,** *n*—a compound structure which contains distinguishable inner and outer fibrous elements which can be different. **D 4849, D13**

*cover flange*—See **railing systems**. **E 631, E06**

*cover flange*—Synonym for **escutcheon**. **E 631, E06**

*cover flange*—Synonym for **escutcheon**. **E 1481, E06**

**covering capacity, dry,** *n*—the area covered to a dry thickness of 1 in. (25 mm) by 100 lb (45.4 kg) of dry cement when mixed with the recommended amount of water, molded and dried to constant weight. **C 168, C16**

**covering capacity, wet,** *n*—the area covered to a wet thickness of 1

in. (25 mm) by 100 lb (45.4 kg) of dry cement when mixed with the recommended amount of water, and molded. **C 168, C16**

**covering power**—the ability of a plating solution under a specified set of plating conditions to deposit metal on the surfaces of recesses or deep holes. (To be distinguished from throwing power.) **B 374, B08**

**covering power**—the ability of a glaze to cover the surface of the fired ware uniformly and completely. **C 242, C21**

**covering power**—the degree to which a porcelain enamel coating obscures the underlying surface. **C 286, B08**

*cover plate*—Synonym for **escutcheon**. **E 631, E06**

*cover plate*—Synonym for **escutcheon**. **E 1481, E06**

**cover plate, collector**—a sheet of transparent (or translucent) glazing placed above the absorber in a solar collector, to provide thermal and environmental protection. **E 772, E44**

*cover ring*—Synonym for **escutcheon**. **E 631, E06**

*cover ring*—Synonym for **escutcheon**. **E 1481, E06**

**coverstrip,** *n*—a thin layer of black compound which covers the unexposed white sidewall portion of a finished tire. **F 538, F09**

**cover-up**—the obliteration of one or more images by means of an opaque material similar in color to the substrate. **F 221, F05**

**cowhide**—term specifically applied to leather made from hides of cows, although it is sometimes loosely used to designate any leather tanned from hides of animals of the bovine species. **D 1517, D31**

**CPU**—chloroplatinate unit (color indicator). **D 6161, D19**

**CR**—abbreviation for **carriage return**. **F 1457, F05**

**crack**—a partial break in the stone (see fracture, microcrack, seam). **C 119, C18**

**crack**—an irregular separation with well-defined sharp edges visible on the surface of a pipe. **C 896, C04**

**crack**—a small fracture, that is, small with respect to the scale of the feature in which it occurs. (ISRM) **D 653, D18**

**crack**—a visual separation that occurs internally or penetrates down from the pultruded surface to the equivalent of one full ply or more of reinforcement. **D 3918, D20**

**crack,** *n*—fissure or discontinuity of the pavement surface not necessarily extending through the entire thickness of the pavement. **E 867, E17**

**crack,** *n*—fissure or discontinuity of the pavement surface not necessarily extending through the entire thickness of the pavement. **E 1778, E17**

**crack**—line of fracture without complete separation.



**F 109, C21**

**crack**—any narrow opening or fissure in the surface that is visible to the naked eye. **F 412, F17**

**crack**—crystalline fracture passing through or along the grain boundaries is normally caused by overstressing the metal during manufacturing, such as forging, forming, or heat treating. **F 1789, F16**

**crack and crevice application**—application by a means that projects the material into cracks and crevices of a structure. **E 1102, E35**

**crack-arrest fracture toughness,** $K_a$ **[FL$^{-3/2}$]**—the value of the stress-intensity factor shortly after crack arrest. **E 1823, E08**

**crack (building defect),** *n*—a flaw consisting of complete or incomplete separation within a single element or between contiguous elements of constructions. **E 631, E06**

**crack, (CK),** *n*—*as used in fractography*, a volume-distributed flaw that is a plane of fracture without complete separation. **C 1145, C28**

Exhibit B
Page 82

# EXHIBIT E

# G.H.F. Nayler

# Dictionary of
# Mechanical
# Engineering



Exhibit 5
Page 83

Published by Jaico Publishing House
A-2 Jash Chambers, 7-A Sir Phirozshah Mehta Road
Fort, Mumbai - 400 001
jaicopub@jaicobooks.com
www.jaicobooks.com

© G.H.F. Nayler

Published in arrangement with
Butterworth-Heinemann
Linacre House, Jordan Hill
Oxford OX2 8DP

DICTIONARY OF MECHANICAL ENGINEERING
ISBN 81-7224-789-3

First Jaico Impression: 1999

No part of this book may be reproduced or utilized in
any form or by any means, electronic or
mechanical including photocopying, recording or by any
information storage and retrieval system,
without permission in writing from the publishers.

Printed by
Pashupati Printers (P) Ltd., Delhi-95

**countersunk head** A head comprising a truncated cone whose apex joins the main body of the screw, bolt, etc. The base of the cone is in contact with a cone cut in the mating material. Thus a head inserted in a hole lies flush with the material surface. See *Figure S.4.*

**counterweight** See *counterpoise weight.*

**couple** A pair of forces, equal and parallel, but acting in opposite directions, which tend to rotate the body on which they act. The *moment* of a couple is equal to the magnitude of one of the forces multiplied by the perpendicular distance between their lines of action.

**coupled modes** See *mode.*

**coupled wheels** The wheels of a locomotive which are connected by coupling rods to distribute the driving effort.

**coupling** *(a)* A device for connecting together two or more parts of a mechanism. *(b)* A device for connecting two vehicles. *(c)* A device for connecting railway coaches or trucks, consisting of two links united by a right-handed and left-handed screw. (See *Figure L.6.*) See *claw coupling; chain coupling; compression coupling; flange coupling; flexible coupling; gear coupling; metal spring coupling; muff coupling;* and *sleeve coupling.*

**coupling, double-slider** See *Oldham coupling.*

**coupling rod** A connecting rod joining two cranks so that they work together as one. (See *Figure L.6.*)

**coupon** A small test specimen.

**cover (of a gate valve)** See *bonnet.*

**Cowburn valve** See *dead-weight safety-valve.*

**crab (crab winch)** *(a)* A jib-less hoisting crane with a snatch block or running pulley pendant from the barrel. *(b)* The travelling lifting-gear of a *gantry crane* (see *crane*), mounted on a bogie and running on rails carried by the *gantry.* *(c)* A *claw coupling.*

**crack arresters (crack stoppers)** Design features incorporated into a structure to impede the propagation of a brittle crack. These are particularly useful in large structures made by *welding.* Often a different weld material is used locally, or in fabricated structures riveted members are added to the structure, the rivet hole often being sufficient in itself to arrest the crack before is reaches its own *critical crack length.*

**crampon** A pair of grappling irons, working like a pair of scissors, used for gripping loads that have to be hoisted.

**crane** A machine for hoisting and lowering heavy weights using gear wheels, chain barrel and chain, or cable drum and cable.

90

*balance crane* A t
*terpoise* arrangements,
*cantilever crane* A
member and is counter
materials from the botto
*floating crane* A la
*gantry crane* A *tra*
rails at ground level.
*goliath crane* A gia
*hercules crane* A st
used in harbor works for
*horizontal crane* A
ders.
*hydraulic crane* A c
*jib crane* A crane wi
able vertical post, suppor
chain running from a win
*derricking jib crane* A
ing the lengths of the tie r
*travelling jib crane* A
which is mounted on the v
*level-luffing crane* A
load can be moved radiall
*overhead travelling c*
on wheels running on rail:
traversing and lifting are i
crane is also called a "sho
*platform crane* A wh
post.
*portal jib crane* A jib
an opening directly under
*post crane* A jib cran
bottom. The radius of the c
connects the post and boo
*rope crane* A *travelli*
very high speed so that m
slack in the rope is taken up
counter-balanced by suspe
*steam crane* A *crane*
*titan crane* A very la
provided with motions for
*tower crane* A rotata
tower, either fixed or carrie
the opposite side of the pi