SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**SUPPLEMENTAL DECLARATION OF GRAHAM (GRAY) M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>**DATE:**  April 29, 2013<br>**TIME:**   9:30 A.M.<br>**CTRM:**  740<br><br>**Hon. Gary Allen Feess** |

I, Graham (Gray) M. Buccigross, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC, Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached as Exhibit 6 are excerpts from the rough deposition transcript of Nyko's purported claim construction expert witness, Garry Kitchen, taken April 11, 2013.

4. Attached as Exhibit 7 are excerpts from the deposition transcript of Thomas J. Roberts, taken March 26, 2013.

5. Attached as Exhibit 8 is an international patent application under the Patent Cooperation Treaty (PCT) listing Randall Cole as inventor and published as International Publication Number WO 2007/078312.

6. Attached as Exhibit 9 is U.S. Patent No. 6,881,147.

7. Attached as Exhibit 10 is an email from me to Warren Bleeker, counsel for Plaintiff Nyko Technologies, Inc. ("Nyko"), dated March 28, 2013.

8. Attached as Exhibit 11 is an email from Katherine L. Quigley, counsel for Nyko, to me, dated March 29, 2013. The attachment to this email was omitted as it contained personally identifying information.

9. Attached hereto as Exhibit 12 is a DVD containing a portion of the video transcript of Nyko's purported claim construction expert witness, Garry Kitchen, taken on April 11, 2013. Defendants respectfully direct the Court's attention to the testimony between 17:21:37 and 18:30:22, as shown in the on-screen timer (which includes a 20 minute break). During this portion of the deposition, the witness is repeatedly asked whether a single "structure" of the "at least one structure" on the base must, according to claim 1, provide physical support to two or

more video game controllers.  The witness repeatedly delays in answering the question, at times for over 5 minutes (see 17:30:52 to 17:36:15).  Defendants offer this testimony in support of their position that the claims, as amended by Nyko during prosecution, are confusing and potentially inconsistent with the specification; in any event, they must be interpreted such that at least one of the structures on the base of the charging system must provide physical support to two or more controllers -- and that any construction to the contrary would be indefinite.

      10.    The portion of the rough written transcript of the Kitchen deposition corresponding to the video excerpt referenced above (pages 156 to 178) is attached hereto as Exhibit 6.  As soon as possible, Defendants will submit a disk on which the video is synchronized with the written transcript.  For the Court's convenience, the following chart shows the correspondence between certain page/line numbers of the rough transcript and the on-screen timer of the video.

| Page/Line Of Rough Transcript | On-Screen Timer |
|---|---|
| 157:24 | 17:21:37 |
| 158:14 | 17:22:44 |
| 159:19 | 17:25:25 |
| 159:21 | 17:26:38 |
| 160:7 | 17:27:21 |
| 160:8 | 17:28:09 |
| 162:14 | 17:30:52 |
| 162:25 | 17:36:15 |
| 163:20 | 17:37:56 |
| 166:20 | 17:43:48 |
| 167:1 | 17:45:00 |
| 169:6 | 17:48:07 |
| 169:12 | 17:51:43 |
| 169:22 | 17:53:16 |
| 172:7 | 17:57:43 |
| 172:25 | 18:00:28 |
| 178:12 | 18:30:22 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April, 2013 at San Diego, California

           Respectfully submitted,

           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

           By        */s/ Gray M. Buccigross*
                  GRAHAM (GRAY) M. BUCCIGROSS

                  Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC