1                    UNCERTIFIED REALTIME ROUGH DRAFT

2

3       This realtime draft is unedited and uncertified and
        may contain untranslated stenographic symbols, an
4       occasional reporter's note, a misspelled proper name
        and/or nonsensical word combinations.
5
        This is an unedited version of the deposition
6       transcript and should not be used in place of a
        certified copy.  This document should not be
7       duplicated or sold to other persons or businesses.
        This document is not to be relied upon in whole or in
8       part as the official transcript.

9       This uncertified realtime rough draft version has not
        been reviewed or edited by the certified shorthand
10      reporter for accuracy.

11      This unedited transcript is computer generated and
        random translations by the computer may be erroneous
12      or different than that which will appear on the final
        certified transcript.
13
        Due to the need to correct entries prior to
14      certification, the use of this realtime draft is only
        for the purpose of augmenting counsel's notes and
15      cannot be used to cite in any court proceeding or be
        distributed to any other parties.
16
        Acceptance of this realtime draft is an automatic
17      final copy order.

18

19

20

21

22

23

24

25

1

Exhibit 6
Page 6-1

1

2          VIDEO OPERATOR:  Good afternoon.  We are on

3     the record at 1:12 P.M. on April 11th, 2013.

4          This is the video recorded deposition of

5     Garry Kitchen.

6          My name is Steven Togami here with our court

7     reporter Ricki Melton.  We're here from Veritext

8     Legal Solutions at the request of counsel for the

9     defendants and cross plaintiff.

10          This deposition is being held at 655 North

11     Central Avenue, Glendale, California 91203.

12          The caption of this case is NYKO

13     Technologies, Inc., versus Energizer Holding, Inc.,

14     et al., and related counterclaim; case No.

15     CV-12-03001-GAF-VBK.

16          Please note that audio and video recording

17     will take place unless all parties agree to go off

18     the record.  Microphones are sensitive and may pick

19     up whispers, private conversations, and cellular

20     interference.

21          I am not related to any party in this

22     action, nor am I financially interested in the

23     outcome in any way.

24          At this time will counsel and all present

25     please identifies themselves for the record.

2

Exhibit 6
Page 6-2

1     report pages 8 and 9 has your proposed constructions

2     of four claim terms; correct?

3          A    Yes.

4          Q    And your proposed constructions are word for

5     word the same constructions it that NYKO propose end

6     that joint claim construction chart right?

7               MR. HASAN:  Objection.

8               THE WITNESS:  I believe they are, yes.

9     BY MR. HANLE:

10         Q    And so you didn't propose any changes to the

11    claim constructions that were given to you by NYKO

12    before April 3rd, the date of your report,

13    Exhibit 103; correct?

14         A    Before the report, no.  I have since

15    proposed changes.  I did not do them in time for this

16    report.

17         Q    Did you discuss any possible changes to

18    constructions with, NYKO or its attorneys before

19    April 3rd?

20         A    I don't believe so I actually had the

21    constructions for relatively short period of time.  I

22    came in just a couple of weeks ago so it's been a

23    very compressed schedule.  I don't believe I did

24    before the report.

25         Q    Okay.  Flipping back a page of your report

11

Exhibit 6
Page 6-3

1    funny out there?

2        A    They are having a photo shot for Pasadena

3    magazine the women of IP that's the corrective

4    laugher of the women of IP.

5        Q    Did you review the prosecution history

6    before you prepared your expert report Exhibit 103?

7        A    No, I did not.  I have looked at the

8    prosecution history just in the last few days as

9    which begin to work an a rebuttal report.

10       Q    Why didn't you review the prosecution

11   history before April 3rd?

12       A    Likely just an issue of bandwidth it was

13   over 250 pages and I was on a very tight schedule.

14       Q    Were you provided the prosecution history

15   before April 3rd?

16       A    I don't know.

17       Q    Did you ask to be provided a copy of the

18   prosecution history before April 3rd?

19       A    No.

20       Q    And the reason for that is the compressed

21   time schedule and bandwidth?

22            MR. HASAN:  Objection.

23   BY MR. HANLE:

24       Q    Is that right?

25            MR. HASAN:  Objection.

13

Exhibit 6
Page 6-4

1      "Yes" or "no"?

2            MR. HASAN:  Objection improper hypothetical.

3            THE WITNESS:  I would clarify with the

4      person who was saying it that you mean electrically

5      coupled because they are not mechanically coupled.

6      BY MR. HANLE:

7         Q    Well here this sentence doesn't say

8      electrically coupled it just says coupled over a

9      cable correct?

10            MR. HASAN:  Objection.

11      BY MR. HANLE:

12         Q    109?

13         A    Right and I told you I'm not going to

14      analyze because I haven't read the entire patent.

15            MR. HANLE:  Is this correct the way it's

16      expressed.

17            MR. HASAN:  Objection asked and answered.

18            THE WITNESS:  I have no opinion on it.

19      BY MR. HANLE:

20         Q    Would you -- would you agree that -- that --

21      and look at the time frame of this patent so this was

22      filed April 28th, 2004.  Is it your recollection at

23      the time the -- the monitor and the console were

24      connected via a wire for video gaming?

25            MR. HASAN:  Objection.

45

Exhibit 6
Page 6-5

1   BY MR. HANLE:

2        Q    Or cable?

3             THE WITNESS:  You are talking about during

4   the 2004 time frame?

5        Q    Yes.

6        A    Any monitor and any video game console.

7        Q    Were they typically connected by wires or

8   cables during this time frame?

9        A    Yes, they were.

10       Q    Okay.  And would you agree that -- that the

11  monitor and the video game console were coupled?

12            MR. HASAN:  Objection.  Improper --

13  incomplete hypothetical.

14            THE WITNESS:  No not in the way I use the

15  term coupled they may have been electrically coupled.

16  BY MR. HANLE:

17       Q    Okay.  Take a look at -- take a look at

18  column 2 of Exhibit 109.  And the first full sentence

19  at the top of column 2, starts with the online game

20  system do you see that sentence?

21       A    Yes.

22       Q    Would you read that sentence for the record?

23       A    The online game system clues a plurality of

24  game consoles each running software for the online

25  game and the plurality of video game controllers each

                                                        46

Exhibit 6
Page 6-6

1    two are in there and why they are separate and

2    distinction and that clearly teaches someone skilled

3    in the art what they mean by to couple to.  So my

4    answer would be yes, there's clearly set forth in

5    there a definition of how it's used.

6        Q    Would you agree that -- that to electrically

7    couple to is a species of to couple to?

8        A    Something that is coupled together

9    mechanically can also be coupled together

10   electrically but in the context of the patent, they

11   never use the phrase electrically coupled when

12   something is mechanically coupled together she always

13   use the frame to couple to.

14       Q    Okay.  Just focus on my question I don't

15   want to talk about mechanical coupling for a second

16   I'm going to ask the question again yes or no would

17   you agree that electrically coupled to is a species

18   of coupled to?

19           MR. HASAN:  Objection.  Vague and ambiguous.

20           THE WITNESS:  I don't -- what do you mean by

21   the word species.

22   BY MR. HANLE:

23       Q    It's one way that something can be coupled

24   to something else.

25       A    And I -- I thought I answered it it's

63

Exhibit 6
Page 6-7

1     similar to the concept of rain is precipitation but

2     all precipitation isn't rain.  Things that are

3     mechanically coupled to can also be electrically

4     coupled if in fact, they are two electrical

5     connectors that are coupled together as the example

6     in the '848 gives.

7          Q    Okay?

8          A    But it does not mean all coupled items are

9     automatically electrically coupled.

10         Q    Okay.  So using your example so

11    precipitation is the generous the species are rain

12    sleet snow Hale would you agree?

13         A    Yes.

14         Q    Okay.  And coupled to the species would

15    include electrically coupled to mechanically coupled

16    to or coupled to maybe in some other ways; correct?

17              MR. HASAN:  Objection.

18              THE WITNESS:  That's -- that question is

19    trying to narrow down the usage of coupled to and

20    coupled to is a phrase that has many meanings as we

21    saw in the dictionary and I don't think we can narrow

22    down to just coupled to means only these things

23    coupled to can mean a lot of thingses.

24         Q    Included among those to are mechanically

25    coupled to and electrically coupled to; correct?

64

Exhibit 6
Page 6-8

1           MR. HASAN:  Okay.

2           VIDEO OPERATOR:  This marks the end of media

3     number one going off the record at 3:10 P.M.

4           (Off the record.)

5           VIDEO OPERATOR:  This marks the beginning of

6     media No. 2.  Going back on the record at 3:21 P.M.

7           MR. HANLE:  So just to be clear to be sure I

8     have clear testimony, do you believe that the '848

9     patent redefined the term to couple to.

10          MR. HASAN:  Objection.  Asked and answered.

11          THE WITNESS:  No.

12    BY MR. HANLE:

13       Q    Do you believe that the patent the '848

14    patent, disavows the full scope of the meaning of the

15    term to couple to?

16       A    No.

17       Q    Okay.  Take a look at in the patent, the

18    '848 patent which is Exhibit 1 there in front of you

19    and I want you to look at column 9.  And there's a

20    sentence which starts at line 28 I'm going to read it

21    for the record.  I just want you to get there with me

22    it starts at the end of line 28 it starts with the

23    charging system 400 do you see that sentence?

24       A    Yes.

25       Q    The charging system 400 further includes a

                                                        83
Exhibit 6
Page 6-9

1      Q     Where is the base of the cup?

2            MR. HASAN:  Objection.

3            THE WITNESS:  You are talking about couple

4      cups now.

5      BY MR. HANLE:

6      Q     Yes?

7      A     Base of the cup is the bottom.

8      Q     Where is the base of the chair you are sit

9      sitting on?

10     A     I don't know.  Is it on the bottom of the

11     wheels I don't know.

12     Q     But you think it's somewhere on the bottom?

13     A     Sure.

14     Q     Okay.  So would you agree that in general

15     the plain and ordinary meaning of the base of the

16     object is the bottom of the object that supports the

17     object?

18           MR. HASAN:  Objection to the term general.

19           THE WITNESS:  In my report I state

20     unequivocally that the plain and ordinary meaning of

21     the word base is irrelevant to this discussion and

22     that's my opinion.

23     BY MR. HANLE:

24     Q     Boy I wonder if I just stop there that's

25     pretty good.

95

Exhibit 6
Page 6-10

1          So let's -- let's let's talk about some

2     dictionary definitions in a minute and we will go

3     back to the ones you were provided.  And this is

4     starting with Exhibit 106 is the first one which is

5     the Webster's one.

6          A    Are they all in here.

7          Q    So you have got Exhibit 108 keep that

8     because but there's another one in your stack that's

9     Exhibit 106.  And you recall this is one of the ones

10    you were provided and -- and looking at this is the

11    Webster's unabridged dictionary -- I guess let me

12    back up a half step do you contend that base has a

13    specific meaning in the context of engineering in

14    general?

15         A    No.  I couldn't ten that base as a specific

16    meaning in the context of these type of video game

17    controller chargers.

18         Q    So looking at the dictionary definition 106

19    of base the first definition there says this is on

20    page GK114 it says the bottom support of anything

21    that on which the thing stand or rests.  Do you see

22    that?

23         A    Yes.

24         Q    And is that consistent with your

25    understanding of the plain and ordinary meaning of

96

Exhibit 6
Page 6-11

1    the term "base" outside of the context of the '848

2    patent?

3           MR. HASAN:  Objection as to "plain and

4    ordinary."

5           THE WITNESS:  I don't understand why I would

6    care what the Pam is when there's a term of art

7    specific to the scope of this invention that anyone

8    who is in the field knows for the term "base".  There

9    are many many definitions for the term "base".  I

10   don't care that a base is something that my son

11   stands on when he gets a single because that has

12   nothing to do with the scope of this patent.  So I'm

13   not debate what this dictionary says but it's not

14   relevant.

15   BY MR. HANLE:

16       Q    Okay.  So I mean you understand that people

17   litigate things that they disagree on right?

18       A    I've heard that.

19       Q    And so you have had experts on the other

20   side that disagree with you right?

21       A    Yes.

22       Q    And people that are qualified; right?

23       A    Sometimes.

24       Q    Okay.  And so and so the reason that this

25   may be relevant is because somebody made disagree

97

Exhibit 6
Page 6-12

1    with you that there's a meaning of base in the field

2    of art?

3          MR. HASAN:   Objection.

4    BY MR. HANLE:

5      Q    Indulge me for a second?

6          MR. HASAN:   Improper hypothetical.

7          MR. HANLE:   Going back to my question would

8    you agree that outside of the context of the '848

9    patent that this dictionary definition is a good

10   definition of the plain and ordinary meaning of the

11   term "base".

12         MR. HASAN:   Objection as to plain and

13   ordinary meaning versus lay.

14         THE WITNESS:   Outside of the context of the

15   area I'm discussing which is video game accessories

16   video game controller chargers outside of that area

17   broader than just outside of the context of the '848.

18   The '848 is not using the term "base" in some funky

19   way that no one has ever heart of it's very common

20   knowledge.

21     Q    Get back to my question?

22         MR. HASAN:   Let him answer the question

23   finish the answer.

24   BY MR. HANLE:

25     Q    My question is this consistent with the

                                                        98

Exhibit 6
Page 6-13

1    plain and ordinary meaning of of the term "base"

2    outside the context of the '848 patent?

3         MR. HASAN:  Please don't cut off the

4    witness.

5         MR. HANLE:  We only I don't want to be here

6    all night.

7         MR. HASAN:  He's answering your question.

8         MR. HANLE:  I know he's on a role but I want

9    an answer to the question.

10        MR. HASAN:  You are on a role sir would you

11   read back the question please.

12        THE WITNESS:  You don't have to I know the

13   question the answer is no outside of the context of

14   the '848 patent within the context of video game

15   accessory chargers, base is not commonly known as the

16   bottom of anything it is known as the actual charging

17   unit that you put the controllers in.

18        Q    Okay.  So you in a previous answer, you

19   alluded to both video game accessories and video game

20   controller chargers and so I want to focus on that

21   distinction.  Are you contending?

22        MR. HASAN:  Objection.

23   BY MR. HANLE:

24        Q    -- are you contending that the word base

25   high school a specific meaning inconsistent with this

99

Exhibit 6
Page 6-14

1    recall that's a term that's used in the claims of the

2    patent; correct?

3         A    Yes.

4         Q    Okay.  And so is the word structures in your

5    proposed construction here is that word used the same

6    way as the word structures is used in the patent?

7         A    I believe we're modifying the correct

8    meaning of the term "base" to clarify that because I

9    gave the opinion that -- that was not the way would I

10   like to describe base so there's a new definition for

11   the term "base" which we are proceedings which came

12   after I wrote this report.

13        Q    So when you proposed this what did you have

14   in mind for the meaning of the word structures in

15   that proposed definition?

16        A    Well, in that definition, it could mean

17   either the actual structures as used in the patent

18   that make up the base that support the controllers or

19   you could read that to mean it actually includes

20   devices that sit on the base like the controllers

21   themselves and I didn't want there to be ambiguity in

22   the term structures to have people misinterpret it so

23   we decided not I believe in the new definition to use

24   structures because of that ambiguity and understand I

25   was not involved in the initial synthesis of the

103

Exhibit 6
Page 6-15

1    abstract, the video game charging system includes the

2    entire body of the charger; is that correct?

3         A    Yes.

4         Q    Okay.  Going to claim 1, which is on the

5    second page from the end, and on owe in claim 1 about

6    line 34 there's the words base do you see that?

7         A    Yes.

8         Q    Do you understand that the portion that

9    precedes that is sometimes called the preamble?

10        A    Yes.

11        Q    Okay.  And so the preamble says the video

12   game controller charging system for charging a

13   plurality of video game controllers using externally

14   supplied power the video game controller charging

15   system comprising a base.  Do you see that?

16        A    Yes.

17        Q    And would you agree that -- that the meaning

18   of the term "base" there is a part of the video game

19   controller charging system?

20        A    It is the main part of the video game

21   controlling charging system.

22        Q    But it is a part it is not the whole system

23   correct?

24        A    Well it is this piece that holds the

25   controllers I'm using this.  That's the base.  It's

108

Exhibit 6
Page 6-16

1    another term for the unit is the base.

2        Q    Is it the base is the base another term for

3    the video game controller charging system?

4            MR. HASAN:  Objection.  Asked and answered.

5            THE WITNESS:  I don't think it's used that

6    way.  I mean sometimes it may be, but in my context,

7    no.  The base is a shorthand term or a skilled in the

8    art term a term of usage for this part of the

9    charging system that sits here that holds the

10   controllers put them back in the base.

11       Q    Is there another part of the video game

12   controller charging system that is not the base?

13       A    No.

14       Q    Okay.  So the base is the entire video game

15   controller charging system?

16       A    The base is the part of the video game

17   charging system that holds all the other elements.

18   There are other elements.  There are D C ports and

19   there are bays that hole the controllers and there

20   are LED's and there's wire to plug it into the wall.

21   There are a whole bunch of parts but this unit as a

22   whole that holds the controllers is referred to in

23   the industry as the base.

24       Q    Since when?

25       A    Well, let me give you some examples.

Exhibit 6
Page 6-17

1    Energizer's website refers to it as the base when

2    they talk about this product.

3         Q    My question was a what time.  When?

4         A    Since chargers like this came out.

5         Q    Okay.  When was that?

6              MR. HASAN:  Objection.

7              THE WITNESS:  I don't know I can't tell you

8    exactly.

9    BY MR. HANLE:

10        Q    So you are saying that the word base as a

11   meaning in the industry to be the entire charger

12   body; right?

13        A    I'm saying that base has a meaning in the

14   industry to be the main portion of the charger on

15   which you would put away the game controllers so that

16   they charge go put back them in the base.

17        Q    Okay.  And my question is:  When did that

18   usage of the term "base" come into existence?

19        A    And the answer is I don't know exactly.  I

20   would have to research it.

21        Q    What is your best estimate?

22             MR. HASAN:  Objection.

23             THE WITNESS:  I don't have an best estimate

24   it.  I would have to research it.

25   BY MR. HANLE:

110

Exhibit 6
Page 6-18

1    Q    Did that construction of base exist at the

2    time of the filing -- or that meaning of the term

3    "base" exist at the time of the effective date filing

4    date of the '848 patent?

5    A    Absolutely.

6    Q    What date is the effective filing date of

7    the '848 patent?

8    A    I don't know the exact date but it's in the

9    range of 2006, 2007.  And this product here which is

10   one embodiment of the '848 patent was called in

11   consumer marketing the charge base and the reason it

12   was called the charge base is because the people who

13   buy these products understand what a base is and

14   that's why it's called a charge base.

15   Q    So did that usage of the term "base"

16   preexist the product that you just held up in front

17   of the camera?

18   A    I don't know that.

19   Q    Okay.  So is it correct that you don't know

20   when that usage of the term "base" became understood

21   in the industry?

22   A    Well, I certainly know that it was

23   understood as of the time of the invention.  I don't

24   know how far back it goes.

25   Q    What was the date of the invention?

111

Exhibit 6
Page 6-19

1        A     In the range are range of 2006.  2007.  I

2    don't have the exact date in front of me.

3        Q     What is basis of your testimony that that

4    usage of the term "base" existed at the time of the

5    invention which you don't know?

6        A     Which I can look up.

7        Q     Okay.  Let's take your guess of 2006/2007.

8    What is the basis for your testimony that usage of

9    the term "base" existed as of 2006, 2007?

10       A     Because the manufacturer and marketer of

11   this device called it a charge base.

12       Q     After it was invented though; right?

13       A     Well they didn't inventory the word base.

14   You wouldn't put a product out into the market and

15   call it a charge base unless you are target audience

16   understood what the word base means.

17       Q     Do you believe that there was some product

18   out there that preexisted what you just held up that

19   charged wireless controllers that was called a base?

20             MR. HASAN:  Objection.  Objection.

21   Misstates the testimony.

22             THE WITNESS:  No, I didn't say that.  I said

23   that the term of art "base" to mean something that

24   held those types of controllers and plug them in that

25   people would understand that this is a base.  I don't

Exhibit 6
Page 6-20

1  know when that term started.  I could do research and

2  find out.  I don't know.

3      MR. HANLE:  So can you think of before the

4  invention or at the time of the invention, can you

5  think of a single other product out there that was

6  used to charge wireless controllers that had

7  something called a base?

8      A    No, I haven't done any research I'm sure I

9  could do research and figure it out but it's not an

10  area I have looked at but I certainly know from being

11  in the industry and attending 25 consumers electric

12  shows in a row and virtually every E3 from its

13  existence to a couple of years I certainly know what

14  the term "base" means in the industry and I know that

15  the term "base" was active in that time frame or else

16  the manufacturer would not have called this a charge

17  base.

18      Q    What this they coined the term and then it

19  came into use?

20      A    You don't coin the term but putting it on a

21  product and selling it.  If you tried to coin the

22  term people would look at it and go P what the hell

23  do they mean I mean marketing 101 you male a product

24  company spend millions and millions of directors up

25  couple up with a name for a product they do market

                                                    113

Exhibit 6
Page 6-21

1    research they try different names they to surveys the

2    reasons they do because when a product mass hey name

3    that is a name that people will understand you have

4    about five seconds when somebody is walking down an

5    aisle in a store to catch them and get them to make a

6    decision they are not going to take a word out of

7    left field and tut put it in the title I have product

8    so that people go well I'm not really sure what that

9    is.  They named a charge base because people who buy

10   them people who make them people who design them,

11   people who know video game accessory charging market

12   know that's called a base.

13       Q     What is is the basis for the your testimony

14   that the people in the industry know that that's

15   called a base at the time of the invention?

16       A     Because I was in the industry at the time of

17   the invention.

18       Q     Can you think of another example of a single

19   product for charging video game accessories that had

20   a component called a base as of that time the time of

21   the invention?

22            MR. HASAN:  Objection.  Asked and answered.

23            THE WITNESS:  I can't guess I'm not going to

24   guess.  I give precise answering I'm an engineer I'm

25   not going to sit here and make something up I do not

                                                        114

Exhibit 6
Page 6-22

1    know I will be glad to research it but I'm not going

2    to guess.

3    BY MR. HANLE:

4        Q    Okay.  Well haven't you?  You have testified

5    that the basis for your testimony that the base is

6    the entire charging unit is what the industry uses as

7    the term right?

8             MR. HASAN:  Objection.

9    BY MR. HANLE:

10       Q    Is that right?

11            MR. HASAN:  Objections as to the basis.

12            THE WITNESS:  What is that say it again.

13            MR. HANLE:  Go ahead.  * I read.

14            THE WITNESS:  It's one basis it's not the

15   entire bases and when I said I'm not going to guess,

16   I'm not saying I'm not going to guess on whether or

17   not the term was known in the art I know it was.  I'm

18   not going to guess on which device at which precise

19   date was out during that time period.  That would

20   require me to go back and look and see what devices

21   were out.

22       Q    Were there -- were there chargers for

23   wireless controllers in the market before the NYKO

24   charge base that you held up a moment ago?

25       A    I don't know.  I'm sure based on the patent

                                                            115

Exhibit 6
Page 6-23

1    that there were not chargers for wireless controllers

2    that practiced the claims of this.  I'm sure that

3    wasn't out there but there may have been other

4    wireless controllers chargers I don't know I haven't

5    done the research.

6         Q    But isn't -- is not the relative -- the

7    relevant time for -- for understanding the plain and

8    ordinary meaning of patent claim term at the time of

9    the invention?

10        A    Yes.

11        Q    Okay.  So -- so how is it that you believe

12   that the term "base" had the meaning of the entire

13   charger body at the time of the invention if you are

14   not aware of any other products for charging wireless

15   controllers that predated the invention?

16        A    Because I told you I'm not going to guess.

17   For me to find other products it's only reasonable

18   considering I'm here to give fair and honest and

19   accurate testimony, that I would go back and guess.

20   Do you think that I know in my head the release of

21   every accessory product the exact date it came out?

22   Do you think I know that?  Of course I don't I would

23   have to go back and research it.

24        Q    So would you agree with this statement that

25   as of the time of the invention you don't know

116

Exhibit 6
Page 6-24

1    whether the video game industry used the word base to

2    refer to the entire charging body?

3       A    That is absolutely disagree with that

4    statement.

5       Q    Okay.  So are you saying that at the time of

6    the invention you do know that the video game

7    industry used the word base to refer to an entire

8    charging body?

9       A    Yes, I do know that.

10      Q    Okay.  What state every single basis you can

11    think of for knowing at the time of the in invention

12    the industry use the the word base to referring to

13    the entire charging body.  Give me an example, give

14    me a publication.  Something?

15          MR. HASAN:  Objection asked and answered.

16          THE WITNESS:  I don't have to give you

17    anything.  I was in the industry.  I know and there

18    are plenty of things -- I was in the industry I know

19    I know the interpret was used you are asking me for

20    specifics that are impossible to give you I cannot

21    tell you whether a charging station came out in 2004

22    or 2007.  How in God's name would I know that?

23      Q    We should just take your word you can give

24    an opinion that everything in the industry knew that

25    the base was the entire controller body but you don't

117

Exhibit 6
Page 6-25

1    have to give any examples support?

2        A    I give you examples and support I'll put it

3    in the report.

4        Q    The time is now or it ain't coming in?

5        MR. HASAN:  Objection.  Objection that's not

6    the case.  No.

7        THE WITNESS:  Let me get clear I am the only

8    one who is of skilled in the art in video game who

9    wrote a report in this I am the only one if you want

10   to bring another expert and have him tell me that

11   base was not a term of art at the time of the

12   invention I invite you to.

13       Q    Just so it's clear can you think of other

14   than -- other than just your belief can you give me

15   any support or example for your belief that at the

16   time of the invention, the industry used the word

17   base to refer to the entire charger body?

18       MR. HASAN:  Objection.  Asked and answered.

19       THE WITNESS:  It's not my belief it's my

20   knowledge.  I'm not guessing.

21   BY MR. HANLE:

22       Q    Okay.  Can you provide any support for your

23   knowledge?

24       A    Yes I did.  There was a product marketed in

25   2007 that was called a base.

                                                        118

Exhibit 6
Page 6-26

1      Q      Okay.  And that was after the date of the

2   invention right?

3      A      Right and there's no way in the word they

4   would have called this the base if people don't are

5   didn't know what a base was.

6      Q      Let's try the question again?

7      A      We don't have to try it again I have

8   answered it.

9      Q      No you haven't.  So let's try it again?

10          MR. HASAN:  Argumentative.  Argumentative.

11   BY MR. HANLE:

12      Q      So can you think of an example before the

13   time of the invention which was before this

14   commercial product can you think of any any support

15   or example where the industries used the word base to

16   refer to an entire charger body?

17          MR. HASAN:  Objection.  Asked and answered.

18          THE WITNESS:  Yeah and it's completely

19   reasonable for to tell you they are not playing a

20   memory game here and I do not know the exact release

21   dates of every video game accessory that has come out

22   and I will not sit here and guess and say well I

23   think this device that came out from this company was

24   probably out before.  I would have to do research to

25   do that and I don't have that research here.  So I

119

Exhibit 6
Page 6-27

1    cannot give you a specific.  But I know as sure I'm

2    sitting here and anyone else in the industry would

3    know as sure as they would be sitting here that you

4    call these things a base and you call them that at

5    the time of the invention.

6    BY MR. HANLE:

7        Q    What other -- what other video game

8    controllers charging stations are you aware of that

9    were on the market by 2008?

10       A    I don't know I haven't done the research.

11   There are a lot of charging stations I don't know

12   which were on.  I just told you I don't have release

13   dates on those.  I don't know.

14       Q    I moved the date?

15       A    From 2007 to 2008.

16       Q    So you can't think of any other charging

17   stations for wireless controllers that were on the

18   market as of 2008 other than the NYKO charge base is

19   that; right?

20       A    I can't specifically name one.  There may

21   have been ones in the market but I can't specifically

22   name them in can you name any where the charger body

23   was referred to as the base that were in the market

24   as of 2008.

25            MR. HASAN:  Objection.

                                                        120

Exhibit 6
Page 6-28

1            THE WITNESS:  You already asked and answered

2      me that question.

3            MR. HASAN:  Asked and answered.

4            THE WITNESS:  And the answer I gave that I

5      cannot point out specific products that were out at

6      specific times dating back five to six years it's

7      an -- it's an irrational question for you to expect

8      me to know release dates on all of these products

9      going back five or six years I don't know them.

10     BY MR. HANLE:

11        Q    Mr. ?

12            MR. HASAN:  Mr. Hanle he gave you a summary

13     of his testimony he it doesn't mean he completed all

14     of the research to support it but we have given you a

15     summary of it.

16            MR. HANLE:  Now is the time to support it.

17            MR. HASAN:  No now is not the time to

18     support it we told you we could have postponed and

19     done all this but you wanted to proceed we did it we

20     proceed end due haste just like you asked his

21     rebuttal report will be filed on Monday if you think

22     there's basis to take his deposition on those points

23     then you can go to the court and do it but that's not

24     the stipulation I understand that gray and Warren

25     entered into.

Exhibit 6
Page 6-29

1          MR. HANLE:  Well first of all I think that

2     he had one shot and I don't even think these are

3     proper but you know we're asking the questions and.

4          MR. HASAN:  Fair enough.

5          MR. HANLE:  -- and we're going to do what

6     we're going to do.

7          MR. HASAN:  Fair enough.

8     BY MR. HANLE:

9     Q    So what when as of 2009, can you think of

10    any products on the market as of 2009 where the

11    entire charger body was referred to as the base?

12    A    You are asking for specificity on release

13    dates and I don't have that.  I've told you that.

14    Q    Okay.

15    A    I don't catalog in my head what

16    manufacturers put out what products on what dates.

17    Q    Okay.  Other -- other than NYKO, is it your

18    belief that any other -- that the entire charger body

19    of any other products is -- is called a bay?

20         MR. HASAN:  Objection asked and answered.

21    BY MR. HANLE:

22    Q    As of today?

23    A    Yes this product.  It's on the website.

24         MR. HASAN:  Let the record reflect.

25         THE WITNESS:  This is the Energizer P D P

122

Exhibit 6
Page 6-30

1    charger.

2    BY MR. HANLE:

3        Q    Okay any others other than the Energizer

4    charger and the NYKO charger?

5        A    Yes there are a number of them.

6        Q    Name them.

7        A    I can't name them I did a Google search and

8    I searched for charging bases and I got 5, 67 many of

9    them.

10       Q    And you cannot name any of them?

11           MR. HASAN:  Objection from memory.

12       A

13       A    I didn't write them down they will be in my

14   rebuttal report but I don't have them here in front

15   of me.  Charging base is extremely common today.  And

16   it was common back at the invention of the patent.

17       Q    And your Google search but find any chargers

18   that preexisted the invention the effective invention

19   date of the --

20           MR. HASAN:  Objection.

21           THE WITNESS:  No I was specifically looking

22   at what is on the market today.  I wasn't looking

23   historically I was looking at products that are on

24   the market today so the product on the market today

25   likely would not have been in the market 7 years ago.

123

Exhibit 6
Page 6-31

1        Q     Each adapter?

2        A     1, 2, 3.

3        Q     Okay.  All right.  So is it your belief

4     that -- that -- that the embodiment shown in figures

5     16 through 23 is claimed in claim 1 and claim 13?

6        A     Yes.

7        Q     Let's take a short break?

8              MR. HASAN:  Sure.

9              VIDEO OPERATOR:  This marks the end of media

10    No. 2.  Going off the record at 4:54 P.M.

11             (Off the record.)

12             VIDEO OPERATOR:  This marks the beginning of

13    media No. 3.  Going back on the record at 5:08 P.M.

14    BY MR. HANLE:

15       Q     Okay.  Do you have an understanding of the

16    meaning of the term structure as used in the claims

17    of the '848 patent, the asserted claims?

18       A     Yes, I do.

19       Q     What is your understanding of the term

20    structure?

21       A     Where is my patent?  There it is.

22             MR. HASAN:  We're going to produce a

23    demonstrative that he put together.

24             THE WITNESS:  My understanding is based on

25    what is in the claims.  Structures provide physical

                                                      150

Exhibit 6
Page 6-32

1    support to the controllers while they are being

2    charged.  Structures makeup docking bays that hold

3    the video game controllers and structures form a

4    plurality of opposite surfaces that make up the

5    docking bay and have a DC port in the middle.

6            MR. HASAN:  To be clear for the record we

7    produced to Mr. Hanle a demonstrative that the

8    witness put together.

9            MR. HANLE:  We will have marked.

10       A    This one has marked.

11           MR. HANLE:  I would love to see the writing

12   on the back.

13           MR. HASAN:  No they are Kat Quigley.

14           MS. QUIGLEY:  If you can read that.

15           MR. HASAN:  It's work product between Kat

16   and me I promise.

17   BY MR. HANLE:

18       Q    Did you rely on the writing on the back of

19   that for your opinion?

20       A    I didn't know there was writing on the back.

21           MR. HANLE:  It's a serious question.

22           MR. HASAN:  I'll tell you I'll represent to

23   you on the record that this writing was because I

24   inadvertently did it while the deposition was going

25   on.

151

Exhibit 6
Page 6-33

1    BY MR. HANLE:

2        Q     You recall you were providing this brief at

3    last after you completed your expert report; correct?

4        A     Yes, I believe it was definitely after.

5        Q     Okay.  And take a look at page 15 I'm going

6    to point to the inventor testimony at the bottom.

7    And it says Mr. Navid also testified in support of

8    the at least one structure being capable of including

9    more than one structure.  At his deposition when

10   asked if you could point to quote at least one

11   structure on the base for providing physical support,

12   he said so it could be partitions 406.  These are the

13   structures the support structures.  And it has a cite

14   and then it goes on.  He further stated that each of

15   these partitions 406 were separate structures.

16           Do you agree with the inventor that each of

17   the partitions 406 were separate structures?

18           MR. HASAN:  Objection to the extent you

19   haven't analyzed but if you have please answer.

20           THE WITNESS:  Yes those are separate

21   structures.

22   BY MR. HANLE:

23       Q     So each partition is a structure?

24       A     But the partition in and of itself as a

25   structure needs to work with other structures to

156

Exhibit 6
Page 6-34

1    provide physical support to create a docking bay.

2    One partition by itself cannot create a docking bay

3    by definition.  And it cannot -- and one partition by

4    itself does not include in the docking bay a DC port

5    so the structures a plurality of structures work

6    together to create the what is claimed in this patent

7    which is a docking bay with a port at the bottom that

8    this nicely mates into.

9         Q    Okay.  So just to be sure, yes or no, is

10   each -- each partition a separate structure?

11              MR. HASAN:  Objection.  Asked and answered.

12   BY MR. HANLE:

13        Q    Yes or no?

14              MR. HASAN:  Asked and answered.

15              THE WITNESS:  Each partition is a straight

16   structure but it takes more than one structure to

17   satisfy the claims as they are here.  It takes

18   structures that create a docking bay, structures that

19   create a set of parallel surfaces opposite surfaces

20   and it takes a DC port.  So they are structures, yes,

21   but a single structure by itself is not going to

22   practice the claims of the patent.

23   BY MR. HANLE:

24        Q    Okay.  Turn to page 12 of the NYKO's brief,

25   Exhibit 114.  So would you agree -- so there's a

157

Exhibit 6
Page 6-35

 1    sentence on page 12 starts at line 18 and it reads as

 2    follows:  The phrase quote at least one structure

 3    closed quote is repeatedly used in claim 1 as a term

 4    to emphasize that the structure can be either one

 5    structure or more than one structure.

 6           Do you agree with that?

 7    A    Yes.

 8    Q    Okay.  So I want you to just for now and we

 9    can -- we can talk about other examples -- focus on

10    where structure is a single structure.  Okay.  And --

11    and would you agree that where the structure is a

12    single structure that single structure needs to be

13    capable of providing support to a plurality of

14    docking bays?

15           MR. HASAN:  Objection as to form.

16           THE WITNESS:  Can I see the claim

17    construction brief, the one -- I don't see it in

18    here.

19    BY MR. HANLE:

20    Q    Whose?

21    A    Not the brief the claim construction

22    document that shows everyone's claim constructions.

23    You have a nice words for it earlier and I don't

24    remember what it was.

25    Q    The joint claim construction chart?

158

Exhibit 6
Page 6-36

```
 1        A    The joint claim construction chart.  That's

 2   the one.

 3             MR. HASAN:  Here you go.

 4             THE WITNESS:  Thank you.

 5             MR. HANLE:  Can you reread the question

 6   please.

 7             THE WITNESS:  I think this is old.  Isn't

 8   there a new construction for at least one?  At least

 9   one is not one or more structures on the base each

10   defines a plurality of documenting base there's a

11   newer one isn't there.

12             MR. HASAN:  You are talking about the one

13   that defendants changed.

14             THE WITNESS:  Yes.

15             MS. QUIGLEY:  It's in the brief.

16   BY MR. HANLE:

17        Q    I can give you a brief can you read back the

18   question and see if you can answer the question

19   please.  * I read?

20             MR. HASAN:  Same objection as to form.

21             THE WITNESS:  If there was a single

22   structure, for example, a molded piece of steel, that

23   was one structure?  That's the question you are

24   asking me?

25   BY MR. HANLE:
```

159

Exhibit 6
Page 6-37

1          Q      I'm asking whether -- you just agreed with

2     me that at least one structure includes only one

3     structure, one example of at least one structure is

4     where there's only one structure.

5               In that case, would the claim require that

6     single structure provide physical support to two or

7     more video game controllers?

8          A      I have a difficult time grasping a scenario

9     where you could have one structure because a

10    structure needs to comprise a plurality of opposite

11    surfaces it needs to define a docking bay and it

12    needs to have DC ports.  So I guess I don't

13    understand how one structure could do that.

14         Q      Well, isn't that what the claim requires

15    doesn't it say so read the second element of the

16    claim it's the one right after base of claim 1.  You

17    can look at your Exhibit 113.  Your Exhibit 113 has

18    it or the claim either one.

19         A      I would rather look at the claim I'm sorry a

20    second of one.

21         Q      Second element after the preamble of

22    claim 1, read it out loud?

23         A      At least one structure on the base for

24    providing physical support to the plurality of video

25    game controllers while the plurality of video game

Exhibit 6
Page 6-38

1    controllers are being charged.

2         Q    Okay.  So we're all in agreement that at

3    least one structure can include only one structure;

4    correct?

5         A    Well, what I said before that can be a

6    structure, but that structure in and of itself cannot

7    practice the claims.  It has to be combined with

8    other structures to CEO item the bay that has the DC

9    port.  I did not say that that the partition 406 that

10   the inventor pointed out in and of itself is a single

11   structure that does these claims.

12        Q    I don't want to worry about partitions or

13   walls or anything else.  I just want to talk about

14   structure in the abstract here.

15             It says -- you just testified a moment ago

16   that at least one structure -- that the term at least

17   one structure could include only one structure;

18   right?

19             MR. HASAN:  Objection.

20   BY MR. HANLE:

21        Q    Do you want to change that?

22             MR. HASAN:  Objection.  Mischaracterizes.

23             THE WITNESS:  I don't think I testified

24   that.

25             MR. HASAN:  Mischaracterizes the context.

161

Exhibit 6
Page 6-39

1    BY MR. HANLE:

2        Q    Let's go back to the brief page 1.  We will

3    read it again.  We will go through it again if we

4    need to.  Page 12.  Brief which is Exhibit 114

5    starting at line 18 says the phrase at least one

6    structure is repeatedly used in claim 1 as a term to

7    emphasize that the structure can be either one

8    structure or more than one structure and I want to

9    talk about when it's one structure.  Okay?

10            And my question is:  When it's only one

11   structure, as -- as NYKO's brief says it can be,

12   doesn't the claim require that that one structure

13   provide physical support to two or more video game

14   controllers?

15            MR. HASAN:  If you need to read the whole

16   brief to get context, do it.

17            THE WITNESS:  I'm reading what I need to

18   read.  Bear with me I'm reading.

19            MR. HASAN:  Take your time, but if you can't

20   answer it.

21            THE WITNESS:  No, I'm not saying I can't

22   answer it.  I just want to read what I have to read.

23            MR. HASAN:  There will you be glug glug glug

24   on the video.

25            THE WITNESS:  My problem with the question

162

Exhibit 6
Page 6-40

1    is that to support more than one video game

2    controller, it will require having at least two DC

3    ports and on page 15 of the brief it states that DC

4    ports are indisputably distinction elements if it has

5    two DC ports it has at least two structure elements.

6    BY MR. HANLE:

7        Q    Wait a minute here.  Claim says at least one

8    and at least one can mean only one; right?

9            MR. HASAN:  Objection.  Repeat objection as

10   to form reread the question please.  * I read.

11           THE WITNESS:  Claim of means one or more. At

12   least one means one or more it does not only mean

13   one.

14   BY MR. HANLE:

15       Q    Well, one or more let's take the one and now

16   ask about the one, and so the question again:

17   When -- when the at least one is only one, doesn't

18   that only one structure have to, according to

19   claim 1, provide physical support to two or more

20   video game controllers according to the claim?

21           MR. HASAN:  Objection.  Asked and answered.

22           THE WITNESS:  I can't answer the question

23   the way you are asking it because by definition to

24   hold two controllers it must have have two DC ports

25   and DC ports are distinct structural elements so it

163

Exhibit 6
Page 6-41

1     can't be one structure.

2          Q     So am I to understand that that structures

3     on the base can include DC ports?  As the term

4     structures on the base is used in claim 1, could that

5     include DC ports?

6               MR. HASAN:  Objection.  The claim language

7     speaks for itself.

8               THE WITNESS:  Well, the claim says at least

9     one structure on the base if you remember comprises a

10    plurality of pairs of opposite surfaces.  Here are

11    the opposite surfaces.  Here are the opposite

12    surfaces each pair of surface is defining a

13    respective docking bay this in total is the docking

14    bay.  Of the plurality of docking bays each of the DC

15    ports being on the base between the respective one of

16    the pairs.  So I would consider the DC port one of

17    the structures that make up the docking bay.

18    BY MR. HANLE:

19         Q     So the structures include the least one

20    structure on the base could include -- could mean at

21    least one docking -- excuse me -- at least one DC

22    port on the base.  Is that your testimony?

23              MR. HASAN:  Objection.  The claim speaks for

24    itself.

25              THE WITNESS:  I'm sorry.  Could you ask that

164

Exhibit 6
Page 6-42

1    question again.

2                MR. HANLE:  Go ahead and read it back.

3                MR. HANLE:  Let me go ahead I'm sorry.

4                THE WITNESS:  I'm sorry.  I missed.  Go

5    ahead and reask or whatever.

6        Q    You see that claim 1 uses the term at least

7    one structure on the base?

8        A    Yes.

9        Q    And is it your testimony that at least one

10   structure on the base could include DC ports?

11               MR. HASAN:  Objection.  The claim speaks for

12   itself.

13               THE WITNESS:  By definition the DC ports

14   have to be part of the docking bays for the invention

15   to work.  The docking bay has to have a DC port so by

16   definition, if you are telling me it's holding two

17   controllers there has to be two DC ports.

18   BY MR. HANLE:

19       Q    That's not my question.  Just a definition L

20   question.  At least one structure on the base does

21   that phrase at least one structure on the base

22   include DC ports?

23               MR. HASAN:  Objection.

24   BY MR. HANLE:

25       Q    Yes or no?

165

Exhibit 6
Page 6-43

1            MR. HASAN:  The claim language speaks for

2      itself.

3            MR. HANLE:  It never does, Art.

4            THE WITNESS:   On page 14 of the brief, the

5      brief quotes column 9 lines 51 to 55 describing in

6      what embodiment the structure and the structure each

7      pair of opposite surfaces a pouring of the base

8      corresponding docking bay and/or locaters 410 may

9      comprise a structure for providing physical support

10     to one of the video game controllers 420 during

11     charging.

12            So a docking bay in my understanding each

13     one of these docking bays is a structure so if it is

14     holding two video game controllers it has two

15     structures and if it has two structures it doesn't

16     have one struck so that's why I'm wrestling with the

17     question.

18      Q    So two questions out there that haven't been

19     answered yet one is a DC port a structure on the

20     base "yes" or "no"?

21            MR. HASAN:  Objection.  Asked and answered.

22     BY MR. HANLE:

23      Q    And if you can't answer, just say you can't

24     answer.

25            MR. HASAN:  The language speaks for itself.

                                                      166

Exhibit 6
Page 6-44

1          THE WITNESS:  No, I think I misspoke.  The

2     docking bay is the structure the DC port is between

3     the walls of the docking bay but I wouldn't use the

4     term structure for that.  I got thrown off because

5     the brief uses the words structure but it's not using

6     it in the came way I believe as the patent.

7     BY MR. HANLE:

8          Q    Okay.  Then back to the original question,

9     when the -- when the at least one structure is used

10    in claim 1 is only one structure as we have already

11    established it can be.

12         MR. HASAN:  Mischaracterizes his testimony.

13         MR. HANLE:  Oh, no, it doesn't.

14         MR. HASAN:  Okay.

15    BY MR. HANLE:

16         Q    In that case, where at least one is only

17    one, does the claim require that that one structure

18    provide physical support to a plurality of video game

19    controllers?

20         MR. HASAN:  Objection.  Asked and answered,

21    mischaracterizes the testimony.

22         THE WITNESS:  Yeah, what I answered before

23    was that if the video game device video game charger

24    has to hold two or more controllers, then it has to

25    have two or more docking bays and the docking bay is

167

Exhibit 6
Page 6-45

1    defined on column 9 of the patent as opposite

2    surfaces portion of the base 402, a docking bay 404.

3    So by definition for it to have two docking bays to

4    dock two controllers, it clearly has more than one

5    structure.  So I can't answer the question better

6    than that.

7    BY MR. HANLE:

8        Q    Okay.  Well, then so is it -- so the

9    sentence in the brief -- and there's two sentences in

10   NYKO's brief on page 1 and let's go back to page 12

11   of the brief.  And where it says that the structure

12   can be either one structure or more than one

13   structure, do you agree that -- that at least one

14   structure can be one structure as it's stated in this

15   document?

16       A    I'm sorry.  Where are you looking on 12.

17       Q    19 through 21?

18       A    19 through 21.

19       Q    The same one I have been reading and then

20   similarly and let's I'll restate the question but

21   similarly I just want to point out that at line 24

22   through 26 it says at least one docking structure

23   which is the claim term used in claim 13 is used as a

24   term to emphasize that the structure can be either

25   one structure or more than one structure.  And what I

168

Exhibit 6
Page 6-46

1    want to talk about is when there's only one structure

2    or one docking structure, okay, so specifically

3    claim 1, when there's only one structure on the base

4    us didn't the claim 1 require that it provide

5    physical support to two or more video game

6    controllers?

7              MR. HASAN:  Objection.  Compound.

8    Objection.  Misstates the testimony, vague and

9    ambiguous, asked and answered as to the first part at

10   least.

11             Review the report if you have to.

12             THE WITNESS:  Yeah, I am.

13             Well, since at least one doesn't mean one,

14   it means one or more I think the scenario you are

15   describing can only happen when there's more than one

16   because it has to have two docking bays.

17   BY MR. HANLE:

18        Q    So are you saying that you disagree with

19   these sentences in NYKO's brief?

20             MR. HASAN:  Objection out of context.

21   BY MR. HANLE:

22        Q    Are you saying that at least one structure

23   as used in claim 1 has to be more than one structure?

24             MR. HASAN:  Objection.  Asked and answered.

25             Would you read back the last answer for me,

169

Exhibit 6
Page 6-47

1    please.   * I read.

2              THE WITNESS:   I think the confusion we're

3    having here if you look for example at the the least

4    one docking structure the at least one dozens is made

5    up of structure at least docking structure it has the

6    parallel walls it has the floor it has these little

7    guys here I forgot what they are called but in fact

8    the docking bay is a structure and it's made up of

9    structures.   So I could refer to the docking bay as

10   one structure but in fact it's made up of structures

11   that are the side walls the bottom of the base and

12   the plurality of pairs of parallel plain or surfaces.

13   So I think that's where we are getting the confusion.

14   BY MR. HANLE:

15      Q    I agree it's confusing.   So let's go to

16   claim 1 for a second and not introduce the term

17   "docking structure," which is used in claim 13 and

18   let's ask about least one structure which is used

19   three times in -- in claim 1.   And my question is:

20      A    I just need to clarify you just put words in

21   my mouth I didn't say when I said it was confusing I

22   didn't say that the patent is confusing I said that

23   the question is confusing.

24      Q    Oh, I see.

25              So -- so do you believe that at least one

                                                    170

Exhibit 6
Page 6-48

1    structure on the base as that phrase is used

2    repeatedly in claim 1 can include an instance where

3    there's only a single structure on the base?

4          MR. HASAN:  Objection.  Asked and answered.

5          THE WITNESS:  If we look at the brief on

6    page 14 of the brief, the brief describes once again,

7    a docking bay.  Each pair of opposite surfaces a

8    portion of the base 402 a corresponding docking bay

9    404, and/or locaters 410 may comprise a structure for

10   providing physical support to one of the video game

11   controllers 420.  Two lines down it points out:  The

12   specification discloses that said at least one

13   structure can include any or all of the structures

14   listed.  Meaning that the opposite surfaces, the

15   portion of the base, docking bay these are all

16   structures.  So the conundrum that we're running into

17   here the is the docking bay is a structure.  I

18   understand that the docking bay is a structure.  Well

19   these side walls are structures too and the bottom of

20   base here that makes up the docking bay is also a

21   structure so the docking bay is a structure that's

22   not one structure it's made up the multiple

23   structure.  So in fact, there's not a structure that

24   is made up of multiple structures the way the docking

25   bay is made up of multiple structures there's not a

171

Exhibit 6
Page 6-49

1    structure that you can define which can hold multiple

2    controllers unless it's made up of these discrete

3    structures that make up the physical object.

4        Q    Okay.  So -- so when there's only one

5    structure on the base, does the claim require that

6    one structure to provide physical support to two or

7    more video game controllers?

8            MR. HASAN:  Objection.  Incomplete

9    hypothetical, vague and ambiguous.

10           THE WITNESS:  Could you read the question

11   back.  * I read.

12           MR. HASAN:  Can we take a break at some

13   point?  I think we have to change a plane

14   reservation.

15           MR. HANLE:  We have been trying to get an

16   answer to this question for a long time.  When he

17   gets an answer to the question or tells us that he

18   can't answer the question, then we can take a break.

19   Not before.

20           MR. HASAN:  I know it's improper to leave in

21   the middle of a question.  I wasn't saying we were

22   going to do that I said after the question.  I know

23   that's totally improper so we're not trying to do

24   that.

25           THE WITNESS:  In the same way that the

                                                       172

Exhibit 6
Page 6-50

1    patent describes this recess that holds the

2    controller as a structure, which is made up of other

3    structures, in that same way, the patent can -- well,

4    the patent by definition must have multiple

5    structures to hold multiple controllers.

6    BY MR. HANLE:

7        Q    Well doesn't -- doesn't the claim say at

8    least one structure which it could include only one

9    structure and not multiple structures?

10           MR. HASAN:  Objection.

11           THE WITNESS:  The claim says one or more

12    structures.

13    BY MR. HANLE:

14       Q    It say at least one; right?

15       A    Which we're defining as one or more.

16       Q    In the instance where it's only one

17    structure, that's the one we're focused on now that's

18    the one I want to know does the claim require that

19    that one structure provide physical support to two or

20    more controllers?

21       A    I can't answer the question again I answered

22    it like five times.

23       Q    You haven't answer it.

24       A    You have any answer you have my answer I'm

25    not going to do better what I just gave you.

173

Exhibit 6
Page 6-51

1          MR. HASAN:  Asked and answered.

2     BY MR. HANLE:

3          Q    Let me -- let me ask then a question.

4               Doesn't -- don't those partitions on --

5     on -- as shown in Figure 11 which you are looking at

6     right now, don't -- doesn't each one of those

7     partitions provide physical support to two or more

8     game controllers?

9               MR. HASAN:  Objection.

10              THE WITNESS:  They may supply each side of

11    the pa I guess it may provide partner physical

12    support.  Certainly if I had one partition and I

13    tried to put down a controller with one partition it

14    wouldn't support it because it would fall over but

15    they made a role the sides play a role in providing

16    physical support but one partition in and of itself

17    does not create a docking bay and one partition in

18    and of itself does not create pairs of opposite

19    surfaces.

20              MR. HASAN:  That's three or four questions

21    now can we take a break so he can change his flight.

22              MR. HANLE:  Yeah.

23              MR. HASAN:  Okay.

24              VIDEO OPERATOR:  Going off the record at

25    6:03 P.M.

                                                    174

Exhibit 6
Page 6-52

1          (Off the record.)

2          VIDEO OPERATOR:  Going back on the record at

3     6:24 P.M.

4     BY MR. HANLE:

5          Q    Okay.  Would you agree, Mr. Kitchen, that

6     when according to claim 1 when at least one structure

7     on the base is -- is a single structure, that that

8     single structure must comprise a plurality of docking

9     bays?

10          MR. HASAN:  Objection as to form.

11     BY MR. HANLE:

12          Q    I'm looking at the it's the fourth element

13     now.

14          THE WITNESS:  I'm sorry.  Could you read it

15     back.  * I read.

16          Yes, I'll agree to that.

17     BY MR. HANLE:

18          Q    Okay.  And would you agree when the at least

19     one structure on the base is single structure that

20     single structure must provide support to two or more

21     video controllers.

22          A    I can't imagine an embodiment based on the

23     embodiments in the patent but I suppose it's possible

24     there is an embodiment that could do it.  So the

25     answer is yes.

175

Exhibit 6
Page 6-53

1     Q     Okay.  Well, wouldn't that embodiment be the

2     embodiment where the structure is a partition that

3     supports a controller on either side of the

4     partition?

5     A     No I don't believe a single partition would

6     support an object this heavy without having two

7     parallel side.  I mean I don't think it's going to

8     support.  I think it's going to fall over.

9     Q     Are you reading support to be totally

10    support?

11    A     Physically support is the way I'm reading

12    it.

13    Q     Okay.  But if it provides some support along

14    with other elements, doesn't that meet the

15    limitation?

16    A     No, I think if you are going to say it's one

17    structure that providing support, well, there are no

18    other elements there are no other structures helping

19    so it's one structure.  You said it was one structure

20    so if it's one structure that that this partition can

21    lays no other structures on either side holding the

22    video game controller then I would say no it can't do

23    it.  Now another structure could do it but not a

24    partition that does not create a bay with parallel

25    walls.

176

Exhibit 6
Page 6-54

1        Q      Okay.  So you can't -- you can't think of an

2    example where a single structure would provide

3    physical support to two or more video game

4    controllers; correct?

5              MR. HASAN:  Objection.

6              THE WITNESS:  What I'm maybe I thought you

7    said couldn't the partition 406 if it was the only

8    structure doesn't that can you supply physical

9    support to plurality of video game controllers and I

10   said no, I don't think it can did I get the question

11   wrong.

12   BY MR. HANLE:

13       Q      No, I moved onto a different question.  So

14   my question is:  You can't think of an embodiment or

15   an example where a single structure would provide

16   physical support it a plurality of video game

17   controllers correct?

18             MR. HASAN:  Objection.

19             THE WITNESS:  No, I'm not saying that.  I'm

20   sure there's an embodiment that could do it.  Maybe a

21   molded piece of plastic that creates one piece that

22   creates multiple bays it's possible.

23   BY MR. HANLE:

24       Q      But to met it it would be you would have one

25   piece that would have two bases; correct?

177

Exhibit 6
Page 6-55

1     A     One structure would support to a multiple of

2     video game controllers in that scenario.

3     Q     Other than one piece forming two docking

4     bays can you think of any other examples that would

5     meet the limitation where the at least one structure

6     was only one structure?

7     A     No, I think one structure means one

8     structure.  So I think it's got to be one piece.  I

9     mean it's certainly not related to the embodiments

10    that are shown in the patent, but I can't see how it

11    would be more than one piece if it's only one

12    structure.

13    Q     Okay.  So let's mark as the next Exhibit 115

14    Exhibit 5 to the -- to the Buccigross declaration

15    that was submitted by defendants in support of their

16    claim construction position.

17                (Exhibit 115 was marked for

18                identification by the reporter

19                and is attached hereto.)

20    BY MR. HANLE:

21    Q     And these documents are all part of the

22    prosecution history of the '848 patent.  Is it

23    correct that you have reviewed that prosecution

24    history?

25    A     Yes.

178

Exhibit 6
Page 6-56

1      Q    And is it your understanding that that

2   amendment was made in order to overcome the rejection

3   based on Chang?

4      A    I understand this change was made to address

5   a rejection based on Chang, yes.

6      Q    Okay.  Your Exhibit 112 which is the e-mail

7   with your new opinions, turn to that please.

8      A    112.

9      Q    It looks like that.

10      A    Here it is.  112.

11      Q    At the bottom, it states Mr. Kitchen will

12   opine that the term "supported by the base" is clear

13   on its face and needs no construction.  Do you see

14   that?

15      A    Yes.

16      Q    So let's take the example of a building

17   and -- and -- and would you agree that the base of a

18   building would be the bottom of the building?

19      A    Yeah, at least the lower floor.

20      Q    Okay.  And so let's suppose on the on the

21   roof of the building -- let's say it's a 20-story

22   building on the roof of the building, you have a

23   table and on the table you have a book and on the

24   book you have a cup in that case would the cup be

25   supported by the base?

183

Exhibit 6
Page 6-57

1                    MR. HASAN:  Incomplete hypothetical.

2                    THE WITNESS:  I would say yes.

3      BY MR. HANLE:

4          Q    So is it true no matter how many intervening

5      elements if you can trace it back down to the base,

6      that whatever item is on top would be supported by

7      the base?

8                    MR. HASAN:  Objection incomplete

9      hypothetical.

10                   You can answer.

11                   THE WITNESS:  I would prefer if you give me

12     a specific example but supported by the way I unit

13     means that it's holding it up it's keeping it from

14     falling so obviously the base is keeping the cup from

15     falling and it would be keeping something on ton of

16     the cup from falling.

17     BY MR. HANLE:

18         Q    Does the '848 patent disclose any

19     embodiments where the mini USB port is not physically

20     on the base?  In other words directly -- directly on

21     the base.

22         A    I don't know what you mean by directly on.

23         Q    Okay.  Does the '848 patent disclose any

24     embodiments where the mini USB port is not on the

25     base?

                                                          184

Exhibit 6
Page 6-58