# EXHIBIT 12 – VIDEO TRANSCRIPT DVD

# LODGED WITH COURT