SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:    858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer
Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendants. | Case No. CV12-03001-GAF-VBK <br><br> **DEFENDANTS' NOTICE OF LODGING OF EXHIBIT 12 TO SUPPLEMENTAL BUCCIGROSS DECLARATION** <br><br> **DATE:   April 29, 2013** <br> **TIME:   9:30 A.M.** <br> **CTRM:   740** <br><br> **Hon. Gary Allen Feess** |

1    Please take notice that Defendants Energizer Holdings, Inc., Eveready

2  Battery Co., Inc., and Performance Designed Products LLC ("Defendants") hereby

3  lodge Exhibit 12 to the Supplemental Declaration of Graham M. Buccigross in

4  Support of Defendants' Responsive Claim Construction Brief ("Exhibit 12").

5    Exhibit 12 is a DVD containing an excerpt of the video transcript of the

6  deposition of Plaintiff Nyko Technologies, Inc.'s expert witness Garry Kitchen,

7  taken April 11, 2013.

8  DATED:  April 15, 2013       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10

11                              By    /s/ Daniel N. Yannuzzi

12                                     DANIEL N. YANNUZZI
                                       STEVEN M. HANLE
13                                     GRAHAM (GRAY) M. BUCCIGROSS
                                       MATTHEW M. MUELLER
14                                    Attorneys for Defendants,
                                      Performance Designed Products LLC,
15                                    Eveready Battery Co., Inc.,
                                      and Energizer Holdings, Inc.
16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On April 15, 2013, I electronically filed the following document(s) described as

**DEFENDANTS' NOTICE OF LODGING OF EXHIBIT 12 TO SUPPLEMENTAL BUCCIGROSS DECLARATION**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on April 15, 2012, at San Diego, California.

/s/ Rex Bautista
Rex Bautista