ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
KATHERINE L. QUIGLEY, CA Bar No. 258212
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone:  (626) 795-9900
Facsimile:    (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF KATHERINE L. QUIGLEY IN SUPPORT OF PLAINTIFF NYKO TECHNOLOGIES, INC.'S REBUTTAL CLAIM CONSTRUCTION BRIEF**<br><br>DATE:    April 29, 2013<br>TIME:     10:00 a.m.<br>CTRM:   740<br><br>Hon. Gary Allen Feess |

I, Katherine L. Quigley, declare as follows:

1. I am an associate with Christie, Parker & Hale, LLP, counsel for Plaintiff and Counterdefendant NYKO Technologies, Inc. ("NYKO"). I make this declaration based on personal knowledge and if called as a witness, could competently testify to each of the following facts.

2. Attached as Exhibit R is a true and correct copy of U.S. Patent 7,942,747 to Cole with portions highlighted.

3. Attached as Exhibit S is a true and correct copy of U.S. Patent Application Publication No. 2009/0072784 A1 to Erickson with portions highlighted.

4. Attached as Exhibit T is a true and correct copy of the certified file history for U.S. Patent No. 8,143,848 with portions highlighted.

5. Attached as Exhibit U are true and correct copies of excerpts from the draft transcript of the deposition of NYKO's expert, Garry Kitchen, taken on April 11, 2013, which I attended, with portions highlighted

6. Attached as Exhibit V is a true and correct copy of U.S. Patent 5,202,835 to Knight with portions highlighted.

7. Attached as Exhibit W is a true and a correct copy of excerpts of the American Heritage Dictionary, Fourth Edition with the definitions of "on" and "support".

8. Attached as Exhibit X is a true and correct copy of Claims 1 and 13 of U.S. Patent No. 8,143,848 with portions highlighted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 15, 2013 in Glendale, California.

                                                */s/ Katherine L. Quigley*
                                                  Katherine L. Quigley