# EXHIBIT U

1

```
 1            UNCERTIFIED REALTIME ROUGH DRAFT

 2

 3   This realtime draft is unedited and uncertified and
     may contain untranslated stenographic symbols, an
 4   occasional reporter's note, a misspelled proper name
     and/or nonsensical word combinations.
 5
     This is an unedited version of the deposition
 6   transcript and should not be used in place of a
     certified copy.  This document should not be
 7   duplicated or sold to other persons or businesses.
     This document is not to be relied upon in whole or in
 8   part as the official transcript.

 9   This uncertified realtime rough draft version has not
     been reviewed or edited by the certified shorthand
10   reporter for accuracy.

11   This unedited transcript is computer generated and
     random translations by the computer may be erroneous
12   or different than that which will appear on the final
     certified transcript.
13
     Due to the need to correct entries prior to
14   certification, the use of this realtime draft is only
     for the purpose of augmenting counsel's notes and
15   cannot be used to cite in any court proceeding or be
     distributed to any other parties.
16
     Acceptance of this realtime draft is an automatic
17   final copy order.

18

19

20

21

22

23

24

25
```

Kitchen, Garry (DRAFT)

2

1

2          VIDEO OPERATOR:  Good afternoon.  We are on

3     the record at 1:12 P.M. on April 11th, 2013.

4          This is the video recorded deposition of

5     Garry Kitchen.

6          My name is Steven Togami here with our court

7     reporter Ricki Melton.  We're here from Veritext

8     Legal Solutions at the request of counsel for the

9     defendants and cross plaintiff.

10          This deposition is being held at 655 North

11    Central Avenue, Glendale, California 91203.

12          The caption of this case is NYKO

13    Technologies, Inc., versus Energizer Holding, Inc.,

14    et al., and related counterclaim; case No.

15    CV-12-03001-GAF-VBK.

16          Please note that audio and video recording

17    will take place unless all parties agree to go off

18    the record.  Microphones are sensitive and may pick

19    up whispers, private conversations, and cellular

20    interference.

21          I am not related to any party in this

22    action, nor am I financially interested in the

23    outcome in any way.

24          At this time will counsel and all present

25    please identifies themselves for the record.

Kitchen, Garry (DRAFT)

96

1        So let's -- let's let's talk about some

2    dictionary definitions in a minute and we will go

3    back to the ones you were provided.  And this is

4    starting with Exhibit 106 is the first one which is

5    the Webster's one.

6        A    Are they all in here.

7        Q    So you have got Exhibit 108 keep that

8    because but there's another one in your stack that's

9    Exhibit 106.  And you recall this is one of the ones

10   you were provided and -- and looking at this is the

11   Webster's unabridged dictionary -- I guess let me

12   back up a half step do you contend that base has a

13   specific meaning in the context of engineering in

14   general?

15       A    No.  I couldn't ten that base as a specific

16   meaning in the context of these type of video game

17   controller chargers.

18       Q    So looking at the dictionary definition 106

19   of base the first definition there says this is on

20   page GK114 it says the bottom support of anything

21   that on which the thing stand or rests.  Do you see

22   that?

23       A    Yes.

24       Q    And is that consistent with your

25   understanding of the plain and ordinary meaning of

97

1    the term "base" outside of the context of the '848

2    patent?

3                MR. HASAN:   Objection as to "plain and

4    ordinary."

5                THE WITNESS:   I don't understand why I would

6    care what the Pam is when there's a term of art

7    specific to the scope of this invention that anyone

8    who is in the field knows for the term "base".   There

9    are many many definitions for the term "base".   I

10   don't care that a base is something that my son

11   stands on when he gets a single because that has

12   nothing to do with the scope of this patent.   So I'm

13   not debate what this dictionary says but it's not

14   relevant.

15   BY MR. HANLE:

16       Q    Okay.   So I mean you understand that people

17   litigate things that they disagree on right?

18       A    I've heard that.

19       Q    And so you have had experts on the other

20   side that disagree with you right?

21       A    Yes.

22       Q    And people that are qualified; right?

23       A    Sometimes.

24       Q    Okay.   And so and so the reason that this

25   may be relevant is because somebody made disagree

Kitchen, Garry (DRAFT)

EXHIBIT U
Page 120

98

1    with you that there's a meaning of base in the field

2    of art?

3              MR. HASAN:   Objection.

4    BY MR. HANLE:

5        Q    Indulge me for a second?

6              MR. HASAN:   Improper hypothetical.

7              MR. HANLE:   Going back to my question would

8    you agree that outside of the context of the '848

9    patent that this dictionary definition is a good

10   definition of the plain and ordinary meaning of the

11   term "base".

12             MR. HASAN:   Objection as to plain and

13   ordinary meaning versus lay.

14             THE WITNESS:   Outside of the context of the

15   area I'm discussing which is video game accessories

16   video game controller chargers outside of that area

17   broader than just outside of the context of the '848.

18   The '848 is not using the term "base" in some funky

19   way that no one has ever heart of it's very common

20   knowledge.

21       Q    Get back to my question?

22             MR. HASAN:   Let him answer the question

23   finish the answer.

24   BY MR. HANLE:

25       Q    My question is this consistent with the

Kitchen, Garry (DRAFT)

1    plain and ordinary meaning of of the term "base"

2    outside the context of the '848 patent?

3              MR. HASAN:  Please don't cut off the

4    witness.

5              MR. HANLE:  We only I don't want to be here

6    all night.

7              MR. HASAN:  He's answering your question.

8              MR. HANLE:  I know he's on a role but I want

9    an answer to the question.

10             MR. HASAN:  You are on a role sir would you

11   read back the question please.

12             THE WITNESS:  You don't have to I know the

13   question the answer is no outside of the context of

14   the '848 patent within the context of video game

15   accessory chargers, base is not commonly known as the

16   bottom of anything it is known as the actual charging

17   unit that you put the controllers in.

18        Q    Okay.  So you in a previous answer, you

19   alluded to both video game accessories and video game

20   controller chargers and so I want to focus on that

21   distinction.  Are you contending?

22             MR. HASAN:  Objection.

23   BY MR. HANLE:

24        Q    -- are you contending that the word base

25   high school a specific meaning inconsistent with this

100

1    definition in the context of video game accessories?

2              MR. HASAN:  Misstates the testimony.

3              THE WITNESS:  No I think when I said both, I

4    narrowed it to video game controller chargers.

5    BY MR. HANLE:

6        Q    That's fair would you agree in the context

7    of video game accessories in general that the base of

8    something would be generally considered the bottom of

9    it that supports it?

10             MR. HASAN:  Objection.

11             THE WITNESS:  No because part of video game

12   accessories is video game controller chargers.

13   BY MR. HANLE:

14       Q    Okay.  Let's go to video game accessories

15   other than video game controller chargers would you

16   agree that the term "base" the generally understood

17   meaning plain and ordinary meaning would be the

18   bottom of something that supports it?

19             MR. HASAN:  Objection.

20             THE WITNESS:  I would have to make that

21   decision on a case-by-case basis looking at what it

22   is you are talking about.

23   BY MR. HANLE:

24       Q    Okay.  The base of a video game console

25   where would that be?

Kitchen, Garry (DRAFT)

101

 1              MR. HASAN:   Objection improper incomplete

 2    hypothetical.

 3              THE WITNESS:   It would be something near the

 4    bottom.   Can I have another water?   Thanks.

 5    BY MR. HANLE:

 6        Q    I'm going to move this back.   Let me ask you

 7    a question there's a microphone here on the table

 8    that the videographer has for Ms. Quigley down at the

 9    end of the table since she is not Miked up.   What

10    would you consider the base of that microphone?

11        A    This entire bottom piece.

12        Q    Can you hold it up?

13        A    (Complies.)

14        Q    Point to the base?

15        A    This entire piece here.

16        Q    Okay.   Thank you.   I'm sorry.   One more time

17    it wouldn't include this is that right that extends

18    upward?

19              MR. HASAN:   Objection.

20    BY MR. HANLE:

21        Q    That wouldn't be the base in your mind?

22        A    We're talking out of context completely from

23    the patent and the video game controller charger

24    world completely out of context of that.   I consider

25    the base on this device to be this bottom piece.

Kitchen, Garry (DRAFT)

EXHIBIT U
Page 124

102

1    Q    Okay.

2         MR. HASAN:  Can we take a real short break

3    what you have a chance Steve.

4         MR. HANLE:  Yeah, give me just a moment.

5         MR. HASAN:  Sure.

6         MR. HANLE:  I just have one question before

7    we break.

8         MR. HASAN:  Please.

9    BY MR. HANLE:

10    Q    In your report --

11        MR. HASAN:  Sorry.

12    Q    -- which is Exhibit 103, go to page 9.

13    A    Okay why can't I find my report because you

14    have it.

15        THE REPORTER:  No.

16        MR. HASAN:  Here it is last one page 9?

17    Q    Yes.

18    A    Okay.

19    Q    And here you say the correct meaning of the

20    term "base" this is on page 9 paragraph 26 D and you

21    say there the correct meaning of the term "base" is

22    the foundation or support upon which structures rest.

23    Do you see that?

24    A    Yes.

25    Q    In that definition, the word structures, you

EXHIBIT U
Page 125

1    recall that's a term that's used in the claims of the

2    patent; correct?

3        A    Yes.

4        Q    Okay.  And so is the word structures in your

5    proposed construction here is that word used the same

6    way as the word structures is used in the patent?

7        A    I believe we're modifying the correct

8    meaning of the term "base" to clarify that because I

9    gave the opinion that -- that was not the way would I

10   like to describe base so there's a new definition for

11   the term "base" which we are proceedings which came

12   after I wrote this report.

13       Q    So when you proposed this what did you have

14   in mind for the meaning of the word structures in

15   that proposed definition?

16       A    Well, in that definition, it could mean

17   either the actual structures as used in the patent

18   that make up the base that support the controllers or

19   you could read that to mean it actually includes

20   devices that sit on the base like the controllers

21   themselves and I didn't want there to be ambiguity in

22   the term structures to have people misinterpret it so

23   we decided not I believe in the new definition to use

24   structures because of that ambiguity and understand I

25   was not involved in the initial synthesis of the

Kitchen, Garry (DRAFT)

104

1    foundation or support upon which structures rest and

2    my immediate comment was why are we using the term

3    structures it may confuse the interpret because

4    that's a discussion we are using in other places.

5           MR. HANLE:  Okay now is a good place.

6           MR. HASAN:  Okay.

7           VIDEO OPERATOR:  Going off the record at

8    3:48 P.M.

9           (Off the record.)

10          VIDEO OPERATOR:  Going back on the record at

11   3:57 P.M.

12   BY MR. HANLE:

13      Q    Okay.  So is it your -- are you amending the

14   construction to provide that the base is the entire

15   charging station?

16      A    Well, I think that in the original

17   construction I read it as being the entire charging

18   station even in there.  All we have done is just

19   clarify it and make it more clear to the word

20   structures which is used elsewhere isn't intermixed.

21      Q    Okay.  So looking at the patent, the '848

22   patent, which is Exhibit 1,?

23      A    Okay.

24      Q    So -- so reading the abstract -- so the

25   first sentence of the abstract excuse me the second

Kitchen, Garry (DRAFT)

105

1    sentence of the abstract states the video game

2    controller charging section -- excuse me charging

3    system includes a base.  So I want to substitute

4    your -- your understanding that the base is the

5    entire charging system for that there and then read

6    the sentence and it would be the video game

7    controller charging system includes a video game

8    charging system.  How does that make sense?

9        A    Well.

10           MR. HASAN:  Objection.

11           THE WITNESS:  -- the --

12           MR. HASAN:  -- misstates the definition.

13           THE WITNESS:  The system is referred to as a

14    base.  When people use it in the context of a video

15    game accessory when they market it, when you talk

16    about it, when people in the field use it to charge,

17    they refer to it as a base.  It's also referred to as

18    a video game controller charging system, but the main

19    piece of the video game controller charging system

20    that holds the charging devices, the controllers, can

21    be referred to as a base.

22           MR. HASAN:  Steve to be presees we provided

23    this to you with his the summary of his testimony

24    with the -- with the actual construction.

25           MR. HANLE:  This is with the new

Kitchen, Garry (DRAFT)

1    construction?

2          MR. HASAN:  Do you have that?  I didn't want

3    there to be any confusion about which.

4          MR. HANLE:  This is the new construction.

5          MR. HASAN:  This is a clarified construction

6    we can read it here if you want him to.  I just don't

7    want to be I mean.

8          MR. HANLE:  No I mean we will definitely get

9    to that.

10         MR. HASAN:  Yeah you gave a different

11   definition that's why but anyway.

12         MR. HANLE:  Okay well.

13         MR. HASAN:  Okay.

14   BY MR. HANLE:

15      Q    So -- so what is -- so is the -- well, let's

16   go back to the abstract for a second and wouldn't you

17   agree that -- that this second sentence of the

18   abstract is referring to the base as one part of the

19   video game controller charging system?

20      A    It doesn't have to be.  I think it reads

21   perfectly fine.  If you say that the base is the

22   foundation or support upon which the controllers is,

23   I think it's fine.  So the charging system includes a

24   foundation or support upon which the controllers

25   rest.

107

1      Q    Okay.  And so what are you reading from

2  there?

3      A    I'm reading from the new claim construction.

4      Q    Okay.  And so let's get and mark that as

5  Exhibit 112.

6           (Exhibit 112 was marked for

7           identification by the reporter

8           and is attached hereto.)

9  BY MR. HANLE:

10     Q    We have marked as Exhibit 112 an e-mail from

11  Katherine Quigley to gray and gray but and others and

12  the subject is NYKO versus B D P subject of expert

13  testimony and this is dated April 10, 2013.  And does

14  this document set forth the ^  check document * the

15  revised claim construction of the term "base" that

16  NYKO was offer nothing this case?

17     A    Yes, it does.

18     Q    Okay.  So what you read just now was -- was

19  the first part of the construction in -- owe that's

20  as set forth in this e-mail can you read the rest of

21  that construction of base?

22     A    Sure the foundation support is the entire

23  body of the charger for supporting the video game

24  controllers in the docking base.

25     Q    So -- so as applied to this sentence of the

Kitchen, Garry (DRAFT)

EXHIBIT U
Page 130

108

1    abstract, the video game charging system includes the

2    entire body of the charger; is that correct?

3        A    Yes.

4        Q    Okay.  Going to claim 1, which is on the

5    second page from the end, and on owe in claim 1 about

6    line 34 there's the words base do you see that?

7        A    Yes.

8        Q    Do you understand that the portion that

9    precedes that is sometimes called the preamble?

10       A    Yes.

11       Q    Okay.  And so the preamble says the video

12   game controller charging system for charging a

13   plurality of video game controllers using externally

14   supplied power the video game controller charging

15   system comprising a base.  Do you see that?

16       A    Yes.

17       Q    And would you agree that -- that the meaning

18   of the term "base" there is a part of the video game

19   controller charging system?

20       A    It is the main part of the video game

21   controlling charging system.

22       Q    But it is a part it is not the whole system

23   correct?

24       A    Well it is this piece that holds the

25   controllers I'm using this.  That's the base.  It's

Kitchen, Garry (DRAFT)

109

1    another term for the unit is the base.

2        Q    Is it the base is the base another term for

3    the video game controller charging system?

4            MR. HASAN:   Objection.   Asked and answered.

5            THE WITNESS:   I don't think it's used that

6    way.   I mean sometimes it may be, but in my context,

7    no.   The base is a shorthand term or a skilled in the

8    art term a term of usage for this part of the

9    charging system that sits here that holds the

10   controllers put them back in the base.

11       Q    Is there another part of the video game

12   controller charging system that is not the base?

13       A    No.

14       Q    Okay.   So the base is the entire video game

15   controller charging system?

16       A    The base is the part of the video game

17   charging system that holds all the other elements.

18   There are other elements.   There are D C ports and

19   there are bays that hole the controllers and there

20   are LED's and there's wire to plug it into the wall.

21   There are a whole bunch of parts but this unit as a

22   whole that holds the controllers is referred to in

23   the industry as the base.

24       Q    Since when?

25       A    Well, let me give you some examples.

Kitchen, Garry (DRAFT)

110

1    Energizer's website refers to it as the base when

2    they talk about this product.

3        Q    My question was a what time.  When?

4        A    Since chargers like this came out.

5        Q    Okay.  When was that?

6            MR. HASAN:  Objection.

7            THE WITNESS:  I don't know I can't tell you

8    exactly.

9    BY MR. HANLE:

10       Q    So you are saying that the word base as a

11   meaning in the industry to be the entire charger

12   body; right?

13       A    I'm saying that base has a meaning in the

14   industry to be the main portion of the charger on

15   which you would put away the game controllers so that

16   they charge go put back them in the base.

17       Q    Okay.  And my question is:  When did that

18   usage of the term "base" come into existence?

19       A    And the answer is I don't know exactly.  I

20   would have to research it.

21       Q    What is your best estimate?

22           MR. HASAN:  Objection.

23           THE WITNESS:  I don't have an best estimate

24   it.  I would have to research it.

25   BY MR. HANLE:

Kitchen, Garry (DRAFT)

EXHIBIT U
Page 133

111

1      Q     Did that construction of base exist at the

2  time of the filing -- or that meaning of the term

3  "base" exist at the time of the effective date filing

4  date of the '848 patent?

5      A     Absolutely.

6      Q     What date is the effective filing date of

7  the '848 patent?

8      A     I don't know the exact date but it's in the

9  range of 2006, 2007.  And this product here which is

10  one embodiment of the '848 patent was called in

11  consumer marketing the charge base and the reason it

12  was called the charge base is because the people who

13  buy these products understand what a base is and

14  that's why it's called a charge base.

15      Q     So did that usage of the term "base"

16  preexist the product that you just held up in front

17  of the camera?

18      A     I don't know that.

19      Q     Okay.  So is it correct that you don't know

20  when that usage of the term "base" became understood

21  in the industry?

22      A     Well, I certainly know that it was

23  understood as of the time of the invention.  I don't

24  know how far back it goes.

25      Q     What was the date of the invention?

Kitchen, Garry (DRAFT)

112

1          A     In the range are range of 2006.  2007.  I

2     don't have the exact date in front of me.

3          Q     What is basis of your testimony that that

4     usage of the term "base" existed at the time of the

5     invention which you don't know?

6          A     Which I can look up.

7          Q     Okay.  Let's take your guess of 2006/2007.

8     What is the basis for your testimony that usage of

9     the term "base" existed as of 2006, 2007?

10          A     Because the manufacturer and marketer of

11     this device called it a charge base.

12          Q     After it was invented though; right?

13          A     Well they didn't inventory the word base.

14     You wouldn't put a product out into the market and

15     call it a charge base unless you are target audience

16     understood what the word base means.

17          Q     Do you believe that there was some product

18     out there that preexisted what you just held up that

19     charged wireless controllers that was called a base?

20               MR. HASAN:  Objection.  Objection.

21     Misstates the testimony.

22               THE WITNESS:  No, I didn't say that.  I said

23     that the term of art "base" to mean something that

24     held those types of controllers and plug them in that

25     people would understand that this is a base.  I don't

Kitchen, Garry (DRAFT)

113

1    know when that term started.  I could do research and

2    find out.  I don't know.

3           MR. HANLE:  So can you think of before the

4    invention or at the time of the invention, can you

5    think of a single other product out there that was

6    used to charge wireless controllers that had

7    something called a base?

8       A    No, I haven't done any research I'm sure I

9    could do research and figure it out but it's not an

10   area I have looked at but I certainly know from being

11   in the industry and attending 25 consumers electric

12   shows in a row and virtually every E3 from its

13   existence to a couple of years I certainly know what

14   the term "base" means in the industry and I know that

15   the term "base" was active in that time frame or else

16   the manufacturer would not have called this a charge

17   base.

18      Q    What this they coined the term and then it

19   came into use?

20      A    You don't coin the term but putting it on a

21   product and selling it.  If you tried to coin the

22   term people would look at it and go P what the hell

23   do they mean I mean marketing 101 you male a product

24   company spend millions and millions of directors up

25   couple up with a name for a product they do market

# EXHIBIT V

US005202835A

# United States Patent [19]

## Knight

[11] Patent Number: 5,202,835

[45] Date of Patent: Apr. 13, 1993

[54] **TROLLING MOTOR WITH HEADING LOCK**

[75] Inventor: **Steven J. Knight**, Mapleton, Minn.

[73] Assignee: **Johnson Fishing Inc.**, Mankato, Minn.

[21] Appl. No.: **920,254**

[22] Filed: **Jul. 27, 1992**

### Related U.S. Application Data

[63] Continuation of Ser. No. 537,586, Jun. 14, 1990, Pat. No. 5,172,324.

[51] Int. Cl.⁵ ............................................. **B63H 25/00**
[52] U.S. Cl. ...................................... **364/457**; 318/588; 114/144 E
[58] Field of Search ................. 364/443, 457; 318/588; 114/144 E, 144 B; 440/1, 6

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,927,635 | 12/1975 | Masuzawa et al. | 114/144 E |
| 3,965,840 | 6/1976 | Blumberg | 114/144 B |
| 4,103,638 | 8/1978 | Fowler | 114/144 E |
| 4,223,624 | 9/1980 | Iyeta | 114/144 E |
| 4,253,149 | 2/1981 | Cunningham et al. | 364/444 |
| 4,542,464 | 9/1985 | Kramer | 364/457 |
| 4,564,909 | 1/1986 | Kramer | 364/457 |
| 4,692,868 | 9/1987 | Wesner et al. | 364/447 |
| 5,041,029 | 8/1991 | Kulpa | 440/1 |
| 5,050,519 | 9/1991 | Senften | 114/144 E |
| 5,129,345 | 7/1992 | Senften | 114/144 E |

Primary Examiner—Thomas G. Black
Attorney, Agent, or Firm—Foley & Lardner

[57] **ABSTRACT**

A trolling motor with heading lock coupled to the trolling motor and producing a thrust to pull a watercraft is disclosed. The system contains a bow-mounted motor and a steering motor connected to the bow-mounted motor. The outputs of a heading detector circuit and desired heading circuit are compared by a steering control circuit and used to generate input signals to the steering motor.

**28 Claims, 9 Drawing Sheets**



EXHIBIT V
Page 137



**FIG. 1**

EXHIBIT V
Page 138

U.S. Patent

Apr. 13, 1993

Sheet 2 of 9

5,202,835



**FIG. 2**

EXHIBIT V
Page 139



**FIG. 3**

EXHIBIT V
Page 140



**FIG. 4A**

EXHIBIT V
Page 141



FIG. 4B

EXHIBIT V
Page 142



FIG. 5

EXHIBIT V
Page 143



**FIG. 6**

**FIG. 7**

EXHIBIT V
Page 144



FIG. 8

EXHIBIT V
Page 145

U.S. Patent

Apr. 13, 1993

Sheet 9 of 9

5,202,835



**FIG. 9A**

**FIG. 9B**



**FIG. 9C**



**FIG. 9D**

EXHIBIT V
Page 146

5,202,835

**1**

## TROLLING MOTOR WITH HEADING LOCK

This is a continuation application of U.S. Pat. Application Ser. No. 537,586 filed on Jun. 14, 1990 and entitled ELECTRONIC STEERING SYSTEM, now U.S. Pat. No. 5,172,324.

### TECHNICAL FIELD

This invention relates, generally, to a trolling motor with a heading lock used to maintain a target magnetic heading of a water craft, and, in particular, to a bow mounted trolling motor with a heading lock used on a fishing boat.

### BACKGROUND OF THE INVENTION

Use of electronic steering systems in boats has become very popular. Such systems are used to maintain a target heading by a boat without requiring a person to steer the boat.

The basic function of any electronic steering system of a boat is to establish and generally maintain a predetermined (target) heading of the boat by adjusting the current heading of the boat in response to deviations of the current heading from the predetermined (target) heading. A variety of electronic steering systems are disclosed in U.S. Pat. Nos. 4,103,638 issued to Fowler; 3,965,840 issued to Blumberg; 4,590,570 issued to Rader; and 4,542,464 and 4,564,909 issued to Kramer.

These known systems are generally used with stern-mounted motors. In order to direct a boat having a stern-mounted motor to a target heading, the direction of thrust of the motor must be in a direction other than the target direction. Furthermore, as the current heading of the boat approaches the target heading, the difference between the direction of thrust and the target heading of the boat must be reduced, in order to prevent the current heading of the boat from greatly overshooting the target heading. Thus, electronic steering systems used with stern-mounted motors require two direction sensors, one to sense the current heading of the boat, and one to sense the direction of the thrust of the motor relative to the current heading of the boat. The hardware and software of an electronic steering system used with a stern-mounted system must be able to determine if a steering correction is needed, the direction of the steering correction, and the magnitude of the steering correction. The magnitude of the steering correction is needed to set the difference between the direction of thrust of the motor and the current heading of the boat, and adjust this difference as the current heading of the boat approaches the target heading. The use of two sensors, as well as hardware and software capable of changing the magnitude of correction, increases the cost of the electronic steering system.

Some known systems require external radio signals to determine the location of the boat, and then calculate the correction necessary to maintain the target heading. Systems such as these may be useful on boats travelling great distances in large bodies of water but are unnecessarily elaborate and expensive for use on boats travelling on small lakes.

The electronic steering system of the present invention is adaptable to be used on a bow-mounted motor and advantageously requires a single direction sensor. Also, the hardware and software required to implement the electronic steering system of the present invention need only be capable of determining whether a steering

**2**

correction is needed and the direction of the correction. The electronic steering system of the present invention is easy to use, including a manual override feature. Furthermore, the present invention internally provides signals corresponding to both the predetermined heading and the current heading, to obviate the need for external radio signals indicating location, thus making the electronic steering system less complicated and less expensive.

Therefore, an object of the electronic steering system of the present invention is to be adaptable for use on a bow-mounted motor and advantageously requires a single direction sensor. Furthermore, it is an object of the present invention that the hardware and software required to implement the electronic steering system of the present invention need only be capable of determining whether a steering correction is needed and the direction of the correction, and that a manual override is included. Another object of the present invention is that signals corresponding to both the predetermined heading and the current heading are provided internally, to obviate the need for external radio signals indicating location.

### SUMMARY OF THE INVENTION

The electronic steering system of the present invention controls the direction of a watercraft having a propulsion device that pulls the watercraft, and comprises a direction means for directing the thrust of the propulsion device, control means for controlling the direction means, feedback means for providing a feedback signal to the control means, wherein the feedback signal is indicative of the direction of thrust, and direction designating means for designating a desired direction. The direction designating means provides a desired direction signal, which is representative of said desired direction, to the control means. The direction means, control means, feedback means, and direction designating means cooperate to maintain the watercraft in the desired direction.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an illustration of a boat employing the present invention;

FIG. 2 is an electrical schematic drawing of the preferred embodiment of the present invention;

FIG. 3 is a flow chart representing operation of the microprocessor of the preferred embodiment of the present invention;

FIGS. 4A and 4B comprise a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine the target heading;

FIG. 5 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine whether the electronic steering system is engaged and set;

FIG. 6 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine the current heading;

FIG. 7 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine whether a heading correction is needed;

FIG. 8 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodi-

EXHIBIT V
Page 147

5,202,835

**3**

ment of the present invention to determine effect a
heading correction;

FIG. 9A is a top plan view of the compass used in the
preferred embodiment of the present invention;

FIG. 9B is a side section view of the compass illus-
trated in FIG. 9A, taken along line 9—9 of FIG. 9A;

FIG. 9C is a side section view of an isolator used to
prevent vibration of the compass illustrated in FIG. 9A;

FIG. 9D is a top plan view of the disk of the compass
used in the preferred embodiment of the present inven-
tion.

## DESCRIPTION OF THE PREFERRED
## EMBODIMENT

The electronic steering system of the present inven-
tion is adaptable to be used with a thrust motor that
leads (pulls) a boat. A boat having a thrust motor that
pulls the boat (a motor that precedes the center of grav-
ity of the boat in the direction of travel) will, if the
heading of the thrust motor is held constant, eventually
follow the thrust motor and travel in the heading of the
thrust motor. Examples of thrust motors that pull a boat
include: a bow-mounted trolling motor (thrust motor)
used with a fishing boat; a stern-mounted trolling motor
that pulls a fishing boat in a direction opposite to that of
normal travel; and a motor mounted on the bow end of
the platform of a pontoon boat, where the pontoons
extend past the bow edge of the platform. In any event,
a thrust motor that pulls a boat is a motor positioned
such that the boat is directed to a given heading by
directing the thrust motor to the given heading. To use
the electronic steering system of the present invention
with a boat a user engages the electronic steering sys-
tem of the present invention and manually steers the
thrust motor to a target heading. The electronic steer-
ing system of the present invention stores the heading to
which the user manually steered as the target heading
and continuously monitors the current heading of the
thrust motor. After a target heading has been selected,
the electronic steering system of the present invention
periodically compares the current heading of the thrust
motor to the target heading selected by the user. If the
difference between the current heading of the thrust
motor and the target heading exceeds a predetermined
threshold, the electronic steering system of the present
invention steers the thrust motor to the target heading,
thereby leading the boat to the desired heading. For
example, as the current heading of a boat using the
electronic steering system of the present invention drifts
to the left of the target heading, the electronic steering
system steers the thrust motor to the right

When a target heading has been set and the electronic
steering system of the present invention determines that
a steering correction is required, the electronic steering
system of the present invention rotates the thrust motor
for a short period of time, thereby changing the direc-
tion of thrust, which is established by the rotation of a
propeller on the thrust motor. The electronic steering
system of the present invention continues to monitor the
current heading of the thrust motor, and, if additional
correction is needed, the thrust motor is again rotated,
in the appropriate direction.

FIG. 1 is an illustration of a boat employing the pres-
ent invention. Referring to FIG. 1, the electronic steer-
ing system of the present invention is employed for use
with a trolling unit 102. Trolling unit 102 includes a base
assembly 105, which is mounted to a bow 118 of a fish-
ing boat 104 using bolts or any other convenient man-

**4**

ner. Trolling unit 102 includes a control head 110, a
steering motor 106, a collar 116, a shaft 108, a motor
housing 112, and a propeller 114.

Shaft 108 has a first end 120 and a second end 122.
Control head 110 is suitably comprised of a rigid, non-
magnetic material, such as hard plastic, and is affixed to
first end 120 such that control head 110 will rotate in the
event that shaft 108 is rotated. Second end 122 of shaft
108 is affixed to motor housing 112 such that when shaft
108 is rotated, motor housing 112 also rotates. Propeller
114 is affixed to motor housing 112. Therefore, as shaft
108 is rotated, and control head 110 and motor housing
112 rotate, the direction of thrust, established by rota-
tion of propeller 114, changes. Thus, for example, to
steer right, shaft 108 may be rotated clockwise (as
viewed from above); and to steer left, shaft 108 may be
rotated counter-clockwise (as viewed from above)
Shaft 108 is preferably comprised of a rigid material,
such as steel, and is hollow, containing power lines to
provide power to an electric thrust motor 124, disposed
within motor housing 112.

Steering motor 106 includes a hollow portion 126.
Hollow portion 126 is configured to slidingly receive
shaft 108. Shaft 108 is maintained in proper relation to
steering motor 106 by collar 116, which is mounted on
shaft 108. Steering motor 106 rotatably engages shaft
108 such that when steering motor 106 is activated shaft
108 rotates, thereby changing the direction of thrust,
established by the rotation of propeller 114, of trolling
unit 102. Because trolling unit 102 is bow-mounted, boat
104 will always travel in the direction of thrust, estab-
lished by the rotation of propeller 114, of trolling unit
102; thus, to steer boat 104 to a target heading the thrust
of trolling unit 102 is simply directed to the target head-
ing. The preferred embodiment of the present invention
illustrated in FIG. 1 provides for steering motor 106 to
be activated by the electronic steering system of the
present invention when the current heading of boat 104
deviates from the target heading by more than a prede-
termined limit. As will be described below with refer-
ence to FIG. 2, a user may manually override the elec-
tronic steering system and manually steer to a new
current heading When a user overrides the electronic
steering system and steers to a new current heading, the
new current heading is stored by the electronic steering
system as a new target heading.

FIG. 2 is an electrical schematic drawing of the pre-
ferred embodiment of the present invention. Since boat
104 always follows a course established by trolling unit
102 a single compass may be used to determine the
current heading of both trolling unit 102 and boat 104.
Referring to FIG. 2, a compass 202, mounted in control
head 110, is part of a heading detector 204, which, with
a microprocessor 206, a steering circuit 208, and steer-
ing motor 106 are included in the preferred embodiment
of the present invention.

Microprocessor 206, the operation of which is de-
scribed below, is provided with a plurality of inputs and
outputs PA0-PA7. Inputs and outputs PA0-pA7,
which will be described in detail below, are provided
for the following purposes PA0 and PA1 are inputs to
microprocessor 206, received from heading detector
204, representative of the current heading of compass
202; PA2 is an output provided by microprocessor 206
to prompt heading detector 204; PA3 is an input re-
ceived by microprocessor 206, from steering circuit
208, to enable or disable the electronic steering system
of the present invention; PA5 and PA6 are outputs

EXHIBIT V
Page 148

5,202,835

| 5 | 6 |

provided by microprocessor 206 to steering circuit 208 to control steering motor 106; and PA4 and PA7 are inputs received by microprocessor 206, from steering circuit 208, which indicate when a user is manually overriding the electronic steering system of the present invention and setting a new target heading.

Input PA3 is provided to microprocessor 206 by steering circuit 208 to enable or disable the electronic steering system of the present invention. When input PA3 is cleared (sent LOW) by steering circuit 208, microprocessor 206 is disabled, thereby disabling the electronic steering system of the present invention. When input PA3 is set (sent HIGH) by steering circuit 208, microprocessor 206 is enabled, thereby enabling the electronic steering system of the present invention.

Microprocessor 206 periodically prompts heading detector 204 via output PA2, and receives signals on inputs PA0 and PA1 representative of the current heading of compass 202 from heading detector 204, in response to the prompt Microprocessor 206 clears (sends LOW) output PA2, which is provided to heading detector 204, to prompt heading detector 204 to provide signals on inputs PA0 and PA1. Heading detector 204 monitors output PA2 and, in response to output PA2 being cleared (sent LOW), clears (sends LOW) input PA0 after a time delay having a duration representative of the current heading of compass 202. Heading detector 204 also clears (sends LOW) input PA1 after a time delay having a duration representative of the current heading of compass 202. Thus, microprocessor 206 is provided with time delayed signals representative of the current heading of compass 202.

Microprocessor 206, in response to inputs PA4 and PA7, either compares the time delay signals representative of the current heading of compass 202 to stored time delay signals representative of a target heading, or stores the time delay signals representative of the current heading of compass 202 as a new target heading. When a user is manually steering boat 104 to a new heading, steering circuit 208 clears (sends LOW) one of inputs PA4 or PA7 (steering circuit 208 will be described in detail later). Microprocessor 206, upon detecting a LOW input PA4 or a LOW input PA7, waits until inputs PA4 and PA7 are HIGH and then stores the current heading of compass 202 as the new target heading. Thus, microprocessor 206 stores the current heading, when the user stops manually overriding the electronic steering system of the present invention, as the new target heading.

When neither input PA4 nor input PA7 are LOW, microprocessor 206 determines if the current heading of boat 104 has deviated from the target heading by more than the predetermined threshold by comparing the signals representative of the current heading of compass 202 and the stored signals representative of the target heading. If the difference between the signals representative of the current heading of compass 202 and the stored signals representative of the target heading exceeds a predetermined limit, indicating the current heading of boat 104 has deviated from the target heading by more than the predetermined threshold, microprocessor 206 activates steering motor 106 and the direction of thrust of trolling unit 102 is changed.

Microprocessor 206 activates steering motor 106 by setting (sending HIGH) one of outputs PA5 or PA6. When output PA5 is set steering circuit causes boat 104 to be steered to the right, and when output PA6 is set

steering circuit 208 causes boat 104 to be steered to the left.

Referring to FIGS. 9A–9D, compass 202, part of heading detector 204 (FIG. 2), is comprised of: a housing 902 having first and second surfaces 904 and 906; a pair of cylindrical projections 908 and 909 on surface 904; a pair of cylindrical projections on surface 906, directly opposite projections 908 and 909, collectively represented by 910; a cylindrical projection 950 on surface 904; a cylindrical projection 951 on surface 906, directly opposite projection 950; a cylindrical projection 912 on surface 906; a plurality of flanges 915, 917 and 919, each having one of a plurality of mounting holes 914, 916 and 918; an inner disk 923; and an optical disk 903 mounted on inner disk 923.

Housing 902, including surfaces 904 and 906, is comprised of a transparent rigid material, such as hard plastic, and is filled with a damping fluid, preferably one similar to alcohol. Projection 912 is provided to receive one end of a needle 949. A jewel 913 is mounted on inner disk 923 and receives the other end of needle 949. Needle 949, jewel 913 and protection 912 cooperate to allow inner disk 923 to rotate freely within housing 902.

Projections 908 and 909 are provided to house a pair of light emitting diodes (209 and 210 of FIG. 2) and projections 910 are provided to house a pair of photo-transistors (212 and 214 of FIG. 2). A circuit board 920 (show in FIG. 9B) is provided, upon which the diodes are mounted. Circuit board 920 is affixed by a screw (not shown) which passes through circuit board 920 and engages projection 950. Mounting holes 914, 916 and 918 are provided to mount compass 202 within control head 110, in a conventional manner, therefore as the direction of thrust is changed by rotating shaft 108, the orientation of compass 202 also changes Transistors 212 and 214 are mounted on a circuit board 922, which is affixed to projection 951. The light emitting diodes and photo-transistors are provided to determine the orientation of optical disk 903, as will be described in detail later.

A plurality of isolators 924 (FIG. 9C) are provided to reduce the vibrations transmitted to compass 202 from trolling unit 102. The isolators are conveniently formed of silicon rubber and are inserted into mounting holes 914, 916 and 918. Isolators 924 include a hollow cylindrical portion 926 for receiving a mounting screw, and are inserted into each of mounting holes 914, 916 and 918 such that an annular recess 928 of each of isolators 924 cooperates with flanges 915, 917, and 919 to secure isolators 924 in the proper position.

Inner disk 923 is provided with receptacles 925 and 927 to receive dual bar magnets 905 and 907. Dual bar magnets 905 and 907 are friction fit within receptacles 925 and 927. Dual bar magnets 905 and 907 cause inner disk 923 to rotate so as to maintain a given angular orientation relative to magnetic north. Optical disk 903 is mounted on inner disk 923 such that optical disk 903 rotates as inner disk 923 rotates. Thus, as housing 902 is rotated relative to magnetic north, inner disk 923 and optical disk 903 rotate relative to housing 902.

Optical disk 903 is comprised of a transparent rigid substrate, with shading applied using a photographic process. The shading is preferably comprised of alternating opaque and transparent lines of varying widths. The level of shading that is applied is dependent on the angular position, such that the shading of optical disk 903 is nearly transparent at 180° (south) and nearly opaque at 360. (north) The level of shading varies be-

EXHIBIT V
Page 149

5,202,835

7

tween 180°–360° in a uniform manner in both the clock-wise and counter-clockwise directions so that the amount of light that passes through optical disk 903 at 90° and 270° is approximately one-half of the amount of light that passes through optical disk 903 at 180°. The shading level is most accurate in the regions in which light that is incident upon optical disk 903 is attenuated between 25% and 75%, i.e., between 45° and 135°, and between 225° and 315°.

Even though the shading level is not accurate over all angular positions, and any shading level is given by two angles (50% shading is found at 90° and 180° e.g.), the orientation of optical disk 903 may be found by determining the shading level beneath both of projections 908 and 909. Projections 908 and 909 are offset by 90° to ensure that, at all times, at least one projection is above the accurate region of optical disk 903 (between 25% and 75% shading). The projection not above the accurate region is used to determine which of the two orientations that provide the detected shading level is the actual orientation. Because the shading level at any point on optical disk 903 is dependent on the amount of light that passes through optical disk 903 at that point, the orientation of optical disk 903 may be determined by measuring the amount of light that passes through optical disk 903 beneath projections 908 and 909. The light emitting diodes housed in projections 908 and 909, and the photo-transistors housed in projections 910, provide a signal having a voltage representative of the amount of light that passes through optical disk 903, as will be described in detail below.

Referring again to FIG. 2, heading detector 204 is comprised of compass 202, infra-red light emitting diodes 209 and 210, photo-transistors 212 and 214, a pair of comparators 216 and 218, a transistor 220, a capacitor 225, and a plurality of resistors 222, 224, 226, 228, 230 and 232. Heading detector 204 continuously monitors the current heading of boat 104 and, in response to output PA2 being cleared (sent LOW), clears inputs PA0 and PA1, each after a time delay having a length dependent on the current heading Microprocessor 206 compares the duration of the time delays between when output PA2 was cleared and when inputs PA0 and PA1 were cleared to the durations stored which are representative of the target heading. If the difference in time delays is greater than a predetermined limit, indicating boat 104 is off course, microprocessor 206 provides either a right steer (output PA5 is set) or a left steer (output PA6 is set) signal to steering circuit 208. The steering signal applied to steering circuit 208 causes steering motor 106 to turn motor housing 112 either right or left.

Diode 209 and photo transistor 212 cooperate, with compass 202, to provide a voltage to a non-inverting input 213 of comparator 216 which is dependent on the current heading of compass 202. Diode 209 is connected, through current limiting resistor 226, to a 5 volt power supply, causing diode 209 to emit light. A portion of the emitted light, dependent on the current heading of compass 202 as described above, passes through optical disk 903, and impinges on the base of transistor 212. Transistor 212, connected to the power supply through resistor 230, is of the type in which the collector current is dependent on the amount of light impinging on its base. The collector current, in turn, determines the voltage drop across resistor 230 and the voltage at the collector of transistor 212, which is provided to non-inverting input 213 of comparator 216. Thus, the

8

voltage at non-inverting input 213 of comparator 216 is representative of the current heading of compass 202.

Comparator 216 provides an output 211 as input PA0 to microprocessor 206. Output 211 of comparator 216 (and input PA0) is HIGH when the voltage at non-inverting input 213 is greater than the voltage applied to an inverting input 215, and output 211 is LOW when the voltage applied to non-inverting input 213 is less than the voltage applied to inverting input 215. The voltage applied to inverting input 215 of comparator 216 increases, after output PA2 of microprocessor 206 is cleared (sent LOW), over time from an initial voltage that is near zero. Microprocessor 206 monitors the amount of time it takes for output 211 of comparator 216 (input PA0 to microprocessor 206) to be cleared after output PA2 was cleared, which is dependent on the length of time it takes for the voltage applied to inverting input 215 to increase from the initial value to greater than the voltage at non-inverting input 213. Since the voltage at non-inverting input 213 is dependent on the current heading of compass 202, the length of the time it takes for output 211 of comparator 216 (input PA0 of microprocessor 206) to be cleared is also dependent on the current heading of compass 202. Thus, microprocessor 206 monitors a time delay between when output PA2 was cleared and when input PA0 was cleared, which has a duration representative of the current heading of compass 202.

Capacitor 225, resistors 222 and 224, and transistor 220 provide the time increasing voltage, which begins increasing when output PA2 of microprocessor 206 is cleared, to non-inverting input 213 of comparator 216. Microprocessor 206 provides output PA2, through resistor 222, to the base of transistor 220. As long as output PA2 is HIGH, transistor 220 conducts, holding the voltage at the collector of transistor 220 at approximately 0.2 volts. When microprocessor 206 clears output PA2 (sends PA2 LOW), transistor 220 is turned off, and capacitor 225 begins to charge through resistor 224, according to the time constant of resistor 224 and capacitor 225, thereby raising the voltage at the collector of transistor 220. The voltage at the collector of transistor 220 is supplied to inverting input 215 of comparator 216.

When the voltage at inverting input 215 of comparator 216 becomes greater than the voltage at non-inverting input 213, output 211 of comparator 216 (input PA0 of microprocessor 206) changes from HIGH to LOW. As stated above, microprocessor 206 monitors the time delay between when it clears output PA2 (sends PA2 LOW) and when input PA0 becomes LOW. The length of the time delay is thus representative of the current heading of compass 202.

Similarly, diode 210, transistor 214, resistors 228 and 232, and comparator 218 cooperate to provide a time delay input PA1 to microprocessor 206. Diode 210 and transistor 214 provide a voltage to a non-inverting input 217 of comparator 218 which is dependent on the current heading of compass 202. The voltage at 35 the collector of transistor 220 is applied to an inverting input 219 of comparator 218. Microprocessor 206 monitors the time delay from when output PA2 is cleared (sent LOW) to when an output 221 of comparator 218 (input PA1 of microprocessor 206) becomes LOW. This time delay, which is different than the time delay of input PA0 because diodes 209 and 210 are offset by 90°, is also representative of the current heading of compass 202.

EXHIBIT V
Page 150

5,202,835

9

Microprocessor 206 uses the stored signals representative of the detected heading as either a current heading which is compared to the target heading to determine if a course correction should be made, or as a new target heading, depending upon the state of inputs PA4 and PA7, as described above. Inputs PA4 and PA7 are provided to microprocessor 206 by steering circuit 208.

Steering circuit 208 includes a pair of transistors 240 and 242, a pair of diodes 244 and 246, a pair of relays 248 and 250, a plurality of switches 252, 254, and 256, and a plurality of resistors 258, 260, 262, 264, and 266. Transistor 240, diode 244, relay 248, switch 252, and resistors 260 and 264 cooperate to steer boat 104 left, either because boat 104 has deviated (to the right) from the target heading, or because a user wishes to select a new target heading. An output 247 of relay 248 is applied to steering motor 106, and causes steering motor 106 to turn motor housing 112 left when output 247 is high (approximately 12 volts). Relay 248 is normally closed, connecting output 247 to ground, but when relay 248 is activated output 247 is connected to a 12 volt power source, typically a lead-acid battery. Relay 248 is activated output 247 is connected to a 12 volt power source, typically a lead-acid battery. Relay 248 is activated when a voltage difference is applied across a pair of inputs 249 and 251. Input 249 of relay 248 is activated when a 12 power source, and input 251 is connected to the collector of transistor 240 and switch 252, which is a manual override switch. Accordingly, relay 248 is activated by either turning transistor 240 on or by closing switch 252. Transistor 240 is turned on when microprocessor 206 sets output PA6 HIGH. Output PA6 is set when microprocessor 206 determines that the difference between the current heading and the target heading is more than a predetermined threshold, and the current heading is to the right (clockwise as viewed from above) of the target heading

Switch 252 may include a foot pedal (which may be deflected to a predetermined angle to close switch 252), a hand switch, or any other convenient switch and is provided to allow a user to select a new target heading. When a user closes manual override switch 252 input 251 of relay 248 is brought to ground, activating relay 248. Relay 248, when activated, causes steering motor 106 to turn motor housing 112 left. Input PA7 of microprocessor 206 is cleared (sent LOW) when switch 252 is closed. When input PA7 is LOW, microprocessor 206 waits until input PA7 is set (becomes HIGH) and then stores the current heading as the new target heading. Input PA7 will remain LOW until a user opens manual override switch 252, thus, the new target heading is the heading at which the user stops manually steering boat 104.

Similarly, relay 250, transistor 242, diode 246, switch 254 and resistors 262 and 266 cooperate to steer boat 104 to the right either because boat 104 is off course (to the left), or because a user is manually overriding the electronic steering system. When a user is manually overriding the electronic steering system input PA4 is cleared, causing microprocessor 206 to store the current heading at the time the user stops manually steering, as the new target heading.

Switch 256 is an engage switch, and provides a LOW signal to input PA3 of microprocessor 206 when closed. Microprocessor 206 is disabled by a LOW signal on input PA3, therefore the electronic steering system will not be engaged unless engage switch 256 is open.

10

FIG. 3 is a flow chart representing operation of the microprocessor of the preferred embodiment of the present invention. Referring to FIG. 3, the basic steps implemented by microprocessor 206 includes: setting the target heading (step 301); determining if the electronic steering system is engaged and set(determination 303); measuring the current heading (step 305); determining if a course correction is needed (determination 307); and correcting the heading (step 309). In operation, when the electronic steering system is initially engaged microprocessor 206 determines the current heading and sets the target heading equal to the current heading at step 301. After the target heading has been set, microprocessor 206 determines whether the electronic steering system is engaged (determination 303), as indicated by input PA3 being HIGH, and whether the electronic steering system is used (i.e. if a user is not setting a new target heading), as indicated by one of inputs PA4 or PA7 being HIGH. If one of inputs PA3, PA4 or PA7 is LOW, microprocessor 206 returns to step 301.

If each of inputs PA3, PA4 and PA7 are HIGH, microprocessor 206 measures the current heading (step 305), and determines if a course correction is needed, by calculating the magnitude of the error between the target heading and current headings (determination 307). If no correction is needed at determination 307 microprocessor 206 returns to determination 303. If a correction is needed microprocessor 206 computes the direction the error is, and appropriately activates steering motor 106 for a predetermined length of time (step 309), and then returns to determination 303.

FIGS. 4A and 4B comprise a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine the target heading. Referring to FIG. 4A, step 301 includes a plurality of sub-steps 401–429. Microprocessor 206 continually monitors input PA3 until input PA3 is HIGH, indicating the electronic steering system is engaged (determination 401). When the electronic steering system is engaged, microprocessor 206 checks the state of input PA7, to determine if a user is manually steering left and resetting the target heading (determination 403). If input PA7 is LOW, microprocessor 206 returns to determination 401 until the target heading is set, and if input PA7 is HIGH, microprocessor 206 checks the state of input PA4, to determines if a user is manually steering right and resetting the target heading (determination 405). If input PA4 is LOW, microprocessor 206 returns to determination 401 until the target heading is set, and if input PA4 is HIGH, microprocessor 206 stores the current heading as the target heading, in steps 407–515.

Following the determination that the electronic steering system is engaged and a user is not resetting the target heading microprocessor 206 clears output PA2 (sends PA2 LOW) to turn on transistor 220, and begins timing (step 407). Microprocessor 206 monitors the state of input PA0 to determine when the output 211 of comparator 216 becomes LOW (determination 409). When input PA0 becomes low microprocessor 206 stops timing, sets output PA2 (sends PA2 HIGH), stores the time delay as "heading 1", clears the timer, and then clears output PA2 (sends PA2 LOW) and begins timing again (step 411). When output PA2 is set (sent HIGH) capacitor 225 discharges through transistor 220, resetting capacitor 225 for the determination of the time delay on input PA1.

EXHIBIT V
Page 151

5,202,835

**11**

After clearing output PA2 at step 411 microprocessor 206 monitors input PA1 to determine the length of time it takes for the output of comparator 218 to be cleared (determination 413). When input FA1 becomes LOW microprocessor 206 stops the timer, sets output PA2 (sends PA2 HIGH) to turn on transistor 220 and clear capacitor 225, and stores the time as "heading 2" (step 415). After determining the time delays for "heading 1" and "heading 2" microprocessor 206 determines the proper heading in steps 417–429 (FIG. 4B).

Microprocessor 206 evaluates "heading 1" to determine if "heading 1" is greater than 75% of the maximum time (determination 417). If "heading 1" is greater than 75% of the maximum time "heading 2" must be between 25% and 75%, therefore microprocessor 206 sets "target heading" equal to "heading 2", "slope" is set equal to 0, and the "active sensor"is set as input PA1 (step 419). Slope is an internal variable, based on which sensor is in the accurate range and whether the sensor in the inaccurate range is greater than 75% or less than 25%. Slope, thus indicative of which of the two headings that gave the detected time delay is the actual heading, is later used to determine whether the thrust motor should be steered to the right or the left. If, at determination 417, "heading 1" was not greater than 75% of the maximum, microprocessor 206 determines if "heading 1" is less than 25% of the maximum (determination 421).

If "heading 1" is less than 25% of the maximum time "heading 2" must be between 25% and 75%, therefore microprocessor 206 sets "target heading" equal to "heading 2", "slope" is set equal to 1, and the "active sensor" is set as input PA1 (step 423). If, at determination 421, "heading 1" was not less than 25% of the maximum, microprocessor 206 determines if "heading 2" (which is not in the accurate range because "heading 1" is in the accurate range) is less than 50% of the maximum (determination 425).

If "heading 2" is less than 50% of the maximum time microprocessor 206 sets "slope" equal to 0, "target heading" equal to "heading 1", and the "active sensor" is set as input PA0 (step 427). If, at determination 421, "heading 2" was not less than 50% of the maximum, microprocessor 206 sets "target heading" equal to "heading 1", "slope" equal to 1, and the "active sensor" as input PA0. Thus microprocessor 206 sets the "target heading" equal to the time delay of the sensor that was in the accurate region, and stores a "slope" value, indicative of which of the two possible headings is accurate, to be used later to determine in which direction a steering correction should be made. Following steps 419, 423, 427 and 429 microprocessor 206 goes to determination 303.

FIG. 5 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine whether the electronic steering system is engaged and set. Referring to FIG. 5, determination 303 includes sub-steps 501–503. Microprocessor 206 determines if input PA3 is HIGH (determination 501). If input PA3 is not HIGH, indicating the electronic steering system is not engaged, microprocessor 206 returns to step 301, until the electronic steering system is engaged. If input PA3 is HIGH, microprocessor 206 determines if input PA7 is HIGH (determination 503). If input PA7 is not HIGH, indicating a user is manually steering left, microprocessor 206 returns to step 301 until the manual steering ends. If input PA7 is HIGH, microprocessor 206

**12**

determines if input PA4 is HIGH (determination 505). If input PA4 is not HIGH, indicating that a user is manually steering right, microprocessor 206 returns to step 301 until the manual steering ends. If input PA4 is HIGH microprocessor 206 goes to step 305. Thus, microprocessor 206 determines if the electronic steering system is engaged and if the steering is set.

FIG. 6 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine the current heading. Referring to FIG. 6, step 305 includes sub-steps 601–609. Microprocessor 206 clears the timer, clears output PA2 (sends PA2 LOW) to turn off transistor 220, and starts timing (step 601). After timing has begun, microprocessor 206 determines if input PA1 is the "active sensor" (determination 603). If input PA1 is the active sensor, microprocessor 206 monitors input PA1 until input PA1 becomes LOW (determination 605). When input PA1 becomes LOW, microprocessor 206 stops the timer, sets output PA2 (sends PA2 HIGH), to discharge capacitor 225, and sets "present heading" equal to the timer count (step 609).

If, at determination 603, input PA1 is not the active sensor, microprocessor 206 monitors input PA0 until input PA0 becomes LOW (determination 607). When input PA0 becomes low microprocessor 206 stops the timer, sets output PA2 (sends PA2 HIGH), to discharge capacitor 225, and sets "present heading" equal to the timer count (step 609). After step 609 microprocessor 206 goes to determination 307. Thus, microprocessor 206 monitors the correct input (PA0 or input PA1) and stores the time as the "present heading".

FIG. 7 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine whether a heading correction is needed. Referring to FIG. 7, determination 307 includes sub-steps 701 and 703. Microprocessor 206 sets the "error" equal to "target heading" minus "present heading" (step 701), and determines if the absolute value of "error" is less than a predetermined limit (determination 703). If the absolute value is less than the predetermined limit microprocessor 206 returns to determination 303. If the absolute value of "error" is greater than the predetermined limit microprocessor 206 determines the direction motor housing 112 should be turned and appropriately activates steering motor 106 at step 309.

FIG. 8 is a flow chart illustrating a sub-routine executed by the microprocessor of the preferred embodiment of the present invention to determine effect a heading correction. Step 309 is comprised of sub-steps 801–817 (FIG. 8). If microprocessor 206 determines that a correction is needed at determination 307, microprocessor 206 determines the state of "error" (determination 801) and "slope" (determinations 803 and 805) to properly activate steering motor 106 and turn motor housing 112.

If "error" is less than zero and "slope" is zero, microprocessor 206 sets output PA5 (sends PA5 HIGH) (step 807), causing steering motor 106 to turn motor housing 112 right. If "error" is less than zero and "slope" is not zero, microprocessor 206 sets output PA6 (sends PA6 HIGH), step 809, causing steering motor 106 to turn motor housing 112 left. If "error" is not less than zero and "slope" is zero, microprocessor 206 sets output PA6 (step 809), causing steering motor 106 to turn motor housing 112 left. If "error" is not less than zero and "slope" is not zero, microprocessor 206 sets output PA5

EXHIBIT V
Page 152

5,202,835

13

(step 807), causing steering motor 106 to turn motor housing 112 right.

After output PA5 or output PA6 is set (sent HIGH), microprocessor 206 clears and starts the timer (step 811) and monitors the timer until a predetermined time elapses (determination 813). When the predetermined time elapses microprocessor 206 stops the timer and clears outputs PA5 and PA6 (sends both PA5 and PA6 LOW), to stop steering motor 106 from turning motor housing 112 and returns to determination 303 (step 815).

It is to be understood that, while the detailed drawings and specific examples given describe preferred embodiments of the invention, they are for the purpose of illustration only, and that the apparatus of the invention is not limited to the precise details and conditions disclosed and that various changes may be made therein without departing from the spirit of the invention which is defined by the following claims.

I claim:

1. A heading lock coupled to a trolling motor producing a thrust disposed to pull a watercraft, said heading lock comprising:

a steering motor coupled to said trolling motor, said steering motor being disposed to affect the orientation of said trolling motor in response to input signals;

a steering circuit electrically coupled to said steering motor, said steering circuit begin disposed to generate said input signals to said steering motor in response to heading signals; and

a heading detector electrically coupled to said steering circuit, said heading detector being disposed to transmit said heading signals to said steering circuit.

2. The heading lock of claim 1 wherein said heading detector includes a compass, said compass including a pair of light emitting diodes, said compass further including a pair of photo-transistors mounted so as to be optically coupled to said pair of light emitting diodes.

3. The heading lock of claim 1 wherein said steering circuit comprises a microprocessor.

4. The heading lock of claim 1 further comprising a heading designating means coupled to said steering circuit for designating a desired heading, said heading designating means generating a desired heading signal indicative of said desired heading.

5. The heading lock of claim 4 wherein said trolling motor has a variable orientation, said orientation being selectable, the direction of said thrust being responsive to said orientation, wherein said heading detector generates a feedback signal indicative of the orientation of said trolling motor, and wherein said steering motor effects a change in said orientation in response to said feedback signal.

6. The heading lock of claim 5 wherein said feedback signal is a digital signal, said desired heading signal is a digital signal, and said steering circuit includes a microprocessor.

7. The heading lock of claim 6 wherein said microprocessor compares said feedback signal with said desired heading signal and provides an output signal in response to said comparison.

8. The heading lock of claim 5 wherein said feedback signal is an analog signal and said desired heading signal is an analog signal.

9. The heading lock of claim 4 wherein said heading designating means includes a user actuated switch, said switch having a variable position, said variable position

14

being selectable, and wherein said desired heading signal is responsive to said variable positions.

10. The heading lock of claim 1 wherein said trolling motor precedes said watercraft in a desired heading.

11. A heading lock for a bow-mounted motor, said motor having a thrust, comprising:

a steering motor connected to said bow-mounted motor and controllable by a steering signal input;

a heading detector circuit having a first output indicative of the heading of the thrust of the motor;

a desired heading circuit having a second output indicative of a desired heading; and

a steering control circuit comparing said first output to said second output and generating said steering signal input based on the difference between said first output and said second output.

12. The heading lock of claim 11 further comprising a compass coupled to said heading detector circuit, said compass including a pair of light emitting diodes, said compass further including a pair of photo-transistors mounted so as to be optically coupled to said pair of light emitting diodes.

13. The heading lock of claim 11 wherein said steering control circuit comprises a microprocessor.

14. The heading lock of claim 13 wherein said first output is a digital signal and said second output is a digital signal.

15. The heading lock of claim 11 further comprising a heading designating means coupled to said desired heading circuit for designating said desired heading.

16. The heading lock of claim 15 wherein said bow-mounted motor has a variable orientation, said orientation being selectable, and wherein the direction of said thrust is determined by said orientation.

17. The heading lock of claim 15 wherein said heading designating means includes a user actuated switch, said switch having a variable position, said variable position being selectable, and wherein said second output is responsive to said variable position.

18. The heading lock of claim 11 wherein said first output is an analog signal and said second output is an analog signal.

19. The heading lock of claim 11 wherein said bow-mounted motor precedes said watercraft in said desired heading.

20. A heading lock for a bow-mounted motor, said motor producing a thrust, said heading lock comprising:

a heading detector disposed to detect the heading of the thrust of said bow-mounted motor and provide a thrust heading signal indicative of the heading of the thrust;

means for designating a desired heading, said designating means providing a desired heading signal representative of said desired heading; and

means for directing said thrust in said desired heading in response to said thrust heading signal and said desired heading signal.

21. The heading lock of claim 20 wherein said heading detector includes a compass, said compass including a pair of light emitting diodes, said compass further including a pair of photo-transistors mounted so as to be optically coupled to said pair of light emitting diodes.

22. The heading lock of claim 20 wherein said directing means comprises a microprocessor.

23. The heading lock of claim 20 wherein said bow-mounted motor has a variable orientation, said orientation being selectable, and wherein the direction of said thrust is determined by said orientation.

EXHIBIT V
Page 153

5,202,835

**15**

24. The heading lock of claim 20 wherein said thrust heading signal is a digital signal and said desired heading signal is a digital signal.

25. The heading lock of claim 20 wherein said thrust heading signal is an analog signal and said desired heading signal is an analog signal.

26. The heading lock of claim 20 wherein said designating means includes a user actuated switch, said switch having a variable position, said variable position being selectable, and wherein said desired heading signal is responsive to said variable position.

27. The heading lock of claim 20 wherein said bow-mounted motor precedes said watercraft in said desired heading.

**16**

28. A heading lock for a bow-mounted motor, comprising:

a heading detector disposed to detect the heading of said bow-mounted motor and provide a motor heading signal indicative of the heading of the motor;

means for designating a desired motor heading, said designating means providing a desired motor heading signal representative of said desired motor heading; and

means for directing said motor in said desired motor heading in response to said motor heading signal and said desired motor heading signal.

* * * * *

EXHIBIT V
Page 154

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

**PATENT NO.** : 5,202,835

**DATED** : April 13, 1993

**INVENTOR(S)** : Steven J. Knight

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Claim 9 , col. 14, line 2, change "positions" to --position--.

Signed and Sealed this

Thirtieth Day of November, 1993

*Attest:*

[signature: Bruce Lehman]

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

EXHIBIT V
Page 155

# EXHIBIT W

AUTHORITATIVE • TRUSTWORTHY • CURRENT • COMPREHENSIVE

# The

# AMERICAN
# HERITAGE®



# dic·tion·ar·y

## of

# THE ENGLISH LANGUAGE





AMERICA'S FAVORITE
NEW
UPDATED
EDITION
DICTIONARY

*Richly Illustrated in Full Color*



*fourth edition*

EXHIBIT W
Page 156

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
or www.ahdictionary.com

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
  p.   cm.
  ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
  1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                      00-025369

Manufactured in the United States of America



**om·ni·sex·u·al** (ŏm′nē-sĕk′shōō-əl) *adj.* Pansexual. ❖ *n.* A pansexual person. —**om′ni·sex′u·al′i·ty** *n.*

**om·ni·um-gath·er·um** (ŏm′nē-əm-găth′ər-əm) *n.* A miscellaneous collection; a hodgepodge. [Latin *omnium*, genitive pl. of *omnis*, all; see **OP-** in Appendix I + *gatherum* (mock-Latinate alteration of GATHER).]

**om·ni·vore** (ŏm′nə-vôr′, -vōr′) *n.* 1. An omnivorous person or animal. 2. One that takes in everything available, as with the mind. [From New Latin *Omnivora*, omnivores, from neuter pl. of Latin *omnivorus*, omnivorous. See OMNIVOROUS.]

**om·niv·o·rous** (ŏm-nĭv′ər-əs) *adj.* 1. Eating both animal and vegetable foods. 2. Taking in everything available, as with the mind: *an omnivorous reader.* [From Latin *omnivorus : omni-*, omni- + *-vorus*, -vorous.] —**om·niv′o·rous·ly** *adv.* —**om·niv′o·rous·ness** *n.*

**Om·o·lon** (ō′mə-lôn′)  A river, about 965 km (600 mi) long, of northeast Russia flowing northwest to the Kolyma River.

**O·mot·ic** (ō-mŏt′ĭk)  *n.* A branch of the Afro-Asiatic language family, spoken in Ethiopia. [After the Omo River in western Ethiopia.]

**om·pha·los** (ŏm′fə-lŏs′, -ləs) *n., pl.* **-li** (-lī)  1. The navel. 2. A central part; a focal point. [Greek. See **nobh-** in Appendix I.]

**Omsk** (ômsk)  A city of south-central Russia at the confluence of the Irtysh and Om rivers. On the Trans-Siberian Railroad, it is a major river port and transportation hub. The city was founded in 1716. Population: 1,163,885.


**onager**
*Equus hemionus* subsp. *onager*

**on** (ŏn, ôn) *prep.* **1a.** Used to indicate position above and supported by or in contact with: *The vase is on the table. We rested on our hands and knees.* **b.** Used to indicate contact with or extent over (a surface) regardless of position: *a picture on the wall; a rash on my back.* **c.** Used to indicate location at or along: *the pasture on the south side of the river; a house on the highway.* **d.** Used to indicate proximity: *a town on the border.* **e.** Used to indicate attachment to or suspension from: *beads on a string.* **f.** Used to indicate figurative or abstract position: *on the young side, but experienced; on her third beer; stopped on chapter two.* **2.** Used to indicate actual motion toward, against, or onto: *jumped on the table; the march on Washington.* **3.** Used to indicate figurative or abstract motion toward, against, or onto: *going on six o'clock; came on the answer by accident.* **3a.** Used to indicate occurrence at a given time: *on July third; every hour on the hour.* **b.** Used to indicate the particular occasion or circumstance: *On entering the room, she saw him.* **4a.** Used to indicate the object affected by actual, perceptible action: *The spotlight fell on the actress. He knocked on the door.* **b.** Used to indicate the object affected by a figurative action: *Have pity on them.* **c.** Used to indicate the object of an action directed, tending, or moving against it: *an attack on the fortress.* **d.** Used to indicate the object of perception or thought: *gazed on the vista; meditated on his actions.* **5.** Used to indicate the agent or agency of a specified action: *cut his foot on the broken glass; talked on the telephone.* **6a.** Used to indicate a medicine or other corrective taken or undertaken routinely: *went on a strict diet.* **b.** Used to indicate a substance that is the cause of an addiction, a habit, or an altered state of consciousness: *high on dope.* **7a.** Used to indicate a source or basis: *"We will reach our judgments not on intentions or on promises but on deeds and on results"* (Margaret Thatcher). **b.** Used to indicate a source of power or energy: *The car runs on methane.* **8a.** Used to indicate the state or process of: *on leave; on fire; on the way.* **b.** Used to indicate the purpose of: *travel on business.* **c.** Used to indicate a means of conveyance: *ride on a train.* **d.** Used to indicate availability by means of: *beer on tap; a physician on call.* **9.** Used to indicate belonging to: *a nurse on the hospital staff.* **10.** Used to indicate addition or repetition: *heaped error on error.* **11.** Concerning; about: *a book on astronomy.* **b.** Concerning and to the disadvantage of: *We have some evidence on him.* **12.** *Informal* In one's possession; with: *I haven't a cent on me.* **13.** At the expense of; compliments of: *drinks on the house.* ❖ *adv.* **1.** In or into a position or condition of being supported by or in contact with something: *Put the coffee on.* **2.** In or into a position of being attached to or covering something: *Put your clothes on.* **3.** In the direction of something: *He looked on while the ship docked.* **4a.** Toward or at a point lying ahead in space or time; forward: *The play moved on to the next city.* **b.** At or to a more distant point in time or space: *I'll do it later on.* **5.** In a continuous course: *He worked on quietly.* **6a.** In or into performance or operation: *Turn on the radio.* **b.** In progress or action; in a state of activity: *The show must go on.* **7.** In or at the present position or condition: *stay on; hang on.* **8.** In a condition of being scheduled for or decided upon: *There is a party on tonight.* ❖ *adj.* **1.** Being in operation: *The television is on.* **2a.** Engaged in a given function or activity, such as a vocal or dramatic role: *You're on in five minutes!* **b.** Under or behaving as if under observation: *A minister is always on.* **3.** *Informal* Functioning or performing at a high degree of competence or energy: *The goalie is really on.* **4a.** Planned; intended: *We have nothing much on for this weekend.* **b.** Happening; taking place: *The parade is on.* **5.** *Baseball* Having reached base safely; on base: *Two runners are on.* —**Idioms: be on to** *Slang* To be aware of or have information about: *You'll never deceive us again; we're on to you.* **on and off** Intermittently. **on and on** Without stopping; continuously. [Middle English, from Old English *an, on.* See **an-** in Appendix I.]

**Usage Note**  To indicate motion toward a position, both *on* and *onto* can be used: *The cat jumped on the table. The cat jumped onto the table. Onto* is more specific, however, in indicating that the motion was initiated from an outside point. *He wandered onto the battlefield* means that he began his wandering at some point off the battlefield. *He wandered on the battlefield* may mean that his wandering began on the battlefield. • In constructions where *on* is an adverb attached to a verb, it should not be joined with *to* to form the single word *onto: move on to* (not *onto*) *new projects; hold on to* (not *onto*) *our gains.* • Their uses to indicate spatial relations, *on* and *upon* are often interchangeable: *It was resting on* (or *up-*

**ON** *abbr.* **1.** Old Norse **2.** Ontario

**-on[1]** *suff.* **1a.** Subatomic particle: *baryon.* **b.** Unit; quantum: *photon.* **2.** Basic hereditary unit: *codon.* [From ION.]

**-on[2]** *suff.* Inert gas: *radon.* [New Latin, from (ARG)ON.]

**-on[3]** *suff.* A chemical compound that is not a ketone or a compound that contains oxygen in a carbonyl group: *parathion.* [Alteration of -ONE.]

**on·a·gain, off-a·gain** (ŏn′ə-gĕn′ ôf′ə-gĕn′, ŏf-, ôn′-) *adj. Informal* Existing or continuing sporadically; intermittent or occasional: *an on-again, off-again correspondence.*

**on·a·ger** (ŏn′ə-jər) *n.* **1.** A fast-running wild ass (*Equus hemionus* subsp. *onager*) of central Asia, having an erect mane and a broad black stripe along its back. **2.** An ancient and medieval stone-propelling siege engine. [Middle English, from Late Latin, from Latin, wild ass, from Greek *onagros : onos*, ass + *agrios*, wild; see **agro-** in Appendix I.]

**on-air** (ŏn′âr′, ôn′-) *adj.* Spoken, occurring, or used during broadcasting: *an on-air gaffe; changed his on-air name.*

**o·nan·ism** (ō′nə-nĭz′əm) *n.* **1.** Masturbation. **2.** Coitus interruptus. [After *Onan*, son of Judah (Genesis 38:9).] —**o′nan·ist** *n.* —**o′nan·is′tic** *adj.*

**O·nas·sis** (ō-näs′ĭs, ō-năs′ĭs), **Aristotle** 1906?–1975. Turkish-born Greek financier and shipping magnate who pioneered the use of oil supertankers.

**Onassis, Jacqueline Lee Bouvier Kennedy**  See Jacqueline Lee Bouvier Kennedy.

**O·ña·te** (ō-nyä′tē), **Juan de** 1550?–1630? Spanish explorer and conquistador. He claimed New Mexico for Spain in 1598 and served as its governor until 1607.

**on·board** or **on-board** (ŏn-bôrd′, -bôrd′, ôn-) *adj.* Carried or used aboard a vehicle or vessel: *onboard radar systems.* —**on·board′** *adv.*

**once** (wŭns) *adv.* **1.** One time only: *once a day.* **2.** At one time in the past; formerly. **3.** At any time; ever: *Once known, his face is never forgotten.* **4.** By one degree of relationship: *my first cousin once removed.* ❖ *n.* A single occurrence; one time: *Once will have to do. You can go just this once.* ❖ *conj.* As soon as; if ever; when: *Once he goes, we can clean up.* ❖ *adj.* Having been formerly; former: *the once capital of the nation.* —**Idiom: at once 1.** All at one time; simultaneously: *Everything happened at once. The view of the skyline is at once awesome, grand, and disappointing.* **2.** Immediately; instantly: *Leave the room at once.* [Middle English *ones,* from *on, one,* from Old English *ān.* See **oi-no-** in Appendix I.]

**once-o·ver** (wŭns′ō′vər) *n. Informal* A quick but comprehensive survey or performance: *Let's give this memorandum the once-over.*

❖ **oncet** (wŭnst) *adv. Southern & South Midland U.S.* Once. [Variant of ONCE.]

**on·cho·cer·ci·a·sis** (ŏng′kō-sər-kī′ə-sĭs) *n.* A disease caused by infestation with filarial worms of the genus *Onchocerca*, especially a disease of humans caused by *O. volvulus* and characterized by nodular swellings on the skin and lesions of the eyes. Transmitted by black flies, the disease occurs in tropical regions of Africa and Central America. Also called *river blindness.* [New Latin : *Onchocerca*, genus name (Greek *onkos*, barb + Greek *kerkos*, tail) + –IASIS.]

**on·ci·di·um** (ŏn-sĭd′ē-əm, ŏng-kĭd′-) *n.* Any of numerous epiphytic tropical American orchids of the genus *Oncidium*, having clusters of showy flowers. [New Latin, genus name : Greek *onkos*, barb, hook (from the shape of its labellum) + New Latin *-idium*, diminutive suff. (from Greek *-idion*).]

**on·co·gene** (ŏn′kə-jēn, ŏng′-) *n.* A gene that causes the transformation of normal cells into cancerous cells, especially a viral gene that transforms a host cell into a tumor cell. [Greek *onkos*, mass, tumor; see ONCOLOGY + GENE.]

**on·co·gen·e·sis** (ŏn′kō-jĕn′ĭ-sĭs, ŏng′-) *n.* The formation and development of tumors. [Greek *onkos*, mass, tumor; see **nek-[2]** in Appendix I + –GENESIS.]

**on·co·gen·ic** (ŏn′kō-jĕn′ĭk, ŏng′-) *adj.* Tending to cause or give rise to tumors: *an oncogenic virus.* [Greek *onkos*, mass, tumor; see ONCOLOGY + –GENIC.] —**on′co·ge·nic′i·ty** (-jə-nĭs′ĭ-tē) *n.*

**on·col·o·gy** (ŏn-kŏl′ə-jē, ŏng-) *n.* The branch of medicine that deals with tumors, including study of their development, diagnosis, treatment, and prevention. [Greek *onkos*, mass, tumor; see **nek-[2]** in Appendix I + –LOGY.] —**on·co·log′i·cal** (-kə-lŏj′ĭ-kəl), **on′co·log′ic** (-lŏj′ĭk) *adj.* —**on·col′o·gist** *n.*

**on·com·ing** (ŏn′kŭm′ĭng, ôn′-) *adj.* Coming nearer; approaching: *an oncoming storm.* ❖ *n.* An approach; an advance.

**on·cor·na·vi·rus** (ŏn-kôr′nə-vī′rəs, ŏng-) *n.* Any of a group of viruses that contain single-stranded RNA and produce tumors in birds and mammals. [Greek *onkos*, mass, tumor; see ONCOLOGY + RNA + VIRUS.]

**one** (wŭn) *adj.* **1.** Being a single entity, unit, object, or living being. **2.** Characterized by unity; undivided: *They spoke with one voice.* **3a.** Of the same kind or quality: *two animals of one species.* **b.** Forming a single entity of two or more components: *three chemicals combining into one solution.* **4.** Being a single member or element of a group, category, or class: *I'm just one player on the team.* **5.** Being a single thing in contrast

supervision | supposition

*farm hands; overseeing plumbers and electricians; superintend a household staff.*

**su·per·vi·sion** (sōō′pər-vĭzh′ən) *n.* The act, process, or function of supervising. See synonyms at **care.**

**su·per·vi·sor** (sōō′pər-vī′zər) *n.* **1.** One who supervises. **2.** One who is in charge of a particular department or unit, as in a governmental agency or school system. **3.** One who is an elected administrative officer in certain U.S. counties and townships. —**su′per·vi′so·ry** (-vī′zə-rē) *adj.*

**super welterweight** *n.* See **junior middleweight.**

**su·per·wom·an** (sōō′pər-wōōm′ən) *n.* **1.** A woman who performs all the duties typically associated with several different full-time roles, such as wage earner, graduate student, mother, and wife. **2.** A woman with more than human powers.

**su·pi·nate** (sōō′pə-nāt′) *v.* **-nat·ed, -nat·ing, -nates** —*tr.* **1.** To turn or rotate (the hand or forearm) so that the palm faces up or forward. **2.** To turn or rotate (the foot) by adduction and inversion so that the outer edge of the sole bears the body's weight. —*intr.* To be supinated; undergo supination. [Latin *supīnāre, supīnāt-,* from *supīnus,* backward. See SUPINE.] —**su′pi·na′tion** *n.*

**su·pi·na·tor** (sōō′pə-nā′tər) *n.* A muscle, especially in the forearm, that effects or assists supination.

**su·pine** (sōō-pīn′, sōō′pīn′) *adj.* **1.** Lying on the back or having the face upward. **2.** Having the palm upward. Used of the hand. **3.** Marked by or showing lethargy, passivity, or blameworthy indifference. See synonyms at **inactive. 4.** Inclined; sloping. ❖ *n. Grammar* A defective Latin verbal noun of the fourth declension, having very limited syntax and only two cases, an accusative in *-tum* or *-sum* and an ablative in *-tū* or *-sū.* The accusative form is sometimes considered to be the fourth principal part of the Latin verb. [Middle English *supin,* Latin verbal noun, from Late Latin *supīnum* (verbum), (verb) lying on its back, verb going back, neuter of Latin *supīnus.* See **upo** in Appendix I.] —**su·pine′ly** *adv.* —**su·pine′ness** *n.*

**sup·per** (sŭp′ər) *n.* **1a.** A light evening meal when dinner is taken at midday. **b.** A light meal eaten before going to bed. **2.** A dance or social affair where supper is served. [Middle English, from Old French *souper,* to sup, supper. See SUP[2].]

**sup·per·time** (sŭp′ər-tīm′) *n.* The time of day during which supper is usually eaten.

**sup·plant** (sə-plănt′) *tr.v.* **-plant·ed, -plant·ing, -plants 1.** To usurp the place of, especially through intrigue or underhanded tactics. **2.** To displace and substitute for (another): *The word processor has largely supplanted electric typewriters.* See synonyms at **replace.** [Middle English *supplanten,* from Old French *supplanter,* from Latin *supplantāre,* to trip up: *sub-, sub-* + *planta,* sole of the foot; see **plat-** in Appendix I.]

**sup·ple** (sŭp′əl) *adj.* **-pler, -plest 1.** Readily bent; pliant. **2.** Moving and bending with agility; limber. **3.** Yielding or changing readily; compliant or adaptable. See synonyms at **flexible.** ❖ *tr. & intr.v.* **-pled, -pling, -ples** To make or become supple. [Middle English *souple,* from Old French, from Latin *supplex,* suppliant. See **plāk-**[1] in Appendix I.] —**sup′ple·ness** *n.* —**sup′ply, sup′ple·ly** *adv.*

**sup·ple·ment** (sŭp′lə-mənt) *n.* **1.** Something added to complete a thing, make up for a deficiency, or extend or strengthen the whole. **2.** A section added to a book or document to give further information or to correct errors. **3.** A separate section devoted to a special subject inserted into a periodical, such as a newspaper. **4.** *Mathematics* The angle or arc that when added to a given angle or arc makes 180° or a semicircle. Also called *supplementary angle.* ❖ *tr.v.* (-mĕnt′) **-ment·ed, -ment·ing, -ments** To provide for or complete a supplement to. [Middle English, from Old French, from Latin *supplēmentum,* from *supplēre,* to complete. See SUPPLY.] —**sup′ple·men·tar′i·ty** (-tär′ĭ-tē) *n.* —**sup′ple·men′tar·y** (-mĕn′tə-rē, -trē), **sup′ple·men′tal** (-mĕn′tl) *adj.* —**sup′ple·men·ta′tion** (-mĕn-tā′shən) *n.*

**supplementary angle** *n.* See **supplement** (sense 4).

**sup·ple·tion** (sə-plē′shən) *n. Linguistics* The use of an unrelated form to complete a paradigm, as the past tense *went* of the verb *go, goes, going, gone.* [From Latin *supplētus,* past participle of *supplēre,* to supply. See SUPPLY.]

**sup·pli·ant** (sŭp′lē-ənt) *adj.* Asking humbly and earnestly; beseeching. ❖ *n.* A suppliant. [From Middle English, from Old French, from *suppliant,* present participle of *supplier,* to entreat, from Latin *supplicāre.* See SUPPLICATE.] —**sup′pli·ance** *n.* —**sup′pli·ant·ly** *adv.*

**sup·pli·cant** (sŭp′lĭ-kənt) *n.* One who supplicates; a suppliant. ❖ *adj.* Supplicating. [From Latin *supplicāns, supplicant-,* present participle of *supplicāre,* to kneel down. See SUPPLICATE.]

**sup·pli·cate** (sŭp′lĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates** —*tr.* **1.** To ask for humbly or earnestly, as by praying. **2.** To make a humble entreaty to; beseech. —*intr.* To make a humble, earnest petition; beg. [Middle English *supplicaten,* from Latin *supplicāre, supplicāt-,* from *supplex,* suppliant. See **plāk-**[1]] —**sup′pli·ca′tion** *n.* —**sup′pli·ca·to′ry** (-kə-tôr′ē, -tōr′ē) *adj.*

**sup·ply**[1] (sə-plī′) *v.* **-plied, -ply·ing, -plies** —*tr.* **1.** To make available for use; provide. **2.** To furnish or equip with: *supplied sheets for every bed.* **3.** To fill sufficiently; satisfy: *supply a need.* **4.** To make up for (a deficiency, for example); compensate for. **5.** To serve temporarily as a substitute in (a church, for example). —*intr.* To fill a position as a substitute. ❖ *n., pl.* **-plies 1.** The act of supplying. **2.** Something that is or can be supplied. **3.** An amount available or sufficient for a given use; stock. **4.** Materials or provisions stored and dispensed when needed. Often used in the plural. **5.** *Economics* The amount of a commodity available for meeting a demand or for purchase at a given price. **6.** A

cleric serving as a substitute or temporary pastor. [Middle English *supplien,* to help, complete, furnish with additional troops, from Old French *soupleer,* to fill up, from Latin *supplēre* : *sub-,* from below; see SUB- + *plēre,* to fill; see **pelə-**[1] in Appendix I.] —**sup·pli′er** *n.*

**sup·ply-side** (sə-plī′sīd′) *adj.* Of, relating to, or being an economic theory that increased availability of money for investment, achieved through reduction of taxes especially in the higher tax brackets, will increase productivity, economic activity, and income throughout the economic system. —**sup·ply′-sid′er** *n.*

**sup·port** (sə-pôrt′, -pōrt′) *tr.v.* **-port·ed, -port·ing, -ports 1.** To bear the weight of, especially from below. **2.** To hold in position so as to keep from falling, sinking, or slipping. **3.** To be capable of bearing; withstand: *"His flaw'd heart . . . too weak the conflict to support"* (Shakespeare). **4.** To keep from weakening or failing; strengthen: *The letter supported him in his grief.* **5.** To provide for or maintain, by supplying with money or necessities. **6.** To furnish corroborating evidence for: *New facts supported her story.* **7a.** To aid the cause, policy, or interests of: *supported her in her election campaign.* **b.** To argue in favor of; advocate: *supported lower taxes.* **8.** To endure; tolerate: *"At supper there was such a conflux of company that I could scarcely support the tumult"* (Samuel Johnson). **9.** To act in a secondary or subordinate role to (a leading performer). ❖ *n.* **1a.** The act of supporting. **b.** The state of being supported. **2.** One that supports. **3.** Maintenance, as of a family, with the necessities of life. [Middle English *supporten,* from Old French *supporter,* from Latin *supportāre,* to carry : *sub-,* from below; see SUB- + *portāre,* to carry; see **per-**[2] in Appendix I.]



supplement
supplementary angles

**Synonyms** *support, uphold, back, advocate, champion* These verbs mean to give aid or encouragement to a person or cause. *Support* is the most general: *"the policy of Cromwell, who supported the growing power of France against the declining power of Spain"* (William E.H. Lecky). To *uphold* is to maintain or affirm in the face of a challenge or strong opposition: *"The Declaration of Right upheld the principle of hereditary monarchy"* (Edmund Burke). *Back* suggests material or moral support intended to contribute to or assure success: *The important medical research was backed by the federal government.* *Advocate* implies verbal support, often in the form of pleading or arguing: *Scientists advocate a reduction in saturated fats in the human diet.* To *champion* is to fight for one that is under attack or is unable to act in its own behalf: *"championed the government and defended the system of taxation"* (Samuel Chew).

**sup·port·a·ble** (sə-pôr′tə-bəl, -pōr′-) *adj.* Bearable; endurable. —**sup·port′a·bil′i·ty** *n.* —**sup·port′a·bly** *adv.*

**sup·port·er** (sə-pôr′tər, -pōr′-) *n.* **1.** One that supports, as a structural member of a building. **2.** One who promotes or advocates; an adherent: *a supporter of capitalism.* **3.** An athletic supporter. **4.** *Heraldry* An animal or figure that supports a shield in a coat of arms.



supporter
coat of arms of the Peracchio family, Piedmont, Italy

**support group** *n.* A group of people, sometimes led by a therapist, who provide each other moral support, information, and advice on problems relating to some shared characteristic or experience: *a support group for cancer survivors.*

**support hose** *pl.n.* Elasticized stockings designed to reduce stress on the blood vessels in the legs, as for people with varicose veins. Also called *support stockings.*

**sup·por·tive** (sə-pôr′tĭv, -pōr′-) *adj.* Furnishing support or assistance. —**sup·por′tive·ly** *adv.* —**sup·por′tive·ness** *n.*

**support level** *n.* A price at which a security or the market becomes attractive to investors.

**support stockings** *pl.n.* See **support hose.**

**support system** *n.* A network of personal or professional contacts available to a person or organization for practical or moral support.

**sup·pos·a·ble** (sə-pō′zə-bəl) *adj.* That can be supposed or conjectured: *a supposable outcome.* —**sup·pos′a·bly** *adv.*

**sup·pose** (sə-pōz′) *v.* **-posed, -pos·ing, -pos·es** —*tr.* **1.** To assume to be true or real for the sake of argument or explanation: *Suppose we win the lottery.* **2a.** To believe, especially on uncertain or tentative grounds: *Scientists supposed that large dinosaurs lived in swamps.* **b.** To consider to be probable or likely: *I suppose it will rain.* **3.** To imply as an antecedent condition; presuppose: *"Patience must suppose pain"* (Samuel Johnson). **4.** To consider as a suggestion: *Suppose we dine together.* —*intr.* To imagine; conjecture. [Middle English *supposen,* from Old French *supposer,* alteration (influenced by *poser,* to place) of Medieval Latin *suppōnere,* from Latin, to put under : *sub-, sub-* + *pōnere,* to place; see **apo-** in Appendix I.]

**sup·posed** (sə-pōzd′, -pō′zĭd) *adj.* **1.** Presumed to be true or real without conclusive evidence. **2.** Intended: *medication that is supposed to relieve pain.* **3a.** Required: *He is supposed to go to the store.* **b.** Permitted: *We are not supposed to smoke here.* **c.** Firmly believed; expected: *You're supposed to be my friend.* —**sup·pos′ed·ly** (-pō′zĭd-lē) *adv.*

**Synonyms** *supposed, conjectural, hypothetical, putative, reputed, suppositious, suppositious* These adjectives mean put forth or accepted as being true on inconclusive grounds: *the supposed cause of inflation; conjectural criticism; the hypothetical site of a lost culture; a foundling's putative father; the reputed author of the article; suppositious reconstructions of dead languages; suppositious hypothesis.*

**Antonym** *genuine*

**sup·pos·ing** (sə-pō′zĭng) *conj.* Assuming that: *Supposing we're right, what should we do?*

**sup·po·si·tion** (sŭp′ə-zĭsh′ən) *n.* **1.** The act of supposing. **2.** Something supposed; an assumption. —**sup′po·si′tion·al** *adj.* —**sup′po·si′tion·al·ly** *adv.*

| ă pat | oi boy |
|---|---|
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ′ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

1739

# EXHIBIT X

1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising:

a base;

<mark>at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged</mark>; and

a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers,

wherein the <mark>at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction</mark>, and

wherein the <mark>at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays each of the DC ports being on the base between a respective one of the pairs of surfaces.</mark>


13. A charging system for charging a plurality of video game controllers, each having a power input port, the charging system comprising:

a base;

a plurality of male mini-USB connectors supported by the base and each adapted to provide DC power to a respective one of the plurality of video game controllers;

<mark>at least one docking structure defining a plurality of docking bays open in a first direction and configured to receive from the first direction and align respective ones of the plurality of video game controllers to couple to respective ones of the plurality of male mini-USB connectors</mark>; and

a power input for connecting to a power supply, the power input electrically coupled to the plurality of male mini-USB connectors,

<mark>wherein the at least one docking structure comprises a plurality of pairs of substantially parallel opposite planar surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, each of the docking bays being open on opposite sides between the respective pair of surfaces.</mark>

EXHIBIT X
Page 160