SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:    858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer
Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendants. | Case No. CV12-03001-GAF-VBK <br><br> **DEFENDANTS' NOTICE OF ERRATA RE RESPONSIVE CLAIM CONSTRUCTION BRIEF** <br><br> **DATE:** April 29, 2013 <br> **TIME:** 9:30 A.M. <br> **CTRM:** 740 <br><br> **Hon. Gary Allen Feess** |

Please take notice that Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products LLC ("Defendants") hereby submit a Corrected Responsive Claim Construction Brief. In their previously submitted brief, Defendants inadvertently omitted the table of contents and table of authorities required by the Local Rules.

This Corrected Responsive Claim Construction Brief submitted herewith provides the missing table of contents and table of authorities. The content of the brief otherwise remains unchanged.

DATED: April 16, 2013          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     /s/ Daniel N. Yannuzzi
          DANIEL N. YANNUZZI
          STEVEN M. HANLE
       GRAHAM (GRAY) M. BUCCIGROSS
          MATTHEW M. MUELLER
       Attorneys for Defendants,
       Performance Designed Products LLC,
       Eveready Battery Co., Inc.,
       and Energizer Holdings, Inc.

## CERTIFICATE OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On April 16, 2013, I electronically filed the following document(s) described as

**DEFENDANTS' NOTICE OF ERRATA RE RESPONSIVE CLAIM CONSTRUCTION BRIEF**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on April 16, 2012, at San Diego, California.

/s/ Rex Bautista
Rex Bautista