1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations

3  DANIEL N. YANNUZZI, Cal. Bar No. 196612
   dyannuzzi@sheppardmullin.com
4  GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
   gbuccigross@sheppardmullin.com
5  MATTHEW M. MUELLER. Cal. Bar No. 268486
   mmueller@sheppardmullin.com
6  12275 El Camino Real, Suite 200
   San Diego, California  92130-2006
7  Telephone:   858.720.8900
   Facsimile:    858.509.3691
8

9  STEVEN M. HANLE, Cal. Bar No. 168876
   shanle@sheppardmullin.com
10 650 Town Center Drive, 4th Fl.
   Costa Mesa, CA 92626
11 Telephone:   714.513.5100
   Facsimile:    714.513.5130
12
   Attorneys for Defendants,
13 Performance Designed Products LLC,
   Eveready Battery Co, Inc., and Energizer
14 Holdings, Inc.

15             UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
16

17 | NYKO TECHNOLOGIES, INC. a | Case No. CV12-03001 GAF-VBK
18 | California Corporation,
   |                           | **DECLARATION OF GRAHAM**
19 |         Plaintiff,         | **(GRAY) M. BUCCIGROSS IN**
   |                           | **SUPPORT OF DEFENDANTS'**
20 |    v.                     | **OBJECTIONS TO EXPERT**
   |                           | **DECLARATIONS OF GARRY**
21 | ENERGIZER HOLDINGS, INC. a | **KITCHEN (DKT. NOS. 99 AND 110)**
   | Missouri Corporation, EVEREADY
22 | BATTERY CO., INC., a Delaware
   | Corporation, and PERFORMANCE
23 | DESIGNED PRODUCTS LLC, a
   | California Limited Liability Company,
24
   |         Defendants.
25

26

27

28

SMRH:408341964.1

Case No. CV12-03001 GAF-VBK
DECLARATION OF G. BUCCIGROSS IN SUPPORT OF
DEFENDANTS' OBJECTIONS TO KITCHEN EXPERT DECLARATIONS

I, Graham (Gray) M. Buccigross, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC, Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached as Exhibit 1 is an email dated March 28, 2013 from Warren Bleeker, counsel for Plaintiff Nyko Technologies, Inc. ("Nyko"), to me.

4. Attached as Exhibit 2 is an email dated March 29, 2013 from Katherine L. Quigley, counsel for Nyko, to me.

5. Attached as Exhibit 3 are excerpts from the deposition transcript of Nyko's expert Garry Kitchen, taken April 11, 2013.

6. Attached as Exhibit 4 is an email dated April 7, 2013 from me to Warren Bleeker.

7. Attached as Exhibit 5 is an email dated April 4, 2013 from Art Hasan, counsel for Nyko, to Garry Kitchen, produced by Nyko at GK000051 (attachment omitted).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April, 2013 at San Diego, California.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Gray M. Buccigross*
　　　GRAHAM (GRAY) M. BUCCIGROSS

Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC