| | |
|---|---|
| **From:** | Warren Bleeker <warren.bleeker@cph.com> |
| **Sent:** | Thursday, March 28, 2013 10:20 AM |
| **To:** | Gray Buccigross |
| **Cc:** | LegalTm-PDP-Nyko; Art Hasan; Katherine L. Quigley; Stacey R. Dawson; Stacy Goodwin |
| **Subject:** | FW: Nyko v. PDP:  Claim construction disclosures |

Gray--

Thanks for your message.

We do have an agreement as to disclosure of expert testimony and a briefing schedule on claim construction.

The matter of Defendants suddenly changing claim constructions at this late date is a completely separate issue.  NYKO has relied on Defendants' proposed claim constructions since December 17, 2012 in developing its positions and contentions, performing research, and conducting discovery, including taking key depositions.

Without at least meeting and conferring first to understand how and why Defendants want to suddenly change their claim construction positions literally hours before disclosing testimony summaries, and only days before briefing and a hearing,  NYKO cannot agree to this.  Defendants' changing positions may impact the subjects of expert testimony, citations to extrinsic evidence, citations to intrinsic evidence, the briefing schedule, the claim construction hearing date, not to mention depositions already taken.

Please let us know when you are available to discuss this issue.

Regards,
Warren




**G. Warren Bleeker** | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800
--------------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

**From:** Gray Buccigross [mailto:gbuccigross@sheppardmullin.com]
**Sent:** Wednesday, March 27, 2013 6:19 PM
**To:** Art Hasan
**Cc:** Warren Bleeker; Katherine L. Quigley; LegalTm-PDP-Nyko
**Subject:** Nyko v. PDP: Claim construction disclosures

Art,

Yesterday we re-confirmed that the parties will file their opening claim construction briefs on April 3 and responsive briefs on April 15.  We also agreed that by the end of the day this Friday (let's say 6pm), we will disclose summaries of any testimony that we plan to rely on in our opening briefs.

Can we also agree that to the extent our proposed constructions have changed since the parties filed the Joint Claim Construction Statement on December 17, 2012, that we will exchange any revised constructions by Friday morning at 10am?

Regards,
Gray

Gray M. Buccigross, Attorney
858.720.7427 | direct
858.847.4898 | direct fax
gbuccigross@sheppardmullin.com | Bio

**Sheppard**Mullin
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.