| | |
|---|---|
| **From:** | Katherine L. Quigley <Katherine.Quigley@cph.com> |
| **Sent:** | Friday, March 29, 2013 5:47 PM |
| **To:** | Gray Buccigross; LegalTm-PDP-Nyko |
| **Cc:** | Warren Bleeker; Art Hasan |
| **Subject:** | Nyko v. PDP - Summary of Expert Testimony |
| **Attachments:** | GarryKitchenCV_2013.pdf |

Gray,

Nyko has retained Mr. Garry Kitchen to offer opinions and expert testimony in this matter. His CV is attached. Further to the agreement between the parties dated March 26, Nyko discloses that it intends to rely upon opinions by Mr. Kitchen in connection with claim construction as follows:

1. As to the terms "to couple to" and "electrically coupled to," Mr. Kitchen will offer opinions that the meaning of the terms depends on their context. Within the context of the '848 Patent, Mr. Kitchen will confirm that the term "to couple to" relates to the mechanical linkage between the DC port and the input port of the video game controller, and that the appropriate definition of the term means to join, link or connect the aforementioned structures together without the use of external wires or cables. In contrast, the term "electrically coupled to" is an electrical term of art that allows for a direct or indirect connection between components so long as the components electrically interact, for example, via intermediate circuit elements. Mr. Kitchen is expected to cite to examples in the intrinsic evidence and to rely upon his experience and extrinsic evidence in the mechanical and electrical arts to support his opinions.

2. As to the term "at least one," within the context of the plain mathematical meaning of the term, the intrisic evidence and extrinsic evidence, Mr. Kitchen will offer an opinion that the proper meaning of this term is "one or more." Mr. Kitchen will also opine that the definition offered by Defendants is at odds with the intrinsic evidence and is out of context. For example, Defendants construction that a single structure must define a plurality of docking bays is inaccurate and unsupported, as is their construction each docking structure must have two or more pairs of opposite surfaces.

3. Mr. Kitchen will also offer opinions in opposition to Defendants' indefiniteness claims either in the opening briefing or rebuttal or both. Mr. Kitchen will opine that sufficient structure is disclosed in the claims themselves, including with respect to the opposite surfaces, the docking bays and the DC ports, and that the same are described in the written description in a manner in which one skilled in the art would be able to discern what is being claimed.

4. Mr. Kitchen will offer an opinion that Nyko's proposed definition of the term "base," meaning the foundation or support upon which structures including the controllers themselves rest, is proper given the intrinsic evidence. Mr. Kitchen will cite to portions of the written description where it is shown and/or described that the base is a body or housing that holds, for example, circuitry and other elements. Mr. Kitchen will opine that Defendants proposed construction of the base being the bottom part of the charging system that provides physical support for the system against an external adjacent surface (e.g., a table or wall) is an out of context definition that improperly removes the preferred embodiment from claim coverage.

5. Mr. Kitchen will respond to any additional specific arguments raised by Defendants in a rebuttal declaration filed with the rebuttal briefs.

Regards,

Katherine Quigley



**Katherine L. Quigley, Esq.**
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445
PH: (626) 795-9900 | FAX: (626) 577-8800
---------------------------------------------------------------
The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged.  If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient,  you may not read, copy, distribute or use this information.  If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

# Garry E. Kitchen

SGK Service Inc.
3494 Camino Tassajara #403
Danville, CA 94506
925-553-7909
http://www.garrykitchen.com
gk@garrykitchen.com

## EDUCATION

**Bachelor of Science, Electrical Engineering,** 1980
Fairleigh Dickinson University, Teaneck, New Jersey
Eta Kappa Nu Honor Society, 1977-1980
Engineering Merit Scholarship - Matsushita Corp, 1978-1979

## AFFILIATIONS

AIAS - Academy of Interactive Arts and Sciences
IGDA - International Game Developers Association
IEEE - Institute of Electrical & Electronics Engineers
BOSSLEVEL - The World's Top 100 Game Developers (invitation only)
*Elite Expert* for IMS Expert Services, Pensacola, Florida
Gerson Lehrman Group Councils
Guidepoint Global (FNA Vista Research - Society of Industrial Leaders)
Coleman Research Group
Eta Kappa Nu Honor Society

## EXPERIENCE

- 30+ years of technical management experience running game development companies, with an unmatched 17 years of management experience in Internet gaming.

- Hands-on technical and creative experience in all genres of game development, including console, PC retail and download, online, mobile and dedicated electronic.

- Performed as Legal Expert Witness in numerous cases involving patents, copyrights, video game business issues and software development for clients including Konami Entertainment, Nintendo of America, Sony Computer Entertainment, Zynga, NCR, Taito and Activision (see **Expert Consulting Experience** section below).

Exhibit 2
Page 2-3

**Garry E. Kitchen**
page 2

**EXPERIENCE**
(cont'd)

- Strategic business planning - a history of anticipating and influencing industry trends with pioneering initiatives:
  **1980** Back-engineered the Atari 2600 in anticipation of the video game revolution
  **1986** Established the 1st North American-based Nintendo development studio
  **1996** Pioneered *Advergaming* with development of LifeSavers' Candystand.com
  **2005** Applied dynamic in-game advertising technology to casual games
  **2008**  Repositioned Skyworks as leading iPhone publisher with 11M downloads

- Expertise in developing comprehensive business plans, with application toward raising investment capital, either through IPO or private equity investment.

- Recognized as an industry expert in online gaming by numerous trade conferences, including Digital Hollywood, iMedia Breakthrough, GDC, CES, Gamer Technology Conference, Casual Game Conference, Advertising in Games conference, DMEXPO, VNU Digital Marketing conference, National Cable Show.

- Experience in dealing with broadcast and print media, including CNBC, ABC Eyewitness News, CNN, Good Morning Atlanta, The Today Show and various consumer and trade publications.

- Personally developed video game software products generating career retail sales in excess of $350 million.

- Co-founded Skyworks Technologies, Inc., an industry pioneer in *Advergames* - sponsorship-supported video games used as advertising vehicles.  Skyworks was named a Top 50 Interactive Agency by Advertising Age for the years 2003 and 2004.  Skyworks' client list included Nabisco/Kraft Foods, BMW, Toyota, Ford, PepsiCo, Campbell's, Fox Sports, CBS, Mattel, Weather Channel, Microsoft Network, Yahoo!, Miller Brewing Company, GlaxoSmithKline and MTV.

- Developed strategy and business plan for the Casual Games Network (CGN), Skyworks' initiative applying dynamic in-game advertising to online casual games, partnering with Massive Incorporated.

Exhibit 2
Page 2-4

**Garry E. Kitchen**
page 3

## EXPERIENCE
(cont'd)

• Co-founded Absolute Entertainment, Inc., console game publisher licensed by Nintendo, Sega, Sony, 3DO and Atari and video game developer of over 100 marketed titles from 1986 to 1995, generating product retail sales of over $300 million.  Successfully lead Absolute through oversold IPO, raising $12 million.

• Consulted for RCA David Sarnoff Research Labs (1986-1987) on entertainment applications of Digital Video Interactive (DVI), the first technology to store digital full-motion video on a CDROM.

• Designed & programmed Atari 2600 adaptation of hit arcade game Donkey Kong, 1982 wholesale revenues in excess of $100 million on four million units sold.

• Conceived, designed and developed Bank Shot, an innovative electronic pool game marketed by Parker Brothers, named "10 Best Games of 1980", *Omni Magazine*.

• Reverse-engineered Atari 2600 game system in 1980, creating one of the first third party 2600-compatible game cartridges - Space Jockey.

## EMPLOYMENT HISTORY

**President/CEO**
SGK Service Inc., Danville, California
March 2007 - Present

**Vice President Game Publishing**
Viacom Media Networks, San Francisco, California
December 2010 - May 2012

**President/CEO**
AppStar Games Inc., Paramus, New Jersey
February 2010 - Present

**Chief Operating Officer**
Skyworks Interactive, Inc., Hackensack, New Jersey
December 2007 - September 2009

Exhibit 2
Page 2-5

**Garry E. Kitchen**
page 4

**EMPLOYMENT HISTORY**
(cont'd)

> **Chairman, President & CEO**
> Skyworks Technologies, Inc., Hackensack, New Jersey
> November 1995 - December 2007
>
> **Chairman, President & CEO**
> Absolute Entertainment, Inc., Upper Saddle River, New Jersey
> March 1986 - November 1995
>
> **Senior Designer**
> Activision, Inc., Mountainview, California
> June 1982 - March 1986
>
> **President**
> Imaginative Systems Software, New Milford, New Jersey
> November 1981 - May 1982
>
> **Engineer/Designer**
> James Wickstead Design Associates, Cedar Knolls, New Jersey
> April 1976 - October 1981

**HONORS AND AWARDS**

> • 2012 Official Honoree - Games (Handheld Devices)
>   AddictingGames Mobile for iOS platform
>   *International Academy - Digital Arts & Sciences WEBBY AWARDS - 2012*
>
> • Nomination as an *Elite Expert* by IMS Expert Services
>   *IMS Expert Services (www.ims-expertservices.com) - 2009*
>
> • Nomination to the Advisory Committee: "Reinventing Advertising: VOD, PVR, Broadband, Games, PODs & Mobile Consortium"
>   *Digital Hollywood - 2005, 2006*
>
> • Lifetime Achievement Award in Video Games
>   *Classic Gaming Expo - 2003*
>
> • New Jersey Entrepreneur of the Year - Finalist
>   *Inc. Magazine*, *Merrill Lynch* and *Ernst & Young* - 1993

Exhibit 2
Page 2-6

**Garry E. Kitchen**
page 5

**HONORS AND AWARDS**
(cont'd)

• Best Simulation Game
<u>Super Battletank</u>
*Game Informer Magazine* - 1992

• Sega Seal of Quality Award Nominee - Best Flying/Driving Genesis
<u>Super Battletank</u>
*Sega of America* - 1992

• Lifetime Achievement Award in Video Games
*The Doctor Fad Show*
Syndicated educational television program - 1990

• Video Game Designer of the Year
*Computer Entertainer Magazine* - 1985

• Best Creativity Product - Nominee
<u>Garry Kitchen's GameMaker</u>
*SPA Excellence in Software* - 1985

• Video Game of the Year - Certificate of Merit
<u>Keystone Kapers</u>
*Electronic Games Magazine* - 1983

• U.S. Patent #4,346,892
<u>Bank Shot</u>
Electronic Pool Game marketed by Parker Brothers - 1981

• Ten Best Games of 1980
<u>Bank Shot</u>
*OMNI Magazine* - 1980

• The Games 100 - The Top 100 Games of 1980
<u>Bank Shot</u>
*Games Magazine* – 1980

• Engineering Merit Scholarship
Panasonic / Matsushita Corporation of Japan
Fairleigh Dickinson University - 1978, 1979

Exhibit 2
Page 2-7

**Garry E. Kitchen**
page 6

## EXPERT CONSULTING EXPERIENCE

| Year | Law Firm | Client | Case | Description | Report/ Declaration | Deposition | Trial Testimony |
|---|---|---|---|---|---|---|---|
| 2013- | Kirkland & Ellis LLP | Zynga Inc. | Promotional Technologies LLC v. Zynga Inc. | Video game related patent infringement case | | | |
| 2013- | Paul Hastings LLP | Zynga Inc. | Zynga Inc. v. Alan Patmore, Kixeye Inc. et al | Video game related trade secret dispute | √ | | |
| 2012- | Mishcon de Reya LLP | Confidential | n/a | Analysis of video game related patent | | | |
| 2012- | Paynter Law Firm, PLLC | Robin Antonick | Robin Antonick v. Electronic Arts Inc. | Video game related contractual dispute | √ | √ | |
| 2012 | Perkins Coie LLP | Nintendo of America Inc. | Impulse Technology Ltd. v. Nintendo of America Inc., et al | Video game related patent infringement case | √ | √ | |
| 2012- | Cooley LLP | Nintendo of America Inc. | SSD v. Nintendo of America Inc. | Video game related patent infringement case | | | |
| 2012- | K&L Gates LLP | Sony Computer Entertainment of America Inc | Walker Digital, LLC v. Sony Computer Entertainment Inc. et al | Video game related patent infringement case | | | |
| 2010-2012 | Morgan, Lewis & Bokius LLP | Sony Computer Entertainment of America Inc. | Craig Thorner and Virtual Reality Feedback Corp v. Sony Computer Entertainment America Inc. et al | Video game related patent infringement case involving video game controller technologies. | √ | | |
| 2010 | Mudd Law Offices LLP | Jeremy Wise and Wise Buy Now LLC | David Allison dba Cheat Code Central vs. Jeremy Wise and Wise Buy Now LLC | Retained as a consultant/expert witness in the area of copyright infringement related to a game information website. | √ | | |
| 2009-2010 | Paul, Hastings, Janofsky & Walker LLP | Zynga Game Network Inc. | Zynga Game Network Inc. v Playdom Inc. et al. Superior Court of the State of California, County of Santa Clara | Retained as a consultant/expert witness in the areas of game design, copyright infringement and related business issues. | √ | | |
| 2009 | Skadden Arps | Jakks Pacific, Inc. | Jakks Pacific, Inc. v THQ Inc. (arbitration) | Case involved contractual issues in a video game licensing/distribution agreement Retained as a consultant/expert witness in the areas of game design and | | | |

Exhibit 2
Page 2-8

| | | | | related video game business/contract issues. | | | |
|---|---|---|---|---|---|---|---|
| 2008-2010 | Paul, Hastings, Janofsky & Walker LLP | Konami Digital Entertainment Co, LTD. and Konami Digital Entertainment, Inc. | Konami Digital Entertainment Co., LTD and Konami Digital Entertainment, Inc. v. Harmonix Music Systems, Inc., MTV Networks, Co, and Viacom, Inc.  United States District Court, Eastern District of Texas, Tyler Division, Case No. 6:08-CV-286 | Patent infringement case against Rock Band & Rock Band 2 involving three key patents in the area of rhythm-action video games utilizing custom game controllers.  Retained by the patent holder (Konami) as a consultant/expert witness in the areas of video game software development, patent infringement and validity.  Tasks to date include analysis of prior art, opinions on claim construction, analysis of software code regarding infringement. | √ | √ | |
| 2008-2010 | Pillsbury, Winthrop, Shaw, Pitman LLP | Activision Publishing Inc. | n/a | Retained as a consultant regarding a number of patent reexaminations by the USPTO. | √ | | |
| 2008-2009 | Kirkland & Ellis | Activision Publishing Inc. | Activision Publishing v. CONFIDENTIAL | Confidential arbitration case involving patent infringement and invalidity, copyright infringement and related video game industry business issues in the field of rhythm-action video games utilizing custom game controllers.  Tasks included prior art research and analysis, numerous reports including Patent Invalidity and Copyright Infringement.  Deposed numerous times and testified in front of the Arbitration Panel. | √ | √ | √ |
| 2008 | Allan Law Group, PC | CONFIDENTIAL | n/a | Retained to undertake pre-litigation search and analysis of potential prior art regarding a virtual world patent.  Uncovered critical | √ | | |

Exhibit 2
Page 2-9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | prior art, which lead to a significant modification in the client's litigation strategy. | | | |
| 2007- | McDonnell Boehnen Hulbert & Berghoff LLP | NetJumper Software, LLC | NetJumper Software, LLC vs Google Inc.  United States District Court, Eastern District of Michigan, Southern Division, Case No. 04-70366-CV | Patent infringement cast involving search technology.  Wrote infringement report including demonstrative video presentation. | √ | | |
| 2005-2009 | Valauskas & Pine LLC | Neomedia Technologies | Scanbuy Inc. vs. Neomedia Technologies, Inc. United States District Court, Southern District of New York, Civil Action No. 04 CV 02443 (JES) | Copyright and patent infringement case involving UPC barcode recognition software on mobile devices.  Tasks included comparing source codes for Copyright Infringement and opining on Patent Infringement/Validity. | √ | √ | |
| 2005 | Laura Ringelheim, Esq. | Hopeton Overton Browne | Hopeton Overton Browne, p/k/a Scientist vs. Greensleeves Records, LTD, Take Two Interactive Software, Inc. and Rockstar Games, Inc.  United States District Court, Southern District of New York, Civil Action No. 03 CV 7696 (MGC) | Case involved copyright infringement for unauthorized inclusion of the client's music in the video game Grand Theft Auto 3.  Wrote report opining on licensing costs and potential damages for usage of music in video games. | √ | √ | |
| 2003 | Rich Barbuto, Esq. | Tritech | Tritech v. Ectaco, United States District Court, Southern District of New York, Civil Action. | Retained as a consultant/expert witness in a case involving defective language translator units purchased by the client from an overseas manufacturer.  My tasks included an engineering analysis to determine the cause for the malfunction (software), writing a report and testifying at trial. | √ | | √ |
| 2002 | Jenkins & Gilchrist | NCR | NCR Corporation v. Palm, Inc. and Handspring, Inc. United States | Client (NCR) sued Palm & Handspring for patent infringement | √ | √ | |

Exhibit 2
Page 2-10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | District Court, Delaware, Civil Action No. 01-169-RRM | regarding a handheld, tethered computing device. Tasks included code analysis to opine on patent infringement, associated report and deposition testimony. | | | | |
| 2000 | Jacob Weingarten | Sylvan Gonska | Gonska v. Gonska | Web development | √ | | | |
| 2000 | Wilson, Sonsini, Goodrich & Rosati | Engineering Animation Inc. | Engineering Animation Inc. v. THQ | Video game development | √ | √ | | |
| 1998 | Drinker, Biddle & Reath | QQP/Bruce Williams | QQP v. Impact | Video game contractual and business issues | √ | √ | | |
| 1995-1997 | Brinks, Hofer, Gilson & Leone | Taito of America | Magnavox v. Taito of America | Patent infringement | √ | √ | | |
| 1995 | Brinks, Hofer, Gilson & Leone | Taito of America | Atari v. Taito of America | Copyright infringement | √ | √ | | |
| 1991 | Latham & Watkins LLP | Nintendo of America | Atari v. Nintendo | Video game contractual issues | √ | √ | √ | |
| 1990 | - | Nintendo of Japan | Nintendo v. Codemasters | Copyright infringement | √ | √ | √ | |

Exhibit 2
Page 2-11