```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4     -----------------------------
       NYKO TECHNOLOGIES, INC., a   )
 5     California corporation,      )
                                    )
 6            Plaintiff,            ) Case No.
                                    ) CV 12-3001 GAF (VBKx)
 7        vs.                       )
                                    )
 8     ENERGIZER HOLDINGS, INC., a  )
       Missouri corporation,       ) VOLUME I
 9     EVEREADY BATTERY CO., INC.,  )
       a Delaware Corporation, and )
10     PERFORMANCE DESIGNED         )
       PRODUCTS LLC, a California   )
11     Limited Liability Company,   )
                                    )
12            Defendants.           )
       -----------------------------
13                                  )
       AND RELATED COUNTERCLAIM     )
14                                  )
       -----------------------------
15
16
17            DEPOSITION OF GARRY KITCHEN
18               GLENDALE, CALIFORNIA
19             THURSDAY, APRIL 11, 2013
20
21
22     Job No. 1647583
23     Reported by: RICKI Q. MELTON, CSR No. 9400
24
25     PAGES 1 - 264

                                        Page 1
```

```
 1    outcome in any way.

 2            At this time will counsel and all present    01:13:19

 3    please identify themselves for the record.           01:13:22

 4            MR. HANLE:  Steven Hanle for the             01:13:23

 5    defendants.                                          01:13:25

 6            MR. HASAN:  Art Hasan, Christie, Parker &     01:13:26

 7    Hale, for plaintiff NYKO Technologies, Inc.          01:13:29

 8            MS. QUIGLEY:  Katherine Quigley for          01:13:32

 9    plaintiff NYKO Technologies, Inc.                    01:13:35

10            THE WITNESS:  Garry Kitchen, expert hired    01:13:35

11    by Christie Parker Hale.                             01:13:38

12            VIDEO OPERATOR:  Thank you.                  01:13:40

13            Could we please have the oath.               01:13:41

14

15                    GARRY KITCHEN,

16      the witness, having been first administered

17      an oath in accordance with CCP section 2094,

18      testified as follows:

19

20                    EXAMINATION

21                                                         01:13:51

22    BY MR. HANLE:                                        01:13:51

23        Q    Good afternoon, Mr. Kitchen.  How are you   01:13:52

24    today?                                               01:13:54

25        A    Good.  How are you?                         01:13:54
```

                                                    Page 10

```
 1      A    Yes.                                      01:15:01

 2      Q    Is -- are you on any medication that would 01:15:05

 3   affect your memory or ability to give full and    01:15:07

 4   complete testimony here today?                    01:15:09

 5      A    No.                                        01:15:10

 6      Q    Is there any other reason why you can't    01:15:11

 7   give your best testimony here today?              01:15:13

 8      A    No.                                        01:15:15

 9      Q    And please answer audibly with "yes's" or  01:15:16

10   "no's" rather than shakes of the head or nods or  01:15:20

11   "uh-huh's" or "huh-uh's," and certainly -- some of 01:15:23

12   my questions, I'll ask for a "yes" or "no" question 01:15:28

13   (sic).  I would like you to answer "yes" or "no" if 01:15:30

14   possible.                                          01:15:33

15        If you don't believe it's possible to        01:15:33

16   answer "yes" or "no," then you can let me know     01:15:35

17   that, but I am going to ask some "yes" or "no"     01:15:37

18   questions today.                                   01:15:41

19        Is that fair?                                 01:15:42

20      A    Understood.                                01:15:43

21      MR. HANLE:  Okay.  Let's go ahead and --        01:15:43

22   well, we premarked as Exhibit 103 the "Declaration 01:15:48

23   of Garry Kitchen in Support of Plaintiff NYKO      01:15:51

24   Technologies, Inc.'s, Opening Claim Construction   01:15:54

25   Brief," which also includes as Exhibit A the expert 01:15:57
```

Page 12

| | | |
|---|---|---|
| 1 | report of Garry Kitchen re claim construction. | 01:16:01 |
| 2 | (Exhibit 103 was marked for | 01:16:01 |
| 3 | identification by the reporter | 01:16:01 |
| 4 | and is attached hereto.) | 01:16:01 |
| 5 | BY MR. HANLE: | 01:16:01 |
| 6 | Q    Do you have that before you? | 01:16:05 |
| 7 | A    I do. | 01:16:06 |
| 8 | Q    And in that, you outline some of your work | 01:16:06 |
| 9 | experience in the opening paragraphs, and then you | 01:16:11 |
| 10 | also attach a CV or resume; is that correct? | 01:16:13 |
| 11 | A    Yes, I do. | 01:16:18 |
| 12 | Q    Is that -- is the attached resume up to | 01:16:18 |
| 13 | date? | 01:16:24 |
| 14 | A    Yes, it is. | 01:16:24 |
| 15 | Q    Would you agree that most of your work | 01:16:25 |
| 16 | experience with respect to video games is software | 01:16:31 |
| 17 | experience? | 01:16:34 |
| 18 | A    Intrinsically, in the video game work I | 01:16:34 |
| 19 | have done, given the amount of time I have done it, | 01:16:51 |
| 20 | it's encompassed a combination of hardware and | 01:16:53 |
| 21 | software. | 01:16:57 |
| 22 | Q    Have you ever designed a hardware product | 01:16:57 |
| 23 | either relating to a video game console or | 01:17:10 |
| 24 | accessories? | 01:17:16 |
| 25 | A    I designed a number of hand-held | 01:17:17 |

Page 13

```
 1   electronic games that were stand-alone video game      01:17:22

 2   items that you held in your hand.                      01:17:30

 3       Q    Okay.  And what were those?                   01:17:32

 4       A    A product called Bank Shot marketed by        01:17:33

 5   Parker Brothers.  Product called Wildfire marketed     01:17:37

 6   by Parker Brothers.  I developed a prototype for a     01:17:40

 7   product which became the Ohio Etch A Sketch            01:17:46

 8   electronic drawing tool.                               01:17:49

 9           So I have done a significant amount of         01:17:50

10   work, earlier in my career, in hardware.               01:17:53

11       Q    And when -- when was the last time you        01:17:57

12   worked on a hardware product as you just described?    01:17:58

13       A    Well, as a designer of hardware would have    01:18:02

14   been, I would say, around 1987, but in writing code    01:18:08

15   and developing games, until very recently with the     01:18:21

16   latest round of consoles, you've always needed to      01:18:27

17   have a very intimate knowledge of how the hardware     01:18:31

18   works, and I've worked on a number of cases that       01:18:35

19   have involved hardware.                                01:18:37

20       Q    Did you ever design any accessories for       01:18:39

21   PlayStation or Xbox video games?                       01:18:43

22       A    I have not designed them, but I have          01:18:47

23   opined on them.  I have worked on cases where I        01:18:51

24   have had to look at the hardware for them.  I have     01:18:56

25   had to look at code and write code that interfaces     01:18:58
```

Page 14

| | | |
|---|---|---|
| 1 | to them. | 01:19:01 |
| 2 | So I have a strong familiarity in | 01:19:02 |
| 3 | accessories. | 01:19:04 |
| 4 | Q    You mentioned you worked on some cases | 01:19:05 |
| 5 | with regards to video game accessories. | 01:19:17 |
| 6 | What accessories? | 01:19:20 |
| 7 | A    Well, I'm current -- we're currently | 01:19:21 |
| 8 | working on a case for Nintendo right now that's a | 01:19:24 |
| 9 | patent case that involves their wireless Wiimote | 01:19:28 |
| 10 | motion controller, and I'm a technical expert on | 01:19:32 |
| 11 | that case. | 01:19:35 |
| 12 | I served as a technical expert for | 01:19:36 |
| 13 | Nintendo in a case involving the Game Genie video | 01:19:39 |
| 14 | game accessory. | 01:19:43 |
| 15 | I served as an expert for Sony in a case | 01:19:44 |
| 16 | involving their wireless game controllers and | 01:19:49 |
| 17 | technology embodied in the controllers, and I also | 01:19:51 |
| 18 | served as a technical expert for Nintendo in a | 01:19:58 |
| 19 | patent dispute involving the Wii Fit and Wii Fit | 01:20:02 |
| 20 | Plus custom game controllers. | 01:20:05 |
| 21 | I also worked on a number of cases | 01:20:07 |
| 22 | involving rhythm action video games that use as | 01:20:10 |
| 23 | controllers custom guitars or electronic drum pads | 01:20:16 |
| 24 | or microphones, and in all of those cases, I had to | 01:20:21 |
| 25 | become familiar with both the hardware and the | 01:20:26 |

Page 15

| | | |
|---|---|---|
| 1 | MR. HANLE:  Let's go ahead and mark as the | 01:22:26 |
| 2 | next exhibit, 104, a document with Bates No. GK1. | 01:22:28 |
| 3 | (Exhibit 104 was marked for | 01:22:28 |
| 4 | identification by the reporter | 01:22:28 |
| 5 | and is attached hereto.) | 01:22:48 |
| 6 | BY MR. HANLE: | 01:22:48 |
| 7 | Q    And GK1 looks like an e-mail from Warren | 01:22:49 |
| 8 | Bleeker to you, dated March 22, 2013; is that | 01:22:54 |
| 9 | correct? | 01:22:57 |
| 10 | A    Yes. | 01:22:57 |
| 11 | Q    And the body of the e-mail says: | 01:22:58 |
| 12 | "Garry, | 01:23:01 |
| 13 | "Thanks for speaking with me | 01:23:02 |
| 14 | today.  Attached is a copy of the | 01:23:05 |
| 15 | operative complaint." | 01:23:07 |
| 16 | And it goes on. | 01:23:08 |
| 17 | Does this confirm that the first day that | 01:23:09 |
| 18 | you spoke to anyone regarding your work on this | 01:23:11 |
| 19 | case was March 20, 2013? | 01:23:13 |
| 20 | A    That's correct.  So that would actually be | 01:23:15 |
| 21 | almost three weeks now. | 01:23:23 |
| 22 | Q    Okay.  Flipping back to your expert report | 01:23:28 |
| 23 | on page 8, which is Exhibit 103, page 8, starting | 01:23:30 |
| 24 | on page 8 and going over to page 9 is the summary | 01:23:38 |
| 25 | of your opinions. | 01:23:44 |

Page 17

```
 1              Do you see that?                       01:23:45

 2      A    Yes.                                      01:23:46

 3      Q    And there each of those subsections, A    01:23:46

 4   through D, starts with the correct meaning of     01:23:50

 5   certain claim terms used in the '848 patent; is   01:23:51

 6   that correct?                                     01:23:51

 7      A    Yes.                                      01:23:51

 8      Q    When were you provided these constructions 01:23:56

 9   for those claims -- claim terms?                  01:23:58

10      A    Somewhere before I started writing the    01:24:01

11   report, I was sent a document that is a few pages 01:24:06

12   long -- I forget what it's called -- which has both 01:24:12

13   sides' claim constructions outlined in a chart, and 01:24:17

14   that was probably sometime -- Wednesday, March 20th, 01:24:19

15   was the first conversation.                       01:24:26

16           So I probably received that early the     01:24:27

17   following week.  So around the 25th, maybe.       01:24:30

18      Q    Okay.  Does it refresh your recollection  01:24:33

19   if I tell you that there's a similar -- there's a  01:24:36

20   document, such as you described, called a joint    01:24:38

21   claim construction chart?                         01:24:41

22      A    I think that would be it.                 01:24:42

23      Q    Okay.  And I believe, as you said, that   01:24:43

24   that had both the plaintiff NYKO's proposed        01:24:46

25   constructions and the defendants' proposed         01:24:49
```

Page 18

| | | |
|---|---|---|
| 1 | constructions; correct? | 01:24:52 |
| 2 | A   That's correct. | 01:24:53 |
| 3 | Q   And is it correct you included in this | 01:24:53 |
| 4 | report, Exhibit 103, the constructions included in | 01:24:58 |
| 5 | that joint claim construction report by NYKO | 01:25:04 |
| 6 | verbatim? | 01:25:08 |
| 7 | MR. HASAN:  Objection.  Vague. | 01:25:14 |
| 8 | THE WITNESS:  I'm sorry.  Do you mean, | 01:25:16 |
| 9 | when I quote them, that I included them verbatim? | 01:25:17 |
| 10 | BY MR. HANLE: | 01:25:20 |
| 11 | Q   Well, so the summary of your opinions in | 01:25:20 |
| 12 | your report, pages 8 and 9, has your proposed | 01:25:21 |
| 13 | constructions of four claim terms; correct? | 01:25:25 |
| 14 | A   Yes. | 01:25:28 |
| 15 | Q   And your proposed constructions are word | 01:25:28 |
| 16 | for word the same constructions that NYKO proposed | 01:25:30 |
| 17 | in that joint claim construction chart; correct? | 01:25:33 |
| 18 | MR. HASAN:  Objection. | 01:25:36 |
| 19 | THE WITNESS:  I believe they are, yes. | 01:25:39 |
| 20 | BY MR. HANLE: | 01:25:41 |
| 21 | Q   And so you didn't propose any changes to | 01:25:42 |
| 22 | the claim constructions that were given to you by | 01:25:44 |
| 23 | NYKO before April 3rd, the date of your report, | 01:25:47 |
| 24 | Exhibit 103; correct? | 01:25:52 |
| 25 | A   Before the report, no.  I have since | 01:25:54 |

Page 19

| | | |
|---|---|---|
| 1 | proposed changes.  I did not do them in time for | 01:25:56 |
| 2 | this report. | 01:26:00 |
| 3 | Q    Did you discuss any possible changes to | 01:26:04 |
| 4 | constructions with, NYKO or its attorneys before | 01:26:08 |
| 5 | April 3rd? | 01:26:14 |
| 6 | A    I don't believe so. | 01:26:23 |
| 7 | I actually had the constructions for a | 01:26:23 |
| 8 | relatively short period of time.  I came in just a | 01:26:26 |
| 9 | couple of weeks ago.  So it's been a very compressed | 01:26:31 |
| 10 | schedule.  I don't believe I did before the report. | 01:26:33 |
| 11 | Q    Okay.  Flipping back a page to page 7 of | 01:26:35 |
| 12 | your report, Exhibit 103, you state that you have | 01:26:47 |
| 13 | been informed that intrinsic evidence which | 01:26:54 |
| 14 | consists of all evidence -- strike that.  I'm going | 01:26:57 |
| 15 | to go up a paragraph.  Sorry. | 01:27:00 |
| 16 | So going up to the previous paragraph, | 01:27:02 |
| 17 | which is 23, and you state: | 01:27:04 |
| 18 | "I have been informed that claim | 01:27:09 |
| 19 | terms are generally given the | 01:27:10 |
| 20 | ordinary meaning they would have | 01:27:12 |
| 21 | to a person of ordinary skill in | 01:27:13 |
| 22 | the art at the time the invention | 01:27:14 |
| 23 | was made." | 01:27:16 |
| 24 | Do you see that? | 01:27:16 |
| 25 | A    Yes. | 01:27:17 |

Page 20

```
 1        Q    What is your understanding of "the time      01:27:19

 2   the invention was made" for purposes of your          01:27:21

 3   report, Exhibit 103?                                  01:27:25

 4        A    I believe it would be at the time the       01:27:26

 5   patent application was filed.                         01:27:31

 6        Q    And what -- do you have that date in mind?  01:27:33

 7             MR. HASAN:  Objection.                      01:27:37

 8             THE WITNESS:  No, I don't.  I would have    01:27:39

 9   to look at the patents.                               01:27:41

10   BY MR. HANLE:                                         01:27:43

11        Q    Okay.  And the next sentence says:          01:27:43

12             "In interpreting an asserted                01:27:49

13             claim, a court should look first            01:27:50

14             to the intrinsic evidence of                01:27:52

15             record, i.e., the patent itself,            01:27:54

16             including the claims, the                   01:27:56

17             specification, and if in                    01:27:57

18             evidence, the prosecution                   01:27:58

19             history."                                   01:28:00

20             Something funny out there.                  01:28:04

21        A    They are having a photo shoot for           01:28:06

22   "Pasadena Magazine" --                                01:28:09

23        Q    Oh, really.                                 01:28:09

24        A    The women of IP.                            01:28:09

25        Q    Really.                                     01:28:09
```

Page 21

```
 1      A    That's the collective laughter of the      01:28:10

 2   women of IP.                                        01:28:13

 3      Q    Okay.  So did you review the prosecution   01:28:14

 4   history before you prepared your expert report,    01:28:16

 5   Exhibit 103?                                        01:28:19

 6      A    No, I did not.  I have looked at the       01:28:21

 7   prosecution history just in the last few days as I 01:28:28

 8   begin to work an a rebuttal report.                01:28:32

 9      Q    Okay.  Why didn't you review the           01:28:36

10   prosecution history before April 3rd?              01:28:38

11      A    Likely just an issue of bandwidth.  It was 01:28:39

12   over 250 pages, and I was on a very tight schedule.01:28:43

13      Q    Were you provided the prosecution history  01:28:47

14   before April 3rd?                                  01:28:53

15      A    I don't know.                              01:28:54

16      Q    Did you ask to be provided a copy of the   01:28:58

17   prosecution history before April 3rd?              01:29:00

18      A    No.                                         01:29:03

19      Q    And the reason for that is the compressed  01:29:08

20   time schedule and bandwidth?                       01:29:11

21           MR. HASAN:  Objection.                     01:29:14

22   BY MR. HANLE:                                       01:29:14

23      Q    Is that right?                             01:29:14

24           MR. HASAN:  Objection.                     01:29:15

25           THE WITNESS:  I -- as I sit here, I don't  01:29:16
```

Page 22

```
 1    know whether I got it before April 3rd or not.        01:29:19

 2            I got a lot of materials, and I read          01:29:21

 3    through the ones I felt I needed to read through to   01:29:25

 4    form opinions, and I may have gotten it.  I may not   01:29:28

 5    have gotten it.                                       01:29:31

 6            I would have to go back and check my          01:29:32

 7    e-mail records to figure out when I got it, but      01:29:34

 8    certainly I had plenty of evidence to look at, and    01:29:38

 9    first and foremost, I was looking at the patent and   01:29:42

10    the claims and the specification.                     01:29:45

11            MR. HANLE:  I'll mark as the next exhibit,    01:29:49

12    105, a document bearing Bates No. GK418, an e-mail    01:29:51

13    from Katherine Quigley to Garry Kitchen, dated        01:29:55

14    April 10.                                             01:29:59

15            (Exhibit 105 was marked for                   01:29:59

16            identification by the reporter                01:29:59

17            and is attached hereto.)                      01:30:10

18    BY MR. HANLE:                                         01:30:25

19      Q    Did you receive this e-mail on or about       01:30:25

20    April 10, 2013?                                       01:30:27

21      A    It appears I did.  I don't recall it, but     01:30:28

22    I certainly take it at its word.                      01:30:31

23      Q    Okay.  So it says in the body of the          01:30:34

24    e-mail:                                               01:30:36

25            "Please see the attached file                01:30:36
```

Page 23

```
 1            history for the '848 patent."          01:30:38

 2            You understand that the '848 patent is the  01:30:39

 3     patent-in-suit?                                01:30:41

 4        A    I do.                                  01:30:42

 5        Q    So does this refresh your recollection  01:30:43

 6     that the first time you received the file history  01:30:44

 7     for the '848 patent was April 10, 2013?        01:30:47

 8        A    Yes.                                   01:30:50

 9        Q    So why didn't you ask for the prosecution  01:30:52

10     history before April 3rd when you completed your  01:30:59

11     report, Exhibit 103?                           01:31:03

12            MR. HASAN:  Objection.  Asked and answered.  01:31:04

13            THE WITNESS:  As I said before, I had a  01:31:05

14     lot of material to review, and I reviewed the  01:31:09

15     material that I felt was needed to form the opinions  01:31:12

16     that I had to express in the report.           01:31:16

17            I didn't request the file history until I  01:31:18

18     got the brief from the defendants where they   01:31:23

19     mention the file history and specific elements of  01:31:29

20     the file history, at which point I wanted to read  01:31:32

21     the file history to understand the arguments that  01:31:34

22     were being made.                               01:31:36

23     BY MR. HANLE:                                  01:31:37

24        Q    Have your opinions changed as a result of  01:31:38

25     your review of the file history for the '848 patent?  01:31:45
```

Page 24

| | | |
|---|---|---|
| 1 | A No. | 01:31:48 |
| 2 | Q So one of the claim terms that you construe | 01:32:03 |
| 3 | is the term "to couple to"; is that correct? | 01:32:27 |
| 4 | A Yes. | 01:32:31 |
| 5 | Q So before reading the patent, would you | 01:32:33 |
| 6 | agree that the plain and ordinary meaning of "to | 01:32:39 |
| 7 | couple to" includes connecting directly and | 01:32:42 |
| 8 | indirectly? | 01:32:44 |
| 9 | A No, that's not how I would give the | 01:32:45 |
| 10 | definition. | 01:32:55 |
| 11 | Q Okay. Before reading the patent, what | 01:32:57 |
| 12 | would -- what was your understanding of the plain | 01:33:01 |
| 13 | and ordinary meaning of the term "to couple to"? | 01:33:04 |
| 14 | A To directly connect two things together | 01:33:09 |
| 15 | mechanically but obviously "couple" means a lot of | 01:33:13 |
| 16 | things, but as an engineer, I would initially think | 01:33:17 |
| 17 | of couple in a mechanical sense, and it would be to | 01:33:20 |
| 18 | connect two things together mechanically and | 01:33:23 |
| 19 | directly. | 01:33:27 |
| 20 | Q And what's the -- what's the basis of that | 01:33:46 |
| 21 | understanding? | 01:33:48 |
| 22 | A Just my experience and education. | 01:33:49 |
| 23 | MR. HANLE: Okay. I'll mark as the next | 01:33:57 |
| 24 | exhibit, 106, a document with Bates Nos. GK112 | 01:33:59 |
| 25 | through 116. | 01:34:02 |

Page 25

| | | |
|---|---|---|
| 1 | Q    And this -- the text of the document, the | 01:36:28 |
| 2 | body of the document, says: | 01:36:32 |
| 3 | "Here are the dictionary | 01:36:33 |
| 4 | definitions that were referenced | 01:36:34 |
| 5 | during our conference call." | 01:36:36 |
| 6 | Do you see that? | 01:36:38 |
| 7 | A    Yes. | 01:36:38 |
| 8 | Q    And in -- under "Attachments," it's got | 01:36:39 |
| 9 | the -- it lists a number of attachments, including | 01:36:41 |
| 10 | McGraw-Hill Scientific and Technical, Webster's, | 01:36:44 |
| 11 | American Heritage, Dictionary of Mechanical | 01:36:48 |
| 12 | Engineering, and McGraw-Hill.  That's five | 01:36:51 |
| 13 | attachments. | 01:36:55 |
| 14 | Do you see that? | 01:36:56 |
| 15 | A    Yes. | 01:36:57 |
| 16 | Q    And one of those is -- attachments | 01:36:57 |
| 17 | references Webster's; correct? | 01:37:00 |
| 18 | A    Yes. | 01:37:00 |
| 19 | Q    Does this refresh your recollection that | 01:37:02 |
| 20 | this is one of the documents provided to you by | 01:37:03 |
| 21 | counsel for NYKO with dictionary definitions? | 01:37:06 |
| 22 | A    Yes.  I had said I got an e-mail with | 01:37:10 |
| 23 | four.  I guess there were actually five, but yes, I | 01:37:12 |
| 24 | do remember getting the e-mail. | 01:37:15 |
| 25 | Q    Okay.  And did you review each of the -- | 01:37:16 |

Page 28

| | | |
|---|---|---|
| 1 | each of the attachments? | 01:37:19 |
| 2 | A   I did. | 01:37:20 |
| 3 | Q   And did you consider these attachments in | 01:37:20 |
| 4 | expressing your opinion in this case? | 01:37:28 |
| 5 | A   Yes, I did. | 01:37:29 |
| 6 | Q   And did you look to any dictionaries that | 01:37:31 |
| 7 | you -- dictionary definitions that you found | 01:37:40 |
| 8 | yourself, or did you strictly rely on the | 01:37:42 |
| 9 | dictionary definitions provided to you by counsel | 01:37:44 |
| 10 | for NYKO? | 01:37:47 |
| 11 | A   No, I -- | 01:37:48 |
| 12 | MR. HASAN:  Objection.  Vague and | 01:37:49 |
| 13 | ambiguous. | 01:37:49 |
| 14 | Go ahead. | 01:37:50 |
| 15 | THE WITNESS:  I'm sorry. | 01:37:50 |
| 16 | I relied on those, the ones that were in | 01:37:51 |
| 17 | this e-mail. | 01:37:52 |
| 18 | BY MR. HANLE: | 01:37:53 |
| 19 | Q   Okay.  So back to Exhibit 106, which is | 01:37:59 |
| 20 | the Webster's definitions, I would like you to go | 01:38:03 |
| 21 | to the page with Bates No. GK000115, and on that | 01:38:07 |
| 22 | page, you see down the right-hand column towards | 01:38:22 |
| 23 | the bottom a series of definition of the word | 01:38:25 |
| 24 | "couple." | 01:38:28 |
| 25 | Do you see that? | 01:38:28 |

Page 29

```
 1        A    Yes.                                      01:38:29

 2        Q    Okay.  I would like you to go to the -- to 01:38:30

 3   the first definition of "couple" as a verb.  Just   01:38:32

 4   back up a half step.                                01:38:36

 5            In the patent that you are construing the  01:38:39

 6   patent claim terms, do you recall that it refers    01:38:43

 7   to -- to DC ports configured to couple to a         01:38:46

 8   wireless controller?                                01:38:51

 9        A    Yes, I do.                                01:38:52

10        Q    Okay.  And so in that sense, "to couple   01:38:53

11   to" is used as a verb; correct?                     01:38:55

12        A    Yes.                                      01:38:55

13        Q    Okay.  And would you -- so looking down,  01:38:58

14   would you agree that the first definition of        01:39:00

15   "couple" as a verb is -- is definition No. 9?       01:39:03

16            MR. HASAN:  Objection.                     01:39:07

17   BY MR. HANLE:                                       01:39:08

18        Q    In Exhibit 106.                           01:39:09

19        A    Yes, it is No. 9.  That's correct.        01:39:13

20        Q    And read definition No. 9 for the record. 01:39:15

21        A    For the record, this is the plain and     01:39:17

22   ordinary meaning of the term "couple," not the      01:39:22

23   meaning as it relates to the patent.                01:39:25

24            "To fasten, link, or associate             01:39:27

25            together in a pair or pairs."              01:39:29

                                                         Page 30
```

```
 1       Q    Okay.  And what's the next definition?      01:39:32

 2       A    "To join, connect."                         01:39:33

 3       Q    And that's definition No. 10; connect --    01:39:35

 4  correct?                                              01:39:35

 5       A    Yes.                                         01:39:35

 6       Q    Excuse me.                                   01:39:35

 7            And do either of those definitions require  01:39:40

 8  a direct connection?                                  01:39:44

 9       A    These are plain and ordinary meanings.      01:39:49

10  They wouldn't require direct connection because       01:39:54

11  they are not in the context of the patent.            01:39:57

12       Q    Okay.  We're still talking about plain and  01:40:04

13  ordinary meaning.                                     01:40:07

14            So -- so the plain and ordinary meaning,    01:40:08

15  as given by this dictionary, could include a direct   01:40:11

16  or an indirect connection; is that correct?           01:40:16

17            MR. HASAN:  Objection to the reference to   01:40:16

18  the lay dictionary.                                   01:40:18

19            Go ahead.                                   01:40:20

20            MR. HANLE:  Stop coaching the witness.      01:40:20

21  Please, Art.  That's just blatantly ridiculous.      01:40:22

22            THE WITNESS:  You asked for my opinion as   01:40:26

23  an engineer, and I gave you --                        01:40:27

24  BY MR. HANLE:                                         01:40:29

25       Q    No.  I am asking about the plain and       01:40:29
```

Page 31

| | | |
|---|---|---|
| 1 | ordinary meaning. | 01:40:31 |
| 2 | A    No, no.  I mean previously. | 01:40:32 |
| 3 | Q    Okay. | 01:40:32 |
| 4 | A    Previously you asked for my definition as | 01:40:33 |
| 5 | an engineer, and I told you what my understanding | 01:40:35 |
| 6 | as an engineer is. | 01:40:37 |
| 7 | You are now asking me what Webster's | 01:40:38 |
| 8 | thinks it means in a plain and ordinary meaning in | 01:40:42 |
| 9 | a lay dictionary.  If they want to think that, | 01:40:44 |
| 10 | that's fine. | 01:40:47 |
| 11 | As an engineer and one skilled in the art, | 01:40:47 |
| 12 | I believe that "to couple to," before I got | 01:40:50 |
| 13 | involved in this case, meant to mechanically | 01:40:53 |
| 14 | connect things directly together. | 01:40:55 |
| 15 | Q    Okay.  But -- but you wouldn't, as -- as | 01:40:57 |
| 16 | an engineer reading this -- this standard | 01:41:01 |
| 17 | dictionary, you don't read in that this definition | 01:41:06 |
| 18 | requires a direct connection; correct? | 01:41:10 |
| 19 | MR. HASAN:  Objection. | 01:41:12 |
| 20 | THE WITNESS:  No, I don't read in this | 01:41:17 |
| 21 | Webster's lay dictionary that it requires a direct | 01:41:19 |
| 22 | connect -- connection. | 01:41:25 |
| 23 | I analyzed the patent to determine how "to | 01:41:26 |
| 24 | couple to" was used and made my own independent | 01:41:29 |
| 25 | determination of what the meaning of it in the | 01:41:32 |

Page 32

| | | |
|---|---|---|
| 1 | context of the claims of the patent. | 01:41:34 |
| 2 | BY MR. HANLE: | 01:41:36 |
| 3 | Q    Okay.  And we will -- we will get to the | 01:41:37 |
| 4 | patent.  I want to talk about plain and ordinary | 01:41:39 |
| 5 | meaning first, and then we can talk about the | 01:41:42 |
| 6 | patent. | 01:41:44 |
| 7 | So -- | 01:41:44 |
| 8 | MR. HASAN:  Lack of foundation. | 01:41:44 |
| 9 | MR. HANLE:  There was no question. | 01:41:46 |
| 10 | MR. HASAN:  I mean you are setting up a | 01:41:47 |
| 11 | question, Steve.  Go ahead.  I mean, if that's your | 01:41:49 |
| 12 | assumption, it's part of the question. | 01:41:51 |
| 13 | Go ahead. | 01:41:53 |
| 14 | MR. HANLE:  So -- okay.  So let's now go | 01:41:54 |
| 15 | ahead and mark as Exhibit 108 a series of -- of | 01:41:56 |
| 16 | dictionaries definitions, and these are the ones | 01:42:08 |
| 17 | that were attached to the Katherine Quigley | 01:42:12 |
| 18 | declaration submitted in support of NYKO's claim | 01:42:17 |
| 19 | construction brief, and there are four packets of | 01:42:20 |
| 20 | dictionary definitions, for the record. | 01:42:22 |
| 21 | (Exhibit 108 was marked for | 01:42:25 |
| 22 | identification by the reporter | 01:42:25 |
| 23 | and is attached hereto.) | 01:42:52 |
| 24 | BY MR. HANLE: | 01:42:52 |
| 25 | Q    Okay.  The first dictionary excerpt in | 01:42:52 |

Page 33

| | | |
|---|---|---|
| 1 | Exhibit 108 is American Heritage Dictionary of the | 01:43:00 |
| 2 | English Language. | 01:43:03 |
| 3 |     Do you see that? | 01:43:04 |
| 4 | A   Yes. | 01:43:04 |
| 5 | Q   And this is one of the ones that you | 01:43:04 |
| 6 | reviewed in connection with your work on this case? | 01:43:06 |
| 7 | A   Yes. | 01:43:08 |
| 8 | Q   And turn to page -- it's page 79, which | 01:43:08 |
| 9 | appears under Exhibit C.  Page 79. | 01:43:15 |
| 10 | A   Yes. | 01:43:19 |
| 11 | Q   Okay.  And you see there's a definition in | 01:43:21 |
| 12 | the left-hand column.  The word "couple" was | 01:43:22 |
| 13 | highlighted, and that's highlighted in the original | 01:43:27 |
| 14 | that was submitted to the court, and so, again, | 01:43:30 |
| 15 | going down to the -- to the definition of the verb | 01:43:33 |
| 16 | "couple," what is the first definition of the verb | 01:43:38 |
| 17 | you see there? | 01:43:41 |
| 18 | A   "To link together, connect." | 01:43:43 |
| 19 | Q   Okay.  And -- and does that -- would that | 01:44:05 |
| 20 | include both a direct and an indirect connection as | 01:44:07 |
| 21 | defined in this dictionary? | 01:44:10 |
| 22 | MR. HASAN:  Objection.  The document | 01:44:11 |
| 23 | speaks for itself. | 01:44:13 |
| 24 | THE WITNESS:  As defined in this | 01:44:15 |
| 25 | dictionary, the plain and ordinary meaning of | 01:44:17 |

Page 34

| | | |
|---|---|---|
| 1 | couple doesn't mention direct or indirect. | 01:44:20 |
| 2 | BY MR. HANLE: | 01:44:24 |
| 3 |     Q    Okay.  So is it -- would it be your | 01:44:24 |
| 4 | understanding that it includes either? | 01:44:26 |
| 5 |          MR. HASAN:  Objection. | 01:44:28 |
| 6 |          THE WITNESS:  Outside the scope of how | 01:44:30 |
| 7 | it's used in the patent, this dictionary says | 01:44:32 |
| 8 | "couple" means to link together, to connect. | 01:44:36 |
| 9 | BY MR. HANLE: | 01:44:39 |
| 10 |     Q    And I'm asking you:  Based on your | 01:44:39 |
| 11 | understanding, would that include both a direct and | 01:44:41 |
| 12 | an indirect link or connection? | 01:44:43 |
| 13 |          MR. HASAN:  Objection.  The document | 01:44:45 |
| 14 | speaks for itself. | 01:44:46 |
| 15 |          THE WITNESS:  As I stated previously, my | 01:44:47 |
| 16 | understanding is, as an engineer, that "to couple" | 01:44:50 |
| 17 | means to connect directly -- | 01:44:54 |
| 18 | BY MR. HANLE: | 01:44:55 |
| 19 |     Q    I'm asking -- | 01:44:55 |
| 20 |     A    -- and mechanically. | 01:44:56 |
| 21 |     Q    I'm asking you to interpret the definition | 01:44:57 |
| 22 | here on the page in front of you, Exhibit -- | 01:45:00 |
| 23 | Exhibit 108, page 79. | 01:45:01 |
| 24 |     A    I don't know what they meant when they | 01:45:04 |
| 25 | wrote it. | 01:45:05 |

Page 35

```
 1      Q    Okay.                                    01:45:06

 2      A    I didn't write it.  They did.            01:45:06

 3      Q    And so you don't have an opinion on whether 01:45:08

 4   this includes a direct or indirect connection?  01:45:09

 5           MR. HASAN:  Asked and answered.          01:45:11

 6           THE WITNESS:  My opinion is to couple is 01:45:12

 7   to mechanically connect directly.               01:45:14

 8   BY MR. HANLE:                                    01:45:17

 9      Q    Do you have an opinion about whether     01:45:17

10   this -- these words on the page -- you've        01:45:18

11   interpreted words in the patent; correct?       01:45:19

12      A    Yes.                                     01:45:19

13      Q    Okay.  Can you interpret the words on the 01:45:21

14   page for me.  Does "to link together or connect" 01:45:22

15   include both a direct or an indirect connection? 01:45:25

16           MR. HASAN:  Objection.  Asked and answered. 01:45:27

17           THE WITNESS:  When I interpret words in  01:45:29

18   the patent, I look to the other claims, I look to 01:45:30

19   the body of the patent, I look to the specification 01:45:34

20   to find backup so I can understand how they are  01:45:36

21   used in context.                                 01:45:39

22           There's no backup here.  There's five    01:45:40

23   words.                                           01:45:42

24   BY MR. HANLE:                                    01:45:42

25      Q    So you can't interpret "to link together 01:45:43
```

Page 36

| | | |
|---|---|---|
| 1 | or connect"; is that right? | 01:45:45 |
| 2 | MR. HASAN:  Asked and answered. | 01:45:46 |
| 3 | THE WITNESS:  I told you what my | 01:45:47 |
| 4 | understanding of it is.  That's the best I can do. | 01:45:49 |
| 5 | I can't tell you what they were thinking when they | 01:45:52 |
| 6 | wrote it. | 01:45:54 |
| 7 | BY MR. HANLE: | 01:45:55 |
| 8 | Q    Okay.  So go down to the third definition, | 01:45:55 |
| 9 | and -- and read that definition for the record for | 01:45:59 |
| 10 | me, under the third definition of the verb | 01:46:02 |
| 11 | "connect." | 01:46:05 |
| 12 | A    "To link" -- | 01:46:05 |
| 13 | Q    Or excuse me.  "Couple."  I'm sorry. | 01:46:06 |
| 14 | A    "To link two circuits or currents | 01:46:08 |
| 15 | as by magnetic induction." | 01:46:11 |
| 16 | Q    And there's an italicized word that | 01:46:13 |
| 17 | appears at the beginning of that. | 01:46:16 |
| 18 | What is the italicized word? | 01:46:17 |
| 19 | A    "Electricity." | 01:46:19 |
| 20 | Q    Okay.  And so is it your understanding | 01:46:21 |
| 21 | that that's providing a definition of the word | 01:46:23 |
| 22 | "couple" when used in the electrical context? | 01:46:26 |
| 23 | A    No. | 01:46:29 |
| 24 | Q    What is your understanding of what that | 01:46:31 |
| 25 | word "electricity" means there? | 01:46:33 |

Page 37

```
 1       A     They are talking specifically about        01:46:35

 2   magnetic induction.  So they are talking about a      01:46:37

 3   specific electronic component called a coupler.       01:46:39

 4          I would not use the term "couple" to talk      01:46:42

 5   about a transistor attached to a resister on a        01:46:46

 6   circuit board.  I would not say they were coupled.    01:46:52

 7       Q     So is this wrong?                           01:46:54

 8       A     No.  I'm saying that this is specific.      01:46:55

 9   This is specific to magnetic induction, which is a    01:46:57

10   specific type of electronic component.                01:47:00

11       Q     Well, doesn't -- this isn't -- well, this   01:47:03

12   says:                                                 01:47:07

13          "To link two circuits or currents             01:47:07

14           as by magnetic induction."                   01:47:11

15          So isn't magnetic induction an example of      01:47:13

16   the type -- of a type of coupling that's being        01:47:17

17   referred to?                                          01:47:19

18          MR. HASAN:  Objection.  The document           01:47:20

19   speaks for itself.                                    01:47:20

20          THE WITNESS:  If you are asking me if          01:47:26

21   something can be electrically coupled, the answer     01:47:27

22   is yes.                                               01:47:31

23   BY MR. HANLE:                                         01:47:32

24       Q     Okay.  And "electrically coupled" means to 01:47:32

25   link, for example, to circuits or currents;          01:47:35
```

Page 38

| | | |
|---|---|---|
| 1 | correct? | 01:47:39 |
| 2 | MR. HASAN:  Objection.  Incomplete. | 01:47:39 |
| 3 | THE WITNESS:  My definition is | 01:47:40 |
| 4 | "electrically coupled" means that two things are in | 01:47:43 |
| 5 | the same -- | 01:47:46 |
| 6 | BY MR. HANLE: | 01:47:46 |
| 7 | Q    Okay. | 01:47:46 |
| 8 | A    -- circuit and connected directly or | 01:47:48 |
| 9 | indirectly. | 01:47:48 |
| 10 | Q    Okay.  And so that's -- and that is | 01:47:49 |
| 11 | consistent with this definition 3 here in | 01:47:51 |
| 12 | Exhibit 108; correct? | 01:47:56 |
| 13 | A    I actually don't understand what they are | 01:47:59 |
| 14 | saying, "to link two circuits or currents."  I | 01:48:04 |
| 15 | don't understand that at all. | 01:48:10 |
| 16 | I can have one circuit, and in the | 01:48:12 |
| 17 | circuit, I can have a bunch of components, and they | 01:48:14 |
| 18 | may be electrically coupled, but it's not two | 01:48:18 |
| 19 | circuits. | 01:48:21 |
| 20 | Q    So in the context of electricity, would | 01:48:22 |
| 21 | you agree that "couple" means to connect directly | 01:48:25 |
| 22 | or indirectly? | 01:48:29 |
| 23 | A    In the context of the phrase "electrically | 01:48:34 |
| 24 | coupled," it means to connect directly or | 01:48:37 |
| 25 | indirectly. | 01:48:40 |

Page 39

```
 1        Q     That's not what I asked.                01:48:41

 2              In the context of electricity, does "to  01:48:42

 3    couple" mean to connect directly or indirectly?    01:48:46

 4              MR. HASAN:  Objection.                   01:48:49

 5              THE WITNESS:  That's a broad question.   01:48:52

 6              If I had a male and a female connector and 01:48:53

 7    I connected them directly together, they would be  01:48:57

 8    coupled.  From a mechanical sense, they would be   01:49:01

 9    coupled.                                           01:49:04

10              Are they electrically coupled?  Yes, but 01:49:06

11    that is in the context of electricity.  In that    01:49:09

12    case, they are both electrically coupled and they  01:49:13

13    are coupled mechanically.                          01:49:17

14    BY MR. HANLE:                                      01:49:18

15        Q     Okay.  So in the context of electricity, 01:49:18

16    if I connect two components with a wire or a cable, 01:49:20

17    are they coupled?                                  01:49:25

18        A     They are electrically coupled, and they  01:49:26

19    are not coupled in the mechanical sense.           01:49:35

20        Q     Okay.  Are they coupled?                 01:49:38

21              MR. HASAN:  Objection.  Asked and answered. 01:49:41

22              THE WITNESS:  I just -- I just said it.  01:49:42

23    You want me to say it again?                       01:49:44

24              It's -- they are not coupled in the      01:49:45

25    mechanical sense.  They are electrically coupled.  01:49:47
```

Page 40

| | | |
|---|---|---|
| 1 | BY MR. HANLE: | 01:49:49 |
| 2 | Q    So they are coupled in one sense but not | 01:49:52 |
| 3 | in another sense? | 01:49:55 |
| 4 | MR. HASAN:  Objection. | 01:49:56 |
| 5 | BY MR. HANLE: | 01:49:56 |
| 6 | Q    Is that right? | 01:49:56 |
| 7 | MR. HASAN:  Objection.  Asked and answered. | 01:49:57 |
| 8 | THE WITNESS:  Well, that's because the | 01:49:58 |
| 9 | phrase "electrically coupled" has an adverb, and | 01:50:00 |
| 10 | what an adverb does is an adverb modifies the | 01:50:03 |
| 11 | meaning of the verb after it. | 01:50:08 |
| 12 | So in the phrase "electrically coupled," | 01:50:09 |
| 13 | "coupled" in that phrase doesn't mean the same as | 01:50:12 |
| 14 | "coupled" standing alone. | 01:50:15 |
| 15 | BY MR. HANLE: | 01:50:15 |
| 16 | Q    Okay. | 01:50:15 |
| 17 | A    So that's why there are two different | 01:50:17 |
| 18 | meanings. | 01:50:19 |
| 19 | Q    And so is it your testimony that "coupled" | 01:50:19 |
| 20 | standing alone means mechanically coupled and not | 01:50:21 |
| 21 | electrically coupled even those there's no adverb? | 01:50:25 |
| 22 | MR. HASAN:  Objection. | 01:50:29 |
| 23 | THE WITNESS:  In the context of the | 01:50:29 |
| 24 | patent, I did an analysis, and in the context of | 01:50:31 |
| 25 | the patent, "to couple to" or "coupled to" is only | 01:50:37 |

Page 41

```
 1    used in the case of a mechanical direct connection.   01:50:40

 2    BY MR. HANLE:                                         01:50:43

 3        Q    Okay.  Plain and ordinary meaning, does      01:50:44

 4    the word "coupled to" exclude "electrically coupled   01:50:47

 5    to"?                                                  01:50:51

 6            MR. HASAN:  Objection.  Vague and             01:50:52

 7    ambiguous.                                            01:50:56

 8            THE WITNESS:  My definition of "coupled       01:51:05

 9    to" is to mechanically direct connect.  It doesn't    01:51:10

10    necessarily exclude electrical.                       01:51:15

11    BY MR. HANLE:                                         01:51:18

12        Q    Okay.  Go to the -- back -- this is back     01:51:24

13    to Exhibit 108, which is the -- the dictionary        01:51:30

14    definitions that were -- that were included with      01:51:34

15    NYKO's claim construction filing, and go to           01:51:40

16    page 82, and it says "Exhibit D," page 82 in the      01:51:44

17    lower right.                                          01:51:47

18            You see there's a definition there at the     01:51:48

19    top left that has been highlighted in the original    01:51:52

20    of the term "coupling."                               01:51:54

21            Do you see that?                              01:51:56

22        A    Yes.                                         01:51:56

23        Q    And do you have an understanding why the     01:51:57

24    word "coupling" is -- is highlighted?                 01:52:06

25        A    Because it's related to "couple."            01:52:08
```

Page 42

| | | | |
|---|---|---|---|
| 1 | Q | Did you highlight it? | 01:52:10 |
| 2 | A | No. | 01:52:11 |
| 3 | Q | Was it provided to you highlighted? | 01:52:12 |
| 4 | A | I certainly didn't highlight it.  So if it | 01:52:14 |
| 5 | came to me this way, someone else highlighted it. | | 01:52:17 |
| 6 | Q | Okay.  Is -- is the word "coupling" | 01:52:19 |
| 7 | associated -- is it mechanical or electrical or | | 01:52:21 |
| 8 | both or either? | | 01:52:24 |
| 9 | | MR. HASAN:  Objection.  Objection. | 01:52:24 |
| 10 | | THE WITNESS:  This definition here is used | 01:52:28 |
| 11 | in an electrical sense. | | 01:52:36 |
| 12 | BY MR. HANLE: | | 01:52:38 |
| 13 | Q | Okay.  And it says: | 01:52:38 |
| 14 | | "Two electric circuits are said | 01:52:40 |
| 15 | | to be coupled to each other when | 01:52:43 |
| 16 | | they have an impedance in common | 01:52:43 |
| 17 | | so that a current in one causes a | 01:52:45 |
| 18 | | voltage in the other." | 01:52:47 |
| 19 | | Do you see that? | 01:52:48 |
| 20 | A | Yes. | 01:52:49 |
| 21 | Q | Do you agree with that definition of | 01:52:50 |
| 22 | "coupling" in the context of electricity? | | 01:52:52 |
| 23 | A | I don't disagree with it, yes. | 01:52:59 |
| 24 | Q | Okay.  And would you agree that this could | 01:53:06 |
| 25 | include both a direct and an indirect connection? | | 01:53:08 |

Page 43

| | | |
|---|---|---|
| 1 | A     Yes. | 01:53:11 |
| 2 | Q     Okay.  And the indirect connection could | 01:53:18 |
| 3 | be by means of a wire or a cable; correct? | 01:53:21 |
| 4 | A     Yes. | 01:53:21 |
| 5 | Q     And -- oh.  By the way, what dictionary is | 01:53:34 |
| 6 | that definition from? | 01:53:36 |
| 7 | A     ASTM Dictionary of Engineering, Science, | 01:53:42 |
| 8 | and Technology. | 01:53:45 |
| 9 | Q     And would you consider that a reliable | 01:53:50 |
| 10 | dictionary for engineers to rely on? | 01:53:52 |
| 11 | A     For this meaning of this term outside the | 01:53:58 |
| 12 | context of the patent, yes. | 01:54:02 |
| 13 | Q     Okay.  The -- I would like you to take -- | 01:54:04 |
| 14 | have you take a look at the next one, which is the | 01:54:14 |
| 15 | definition from the Dictionary of Mechanical | 01:54:16 |
| 16 | Engineering, and the definitions that I want you to | 01:54:19 |
| 17 | look at are on -- it says "Exhibit E," page 85, and | 01:54:23 |
| 18 | the definition highlighted there is for "coupling," | 01:54:29 |
| 19 | and it says: | 01:54:34 |
| 20 | "A device for connecting together | 01:54:35 |
| 21 | two or more parts of a mechanism." | 01:54:37 |
| 22 | Do you see that? | 01:54:39 |
| 23 | A     Yes. | 01:54:40 |
| 24 | Q     And do you agree that that -- that device | 01:54:41 |
| 25 | that connects two or more parts means that those | 01:54:46 |

Page 44

```
 1    parts are connected indirectly because they have an    01:54:49

 2    intervening device?                                    01:54:52

 3            MR. HASAN:  Objection.                         01:54:53

 4            THE WITNESS:  No, I don't agree with that.     01:54:55

 5    BY MR. HANLE:                                          01:54:56

 6        Q    Why not?                                      01:54:56

 7        A    Because I think pipes can be connected by     01:54:57

 8    a coupler and that is a piece that pulls them          01:55:01

 9    together and directly connects them.                   01:55:04

10            Certainly you are not connected by a wire      01:55:06

11    or a cable and fall under that direction -- that       01:55:10

12    definition.                                            01:55:14

13        Q    Why not?                                      01:55:16

14        A    Because that's not the way I read it.         01:55:17

15        Q    Okay.  Well, so it says there's a device      01:55:20

16    and it connects two or more parts of a mechanism.      01:55:22

17    So that could include -- look at the -- look at the    01:55:25

18    previous definition.                                   01:55:28

19            You have -- you have the previous              01:55:29

20    definition "coupled wheels."  Read the definition      01:55:30

21    for the record, please.                                01:55:33

22        A    "The wheels of a locomotive which             01:55:34

23            are connected by coupling rods to              01:55:36

24            distribute the driving effort."                01:55:39

25        Q    Okay.  And in that case, the wheels are       01:55:43

                                              Page 45
```

| | | |
|---|---|---|
| 1 | coupled indirectly; correct? | 01:55:48 |
| 2 | A    I don't know if I would say that they are | 01:55:55 |
| 3 | coupled indirectly. | 01:55:58 |
| 4 | Q    Well, they are connected by a coupling rod | 01:55:59 |
| 5 | which goes from one wheel to the other wheel; right? | 01:56:02 |
| 6 | MR. HASAN:  Objection. | 01:56:04 |
| 7 | THE WITNESS:  Yeah, I'm not an expert on | 01:56:05 |
| 8 | locomotives.  That's a hard one to say. | 01:56:17 |
| 9 | BY MR. HANLE: | 01:56:19 |
| 10 | Q    Okay.  But certainly the wheels aren't | 01:56:19 |
| 11 | connected directly, are they? | 01:56:23 |
| 12 | MR. HASAN:  Objection. | 01:56:24 |
| 13 | THE WITNESS:  As I say, not an expert on | 01:56:26 |
| 14 | locomotives.  I would have to see what that looks | 01:56:29 |
| 15 | like, see what the coupling rods look like.  I | 01:56:32 |
| 16 | wouldn't give an opinion on that. | 01:56:35 |
| 17 | BY MR. HANLE: | 01:56:37 |
| 18 | Q    Okay.  Now let's take the more general | 01:56:39 |
| 19 | definition and -- of "coupling," and this isn't | 01:56:49 |
| 20 | specific to a -- to a locomotive; correct? | 01:56:56 |
| 21 | A    That's correct. | 01:56:58 |
| 22 | Q    And so would you agree that -- that, if | 01:56:58 |
| 23 | there's an intervening device between the two parts | 01:57:05 |
| 24 | of a mechanism, that those two parts would be | 01:57:09 |
| 25 | coupled indirectly? | 01:57:14 |

Page 46

| | | |
|---|---|---|
| 1 | MR. HASAN:  Objection.  Misquoted the | 01:57:16 |
| 2 | definition. | 01:57:18 |
| 3 | THE WITNESS:  Right.  I think in this | 01:57:21 |
| 4 | definition, it's not necessarily a device between | 01:57:25 |
| 5 | them.  It's a device -- the way I read it, it's a | 01:57:29 |
| 6 | device whose sole purpose it is to connect them. | 01:57:32 |
| 7 | So I think the coupler -- the coupling is | 01:57:37 |
| 8 | connecting the two parts together directly. | 01:57:42 |
| 9 | BY MR. HANLE: | 01:57:46 |
| 10 | Q    All right.  So you have part one, coupling, | 01:57:46 |
| 11 | and then part two; correct? | 01:57:48 |
| 12 | MR. HASAN:  Objection. | 01:57:51 |
| 13 | THE WITNESS:  No. | 01:57:52 |
| 14 | BY MR. HANLE: | 01:57:53 |
| 15 | Q    Why not? | 01:57:54 |
| 16 | MR. HASAN:  Objection.  Lack of foundation. | 01:57:56 |
| 17 | THE WITNESS:  As I described it, you could | 01:57:58 |
| 18 | have two pipes together that have a coupling sleeve | 01:58:01 |
| 19 | on the outside that is not between the two pipes | 01:58:05 |
| 20 | but is the mechanism by which the pipes are held | 01:58:09 |
| 21 | together. | 01:58:12 |
| 22 | BY MR. HANLE: | 01:58:12 |
| 23 | Q    Sure.  So that's one example. | 01:58:12 |
| 24 | There's -- there's other examples where | 01:58:14 |
| 25 | the two pipes aren't touching at all, isn't there, | 01:58:15 |

Page 47

```
 1    and you have a -- you have a coupling between them?   01:58:17

 2             MR. HASAN:  Vague and ambiguous.            01:58:20

 3             THE WITNESS:  I don't know that for         01:58:22

 4    certain.  That's not the way I understand it.        01:58:23

 5    BY MR. HANLE:                                         01:58:23

 6        Q    Okay.  So -- so have you heard the term     01:58:25

 7    "coupling" between two -- between two railroad cars? 01:58:29

 8             MR. HASAN:  Objection.  Improper            01:58:32

 9    hypothetical.                                         01:58:33

10             THE WITNESS:  We're back to locomotives,    01:58:35

11    and I have heard the term.  I don't know what it     01:58:40

12    is.                                                   01:58:42

13    BY MR. HANLE:                                         01:58:42

14        Q    Okay.  So is it your testimony that this    01:58:43

15    definition of "coupling" on page 85 of Exhibit 108   01:58:47

16    is a direct or indirect connection?                  01:58:52

17             MR. HASAN:  Objection.  Asked and answered. 01:58:55

18             THE WITNESS:  I believe it's a direct       01:58:57

19    connection, based on the way I read it.              01:59:00

20             MR. HASAN:  Okay.  Can we take a break      01:59:04

21    when you have a chance?                               01:59:05

22             MR. HANLE:  Yeah.  I'm almost done with     01:59:07

23    this exhibit.                                         01:59:08

24        Q    So the next one is the McGraw-Hill          01:59:09

25    Dictionary of Scientific and Technical Terms, and    01:59:14
```

Page 48

| | | |
|---|---|---|
| 1 | is this one of the -- the dictionaries that you | 01:59:18 |
| 2 | reviewed in connection with your work on this case? | 01:59:22 |
| 3 | A    Yes. | 01:59:24 |
| 4 | Q    Okay.  And on page 90 -- it's Exhibit F, | 01:59:26 |
| 5 | page 90 of this -- you will see some definitions of | 01:59:35 |
| 6 | "couple" in the lower right-hand -- or excuse me -- | 01:59:38 |
| 7 | the lower left-hand column. | 01:59:43 |
| 8 | Do you see that? | 01:59:44 |
| 9 | A    Yes. | 01:59:45 |
| 10 | Q    And there's -- the first one that's | 01:59:46 |
| 11 | highlighted there in parenthesis says: | 01:59:49 |
| 12 | "(Elec. to connect two circuits | 01:59:53 |
| 13 | so signals are transferred from | 01:59:57 |
| 14 | one to the other)." | 01:59:59 |
| 15 | Do you see that? | 02:00:00 |
| 16 | A    We're looking at "couple"? | 02:00:00 |
| 17 | Q    "Couple," yes. | 02:00:03 |
| 18 | A    Yes. | 02:00:04 |
| 19 | Q    And would you agree that that definition | 02:00:07 |
| 20 | in the electrical context includes connecting both | 02:00:09 |
| 21 | directly and indirectly? | 02:00:12 |
| 22 | A    In the electrical context, yes. | 02:00:14 |
| 23 | Q    And then a couple down, there's one that | 02:00:18 |
| 24 | starts with the parentheses (eng), which I assume | 02:00:21 |
| 25 | stands for engineering, and it says: | 02:00:25 |

Page 49

| | | | |
|---|---|---|---|
| 1 | | "To connect with a coupling such | 02:00:27 |
| 2 | | as of two belts or two pipes." | 02:00:30 |
| 3 | | Do you see that? | 02:00:32 |
| 4 | A | Yes. | 02:00:33 |
| 5 | Q | Does that include both direct and indirect | 02:00:34 |
| 6 | | connections? | 02:00:37 |
| 7 | A | I'm not sure of that one. | 02:00:46 |
| 8 | Q | Okay.  Looking at the definition of | 02:00:49 |
| 9 | | "coupling" on the next page, the first one has an | 02:00:54 |
| 10 | | electrical definition. | 02:01:00 |
| 11 | | Could you read that for the record, please. | 02:01:01 |
| 12 | A | "Mutual relationship between two | 02:01:03 |
| 13 | | circuits that permits energy | 02:01:06 |
| 14 | | transfer from one to another | 02:01:08 |
| 15 | | through a wire resister, | 02:01:10 |
| 16 | | transformer, capacitor or other | 02:01:12 |
| 17 | | device." | 02:01:14 |
| 18 | Q | And would you agree that that coupling | 02:01:15 |
| 19 | | includes an indirect connection between the two | 02:01:18 |
| 20 | | circuits? | 02:01:21 |
| 21 | A | Direct or indirect, yes. | 02:01:22 |
| 22 | Q | Your answer is that it includes both? | 02:01:23 |
| 23 | A | Yes, direct or indirect. | 02:01:29 |
| 24 | Q | Okay.  And the indirect would include | 02:01:31 |
| 25 | | connection through a wire or a cable; correct? | 02:01:36 |

Page 50

| | | |
|---|---|---|
| 1 | A     Unless specific examples were given that | 02:01:45 |
| 2 | didn't include a wire or a cable that narrowed the | 02:01:49 |
| 3 | scope of "coupling"; otherwise, in the broadest | 02:01:54 |
| 4 | sense, outside the context of the patent, yes, it | 02:01:57 |
| 5 | could include wire or a cable. | 02:02:00 |
| 6 | MR. HANLE:  Do you mind if I get this last | 02:02:02 |
| 7 | one before we break? | 02:02:05 |
| 8 | MR. HASAN:  Sure. | 02:02:06 |
| 9 | BY MR. HANLE: | 02:02:08 |
| 10 | Q     Okay.  I guess let's -- while we are on | 02:02:12 |
| 11 | that page, the page 90 there, there's also a | 02:02:14 |
| 12 | highlighted definition, and again, these highlights | 02:02:16 |
| 13 | were in the document as produced to -- as filed | 02:02:18 |
| 14 | with the court.  Excuse me. | 02:02:21 |
| 15 | It says "mechanical engineering," and then | 02:02:23 |
| 16 | read that definition for the record. | 02:02:25 |
| 17 | A     "The mechanical fastening that | 02:02:27 |
| 18 | connects shafts together for | 02:02:30 |
| 19 | power transmission, also known as | 02:02:32 |
| 20 | shaft coupling." | 02:02:35 |
| 21 | Q     Is that -- is that definition relevant to | 02:02:36 |
| 22 | this case, as far as you are concerned? | 02:02:40 |
| 23 | A     No, I don't believe so. | 02:02:43 |
| 24 | Q     Okay.  Let's go to the last set of | 02:02:44 |
| 25 | dictionary definitions in this Exhibit 108, and | 02:02:48 |

Page 51

```
 1    this is the McGraw-Hill Dictionary of Electrical        02:02:52

 2    and Computer Engineering.                               02:02:55

 3         Did you review this dictionary excerpt in          02:02:56

 4    connection with your work on this case?                 02:03:00

 5      A    Yes, I did.                                      02:03:01

 6      Q    And turning to the page that says               02:03:02

 7    "Exhibit G," page 93, and there's a definition of       02:03:05

 8    "couple" in the left-hand column that's highlighted.    02:03:11

 9         Do you see that?                                   02:03:14

10      A    Yes.                                             02:03:14

11      Q    And the definition is -- there's a bracket       02:03:15

12    that says "electrical," and then read the definition    02:03:18

13    for the record, please.                                 02:03:21

14      A    "To connect two circuits so                      02:03:22

15           signals are transferred from one                 02:03:25

16           to the other."                                   02:03:27

17      Q    And do you agree that that includes both        02:03:27

18    direct and indirect connection?                         02:03:29

19      A    In the context of electrically coupled,          02:03:31

20    yes.                                                    02:03:31

21      Q    Okay.  And that would include connection         02:03:34

22    through a wire or a cable; correct?                     02:03:37

23      A    Yes.                                             02:03:37

24           MR. HANLE:  Okay.  Let's go ahead and take       02:03:41

25    a break.                                                02:03:42
```

Page 52

```
 1      Q     Okay.  So I guess -- I guess where we      02:30:20

 2   maybe haven't joined issue is -- is -- is there a   02:30:24

 3   definition of "to couple to" that is outside of the 02:30:30

 4   '848 patent but generally used in the field of      02:30:40

 5   video game accessories?                             02:30:45

 6            That's -- that's what I'm trying to get to 02:30:46

 7   right here.                                         02:30:48

 8            Is it your testimony that "to couple to,"  02:30:50

 9   in the context of video game accessories, requires  02:30:51

10   direct mechanical coupling?                         02:30:55

11      A     No, that's not my testimony.               02:30:57

12            It's my testimony that the way "to couple  02:30:58

13   to" is used in the '848 patent, it requires a       02:31:03

14   direct mechanical connection, and it's extremely    02:31:07

15   clear to me as an engineer, and I can explain to    02:31:10

16   you exactly why it's clear if you ask me, but I     02:31:13

17   will not take that context and say that it covers   02:31:17

18   all video game accessories because, as I said with  02:31:20

19   this patent, I would have to read the patent to     02:31:23

20   understand how that term is used.                   02:31:26

21      Q     So would you agree that, in the context of 02:31:27

22   video game accessories generally, "to couple to"    02:31:31

23   could include an indirect connection by virtue of a 02:31:34

24   wire or cable?                                      02:31:38

25            MR. HASAN:  Objection.  Asked and answered. 02:31:39
```

Page 70

| 1 | THE WITNESS:  No.  I would have to see the | 02:31:44 |
| 2 | specific device and understand what's being done | 02:31:46 |
| 3 | and how it's being coupled. | 02:31:50 |
| 4 | BY MR. HANLE: | 02:31:52 |
| 5 | Q    Well, the first part of your answer didn't | 02:31:54 |
| 6 | match the second part of your answer. | 02:31:56 |
| 7 | So is the answer yes, but it would depend | 02:31:57 |
| 8 | on the particular patent? | 02:32:00 |
| 9 | MR. HASAN:  Objection.  Vague and | 02:32:01 |
| 10 | ambiguous. | 02:32:08 |
| 11 | THE WITNESS:  What was the original | 02:32:09 |
| 12 | question? | 02:32:11 |
| 13 | BY MR. HANLE: | 02:32:11 |
| 14 | Q    So -- so let me ask it again to be clear. | 02:32:12 |
| 15 | So -- so in the field of video game | 02:32:14 |
| 16 | accessories, is it true that "to couple to" could | 02:32:19 |
| 17 | include an indirect connection by virtue of a wire | 02:32:21 |
| 18 | or cable depending on the particular application | 02:32:24 |
| 19 | that you were speaking of? | 02:32:28 |
| 20 | MR. HASAN:  Objection.  Asked and answered. | 02:32:30 |
| 21 | THE WITNESS:  I testified a minute or two | 02:32:32 |
| 22 | ago that, in the field of video games, you can have | 02:32:39 |
| 23 | a monitor connected to a console with a wire.  So | 02:32:42 |
| 24 | in that case, it's an electrically coupled. | 02:32:45 |
| 25 | Yes.  You can have electrically coupled | 02:32:48 |

Page 71

| | | |
|---|---|---|
| 1 | things that are done through wires and cables, yes. | 02:32:51 |
| 2 | MR. HANLE:  I want to mark as the next | 02:33:08 |
| 3 | exhibit, which is Exhibit 110, the declaration of | 02:33:10 |
| 4 | Garry Kitchen in the case Thorner versus Sony | 02:33:18 |
| 5 | Computer Entertainment. | 02:33:24 |
| 6 | (Exhibit 110 was marked for | 02:33:54 |
| 7 | identification by the reporter | 02:33:54 |
| 8 | and is attached hereto.) | 02:33:54 |
| 9 | MR. HANLE:  There it is. | 02:33:54 |
| 10 | Q    Okay.  Do you recognize this document? | 02:34:10 |
| 11 | A    Yes. | 02:34:19 |
| 12 | Q    And is this a declaration that you | 02:34:22 |
| 13 | submitted in the Thorner versus Sony case? | 02:34:26 |
| 14 | A    Yes. | 02:34:28 |
| 15 | Q    And you see the date that the declaration | 02:34:31 |
| 16 | was signed was May 2nd, 2012; correct? | 02:34:42 |
| 17 | A    Yes. | 02:34:42 |
| 18 | Q    Okay.  Do you recall that this declaration | 02:34:49 |
| 19 | related to the -- the alleged invalidity of the | 02:34:54 |
| 20 | patent in that lawsuit? | 02:35:00 |
| 21 | If you look at the first page, it | 02:35:02 |
| 22 | references a summary judgment of invalidity. | 02:35:04 |
| 23 | A    Yes. | 02:35:11 |
| 24 | Q    Do you recall whether you submitted a | 02:35:13 |
| 25 | declaration in connection with claim construction | 02:35:15 |

Page 72

| | | |
|---|---|---|
| 1 | in that case? | 02:35:16 |
| 2 | A   No, I don't recall. | 02:35:17 |
| 3 | Q   Do you recall -- well, let's -- let's go | 02:35:23 |
| 4 | to page 3 of Exhibit 110, your declaration, and to | 02:35:31 |
| 5 | paragraph 12. | 02:35:46 |
| 6 | Could you read the first sentence of | 02:35:47 |
| 7 | paragraph 12 for the record, please. | 02:35:48 |
| 8 | A   "I have been instructed that the | 02:35:49 |
| 9 | phrase 'flexible pad,' as it is | 02:35:51 |
| 10 | used in claim 1 of the '941 | 02:35:53 |
| 11 | patent, should be given its plain | 02:35:56 |
| 12 | and ordinary meaning." | 02:35:57 |
| 13 | Q   Okay.  And in this case, is it true that | 02:36:01 |
| 14 | you don't believe that the construction of "flexible | 02:36:19 |
| 15 | pad" was to be limited by the specification of the | 02:36:22 |
| 16 | patent-in-suit? | 02:36:29 |
| 17 | MR. HASAN:  Objection.  Misreads the | 02:36:30 |
| 18 | document. | 02:36:33 |
| 19 | THE WITNESS:  I have no idea. | 02:36:37 |
| 20 | This is a year ago, and it's a very | 02:36:40 |
| 21 | complex subject matter, and I don't remember the | 02:36:46 |
| 22 | arguments in this case. | 02:36:51 |
| 23 | In fact, I don't even think I was involved | 02:36:52 |
| 24 | in claim construction in any way.  I was given the | 02:36:54 |
| 25 | claim construction, I believe. | 02:36:58 |

Page 73

```
 1        Q     Have you been told of a claim construction   02:55:54

 2   rule to the effect that it's improper to read          02:56:02

 3   limitations from the specification into the claim?      02:56:06

 4        A     Yeah, I believe I'm aware of that.  Yes.     02:56:11

 5        Q     Okay.  And turn to -- go to Exhibit 111,     02:56:14

 6   which is that opinion that we had, the Sony opinion.    02:56:19

 7             It's by your left -- right there.             02:56:25

 8             And go to page 3 and read the very first      02:56:27

 9   sentence on page 3 and you can exclude the              02:56:35

10   citations.                                              02:56:38

11        A     The one "It is not enough"?                  02:56:38

12        Q     Yes.                                         02:56:40

13        A     "It is not enough for a patentee             02:56:41

14             to simply disclose a single                   02:56:42

15             embodiment or use a word in the               02:56:45

16             same manner in all of                         02:56:47

17             embodiments.  The patentee must               02:56:48

18             clearly express an intent to                  02:56:51

19             redefine the term."                           02:56:53

20        Q     So is it your belief that -- that -- that    02:56:55

21   in the only embodiment of -- the only embodiments       02:57:01

22   of the '848 patent are of -- of "to couple to"          02:57:04

23   involve a direct mechanical connection?                 02:57:12

24             MR. HASAN:  Objection.  It's a                02:57:15

25   non sequitur.                                           02:57:17
```

                                                    Page 88

| 1 | But go ahead. | 02:57:19 |
| 2 | THE WITNESS:  There are two embodiments, | 02:57:19 |
| 3 | two main embodiments of the '848 patent, claims 1 | 02:57:22 |
| 4 | and 13 in the patent, and they both involve a direct | 02:57:26 |
| 5 | connection. | 02:57:29 |
| 6 | BY MR. HANLE: | 02:57:29 |
| 7 | Q    Okay.  And do you believe that the | 02:57:29 |
| 8 | patentee clearly expressed an intent to redefine | 02:57:30 |
| 9 | the term "to couple to"? | 02:57:34 |
| 10 | A    I don't think they're redefining the term | 02:57:38 |
| 11 | "to couple to." | 02:57:40 |
| 12 | Q    When you said "two main embodiments" and | 02:57:41 |
| 13 | you refer to claim 1 and 13, are the two | 02:57:52 |
| 14 | embodiments you are referring to the claim 1 | 02:57:57 |
| 15 | embodiment and the claim 13 embodiment? | 02:57:59 |
| 16 | MR. HASAN:  Objection.  Objection. | 02:58:01 |
| 17 | THE WITNESS:  No, I didn't say that. | 02:58:02 |
| 18 | There are two claims, and there are two | 02:58:04 |
| 19 | embodiments. | 02:58:07 |
| 20 | BY MR. HANLE: | 02:58:07 |
| 21 | Q    Okay.  Which -- which two embodiment -- | 02:58:08 |
| 22 | two main embodiments are you referring to? | 02:58:09 |
| 23 | A    The -- this embodiment and this embodiment. | 02:58:11 |
| 24 | Q    Okay.  And so when you say -- so the first | 02:58:19 |
| 25 | embodiment, what -- with respect to the claims at | 02:58:27 |

Page 89

```
 1    BY MR. HANLE:                                    03:21:34

 2        Q    So just to be clear -- to be sure I have    03:21:38

 3    clear testimony, do you believe that the '848    03:21:41

 4    patent redefines the term "to couple to"?        03:21:44

 5            MR. HASAN:  Objection.  Asked and answered. 03:21:47

 6            THE WITNESS:  No.                         03:21:48

 7    BY MR. HANLE:                                    03:21:49

 8        Q    Do you believe that the patent, the '848  03:21:49

 9    patent, disavows the full scope of the meaning of  03:21:54

10    the term "to couple to"?                         03:21:59

11        A    No.                                      03:22:02

12        Q    Okay.  Take a look at -- in the patent,   03:22:08

13    the '848 patent, which is Exhibit 1 there in front  03:22:14

14    of you, and I want you to look at column 9, and    03:22:17

15    there's a sentence which starts at line 28, and I'm  03:22:30

16    going to read it for the record, and I just want   03:22:34

17    you to get there with me.                          03:22:37

18            It starts -- it's at the end of line 28.   03:22:39

19    It starts with "The charging system 400."         03:22:41

20            Do you see that sentence?                  03:22:43

21        A    Yes.                                      03:22:44

22        Q    Okay.                                     03:22:44

23            "The charging system 400 further          03:22:45

24            includes a DC port 408 within             03:22:47

25            each of the docking bays 404 that         03:22:50
```

Page 106

```
 1    BY MR. HANLE:                                    03:36:53

 2        Q    -- of the cup?                          03:36:53

 3        A    The base of the cup is the bottom.      03:36:53

 4        Q    Okay.  Where is the base of the chair you  03:36:55

 5    are sitting on?                                  03:36:58

 6        A    I don't know.  Is it on the bottom of the  03:36:58

 7    wheels?  I don't know.                           03:37:01

 8        Q    Okay.  But you think it's the bottom,   03:37:03

 9    somewhere in the bottom?                         03:37:04

10        A    Sure.                                   03:37:05

11        Q    Okay.  So would you agree that, in      03:37:06

12    general, the plain and ordinary meaning of the base  03:37:08

13    of an object is the bottom of the object that    03:37:13

14    supports the object?                             03:37:15

15            MR. HASAN:  Objection to the term        03:37:16

16    "general."                                       03:37:18

17            THE WITNESS:  In my report, I state      03:37:18

18    unequivocally (sic) that the plain and ordinary  03:37:20

19    meaning of the word "base" is irrelevant to this  03:37:23

20    discussion, and that's my opinion.              03:37:25

21    BY MR. HANLE:                                    03:37:26

22        Q    Boy, I wonder if I should just stop there.  03:37:32

23    That's pretty good.                              03:37:34

24            So let's -- let's -- let's talk about some  03:37:36

25    dictionary definitions for a minute, and we will go  03:37:49
```

Page 121

```
 1    back to the ones that you were provided, and this      03:37:51

 2    is -- starting with Exhibit 106 is the first one,      03:38:00

 3    which is the Webster's one.                            03:38:02

 4        A    Are they all in here?                         03:38:05

 5        Q    No.                                           03:38:07

 6             So you've got Exhibit 108.  Keep that         03:38:07

 7    because we will be back to that in a second, but       03:38:11

 8    there's another one in your stack that's               03:38:12

 9    Exhibit 106.  There it is.                             03:38:14

10             And you recall this is the one -- one of      03:38:21

11    the ones you were provided and -- and looking at --    03:38:23

12    this is the Webster's unabridged dictionary -- I       03:38:33

13    guess let me back up a half step.                      03:38:37

14             Do you contend that "base" has a specific     03:38:39

15    meaning in the context of engineering in general?      03:38:41

16        A    No.  I contend that "base" has a specific     03:38:45

17    meaning in the context of these type of video game     03:38:48

18    controller chargers.                                   03:38:53

19        Q    Okay.  So looking at the dictionary           03:38:54

20    definition, 106, of "base," the first definition       03:38:57

21    there says -- this is on page GK114.                   03:39:00

22             It says:                                      03:39:06

23             "The bottom support of anything               03:39:06

24             that on which the thing stands or             03:39:08

25             rests."                                       03:39:10
```

Page 122

```
 1              Can I have another water?  Thanks.          03:43:32

 2     BY MR. HANLE:                                        03:43:35

 3         Q    I'm going to move this back.  Let me ask    03:43:41

 4     you a question.                                      03:43:45

 5              There's a microphone here on the table      03:43:45

 6     that the videographer has for Ms. Quigley down at    03:43:47

 7     the end of the table since she is not mic'd up.      03:43:51

 8              What would you consider the base of that    03:43:54

 9     microphone?                                          03:43:55

10         A    This entire bottom piece.                   03:43:59

11         Q    Okay.  Can you hold it up.                  03:44:01

12         A    (Complies.)                                 03:44:02

13         Q    And point to the base.                      03:44:03

14         A    This entire piece here.                     03:44:04

15         Q    Okay.  Thank you.                           03:44:05

16              And it wouldn't include -- I'm sorry.  One  03:44:16

17     more time.                                           03:44:16

18              It wouldn't include this shaft that         03:44:17

19     extends upwardly from this bottom part; correct?     03:44:19

20              MR. HASAN:  Objection.                      03:44:20

21     BY MR. HANLE:                                        03:44:21

22         Q    That wouldn't be the base, in your mind?    03:44:21

23         A    We're talking out of context completely     03:44:23

24     from the patent and the video game controller        03:44:27

25     charger world.  Completely out of context of that,   03:44:30
```

Page 128

```
 1    BY MR. HANLE:                                    03:45:48

 2        Q    Yes.                                    03:45:49

 3        A    Okay.                                   03:45:49

 4        Q    And here you say the correct meaning of 03:45:54

 5    the term "base" -- this is on page 9, paragraph -- 03:45:56

 6    it's 26D, and you say there the correct meaning of 03:46:00

 7    the term "base" is the foundation or support upon  03:46:04

 8    which structures rest.                            03:46:08

 9            Do you see that?                          03:46:09

10        A    Yes.                                    03:46:10

11        Q    In that definition, the word "structures," 03:46:11

12    you recall that's a -- that's a term that's used in 03:46:17

13    the claims of the patent; correct?                03:46:19

14        A    Yes.                                    03:46:19

15        Q    Okay.  And so is the word "structures" in 03:46:21

16    your proposed construction here -- is that word   03:46:26

17    used the same way as the word "structures" is used 03:46:29

18    in the patent?                                    03:46:32

19        A    I believe we're modifying the correct   03:46:36

20    meaning of the term "base" to clarify that because 03:46:40

21    I gave the opinion that that was not the way would 03:46:44

22    I like to describe "base."                        03:46:52

23            So there is a new definition for the term 03:46:54

24    "base" which we are proposing which came after I   03:46:57

25    wrote this report.                                03:46:59
```

Page 130

| | | |
|---|---|---|
| 1 | Q    Okay.  So when you proposed this, what did | 03:47:00 |
| 2 | you have in mind for the meaning of the word | 03:47:03 |
| 3 | "structures" in that proposed definition? | 03:47:06 |
| 4 | A    Well, in that definition, it could mean | 03:47:08 |
| 5 | either the actual structures as used in the patent | 03:47:13 |
| 6 | that make up the base that support the controllers, | 03:47:17 |
| 7 | or you could read that to mean it actually includes | 03:47:21 |
| 8 | devices that sit on the base like the controllers | 03:47:24 |
| 9 | themselves, and I didn't want there to be ambiguity | 03:47:27 |
| 10 | in the term "structures" to have people misinterpret | 03:47:30 |
| 11 | it. | 03:47:33 |
| 12 | So we decided not, I believe, in the new | 03:47:34 |
| 13 | definition to use "structures" because of that | 03:47:37 |
| 14 | ambiguity, and understand I was not involved in the | 03:47:40 |
| 15 | initial synthesis of the foundation or support upon | 03:47:44 |
| 16 | which structures rest, and my immediate comment to | 03:47:49 |
| 17 | it was why are we using the term "structures"?  It | 03:47:52 |
| 18 | may confuse the issue because that's a term that we | 03:47:56 |
| 19 | are discussing in other places. | 03:47:58 |
| 20 | MR. HANLE:  Okay.  Now is a good time. | 03:48:00 |
| 21 | MR. HASAN:  All right.  Thanks. | 03:48:01 |
| 22 | VIDEO OPERATOR:  Going off the record at | 03:48:02 |
| 23 | 3:48 P.M. | 03:48:03 |
| 24 | (Off the record.) | 03:48:05 |
| 25 | VIDEO OPERATOR:  Going back on the record | 03:57:48 |

Page 131

| | | |
|---|---|---|
| 1 | at 3:57 P.M. | 03:57:49 |
| 2 | BY MR. HANLE: | 03:57:52 |
| 3 | Q    Okay.  So is it your -- are you amending | 03:58:02 |
| 4 | the construction to provide that the base is the | 03:58:07 |
| 5 | entire charging station? | 03:58:10 |
| 6 | A    Well, I think that, in the original | 03:58:21 |
| 7 | construction, I read it as being the entire | 03:58:24 |
| 8 | charging station even -- even in there. | 03:58:28 |
| 9 | All we have done is just clarify it and | 03:58:32 |
| 10 | make it more clear so that the word "structures," | 03:58:34 |
| 11 | which is used elsewhere, isn't intermixed. | 03:58:37 |
| 12 | Q    Okay.  So looking at the patent, the '848 | 03:58:41 |
| 13 | patent, which is Exhibit 1 -- | 03:58:47 |
| 14 | A    Okay. | 03:58:59 |
| 15 | Q    So -- so reading the abstract -- so the | 03:58:59 |
| 16 | first sentence of the abstract -- excuse me. | 03:59:08 |
| 17 | The second sentence of the abstract states | 03:59:10 |
| 18 | the video game controller charging section -- | 03:59:14 |
| 19 | excuse me -- charging system includes a base, and | 03:59:18 |
| 20 | so I want to substitute your -- your understanding | 03:59:21 |
| 21 | that the base is the entire charging system for | 03:59:25 |
| 22 | that there and then read the sentence, and it would | 03:59:28 |
| 23 | be the video game controller charging system | 03:59:30 |
| 24 | includes a video game charger system? | 03:59:32 |
| 25 | How does that make sense? | 03:59:36 |

Page 132

| | | |
|---|---|---|
| 1 | A    Well -- | 03:59:54 |
| 2 | MR. HASAN:  Objection -- | 03:59:54 |
| 3 | THE WITNESS:  -- the -- | 03:59:55 |
| 4 | MR. HASAN:  -- misstates the definition. | 03:59:58 |
| 5 | THE WITNESS:  The system is referred to as | 04:00:00 |
| 6 | a base. | 04:00:03 |
| 7 | When people use it in the context of a | 04:00:05 |
| 8 | video game accessory, when they market it, when you | 04:00:09 |
| 9 | talk about it, when people in the field use it to | 04:00:13 |
| 10 | charge, they refer to it as a base. | 04:00:17 |
| 11 | It's also referred to as a video game | 04:00:20 |
| 12 | controller charging system, but the main piece of | 04:00:23 |
| 13 | the video game controller charging system that | 04:00:25 |
| 14 | holds the charging devices, the controllers, can be | 04:00:28 |
| 15 | referred to as a base. | 04:00:33 |
| 16 | MR. HASAN:  Steve, to be precise, we | 04:00:35 |
| 17 | provided this to you with his -- the summary of his | 04:00:38 |
| 18 | testimony with the -- with the actual construction. | 04:00:40 |
| 19 | MR. HANLE:  This is with the new | 04:00:44 |
| 20 | construction? | 04:00:45 |
| 21 | MR. HASAN:  Do you have that? | 04:00:45 |
| 22 | I mean I just -- I didn't want there to be | 04:00:46 |
| 23 | any confusion about which -- | 04:00:48 |
| 24 | MR. HANLE:  This is the -- | 04:00:50 |
| 25 | MR. HASAN:  -- what the -- | 04:00:50 |

Page 133

```
 1            MR. HANLE:  This is the new construction.    04:00:50

 2            MR. HASAN:  This is a clarified              04:00:51

 3    construction.  It's -- we can read it here if you    04:00:52

 4    want him to.  I just don't want to be -- I mean --   04:00:54

 5            MR. HANLE:  No, I don't -- I mean we will    04:00:58

 6    get to -- we will definitely get to that, but --     04:00:59

 7            MR. HASAN:  Yeah.  You gave a different      04:01:00

 8    definition.  That's why, but anyway...               04:01:03

 9            MR. HANLE:  Okay.  Well...                    04:01:06

10            MR. HASAN:  Okay.                             04:01:06

11    BY MR. HANLE:                                         04:01:08

12       Q    So -- so what is -- so is the -- well,       04:01:08

13    let's go back to the abstract for a second, and      04:01:13

14    wouldn't you agree that -- that this second          04:01:17

15    sentence of the abstract is referring to the base    04:01:20

16    as one part of the video game controller charging    04:01:22

17    system?                                              04:01:27

18       A    It doesn't have to be.  I think it reads     04:01:28

19    perfectly fine.  If you say that the base is the     04:01:30

20    foundation or support upon which the controllers     04:01:36

21    is, I think it's fine.                               04:01:40

22            So the charging system includes a            04:01:41

23    foundation or support upon which the controllers     04:01:44

24    rest.                                                04:01:47

25       Q    Okay.  And so what are you reading from      04:01:48
```

Page 134

```
 1        A    Yes.                                    04:04:33

 2        Q    And would you agree that -- that the    04:04:34

 3   meaning of the term "base" there is a part of the  04:04:37

 4   video game controller charging system?            04:04:41

 5        A    It is the main part of the video game   04:04:47

 6   controlling charging system.                      04:04:50

 7        Q    Okay.  But it is a part.  It is not the 04:04:52

 8   whole system; correct?                            04:04:54

 9        A    Well, it is this piece that holds the   04:04:55

10   controllers, and I'm using this.  That's the base. 04:04:58

11   It's another term for the unit, is "the base."    04:05:02

12        Q    Is it -- the base -- is "the base" another 04:05:06

13   term for the video game controller charging system? 04:05:09

14             MR. HASAN:  Objection.  Asked and answered. 04:05:13

15             THE WITNESS:  I don't think it's used that 04:05:20

16   way.  I mean sometimes it may be, but in my context, 04:05:21

17   no.                                               04:05:24

18             "The base" is a shorthand term or a     04:05:25

19   skilled-in-the-art term, a term of usage for this 04:05:30

20   part of the charging system that sits here that   04:05:34

21   holds the controllers.  "Put them back in the base." 04:05:37

22   BY MR. HANLE:                                     04:05:40

23        Q    Is there another part of the video game 04:05:40

24   controller charging system that is not the base?  04:05:42

25        A    No.                                     04:05:45
```

Page 137

```
 1      Q     Okay.  So the base is the entire video        04:05:45

 2  game controller charging system?                        04:05:49

 3      A     The base is the part of the video game         04:05:50

 4  charging system that holds all the other elements.       04:05:57

 5  There are other elements.  There are DC ports, and       04:06:00

 6  there are bays that hold the controllers, and there     04:06:06

 7  are LEDs, and there's wire to plug it into the wall. 04:06:10

 8          There are a whole bunch of parts, but this       04:06:15

 9  unit as a whole that holds the controllers is           04:06:18

10  referred to in the industry as "the base."              04:06:22

11      Q     Since when?                                    04:06:24

12      A     Well, let me give you some examples.           04:06:32

13          Energizer's website refers to it as "the        04:06:38

14  base" when they talk about this product.                04:06:40

15      Q     My question was a when, time.                  04:06:43

16          When?                                            04:06:46

17      A     Since chargers like this came out.             04:06:47

18      Q     Okay.  When was that?                          04:06:53

19          MR. HASAN:  Objection.                           04:06:56

20          THE WITNESS:  I don't know.  I can't tell       04:06:58

21  you exactly.                                             04:06:59

22  BY MR. HANLE:                                            04:07:01

23      Q     So -- so you are saying that the word          04:07:01

24  "base" has a meaning in the industry to be the          04:07:03

25  entire charger body; right?                              04:07:06
```

Page 138

```
 1      A    I'm saying that "base" has a meaning in      04:07:10

 2   the industry to be the main portion of the charger   04:07:12

 3   on which you would put away the game controllers so  04:07:15

 4   that they charge.  "Go put back them in the base."    04:07:20

 5      Q    Okay.  And my question is:  When did that     04:07:23

 6   usage of the term "base" come into existence?         04:07:27

 7      A    And the answer is I don't know exactly.  I    04:07:30

 8   would have to research it.                            04:07:32

 9      Q    What's your best estimate?                    04:07:32

10          MR. HASAN:  Objection.                         04:07:34

11          THE WITNESS:  I don't have a best estimate.    04:07:34

12   I would have to research it.                          04:07:37

13   BY MR. HANLE:                                         04:07:38

14      Q    Did that -- did that construction of         04:07:38

15   "base" exist at the time of the filing -- or that    04:07:39

16   meaning of the term "base" exist at the time of the  04:07:44

17   effective date, filing date, of the '848 patent?     04:07:48

18      A    Absolutely.                                   04:07:51

19      Q    What -- what date is the effective filing    04:07:54

20   date of the '848 patent?                              04:07:56

21      A    Well, I don't know the exact date, but       04:07:58

22   it's in the range of 2006, 2007, and this product    04:07:59

23   here, which is one embodiment of the '848 patent,    04:08:03

24   was called, in consumer marketing, the charge base,  04:08:07

25   and the reason it was called the charge base is      04:08:10
```

Page 139

```
 1    because the people who buy these products understand   04:08:13

 2    what a base is, and that's why it's called a charge    04:08:16

 3    base.                                                  04:08:20

 4        Q    So did that usage of the term "base"          04:08:20

 5    preexist the product that you just held up in front    04:08:23

 6    of the camera?                                         04:08:25

 7        A    I don't know that.                            04:08:26

 8        Q    Okay.  So is it correct that you don't        04:08:27

 9    know when that usage of the term "base" became         04:08:30

10    understood in the industry?                            04:08:34

11        A    Well, I certainly know that it was            04:08:36

12    understood as of the time of the invention.  I         04:08:39

13    don't know how far back it goes.                       04:08:43

14        Q    What was the date of the invention?           04:08:45

15        A    In the range of 2006, 2007.  I don't have     04:08:46

16    the exact date in front of me.                         04:08:50

17        Q    What is the basis for your testimony that     04:08:52

18    that usage of the term "base" existed as of the        04:08:57

19    time of the invention, which you don't know?           04:08:59

20        A    Which I can look up.                          04:09:01

21        Q    Okay.  So let's take your -- let's take       04:09:03

22    your guess of 2006, 2007.                              04:09:06

23             What is the basis for your testimony that     04:09:08

24    that usage of the term "base" existed as of 2006 or    04:09:10

25    2007?                                                  04:09:14
```

Page 140

| | | |
|---|---|---|
| 1 | A    Because the manufacturer and marketer of | 04:09:15 |
| 2 | this device called it a charge base. | 04:09:18 |
| 3 | Q    After it was invented, though; right? | 04:09:21 |
| 4 | A    Well, they didn't inventory the word | 04:09:24 |
| 5 | "base."  You wouldn't put a product out into the | 04:09:26 |
| 6 | market and call it a charge base unless your target | 04:09:28 |
| 7 | audience understood what the word "base" means. | 04:09:33 |
| 8 | Q    So do you believe that there was -- there | 04:09:36 |
| 9 | was some product out there that preexisted what you | 04:09:37 |
| 10 | just held up that charged wireless controllers that | 04:09:40 |
| 11 | was called a base? | 04:09:43 |
| 12 | MR. HASAN:  Objection.  Objection. | 04:09:45 |
| 13 | Misstates the testimony. | 04:09:46 |
| 14 | THE WITNESS:  No, I didn't say that. | 04:09:48 |
| 15 | I said that the term of art "base" to mean | 04:09:50 |
| 16 | something that held those types of controllers and | 04:09:54 |
| 17 | plug them in, that people would understand that this | 04:09:57 |
| 18 | is a base. | 04:09:59 |
| 19 | I don't know when that term started.  I | 04:10:00 |
| 20 | could do research and find out.  I don't know. | 04:10:02 |
| 21 | BY MR. HANLE: | 04:10:02 |
| 22 | Q    Okay.  So can you think of -- before the | 04:10:04 |
| 23 | invention -- or at the time of the invention, can | 04:10:07 |
| 24 | you think of a single other product out there that | 04:10:09 |
| 25 | was used to charge wireless controllers that had | 04:10:14 |

Page 141

| | | |
|---|---|---|
| 1 | something called a base? | 04:10:19 |
| 2 | A   No.  I haven't done any research.  I'm | 04:10:23 |
| 3 | sure I could do research and figure it out, but | 04:10:24 |
| 4 | it's not an area I have looked at, but I certainly | 04:10:26 |
| 5 | know from being in the industry and attending 25 | 04:10:29 |
| 6 | consumer electronics shows in a row and virtually | 04:10:32 |
| 7 | every E3 from its existence to a couple of years | 04:10:36 |
| 8 | ago -- I certainly know what the term "base" means | 04:10:41 |
| 9 | in the industry, and I know that the term "base" | 04:10:43 |
| 10 | was active in that time frame or else the | 04:10:45 |
| 11 | manufacturer would not have called this a charge | 04:10:47 |
| 12 | base. | 04:10:49 |
| 13 | Q   What if they coined the term and then it | 04:10:50 |
| 14 | came into use? | 04:10:53 |
| 15 | A   You don't coin the term by putting it on a | 04:10:53 |
| 16 | product and selling it.  If you tried to coin the | 04:10:56 |
| 17 | term, people would look at it and go, "What the | 04:10:59 |
| 18 | hell do they mean?" | 04:11:01 |
| 19 | I mean marketing 101 is you name a | 04:11:03 |
| 20 | product.  Companies spend millions and millions of | 04:11:06 |
| 21 | dollars coming up with the correct name for a | 04:11:10 |
| 22 | product.  They do market research.  They try | 04:11:12 |
| 23 | different names.  They do surveys, and the reasons | 04:11:14 |
| 24 | they do is to make sure that, when a product has a | 04:11:16 |
| 25 | name, that it is a name that people will understand. | 04:11:19 |

Page 142

```
 1              You have about five seconds, when somebody    04:11:21
 2    is walking down an aisle in a store, to catch them     04:11:22
 3    and to get them to make a decision, and they are       04:11:25
 4    not going to take a word out of left field and put     04:11:27
 5    it in the title of a product so that people go,        04:11:30
 6    "Well, I'm not really sure what that is."              04:11:32
 7              They named it "charge base" because people   04:11:35
 8    who buy them, people who make them, people who         04:11:37
 9    design them, people who know the video game            04:11:40
10    accessory charging market know that that's called a   04:11:43
11    base.                                                  04:11:46
12       Q    Okay.  And what is the basis for the --        04:11:47
13    your testimony that the people in the industry know    04:11:48
14    that that's called a base at the time of the           04:11:51
15    invention?                                             04:11:54
16       A    Because I was in the industry at the time      04:11:55
17    of the invention.                                      04:11:57
18       Q    Can you think of another -- another            04:11:57
19    example of a single product for charging video game    04:11:59
20    accessories that had a component called a base as      04:12:04
21    of that time, the time of the invention?              04:12:07
22              MR. HASAN:  Objection.  Asked and answered.  04:12:09
23              THE WITNESS:  I can't guess.  I'm not         04:12:10
24    going to guess.                                        04:12:11
25              I give precise answers.  I'm an engineer.    04:12:12
```

Page 143

```
 1    I'm not going to sit here and make something up.  I    04:12:15

 2    do not know.  I will be glad to research it, but I     04:12:17

 3    am not going to guess.                                 04:12:20

 4    BY MR. HANLE:                                          04:12:21

 5       Q    Okay.  Well, haven't you?                      04:12:21

 6            I mean you have testified that the basis       04:12:23

 7    for your testimony that the base is the entire        04:12:25

 8    charging unit is what the industry uses as the         04:12:28

 9    term; right?                                           04:12:31

10            MR. HASAN:  Objection --                       04:12:33

11    BY MR. HANLE:                                          04:12:34

12       Q    Is that right?                                 04:12:34

13            MR. HASAN:  -- as to "the basis."              04:12:35

14            THE WITNESS:  What's that?  Say it again.      04:12:37

15            MR. HANLE:  Go ahead.                          04:12:38

16            (The following record was                      04:12:38

17            read by the reporter:                          04:12:38

18            "QUESTION:  Well, haven't you?                 04:12:22

19            "You have testified that the                   04:12:23

20            basis for your testimony that the             04:12:24

21            base is the entire charging unit              04:12:27

22            is what the industry uses as the              04:12:29

23            term; right.")                                 04:12:31

24            THE WITNESS:  It's one basis.  It's not        04:12:52

25    the entire basis, and I -- when I said I'm not         04:12:53

                                              Page 144
```

```
 1    going to guess, I'm not saying I'm not going to      04:12:56

 2    guess on whether or not the term was known in the    04:12:58

 3    art.  I know it was.                                 04:13:00

 4         I'm not going to guess on which device at       04:13:02

 5    which precise date was out during that time period.  04:13:05

 6    That would require me to go back and look and see    04:13:08

 7    what devices were out.                               04:13:11

 8    Q    Was -- were there -- were there chargers        04:13:13

 9    for wireless controllers in the market before the    04:13:19

10    NYKO charge base that you held up a moment ago?      04:13:26

11    A    I don't know.  I'm sure, based on the           04:13:30

12    patent, that there were not chargers for wireless    04:13:33

13    controllers that practiced the claims of this.  I'm  04:13:36

14    sure that wasn't out there, but there may have been  04:13:39

15    other wireless controllers chargers.  I don't know.  04:13:42

16    I haven't done the research.                         04:13:44

17    Q    But isn't -- isn't the relative -- the          04:13:45

18    relevant time for -- for understanding the plain     04:13:50

19    and ordinary meaning of a patent claim term at the   04:13:55

20    time of the invention?                               04:13:58

21    A    Yes.                                            04:13:59

22    Q    Okay.  So -- so how is it that you believe      04:13:59

23    that the term "base" had the meaning of the entire   04:14:09

24    charger body at the time of the invention if you     04:14:14

25    are not aware of any other products for charging     04:14:18
```

Page 145

```
 1    wireless controllers that predated the invention?    04:14:22

 2       A    Because I told you I'm not going to guess.   04:14:25

 3            For me to find other products, it's only     04:14:27

 4    reasonable, considering I'm here to give fair and    04:14:30

 5    honest and accurate testimony, that I would go back  04:14:32

 6    and guess.                                           04:14:35

 7            Do you think that I know in my head the      04:14:36

 8    release of every accessory product, the exact date  04:14:38

 9    it came out?  Do you think I know that?  Of course,  04:14:41

10    I don't.  I would have to go back and research it.   04:14:44

11       Q    So would you agree with this statement       04:14:48

12    that, as of the time of the invention, you don't     04:14:51

13    know whether the video game industry used the word   04:14:55

14    "base" to refer to the entire charging body?         04:15:01

15       A    That's -- absolutely disagree with that      04:15:05

16    statement.                                           04:15:07

17       Q    Okay.  So are you saying that, at the time   04:15:07

18    of the invention, you do know that the video game    04:15:13

19    industry used the word "base" to refer to an entire  04:15:15

20    charging body?                                       04:15:18

21       A    Yes, I do know that.                         04:15:19

22       Q    Okay.  What -- state every single basis      04:15:21

23    you can think of for knowing that, at the time of    04:15:25

24    the invention, the industry used the word "base" to  04:15:27

25    referring to the entire charging body.  Give me an   04:15:29
```

Page 146

```
 1    example.  Give me a publication.  Something.      04:15:34

 2            MR. HASAN:  Objection.  Asked and answered. 04:15:39

 3            THE WITNESS:  I don't have to give you     04:15:40

 4    anything.  I was in the industry.  I know, and    04:15:41

 5    there are plenty of things -- I was in the        04:15:43

 6    industry.  I know.  I know the term was used.     04:15:46

 7            You are asking me for specifics that are  04:15:48

 8    impossible to give you.  I cannot tell you whether 04:15:50

 9    a charging station came out in 2004 or 2007.  How 04:15:53

10    in God's name would I know that?                  04:15:57

11    BY MR. HANLE:                                     04:15:57

12       Q    We should just take your word for it.     04:15:59

13            You can give an opinion that everybody in 04:16:01

14    the industry knew that the base was the entire    04:16:02

15    controller charging body, but you don't have to   04:16:06

16    give us any examples?  You don't have to give us  04:16:08

17    any support?  Is that what --                     04:16:09

18       A    I will give you examples and support.     04:16:09

19    I'll put it in a report.  What --                 04:16:12

20       Q    No.  The time is now.                     04:16:13

21       A    Now --                                    04:16:13

22       Q    The time is now, or it ain't coming in.   04:16:14

23            MR. HASAN:  Objection.  Objection.  That's 04:16:15

24    not the case.  No.                                04:16:17

25            THE WITNESS:  Let me get clear that I am  04:16:18
```

Page 147

```
 1    the only one who is of skill in the art in video    04:16:20

 2    games who wrote a report in this.  I am the only     04:16:23

 3    one.                                                 04:16:26

 4          If you want to bring another expert in and     04:16:26

 5    have him tell me that "base" was not a term of art   04:16:28

 6    at the time of the invention, I invite you to.       04:16:31

 7    BY MR. HANLE:                                        04:16:33

 8        Q   Okay.  So -- so just so it's clear, can      04:16:33

 9    you think of -- other than -- other than just your   04:16:35

10    belief, can you give me any support or example for   04:16:39

11    your belief that, at the time of the invention, the  04:16:42

12    industry used the word "base" to refer to the        04:16:45

13    entire charger body?                                 04:16:49

14          MR. HASAN:  Objection.  Asked and answered.    04:16:51

15          THE WITNESS:  It's not my belief.  It's my     04:16:53

16    knowledge.  I'm not guessing.                        04:16:55

17    BY MR. HANLE:                                        04:16:56

18        Q   Okay.  Can you provide any support for       04:16:57

19    your knowledge?                                      04:16:59

20        A   Yes.  I did.  There was a product marketed   04:17:00

21    in 2007 that was called a base.                      04:17:02

22        Q   Okay.  And that was after the date of the    04:17:04

23    invention; right?                                    04:17:07

24        A   Right.  And there's no way in the world      04:17:08

25    they would have called this the base if people       04:17:10
```

Page 148

```
 1    didn't know what a base was.                      04:17:13

 2        Q    Okay.  Then let's try the question again.  04:17:14

 3        A    We don't have to try it again.  I have    04:17:15

 4    answered it.                                       04:17:18

 5        Q    No, you haven't.  So -- so let's -- let's  04:17:18

 6    try it again.                                      04:17:20

 7             So --                                      04:17:20

 8             MR. HASAN:  Argumentative.                 04:17:20

 9    BY MR. HANLE:                                       04:17:20

10        Q    So --                                      04:17:20

11             MR. HASAN:  Argumentative.                 04:17:21

12    BY MR. HANLE:                                       04:17:22

13        Q    -- can you think of an example before the  04:17:22

14    time of the invention, which was before this       04:17:24

15    commercial product -- can you think of any support  04:17:28

16    or example where the industry used the word "base"  04:17:32

17    to refer to an entire charger body?                04:17:34

18             MR. HASAN:  Objection.  Asked and answered.  04:17:37

19             THE WITNESS:  Yeah, and it's completely    04:17:38

20    reasonable for -- to tell you that we are not       04:17:40

21    playing a memory game here and that I do not know   04:17:43

22    the exact release dates of every video game         04:17:45

23    accessory that has come out, and I will not sit     04:17:48

24    here and guess and say, "Well, I think this device  04:17:51

25    that came out from this company was probably out    04:17:54
```

Page 149

| | | |
|---|---|---|
| 1 | before" -- I would have to do research to do that, | 04:17:57 |
| 2 | and I don't have that research here. | 04:18:00 |
| 3 | So I cannot give you a specific, but I | 04:18:03 |
| 4 | know, as sure as I'm sitting here, and anyone else | 04:18:06 |
| 5 | in the industry would know, as sure as they would | 04:18:08 |
| 6 | be sitting here, that you call these things a base | 04:18:11 |
| 7 | and you called them that at the time of the | 04:18:14 |
| 8 | invention. | 04:18:16 |
| 9 | BY MR. HANLE: | 04:18:18 |
| 10 | Q    What other -- what other video game | 04:18:24 |
| 11 | controller charging stations are you aware of that | 04:18:27 |
| 12 | were on the market by 2008? | 04:18:31 |
| 13 | A    I don't know.  I haven't done the | 04:18:40 |
| 14 | research.  There are a lot of charging stations.  I | 04:18:45 |
| 15 | don't know which were on.  I just told you I don't | 04:18:47 |
| 16 | have release dates on those.  I don't know. | 04:18:49 |
| 17 | Q    I moved the date. | 04:18:52 |
| 18 | A    From 2007 to 2008. | 04:18:52 |
| 19 | Q    Okay.  So you can't think of any other | 04:18:54 |
| 20 | charging stations for wireless controllers that | 04:18:56 |
| 21 | were on the market as of 2008 other than the NYKO | 04:18:59 |
| 22 | charge base; is that right? | 04:19:03 |
| 23 | A    I can't specifically name one.  There may | 04:19:04 |
| 24 | have been ones in the market, but I can't | 04:19:06 |
| 25 | specifically name them. | 04:19:08 |

Page 150

```
 1        Q    Can you name any where the charger body      04:19:09

 2   was referred to as the base that were in the market    04:19:13

 3   as of 2008?                                            04:19:16

 4           MR. HASAN:  Objection --                       04:19:17

 5           THE WITNESS:  You've already asked me          04:19:17

 6   that --                                                04:19:19

 7           MR. HASAN:  -- asked and answered.             04:19:20

 8           THE WITNESS:  -- question, and the answer      04:19:20

 9   I gave that I cannot point out specific products       04:19:21

10   that were out at specific times dating back five to    04:19:24

11   six years.                                             04:19:28

12           It's an -- it's an irrational question for     04:19:28

13   you to expect me to know release dates on all of       04:19:32

14   these products going back five or six years.  I        04:19:35

15   don't know them.                                       04:19:37

16           MR. HASAN:  Mr. Hanle, he gave you a           04:19:40

17   summary of his testimony.  You know, it doesn't        04:19:42

18   mean that he's completed all of the research on --     04:19:44

19   to support it, but we have given you a summary of      04:19:46

20   it.  It's in here.                                     04:19:50

21           MR. HANLE:  Yeah.  Well, now is the time       04:19:50

22   to support it, and there is no support for it so --    04:19:51

23           MR. HASAN:  No, now is not the time to         04:19:52

24   support it.  You know, we could -- we told you we      04:19:53

25   could have postponed this and we could have done       04:19:56
```

Page 151

```
 1    all this, but you wanted to proceed.  So we did.      04:19:58

 2    We proceeded in due haste just as like you -- as       04:20:01

 3    you asked.                                             04:20:03

 4          His rebuttal report will be filed on             04:20:04

 5    Monday, and if you think that there is basis to        04:20:06

 6    take his deposition on those points, then you can      04:20:08

 7    go to the court and do it, but that's not the          04:20:10

 8    stipulation that I understand that Gray and Warren     04:20:12

 9    entered into.                                          04:20:15

10          MR. HANLE:  Well, first of all, I think          04:20:16

11    that he had one shot, and I don't even think these     04:20:19

12    are proper, but we'll -- but, you know, we're          04:20:23

13    asking the questions, and --                           04:20:25

14          MR. HASAN:  Fair enough.                         04:20:27

15          MR. HANLE:  -- we're going to do what            04:20:28

16    we're going to do, but --                              04:20:30

17          MR. HASAN:  Fair enough.                         04:20:30

18    BY MR. HANLE:                                          04:20:31

19       Q    So what about as of 2009?  Can you think       04:20:31

20    of any products on the market as of 2009 where the     04:20:35

21    entire charger body was referred to as the base?      04:20:39

22       A    You are asking for specificity on release      04:20:42

23    dates, and I don't have that.  I've told you that.     04:20:46

24       Q    Okay.                                          04:20:48

25       A    I don't catalog in my head what                04:20:48
```

Page 152

| | | |
|---|---|---|
| 1 | manufacturers put out what products on what dates. | 04:20:51 |
| 2 | Q    Okay.  Can -- other -- other than NYKO, is | 04:20:53 |
| 3 | it your belief that any other -- that the entire | 04:20:59 |
| 4 | charger body of any other products is -- is called | 04:21:03 |
| 5 | a base? | 04:21:09 |
| 6 | MR. HASAN:  Objection.  Asked and answered. | 04:21:10 |
| 7 | BY MR. HANLE: | 04:21:13 |
| 8 | Q    As of today? | 04:21:13 |
| 9 | A    Yes, this product.  It's on the website. | 04:21:14 |
| 10 | Q    Okay. | 04:21:17 |
| 11 | MR. HASAN:  Let the record reflect -- | 04:21:17 |
| 12 | THE WITNESS:  This is the Energizer PDP | 04:21:18 |
| 13 | charger. | 04:21:20 |
| 14 | BY MR. HANLE: | 04:21:21 |
| 15 | Q    Okay.  Any others other than the Energizer | 04:21:21 |
| 16 | charger and the NYKO charger? | 04:21:24 |
| 17 | A    Yes.  There are a number of them. | 04:21:26 |
| 18 | Q    Name them. | 04:21:28 |
| 19 | A    I can't name them.  I did a Google search, | 04:21:29 |
| 20 | and I searched for charging bases, and I got -- | 04:21:32 |
| 21 | five, six, seven -- many of them. | 04:21:36 |
| 22 | Q    And you can't name any of them? | 04:21:37 |
| 23 | MR. HASAN:  Objection. | 04:21:40 |
| 24 | From memory? | 04:21:40 |
| 25 | THE WITNESS:  I didn't write them down. | 04:21:42 |

Page 153

| | | |
|---|---|---|
| 1 | A    Well, you just asked me.  I answered your | 04:22:32 |
| 2 | question.  You said, "Are you aware of any that are | 04:22:35 |
| 3 | out today that are called base," and I answered it. | 04:22:37 |
| 4 | I -- | 04:22:37 |
| 5 | Q    No, I'm asking a different question. | 04:22:40 |
| 6 | A    Okay. | 04:22:42 |
| 7 | Q    I'm not characterizing your answer. | 04:22:42 |
| 8 | I'm just asking you:  Isn't it true | 04:22:44 |
| 9 | that -- that products that are out today that | 04:22:47 |
| 10 | didn't exist at the time of the invention would be | 04:22:51 |
| 11 | irrelevant to claim construction to the term | 04:22:53 |
| 12 | "base"? | 04:22:57 |
| 13 | MR. HASAN:  Objection.  Legal question. | 04:22:57 |
| 14 | THE WITNESS:  That's a legal question.  I | 04:22:58 |
| 15 | don't know the answer to that. | 04:22:59 |
| 16 | BY MR. HANLE: | 04:23:00 |
| 17 | Q    Okay.  Let's -- looking back at the patent, | 04:23:12 |
| 18 | let's go to -- and this is Exhibit 1.  Sorry. | 04:23:20 |
| 19 | Take a look at column 9. | 04:23:35 |
| 20 | A    (Complies.) | 04:23:51 |
| 21 | Q    And in -- so at the first full paragraph | 04:23:52 |
| 22 | on column 9, there's a reference to figures 11, 12, | 04:23:57 |
| 23 | and 13. | 04:24:00 |
| 24 | Do you see that? | 04:24:01 |
| 25 | A    Yes. | 04:24:01 |

Page 155

```
  1        Q      Okay.   And then going to the next        04:24:02

  2   paragraph, which starts at line 24, it -- it starts   04:24:05

  3   as follows:                                           04:24:10

  4             "The video game controller                  04:24:10

  5             charging system 400 includes a              04:24:12

  6             base 402..."                                04:24:15

  7        A      Yes.                                       04:24:16

  8        Q      Okay.   So -- so the video game controller 04:24:18

  9   charging system is 400; is that correct?              04:24:21

 10        A      Yes.                                       04:24:21

 11        Q      And the base is 402; is that correct?      04:24:24

 12        A      Yes.                                       04:24:24

 13        Q      Okay.   So now look at -- now let's look at 04:24:27

 14   Figure 11.                                            04:24:30

 15             Okay.   And do you see the callout for 400   04:24:54

 16   is at the top of Figure 11 and it points to the       04:24:55

 17   entire charging body?                                 04:24:58

 18             Do you see that?                             04:25:00

 19             MR. HASAN:   Objection.                      04:25:04

 20             THE WITNESS:   It points in the direction    04:25:06

 21   of the video game controller charging system.         04:25:09

 22   BY MR. HANLE:                                          04:25:11

 23        Q      Okay.   And do you see the callout 402,    04:25:12

 24   which -- which points to a bottom part of the video   04:25:16

 25   game controller charging system?                      04:25:22
```

Page 156

| | | |
|---|---|---|
| 1 | Do you see that? | 04:25:24 |
| 2 | MR. HASAN:  Objection. | 04:25:24 |
| 3 | THE WITNESS:  No, that can't be the bottom | 04:25:25 |
| 4 | part. | 04:25:27 |
| 5 | BY MR. HANLE: | 04:25:27 |
| 6 | Q    So -- so hold up -- hold up the figure for | 04:25:28 |
| 7 | the camera. | 04:25:31 |
| 8 | A    (Complies.) | 04:25:34 |
| 9 | Q    Okay.  And I want you to point to callout | 04:25:36 |
| 10 | 400. | 04:25:38 |
| 11 | A    Yeah, there's 400. | 04:25:40 |
| 12 | Q    Okay.  And that's pointing to -- to the | 04:25:41 |
| 13 | entire controller charging system; correct? | 04:25:43 |
| 14 | A    Yeah. | 04:25:45 |
| 15 | Q    Okay.  And now point to callout 402. | 04:25:45 |
| 16 | A    Right.  Right there. | 04:25:49 |
| 17 | Q    You follow that little line next to 402, | 04:25:50 |
| 18 | and where does it take you? | 04:25:54 |
| 19 | A    It's pointing to the base. | 04:25:55 |
| 20 | Q    Okay.  And it's pointing to the base at | 04:25:56 |
| 21 | the bottom of the -- of the controller charging | 04:26:00 |
| 22 | system, is it -- | 04:26:02 |
| 23 | MR. HASAN:  Objection. | 04:26:02 |
| 24 | BY MR. HANLE: | 04:26:03 |
| 25 | Q    -- isn't it? | 04:26:03 |

Page 157

```
 1       A    No, it's not.  Because I know what the        04:26:03

 2    base is by what the body of the patent tells me.     04:26:05

 3            And you can smile all you want, and now       04:26:07

 4    I'll explain it to you.                               04:26:10

 5            What the base is --                            04:26:11

 6       Q    I haven't asked a question.  So I'm not       04:26:11

 7    going to let you --                                   04:26:13

 8            MR. HASAN:  No, no, no.                        04:26:13

 9    BY MR. HANLE:                                         04:26:13

10       Q    -- just give --                               04:26:14

11            MR. HASAN:  No, no, no.                        04:26:14

12    BY MR. HANLE:                                         04:26:14

13       Q    -- a soliloquy.  So I'm going to ask a        04:26:14

14    question.                                             04:26:17

15            MR. HASAN:  He -- no.  You didn't let him     04:26:17

16    finish.                                               04:26:18

17            MR. HANLE:  Art, don't be ridiculous.         04:26:18

18            MR. HASAN:  You didn't let him finish.        04:26:18

19            MR. HANLE:  Don't be ridiculous.              04:26:18

20            MR. HASAN:  You cut him off in the middle     04:26:20

21    of a question.                                        04:26:22

22            MR. HANLE:  No.  He was about to              04:26:22

23    soliloquy, and his answer made clear that he was --  04:26:24

24            MR. HASAN:  Finish --                          04:26:24

25            MR. HANLE:  -- so I'm going to ask another    04:26:25
```

Page 158

```
 1            (Exhibit 114 was marked for          04:02:17

 2            identification by the reporter       04:02:17

 3            and is attached hereto.)             05:17:34

 4    BY MR. HANLE:                                05:17:34

 5       Q    And you recall you were providing this  05:17:34

 6    brief, at least after you completed your expert  05:17:36

 7    report; correct?                            05:17:39

 8       A    Yes, I believe it was -- it was definitely  05:17:40

 9    after.                                       05:17:43

10       Q    Okay.  And take a look at page 15.  I'm  05:17:43

11    going to point to the inventor testimony at the  05:17:57

12    bottom, and it says:                         05:18:00

13            "Mr. Navid also testified in         05:18:02

14            support of the 'at least one         05:18:04

15            structure' being capable of          05:18:05

16            including more than one              05:18:08

17            structure.  At his deposition        05:18:09

18            when asked if he could point to      05:18:11

19            'at least one structure on the       05:18:12

20            base for providing physical          05:18:14

21            support,' he said 'so it could be    05:18:16

22            [partitions] 406.  These are the     05:18:19

23            structures, the support             05:18:22

24            structures."                         05:18:23

25            And it has a cite, and then it goes on.  05:18:24
```

Page 196

| | | |
|---|---|---|
| 1 | "He further stated that each of | 05:18:26 |
| 2 | these partitions 406 were | 05:18:28 |
| 3 | separate structures..." | 05:18:31 |
| 4 | Do you agree with the inventor that each | 05:18:33 |
| 5 | of the partitions 406 were separate structures? | 05:18:37 |
| 6 | MR. HASAN:  Objection to the extent you | 05:18:57 |
| 7 | haven't analyzed it, but if you have, please answer. | 05:18:59 |
| 8 | THE WITNESS:  Yes, those are separate | 05:19:34 |
| 9 | structures. | 05:19:37 |
| 10 | BY MR. HANLE: | 05:19:37 |
| 11 | Q    Okay.  So each partition is a -- is a | 05:19:37 |
| 12 | structure? | 05:19:39 |
| 13 | A    But the partition in and of itself as a | 05:19:41 |
| 14 | structure needs to work with other structures to | 05:19:47 |
| 15 | provide physical support to create a docking bay. | 05:19:52 |
| 16 | One partition by itself cannot create a | 05:19:56 |
| 17 | docking bay by definition, and it cannot -- and one | 05:19:59 |
| 18 | partition by itself does not include in the docking | 05:20:03 |
| 19 | bay a DC port. | 05:20:06 |
| 20 | So these structures, a plurality of | 05:20:07 |
| 21 | structures, work together to create the -- what is | 05:20:09 |
| 22 | claimed in this patent, which is a docking bay with | 05:20:13 |
| 23 | a port at the bottom that this nicely mates into. | 05:20:15 |
| 24 | Q    Okay.  So -- so just to be sure -- "yes" | 05:20:19 |
| 25 | or "no" -- is each -- each partition a separate | 05:20:26 |

Page 197

| | | |
|---|---|---|
| 1 | structure? | 05:20:32 |
| 2 | MR. HASAN:  Objection.  Asked and answered. | 05:20:33 |
| 3 | BY MR. HANLE: | 05:20:35 |
| 4 | Q    "Yes" or "no"? | 05:20:35 |
| 5 | MR. HASAN:  Asked and answered. | 05:20:36 |
| 6 | THE WITNESS:  Each partition is a separate | 05:20:38 |
| 7 | structure, but it takes more than one structure to | 05:20:47 |
| 8 | satisfy the claims as they are here. | 05:20:53 |
| 9 | It takes structures that create a docking | 05:20:56 |
| 10 | bay, structures that create a set of parallel | 05:21:00 |
| 11 | surfaces, opposite surfaces, and it takes a DC port. | 05:21:07 |
| 12 | So they are structures, yes, but a single | 05:21:10 |
| 13 | structure by itself is not going to practice the | 05:21:13 |
| 14 | claims of the patent. | 05:21:15 |
| 15 | BY MR. HANLE: | 05:21:17 |
| 16 | Q    Okay.  Turn to page 12 of the -- NYKO's | 05:21:24 |
| 17 | brief, Exhibit 114. | 05:21:42 |
| 18 | Okay.  So would you agree -- so I'll -- | 05:21:54 |
| 19 | there's a sentence on page 12.  It starts at line | 05:21:56 |
| 20 | 18, and it reads as follows: | 05:21:59 |
| 21 | "The phrase 'at least one | 05:22:01 |
| 22 | structure' is repeatedly used in | 05:22:02 |
| 23 | claim 1 as a term to emphasize | 05:22:06 |
| 24 | that the structure can be either | 05:22:08 |
| 25 | one structure or more than one | 05:22:10 |

Page 198

```
 1              structure."                          05:22:11

 2              Do you agree with that?             05:22:13

 3       A     Yes.                                 05:22:14

 4       Q     Okay.  So I want you to just for now --   05:22:16

 5   and we can -- we can talk about other examples --   05:22:19

 6   focus on where structure is a single structure.   05:22:23

 7   Okay.                                           05:22:28

 8              And -- and would you agree that, where the   05:22:28

 9   structure is a single structure, that single   05:22:35

10   structure needs to be capable of providing support   05:22:39

11   to a plurality of docking bays?                 05:22:42

12              MR. HASAN:  Objection as to form.   05:22:46

13              THE WITNESS:  Can I see the claim   05:23:23

14   construction brief, the one that -- I don't see it   05:23:45

15   in here.                                        05:23:47

16   BY MR. HANLE:                                   05:23:48

17       Q     Whose?                               05:23:48

18       A     Not -- not the brief.  The claim    05:23:49

19   construction document that shows everyone's claim   05:23:51

20   constructions.  You had a nice word for it earlier,   05:23:54

21   and I don't remember what it was.               05:23:57

22       Q     Oh, the joint claim construction chart?   05:23:58

23       A     The joint claim construction chart.   05:24:00

24   That's the one.                                 05:24:01

25              MR. HASAN:  Here you go.            05:24:08
```

Page 199

```
 1              THE WITNESS:  Thank you.            05:24:09

 2              MR. HANLE:  Can you reread the question,  05:24:18

 3    please.                                      05:24:19

 4              THE WITNESS:  I think this is old.  Isn't  05:24:24

 5    there a new construction for "at least one"?  05:24:26

 6              "At least one is not one or more   05:24:34

 7    structures on the base.  Each defines a plurality  05:24:36

 8    of docking bays."                            05:24:39

 9              I -- there's a newer one, isn't there?  05:24:40

10              MR. HASAN:  Oh, you are talking about the  05:24:42

11    one that defendants changed.                 05:24:43

12              THE WITNESS:  Yes.                  05:24:44

13              MS. QUIGLEY:  It's in their brief.  05:24:45

14    BY MR. HANLE:                                05:24:48

15       Q    I can give you the brief in a second.  I  05:24:48

16    just want to see if you can --               05:24:49

17              Can you read back the question.     05:24:50

18              And see if you can answer the question,  05:24:50

19    please.                                      05:24:52

20              (The following record was          05:24:52

21              read by the reporter:              05:24:52

22              "QUESTION:  So I want you to just   05:22:16

23              for now -- and we can -- we can     05:22:18

24              talk about other examples --       05:22:21

25              focus on where structure is a      05:22:23
```

                                                    Page 200

```
 1          single structure.  Okay.              05:22:26

 2          "And would you agree that, where     05:22:28

 3          the structure is a single            05:22:35

 4          structure, that single structure     05:22:37

 5          needs to be capable of providing     05:22:40

 6          support to a plurality of docking    05:22:42

 7          bays.")                              05:25:31

 8          MR. HASAN:  Same objection as to form.  05:25:31

 9          THE WITNESS:  If there was a single  05:26:37

10   structure, for example, a molded piece of steel  05:26:40

11   that was one structure?  That's the question you  05:26:49

12   are asking me?                             05:26:58

13   BY MR. HANLE:                              05:26:59

14     Q    I am asking whether -- you just agreed  05:26:59

15   with me that at least one structure includes only  05:27:02

16   one structure.  One example of at least one  05:27:05

17   structure is where there's only one structure.  05:27:09

18          In that case, would the claim require that  05:27:11

19   that single structure provide physical support to  05:27:15

20   two or more video game controllers?       05:27:20

21     A    I have a difficult time grasping a  05:28:10

22   scenario where you could have one structure because  05:28:13

23   a structure needs to comprise a plurality of pairs  05:28:15

24   of opposite surfaces, it needs to define a docking  05:28:18

25   bay, and it needs to have DC ports.        05:28:21
```

                                        Page 201

| | | |
|---|---|---|
| 1 | So I guess I don't understand how one | 05:28:24 |
| 2 | structure could do that. | 05:28:29 |
| 3 | Q    Well, isn't that what the claim requires? | 05:28:31 |
| 4 | Doesn't it say -- so read the second | 05:28:34 |
| 5 | element of the claim.  It's the one right after | 05:28:36 |
| 6 | "base" of claim 1. | 05:28:38 |
| 7 | You can look at your Exhibit 113.  It's -- | 05:28:42 |
| 8 | your Exhibit 113 has it or the claim, either one. | 05:28:45 |
| 9 | A    Yeah.  I would rather look at the claim. | 05:28:48 |
| 10 | I'm sorry.  A second of what? | 05:28:50 |
| 11 | Q    It's the second element of -- after the | 05:28:51 |
| 12 | preamble of claim 1.  Read it out loud for the | 05:28:53 |
| 13 | record, please. | 05:28:56 |
| 14 | A    "At least one structure on the | 05:28:56 |
| 15 | base for providing physical | 05:28:57 |
| 16 | support to a plurality of video | 05:28:59 |
| 17 | game controllers while the | 05:29:02 |
| 18 | plurality of video game | 05:29:03 |
| 19 | controllers are being charged." | 05:29:04 |
| 20 | Q    Okay.  So we're all in agreement that "at | 05:29:07 |
| 21 | least one structure" can include only one structure; | 05:29:10 |
| 22 | correct? | 05:29:10 |
| 23 | A    Well, what I said before was that that can | 05:29:19 |
| 24 | be a structure, but that structure in and of itself | 05:29:21 |
| 25 | can't practice the claims.  It has to be combined | 05:29:23 |

Page 202

| | | |
|---|---|---|
| 1 | with other structures to create the bay that has | 05:29:27 |
| 2 | the DC port. | 05:29:30 |
| 3 | I did not say that the partition 406 that | 05:29:33 |
| 4 | the inventor pointed out in and of itself is a | 05:29:37 |
| 5 | single structure that does these claims. | 05:29:41 |
| 6 | Q    I don't want to worry about partitions | 05:29:44 |
| 7 | or -- or walls or -- or anything else.  I just want | 05:29:47 |
| 8 | to talk about structure in the abstract here. | 05:29:49 |
| 9 | It says -- and you just testified a moment | 05:29:52 |
| 10 | ago that at least one structure -- that the term | 05:29:54 |
| 11 | "at least one structure" could include only one | 05:29:57 |
| 12 | structure; right? | 05:29:59 |
| 13 | MR. HASAN:  Objection. | 05:30:01 |
| 14 | BY MR. HANLE: | 05:30:02 |
| 15 | Q    Or do you want to change that? | 05:30:03 |
| 16 | MR. HASAN:  Objection.  Mischaracterizes | 05:30:04 |
| 17 | the -- | 05:30:06 |
| 18 | THE WITNESS:  I don't think -- | 05:30:06 |
| 19 | MR. HASAN:  -- context. | 05:30:06 |
| 20 | THE WITNESS:  -- I testified to that. | 05:30:07 |
| 21 | MR. HASAN:  Mischaracterizes the context. | 05:30:08 |
| 22 | BY MR. HANLE: | 05:30:10 |
| 23 | Q    Well, let's go back to the brief.  Let's | 05:30:10 |
| 24 | go back to the brief, page 12.  We will read it | 05:30:11 |
| 25 | again, and we'll go through it again if we need to. | 05:30:13 |

Page 203

| | | |
|---|---|---|
| 1 | Page 12 of the brief, which is Exhibit 114, | 05:30:17 |
| 2 | starting at line 18, says: | 05:30:20 |
| 3 | "The phrase 'at least one | 05:30:22 |
| 4 | structure' is repeatedly used in | 05:30:23 |
| 5 | claim 1 as a term to emphasize | 05:30:26 |
| 6 | that the structure can be either | 05:30:28 |
| 7 | one structure or more than one | 05:30:29 |
| 8 | structure." | 05:30:33 |
| 9 | And I want to talk about when it's one | 05:30:33 |
| 10 | structure.  Okay? | 05:30:35 |
| 11 | And my question is:  When it's only one | 05:30:37 |
| 12 | structure, as -- as NYKO's brief says it can be, | 05:30:40 |
| 13 | doesn't the claim require that that one structure | 05:30:46 |
| 14 | provide physical support to two or more video game | 05:30:49 |
| 15 | controllers? | 05:30:52 |
| 16 | MR. HASAN:  If you need to read the whole | 05:32:03 |
| 17 | brief to get context, do it. | 05:32:05 |
| 18 | THE WITNESS:  Yeah, I'm reading what I | 05:32:07 |
| 19 | need to read. | 05:32:08 |
| 20 | Bear with me.  I'm reading. | 05:34:04 |
| 21 | MR. HASAN:  Take your time, but if you | 05:34:05 |
| 22 | can't answer it, it's -- | 05:34:07 |
| 23 | THE WITNESS:  No, no, I'm not saying I | 05:34:07 |
| 24 | can't answer it.  I just -- | 05:34:09 |
| 25 | MR. HASAN:  Okay. | 05:34:09 |

Page 204

```
 1              THE WITNESS:  -- want to read what I have   05:34:11

 2      to read.                                          05:34:12

 3              MR. HASAN:  There will be "glug, glug,     05:35:30

 4      glug" on the video.                               05:35:32

 5              THE WITNESS:  My problem with the question 05:36:19

 6      is that, to support more than one video game      05:36:21

 7      controller, it will require having at least two DC 05:36:24

 8      ports, and on page 15 of the brief, it states that 05:36:29

 9      DC ports are indisputably distinct structure       05:36:41

10      elements.                                         05:36:47

11              So if it has two DC ports, it has at least 05:36:47

12      two structure elements.                           05:36:53

13      BY MR. HANLE:                                      05:36:55

14          Q    Well, wait a minute here.                05:36:55

15              Claim says at least one structure, and "at 05:36:56

16      least one" can mean only one; right?              05:36:58

17              MR. HASAN:  Objection.                    05:37:01

18              Reread --                                 05:37:02

19              Objection as to form.                     05:37:04

20              Reread the question, please.              05:37:05

21              (The following record was                 05:37:05

22              read by the reporter:                     05:37:05

23              "QUESTION:  Wait a minute here.           05:36:55

24              "Claim says at least one, and 'at          05:36:56

25              least one' can mean only one;             05:36:58
```

Page 205

```
 1              right?")                              05:37:00

 2         THE WITNESS:  Claim means one or more.     05:37:17

 3    "At least one" means one or more.  It doesn't mean  05:37:20

 4    only one.                                        05:37:25

 5    BY MR. HANLE:                                     05:37:25

 6      Q    Well, one or more.  So let's take the one  05:37:26

 7    and now ask about the one, and so the question   05:37:28

 8    again.                                           05:37:33

 9         When -- when the "at least one" is only     05:37:35

10    one, doesn't that only one structure have to,    05:37:38

11    according to claim 1, provide physical support to  05:37:46

12    two or more video game --                        05:37:51

13         MR. HASAN:  Objection.                      05:37:51

14    BY MR. HANLE:                                     05:37:51

15      Q    -- controllers according to the language  05:37:53

16    of the claim?                                    05:37:54

17         MR. HASAN:  Objection.  Asked and answered.  05:37:55

18         THE WITNESS:  I can't answer the question   05:38:06

19    the way you are asking it.  Because by definition,  05:38:08

20    to hold two controllers, it must have two DC ports,  05:38:12

21    and DC ports are distinct structural elements.  So  05:38:15

22    it can't be one structure.                       05:38:20

23    BY MR. HANLE:                                     05:38:20

24      Q    So am I to understand that -- that        05:38:22

25    structures on the base can include DC ports?     05:38:27
```

Page 206

```
 1              As that -- as "structures" -- as the term   05:38:35

 2      "structures on the base" is used in claim 1, could   05:38:35

 3      that include DC ports?                               05:38:38

 4              MR. HASAN:  Objection.  The claim language   05:38:45

 5      speaks for itself.                                   05:38:47

 6              THE WITNESS:  Well, the claim says:          05:38:57

 7              "At least one structure on the               05:38:58

 8              base further comprises a                     05:38:59

 9              plurality of pairs of opposite               05:39:01

10              surfaces."                                   05:39:03

11          Here are the opposite surfaces.  Here are        05:39:04

12      the opposite surfaces.                               05:39:07

13              "Each pair of surfaces defining a            05:39:09

14              respective docking bay."                     05:39:11

15          This in total is the docking bay.                05:39:13

16              "Of the plurality of docking bays,           05:39:15

17              each of the DC ports being on the            05:39:17

18              base between the respective one of           05:39:19

19              the pairs."                                  05:39:22

20          So I would consider the DC port one of the       05:39:23

21      structures that make up the docking bay.             05:39:26

22      BY MR. HANLE:                                        05:39:29

23          Q    So the structures include -- the at least   05:39:31

24      one structure on the base could include -- could     05:39:38

25      mean at least one docking -- excuse me -- at least    05:39:41
```

Page 207

| | | |
|---|---|---|
| 1 | one DC port on the base. | 05:39:44 |
| 2 | Is that your testimony? | 05:39:48 |
| 3 | MR. HASAN:  Objection.  The claim speaks | 05:39:49 |
| 4 | for itself. | 05:39:50 |
| 5 | THE WITNESS:  I'm sorry.  Could you ask | 05:39:55 |
| 6 | that question again? | 05:39:57 |
| 7 | MR. HANLE:  Go ahead and read it back. | 05:39:58 |
| 8 | Let me -- let me go ahead.  I'm sorry. | 05:40:04 |
| 9 | THE WITNESS:  Yeah.  I'm sorry I missed | 05:40:06 |
| 10 | it.  Go ahead and reask or whatever. | 05:40:08 |
| 11 | BY MR. HANLE: | 05:40:10 |
| 12 | Q    You see that claim 1 uses the term "at | 05:40:10 |
| 13 | least one structure on the base"? | 05:40:12 |
| 14 | A    Yes. | 05:40:14 |
| 15 | Q    And is it your testimony that at least one | 05:40:15 |
| 16 | structure on the base could include DC ports? | 05:40:18 |
| 17 | MR. HASAN:  Objection.  The claim speaks | 05:40:22 |
| 18 | for itself. | 05:40:24 |
| 19 | THE WITNESS:  By definition, the DC ports | 05:40:48 |
| 20 | have to be part of the docking bays for the | 05:40:51 |
| 21 | invention to work.  The docking bay has to have a | 05:40:54 |
| 22 | DC port. | 05:40:58 |
| 23 | So by definition, if you are telling me | 05:40:59 |
| 24 | it's holding two controllers, there has to be two | 05:41:02 |
| 25 | DC ports. | 05:41:05 |

Page 208

```
 1    BY MR. HANLE:                                    05:41:07

 2        Q    That's not my question.  Is -- just a   05:41:07

 3    definitional question.                           05:41:09

 4             "At least one structure on the base" -- 05:41:10

 5    does that phrase, "at least one structure on the 05:41:11

 6    base," include DC ports?                         05:41:15

 7             MR. HASAN:  Objection --                05:41:17

 8    BY MR. HANLE:                                    05:41:17

 9        Q    "Yes" or "no"?                          05:41:17

10             MR. HASAN:  -- the claim language speaks 05:41:18

11    for itself.                                      05:41:21

12             MR. HANLE:  It never does, Art.         05:41:21

13             THE WITNESS:  On page 14 of the brief, the 05:42:36

14    brief quotes column 9, lines 51 to 55, describing 05:42:39

15    in one embodiment the structure, and the structure: 05:42:45

16             "Each pair of opposite surfaces,        05:42:52

17             a portion of the base,                  05:42:54

18             corresponding docking bay and/or        05:42:55

19             locaters 410 may comprise a             05:42:57

20             structure for providing physical        05:43:07

21             support to one of the video game        05:43:09

22             controllers 420 during charging."       05:43:13

23             So a docking bay -- in my understanding, 05:43:18

24    each one of these docking bays is a structure.  So 05:43:24

25    if it is holding two video game controllers, it has 05:43:27
```

Page 209

| | | |
|---|---|---|
| 1 | two structures, and if it has two structures, it | 05:43:34 |
| 2 | doesn't have one structure. | 05:43:37 |
| 3 | So that's why I'm wrestling with the | 05:43:38 |
| 4 | question. | 05:43:40 |
| 5 | Q    So two questions out there that haven't | 05:43:41 |
| 6 | been answered yet. | 05:43:44 |
| 7 | One is:  Is a DC port a structure on the | 05:43:45 |
| 8 | base?  "Yes" or "no"? | 05:43:47 |
| 9 | MR. HASAN:  Objection.  Asked and answered. | 05:43:49 |
| 10 | BY MR. HANLE: | 05:43:56 |
| 11 | Q    And if you can't answer, just say you | 05:43:56 |
| 12 | can't answer. | 05:43:58 |
| 13 | MR. HASAN:  The language speaks for itself. | 05:44:04 |
| 14 | THE WITNESS:  No, I think I misspoke. | 05:45:01 |
| 15 | The docking bay is the structure.  The DC | 05:45:02 |
| 16 | port is between the walls of the docking bay, but I | 05:45:05 |
| 17 | wouldn't use the term "structure" for that. | 05:45:10 |
| 18 | I got thrown off because the brief uses | 05:45:12 |
| 19 | the word "structure," but it's not using it in the | 05:45:17 |
| 20 | same way, I believe, as the patent. | 05:45:21 |
| 21 | BY MR. HANLE: | 05:45:21 |
| 22 | Q    Okay.  Then back to the original question. | 05:45:22 |
| 23 | When the -- when the at least one | 05:45:25 |
| 24 | structure, as used in claim 1, is -- is only one | 05:45:28 |
| 25 | structure, as -- as we have already established it | 05:45:31 |

Page 210

```
  1    can be --                                          05:45:34

  2            MR. HASAN:  Mischaracterizes his testimony. 05:45:34

  3            MR. HANLE:  Oh, no, it doesn't.             05:45:37

  4            MR. HASAN:  Okay.                           05:45:38

  5    BY MR. HANLE:                                       05:45:39

  6        Q    In that case, where the at least one is    05:45:40

  7    only one, does the claim require that that one      05:45:42

  8    structure provide physical support to a plurality   05:45:45

  9    of video game controllers?                          05:45:49

 10            MR. HASAN:  Objection.  Asked and            05:45:50

 11    answered, mischaracterizes the testimony.           05:45:53

 12            THE WITNESS:  Yeah.  What I answered         05:46:00

 13    before was that, if the video game device, video    05:46:02

 14    game charger, has to hold two or more controllers,  05:46:09

 15    then it has to have two or more docking bays, and    05:46:14

 16    the docking bay is defined on column 9 of the        05:46:18

 17    patent as opposite surfaces, portion of the base     05:46:21

 18    402, a docking bay 404.                              05:46:27

 19            So by definition, for it to have two         05:46:31

 20    docking bays to dock two controllers, it clearly     05:46:34

 21    has more than one structure.  So I can't answer the  05:46:38

 22    question better than that.                           05:46:43

 23    BY MR. HANLE:                                        05:46:45

 24        Q    Okay.  Well, then so is it -- so the        05:46:45

 25    sentence in the brief -- and there's two sentences   05:46:48
```

Page 211

| | | |
|---|---|---|
| 1 | in the brief, the NYKO's brief on page 12, and | 05:46:53 |
| 2 | let's go back to page 12 of the brief. | 05:46:55 |
| 3 | A    (Complies.) | 05:46:55 |
| 4 | Q    And you -- and where it says that the | 05:47:02 |
| 5 | structure can be either one structure or more than | 05:47:04 |
| 6 | one structure, do you agree that -- that at least | 05:47:06 |
| 7 | one structure can be one structure as -- as it's | 05:47:13 |
| 8 | stated in this document? | 05:47:16 |
| 9 | A    I'm sorry.  Where are you looking on 12? | 05:47:17 |
| 10 | Q    19 through 21, the same -- | 05:47:20 |
| 11 | A    19 through 21. | 05:47:21 |
| 12 | Q    -- one we've been reading. | 05:47:22 |
| 13 | And then similarly -- and then -- and then | 05:47:24 |
| 14 | let's -- then I'll restate the question, but | 05:47:27 |
| 15 | similarly, I just want to point out that, at line | 05:47:29 |
| 16 | 24 through 26, it says: | 05:47:33 |
| 17 | "The 'at least one docking | 05:47:36 |
| 18 | structure,' which is the claim | 05:47:38 |
| 19 | term used in claim 13, is used as | 05:47:39 |
| 20 | a term to emphasize that the | 05:47:42 |
| 21 | structure can be either one | 05:47:44 |
| 22 | structure or more than one | 05:47:45 |
| 23 | structure." | 05:47:46 |
| 24 | And what I want to talk about is when | 05:47:47 |
| 25 | there's only one structure or one docking | 05:47:50 |

Page 212

| | | |
|---|---|---|
| 1 | structure.  Okay. | 05:47:54 |
| 2 | So specifically, claim 1, when there's | 05:47:55 |
| 3 | only one structure on the base, doesn't the claim 1 | 05:47:59 |
| 4 | require that it provide physical support to two or | 05:48:02 |
| 5 | more video game controllers? | 05:48:06 |
| 6 | MR. HASAN:  Objection.  Compound. | 05:48:07 |
| 7 | Objection.  Misstates the testimony, vague | 05:48:10 |
| 8 | and ambiguous, asked and answered as to the first | 05:48:15 |
| 9 | part at least. | 05:48:32 |
| 10 | Review the report if you have to. | 05:49:21 |
| 11 | THE WITNESS:  Yeah.  No, I am. | 05:49:23 |
| 12 | Well, since "at least one" doesn't mean | 05:51:44 |
| 13 | one, it means one or more, I think the scenario you | 05:51:48 |
| 14 | are describing can only happen when there's more | 05:51:51 |
| 15 | than one because it has to have two docking bays. | 05:51:53 |
| 16 | BY MR. HANLE: | 05:51:57 |
| 17 | Q   So are you saying that you disagree with | 05:51:59 |
| 18 | these sentences in NYKO's brief? | 05:52:01 |
| 19 | MR. HASAN:  Objection.  Out of context. | 05:52:03 |
| 20 | BY MR. HANLE: | 05:52:06 |
| 21 | Q   So are you saying that -- that at least | 05:52:06 |
| 22 | one structure, as used in claim 1, has to be more | 05:52:07 |
| 23 | than one structure? | 05:52:11 |
| 24 | MR. HASAN:  Objection.  Asked and answered. | 05:52:30 |
| 25 | Would you read back the last answer for | 05:52:39 |

Page 213

| | | |
|---|---|---|
| 1 | me, please. | 05:52:41 |
| 2 | (The following record was | 05:52:41 |
| 3 | read by the reporter: | 05:52:41 |
| 4 | "QUESTION:  Well, since 'at least | 05:51:46 |
| 5 | one' doesn't mean one, it means | 05:51:46 |
| 6 | one or more, I think the scenario | 05:51:49 |
| 7 | you are describing can only | 05:51:51 |
| 8 | happen when there's more than one | 05:51:52 |
| 9 | because it has to have two | 05:51:54 |
| 10 | docking bays.") | 05:51:56 |
| 11 | THE WITNESS:  I think the confusion we're | 05:53:11 |
| 12 | having here, if you look, for example, at the "at | 05:53:12 |
| 13 | least one docking structure," the "at least one | 05:53:15 |
| 14 | docking structure" is made up of structure. | 05:53:19 |
| 15 | The "at least one docking structure" has | 05:53:22 |
| 16 | the parallel walls.  It has the floor.  It has these | 05:53:23 |
| 17 | little guys here.  I forget what they are called. | 05:53:29 |
| 18 | But in fact, the docking bay is a structure, and | 05:53:33 |
| 19 | it's made up of structures. | 05:53:37 |
| 20 | So I could refer to the docking bay as one | 05:53:39 |
| 21 | structure, but in fact, it's made up of structures | 05:53:41 |
| 22 | that are the side walls, the bottom of the base, and | 05:53:45 |
| 23 | the plurality of pairs of parallel planer surfaces. | 05:53:52 |
| 24 | So I think that's where we are getting the | 05:53:58 |
| 25 | confusion. | 05:54:00 |

Page 214

```
 1   BY MR. HANLE:                                  05:54:00

 2      Q    Okay.  I agree it's confusing.         05:54:01

 3           So let's -- let's focus on claim 1 for a    05:54:03

 4   second and not introduce the term "docking     05:54:05

 5   structure," which is used in claim 13, and let's    05:54:07

 6   just ask about "at least one structure," which is   05:54:10

 7   used three times in -- in claim 1.             05:54:12

 8           And my question is --                  05:54:17

 9      A    I just need to clarify.  You just put  05:54:19

10   words in my mouth.                             05:54:21

11           I didn't say -- when I said it was     05:54:22

12   confusing, I didn't say that the patent is     05:54:24

13   confusing.  I said that the question is confusing.  05:54:25

14      Q    Oh, I see.                             05:54:30

15           So -- so do you believe that "at least one  05:54:31

16   structure on the base," as that phrase is used  05:54:40

17   repeatedly in claim 1, can include an instance  05:54:44

18   where there's only a single structure on the base?  05:54:50

19           MR. HASAN:  Objection.  Asked and answered.  05:55:36

20           THE WITNESS:  If we look at the brief, on  05:55:40

21   page 14 of the brief, the brief describes, once  05:55:43

22   again, a docking bay.                          05:55:48

23           "Each pair of opposite surfaces,       05:55:52

24           a portion of the base 402, a          05:55:54

25           corresponding docking bay 404,        05:55:58
```

Page 215

| | | |
|---|---|---|
| 1 | and/or locaters 410 may comprise | 05:56:00 |
| 2 | a structure for providing | 05:56:04 |
| 3 | physical support to one of the | 05:56:06 |
| 4 | video game controllers 420." | 05:56:07 |
| 5 | Two lines down it points out: | 05:56:11 |
| 6 | "The specification discloses | 05:56:13 |
| 7 | that" at -- "that said 'at least | 05:56:15 |
| 8 | one structure' can include any or | 05:56:18 |
| 9 | all of the structures listed." | 05:56:20 |
| 10 | Meaning that the opposite surfaces, the | 05:56:23 |
| 11 | portion of the base, the docking bay -- these are | 05:56:26 |
| 12 | all structures. | 05:56:29 |
| 13 | So the conundrum that we're running into | 05:56:31 |
| 14 | here is the docking bay is a structure.  I | 05:56:37 |
| 15 | understand that.  The docking bay is a structure. | 05:56:40 |
| 16 | Well, these side walls are structures too, and the | 05:56:42 |
| 17 | bottom of base here that makes up the docking bay | 05:56:45 |
| 18 | is also a structure. | 05:56:48 |
| 19 | So the docking bay is a structure.  That's | 05:56:50 |
| 20 | not one structure.  It's made up the multiple | 05:56:52 |
| 21 | structure.  So in fact, there is not a structure | 05:56:55 |
| 22 | that isn't made up of multiple structures the way | 05:56:59 |
| 23 | the docking bay is made up of multiple structures. | 05:57:02 |
| 24 | There's not a structure that you can | 05:57:04 |
| 25 | define which can hold multiple controllers unless | 05:57:06 |

Page 216

```
 1    it's made up of these discrete structures that make    05:57:09

 2    up the physical object.                                05:57:13

 3    BY MR. HANLE:                                          05:57:13

 4       Q    Okay.  So -- so when there's only one          05:57:16

 5    structure on the base, does the claim require that     05:57:27

 6    one structure to provide physical support to two or    05:57:35

 7    more video game controllers?                           05:57:39

 8            MR. HASAN:  Objection.  Incomplete              05:57:40

 9    hypothetical, vague and ambiguous.                     05:57:48

10            THE WITNESS:  Could you read the question       05:58:28

11    back.                                                  05:58:30

12            (The following record was                      05:58:30

13            read by the reporter:                          05:58:30

14            "QUESTION:  So when there's only                05:57:22

15            one structure on the base, does                 05:57:27

16            the claim require that one                      05:57:34

17            structure to provide physical                  05:57:36

18            support to two or more video game               05:57:37

19            controllers?")                                 05:57:39

20            MR. HASAN:  Can we take a break at some         05:59:17

21    point?                                                 05:59:19

22            I think we have to change a plane              05:59:20

23    reservation.  After, yeah.                             05:59:21

24            MR. HANLE:  We have been trying to get an      05:59:23

25    answer to this question for a long time.  So when      05:59:25
```

Page 217

| | | |
|---|---|---|
| 1 | he gets an answer to the question or tells us that | 05:59:27 |
| 2 | he can't answer the question, then we can take a | 05:59:29 |
| 3 | break.  Not before. | 05:59:32 |
| 4 | MR. HASAN:  I know it's improper to leave | 05:59:35 |
| 5 | in the middle of a question.  I'm not -- I wasn't | 05:59:38 |
| 6 | saying we were going to do. | 05:59:40 |
| 7 | MR. HANLE:  Oh, no. | 05:59:42 |
| 8 | MR. HASAN:  I said after the question. | 05:59:42 |
| 9 | Yeah, I know that's totally improper.  So we're not | 05:59:43 |
| 10 | trying to do that. | 05:59:45 |
| 11 | THE WITNESS:  In the same way that the | 06:00:27 |
| 12 | patent describes this recess that holds the | 06:00:33 |
| 13 | controller as a structure, which is made up of | 06:00:40 |
| 14 | other structures, in that same way, the patent | 06:00:45 |
| 15 | can -- well, the patent by definition must have | 06:00:55 |
| 16 | multiple structures to hold multiple controllers. | 06:00:58 |
| 17 | BY MR. HANLE: | 06:01:03 |
| 18 | Q    Well, doesn't -- doesn't the claim say "at | 06:01:04 |
| 19 | least one structure," which could include only one | 06:01:07 |
| 20 | structure and not multiple structures? | 06:01:12 |
| 21 | MR. HASAN:  Objection. | 06:01:14 |
| 22 | THE WITNESS:  The claim says "one or more | 06:01:15 |
| 23 | structures." | 06:01:17 |
| 24 | BY MR. HANLE: | 06:01:18 |
| 25 | Q    It say "at least one"; right? | 06:01:19 |

Page 218

```
 1      A      Which we're defining as one or more.        06:01:25

 2      Q      Okay.  And in an instance where it's only   06:01:27

 3   one structure, that's the one we're focused on now.   06:01:29

 4   That's the one I want to know.                        06:01:33

 5          Does the claim require that that one           06:01:34

 6   structure provide physical support to two or more     06:01:36

 7   controllers?                                          06:01:40

 8      A      I can't answer the question again.  I've    06:01:41

 9   answered it, like, five times.                        06:01:43

10      Q      You haven't answered it.                    06:01:44

11      A      You have my answer.                         06:01:46

12      Q      You haven't answered it.                    06:01:46

13      A      Okay.  Well, you have my answer.            06:01:47

14          MR. HASAN:  Asked and answered.                06:01:47

15          THE WITNESS:  I'm not going to do better       06:01:48

16   than what I just gave you.                            06:01:49

17          MR. HASAN:  Asked and answered.                06:01:51

18   BY MR. HANLE:                                         06:01:51

19      Q      Okay.  So let me -- let me ask, then, a     06:01:51

20   question.                                             06:01:54

21          Doesn't -- don't those partitions on --        06:01:55

22   on -- as shown in Figure 11, which you are looking    06:02:01

23   at right now, don't -- doesn't each one of those      06:02:04

24   partitions provide physical support to two or more    06:02:08

25   game controllers?                                     06:02:12
```

Page 219

```
 1            MR. HASAN:  Objection.                  06:02:14

 2            THE WITNESS:  They may supply -- each side  06:02:55

 3  of a partition may supply physical support --    06:02:57

 4  partial physical support.                        06:03:02

 5            Certainly, if I had one partition and I  06:03:04

 6  tried to put down a controller with one partition,  06:03:05

 7  it wouldn't support it because it would fall over,  06:03:09

 8  but they play a role.                            06:03:13

 9            The sides play a role in providing physical  06:03:14

10  support, but one partition in and of itself does  06:03:18

11  not create a docking bay, and one partition in and  06:03:22

12  of itself does not create pairs of opposite       06:03:25

13  surfaces.                                         06:03:28

14            MR. HASAN:  Can we -- that's three or four  06:03:30

15  questions.  Now can we take a break so he can     06:03:31

16  change his flight?                                06:03:33

17            MR. HANLE:  Yeah.                        06:03:35

18            MR. HASAN:  Okay.                        06:03:36

19            VIDEO OPERATOR:  Going off the record at  06:03:37

20  6:03 P.M.                                         06:03:38

21            (Off the record.)                       06:03:40

22            VIDEO OPERATOR:  Going back on the record  06:23:56

23  at 6:24 P.M.                                      06:23:59

24  BY MR. HANLE:                                     06:23:59

25       Q    Okay.  Would you agree, Mr. Kitchen, that  06:24:03
```

Page 220

```
 1    when -- according to claim 1, when the at least one    06:24:06

 2    structure on the base is -- is a single structure,     06:24:09

 3    that that single structure must comprise a             06:24:13

 4    plurality of docking bays?                             06:24:17

 5          MR. HASAN:  Objection as to form.                06:24:19

 6    BY MR. HANLE:                                          06:24:23

 7       Q    I'm looking at the -- it's the fourth          06:24:23

 8    element now.                                           06:24:26

 9          THE WITNESS:  I'm sorry.  Could you read         06:24:28

10    it back.                                               06:25:10

11          (The following record was                        06:25:10

12          read by the reporter:                            06:25:10

13          "QUESTION:  Would you agree,                      06:24:03

14          Mr. Kitchen, that when --                         06:24:04

15          according to claim 1, when the at                 06:24:07

16          least one structure on the base                   06:24:08

17          is a single structure, that that                  06:24:11

18          single structure must comprise a                  06:24:15

19          plurality of docking bays?")                      06:24:17

20          Yes, I'll agree to that.                          06:25:48

21    BY MR. HANLE:                                          06:25:50

22       Q    Okay.  And would you agree that, when the     06:25:55

23    at least one structure on the base is a single        06:25:57

24    structure, that that single structure must provide    06:26:00

25    physical support to two or more video game            06:26:03
```

Page 221

```
 1   controllers?                                    06:26:08

 2      A    I can't imagine an embodiment based on the   06:26:27

 3   embodiments in the patent, but I suppose it's       06:26:32

 4   possible there is an embodiment that could do it.   06:26:34

 5           So the answer is yes.                        06:26:38

 6      Q    Okay.  Well, wouldn't that embodiment be     06:26:39

 7   the embodiment where the structure is a partition    06:26:42

 8   that supports a controller on either side of the     06:26:49

 9   partition?                                           06:26:53

10      A    No.  I don't -- I don't believe a single     06:27:05

11   partition would support an object this heavy         06:27:06

12   without having two parallel sides.  I mean I don't   06:27:11

13   think it's going to support it.  I think it's going  06:27:15

14   to fall over.                                        06:27:17

15      Q    Okay.  So are you reading "support" to be    06:27:18

16   totally support?                                     06:27:21

17      A    Physically support is the way I'm reading    06:27:30

18   it.                                                  06:27:36

19      Q    Okay.  But -- but if it provides some        06:27:37

20   support along with other elements, doesn't --        06:27:40

21   doesn't that meet the limitation?                    06:27:44

22      A    No.  I think if you are going to say it's    06:27:47

23   one structure that's providing support, well, there  06:27:50

24   are no other elements.  There are no other           06:27:56

25   structures helping it.  So it's one structure.  You  06:27:58
```

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 3
Page 3-103

| | | |
|---|---|---|
| 1 | said it was one structure. | 06:28:00 |
| 2 | So if it's one structure that's this | 06:28:01 |
| 3 | partition and there's no other structures on either | 06:28:06 |
| 4 | side holding the video game controller, then I | 06:28:09 |
| 5 | would say no, it can't do it. | 06:28:11 |
| 6 | Now, there -- another structure could do | 06:28:13 |
| 7 | it but not a partition that doesn't create a bay | 06:28:15 |
| 8 | with parallel walls. | 06:28:19 |
| 9 | Q    Okay.  So -- so you can't -- you can't | 06:28:21 |
| 10 | think of an example where a single structure would | 06:28:24 |
| 11 | provide physical support to two or more video game | 06:28:30 |
| 12 | game controllers; correct? | 06:28:34 |
| 13 | MR. HASAN:  Objection. | 06:28:37 |
| 14 | THE WITNESS:  No.  What I was answering -- | 06:28:37 |
| 15 | and maybe I misunderstood your question. | 06:28:41 |
| 16 | I thought you said that couldn't the | 06:28:41 |
| 17 | partition 406 -- if it was the only structure, | 06:28:42 |
| 18 | doesn't that supply physical support to a plurality | 06:28:46 |
| 19 | of video game controllers, and I said no, I don't | 06:28:50 |
| 20 | think it can. | 06:28:53 |
| 21 | Did I get the question wrong? | 06:28:54 |
| 22 | BY MR. HANLE: | 06:28:56 |
| 23 | Q    No.  I've moved on to a different question. | 06:28:56 |
| 24 | A    Okay. | 06:28:56 |
| 25 | Q    So my question is:  You can't think of an | 06:28:58 |

Page 223

| | | |
|---|---|---|
| 1 | embodiment or an example where a single structure | 06:29:05 |
| 2 | would provide physical support to a plurality of | 06:29:09 |
| 3 | video game controllers; correct? | 06:29:12 |
| 4 | MR. HASAN:  Objection. | 06:29:13 |
| 5 | THE WITNESS:  No, I'm not saying that. | 06:29:19 |
| 6 | I'm sure there's an embodiment that could | 06:29:21 |
| 7 | do it, maybe a molded piece of plastic that creates | 06:29:23 |
| 8 | one piece that creates multiple bays.  It's | 06:29:28 |
| 9 | possible. | 06:29:31 |
| 10 | BY MR. HANLE: | 06:29:32 |
| 11 | Q    Okay.  But -- but to meet it, it would be | 06:29:32 |
| 12 | you would have one piece that would have two bays; | 06:29:34 |
| 13 | correct? | 06:29:38 |
| 14 | A    Yes.  One structure would supply support | 06:29:40 |
| 15 | to a multiple of video game controllers in that | 06:29:43 |
| 16 | scenario. | 06:29:45 |
| 17 | Q    Other than one piece forming two docking | 06:29:48 |
| 18 | bays, can you think of any other examples that | 06:29:52 |
| 19 | would meet the limitation where the at least one | 06:29:55 |
| 20 | structure was only one structure? | 06:29:58 |
| 21 | A    No.  I think one -- "one structure" means | 06:30:01 |
| 22 | one structure.  So I think it's -- it's -- it's got | 06:30:06 |
| 23 | to be one piece. | 06:30:11 |
| 24 | I mean it's certainly not related to the | 06:30:14 |
| 25 | embodiments that are shown in the patent, but I | 06:30:16 |

Page 224

| | | |
|---|---|---|
| 1 | can't see how it would be more than one piece if | 06:30:20 |
| 2 | it's only one structure. | 06:30:22 |
| 3 | MR. HANLE:  Okay.  So let's mark as the | 06:30:28 |
| 4 | next exhibit, 115, Exhibit 5 to the -- to the | 06:30:31 |
| 5 | Buccigross declaration that was submitted by | 06:30:38 |
| 6 | defendants in support of their claim construction | 06:30:40 |
| 7 | position. | 06:30:43 |
| 8 | (Exhibit 115 was marked for | 06:30:56 |
| 9 | identification by the reporter | 06:30:56 |
| 10 | and is attached hereto.) | 06:31:02 |
| 11 | BY MR. HANLE: | 06:31:02 |
| 12 | Q    And these documents are all part of the | 06:31:02 |
| 13 | prosecution history of the '848 patent. | 06:31:04 |
| 14 | Is it correct that you have reviewed that | 06:31:06 |
| 15 | prosecution history? | 06:31:08 |
| 16 | A    Yes. | 06:31:09 |
| 17 | Q    And take a look at page -- for the record, | 06:31:10 |
| 18 | this is exhibits -- or excuse me.  This is Bates | 06:31:16 |
| 19 | numbers -- well, they may be excerpts. | 06:31:20 |
| 20 | I'm not going to designate it by Bates | 06:31:25 |
| 21 | numbers, but let's take a look at what the one | 06:31:27 |
| 22 | bearing Bates No. -- the page bearing Bates No. 110. | 06:31:31 |
| 23 | It's on the bottom right. | 06:31:34 |
| 24 | MR. HASAN:  This does not appear to be a | 06:31:37 |
| 25 | complete copy of the prosecution history.  You're | 06:31:39 |

Page 225

| | | |
|---|---|---|
| 1 | change is. | 06:35:57 |
| 2 | Q    Okay.  And so by changing the "at least | 06:35:57 |
| 3 | one video game controller" to the "plurality of | 06:36:01 |
| 4 | video game controllers," the amendment required | 06:36:05 |
| 5 | that the at least one structure provide physical | 06:36:08 |
| 6 | support to two or more video game controllers; | 06:36:11 |
| 7 | correct? | 06:36:11 |
| 8 | A    It excluded the case of the invention | 06:36:24 |
| 9 | holding a single video game controller. | 06:36:28 |
| 10 | Q    And so as a result, the least one | 06:36:30 |
| 11 | structure needed to provide physical support to two | 06:36:33 |
| 12 | or more video game controllers? | 06:36:37 |
| 13 | MR. HASAN:  Objection.  Asked and answered. | 06:36:38 |
| 14 | THE WITNESS:  Using my understanding of | 06:36:43 |
| 15 | "at least one structure," it requires that one or | 06:36:46 |
| 16 | more structures provide physical support to the | 06:36:50 |
| 17 | plurality of video game controllers. | 06:36:55 |
| 18 | BY MR. HANLE: | 06:36:57 |
| 19 | Q    And is it your understanding that -- that | 06:36:57 |
| 20 | that amendment was made in order to overcome the | 06:36:59 |
| 21 | rejection based on Chang? | 06:37:02 |
| 22 | A    I understand this change was made to | 06:37:06 |
| 23 | address a rejection based on Chang, yes. | 06:37:08 |
| 24 | Q    Okay.  Your Exhibit 112, which is the | 06:37:11 |
| 25 | e-mail with your -- with your new opinions, turn to | 06:37:42 |

Page 230