| | |
|---|---|
| **From:** | Gray Buccigross |
| **Sent:** | Sunday, April 07, 2013 9:47 AM |
| **To:** | Warren Bleeker |
| **Cc:** | Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson |
| **Subject:** | RE: Nyko v. PDP: Scheduling Kitchen deposition |

Warren,

We are hereby providing final confirmation that Defendants will not introduce expert testimony in their reply claim construction briefing.

Nyko has not yet filed its responsive briefing. We reserve our right to rely on expert testimony in response to Nyko's responsive briefing.

Regards,
Gray

---

**From:** Gray Buccigross
**Sent:** Friday, April 05, 2013 6:38 PM
**To:** Warren Bleeker
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Warren,

I am confirming that barring unforeseen circumstances, Defendants will not introduce expert testimony in their reply claim construction briefing. In the slight chance that some unforeseen circumstance arises, we will inform Nyko immediately. We will also allow Nyko adequate time to depose the expert, including agreeing to any reasonable continuance.

We will be at your offices on April 11 for Mr. Kitchen's deposition. If he does not appear, we will enter a notice of non-appearance and move to strike his testimony.

Regards,
Gray

**From:** Warren Bleeker [mailto:warren.bleeker@cph.com]
**Sent:** Friday, April 05, 2013 4:10 PM
**To:** Gray Buccigross
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Gray--

When you have final confirmation, let us know. As of now, we have no agreement. There are no expert depositions scheduled.

--Warren



**G. Warren Bleeker** | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800
-----------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

**From:** Gray Buccigross [mailto:gbuccigross@sheppardmullin.com]
**Sent:** Friday, April 05, 2013 4:08 PM
**To:** Warren Bleeker
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Warren,

Your allegations of sandbagging are without basis and unproductive. We are not withholding any expert disclosures. We are just waiting for final confirmation from our clients. We will be at your offices on April 11 for Mr. Kitchen's deposition.

Regards,
Gray

**From:** Warren Bleeker [mailto:warren.bleeker@cph.com]
**Sent:** Friday, April 05, 2013 3:47 PM
**To:** Gray Buccigross
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Gray--

Unfortunately, it appears that you are simply withholding your expert disclosures in order to lock in Mr. Kitchen's deposition on a favorable date and time in order to prejudice NYKO and hinder NYKO's ability to sufficiently prepare for or depose your expert given the April 15 deadline for the supplemental briefs. We were already sandbagged by you once this week by your failure to notify NYKO of the changed claim constructions, even though you had since December to so do, which separately prejudiced NYKO as set forth below.

To be clear, we have no agreement on depositions. Once you have "reached a final decision" on whether you will offer expert testimony as part of your responsive briefing which is due on April 15, please let us know immediately and we can then determine if there is sufficient time to schedule both depositions. You already have Mr. Kitchen's report and his opinions and have demonstrated no reason why a deposition must take place next week.

--Warren



**G. Warren Bleeker** | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800
-----------------------------------------------------------

Exhibit 4
Page 4-2

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

**From:** Gray Buccigross [mailto:gbuccigross@sheppardmullin.com]
**Sent:** Friday, April 05, 2013 3:26 PM
**To:** Warren Bleeker
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Warren,

Thank you for your response.  Unfortunately, it blatantly mischaracterizes the facts and continues your general tit-for-tat approach to this litigation.  This is counterproductive.

We did not absolutely commit to abstaining from relying on expert testimony.  As I stated below, Defendants "are not currently inclined to offer expert testimony in support of their proposed claim constructions."  That was a good faith representation that we do not believe we will offer expert testimony as part of our responsive briefing.  We are close to deciding on that, but have not yet reached a final decision.  Regardless, Nyko has not yet filed its responsive briefing.  We reserve our right to rely on expert testimony in response to Nyko's responsive briefing.

This confirms that we will depose Mr. Kitchen on April 11 in your Glendale offices, starting at 1pm.  We reserve our right to subsequently depose Mr. Kitchen on other issues, to the extent he offers opinions in this case regarding issues other than claim construction.

We disagree with your accusations regarding PDP changing its claim construction positions.  I will address that issue in a separate email.

Regards,
Gray

**From:** Warren Bleeker [mailto:warren.bleeker@cph.com]
**Sent:** Friday, April 05, 2013 2:48 PM
**To:** Gray Buccigross
**Cc:** Katherine L. Quigley; LegalTm-PDP-Nyko; Art Hasan; Stacy Goodwin; Stacey R. Dawson
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Gray,

Thank you for your message.

This confirms that Defendants will not rely on expert testimony for claim construction.  If this is incorrect, please let us know today.  We must have mutual agreement to take any Defendant's expert's deposition by no later than April 12.  Please confirm your agreement to the same.

Subject to the foregoing, we will make Mr. Kitchen available for deposition on Thursday, April 11, in our Glendale offices.  The deposition will focus on claim construction issues as set forth in his report.  As such, we expect that the deposition will last half a day at most, so we would like to start at 1 pm.

Lastly, we are extremely disappointed that PDP appears to have materially changed its claim construction position of at least two terms without notice, thereby causing NYKO to argue against a different proposed construction by

Defendants.  While we can understand an addition or change that embellishes or clarifies an existing proposed construction, we are at a loss to figure how and why Defendants chose to make such a wholesale change without prior notice to NYKO.  Defendants have prejudiced NYKO and its expert by causing NYKO to argue against, and its expert to consider, a different claim construction.  This is particularly troublesome given our e-mail exchange a couple of days before the briefing that no constructions would be changed in the opening briefs.  NYKO reserves the right to seek all appropriate relief.

Warren



G. Warren Bleeker | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800

-------------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

**From:** Gray Buccigross [mailto:gbuccigross@sheppardmullin.com]
**Sent:** Friday, April 05, 2013 1:51 PM
**To:** Art Hasan
**Cc:** Warren Bleeker; Katherine L. Quigley; LegalTm-PDP-Nyko
**Subject:** RE: Nyko v. PDP: Scheduling Kitchen deposition

Art,

Kindly let us know today which of the dates work.

Thank you,
Gray

**From:** Gray Buccigross
**Sent:** Thursday, April 04, 2013 1:33 PM
**To:** Art Hasan (Art.Hasan@cph.com)
**Cc:** Warren Bleeker (warren.bleeker@cph.com); Katherine L. Quigley (Katherine.Quigley@cph.com); LegalTm-PDP-Nyko
**Subject:** Nyko v. PDP: Scheduling Kitchen deposition

Art,

Pursuant to our tentative agreement, Defendants plan to depose Mr. Kitchen on April 11 or April 12.  We would like to take his deposition in the LA area, and would agree to it proceeding at your offices.  Please let us know which date works.

Defendants are not currently inclined to offer expert testimony in support of their proposed claim constructions.

Regards,
Gray

Gray M. Buccigross, Attorney
858.720.7427 | direct

858.847.4898 | direct fax
gbuccigross@sheppardmullin.com | Bio

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.