| | |
|---|---|
| **From:** | Art Hasan |
| **Sent:** | Thursday, April 04, 2013 4:11 PM |
| **To:** | Garry Kitchen (gk@garrykitchen.com) |
| **Cc:** | Warren Bleeker; Katherine L. Quigley; Stacey R. Dawson |
| **Subject:** | Nyko v. PDP - Claim Construction |
| **Attachments:** | 2 - Defendants Opening Claim Construction Brief [CONFIDENTIAL VERSION].pdf; 100_1 Declaration of Graham Buccigross.pdf; Buccigross Exhibit 1 - Navid Depo.pdf; Buccigross Exhibit 2 - BASE Definition.pdf; Buccigross Exhibit 4 - 630 Patent.pdf; Buccigross Exhibit 5 - Office Action.pdf |

Garry,

I hope you are well.

Attached please find the attached opening claim construction briefs and supporting material filed by the Defendants.

Our response is currently due April 15.  Defendants have inquired about taking your deposition on claim construction matters late next week.  Let's discuss scheduling to see whether that works for you or not, and we will deal with it either way.

In any event, as we discussed, we will need you to kindly consider Defendants arguments and offer rebuttal opinions as to the issues raised in their brief.

Thank you,

- Art

Art Hasan, Esq. | Christie, Parker & Hale LLP
655 N. Central Ave, Suite 2300
Glendale, CA 91203-1445
Direct Telephone: (626) 683-4542
Facsimile: (626) 577-8800

The information in this communication and any attached documents contain information from the law firm of Christie, Parker & Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

1

Exhibit 5
Page 5-1

GK000051