**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx) <br><br> Hon. Gary Allen Feess <br><br> **NOTICE OF ERRATA** |

-1-

1 TO THE COURT AND TO DEFENDANTS HEREIN:

2      PLEASE TAKE NOTICE that Exhibit A to the Declaration of Katherine L. Quigley filed on April 30, 2013 in support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen (Attachment 1 to Court Docket No. 115) contained incorrect pages. A corrected version of Exhibit A is filed herewith. There were no substantive changes made to the Declaration itself.

DATED:  May 1, 2013            Respectfully submitted,
                               CHRISTIE, PARKER & HALE, LLP


                               By  /s/ Katherine L. Quigley
                                   Katherine L. Quigley

                               Attorneys for Plaintiff and
                               Counterdefendant,
                               NYKO Technologies, Inc.

SES PAS1233415.1-*-05/1/13 3:37 PM