**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3001- GAF (VBKx) | Date | May 8, 2013 |
|---|---|---|---|
| Title | Nyko Technologies Inc. v. Energizer Holdings, Inc. , et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      (In Chambers)

**TENTATIVE CLAIM CONSTRUCTION RULING**

The following sets forth the Court's tentative construction of dispute claim terms. The tentative does not include any discussion of the Court's reasoning, which will be set forth in its final order on the topic. Rather, this document contains only the Court's tentative determination of the construction of the disputed terms to assist counsel in focusing their arguments for the claim construction hearing.

1. "base" (Claims 1 and 13)

    "the foundational structure of the charging system on or in which the remaining components of the system are incorporated"

2. "to couple to" (Claims 1 and 13)

    "to directly connect structures without the use of external wires or cable"

3. "electrically coupled to" (Claim 13)

    "directly or indirectly connect to permit the flow of electrical current"

4. "at least one" (multiple uses in Claim 1 and Claim 13)

    "one or more than one"

**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-3001- GAF (VBKx) | Date | May 8, 2013 |
|---|---|---|---|
| Title | Nyko Technologies Inc. v. Energizer Holdings, Inc. , et al. | | |

5. "structure" (Claim 1)

   "one or more physical components attached to the base"

6. "docking structure" (Claim 13)

   "one or more physical components for receiving and aligning controllers"

7. "supported by the base" (Claim 13)

   "physically supported by but not directly on the base"


**IT IS SO ORDERED.**