# SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV12-03001-GAF (VBKx) | Date | May 9, 2013 |
|---|---|---|---|
| Title | NYKO Technologies, Inc. v. Energizer Holdings, Inc., et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Pat Cuneo | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Syed A. Hasan<br>Katherine L. Quigley | Steven M. Hanle<br>Graham M. Buccigross<br>Daniel N. Yannuzzi |

**Proceedings:**   CLAIM CONSTRUCTION HEARING

Cause called; appearances made.

Court previously issued its tentative ruling[1] and now hears oral argument.  For reasons stated on the record, the Court takes the matter under submission.

|   |   |
|---|---|
|   | 1 : 37 |
| Initials of Preparer | SMO |

---

[1] Docket Entry No. 117