Daniel N. Yannuzzi, Cal. Bar No. 196612
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200, San Diego, CA 92130
dyannuzzi@sheppardmullin.com
T. 858-720-8900; F. 858-509-3691

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Nyko Technologies, Inc.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Performance Designed Products LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV12-03001 GAF (VBKx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

1) Exhibits 14, 18-31, and 37 to Graham Buccigross Declaration in Support of Defendants' Motion for Summary Judgment, 2) Defendants Ex Parte Application to File Under Seal, 3) Proposed Order to File Under Seal, 4) Confidential Points and Authorities, and 5) Confidential Statement of Uncontroverted Facts.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☑ Other  Confidential Declaration of Gray M. Buccigross in Support of Defendants' Motion for Summary Judgment

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required ( *reason* ):
See L.R. 79-5, et seq.; document contains information designated as confidential or attorneys' eyes only pursuant to the Protective Order entered on October 5, 2012 (Dkt. No. 66).

| August 19, 2013 | /s/ Steven M. Hanle |
|---|---|
| Date | Attorney Name |
| | Defendants Performance Designed Products LLC |
| | Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).