SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**DECLARATION OF GRAHAM (GRAY) M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>**(REDACTED PUBLIC VERSION)**<br><br>Date: September 23, 2013<br>Time: 9:30 a.m.<br><br>Judge Gary Allen Feess<br><br>Complaint Filed: April 5, 2012<br>Discovery Cutoff: Oct. 14, 2013<br>Pretrial Conf.: Dec. 30, 2013<br>Trial Date: Jan. 28, 2014 |

EXHIBIT NOS. 14, 18-31 AND 37 ARE CONFIDENTIAL AND ARE FILED UNDER SEAL WITH THE REDACTED VERSION.

I, Graham (Gray) M. Buccigross, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. Exhibit Nos. 14, 18-31 and 37 are confidential and are filed under seal with the redacted version of this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the patent-in-suit, U.S. Patent No. 8,143,848. The '848 patent was attached to the Complaint filed by Nyko herein.

4. Attached as Exhibit 2 is a true and correct copy of U.S. Provisional Patent Application No. 60/982,364, filed October 24, 2007, which is on file with the United States Patent and Trademark Office. It was authenticated by the named inventor and Nyko's Vice President of Product Development, Amir Navid, at his deposition on January 30, 2013. (Ex. 37, p. 188.)

5. Attached hereto as Exhibit 3 is a true and correct copy of Nyko's December 20, 2012 Second Supplemental Responses to Certain of PDP's First Set of Interrogatories. In particular, Nyko supplemented its responses to PDP's Interrogatory Nos. 1, 3, and 6.

6. Attached hereto as Exhibit 4 is a true and correct copy of an article from the video game related review website IGN. It is written by Matt Casamassina and entitled *Controller Concepts: Charge Cradle* (Oct. 4, 2005). It remains available at http://www.ign.com/articles/2005/10/04/controller-concepts-charge-cradle (last accessed August 16, 2013).

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Nyko as NT000925-926. It is an article from the video game related

1 internet review site IGN, and is entitled "CES 2007: Nyko Charge Base PS3." It
2 bears a publication date of January 9, 2007. This document was authenticated by
3 Nyko's Director of Marketing, Chris Arbogast, at his deposition. (Ex. 31, pp. 142-
4 143.) Mr. Arbogast also verified at his deposition that the picture in Exhibit 5 was
5 obtained from Nyko. (Ex. 31, pp. 143-144.) This document remains available at
6 http://www.ign.com/articles/2007/01/10/ces-2007-nyko-charge-base-ps3 (last
7 accessed August 12, 2013).

8.  Attached as Exhibit 6 is a true and correct copy of a document produced by Nyko as NT000929-930, together with an enlarged copy of the photo on NT000929. Pages 6-1 to 6-2 consist of an article from the video game related internet review site Gizmodo, which is entitled "Nyko Goes Wild, Releases Entirely Too Many Next Gen Console Accessories." The article bears a publication date of January 11, 2007. Mr. Arbogast verified at his deposition that the photograph included in the exhibit is a photograph of Nyko's PS3 accessories, including Nyko's Charge Base, taken at Nyko's hotel suite in Las Vegas during the Consumer Electronics Show in January 2007. (Ex. 31, pp. 249-250.) A version of this published article with additional pictures remains available at http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories (last accessed August 13, 2013, and is attached hereto as Exhibit 34).

9.  Attached as Exhibit 7 is a true and correct copy of a document produced by Nyko as NT000931-934. It is an article from the video game-related internet review site Joystiq, and is entitled "Nyko's PS3 and Wii Charging Stations." It bears a publication date of January 10, 2007. Mr. Arbogast verified at his deposition that the photograph of the Charge Base on page 7-1 was from Nyko's press kit regarding the launch of the Charge Base and other PS3 accessories. (Ex. 31, pp. 251-252.) The article remains available at

http://www.joystiq.com/2007/01/10/nykos-ps3-and-wii-charging-stations (last accessed August 13, 2013).

10. Attached as Exhibit 8 is a true and correct copy of a document produced by Nyko as NT000935-937. It is an article from the video game related internet review site Gaming Blend, and is entitled "Nyko's All-Star PS3 Lineup." It bears a publication date of January 10, 2007 and was marked at the deposition of Mr. Navid as Exhibit 13. (Ex. 37, pp. 264-265.) Mr. Arbogast testified that he believes the article was prepared from Nyko's press release announcing the launch of the Charge Base. (Ex. 31, pp. 257-258.) The article remains available at http://www.cinemablend.com/games/Nyko-s-All-Star-PS3-Lineup-2313.html (last accessed August 13, 2013).

11. Attached as Exhibit 9 is a true and correct copy of a document produced by Nyko as NT000938-940. It is an article from the video game related internet review site Kotaku, and is entitled "PS3 Charge Base, PS2 Controller Adapter Coming." The document indicates that Nyko printed it from Kotaku.com on October 17, 2012, and that it was available at http://kotaku.com/226995/ps3-charging-base-ps2-controller-adapter-coming. Mr. Arbogast testified that he believes the article was prepared from Nyko's press release announcing the launch of the Charge Base. (Ex. 31, pp. 259-261.)

12. Attached as Exhibit 10 is a true and correct copy of a document produced by Nyko as NT000941-943, together with an enlarged copy of the photo on NT000941. Pages 10-1 to 10-3 are an article from the technology related internet site Wired, which is entitled "You'll Get a 'Charge' Out of These PS3 Products!" It bears a publication date of January 9, 2007. Mr. Arbogast verified at his deposition that the photographs in the exhibit were of the Charge Base shown in the hotel suite in Las Vegas during CES 2007. (Ex. 31, pp. 82-85.) A version of this document with additional pictures remains available at

1 http://www.wired.com/gamelife/2007/01/youll_get_a_cha/ (last accessed August 13, 2013).

13. Attached as Exhibit 11 is a true and correct copy of an article from the video game related internet review site QuickJump Gaming Network, entitled "Charge Base PS3: Nyko's 4-port charging dock for SIXAXIS Controllers." It bears a publication date of January 14, 2007. This document was printed from QuickJump's website, qj.net. It remains available at http://www.qj.net/qjnet/playstation-3/charge-base-ps3-nykos-4-port-charging-dock-for-sixaxis-controllers.html (last accessed August 13, 2013).

14. Attached as Exhibit 12 is a true and correct copy of an article from the technology related internet review site Technabob, entitled "Nyko Recharge Docks for PS3 and Wii Controllers." It bears a publication date of January 10, 2007. This document remains available at http://technabob.com/blog/2007/01/10/nyko-recharge-docks-for-ps3-and-wii-controllers/ (last accessed August 13, 2013).

15. Attached as Exhibit 13 is a true and correct copy of an article from the consumer electronics related internet review website Engadget, entitled "Nyko's rechargeable PS3 SIXAXIS and Wiimote docking stations." This document was printed from Tecnhabob.com. It bears a publication date of January 9, 2007. This document remains available at http://www.engadget.com/2007/01/09/nykos-rechargeable-ps3-sixaxis-and-wiimote-docking-stations/ (last accessed August 13, 2013).

16. Attached to the confidential version of this Declaration as Exhibit 14 is a true and correct copy of a document produced by Nyko as NT055319-322. It is Nyko's January 8, 2007 press release entitled ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ As testified to by Mr. Arbogast, this press release was disseminated in connection with January 2007 Consumer Electronics Show. (Ex. 31, pp. 91-93.)

1  17.  Attached as Exhibit 15 is a true and correct copy of a screenshot from the Wayback Machine internet archive showing Nyko's website as of March 6, 2007. In particular, it shows that Nyko had its press release (Ex. 14) and a photograph of the Charge Base on its website as of March 6, 2007. This document was printed from the Wayback Machine website, web.archive.org, on May 26, 2012, and remains available at http://web.archive.org/web/20070306015015/http://www.nyko.com (last accessed August 15, 2013).

18.  Attached as Exhibit 16 is a DVD containing a true and correct copy of a video from the GameTrailers.com website. This video remains available at http://www.gametrailers.com/videos/4bi1ul/nyko-ces-07-playstation-3-accessories (last accessed August 15, 2013). It was authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 238-241.)

19.  Attached as Exhibit 35 is a true and correct copy of a screenshot from the Gametrailers.com website, indicating that Exhibit 16 was posted to the Gametrailers.com website on January 12, 2007. The screenshot was printed from Gametrailers.com on August 15, 2013, and remains available at http://www.gametrailers.com/videos/4bi1ul/nyko-ces-07-playstation-3-accessories (last accessed August 15, 2013).

20.  Attached as Exhibit 17 is DVD containing a true and correct copy of a video from YouTube. This is the same video as Exhibit 16, except it was posted on YouTube Jan 13, 2007. It remains available at http://www.youtube.com/watch?v=xhvIJb2gUKU (last accessed August 16, 2013).

21.  Attached as Exhibit 36 is a true and correct copy of a screenshot from YouTube, indicating that Exhibit 17 was posted to YouTube on January 13, 2007. The screenshot was printed from YouTube on August 16, 2013, and remains available at http://www.youtube.com/watch?v=xhvIJb2gUKU (last accessed August 16, 2013).

22. Attached to the confidential version of this Declaration as Exhibit 18 is a true and correct copy of documents produced by Nyko as NT081234-241. Exhibit 18 contains a January 8, 2007 Purchase Order No. L3470035 from ▮▮▮▮▮▮▮ for 140 of Nyko's Charge Base products at $▮ each. (Page 18-5 to 18-6.) Note that the Purchase Order includes Nyko's own "Vendor Stock #" and Nyko's wholesale price of the Charge Base, showing that Nyko made this information available to ▮▮▮▮▮. Page 18-3 is Nyko Sales Order 97145 dated January 9, 2007, accepting ▮▮▮▮▮ Purchase Order No. L3470035, including the order for 140 Charge Base units at $▮ per unit. Exhibit 18 was authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 192-193, 195-197.)

23. Attached to the confidential version of this Declaration as Exhibit 19 is a true and correct copy of a document produced by Nyko as NT001123-139. It is a Nyko Customer Sales Analysis Report for the Charge Base (Item No. 83017.) The report shows at page 19-2 that the 140 Charge Base units from Nyko's Sales Order 97145 ("Our SO# 97145") were shipped and invoiced to ▮▮▮▮▮. (Ex. 31 pp. 215-217.) This document was authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 215-217, 226-227.)

24. Attached to the confidential version of this Declaration as Exhibit 20 is a true and correct copy of documents produced by Nyko as NT081260-265. Page 20-3 is Nyko Sales Order 97146-A dated January 9, 2007, accepting ▮▮▮▮▮ Purchase Order No. N2198145, including an order for 100 Charge Base units at $▮ per unit. Despite Defendants' request, Nyko has not produced this purchase order. Exhibit 19 at page 19-2 shows that the 100 Charge Base units from Nyko's Sales Order 97146 ("Our SO# 97146") were shipped and invoiced to ▮▮▮▮.

25. Attached to the confidential version of this Declaration as Exhibit 21 is a true and correct copy of a document produced by Nyko as NT081242-247. Exhibit 21 contains a January 8, 2007 Purchase Order No. R9850313 from ▮▮▮▮▮ for 60 of Nyko's Charge Base products at $▮ each. (Page 21-3 to 21-

1 | 4.) Note that the Purchase Order includes <u>Nyko's</u> own "Vendor Stock #" and
2 | <u>Nyko's</u> wholesale price of the Charge Base, showing that Nyko made this
3 | information available to ▇. Page 21-2 is Nyko Sales Order 97147 dated
4 | January 9, 2007, accepting ▇ Purchase Order No. R9850313, including the
5 | order for 60 Charge Base units at $▇ per unit. Exhibit 19 at page 19-2 shows that
6 | the 60 Charge Base units from Nyko's Sales Order 97147 ("Our SO# 97147") were
7 | shipped and invoiced to ▇.
8 |     26. Attached to the confidential version of this Declaration as Exhibit 22 is
9 | a true and correct copy of a document produced by Nyko as NT081248-253.
10 | Exhibit 22 contains a January 8, 2007 Purchase Order No. R8351981 from
11 | ▇ for 160 of Nyko's Charge Base products at $▇ each. (Page 22-3 to
12 | 22-4.) Note that the Purchase Order includes <u>Nyko's</u> own "Vendor Stock #" and
13 | <u>Nyko's</u> wholesale price of the Charge Base, showing that Nyko made this
14 | information available to ▇. Page 22-2 is Nyko Sales Order 97148 dated
15 | January 9, 2007, accepting ▇ Purchase Order No. R8351981, including the
16 | order for 160 Charge Base units at $▇ per unit. Exhibit 19 at page 19-2 shows that
17 | the 160 Charge Base units from Nyko's Sales Order 97148 ("Our SO# 97148") were
18 | shipped and invoiced to ▇.
19 |     27. Attached to the confidential version of this Declaration as Exhibit 23 is
20 | a true and correct copy of a group of documents produced by Nyko as NT046363-
21 | 377. Exhibit 23 includes printouts from the ▇ system for
22 | each of ▇ orders of Charge Base products on January 8, 2007. (Compare
23 | 23-3 with Ex. 18-5; compare 23-7 with Ex. 20-3; compare 23-10 with Ex. 21-4;
24 | compare 23-13 with Ex. 22-4.) The printouts list Nyko's retail price of $39.99 and
25 | ▇ discount of ▇%, resulting in ▇ cost of $▇ per unit. The
26 | documents in Exhibit 23 were authenticated by Mr. Arbogast at his deposition. (Ex.
27 | 31, pp. 179, 188-189.) They were also authenticated by Mr. Navid at his
28 | deposition. (Ex. 37, pp. 277 and 281.)

28. Attached to the confidential version of this Declaration as Exhibit 24 is a true and correct copy of invoices produced by Nyko as NT046362, NT046420-38, showing the following orders of Charge Base products:

| Order Date | Customer | Units ordered | Price | Page |
|---|---|---|---|---|
| 1/24/2007 | ▇ | 100 | ▇ | 24-16 |
| 2/1/2007 | ▇ | 400 | ▇ | 24-13 |
| 2/1/2007 | ▇ | 600 | ▇ | 24-14 |
| 2/5/2007 | ▇ | 20 | ▇ | 24-17 |
| 2/5/2007 | ▇ | 100 | ▇ | 24-4 |
| 2/6/2007 | ▇ | 300 | ▇ | 24-5 |
| 2/6/2007 | ▇ | 600 | ▇ | 24-6 |
| 2/6/2007 | ▇ | 300 | ▇ | 24-7 |
| 2/6/2007 | ▇ | 600 | ▇ | 24-8 |
| 2/8/2007 | ▇ | 600 | ▇ | 24-18 |
| 2/20/2007 | ▇ | 100 | ▇ | 24-19 |
| 2/20/2007 | ▇ | 200 | ▇ | 24-15 |
| 2/22/2007 | ▇ | 200 | ▇ | 24-9 |
| 2/23/2007 | ▇ | 5 | ▇ | 24-1 |
| 3/2/2007 | ▇ | 80 | ▇ | 24-20 |

The types of documents in Exhibit 23 were generally authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 179, 188-189.) They were also generally authenticated by Mr. Navid at his deposition. (Ex. 37, pp. 277 and 281.)

29. Nyko has not produced complete information on when all of these orders were filled, however, Exhibit 19 shows that (in addition to the ▇ orders) the following Charge Base units were shipped by Nyko on July 11, 2007

1  pursuant to orders accepted and confirmed before the March 7, 2007 on-sale bar
2  date: 100 of the 300 Charge Base units ordered by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3  ▓▓ on February 6, 2007 (page 19-5, "Our SO# 98192" – compare with Ex. 24-7);
4  100 of the 600 units ordered by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ on February 6,
5  2007 (page 19-5, "Our SO# 98193" – compare with Ex. 24-8); the 200 Charge Base
6  units ordered by ▓▓▓ on February 22, 2007 (page 19-12, "Our SO# 99117" –
7  compare with Ex. 24-9);.

       30.    Attached to the confidential version of this Declaration as Exhibit 25 is a true and correct copy of a document produced by Nyko as NT077769-77772. It is an email from Nyko's supplier ▓▓▓▓▓▓▓▓▓▓ acknowledging receipt of Nyko's four purchase orders for a total of 36,000 Charge Base units (83017). It was authenticated by Mr. Navid during his deposition. (Ex. 37, pp. 328-330.)

       31.    Attached to the confidential version of this Declaration as Exhibit 26 is a true and correct copy of a document produced by Nyko as NT002098-2106. It was authenticated by Mr. Navid during his deposition. (Ex. 37, pp. 354-356.)

       32.    Attached to the confidential version of this Declaration as Exhibit 27 is a true and correct copy of a document produced by Nyko as NT002970-972. It was authenticated by Mr. Navid at his deposition. (Ex. 37, pp. 317-319.)

       33.    Attached to the confidential version of this Declaration as Exhibit 28 is a true and correct copy of a document produced by Nyko as NT071870-871. It was authenticated by Mr. Arbogast at his deposition (Ex. 31, pp. 108-109.)

       34.    Attached to the confidential version of this Declaration as Exhibit 29 is a true and correct copy of a document produced by Nyko as NT001489. It was authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 299-300.)

       35.    Attached to the confidential version of this Declaration as Exhibit 30 is a true and correct copy of a document produced by Nyko as NT006544. It was authenticated by Mr. Arbogast at his deposition. (Ex. 31, pp. 299-300.)

36. Attached to the confidential version of this Declaration as Exhibit 31 is a true and correct copy of pages from Mr. Arbogast's deposition transcript. The relevant excerpts have been highlighted for the Court's convenience.

37. Attached as Exhibit 32 is a true and correct copy of a portion of the file history for U.S. Patent No. 8,143,848, the patent-in-suit. Specifically, it is the application for the patent-in-suit, U.S. Patent Application No. 12/044,295, as originally filed.

38. Attached as Exhibit 33 is a true and correct copy of a portion of Nyko's October 19, 2012 Supplemental Responses to Certain of PDP's First Set of Interrogatories. In particular, Nyko supplemented its responses to PDP's Interrogatory Nos. 1-8, 10, 11, and 14.

39. Attached to the confidential version of this Declaration as Exhibit 37 is a true and correct copy of pages of the deposition transcript of Mr. Navid. The relevant excerpts have been highlighted for the Court's convenience.

40. Attached as Exhibit 38 is a true and correct copy of the manual for PDP's Pelican Charge N' Go Advance product.

41. Attached as Exhibit 39 is a true and correct copy of an article from the video game related review website IGN. It indicates that it was posted on June 21, 2001, thus showing that the Charge N' Go Advance was on sale and publicly known at that time. The article can be found at http://www.ign.com/articles/2001/06/21/charge-n-go-advance (last accessed August 16, 2013).

42. Attached as Exhibit 40 are true and correct copies of photos of PDP's Pelican Charge N' Go Advance product.

Executed this 19th day of August, 2013 at San Diego, California.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Gray M. Buccigross*
      GRAHAM (GRAY) M. BUCCIGROSS

Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC

SMRH:409958734.1
Case No. CV12-03001 GAF-VBK
DECLARATION OF G. BUCCIGROSS IN SUPPORT OF DEFENDANTS' MSJ OF INVALIDITY