US008143848B2

## (12) United States Patent
### Navid

(10) Patent No.: **US 8,143,848 B2**

(45) Date of Patent: **Mar. 27, 2012**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **Nyko Technologies, Inc.**, Los Angeles, CA (US)

(*) Notice: Subject to any disclaimer. the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 799 days.

(21) Appl. No.: **12/044,295**

(22) Filed: **Mar. 7, 2008**

(65) **Prior Publication Data**

US 2008/0150480 A1     Jun. 26, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**
  *H02J 7/00*     (2006.01)
(52) **U.S. Cl.** ........................................ **320/113**; 320/115
(58) **Field of Classification Search** .................. 320/113
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,547,399 A | 8/1996 | Naghi et al. | |
| 5,594,314 A * | 1/1997 | Hagiuda et al. | 320/110 |
| 5,734,254 A * | 3/1998 | Stephens | 320/106 |
| 5,828,966 A | 10/1998 | Davis et al. | |
| 5,847,545 A | 12/1998 | Chen et al. | |
| 6,061,261 A | 5/2000 | Chen et al. | |

| | | | |
|---|---|---|---|
| 6,313,604 B1 * | 11/2001 | Chen | 320/114 |
| 6,321,340 B1 | 11/2001 | Shin et al. | |
| 6,362,987 B1 | 3/2002 | Yurek et al. | |
| 6,614,206 B1 | 9/2003 | Wong et al. | |
| 6,632,098 B1 | 10/2003 | Wong et al. | |
| 6,669,513 B2 | 12/2003 | Huang | |
| 6,790,062 B1 | 9/2004 | Liao | |
| 6,811,444 B2 | 11/2004 | Geyer | |
| 6,842,356 B2 * | 1/2005 | Hsu | 363/146 |
| 6,991,483 B1 | 1/2006 | Milan et al. | |
| 6,992,462 B1 | 1/2006 | Hussaini et al. | |
| 7,054,177 B2 | 5/2006 | Wu | |

(Continued)

OTHER PUBLICATIONS

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.

(Continued)

*Primary Examiner* — Arun Williams

(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**27 Claims, 23 Drawing Sheets**



Exhibit 1
A. Navid
1-30-13
S. Clifford. CSR 10154

Exhibit 1
Page 1-1

## US 8,143,848 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,140,922 B2 | 11/2006 | Luu et al. | |
| 2002/0115480 A1 | 8/2002 | Huang | |
| 2003/0216069 A1* | 11/2003 | Huang | 439/105 |
| 2004/0189250 A1* | 9/2004 | Nishida | 320/116 |
| 2004/0218411 A1 | 11/2004 | Luu et al. | |
| 2004/0259436 A1 | 12/2004 | Su | |
| 2005/0189914 A1 | 9/2005 | Esses | |
| 2006/0080476 A1 | 4/2006 | Wang et al. | |
| 2006/0202660 A1* | 9/2006 | Chang | 320/115 |
| 2007/0021209 A1 | 1/2007 | Hussaini et al. | |
| 2007/0091656 A1 | 4/2007 | Navid et al. | |
| 2007/0216352 A1 | 9/2007 | Shaddle | |
| 2007/0278999 A1* | 12/2007 | Hsia | 320/111 |
| 2008/0180060 A1* | 7/2008 | Odell et al. | 320/115 |
| 2009/0072784 A1* | 3/2009 | Erickson | 320/108 |

### OTHER PUBLICATIONS

International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).

* cited by examiner

Exhibit 1
Page 1-2

U.S. Patent

Mar. 27, 2012

Sheet 1 of 23

US 8,143,848 B2

100

101                                    102

**FIG. 1**

Exhibit 1
Page 1-3

U.S. Patent

Mar. 27, 2012

Sheet 2 of 23

US 8,143,848 B2



**FIG. 2**

Exhibit 1
Page 1-4

U.S. Patent

Mar. 27, 2012

Sheet 3 of 23

US 8,143,848 B2



**FIG. 3**

Exhibit 1
Page 1-5

U.S. Patent

Mar. 27, 2012

Sheet 4 of 23

US 8,143,848 B2



FIG. 4

Exhibit 1
Page 1-6

U.S. Patent

Mar. 27, 2012

Sheet 5 of 23

US 8,143,848 B2



**FIG. 5**

Exhibit 1
Page 1-7

U.S. Patent

Mar. 27, 2012

Sheet 6 of 23

US 8,143,848 B2



**FIG. 6**

Exhibit 1
Page 1-8

U.S. Patent

Mar. 27, 2012

Sheet 7 of 23

US 8,143,848 B2



**FIG. 7**

Exhibit 1
Page 1-9

U.S. Patent          Mar. 27, 2012          Sheet 8 of 23          US 8,143,848 B2



**FIG. 8**

Exhibit 1
Page 1-10

U.S. Patent

Mar. 27, 2012

Sheet 9 of 23

US 8,143,848 B2



FIG. 9

Exhibit 1
Page 1-11

U.S. Patent

Mar. 27, 2012

Sheet 10 of 23

US 8,143,848 B2



**FIG. 10**

Exhibit 1
Page 1-12

*FIG.11*



Exhibit 1
Page 1-13

U.S. Patent

Mar. 27, 2012

Sheet 12 of 23

US 8,143,848 B2



FIG.12

FIG.13

Exhibit 1
Page 1-14

*FIG.14*



Exhibit 1
Page 1-15

U.S. Patent

Mar. 27, 2012

Sheet 14 of 23

US 8,143,848 B2



FIG.15

VIDEO GAME CONTROLLERS — 420

400

402

CHARGER BASE

DC PORTS — 408

POWER ADAPTER

USB HOST

CURRENT DETECTORS — 460

LED INDICATORS — 452

POWER SUPPLY AND AC/DC CONVERTER — 440

Exhibit 1
Page 1-16

U.S. Patent

Mar. 27, 2012

Sheet 15 of 23

US 8,143,848 B2

*FIG.16*



Exhibit 1
Page 1-17

U.S. Patent

Mar. 27, 2012

Sheet 16 of 23

US 8,143,848 B2

FIG.17



Exhibit 1
Page 1-18

U.S. Patent

Mar. 27, 2012

Sheet 17 of 23

US 8,143,848 B2

*FIG.18*



Exhibit 1
Page 1-19



*FIG.19A*

*FIG.19B*

*FIG.19C*

Exhibit 1
Page 1-20

U.S. Patent

Mar. 27, 2012

Sheet 19 of 23

US 8,143,848 B2

FIG. 20



526

510

544

Exhibit 1
Page 1-21

U.S. Patent

Mar. 27, 2012

Sheet 20 of 23

US 8,143,848 B2

526

526

*FIG. 21*

510

544



Exhibit 1
Page 1-22

U.S. Patent

Mar. 27, 2012

Sheet 21 of 23

US 8,143,848 B2



FIG.22

Exhibit 1
Page 1-23

U.S. Patent

Mar. 27, 2012

Sheet 22 of 23

US 8,143,848 B2



FIG.23A

Exhibit 1
Page 1-24

U.S. Patent

Mar. 27, 2012

Sheet 23 of 23

US 8,143,848 B2

*FIG.23B*



Exhibit 1
Page 1-25

US 8,143,848 B2

1

# VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation-in-part of pending application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire content of which is expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

## BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital cameras, video game units, digital organizers, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

## SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game con-

2

troller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller

Exhibit 1
Page 1-26

US 8,143,848 B2

3

having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

4

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

Exhibit 1
Page 1-27

US 8,143,848 B2

| 5 | 6 |

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. **2** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **3** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **4** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **5** is a schematic side view diagram of the power adapter of FIG. **1** in a non-operating position.

FIG. **6** is a schematic side view diagram of the power adapter of FIG. **1** in an operating position.

FIG. **7** is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter.

FIG. **9** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **10** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **11** is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. **12** is a top view of the video game controller charging system of FIG. **11**.

FIG. **13** is a side view of the video game controller charging system of FIG. **11**.

FIG. **14** is a perspective view of the video game controller charging system of FIG. **11** having video game controllers connected for charging.

FIG. **15** is a block diagram of the video game controller charging system of FIG. **11**.

FIG. **16** is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. **17** is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. **18** is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. **19**A is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**B is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**C is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **20** is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. **21** is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. **22** is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

FIGS. **23**A-B are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

## DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. **1** is a schematic front view diagram of a power adapter **100** in an exemplary embodiment of the present invention. The power adapter **100** has a USB port **101** to which a device with a USB plug can be connected for recharging. The power adapter **100** also has a FireWire port **102** to which a device with a FireWire plug can be connected for recharging. The power adapter **100** includes an AC-to-DC power converter for providing +5 V and +13 V, respectively. The power adapter **100** may take an input of 100 V to 240 V (w/frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter **100** to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other

Exhibit 1
Page 1-28

US 8,143,848 B2

7

8

parts of the world, voltages range from 100 V to 240 V. The
frequencies vary across the world as well. In the U.S., 60 Hz
is the standard. However, in other parts of the world, AC
voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power
converters in the power adapter may be adapted to convert AC
voltages from a particular standard to a DC voltage required
of the DC ports in the power adapter.

The USB port 101 is capable of delivering DC power
having +5 V to a connected USB device. The FireWire port
101 is capable of delivering DC power having +13 V to a
connected FireWire device. Ports 101, 102 may be operated
concurrently to recharge a USB device and a FireWire device
at the same time. While FIG. 1 illustrates that ports 101, 102
are located at the front surface of the power adapter 100, the
ports may be located at any suitable location on the front, rear,
side, top, or bottom surfaces or sides of the power adapter 100.

FIG. 2 is a schematic front view diagram of a power adapter
110 in another exemplary embodiment of the present inven-
tion. The power adapter 110 has two FireWire ports 102 to
which a device with a FireWire plug can be connected for
recharging. The FireWire ports 102 may be of a different type
and may accept 4-pin or 6-pin FireWire connections. Each
FireWire port 102 is capable of delivering DC power having
+13 V to a connected FireWire device. Ports 102 may be
operated concurrently to recharge FireWire devices at the
same time.

FIG. 3 is a schematic front view diagram of a power adapter
120 in yet another exemplary embodiment of the present
invention. The power adapter 120 has two USB ports 101 to
which a device with a USB plug can be connected for recharg-
ing. The USB ports 101 may be of a different type and may
accept type A or type B connections. Each USB port 101 is
capable of delivering DC power having +5 V to a connected
USB device. Ports 101 may be operated concurrently to
recharge USB devices at the same time.

FIG. 4 is a schematic front view diagram of a power adapter
130 in another exemplary embodiment of the present inven-
tion. Power adapter 130 has a USB port 161 and a FireWire
port 162 that are connected to lines 163. The lines extend the
ports so that USB and FireWire plugs may be inserted into the
extended ports without having to reach the power adapter 130
plugged into an AC outlet. Although a USB and FireWire port
are shown in FIG. 4, this embodiment includes all possible
combinations of ports, the combination being formed from
USB, FireWire, serial, parallel ports, and other DC charging
ports, in various combinations.

FIG. 5 is a schematic side view diagram of the power
adapter 100 of FIG. 1 in its non-operating position. The power
adapters 110 and 120 of FIGS. 2 and 3 have substantially the
same structure in one embodiment. As shown in FIG. 5, the
power adapter 100 may have an AC plug 103 that is movable
such that it extends from the rear side of the power adapter 100. In
the non-operating position, when the adapter 100 is not in use,
the AC plug 103 is slid, moved, or otherwise positioned inside
the adapter 100 so that the plug 103 does not extend out from
the adapter 100. This non-operating position allows for easy
storage of the adapter 100. In other embodiments, the plug
may be fixed to the adapter housing body and is not movable.

FIG. 6 is a schematic side view diagram of the power
adapter 100 of FIG. 1 in its operating position. As shown in
FIG. 6, when the power adapter 100 is in use, the AC plug 103
is slid, moved, or otherwise positioned outside of the housing
of the adapter 100, so that the plug 103 extends out from the
adapter 100 in its operating position. In this position the AC
plug 103 may be plugged into an AC outlet so that the adapter
100 can draw AC power from the outlet, convert it to DC

powers having +5V and +13V, respectively, and supply the
DC powers to hand-held and portable electronic devices.

While the AC plug 103 of the power adapter 100 illustrated
in FIGS. 5 and 6 appears as a pair of parallel flat bars that are
commonly used in the United States and some other coun-
tries, for international use, the AC plug may have a shape of a
pair of cylindrical bars used in many Asian and European
countries, and/or any other suitable shape. Furthermore, a
single power adapter may include a number of different types
of AC plugs for use in many different countries having dif-
ferent AC plug types/AC power voltages.

FIG. 7 is a conceptual diagram of a side view of an adapter
100 and an electronic device 105 in an exemplary embodi-
ment of the present invention. The adapter 100 is plugged into
an AC outlet 106. A device 105 is connected to the adapter 100
by a cable 104. The cable 104 plugs into the adapter 100
through a plug 101 or 102, shown in FIG. 1. The adapter 100
draws power from the AC outlet 106 and delivers the power to
the device 105 through the cable 104.

FIG. 8 is a diagram showing the AC-to-DC converter in the
adapter 100. The AC-to-DC converter 112 is located in the
housing body of the adapter 100. The AC-to-DC converter
112 receives an AC power from the AC plug 103 via an AC
outlet 106 and provides DC power to a plurality of DC ports
111. The AC-to-DC converter 112 may be composed of mul-
tiple AC-to-DC converters in order to provide different DC
power voltages to the DC ports 111. For example, in FIG. 1,
the AC-to-DC converter would receive AC power from the AC
plug 103 and provide DC 5 V to one DC port (e.g., USB port
101) and DC 13 V to another DC port (e.g., FireWire port
102).

FIG. 9 is a schematic front view diagram of a power adapter
200 in another exemplary embodiment of the present inven-
tion. The adapter 200 has a plurality of USB ports 201 to
which a plurality of devices with USB plugs can be connected
for recharging. The USB ports 201 may be of various sizes to
accommodate devices having different types of USB plugs
(e.g., USB plugs of type A or type B). The adapter 200 also
has a plurality of FireWire ports 202 to which a plurality of
devices with FireWire plugs can be connected for recharging.
The FireWire ports 202 may likewise be of various sizes to
accommodate devices having different types of FireWire
plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports 201 and
202 may be located at any suitable location on the front, rear,
side, top, or bottom surfaces or sides of the adapter 200.

FIG. 10 is a schematic front view diagram of a power
adapter 300 in yet another exemplary embodiment of the
present invention. The adapter 300 has a plurality of ports
301a, 301b, 301c, 301d, 301e, 301f, 301g having different
cross-sectional shapes to which a plurality of devices can be
connected for recharging. The ports 301 may be any of a wide
variety of ports used by popular electronic devices, such as
USB, FireWire, PS/2, serial ports, parallel ports, and others.
The ports 301a-301g may be located at any suitable location,
on the front, rear, side, top, or bottom surfaces or sides of the
adapter 300. The ports of the power adapter 300 may have
cross-sections that are different from these cross-sections of the
ports 301a-301g that are shown for illustrative purposes only.

Similar to the power adapter 100 of FIG. 1, the power
adapters 200 and 300 of FIGS. 9 and 10 each have one or more
AC plugs for plugging to corresponding AC outlets to receive
AC power therefrom. The AC plugs may have different
shapes to be compatible with AC outlets used in various
different countries of the world.

Further, similar to the power adapter 100, the power adapt-
ers 200 and 300 of FIGS. 9 and 10 may have capabilities to
convert a range of different AC voltages that are used through-

Exhibit 1
Page 1-29

US 8,143,848 B2

9

10

out the world. By way of example, the power adapters **200** and **300** may be able to convert from AC power having a voltage range of 100 V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

FIGS. **11**, **12**, and **13** are perspective, top, and side views, respectively, of a video game controller charging system **400** according to another exemplary embodiment of the present invention. FIG. **14** is a perspective view of the video game controller charging system **400** having video game controllers **420** connected for charging. In one embodiment, the charging system **400** converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers **420**. In such an embodiment, the video game controller charging system **400** includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system **400** may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

The video game controller charging system **400** includes a base **402** and one or more docking bays **404**, wherein each docking bay **404** is configured to receive a video game controller **420**. The charging system **400** also includes one or more partitions **406** separating the docking bays **404**. The charging system **400** further includes a DC port **408** within each of the docking bays **404** that is configured to electrically couple to one of the video game controllers **420** and deliver DC power to the coupled video game controller **420**.

The DC ports **408** of the video game controller charging system **400** are configured to connect to a power input port of the video game controller **420** to be charged. In the present embodiment, the DC ports **408** are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the PlayStation3®. Alternatively, the DC ports **408** may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller charging system **400**, the partitions **406** include locators **410** for aligning the video game controller to the DC port **408**. There are locators **410** on each of the two surfaces of the partitions **406**, as well as the two surfaces of the base **402**, which face the DC ports **408**. There may be two locators **410** on each surface described, i.e., four locators **410** adjacent each video game controller **420**. Each pair of opposite surfaces, a portion of the base **402**, a corresponding docking bay **404**, and/or the locators **410** may comprise a structure for providing physical support to one of the video game controllers **420** during charging. While the locators **410** in the illustrated embodiment of FIG. **11** are button-shaped, the shape of the locators **410** is not limited thereto. Also, the locators **410** may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller **420** for coupling to the corresponding DC port **408**. In other embodiments, the locators **410** may not be spring-loaded and the video game controller **420** may be aligned by the locators **410** through any other suitable method or mechanism, such as a pressure fit.

In use, the DC ports **408** are connected to power input ports of the video game controllers **420** to be charged, as shown in FIG. **14**. When one or more video game controllers **420** need

to be recharged, connecting the video game controllers **420** to the charging system **400** is as easy as inserting each of the video game controllers **420** into one of the docking bays **404**. As described above, the locators **410** aid in aligning the video game controller **420** into the docking bay **404** such that the power input port of the video game controller **420** slides down onto and connects to the DC port **408**. The charging system **400** is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system **400** then provides power to the video game controller **420** to recharge the batteries of the video game controller **420**.

While the embodiment described above uses a vertical orientation, with each of the video game controllers **420** being dropped from above into the docking bays **404**, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers **420** may be received horizontally into the docking bays **404**, and electrically coupled to DC ports **408** having a horizontal orientation instead of the vertical orientation shown in FIGS. **11-14**.

The present embodiment of the video game controller charging system **400** can charge up to four video game controllers **420** concurrently, or it can charge one at a time. Alternative embodiments of the charging system **400**, however, may be configured to charge more than four video game controllers **420** concurrently. The power supply for the charging system **400** may be a power cord **416** that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system **400** also includes an AC-to-DC converter **440** (see FIG. **15**) electrically coupled between the power cord **416** and the DC ports **408** for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller **420**. The AC-to-DC converter **440** may be in the base **402** or external to the base **402**. The power cord **416** may be removably connected to the base **402**, or may be fixedly coupled to the base **402**. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system **400** provides this DC power to the DC ports **408** for delivery to the video game controllers **420**. In other embodiments, DC power may be provided as input to the charging system **400**, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

The video game controller charging system **400** may also include an indicator panel **450** that indicates a status of the charging system **400**. In the present embodiment, the indicator panel **450** includes four LED assemblies **452**. Each of the four LED assemblies **452** corresponds with one of the four DC ports **408**, so as to indicate the charging status of the video game controller **420** being charged at the respective DC port **408**. Each of the LED assemblies **452** includes at least two LEDs having different colors. For example, each of the LED assemblies **452** in the present embodiment includes a red LED and a green LED. While the respective video game controller **420** is being charged, the red LED is emitted to indicate that the video game controller **420**, or more specifically, the battery inside the video game controller **420**, is currently being charged. When the respective video game controller **420** is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED

Exhibit 1
Page 1-30

US 8,143,848 B2

11

is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies 452 may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies 452 may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system 400 is currently charging video game controller 420. Another LED assembly 452 may illuminate with a second color (e.g., green) to indicate that the charging system 400 has completed charging. The LED assemblies may be electrically coupled to a current detector 460 (see FIG. 15) which provides the signals to illuminate the LEDs. In one embodiment, the charging system 400 may stop providing power to the video game controller 420 when the video game controller's internal battery is completely charged.

FIG. 15 is a block diagram showing some of the above-described components of the video game controller charging system 400 in schematic form. As can be seen in FIG. 15, the charging system 400 includes DC ports 408, each of which is configured to be electrically coupled with a video game controller 420. Through the DC ports 408, the charging system 400 is capable of supplying the power received from a power adapter or a power supply to the video game controllers 420 for charging.

In one embodiment, the base 402 includes an AC-to-DC converter 440 for converting input AC power to DC power for charging the video game controller 420. In other embodiments, the charging system 400 may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system 400 may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system 400 includes one or more current detectors 460 for detecting the amount of current being provided by the power supply to the video game controllers 420 through the DC ports 408. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors 460, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller 420 in the corresponding docking bay 404 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. 16-23, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station 510 according to an exemplary embodiment of the invention is shown in FIG. 16. The charging station 510 includes two docking bays 512, 514 for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays 512, 514 are dimensioned to accept adapters 516 (see FIG. 17). Electrical contacts 520 in the docking bays 512, 514 make contact with electrical leads 522 on the adapters 516 (see FIG. 19B) to provide an electrical connection through which power can be transmitted. The adapters 516 are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters 516 drop-fit easily into the docking bays 512, 514, thus providing a fast and easy connection of the hand-held controllers to the charging station 510.

12

As shown in FIG. 16, the charging station 510 includes a base 524 with two docking bays 512, 514. The docking bays 512, 514 are each dimensioned to accept a hand-held controller 526 (see FIGS. 20, 21). The two docking bays 512, 514 are separated by a partition 528 positioned between them. Each of the docking bays 512, 514 includes a recess 530 at the bottom of the docking bay. The recess 530 has four electrical contacts 520 positioned in the recess 530. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts 520 are shown positioned in a linear arrangement in the recess 530, but they could be positioned in any suitable arrangement.

The recesses 530 are dimensioned to receive an adapter 516 into the recess 530. As shown in FIG. 17, the adapters 516 can be dropped vertically into the docking bays 512, 514 and into the recesses 530. When the adapters 516 are placed into the recesses 530, electrical leads 522 (see FIG. 19B) on the bottom side 538 of the adapters 516 contact the electrical contacts 520 in the recesses 530. The electrical leads 522 on the adapter 516 thus make an electrical connection with the electrical contacts 520 in the recess 530. The electrical leads 522 on the adapter 516 match the arrangement of the electrical contacts 520 such that each electrical lead 522 makes physical contact with an electrical contact 520 when the adapter 516 is placed in the recess 530. In one embodiment, as will be described later, the electrical contacts 520 are spring loaded so as to make sufficient contacts with the electrical leads 522.

In other embodiments, the adapters 516 and the docking bays 512, 514 have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess 530 described above. The docking bays 512, 514 and the adapters 516 can have any suitable shapes that allow the electrical contacts 520 of the docking bays 512, 514 to make contact with the electrical leads 522 of the adapters 516. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays 512, 514 to receive the adapters 516. These examples are illustrative only, and not limiting.

As shown in FIG. 18, in one embodiment, the adapters 516 and recesses 530 are shaped such that the adapter 516 can only be placed into the recess 530 in one orientation. In the embodiment shown, the adapter 516 includes at least one angled edge 532, and the recess 530 includes a matching angled corner 534. This geometry ensures that the adapter 516 will be placed in the recess 530 in the proper orientation, so that the electrical contacts 520 meet the electrical leads 522. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter 516 could be made to fit into the recess 530 in multiple orientations.

As shown in FIGS. 19A-19C, the adapter 516 includes a body 536 with the angled edge 532. The electrical leads 522 are located on a bottom side 538 of the body 536. The top side 540 of the body 536 includes a connector 542 that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector 542 is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

In use, the connector 542 on the adapter 516 is connected to the power input port of the accessory device to be charged, such as the hand-held controller 526 shown in FIGS. 20 and 21. The adapter 516 is a small and light-weight piece that connects snugly to the power input port of the hand-held

Exhibit 1
Page 1-31

13

controller **526**. The adapter **516** can remain with the hand-held controller **526** at all times, even when the controller **526** is not being charged in the charging station **510**. When the hand-held controller **526** is in use during operation of a video game, when the controller **526** is stored, and when it is charging, the adapter **516** can remain connected to (and physically mounted on) the controller **526**. The adapter **516** is small and light weight, so that it does not interfere with operation of the controller **526**. When the controller **526** needs to be recharged, connecting it to the charging station **510** is as easy as dropping it into one of the docking bays **512**, **514**. The adapter **516** slides easily into the recess **530**, and the electrical leads **522** on the bottom of the adapter **516** make an electrical connection with the electrical contacts **520** in the recess **530**. The charging station **510** is connected to a power supply through its own power input. The charging station **510** then provides power to the controller **526** to recharge the controller's batteries. This recharging process is fast and easy, as the adapter **516** allows the controller **526** to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller **526** and adapter **516** being dropped from above into the recess **530**, other orientations may be used as well. In one embodiment, the adapter **516** is received horizontally into one of the docking bays **512**, **514**, and the electrical contacts **520** in the docking bay and electrical leads **522** on the adapter **516** are arranged vertically to make contact with each other when the adapter **516** is horizontally placed into the docking bay. In one embodiment, the adapter **516** is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter **516** and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to create a complete electrical connection.

The charging station **510** can charge two controllers **526** simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station **510** may be a power cord **544**, as shown in FIG. **20**, that connects to an alternating current (AC) power supply. In this case, the charging station **510** includes an AC/DC converter electrically coupled between the power input and the electrical contacts **520**, in order to provide direct current power to the contacts **520** and from there to the controllers **526**. The AC/DC converter **546** may be internal to the base **524** or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts **520** and from there to the controllers **526**. In other embodiments, DC power may be provided as input to the charging station **510**, where the DC power may be provided by an external AC/DC converter.

The electrical contacts **520** may include a spring coupling the contacts **520** to the base **524**. The weight of the controller **526** pushes the adapter **516** down into the recess **530**, pressing the electrical leads **522** on the adapter **516** against the electrical contacts **520**. The spring pushes back up on the contacts **520**, pushing them against the electrical leads **522** to ensure a complete electrical connection.

The charging station **510** may also include an indicator **548** that indicates a status of the charging station **510**. In one embodiment, the indicator **548** includes two LED assemblies **550**, **552** (see FIG. **16**). The LED assemblies **550**, **552** correspond with the first and second docking bays **512**, **514**,

14

respectively, so as to indicate the charging status of the hand-held controller **526** (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies **550** and **552** includes at least two LEDs having different colors. By way of example, each of the LED assemblies **550** and **552** in one embodiment includes a red LED and a green LED. While the respective hand-held controller **526** is being charged, the red LED is emitted to indicate that the hand-held controller **526** (i.e., the battery inside the hand-held controller **526**) is currently being charged. Further, when the respective hand-held controller **526** is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies **550**, **552** may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies **550**, **552** may include a single LED, and may be referred to as LEDs **550**, **552**. The first LED **550** illuminates with a first color, for example red, to indicate that the charging station **510** is currently charging an accessory device. The second LED **552** illuminates with a second color, for example green, to indicate that the charging station **510** is finished charging. The LEDs **550**, **552** may be electrically coupled to a current detector **521** (see FIG. **22**) which provides the signals to illuminate the LEDs. In one embodiment, the charging station **510** stops providing power to the controller **526** when the controller's internal battery is completely charged.

A block diagram of the charging station **510** is shown in FIG. **22**, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. **22**, the charging station (or charger base) **510** includes electrical contacts **520** that are adapted to be electrically coupled with the accessory device **526** via the adapter **516**. This way, the charging station **510** is capable of supplying the power received from a power adapter or a power supply to the accessory device **526** (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter **546** for converting input AC power to DC power for charging the accessory device **526**. In other embodiments, the charging station **510** may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station **510** may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station **510** includes a current detector **521** for detecting the amount of current being provided by the power supply to the accessory device **526** through the contacts **520**. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector **521**, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device **526** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station **510** is shown in FIGS. **23A** and **23B**. As can be seen in FIGS. **23A** and **23B**, each of the LED assemblies includes two LEDs (green LED **LED2** and red LED **LED1**, or green LED **LED4** and red LED **LED3**). As can also be seen in FIGS. **23A** and **23B**, the current detector **521** in one embodiment is implemented using a quad operational amplifier chip LM324. The current detector **521** controls light emission of LEDs **LED1** and **LED2** and/or the

Exhibit 1
Page 1-32

US 8,143,848 B2

**15**

light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising:
   a base;
   at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and
   a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers,
   wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and
   wherein the at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays each of the DC ports being on the base between a respective one of the pairs of surfaces.

2. The video game controller charging system of claim 1, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors.

3. The video game controller charging system of claim 1, further comprising:
   a current detector electrically coupled to the plurality of DC ports; and
   an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the video game controller charging system.

4. The video game controller charging system of claim 3, wherein the indicator comprises at least one LED.

5. The video game controller charging system of claim 1, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such

**16**

that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports.

6. The video game controller charging system of claim 5, wherein the pairs of opposite surfaces comprise spring-loaded locating buttons configured to align the respective ones of the plurality of video game controllers.

7. The video game controller charging system of claim 1, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

8. The video game controller charging system of claim 1, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers.

9. The video game controller charging system of claim 8, wherein the AC-to-DC converter is in the base.

10. The video game controller charging system of claim 8, wherein the AC-to-DC converter is external to the base.

11. The video game controller charging system of claim 8, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power.

12. The video game controller charging system of claim 11, wherein the DC voltage is :DC 5 V.

13. A charging system for charging a plurality of video game controllers, each having a power input port, the charging system comprising:
   a base;
   a plurality of male mini-USB connectors supported by the base and each adapted to provide DC power to a respective one of the plurality of video game controllers;
   at least one docking structure defining a plurality of docking bays open in a first direction and configured to receive from the first direction and align respective ones of the plurality of video game controllers to couple to respective ones of the plurality of male mini-USB connectors; and
   a power input for connecting to a power supply, the power input electrically coupled to the plurality of male mini-USB connectors,
   wherein the at least one docking structure comprises a plurality of pairs of substantially parallel opposite planar surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, each of the docking bays being open on opposite sides between the respective pair of surfaces.

14. The charging system of claim 13, wherein the charging system further comprises an AC-to-DC converter electrically coupled between the power input and the plurality of male mini-USB connectors.

15. The charging system of claim 13, wherein the charging system further comprises an AC-to-DC converter external to the base and electrically coupled to the power input.

16. The charging system of claim 13, further comprising:
   a current detector electrically coupled to the plurality of male mini-USB connectors; and
   an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system.

17. The charging system of claim 16, wherein the indicator comprises at least one LED.

18. A charging system for charging at least one video game controller having a power input port, the charging system comprising:

Exhibit 1
Page 1-33

US 8,143,848 B2

| 17 | 18 |

a base comprising at least one recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

at least one external adapter comprising a connector configured to couple to the power input port of the at least one video game controller, the at least one external adapter further comprising at least one electrical lead;

wherein the at least one external adapter is removably attachable on the at least one video game controller and configured to remain attached on the at least one video game controller when the at least one video game controller is in use during operation of a video game, and

wherein the base further comprises at least one structure defining at least one docking bay open in a first direction and configured to receive from the first direction the at least one video game controller having the at least one external adapter attached thereon such that the at least one electrical lead contacts the at least one electrical contact, the at least one structure comprising at least one pair of substantially parallel opposite planar surfaces defining the at least one docking bay, the at least one docking bay being open on opposite sides between the at least one pair of surfaces.

**19**. The charging system of claim **18**, further comprising:

a current detector electrically coupled to the at least one electrical contact of the at least one recess; and

an indicator electrically coupled to the current detector, the indicator adapted to indicate a status of the charging system.

**20**. The charging system of claim **19**, wherein the indicator comprises at least one LED.

**21**. The charging system of claim **18**, wherein:

the at least one external adapter further comprises an angled edge; and

the at least one recess comprises an angled corner dimensioned to match the angled edge of the at least one external adapter and adapted to orient the at least one external adapter with respect to the at least one recess.

**22**. The charging system of claim **18**, wherein:

the at least one electrical contact of the at least one recess comprises four electrical contacts; and

the at least one electrical lead of the at least one external adapter comprises four electrical leads.

**23**. The charging system of claim **18**, wherein the connector of the at least one external adapter comprises a male mini-USB connector.

**24**. The charging system of claim **18**, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact of the at least one recess.

**25**. A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

a base comprising a plurality of electrical contacts, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts; and

an adapter comprising a connector configured to couple to the power input port of the video game controller, the adapter further comprising a plurality of electrical leads,

wherein the adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game, and

wherein the base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base.

**26**. The video game controller charging system of claim **25**, wherein the plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads.

**27**. The video game controller charging system of claim **25**, wherein the connector comprises a male mini-USB connector.

* * * * *

Exhibit 1
Page 1-34