

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 60/982,364 | 10/24/2007 | | 105 | 60708/N220 | | |

**CONFIRMATION NO. 9640**

23363
CHRISTIE, PARKER & HALE, LLP
PO BOX 7068
PASADENA, CA 91109-7068

**FILING RECEIPT**


*OC000000027012026*

Date Mailed: 12/12/2007

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

Amir Navid, Sherman Oaks, CA;

**Power of Attorney:**
Tiffany Parcher--58944

**If Required, Foreign Filing License Granted:** 11/30/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 60/982,364**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

CHARGING STATION

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international

Exhibit   8
A. Navid
1-30-13
S. Clifford. CSR 10154

Exhibit 2
Page 2-1

patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and

Exhibit 2
Page 2-2

Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

Exhibit 2
Page 2-3

## PROVISIONAL APPLICATION COVER SHEET [37 CFR 1.53(c)]
**This is a request for filing a PROVISIONAL APPLICATION under 35 U.S.C. §111(b) and 37 CFR 1.51(a)(2)**

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on October 24, 2007 at or before 11:59 p.m. Eastern Standard Time under the Rules of 37 CFR § 1.10.*

_____
Christina L. Vanh

| | | |
|---|---|---|
| Date | : | October 24, 2007 |
| Docket No. | : | 60708/N220 |

**INVENTOR(S)/APPLICANT(S)** (LAST NAME, FIRST NAME, MIDDLE INITIAL, RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY))

NAVID, Amir     Sherman Oaks, California

_____     Additional inventors are being named on separately numbered sheets attached hereto.

**TITLE OF THE INVENTION** (500 characters max)

CHARGING STATION

**APPLICANT(S) STATUS UNDER 37 CFR § 1.27**

__X__     Applicant(s) and any others associated with it/them under § 1.27(a) are a SMALL ENTITY

**ENCLOSED APPLICATION PARTS**

__12__     Specification (number of pages)
__8__     Drawings (number of sheets)
_____     Assignment
_____     Other (specify):

**FEE AND METHOD OF PAYMENT**

__X__     Please deduct the filing fee of $105 from our Deposit Account No. 03-1728.

__X__     No application size fee enclosed.

__X__     The Commissioner is hereby authorized to charge any fees under 37 CFR 1.16 and 1.17 which may be required during the entire pendency of the application to Deposit Account No. 03-1728.  Please show our docket number with any charge or credit to our Deposit Account.  A copy of this letter is enclosed.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

__X__     No
_____     Yes, the name of the U.S. Government agency and the Government contract number are:

**CORRESPONDENCE ADDRESS**

Please address all correspondence to the address corresponding to **CUSTOMER NUMBER 23363,**

-1-

Exhibit 2
Page 2-4

**PROVISIONAL APPLICATION COVER SHEET [37 CFR 1.53(c)]**
This is a request for filing a PROVISIONAL APPLICATION under 35 U.S.C. §111(b) and 37 CFR 1.51(a)(2)

**Docket No.** 60708/N220

the practitioners associated with the law firm of Christie, Parker & Hale, LLP, who are authorized to
transact all business in the U.S. Patent and Trademark Office connected with this application.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By

Tiffany A. Parcher
Reg. No. 58,944
626/795-9900

Exhibit 2
Page 2-5

1      **60708/N220**


## CHARGING STATION


5      FIELD OF THE INVENTION

**[0001]**      The present invention relates to a charging station for a consumer electronics device, and more particularly, to a charging station for one or more hand-held controllers for a video game console.


10     BACKGROUND

**[0002]**      Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED.  Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers.  These accessory devices often operate on battery power, so that they can be

15     used without requiring a connection to a power supply.  Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries.

**[0003]**      Frequent replacement of batteries can be expensive, and as a result many accessory devices utilize rechargeable batteries.  The accessory device is connected to a charging station

20     periodically to recharge the batteries.  The charging station and the accessory device have matching plugs or ports that fit together to make a connection.  If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station.  These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device.  These small plugs can be easily bent or broken, rendering the charging

25     station inoperable.  The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.


-1-


Exhibit 2
Page 2-6

1    **60708/N220**

[0004]    Thus, it is desirable to provide an improved charging station that allows for fast, easy, and reliable connection between the accessory device and the charging station.

5

SUMMARY

[0005]    The present invention relates to a charging station for a consumer electronics device, and more particularly, to a charging station for one or more hand-held controllers for a video game console. In one embodiment, a charging station for an accessory device having a power input port includes a base with a recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to the power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

BRIEF DESCRIPTION OF THE DRAWINGS

[0006]    FIG. 1 is a perspective view of a charging station according to an exemplary embodiment of the invention;

20    [0007]    FIG. 2 is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention;

[0008]    FIG. 3 is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention;

[0009]    FIG. 4A is a top plan view of an adapter according to an exemplary embodiment of the invention;

[0010]    FIG. 4B is a bottom plan view of an adapter according to an exemplary embodiment of the invention;

-2-

Exhibit 2
Page 2-7

1    **60708/N220**

[0011]    FIG. 4C is a side plan view of an adapter according to an exemplary embodiment of the invention;

5    [0012]    FIG. 5 is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention;

[0013]    FIG. 6 is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention;

[0014]    FIG. 7 is a block diagram of a charging station and an accessory device according to an
10    exemplary embodiment of the invention; and

[0015]    FIG. 8 is a circuit diagram of a charging station according to an exemplary embodiment of the invention.

DETAILED DESCRIPTION

15    [0016]    An exemplary embodiment of the present invention relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station 10 according to an exemplary embodiment of the invention is shown in FIG. 1. The charging station 10 includes two docking bays 12, 14 for two accessory devices, which in one embodiment are hand-held controllers for a
20    video game console. The docking bays 12, 14 are dimensioned to accept adapters 16 (see FIG. 2). Electrical contacts 20 in the docking bays make contact with electrical leads 22 on the adapters (see FIG. 4B) to provide an electrical connection through which power can be transmitted. The adapters 16 are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters 16 drop-fit easily into the docking bays 12, 14, thus providing a fast and
25    easy connection of the hand-held controllers to the charging station 10.

[0017]    As shown in FIG. 1, the charging station 10 includes a base 24 with two docking bays 12, 14. The docking bays 12, 14 are each dimensioned to accept a hand-held controller 26 (see

-3-

Exhibit 2
Page 2-8

60708/N220

FIGs. 5, 6). The two docking bays are separated by a partition 28 positioned between them. Each docking bay includes a recess 30 at the bottom of the docking bay. The recess 30 has four electrical contacts 20 positioned in the recess. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts 20 are shown positioned in a linear arrangement in the recess 30, but they could be positioned in any suitable arrangement.

[0018] The recesses 30 are dimensioned to receive an adapter 16 into the recess. As shown in FIG. 2, the adapters 16 can be dropped vertically into the docking bays 12, 14 and into the recesses 30. When the adapters are placed into the recesses 30, electrical leads 22 (see FIG. 4B) on the bottom side 38 of the adapters 16 contact the electrical contacts 20 in the recesses 30. The electrical leads 22 on the adapter thus make an electrical connection with the electrical contacts 20 in the recess. The electrical leads 22 on the adapter match the arrangement of the electrical contacts 20 such that each electrical lead 22 makes physical contact with an electrical contact 20 when the adapter is placed in the recess. In one embodiment, as will be described later, the electrical contacts 20 are spring loaded so as to make sufficient contacts with the electrical leads 22.

[0019] In other embodiments, the adapters 16 and docking bays 12, 14 have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess 30 described above. The docking bays 12, 14 and adapters 16 can have any suitable shapes that allow the electrical contacts 20 of the docking bays to make contact with the electrical leads 22 of the adapters 16. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays 12, 14 to receive the adapters 16. These examples are illustrative only, and not limiting.

[0020] As shown in FIG. 3, in one embodiment, the adapters 16 and recesses 30 are shaped such that the adapter can only be placed into the recess in one orientation. In the embodiment shown, the adapter 16 includes at least one angled edge 32, and the recess 30 includes a matching

-4-

Exhibit 2
Page 2-9

1    **60708/N220**

angled corner 34.  This geometry ensures that the adapter 16 will be placed in the recess 30 in the

proper orientation, so that the electrical contacts 20 meet the electrical leads 22.  Other geometric

5    configurations or features could be used to accomplish this function, such as matching prongs and

recesses, or other types of shaped edges.  Additionally, this feature is optional, as the adapter could

be made to fit into the recess in multiple orientations.

[0021]    As shown in FIGs. 4A-4C, the adapter 16 includes a body 36 with the angled edge 32.

The electrical leads 22 are located on a bottom side 38 of the body 36.  The top side 40 of the body

10    36 includes a connector 42 that is configured to connect to the power input port of the accessory

device to be charged.  In one embodiment, the connector 42 is a male mini-USB (universal serial

bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a

video game console, such as the PlayStation3®.

[0022]    In use, the connector 42 on the adapter 16 is connected to the power input port of the

15    accessory device to be charged, such as the hand-held controller 26 shown in FIGs. 5 and 6.  The

adapter 16 is a small and light-weight piece that connects snugly to the power input port of the

hand-held controller 26.  The adapter 16 can remain with the hand-held controller 26 at all times,

even when the controller 26 is not being charged in the charging station 10.  When the hand-held

controller 26 is in use during operation of a video game, when the controller 26 is stored, and when

20    it is charging, the adapter 16 can remain connected to (and physically mounted on) the controller

26.  The adapter 16 is small and light weight, so that it does not interfere with operation of the

controller 26.  When the controller needs to be recharged, connecting it to the charging station 10 is

as easy as dropping it into the docking bay 12, 14.  The adapter 16 slides easily into the recess 30,

and the electrical leads 22 on the bottom of the adapter 16 make an electrical connection with the

25    electrical contacts 20 in the recess 30.  The charging station 10 is connected to a power supply

through its own power input.  The charging station 10 then provides power to the controller 26 to

recharge the controller's batteries.  This recharging process is fast and easy, as the adapter 16

-5-

Exhibit 2
Page 2-10

1    **60708/N220**

allows the controller to be simply dropped into place, rather than carefully connected to a fragile port or connector.

5    [0023]    While the embodiment described above uses a vertical orientation, with the controller 26 and adapter 16 being dropped from above into the recess 30, other orientations may be used as well.  In one embodiment, the adapter 16 is received horizontally into the docking bay, and the electrical contacts 20 in the docking bay and electrical leads 22 on the adapter are arranged vertically to make contact with each other when the adapter 16 is horizontally placed into the

10   docking bay.  In one embodiment, the adapter 16 is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit.  These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter and charging station.  In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete

15   electrical connection.

[0024]    The charging station 10 can charge two controllers 26 simultaneously (or concurrently), or it can charge one at a time.  The power input for the charging station 10 may be a power cord 44, as shown in FIG. 5, that connects to an alternating current (AC) power supply.  In this case, the charging station 10 includes an AC/DC converter electrically coupled between the power input and

20   the electrical contacts 20, in order to provide direct current power to the contacts 20 and from there to the controllers 26.  The AC/DC converter 46 may be internal to the base 24 or external.  In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED.  The charging station provides this DC power to the electrical contacts 20 and from there to the controllers 26.  In other embodiments, DC power may be provided as input to the

25   charging station 10, where the DC power may be provided by an external AC/DC converter.

[0025]    The electrical contacts 20 may include a spring coupling the contacts to the base 24. The weight of the controller 26 pushes the adapter 16 down into the recess 30, pressing the

-6-

Exhibit 2
Page 2-11

1    **60708/N220**

electrical leads 22 on the adapter 16 against the electrical contacts 20. The spring pushes back up on the contacts 20, pushing them against the electrical leads 22 to ensure a complete electrical
5    connection.

[0026]    The charging station 10 may also include an indicator 48 that indicates a status of the charging station. In one embodiment, the indicator 48 includes two LED assemblies 50, 52 (see FIG. 1). The LED assemblies 50, 52 correspond with the first and second docking bays 12, 14, respectively, so as to indicate the charging status of the hand-held controller 26 (or any other
10    suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies 50 and 52 includes at least two LEDs having different colors. By way of example, each of the LED assemblies 50 and 52 in one embodiment includes a red LED and a green LED. While the respective hand-held controller 26 is being charged, the red LED is emitted to indicate that the hand-held controller 26 (i.e., the battery inside the hand-held controller 26) is currently being
15    charged. Further, when the respective hand-held controller 26 is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies 50, 52 may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

[0027]    In still other embodiments, each of the LED assemblies 50, 52 may include a single
20    LED, and may be referred to as LEDs 50, 52. The first LED 50 illuminates with a first color, for example red, to indicate that the charging station 10 is currently charging an accessory device. The second LED 52 illuminates with a second color, for example green, to indicate that the charging station 10 is finished charging. The LEDs 50, 52 may be electrically coupled to a current detector (see FIG. 7) which provides the signals to illuminate the LEDs. In one embodiment, the charging
25    station 10 stops providing power to the controller 26 when the controller's internal battery is completely charged.

-7-

Exhibit 2
Page 2-12

1    60708/N220

[0028]    A block diagram of the charging station 10 is shown in FIG. 7, showing some of the above-described components of the charging station in schematic form.  As can be seen in FIG. 7,
5    the charging station (or charger base) 10 includes electrical contacts 20 that are adapted to be electrically coupled with the accessory device 26 via the adapter 16.  This way, the charging station 10 is capable of supplying the power received from a power adapter or a power supply to the accessory device 26 (e.g., for charging).

[0029]    In one embodiment, the charger base includes the AC/DC converter 46 for converting
10    input AC power to DC power for charging the accessory device 26.  In other embodiments, the charging station 10 may be provided with DC power via a mini-USB port, an external AC/DC converter or any other suitable DC power supply.  The charging station 10 may include a USB host used to provide DC power via mini-USB port.

[0030]    In one embodiment, the charging station 10 includes a current detector 21 for detecting
15    the amount of current being provided by the power supply to the accessory device 26 through the contacts 20.  If sufficient current (e.g., a predetermined amount of current) is detected by the current detector 21, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device 26 is being charged.  Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged.  In this
20    case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

[0031]    A circuit diagram of the charging station 10 is shown in FIG. 8.  As can be seen in FIG. 8, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3).  As can be seen in FIG. 8, the current detector 21 in one embodiment is implemented using a quad operational amplifier chip LM324.  The current detector
25    21 controls light emission of LEDs LED1 and LED2 and/or the light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

-8-

Exhibit 2
Page 2-13

1      **60708/N220**

[0032]      While the CED is described in the above embodiments as a video game console, and the
accessory device is described as a hand-held controller for the video game console, the invention
5      may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal
computers and related peripheral devices, and many other electronic devices. This list is meant to
be illustrative only, and not limiting.

10

15

20

25

-9-

Exhibit 2
Page 2-14

1    **60708/N220**

WHAT IS CLAIMED IS:

1.      A charging station for an accessory device having a power input port, comprising:

5       a base comprising a recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact;

an external adapter comprising a connector configured to couple to the power input port of the accessory device, the external adapter further comprising at least one electrical lead;

10      wherein the recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

2.      The charging station of claim 1, further comprising a current detector electrically coupled to the at least one electrical contact, and an indicator electrically coupled to the current

15    detector to indicate a status of the charging station.

3.      The charging station of claim 2, wherein the indicator comprises an LED.

4.      The charging station of claim 1, wherein the external adapter comprises an angled

20    edge and wherein the recess comprises an angled corner that matches the angled edge to orient the external adapter with respect to the recess.

5.      The charging station of claim 1, wherein the at least one electrical contact comprises four electrical contacts, and wherein the at least one electrical lead comprises four electrical leads.

25

6.      The charging station of claim 1, wherein the connector comprises a male mini-USB connector.

-10-

Exhibit 2
Page 2-15

1    **60708/N220**

7.    The charging station of claim 1, wherein the power input comprises a power cord configured to couple to an AC power supply, and wherein the charging station further comprises an

5    AC/DC converter electrically coupled between the power input and the at least one electrical contact.

8.    The charging station of claim 1, wherein the power input comprises a USB port configured to couple to a consumer electronics device.

10

9.    The charging station of claim 1, wherein the at least one electrical contact further comprises a spring.

10.    The charging station of claim 1, further comprising a second recess and a second

15    electrical lead, and a partition positioned between the two recesses.

11.    Apparatus as shown and described herein.

12.    Method as shown and described herein.

20

25

-11-

Exhibit 2
Page 2-16

1    **60708/N220**

ABSTRACT

The present invention relates to a charging station for a consumer electronics device, and more
5    particularly, to a charging station for one or more hand-held controllers for a video game console.
In one embodiment, a charging station for an accessory device having a power input port includes a
base with a recess having at least one electrical contact.  The base further includes a power input
for connection to a power supply, the power input being electrically coupled to the at least one
electrical contact.  The charging station also includes an external adapter with a connector
10   configured to couple to the power input port of the accessory device, and with at least one electrical
lead.  The recess is dimensioned to receive the adapter, with the at least one electrical lead
contacting the at least one electrical contact when the adapter is received by the recess.

TP/tp

CLV PAS761061.1-*-10/24/07 1:39 PM
15

20

25

-12-

Exhibit 2
Page 2-17



FIG.1



Attorney: Tiffany A. Parcher
Docket No.: 60708N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 1 of 8

Exhibit 2
Page 2-18



FIG. 2

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 2 of 8

Exhibit 2
Page 2-19



FIG.3

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 3 of 8

Exhibit 2
Page 2-20

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s):  Amir Navid
Title:  CHARGING STATION
**Sheet 4 of 8**



FIG.4A

FIG.4B

FIG.4C

Exhibit 2
Page 2-21



FIG.5

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 5 of 8

Exhibit 2
Page 2-22

FIG.6



Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 6 of 8

Exhibit 2
Page 2-23

FIG. 7



Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 7 of 8

Exhibit 2
Page 2-24



Attorney: Tiffany A. Parcher
Docket No.: 60708N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 8 of 8



## FIG. 8

Exhibit 2
Page 2-25

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | CHARGING STATION |
| First Named Inventor/Applicant Name: | Amir Navid |
| **Filer:** | Tiffany A. Parcher/Christina Vann |
| **Attorney Docket Number:** | 60708/N220 |

Filed as Small Entity

### Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 105 | 105 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

Exhibit 2
Page 2-26

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **105** |

Exhibit 2
Page 2-27

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2365821 |
| **Application Number:** | 60982364 |
| **International Application Number:** | |
| **Confirmation Number:** | 9640 |
| **Title of Invention:** | CHARGING STATION |
| **First Named Inventor/Applicant Name:** | Amir  Navid |
| **Customer Number:** | 23363 |
| **Filer:** | Tiffany A. Parcher/Christina Vann |
| **Filer Authorized By:** | Tiffany A. Parcher |
| **Attorney Docket Number:** | 60708/N220 |
| **Receipt Date:** | 24-OCT-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 19:16:24 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $105 |
| RAM confirmation Number | 3367 |
| Deposit Account | 031728 |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: Charge any Additional Fees required under 37 C.F.R. Section 1.16 and 1.17 | |

## File Listing:

Exhibit 2
Page 2-28

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | Transmittal.pdf | 51930<br>ca992a86e446d40c2e34fta218e4d26d cbaa7409 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | Specification.pdf | 407285<br>7d22b1b1827dd6b94a25e9d25e42cfd0 f0701b30 | yes | 12 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 9 |
| Claims | 10 | 11 |
| Abstract | 12 | 12 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | Drawings.pdf | 131888<br>2360422c579d72d6d2bce72c0aaaa99 526140fa9 | no | 8 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Fee Worksheet (PTO-06) | fee-info.pdf | 8102<br>022317574d93dd762e503036bf1dcd06 e1e449a2 | no | 2 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 599205 |
|---|---|

Exhibit 2
Page 2-29

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Exhibit 2
Page 2-30