

Exhibit 5
Page 5-1



