Nyko Goes Wild, Releases Entirely Too Many Next Gen Console Accessories

# GIZMODO

**TOP STORIES**

**PERIPHERALS**

## Nyko Goes Wild, Releases Entirely Too Many Next Gen Console Accessories

Nyko used CES this year to show off (in a swank Hilton suite, no less) a host of accessories for the PS3, Wii and Xbox 360. Lucky me, I got to touch and play around with them until they finally kicked me out. Charging controllers is the name of the game on the PS3 front, with the Charge Base, Dual Charge AC and Charge Link all serving to charge the Sixaxis controller. The Charge Base ($40) can charge up to four controllers at the same time and plugs into the wall; the Dual Charge AC ($25) charges two controllers via a USB connection; the Charge Link ($15) plugs into the PS3 and charges while the system is turned out. The cable's a little longer than the standard Sony one, welcome news for those who like to sit far away from the TV.

As far as the Wii and Xbox 360 go...

Once again, Nyko has come up with several charging solutions. The Wii gets the Charge Station ($30), which charges the Wiimote. Since Nintendo has all but ruled out making a "charging solution," this certainly fills a void. Nyko's also got their own sensor bar for the Wii ($20) with a 25-foot radius. It's wireless, too, so setting it atop a wall-mounted TV is a little easier. They're also coming out with their own component cable given that the Nintendo one is damn near impossible to find.

Lastly, Nyko was demoing Zero, its newest line of wireless controllers for the PS3 and 360. Nyko's trying to get rid of the notion that third party controllers are on the cheap side with Zero. Available sometime this quarter for around $50, the controllers all have backlit buttons and are made out of an aluminum that helps dissipate heat. They were also damn light. I believe I said something along the lines of, "it's like I'm walking on air!" Pretty sure that's when they kicked us out. – Nicholas Deleon

Nyko

BY GIZLOCO    JAN 11, 2007 3:45 PM

492  6

SIGN IN

**LATEST STORIES** ▼ NESDAY, OCT 17, 2012


**DESIGN**  5,571
The Real Meaning and Future of Apple's Mantra: Designed in California


**GIZ EXPLAINS**  9,631
Why the Snooze Button Is Ruining Your Sleep


**WATCH THIS**  2,388
The Onion's First TED Talk Parody Is Freaking Hilarious (Because It Seems So Real)


**SPONSORED CO...**
How to Listen to Something Besides Local Radio on Your Never-Ending Road Trip


**INTERNET**  625
NSFW: A Giant List of People Crying on Webcams and One Is Naked


**AIRPLANES**  156
Apparently, the US Air Force Owns the Battlestar Galactica


**FITMODO**  832
Sennheiser PMX 685i Review: The Best Running Headphones Just Got Even Better


**CHATROOM**  207
Show Us Your Phone's Home Screen


**SPACE**  4,870
Mystery Particles on Mars Revealed by Curiosity's Junk


**AMAZON**  4,176
Amazon Just Beat Apple to the Classroom


**DAILY DESIRED**  118
The Bike Basket That Will Change Your Life

**DEALZMODO**  747
This GoPro Hero 2 Is Your Battlemodo-Winning-Puppy-Cam

Exhibit 11
A. Navid
1-30-13
S. Clifford, CSR 10154

http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories[10/17/2012 4:09:45 PM]

NT000929

Exhibit 6
Page 6-1

Nyko Goes Wild, Releases Entirely Too Many Next Gen Console Accessories

Contact Gizloco:

COMMENT

**DISCUSSIONS** FEATURED ALL

Discussion now closed.

Underwhelmed 11 Jan 2007 6:36 PM

One of those photos has what looks like a GH2 adapter for the PS3, but I can't zoom in to try and read the text on the box since those photos can't be saved by clicking on them (I get "Save link as..." instead of "save image as..."). Anyone know what the story is?

GIZMODO

The Real Meaning and Future of Apple's Mantra: Designed in California

GAWKER

Giving the Elephant a Pink Manicure: A Night Out With Mindy Meyer, the Internet's Candidate for Senate

lifehacker

How to Get Student Discounts Forever

Deadspin NBA Shit List: Anthony Carter, The Quiet Sinkhole Of Despair

KOTAKU

Xbox Live Has Got A Binder Full Of Awful Debate Questions

JEZEBEL

The Unretouched Images Victoria's Secret Doesn't Want You to See

io9

New evidence that the Moon's explosive birth was weirder than we thought

JALOPNIK

Explore The Secret Underside Of A Modern Formula One Car

About Help Jobs Legal Privacy Permissions Advertising Subscribe Send a tip

Deal of the Day

**POWER TOOLS** 430
The New ZipDisc: Zero Storage at 15,000 RPM

**GOOGLE** 1,283
Look at This Imperial Stormtrooper at Google's Data Center

**ARCHITECTURE** 6,209
This Is the Coolest Bridge I Can Imagine

**WATCH THIS** 2,801
This RC Car Chase Blows Away Some Hollywood Blockbusters

**STORAGE** 171
Wi-Fi MicroSD Adapter Lets You Swap In As Much Storage As You Need

**MICROSOFT SU...**
Don't Preorder Microsoft Surface 37,427

**DESIGN** 4,819
Why Some Pills Are Little White Discs and Others Are Big Red Torpedoes

**SCIENCE** 458
Could the Common Cold Be Re-Engineered to Destroy Cancer?

**SECURITY** 591
Someone Check on Grandpa: Mass Murder Via Pacemaker Hack Is Now Possible

**CHINA** 123
White House: Huawei Wasn't Spying for China

**PHOTOGRAPHY** 944
These Incredible Microscopic Photos of Small Things Seem Unreal

**AIRPLANES** 903
The Awesome NASA Supersonic Passenger Plane That Wants to Kill the Sonic Boom

**GOPRO** 1,522
The GoPro Hero3's 4K Resolution Is Wonderfully Useless

**SCIENCE** 274
Scientists Erase the Memories of Sleeping Mice

**TABLES** 93
Transforming Desk Hides Your Work When It's Time To Dine

http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories[10/17/2012 4:09:45 PM]

NT000930

Exhibit 6
Page 6-2



Exhibit 6
Page 6-3