Nyko's PS3 and Wii charging stations | Joystiq



# Nyko's PS3 and Wii charging stations  14

by Alexander Sliwinski on Jan 10th 2007 8:05AM



**BREAKING NEWS**

Until such time when mini fusion reactors are built into our wireless controllers, we will sadly be forced to buy batteries and recharge. As we reported yesterday, Nyko has developed a much needed Wii-mote dock with rechargeable NiMH batteries. A nice place to stick our Wii-motes and charge them at the same time. Suggested cost for the Wii recharge station is $29.99 USD.

Nyko's PS3 charge base is designed to hold four Emmy-winning Sixaxis wireless controllers. The PS3 base comes with a six foot standard wall plug, to not take up any USB ports or force you to leave your system on. The charge base for the PS3 is suggested to cost $39.99 USD. We can't help but wonder what cost there was in manufacturing -- or hidden cost in licensing -- that made this glorified wall outlet $10 more than the Wii station, which does the same thing but gives you two rechargeable NiMH "rubberized" battery packs. If you want to just full-on skip the docking station, Nyko also has a 10 foot long charge link for $14.99 that allows gamers to keep playing while they recharge their Sixaxis controller.

Outlast is a new survival-horror game from industry vets at Red Barrels

**Sponsored Links**

How Men Lose Belly Fat
Arizona Man finds an unlikely...
iConsumerKnowledge.org

Weird Loophole in Arizona
If you pay more than $7 for...
www.ConsumerFinanceDaily.com

HP® Laptops
Get Reliable & Powerful Performance in a Stylish AMD PC from HP. Shop!
www.shopping.hp.com

Tags: PS3, Wii

 

You like this. Sign Up to see what your friends

**Sponsored Links**

How Men Lose Belly Fat
Arizona Man finds an unlikely fat burner...
iConsumerKnowledge.org

Weird Loophole in Arizona
If you pay more than $7 for car insurance you better read this now...
www.ConsumerFinanceDaily.com

Buy a link here

**FEATURED STORIES**

Code of Princess review: Royal brawl
Posted on Oct 17th 2012 11:00AM

http://www.joystiq.com/2007/01/10/nykos-ps3-and-wii-charging-stations/ [10/17/2012 3:56:19 PM]

Exhibit 12
A. Navid
1-30-13
S. Clifford, CSR 10154

NT000931


Exhibit 7
Page 7-1

Nyko's PS3 and Wii charging stations | Joystiq

## Reader Comments (14)



Video walkthrough: Xbox 360 Fall 2012 dashboard update
Posted on Oct 16th 2012 1:00AM



Gearbox boss on an industry inching toward the 'holodeck'
Posted on Oct 15th 2012 9:00PM



Posted: Jan 10th 2007 8:35AM
**(Unverified)** said

The PS3 one look like some kind of sick, anime bobsled team.



Posted: Jan 10th 2007 8:41AM
**RyogaVee** said

or, for $15 you can go buy normal rechargeable batteries at your local BestBuy. That work better and last longer.



Posted: Jan 10th 2007 9:00AM
**(Unverified)** said

Wooo.. three way sexaxes happening here.. nsfw.



Posted: Jan 10th 2007 9:12AM
**(Unverified)** said

It was Dualshock that won the EMMY, not the SIXAXIS.
Or maybe I just missed the irony... :p



Posted: Jan 10th 2007 9:23AM
**(Unverified)** said

" or, for $15 you can go buy normal rechargeable batteries at your local BestBuy. That work better and last longer."

bah but who wants to keep charging them and replacing them.. maybe im just lazy

http://www.wiiuser.org



Posted: Jan 10th 2007 9:27AM
**(Unverified)** said

SIXAXIS didn't win the emmy...

GamesIndustry says that the DualShock did.



Posted: Jan 10th 2007 9:46AM
**(Unverified)** said

Regular rechargable batteries are probably more cost effective in the long run, but it would be nice to have a convenient base unit for charging and storage, and not having to worry about rotating batteries in the charger and wiimote. Of course, rechargable batteries might be easier to find and replace than the Nyko kit later on down the road should the batts degrade in performance.

Posted: Jan 10th 2007 9:33AM
**(Unverified)** said

http://www.joystiq.com/2007/01/10/nykos-ps3-and-wii-charging-stations/[10/17/2012 3:56:19 PM]

NT000932

Exhibit 7
Page 7-2

Nyko's PS3 and Wii charging stations | Joystiq


Yes, Paolo, Rubx, you missed the irony.


Posted: Jan 10th 2007 9:54AM
**theBrayn** said

I could be wrong here but judging by the pics the PS3 dock station allows four remotes to all charge at the same time and the Wii dock station only allows 2. This might be the reason why the PS3 one costs $10 more. In fact if you wanted to be able to charge 4 Wii controllers at the same time you'd have to shell out for 2 of the dock stations which ends up costing you $20 more than the PS3 one.

But again, I could be wrong.


Posted: Jan 10th 2007 10:24AM
**(Unverified)** said

Still not as good as the solution with the 360. The battery pack can be swapped out into the charger instead of the entire controller. A solution for the Wii should be do-able. The PS3 will need an external battery to allow this.


Posted: Jan 11th 2007 11:31AM
**(Unverified)** said

The best solution would be to incorporate a generator into the Wii Remote. Similar to the watches or flashlights that are powered by shaking them. The Wii Remote is certainly shaken enough to charge a battery, but I'm not sure how much a a draw the remote would require.


Posted: Jan 12th 2007 6:09AM
**(Unverified)** said

@11
yeah, but could you imagine jacking your wiimote several times a day to keep it charged during a zeldathon? You would look like a practicing pervert at that point.
Just joking, although it would look awkward, this is a good idea...


Posted: Jan 20th 2007 1:57PM
**(Unverified)** said

How do you sync the Wii Remote while the battery is removed? Its not a big issue as you only need to sync it once. Even if you take it to a friend's you can do a temporary sync anyway. Not a big problem.


Posted: Mar 7th 2007 2:08AM
**(Unverified)** said

12, It wouldn't look awkward. I have one of the watches the generates by movement, and you don't have to shake it, the normal motion of walking charges the battery. It stands to reason then that the normal motions used within games for the Wii would suffice to keep it charged.

 **Engadget**
Forrester survey finds first ever decline in

 **TUAW**
Macworld goes hands-on with Apple's

**Massively**
Firefall Fest schedules celebrity

**WoW**
WoW Moviewatch: WTF by Wowcrendor ...

http://www.joystiq.com/2007/01/10/nykos-ps3-and-wii-charging-stations/[10/17/2012 3:56:19 PM]

NT000933

Exhibit 7
Page 7-3

Nyko's PS3 and Wii charging stations | Joystiq

...
Toshiba kicks off pre-orders for Windows 8 PCs. ...
Chameleon Android launcher hits version 1.1, adds ...

Lightning ...
Boxwave Keyboard Buddy Case for iPhone: Backlit ...
TUAW TV Live: Blogging in LA ...

livestreams ...
Xsyon opens free trial server ...
City of Steam reveals journey from turn-based to ...

An extra reason to get exalted with the Golden ...
The WoW Insider Show Episode 265 ...



AoI Tech.

© 2012 AOL Inc. All rights Reserved. Privacy Policy | Terms of Use |
Trademarks | AOL A-Z HELP | Advertise With Us