PS3 Charging Base, PS2 Controller Adapter Coming



NYKO

TOP STORIES | LATEST STORIES ▼ NESDAY, OCT 17, 2012    SIGN IN

## PS3 Charging Base, PS2 Controller Adapter Coming

BY BRIAN CRECENTE   JAN 8, 2007 3:00 PM

Share  +1   14,783 🔥 24 💬

Nyko today unveiled a line up of Playstation 3 peripherals that include a charging base for the Sixaxis and an adapter for using PS2 controllers on your PS3.

While there are a couple of products that piqued my interest, the most interesting by far is the Play Adapter which will let you use Dual Shock controllers, racing wheels and yes, oh yes, a Guitar Hero controller on your Playstation 3. I know these are already out there, but they are impossible to find right now, so hopefully this will ease that problem. The Play Adapter will sell for $15.

The Charging Base is another cool idea. It lets you charge up to four PS3 controllers with a wall outlet and sells for $40. There's also a two controller model that sells for $25.

Another cool item is the Blue Com Wireless Headset for the PS, which uses Bluetooth 2.0 for in-game chatting. It's going to be $60.

The press release on the jump also details the PS3 Intercooler, an HDMI cable, a non-HDMI cable and a 10-foot-long cable for PS3 charge and play. Brian Crecente

LOS ANGELES - January 8, 2007 - Nyko Technologies(R), a premier peripherals manufacturer, unveiled today their line-up of accessories for Sony's PlayStation 3 console that will debut at this year's Consumer Electronics Show in Las Vegas, Nevada. The new products are built specifically to tap the full power of Sony's next-generation platform and expand consumer options for high-definition gaming, battery power, optimal console performance and in-game communication.

Nyko's Intercooler for PS3 uses patent-pending technology that works with the systems internal fans to cool the 2 key heat zones of the PS3. The Intercooler contains five high-efficiency, variable speed fans that dramatically increase internal air flow and allow the console to run at optimal temperature levels. The devices unique 2-piece design targets the two primary heat zones of the console while mimicking the sleek lines and glossy surface of PS3. The Intercooler for the PS3 will be available between a suggested retail price of $19.99 and $29.99 at major retailers.

Built specifically to keep extended PlayStation 3 gaming sessions going strong, Nyko's patent pending Charge Base for PS3 allows up to four SIXAXIS(TM) wireless controllers to be charged simultaneously via one simple device. The unit's 6 foot cord plugs into any standard wall outlet, providing a rapid charge to each controller without taking up any of the console's USB ports or having to leave the system on for extended periods of time while charging. The Charge Base for PS3 ensures that all of your PlayStation 3 controllers are charged, organized and ready to use at a moments notice. The Charge Base for PS3 has a suggested retail price of

### THE GAMER'S GUIDE



**KOTAKU LIVE Q...**   21,346
An Insider From One Of Those Cold, Calculating Mega-Publishers Is Back To Answer Your Questions Again [UPDATE: Interview Over]



**TEAM FORTRESS**   6,990
Team Fortress 2 Is Now Punishing Cowardly Quitters



**POLITICS**   7,149
Xbox Live Has Got A Binder Full Of Awful Debate Questions



**MASS EFFECT**   8,583
Asari Biotics Liara and Samara Look Fantastic As a Mage And a Templar In Dragon Age



**SUPERANNUATI...**
Microsoft Hints At a Very Different Future For Xbox Gaming. Plus: What Are EA and Activision Up To? [UPDATE]   32,913



**DOOM**   17,871
Six Reviewers Travel From The Past To Shoot Their Way Through Doom



**WATCH THIS**   26,022
This Might Be My Favorite Borderlands 2 Easter Egg Yet, Courtesy Of The New DLC



**XCOM**   12,080
Clever Modders Are Already Dissecting XCOM: Enemy Unknown



**ZELDA**   9,710
It's Dangerous To Go Alone! Take This Detailed Custom PC.



**IN A PERMANE...**   4,259
Apple Pulls Most Recent iPhone Game About Foxconn From App Store In Less Than An Hour

**PREVIEW**   18,661
She's In Her Underwear. He's

http://kotaku.com/226995/ps3-charging-base-ps2-controller-adapter-coming[10/17/2012 4:07:32 PM]

Exhibit 14
A. Navid
1-30-13
S. Clifford, CSR 10154

NT000938

Exhibit 9
Page 9-1

PS3 Charging Base, PS2 Controller Adapter Coming

$39.99.

For gamers who want ultimate control when it comes to their PlayStation 3, the Play Adapter for PS3 is the perfect product. Allowing the use of PlayStation 2 accessories with the PlayStation 3, the adapter enables consumers to experience PlayStation 2 titles with Sony's Dual Shock 2 controller. The adapter can also be used to connect your favorite PlayStation 2 accessories to the PlayStation 3, including racing wheels and guitar controllers, expanding the compatibility options of Sony's new console. The Play Adapter for PS3 will have a suggested retail price of $14.99.

The patent pending Dual Charge AC for PS3 features dual-USB ports, allowing two PlayStation 3 controllers to be charged simultaneously from any standard wall outlet using the two included four foot Mini USB cables. The compact unit features collapsible prongs for easy storage and can also be used to charge any USB compliant electronic devices, such as digital cameras and MP3 players. The Dual Charge AC for PS3 will sell for a suggested retail price of $24.99.

The Charge Link for PS3 provides a simple charging solution for the SIXAXIS(TM) wireless controller, allowing gamers to charge and play with the controller simultaneously. The extra long 10 foot cable can not only be used to charge PlayStation 3 controllers, but also any other USB-compliant device. The Charge Link for PS3 has a suggested retail price of $14.99.

For gamers who want to take advantage of the PlayStation 3's high-definition capabilities, Nyko offers the HDMI Cable for PS3. Capable of full 1080p video output, the HDMI Cable offers true high-definition video and audio quality at a reasonable price. Sharper images and more realistic, immersive sound await players craving the most out of their next-generation console. The HDMI Cable for PS3 has a suggested retail price of $29.99.

For gamers without HDMI-enabled televisions, Nyko offers the HD-Link for PS3. Capable of displaying video signals up to 1080p, the HD-Link provides a high-quality video option that takes the video capabilities of the PlayStation 3 to a higher level. The HD-Link also includes high-quality audio cables and comes in at a length of 8 feet, making it an optimal choice for any home entertainment setup. The HD-Link for PS3 has a suggested retail price of $19.99.

The Blue Com Wireless Headset for PS3 provides an easy-to-use means of in-game communication while offering unparalleled performance. The small form-fitting headset utilizes the latest Bluetooth 2.0 technology, boasting a battery life of 8 hours, without the need for extraneous cables and cords. After a simple synchronization setup, the Blue Com Headset is ready to use with any PlayStation 3 title that supports in-game voice chat. The Blue Com Wireless Headset for PS3 will have a suggested retail price of $59.99.

"The PlayStation 3 is a console built around the idea of taking gaming to the next level and Nyko is ready to support that ideology with a lineup of innovative accessories for the new console," said Chris Arbogast, Marketing Manager at Nyko. "Whether you're looking for charging solutions, high-definition video features, or a way to extend the life of your console, Nyko has the product to meet your needs." Nyko will offer hands-on demos of all of its PlayStation 3 products at this year's Consumer Electronics Show in Las Vegas, Nevada.

Contact Brian Crecente: 💬 COMMENT

**DISCUSSIONS**  FEATURED  ALL

💬 Discussion now closed.

**doubtful** — 08 Jan 2007 4:23 PM

"Damn, didn't this site used to me more than press releases?"

http://kotaku.com/226995/ps3-charging-base-ps2-controller-adapter-coming[10/17/2012 4:07:32 PM]


Running Through The Dark Woods. It's Teen Horror as a PS3 Game


**WORLD OF WAR...**
*World of Warcraft: Mists of Pandaria* Log Three: I May Be Broke, But At Least I Can Ride


**YOSHITAKA AM...**
The Artist Behind *Final Fantasy* Just Wants To Draw Cute Girls


**CARMAGEDDON**
You Have One Day to Get *Carmageddon* Free for the iPhone and iPad


**OUTERNAUTS**
Friends? An *Outernaut* Needs No Friends. Not Anymore.


**ANIME**
Let the Latest Studio Ghibli Conspiracy Theories Commence!


**EDNA & HARVE...**
Is the Star of *Harvey's New Eyes* a Harmless Little Girl or Deranged Serial Killer? Yes.


**PREVIEW**
*Nintendo Land* is Much More Than A Glorified Instruction Manual for the Wii U


**SPONSORED**
Ask a Photographer About Shooting in a Back-Alley Arcade


**REVIEW**
*Borderlands 2: Captain Scarlett and Her Pirate's Booty*: The *Kotaku* Review

Sony's redesigned PlayStation Store is now available in Europe. It goes live in North America and Brazil on Oct. 23.


**SHOW US**
One Impressive Video Game Tattoo


**M.U.L.E.**
The iOS Revival of *M.U.L.E.* is Coming Along Nicely


**RUMOR**
Report: Chinese Kids Were Used to Manufacture the Wii U


**COSPLAY**
To Fight Crime, You Need an Awesome Batsuit. And To Commit Crime?

**XCOM**


NT000939

Exhibit 9
Page 9-2

PS3 Charging Base, PS2 Controller Adapter Coming

You're going to get more than your average number of press releases when a major electronics or gaming convention, like CES is going on.


*XCOM* Isn't Dumbed Down For Consoles, It's Smartened Up


**TOYS**  17,499
Turns Out Jack The Ripper Was Pretty Gross


Xbox Live Has Got A Binder Full Of Awful Debate Questions


Giving the Elephant a Pink Manicure: A Night Out With Mindy Meyer, the Internet's Candidate for Senate


How to Get Student Discounts Forever


Deadspin NBA Shit List: Anthony Carter, The Quiet Sinkhole Of Despair


The Unretouched Images Victoria's Secret Doesn't Want You to See


New evidence that the Moon's explosive birth was weirder than we thought


Explore The Secret Underside Of A Modern Formula One Car


The Real Meaning and Future of Apple's Mantra: Designed in California

About   Help   Jobs   Legal   Privacy   Permissions   Advertising   Subscribe   Send a tip

http://kotaku.com/226995/ps3-charging-base-ps2-controller-adapter-coming[10/17/2012 4:07:32 PM]

NT000940

Exhibit 9
Page 9-3