**PDP0003242**

**(Produced in Native PDF Format as a single image)**

Exhibit 11
Page 11-1



Exhibit 11
Page 11-2








Exhibit 11
Page 11-3



Exhibit 11
Page 11-4

# I'll believe it when i see it. I've gone to the best buy near my house and the one near my work. The one near my house has one 20 gig and no 60s and the one near work is completely sold out I asked a sales clerk at the one near my wok and he said that they usualy last a day or two.

Reply

# Read it a little more carefully... — Sembazuru 2007-01-14 15:33
It will QuickCharge up to 3 controllers. If it is charging 4 it just won't charge them as quickly.

Reply

# It Is — Guest 2007-01-14 16:50
I was ther3 today lookin for The NyKo Cable. I didnt have my Canon SD550 on m33. This was at the Best Buy in Signal Hill. My fri3nd works there he saw them in the bacc. I didnt believ3 him during the w33k but I saw them. They were near the computer spot because thats where they put the cag3 at. Go search 90810 and get the Signal Hill Number and ask them how many PS3s they have. Best Buy is getting probably more than 95% 60s.

Reply

# eh.. — SeanRoss 2007-01-14 20:10
20 of 25 stores near me have 60GB PS3s.. and 1 of 25 have a wii. I still want both. Gettin a PS3 as soon as payment for something I'm selling gets here

Reply

↻ Refresh comments list

**Add comment**

Name (required)

Title

[emoticons]

2500 symbols left

[captcha: e87kh]

↻ Refresh

Send

JComments

Exhibit 11
Page 11-5



Exhibit 11
Page 11-6