**PDP0003244**

**(Produced in Native PDF Format as a single image)**

Exhibit 12
Page 12-1



Exhibit 12
Page 12-2



Exhibit 12
Page 12-3



Exhibit 12
Page 12-4



Exhibit 12
Page 12-5