**PDP0003248**

**(Produced in Native PDF Format as a single image)**

Exhibit 13
Page 13-1



http://www.engadget.com/2007/01/09/nykos-rechargeable-ps3-sixaxis-and-wiimote-docking-stations/

Nyko's rechargeable PS3 SIXAXIS and Wiimote docking stations

REVIEWS EVENTS PODCASTS ENGADGET SHOW BUYERS GUIDES FEATURES VIDEOS GALLERIES STORE TOPICS

Search Engadget

about us subscribe like engadget @engadget tip us

# Nyko's rechargeable PS3 SIXAXIS and Wiimote docking stations

By **Christopher Grant** posted Jan 9th, 2007 at 10:05 PM

0

One of the greatest things about the new crop of consoles: wireless controllers *standard*. The obvious downside: batteries. Nyko has stepped up to deliver solutions for both of the latest consoles. First up is the Charge Base for PlayStation 3. Because the SIXAXIS controllers already come with built-in lithium-ion batteries, this puppy just charges and stores. You'll be able to charge and store up to four controllers by jacking the thing into an ordinary wall outlet. The Charge Station for Wii not only stores and charges two Wiimotes but includes two rechargeable NiMH batteries with rubberized battery covers (to help keep you from throwing it into your plasma we presume). We haven't got prices for either of these offerings but consider the Wii's propensity for gobbling batteries when weighing that product.

**Update:** Joystiq's got prices for the units -- $29.99 for the Wii's Charge Station (with two batteries mind you!) and $39.99 for the PS3's Charge Base (sans batteries). Seems like Nyko's pricing these products to their respective audiences, dunnit?

[Via Joystiq]

TAGS: chargers, Nyko, PS3, Wii

+1

ADVERTISEMENT
Sprint
Limited Time Holiday Offer
BUY ONE GET ONE FREE.
GALAXY S III
Connect. Capture. Share.
Restrictions apply.
BUY NOW
Enjoy our latest holiday TV spot
UNLIMITED EDITION
Sprint

Exhibit 13
Page 13-2


Sony PlayStation 3
20GB , 40GB , 60GB , 80GB (1st-gen) , 80GB (...
BUY FROM $481
powered by gdgt
KEY SPECS
REVIEWS • 310
PRICES
Displaying prices for model: 20GB-Silver
$481.73 + tax & shipping
amazon.com
BUY NOW
Nintendo Wii console
Find a Sprint Store Near You
Enter city or zip
SEARCH
EXPAND
Sprint 4G LTE available in limited areas. Restrictions apply. Req. new 2-yr agmt/activation per line & qualifying plan.
TOP STORIES
DECEMBER 14, 2012 224
Editorial: Does Windows Phone even have a chance without Google?
DECEMBER 14, 2012 207
Acer Iconia W700 review: a Core i5 Windows 8 slate that doesn't skimp on battery life
DECEMBER 14, 2012
Distro Issue 70 arrives with a look at wearable computing and the history behind Google Glass
DECEMBER 13, 2012 5895
Engadget Giveaway: win one of three LG Optimus G smartphones, courtesy of Sprint!
DECEMBER 13, 2012 161
YotaPhone Android prototype with dual LCD and E Ink displays hands-on (video)
SPONSORED LINKS
Black Friday iPads: $30.93
Get 32GB Apple iPads for $30.93. Limit One Per Customer. Quantities Limited.
ZBiddy.com
Weird Loophole in California
(DEC 2012): If you pay for car insurance you better read this...
ConsumerFinanceDaily.com
Orange Savings Account
No fees. No minimums. Nothing standing in your way. Learn More.
ingdirect.com

Exhibit 13
Page 13-3





Exhibit 13
Page 13-4





Exhibit 13
Page 13-5



QUOTED

Just got an invite to go to ShowStoppers at CES, where I can preview IFA 2013. Show within a show within a show. Inception, basically.
@danawollman

From today Metallica is on @Spotify. All of it.
@thatmatsmith

Burdens of good headphones: makes me think no-one can hear me joining in with the singing.
@danielwcooper



Tablets
Gaming
Smartphones
Accessories
Camcorders
Laptops
E-Readers
Portable Audio

SITES WE LIKE

| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | HuffPost Politics | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | HuffPost Women | Good | The Onion |
| MAKE | Popcorn Shower | Huffington Post | Stylelist | Autoblog Green | i09 |
| Technology Review | MoCo Loco | Taxes | Automotive | Huffpost Green | HuffPost Celebrity |
| Ars Technica | Design*Sponge | Stock Quotes | Gadling | | Spinner |
| TechMeme | The Sartorialist | DJIA | | | Moviefone |
| Phone Scoop | | | | | |

about us | subscribe via rss | like engadget on facebook | @engadget on twitter

Español 繁體中文 简体中文 日本版 Deutschland

**JOYSTIQ**

Machinima.com cuts staff by 10%, EIC calls it 'growing pains' [update]

Report: Valve acquires Star Filled Studios talent [Update: Valve responds]

Trends of launch game review scores across generations

**TUAW**

Daily Update for December 14, 2012

Fast, quiet, and skinny: A quick look at the new 27" iMac (Late 2012)

Reality Absorption Field: Apple's wireless way

**TECHCRUNCH**

iPhone 5 Sales In China Reportedly "Robust," Despite Lack Of Lineups

Kids App Maker Toca Boca Passes 22 Million Downloads, Expands To Android With Kindle Fire Debut

One Dev, At Least, Is Doing Great On Windows 8

**HUFFPOST TECH**

COULD THIS STARTUP HELP YOU *FINALLY* CUT THE CORD?

And The Most Popular Question On Quora In 2012 Is..

Workers Making Chips For Samsung Are Getting Cancer

Aol Tech.

© 2012 AOL Inc. All rights reserved. Privacy Policy Terms of Use Trademarks AOL A-Z Help Advertise with Us

Exhibit 13
Page 13-7