# EXHIBIT #14

# TO BUCCIGROSS DECLARATION

# FILED UNDER SEAL