# EXHIBIT B

Exhibit 15
Page 15-1

NYKO Page 1 of 2
Case 2:12-cv-03001-GAF-VBK Document 124-13 Filed 08/20/13 Page 2 of 3 Page ID #:773
Case 2:12-cv-03001-GAF-VBK Document 41-2 Filed 05/29/12 Page 2 of 3 Page ID #:3221





### NEWS

» **02.26.2007 NYKO ANNOUNCES CLASSIC CONTROLLER GRIP AND CLICK GRIP FOR WII™**
New Products Offer Convenience and Safety Options for Innovative Console Controllers
LOS ANGELES – February 23, 2007 – Nyko Technol...| read more

» **01.25.2007 NYKO ANNOUNCES FRONTMAN WIRELESS GUITAR CONTROLLER FOR PLAYSTATION 2 HAS SHIPPED**
Premium Wireless Guitar Controller Ready Rock At Retail
LOS ANGELES – January 25, 2007 – Nyko Technologies(R), a premier peripheral...|
read more

» **01.08.2007 NYKO UNVEILS LINE-UP OF INNOVATIVE ACCESSORIES FOR SONY'S PLAYSTATION® 3 CONSOLE**
New Products Offer Innovative Cooling, Charging, and Communication Solutions
LOS ANGELES – January 8, 2007 – Nyko Technologiesâ, a ...| read more

» **01.05.2007 NYKO® UNVEILS NEW LINE OF NINTENDO WII PERIPEHRIALS**
New Suite of Nintendo Wii Products Puts Innovation In The Hands Of Gamers
LOS ANGELES – January 5, 2007 – Nyko Technologies®, a pre...| read more

» **01.03.2007 NYKO UNVEILS NEXT-GEN VERSION OF ZERO CONTROLLERS FOR PLAYSTATION® 3 AND XBOX 360**
Critically Acclaimed Controller Headed To Next-Generation Consoles
LOS ANGELES – January 3, 2007 – Nyko Technologiesâ, a premier per...| read more

### NEW PRODUCTS



Play Adaptor

### FEATURED PRODUCTS







### NEWSLETTER

Don't miss out on the latest products and contests from NYKO! Enter your email address below and click the arrow.

### REGISTRATION

Register your product and recieve an exclusive download from us.



### GAMER POLL

What system(s) do you own or plan to buy within the next 6 months?

○ Wii
○ PlayStation 3
○ Xbox 360
○ Wii and PlayStation 3
○ Wii and Xbox 360
○ PlayStation 3 and Xbox 360
○ All 3 systems

submit



- **11.09.2006 NYKO ANNOUNCES LINE-UP FOR SONY'S PLAYSTATION®3 CONSOLE**
  Patented Charging Solutions and High Definition Video Cable To Launch With Sony's PlayStation®3 Console This November
  LOS ANGELES –...| read more

- **11.07.2006 NYKO ANNOUNCES FRONTMAN – WIRELESS GUITAR CONTROLLER FOR GUITAR HERO II™**
  Keep The Solos Coming With Wireless Freedom And A Premium Design
  LOS ANGELES – October 25, 2006 – Nyko Technologies, a premier peri...| read more

- **10.18.2006 NYKO® UNVEILS ZERO LINE OF NEXT-GENERATION CONTROLLERS**
  Zero Controller Line Ushers In New Era of 3rd Party Controllers
  LOS ANGELES – October 18, 2006 – Nyko Technologies®, a premier perip...| read more

SEND THIS PAGE TO A FRIEND   Your Email   Friend Email

Copyright © 2007 Copyright 2003 – 2007 Nyko. All Rights Reserved.