Exhibits #16 & #17 are video files

Filed Separately on Disk