# EXHIBITS #18-31

# TO BUCCIGROSS DECLARATION

# FILED UNDER SEAL