

(/posts/new)  Login



(http://gizloco-old.kinja.com)

PERIPHERALS (/TAG...

**GIZLOCO (HTTP://GIZLOCO-OLD.KINJA.COM)**
1/11/07 3:45pm (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories)

 509 (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories)

6 (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories#replies)

Like 0

# Nyko Goes Wild, Releases Entirely Too Many Next Gen Console Accessories (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories)









http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-...  8/13/2013

PDP0076243

Exhibit 34
Page 34-1

4k reading: I Never Want to Stop Wat...

 (/posts/new)   Login


















4k reading: I Never Want to Stop Wat...

Nyko used CES this year to show off (in a swank Hilton suite, no less) a host of accessories for the PS3 (http://www.gizmodo.com/gadgets/ps3), Wii (http://www.gizmodo.com/gadgets/wii) and Xbox 360 (http://tags.gizmodo.com/gadgets/xbox-360/). Lucky me, I got to touch and play around with them until they finally kicked me out. Charging controllers is the name of the game on the PS3 front, with the Charge Base, Dual Charge AC and Charge Link all serving to charge the Sixaxis controller. The Charge Base ($40) can charge up to four controllers at the same time and plugs into the wall; the Dual Charge AC ($25) charges two controllers via a USB connection; the Charge Link ($15) plugs into the PS3 and charges while the system is turned out. The cable's a little longer than the standard Sony one, welcome news for those who like to sit far away from the TV.

As far as the Wii and Xbox 360 go...

Once again, Nyko has come up with several charging solutions. The Wii gets the Charge Station ($30), which charges the Wiimote. Since Nintendo has all but ruled out making a "charging solution," this certainly fills a void. Nyko's also got their own sensor bar for the Wii

($20) with a 25-foot radius. It's wireless, too, so setting it atop a wall-mounted TV is a little easier. They're also coming out with their own component cable given that the Nintendo one is damn near impossible to find.

Lastly, Nyko was demoing Zero, its newest line of wireless controllers for the PS3 and 360. Nyko's trying to get rid of the notion that third party controllers are on the cheap side with Zero. Available sometime this quarter for around $50, the controllers all have backlit buttons and are made out of an aluminum that helps dissipate heat. They were also damn light. I believe I said something along the lines of, "it's like I'm walking on air!" Pretty sure that's when they kicked us out. – Nicholas Deleon

4k reading: I Never Want to Stop Wat...

Nyko (http://www.nyko.com/)

Discuss (/posts/228112/reply)

6 discussions displayed because an author is participating or following a participant.

**Underwhelmed (http://un...**
(/posts/487519886/reply)
One of those photos has what looks like a GH2 adapter for the PS3, but I can't zoom in to try and read the text on the box since those photos can't be saved by clicking on them (I get "Save link as..." instead of "save image as..."). Anyone know what the story is? 1/11/07 6:36pm (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories?comment=833477#comments)

**made2last (http://made2l...**
(/posts/487519893/reply)
When is the ps2 —-> ps3 controller adapter supposed to be shipping? 1/12/07 3:26am (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories?comment=834484#comments)

**254 (http://254-old.kinja....**
(/posts/487519892/reply)
I see the PS3 has vibration 1/11/07 8:01pm (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-co

**StratDog (http://stratdog-...**
(/posts/487519894/reply)
Underwhelmed:
Refresh and try again. They are .jpg images that enlarge, save pic as, and can be downloaded ok for me. Check your gear.
Enjoy. 1/12/07 5:13am (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories?comment=834555#comments)

**254 (http://254-old.kinja....**
(/posts/487519891/reply)
I see the PS3 controller hsa vibration 1/11/07 8:01pm (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories?comment=833763#comments)

**JRock (http://jrock-old.ki...**
(/posts/487519896/reply)
How does the wii charging work? 1/12/07 9:41am (http://gizmodo.com/228112/nyko-goes-wild-releases-entirely-too-many-next-gen-console-accessories?comment=834930#comments)

About (/5732042/about-gizmodo-for-beta)   Help (http://help.gawker.com/)   Terms of use (http://legal.kinja.com/kinja-terms-of-use-90161644)
Privacy (http://legal.kinja.com/privacy-policy-90190742)   Advertising (http://advertising.gawker.com/)
Permissions (http://advertising.gawker.com/about/index.php#contact)   Content Guidelines (http://legal.kinja.com/content-guidelines-90185358)
RSS (http://feeds.gawker.com/gizmodo/full)   Jobs (http://grnh.se/2ctqpi)   © Gawker Media 2013