



| GameTrailers | Top Games | Events | Partners | |
|---|---|---|---|---|
| Podcasts | Grand Theft Auto V | E3 2013 | Cheat Codes | Viacom Entertainment Group |
| RSS Feeds | The Last Of Us | GDC 2013 | Funny Videos | |
| GT on Tumblr | Call Of Duty: Ghosts | Game of the Year Awards 2012 | Amazing Videos | |
| Site Map | Metal Gear Solid V: The Phantom Pain | VGA 10 | Tosh | |
| About Us | | | Political Humor | |
| Help & FAQs | Watch Dogs | GT Film Fest 2012 | Tribes Partners | |
| Terms & Conditions | Killzone: Shadow Fall | Zombie Week 2012 | The Comedy Awards | |
| Copyright Policy | Assassin's Creed IV: Black Flag | TGS 2012 | Betty White | |
| Privacy Policy | | PAX Prime 2012 | Hot in Cleveland | |
| Advertise | BioShock Infinite | gamescom 2012 | Games | |
| Press | Battlefield 4 | Comic-Con 2012 | CheatMasters | |
| Closed Captioning | Halo 4 | | | |
| Contact | | | | |
| Ad Choices | | | | |

Copyright © GameTrailers.com, all rights reserved.