# EXHIBIT #37

# TO BUCCIGROSS DECLARATION

# FILED UNDER SEAL