Instruction Manual for
# Charge 'N Go™





## ACCESSORIES

### LIMITED WARRANTY

**Pelican Accessories** warrants to the original consumer purchaser that the product will be free from defects in materials and/or workmanship for a period of 120 days from the date of purchase. If a defect covered by this warranty occurs during this period, **Pelican Accessories** at its option will repair or replace, at no charge, any part that **Pelican Accessories** determines to be defective.

To obtain warranty services during the warranty period, send the defective product postage pre-paid, with a money order for $4.00 to cover return postage and handling, along with proof of purchase and the date of purchase to:

PELICAN ACCESSORIES
1840 East 27th Street
Vernon, CA 90058

This warranty shall not apply if the product has been damaged by abuse, misuses, negligence, accident, modification, tampering or by any other causes unrelated to defective materials and/or workmanship.

Repair or replacement as provided under this warranty is **Pelican Accessories'** exclusive prerogative. ANY APPLICABLE IMPLIED WARRANTIES, INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS, FOR A PARTICULAR PURPOSE ARE HEREBY LIMITED TO 120 DAYS FROM THE DATE OF PURCHASE AND ARE SUBJECT TO THE CONDITIONS SET FORTH IN THIS LIMITED WARRANTY. IN NO EVENT SHALL **PELICAN ACCESORIES** OR ITS AFFILIATES BE LIABLE FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM THE BREACH OF ANY EXPRESS OR IMPLIED WARRANTIES. This warranty gives you specific legal rights, and you may also have other legal rights which vary from state to state.

## FEATURES:

- Provides up to 12 hours of continuous game play with one charge.
- Makes your Game Boy(r) Advance rechargeable.
- Comes with 2 Charging packs (24 hours of playing time).
- Eliminates the need to buy batteries.
- Includes UL approved 120V AC Adapter/Charger.



## ACCESSORIES

Saves you hundreds of dollars in AA batteries and protects our environment

MA-PL714-01

PDP0045335

Exhibit 38
Page 38-1



ACCESSORIES

## Instruction Manual for
## Charge 'N Go™

1. Remove existing Game Boy® Advance battery compartment lid and AA batteries. Place the Pelican Charge 'N Go battery pak into the battery compartment. (See drawing A)

2. Plug in the Charge 'N Go™ AC adapter into your standard wall outlet. Connect the AC plug to the Charge 'N Go™ charging base.

3. Place your Game Boy® Advance into the Charge 'N Go™. Red LED indicates charging is activated. For the first charge, charge for 14 hours. After the first charge 8-10 hours will fully charge the battery pak.

4. A fully charged battery pak will last for approximately 12 hours. Remove the Game Boy® Advance from the Charge 'N Go™ after its fully recharged.

5. When the battery pak become weak, place the Game Boy® Advance on the Charge 'N Go™. (Drawing B)

6. Only use supplied AC adapter for the Charge 'N Go™ base.

Drawing A

Drawing B



Charge 'N Go™
Charging Station

Charging Indicator

Extra Battery Pak
Charging Slot

For technical assistance call 1-323-234-0111 or
Visit our website http://www.pelicanacc.com

PDP0045336

Exhibit 38
Page 38-2