Welcome. Charge 'n Go Advance - IGN

x

- Prime
- Newsfeed
  Latest
  View My Newsfeed »
- Sign in or Register
- Search

- Xbox 360
- Xbox One
- PS3
- PS4
- Wii U
- PC
- Vita
- 3DS
- iPhone
- Tech
- Movies
- TV
- Comics
- Reviews
- Wikis & Cheats
- Upcoming
- News
- Videos
- Boards
-
  ◦ Blogs
  ◦ Podcasts
  ◦ Blu-ray
  ◦ Stars

# Charge 'n Go Advance

**This original peripheral from Pelican Accessories is like a Palm Pilot charger for your Game Boy Advance.**

by IGN Staff
June 21, 2001



It's a well-known fact: the Game Boy Advance needs batteries. That's what it's made for. Sure, you can go out and get yourself an AC adapter, but that's wrecking the whole idea of being portable -- how can you go anywhere you want if you're tethered to a wall outlet?

And then, of course, there's the whole expense of blowing through a ton of batteries for your gaming pleasure. Several companies have created their own "rechargeable" solution, and today we look at Pelican's own Charge 'n Go peripheral.

The Charge 'n Go takes a cue from the Palm Pilot or cell phone idea, where the use of a handy cradle charges the Game Boy Advance when it's not in use. It's a great idea, but it falls a little short in implementation.

The device comes with the plastic cradle, two sets of rechargeable battery cells, an AC adapter, and a proprietary battery cover. All you need to do is plug the AC adapter into the cradle and into the wall, remove the battery cover from the GBA, plug in one of the battery cells, and replace the GBA battery cover with the one that comes in this package. The battery cover has two metal contacts that are extremely important. When you're not using the GBA, put the GBA in this cradle -- the two metal contacts will touch the metal pins on the cradle, which will transfer the power from the wall to the battery. The cradle also has an extra dock for the second battery, so gamers can charge both the GBA and the second battery at the same time. A red "charge" light will come on when either the GBA or the extra battery is properly plugged in.



On a full charge, the batteries promise 12 hours of play...but realistically it's more like eight to ten. But since they're Nickel Hydride batteries, they can be recharged as many as 500 times with no degrading of performance.

The Charge 'n Go is a great idea, but there are several issues with the design that affect the functionality of the peripheral:

https://www.ign.com/articles/2001/06/21/charge-n-go-advance                                           8/19/2013

Exhibit 39
Page 39-2

The system doesn't lock in place. It just sits there in a groove, and one strong bump will knock the unit out of its resting place and onto the table.

It takes a bit of trial and error to get the contacts to touch. The contacts are really touchy -- it'd be nice if it was plug-and-play, but you really have to wiggle the system into the cradle in order to get the charge light to come on. And this is a problem when coupled with the third issue:

There's only one charge light indicator. When the extra battery is plugged into the charge compartment, the charge light comes on. Which means, there's no way to tell if the GBA is properly plugged into the cradle. The unit really needs a second indicator light, one for each charge bay.

I'm convinced that if these above issues are resolved, the Charge 'n Go could be the peripheral to own -- it's very affordable and very convenient otherwise. When you want to play it, you just grab it and go...no need to unplug wires or unhook it from anything.

I look forward to Charge 'n Go version 2.0...if there's one in the works.

-- Craig Harris

| OVERALL SCORE | 6.0 |
|---|---|

by IGN Staff



FROM AROUND THE WEB

**Five Useless Movie Sequels**
Web2Carz

**Stars Then and Now**
People.com

**Actors Who Played Superheroes The Best**
GoGoMix

**Top 12 Vampire Villains of All Time**
Hell Horror

**Star Wars Casting Details Leak: Are Leia and Han's Kids...**
STACK

**10 Movies That Will Make 2015 The Best Blockbuster Year Ever**
The Film Chair

https://www.ign.com/articles/2001/06/21/charge-n-go-advance                    8/19/2013

Exhibit 39
Page 39-3

FROM AROUND THE WEB

- **Roles Stars Regret Turning Down** (Hollyscoop)
- **The 21 Most Brilliantly Concealed Flasks for the Undercover Drunk** (The Savory)
- **The Great Outbrain Challenge, Part 2** (The Self Employed)
- **5 Alternatives to Kegel Exercises** (You Beauty)
- **Surprising Abraham Lincoln Descendants Discovered** (Ancestry.com)
- **7 World Changing Solar Technologies You Have Never Heard Before** (Mosaic)

WE RECOMMEND

- **The Many Looks of Wolverine**
- **Battle of the Comic-Book Babes**
- **Plants vs. Zombies 2: It's About Time Delayed**
- **5 Movies That Should Have Been Videogames**
- **The Many Looks of Batman - Videogames**
- **PlayStation at Gamescom: Five Predictions**

MUST WATCH ON IGN


**Teenage Mutant Ninja Turtles TMNT Mod for Grand Theft Auto IV - GTA IV Mods**


**The Bureau: XCOM Declassified - The Bureau Live Action #7: "The Aftermath"**


**Matt Stone & Trey Parker on South Park: The Stick of Truth**


**Did You Notice the Fake RDJ in Iron Man 3?**


**This Is the Sorceress in Dragon's Crown**


**PlayStation 4 Operating Temperature Revealed**

Recommended by 

## Latest IGN Videos



Harley From EpicMealTime Doesn't Regret Buying the Vita; Do You?





You must be logged in to post a comment.


Become a fan of IGN





## Trending Content

- 
  The Best Dead Rising 3 Trailer Ever

  1,068 watching now

- 
  NBA 2K14 Doesn't Try to Fix What Ain't Broke

  1,045 reading now

https://www.ign.com/articles/2001/06/21/charge-n-go-advance     8/19/2013

Exhibit 39
Page 39-6



[Ask Microsoft Anything About Xbox One](#)

989 reading now



[New Xbox One Details from Gamescom 2013](#)

966 reading now



[Famous Jett Jackson Star Lee Thompson Young Dies at 29](#)

895 reading now



[Top 12 R-Rated Comic Book Movies](#)

817 reading now



[Game Scoop!: Analyzing the Next-gen Launch Lineups](#)

669 watching now

https://www.ign.com/articles/2001/06/21/charge-n-go-advance 8/19/2013

Exhibit 39
Page 39-7

- 
  [Microsoft: The Best Games Are on Xbox One](#)

561 watching now