

PDP0045337

Exhibit 40
Page 40-1



Exhibit 40
Page 40-2