Silicon Valley Expert Witness Group
A Thomson Reuters Company
Consultant Curriculum Vitae

# Stephen D. Bristow

## Expertise

- Consumer Communications
- Consumer Electronics
- Consumer Game Design
- Electronic Board Games
- Electronic Toys
- Postal Meter Technology
- Telecommunications
- Video Game Architecture & Technology

## Employment History

From: 03/2009
To:    07/2010

Direct Nu Energy

Position: CTO in LED street lighting company, Street lamps are powered by a hybrid solar/vertical wind turbine, I managed the selection of vendors, the shipping of products to USA, test and evaluation of the products in real wind situations, made multiple presentations to customers, filed a number of patents.
www.directnuenergy.com

From 03/2009
To:    present

Connexed

CTO in a video surveillance company that uses cloud computing to allow customers to access off site secure storage of video information, have notification via remotely processed video analytics, and remotely control the operation of security TV cameras.  www.connexed.com

From 07/2009
To:    present

Medivocci

Director of Engineering for a start up company that is placing web and physical tablet based medical charts and informative systems in patient hands. I have prepared and filed patents for them & I have built prototype systems for this start up which is now in trials with VA hospitals and private surgical customers.
www.medivocci.com

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| From: | 03/2004 | **Plantronics** |
| To: | 03/2009 | |
| | Position: | *Principal Systems Engineer* |

Plantronics is the leading provider of headsets in the world. Their headsets went to the moon, are used by call centers, pilots, gamers, and computer users worldwide. I am responsible for the interface between marketing/sales and engineering. Systems engineering sets the overall direction and architecture used in the design of Plantronics solutions. Plantronics makes uses of wireless [Bluetooth and other] technologies, mechanical and electronic signal processing, ASICs, and other digital and analog communications methods.

| | | |
|---|---|---|
| From: | 02/2000 | **Televoke, Inc.** |
| To: | 03/2004 | San Francisco, CA |
| | Position: | *Director of Hardware Engineering* |

Televoke is a start up ASP. Televoke provides a 2 way RF link between peoples things [such as cars, houses, and other assets] and them. I was responsible for all hardware interfacing, RF communications protocols and development co-ordination with Televoke's partners. I created the interface protocols for communications between the deployed field units and our systems.

I was responsible for interfacing with all of the development teams and the patent attorneys to capture and prosecute all of the Televoke patent activities. I am the primary patent interface.

| | | |
|---|---|---|
| From: | 12/1998 | **Radica Innovations** |
| To: | 01/2004 | San Rafael, CA |
| | Position: | *Vice President Research & Development* |

Radica is a leading manufacturer of hand held consumer gaming equipment. I set up and ran a 5 person R&D team working on adapting new technologies to the Radica product line. The technologies included RF communications, speech synthesis, LCD display systems, and IR 1 and 2 way communications

My Radica work has included the selection and technical advice on high end processors to use for camera, audio, and other demanding applications such as video compression and audio compression.

I was responsible for all patent filings and prosecutions via the use of outside counsel. I was responsible to search out and find patentable technology in the company.

# Silicon Valley Expert Witness Group
## A Thomson Reuters Company
## Consultant Curriculum Vitae

| | | |
|---|---|---|
| From: | 05/1998 | **Diablo Research** |
| To: | 12/1998 | |
| | Position: | *Project Manager* |

Diablo Research is a diversified contract engineering company whose projects range from wireless telemetry systems, industrial controls, to remote meter reading. I am responsible for assembling a project team and managing it to the fulfillment of the customer's needs. The type of industry ranges from government, trade group, industrial and consumer. My team developed a radio telemetry system for remote monitoring of gas tank levels in the oil and gas industry.

| | | |
|---|---|---|
| From: | 03/1998 | **Ampex Corporation** |
| To: | 05/1998 | |
| | Position: | *Consultant, Patent Department* |

As one of two engineers attached to this department I was responsible for reviewing the design of competing products and comparing their operation to Ampex technology and its patent portfolio. This work entailed working closely with the Ampex patent attorneys.

| | | |
|---|---|---|
| From: | 02/1997 | **Machina** |
| To: | 03/1998 | |
| | Position: | *Chief Technical Officer* |

Duties included responsibility for all developmental activities and technology acquisition. LCD and LED displays were designed into most all of our products. IR and RF links were developed to be incorporated into the products that Machina licensed to its customers.

I was also the key person for identifying technology, working with staff to collect patent disclosures, and following up with outside patent counsel in the prosecution of these patents.

| | | |
|---|---|---|
| From: | 11/1995 | **Brother International** |
| To: | 02/1997 | |
| | Position: | *Project Manager, Telecommunications Products* |

This work included reviewing all competitive patents, and then working with patent counsel to file patents for our unique technology. This effort has resulted in 2 or more patents.

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| From: | 11/1994 | **Machina** |
| To: | 11/1995 | |
| | Position: | *Electrical Engineering Manager* |

Responsible for all electrical design and engineering for a consumer electronics company with products in the voice recording, RF communications, IR communications, custom chip development, and contract toy design and electronics learning aids categories. Machina's clients include Tiger Toys, Yes! Entertainment, Fisher Price, Kenner, Playmates and others. . My patent involvement was to identify patentable technology, document it, and work with outside patent counsel for filing and prosecution.

| | | |
|---|---|---|
| From: | 07/1993 | **OCTuS, Inc.** |
| To: | 11/1994 | |
| | Position: | *Engineering* |

Managed an engineering group of 20 that developed a Windows based computer controlled telephone and fax system for office use.

| | | |
|---|---|---|
| From: | Jan 1984 | **Wright Technology** |
| To: | Mar 1994 | |
| | Position: | *Founder, General Partner* |

Developed an IC smart card-based postal meter technology. We raised development funds, produced prototype systems, secured patents and sold the business and technology to Pitney Bowes, the leading worldwide supplier of postal meter systems. The system and has been put it into high volume production worldwide.

| | | |
|---|---|---|
| From: | 03/1991 | **Data East, USA, Inc.** |
| To: | 07/1993 | |
| | Position: | *Vice President Engineering* |

Established in house engineering department responsible for the development of redemption games, video games, consumer hardware, liaison with our Tokyo based development staff, and hardware oversight of our Chicago based pinball engineering group. I have hired in technical writing and documentation These games provided electromechanical and video interfaces to the player. The electromechanical games used a variety of discrete and packaged displays.

**Confidential Resume of Stephen D. Bristow**                                         Page 4
Printed: 07/23/13

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

| | | |
|---|---|---|
| From: | 05/1989 | **Verifone, Inc.** |
| To: | 03/1991 | |
| | Position: | *Director of Engineering* |

Product areas were coin operated vending magnetic cash card systems including cards, readers, audit systems, and dispensers; spread spectrum LAN links, optical check readers using neural network chips, cellular radio data links, printers, pinpads , and credit card terminals.

This work again involved being the corporate interface with outside patent counsel and in the creation and implementation of a patent program to extract the most relevant patent disclosures for filing.

| | | |
|---|---|---|
| From: | 01/1989 | **Interactive Game Network** |
| To: | 05/1989 | |
| | Position: | *Full Time Design Consultant* |

My partner and I designed the hardware, software, and PCB for a VBI to IR translator incorporating a novel error correcting system for use on VBI transmitted data. The IR link was used to send data files to a remote handheld device.

| | | |
|---|---|---|
| From: | 01/1988 | **Hasbro Electronics** |
| To: | 01/1989 | |
| | Position: | *Full Time Design Consultant* |

I did the design, simulation and testing of the video timing and control ASIC for a new video tape based game system that was capable of placing 4 channels of video, 16 channels of sound, and the game program on standard VHS video tape. The chips were completed & the first pass was functional.

| | | |
|---|---|---|
| From: | 01/1984 | **Technicom Advanced Design Center** |
| To: | 01/1989 | |
| | Position: | *Director* |

We designed small key systems of 6 x 16 and 12 x 32 line/station capacity. This work included product definition, electrical design, mechanical design, documentation and manuals. LED displays for station and line status were part of every product.

| | | |
|---|---|---|
| From: | 06/1973 | **Atari, Inc.** |
| To: | 01/1984 | |
| | Position: | *Vice President Engineering* |

During this period, my responsibilities included all aspects of game design and production. The products included home games, electronic board games, pinball machines, home computers, home

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

computer and home game software, consumer power line carrier and standard phone systems, and coin operated games and pinball machines. The home board game effort used a unique packaging system that stapled LEDs to a cardboard circuit board.

During this time I also set up and ran the Atari patent program which resulted in the granting of over 20 patents, which have delivered over $50mm in royalty payments.

Various titles and responsibilities included:

| | |
|---|---|
| 01/1984 | *Vice President Computer Division and Atari Fellow* |
| 12/1983 | *Vice President, Atari Telephone Division* |
| 03/1982 | *Vice President Advanced Technology* |
| 06/1980 | *Vice President Engineering, Consumer Game Division* |
| 12/1979 | *Vice President Engineering, Consumer and Home Computer Division* |
| 09/1978 | *Vice President and Plant Manager, Pinball Production* |
| 12/1977 | *Vice President Electronic Board Game Division, Coin Operated Games* |
| 11/1976 | *Vice President Coin Operated Games* |
| 11/1974 | *Vice President, Key Games* |
| 10/1974 | *Electrical Engineer* |

From: Mar 1972    **Nutting Associates**
To:   Sep 1972
      Position:   *Chief Engineer*
      Responsible for continued support of the Computer Space game as well as the development of 3 new games for the AMOA trade show in the fall. Computer Space was the world's first coin operated video game.

From: Mar 1969    **Ampex Videofile Division**
To:   Sep 1971
      Position:   *Junior Engineer*
      During college, worked as support staff for a videotape and videodisk based document storage and retrieval system that used tapes, high-resolution cameras, full screen electrostatic video printers, and disks in its operation.

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

## Litigation Support Experience

| | |
|---|---|
| Type of Matter: | Criminal Theft of Trade Secrets, Cable TV Set Top |
| Law Firm: | Tuckers Solicitors, UK |
| Case Name: | Federation Against Copyright Theft (FACT) v. Crumblehulome & Parr-Moore |
| Services Provided: | Expert Report |

| | |
|---|---|
| Type of Matter: | Patent Infringement, artificial intelligence for video game |
| Law Firm: | Jenner & Block, Chicago, IL |
| Case Name: | Kenneth K. Dickinson v. Electronic Arts, Inc. |
| Services Provided: | Undisclosed services for Defendant |

| | |
|---|---|
| Type of Matter: | Patent Infringement, video game |
| Law Firm: | Fenwick & West, Palo Alto, CA |
| Case Name: | David Sitrick v. Electronic Arts, Inc. |
| Services Provided: | Undisclosed services for Defendant |

| | |
|---|---|
| Type of Matter: | Video Game System and Sanders Associates |
| Law Firm: | Nintendo Inside Counsel, Redmond, Washington |
| Case Name: | Undisclosed |
| Services Provided: | Deposed |

| | |
|---|---|
| Type of Matter: | Nintendo Video Game System and Magnavox |
| Law Firm: | Mudge Rose, New York, NY |
| Case Name: | Undisclosed |
| Services Provided: | Deposed and testified at trial |

| | |
|---|---|
| Type of Matter: | Insurance claim |
| Law Firm: | Carlson Messer & Turner LLP, Los Angeles, CA |
| Case Name: | Indochina v. Stratford, et al |
| Services Provided: | Testified at jury trial on operation of facsimile |

| | |
|---|---|
| Type of Matter: | Commodore Games and Video Game Scrolling System |
| Law Firm: | Finnegan & Henderson, Washington, DC |
| Case Name: | Undisclosed |
| Services Provided: | Deposed |

| | |
|---|---|
| Type of Matter: | Games and Alpex Computer |
| Law Firm: | Finnegan & Henderson, Washington, DC |
| Case Name: | Nintendo v. Alpex Computer |
| Services Provided: | Deposed |

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

| | |
|---|---|
| Type of Matter: | IRS and Deductibility of Research |
| Law Firm: | Atari Inside Counsel |
| Case Name: | Undisclosed |
| Services Provided: | Testified at Trial |

| | |
|---|---|
| Type of Matter: | Patent Infringement video music |
| Law Firm: | Paul Weiss, New York, NY |
| Case Name: | Undisclosed |
| Services Provided: | Reviewed and prepared declaration. |

| | |
|---|---|
| Type of Matter: | Patent Infringement video game copying |
| Law Firm: | Atari Inside Counsel |
| Case Name: | Undisclosed |
| Services Provided: | Reviewed and assisted in document preparation |

| | |
|---|---|
| Type of Matter: | Patent Infringement, interactive TV Guide |
| Law Firm: | Townsend & Townsend, San Francisco, CA |
| Case Name: | Undisclosed |
| Services Provided: | Deposed and testified at trial in Tulsa, Oklahoma |

| | |
|---|---|
| Type of Matter: | Patent Infringement, interactive TV Guide |
| Law Firm: | Townsend & Townsend, San Francisco, CA |
| Case Name: | Undisclosed |
| Services Provided: | Deposed and testified at trial at the ITC in Washington, DC |

| | |
|---|---|
| Type of Matter: | Patent Infringement, video encryption and copy guard systems |
| Law Firm: | Skjerven Morrill LLP, San Jose, CA |
| Case Name: | Undisclosed |
| Services Provided: | Review, analysis and prepared expert report |

| | |
|---|---|
| Type of Matter: | Patent Infringement, parental control of video viewing |
| Law Firm: | McDermott, Menlo Park, CA |
| Case Name: | Rovi |
| Services Provided: | Review, analysis, declarations and prepared expert report |

| | |
|---|---|
| Type of Matter: | Patent Prosecution, parental controls regarding access to programming |
| Law Firm: | Ropes Gray |
| Case Name: | In process and cannot be disclosed |
| Services Provided: | Review, analysis, multiple meetings with patent examiner and prepared expert report |

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

| | |
|---|---|
| Type of Matter: | Patent Infringement, video game controllers |
| Law Firm: | Gibson, Palo Alto, CA |
| Case Name: | Undisclosed |
| Services Provided: | Review, analysis, video deposition and prepared expert report |

| | |
|---|---|
| Type of Matter: | Patent Infringement, video game controllers |
| Law Firm: | Klarquist, Portland, Oregon |
| Case Name: | Microsoft |
| Services Provided: | Review, research, analysis, declaration , prepared expert report |

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 6,364,735 | 04/02/2002 | RF identification system for use in toys |
| 5,841,843 | 11/24/1998 | Facsimile Forwarding Method And System Using A Simulated Telephone Line Interface |
| 5,839,054 | 11/17/1998 | Automatic Registration Paging System |
| 5,221,083 | 06/22/1993 | Medal game machine |
| 4,900,904 | 02/13/1990 | Automated Transaction System with Insertable Cards for Downloading Rate or Program Data |
| 4,900,903 | 02/13/1990 | Automated Transaction System with Insertable Cards for Transferring Account Data |
| 4,864,618 | 09/05/1989 | Automated Transaction System with Modular Printhead Having Print Authentification Feature |
| 4,802,218 | 01/31/1989 | Automated Transaction System |
| 4,423,870 | 01/03/1984 | Video Game Collision Detection System |
| 4,192,507 | 03/11/1980 | Light actuated shooting arcade game |
| 4,169,272 | 09/25/1979 | Apparatus For Simulating A Perspective View Of A Video Image And For Storing Such Image With A Minimum Number Of Bits |
| 4,104,625 | 08/01/1978 | Apparatus For Providing Facial Image Animation |
| 4,099,719 | 07/11/1978 | System And Method For Automatic Alignment Of Gun With Video Display |
| 4,099,092 | 07/04/1978 | Television Display Alignment System And Method |
| 4,091,234 | 05/23/1978 | Joystick With Attached Circuit Elements |
| 4,045,789 | 08/30/1977 | Animated Video Image Display System And Method |
| 4,016,362 | 04/05/1977 | Multiple Image Positioning Control System And Method |

**Silicon Valley Expert Witness Group**
**A Thomson Reuters Company**
**Consultant Curriculum Vitae**

## Education

| | | |
|---|---|---|
| 1984 | University of Santa Clara | MSEE |
| 1973 | University of California, Berkeley | BSEE, Highest Honors |

## Professional Associations and Achievements

- Past Member, IEEE
- Past Member, IEEE Administrative Committee of Consumer Electronics
- Member, Society for Information Display (SID)
- Member, SMPTE (Society of Motion Picture and Television Engineers)

---

**Silicon Valley Expert Witness Group, Inc.**

| Mountain View, CA | Dallas, TX | Washington, DC |
|---|---|---|
| (650) 917-0700 | (214) 575-4600 | (202) 842-5030 |

E-mail: info@svewg.com

## LITIGATION RELATED EXPERIENCE

| | |
|---|---|
| Case Name: | Samsung v. Ericsson |
| Matter: | Patent dispute regarding telecommunications standards |
| Law Firm: | McKool Smith |
| Ongoing | |

| | |
|---|---|
| Case Name: | Rovi |
| Services Provided: | Review, analysis, declarations and prepared expert report |
| Type of Matter: | Patent Prosecution, parental controls regarding access to programming |
| Law Firm: | Ropes Gray, Richard Feustel of Boston Office |
| Services Provided: | Review, analysis, multiple meetings with patent examiner and prepared expert report |
| Date of work: | 2012 |

| | |
|---|---|
| Case Name: | Rovi |
| Services Provided: | Review and analysis of filings in litigation. Deposition, case settled |
| Law Firm: | McDermot Will and Emory, Menlo Park |
| Attorney: | Hong Lin |
| Date of Work: | 2012 |

| | |
|---|---|
| Case Name : | Risarc |
| Services Provided: | Equipment inspection, expert report , deposition |
| Law Firm: | Bark K Rothman Law Firm, LA, Calif. |
| Attorney | Frederic Brandfon |
| Date of Work: | 2012 |

| | |
|---|---|
| Case Name: | Informatics v Shkonikov/Keynetic |
| Services Provided | document review, advice, expert report, deposition |
| Law Firm: | Worked through IMS Management Solutions, Pensacola, Fla. |
| Date of work | 2012, case settled before trial |

| | |
|---|---|
| Case Name: | Microsoft Immersion |
| Services Provided | initial patent review and informal communication |
| Law Firm: | Hagens Berman Shobol Shapriro, Seattle Wa. |
| Date of work: | April 2012 |

| | |
|---|---|
| Case Name: | DLA Piper Civil Action 11-785-GMS |

| | |
|---|---|
| Services Provided | Prior art review re video patents |
| Law Firm: | DLA Piper, through Thompson Reuters Expert Services |
| Date of work: | Sept and October 2012 |

| | |
|---|---|
| Case: | Activision v. Harmonics |
| Matter: | Patent dispute |
| Responsibilities: | Prepared report, analyzed prior art patents and products, 2 days of deposition |
| Date closed: | 2009, settled before trial |
| Attorney: | Jason Lo, Gibson Dun, Palo Alto |

| | |
|---|---|
| Case: | Microsoft v. Anascape |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports and analyzed prior art patents and products |
| Date closed: | 2008, settled day before trial |
| Attorney: | Joe Jakubeck of Klarquist in Portland for defendant |

| | |
|---|---|
| Case: | Funai v. Samsung |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports, testified in trial and was deposed. |
| Date closed: | 2008, won |
| Attorney: | Gary Jex with Morgan Lewis for Funai |

| | |
|---|---|
| Case: | Activision v. Harmonics |
| Matter: | Patent dispute |
| Responsibilities: | Prepared report, analyzed prior art patents and products, 2 days of deposition |
| Date closed: | 2009, settled before trial |
| Attorney: | Jason Lo, Gibson Dun, Palo Alto |

| | |
|---|---|
| Case: | Microsoft v. Anascape |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports and analyzed prior art patents and products |
| Date closed: | 2008, settled day before trial |
| Attorney: | Joe Jakubeck of Klarquist in Portland for defendant |

| | |
|---|---|
| Case: | Funai v. Samsung |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports, testified in trial and was deposed. |
| Date closed: | 2008, won |
| Attorney: | Gary Jex with Morgan Lewis for Funai |

| | |
|---|---|
| Case: | Pitney Bowes v. Wright Technology |
| Matter: | Contract dispute-Arbitration |
| Responsibilities: | Prepared a declaration regarding the prosecution of electronic postal meter patents |
| | or this matter and was deposed |
| Date closed: | 2003 |
| Attorney: | Pennie & Edmonds for plaintiff |

| | |
|---|---|
| Case: | Gemstar v. Scientific Atlanta et al |
| Matter: | ITC trial regarding Interactive cable TV Guide |
| Responsibilities: | Preparation of declarations, assistance in brief and rebuttal brief arguments, |
| | review of other experts work, depositions, and testimony at trial |
| Date closed: | 2002, won |
| Attorney: | Townsend & Townsend for plaintiff |

| | |
|---|---|
| Case: | JVW v. Interact Accessories |
| Matter: | Patent dispute |
| Responsibilities: | Delivered an expert report and testified at bench trial |
| Date closed: | July 2002, won |
| Attorney: | Gordon Feinblatt for defendant |

| | |
|---|---|
| Case: | Telemac v. US/Intellicom |
| Matter: | Patent dispute |
| Responsibilities: | Prepared a number of reports, was deposed, and testified at trial. |
| Date closed: | 2002, won |
| Attorney: | Townsend and Townsend for the plaintiff |

| | |
|---|---|
| Case: | MGA v. Smart TV |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports and was deposed |
| Date closed: | 2002, won |
| Attorney: | Mitch Rosenfeld with Capstone Law Group for defendant |

| | |
|---|---|
| Case: | Dickerson v. Electronic Arts |
| Matter: | Patent infringement |
| Responsibilities: | Patent review and conference at pre trial pre settlement |
| Date closed: | 2001, settled |
| Attorney: | Jenner & Block for defendant |

| | |
|---|---|
| Case: | Smart TV v. Koplar |
| Matter: | Patent infringement-Transmission of data over a visible TV signal |

| | |
|---|---|
| Responsibilities: | Conducted patent and prior art review and was deposed.  Settled in clients favor. |
| Date closed: | 2000, won |
| Attorney: | Tatro, Doffino Zeavin and Bloomgarden LLP for defendant |

| | |
|---|---|
| Case: | Indochina v. Stratford, et al. |
| Matter: | Insurance claim |
| Responsibilities: | Testified at jury trial on operation of fax machine |
| Date closed: | 2000, lost |
| Attorney: | Carlson Messer & Turner LLP for defendant |

| | |
|---|---|
| Case: | Pitney Bowes v. E-Stamp |
| Matter: | Patent infringement venued in New Zealand |
| Responsibilities: | Postal meters and the E-Stamp Corporation.  Effort included research and production of an expert report and declaration for a New Zealand patent issue. |
| Date closed: | 2000, don't remember |
| Attorney: | Inside counsel for Pitney Bowes |

| | |
|---|---|
| Case: | Electronic Arts v. David Sitrick |
| Matter: | Patent infringement regarding networked gaming systems |
| Responsibilities: | Prepared a number of reports and declarations.  This matter settled before trial. |
| Date closed: | 2000, settled |
| Attorney: | Fenwick and West for defendant |

| | |
|---|---|
| Case: | Trakker, Inc. et al v. Starsight Telecast, Inc. |
| Matter: | Patent dispute regarding "Electronic TV guide" |
| Responsibilities: | Deposed and testified at trial. |
| Date closed: | 1999, won |
| Attorney: | Orrick Herrington for defendant |

| | |
|---|---|
| Case: | StarSight v. United Video |
| Matter: | Patent dispute regarding Interactive cable TV guide |
| Responsibilities: | Deposed and testified at trial in 1995-1997 in Federal Court in Tulsa Oklahoma and in Federal Court in San Jose, Calif.  This work involved the delivery of TV program guide information over both cable and satellite channels. |
| Date closed: | 1999, settled through merger |
| Attorney: | Townsend & Townsend for plaintiff |

| | |
|---|---|
| Case: | Universal Electronics |
| Matter: | Contract dispute regarding warranty repair |

| | |
|---|---|
| Responsibilities: | Reviewed a warehouse full of damaged remote controls and delivered an expert report on their cause of failure. |
| Date closed: | 1998, won |
| Attorney: | Jones Day for defendant |

| | |
|---|---|
| Case: | Nintendo Video Game System v. Magnavox |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports was deposed and testified at trial. |
| Date closed: | 1997, won |
| Attorney: | Bob Gunther with Mudge Rose for defendant |

| | |
|---|---|
| Case: | David Sukonick v. Commodore Games |
| Matter: | Patent dispute re Video Game Scrolling System |
| Responsibilities: | Prepared reports and was deposed |
| Date closed: | 1997, settled |
| Attorney: | Dick Smith with Finnegan for defendant |

| | |
|---|---|
| Case: | Atarti v. Nintendo |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports and was deposed |
| Date closed: | 1996, won |
| Attorney: | Spense Lubas for plaintiff |

| | |
|---|---|
| Case: | Alpex Computers v. Commodore Games |
| Matter: | Patent dispute |
| Responsibilities: | Prepared reports and was deposed. |
| Date closed: | 1996, lost |
| Attorney: | Dick Smith with Finnegan for defendant |