, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations

DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:   858-720-8900
Facsimile:   858-509-3691

STEVEN M. HANLE, Cal. Bar No. 168876
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:   714-513-5100
Facsimile:   714-513-5130

Attorneys for Defendants, Performance
Designed Products LLC, Eveready Battery
Co, Inc., and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NYKO TECHNOLOGIES, INC, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., a Missouri Corporation, EVEREADY BATTERY COMPANY, INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001<br><br>**DEFENDANTS' NOTICE OF LODGING OF NON-PAPER PHYSICAL EVIDENCE**<br><br>Date:  September 23, 2013 _____<br>Time: 9:30 a.m.<br><br>Complaint Filed:  April 5, 2012<br>Discovery Cutoff:   Oct. 14, 2013<br>Pretrial Conf.:  Dec. 30, 2013<br>Trial Date: Jan. 28, 2014<br><br>**The Honorable Gary A. Feess** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC's ("Defendants") lodge herewith the following non-paper physical evidence to the Declaration of Graham M. Buccigross in Support of Defendants' Motion for Summary Judgment For Invalidity Due To Public Use and On Sale Bar ("Declaration"), filed on August 19, 2013.

1. A DVD containing the following files lodged herewith as Exhibit A pursuant to C.D. Cal. Local Rule 11-5.1:

    a. "16 - Arbogast Video CES 2007 - GT.mp4" identified as Exhibit 16 in the Declaration;

    b. "17 - Arbogast Video CES 2007.mp4" identified as Exhibit 17 in the Declaration.

Exhibits 16 and 17 could not be attached to the Declaration as they are video files saved in MPEG-4 (.mp4) format.

Dated:  August 19, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Steven M. Hanle
DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
MATTHEW M. MUELLER

Attorneys for Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products LLC

## CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On August 20, 2013, I electronically filed the following document(s) described as

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on August 20, 2013, at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis