SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer
Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation, <br><br>               Plaintiff, <br><br>         v. <br><br> ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br>               Defendants. | Case No. CV12-03001 <br><br> **DEFENDANTS' NOTICE OF ELECTRONIC FILING REGARDING MOTION FOR SUMMARY JUDGMENT** <br><br> Date:       September 23, 2013 <br> Time:       9:30 a.m. <br><br> The Hon. Gary A. Feess <br><br> Complaint Filed:  April 5, 2012 <br> Discovery Cutoff:   Oct. 14, 2013 <br> Pretrial Conf.: Dec. 30, 2013 <br> Trial Date: Jan. 28, 2014 |

SMRH:410001399.1                                                               DEFENDANTS' NOTICE OF ELECTRONIC FILING

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

On August 20, 2013, Defendants filed a Motion for Summary Judgment of Patent Invalidity and supporting documents.  At that time, Defendants filed an application to file under seal complete versions of the Memorandum of Points and Authorities and other documents supporting Defendants' motion. Defendants attempted to file these documents under seal because Plaintiff NYKO Technologies, Inc. designated various documents that Defendants attached and otherwise cited as confidential pursuant to the Protective Order entered in this case. The Court denied Plaintiff's application to file under seal on August 27, 2013 [Docket No. 128].  Plaintiff agreed to de-designate the documents on August 28, 2013.

Defendants are now electronically serving the following documents. <u>All of these documents were previously filed with the Court and served on Plaintiff on August 20, 2013</u>.

    1) Defendants' Notice of Motion and Motion for Summary Judgment of Patent Invalidity

    2) Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment of Patent Invalidity

    3) Statement of Undisputed Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment of Patent Invalidity

-2-

1  4) Declaration of Graham (Gray) M. Buccigross in Support of
2     Defendants' Motion for Summary Judgment of Invalidity (and
3     supporting exhibits 1-40)
4
5  5) Declaration of Stephen D. Bristow in Support of Defendants'
6     Motion for Summary Judgment of Invalidity (and Exhibit A)
7
8 Dated:  August 29, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Steven M. Hanle
DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
MATTHEW M. MUELLER

Attorneys for Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products LLC

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On August 29, 2013 I electronically filed the following document(s) described as

**NOTICE OF ELECTRONIC FILING**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on August 29, 2013 at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis