SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,
Performance Designed Products LLC,
Eveready Battery Co, Inc., and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>              Defendants. | Case No. CV12-03001<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**<br><br>Date:      September 23, 2013<br>Time:     9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>Complaint Filed: April 5, 2012<br>Discovery Cutoff:  Oct. 14, 2013<br>Pretrial Conf.: Dec. 30, 2013<br>Trial Date: Jan. 28, 2014 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at 9:30 a.m. on September 23, 2013, in the United States District Court, Central District of California, the Hon. Gary Allen Feess presiding, at the Roybal Federal Building Courthouse, located at 255 East Temple Street, Los Angeles, California 90012, in the courtroom of the Hon. Gary Allen Feess, Defendants Performance Designed Products LLC ("PDP"), Energizer Holdings, Inc., and Eveready Battery Co., Inc. (collectively, "Defendants") will and hereby do move for summary judgment under Federal Rule of Civil Procedure 56 and Local Rule 56 on: plaintiff's First Amended Complaint for infringement of U.S. Patent No. 8,143,848; Defendants' Third Affirmative Defense; and Count II of Defendants' Counterclaim. This motion is made on the grounds that Asserted Claims 1-5, 7, 8, 11-13, and 16-17 of the 848 patent are invalid under 35 USC section 102(b) based on public use and sales more than one year before their effective filing date; and Asserted Claims 10 and 15 are invalid as obvious under 35 USC section 103.

This Motion is based on this Notice and Motion and the following documents filed herewith: the declarations and exhibits, the supporting Memorandum of Points and Authorities, the Statement of Undisputed Facts and Conclusions of Law, other applicable documents on file herein, any oral argument that may be presented at the hearing on this matter, and those matters of which the Court may take judicial notice.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 7, 2012, and which was confirmed and detailed in written correspondence dated February 14, 2013.

Dated:  August 19, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Steven M. Hanle
DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
MATTHEW M. MUELLER

Attorneys for Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products LLC

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On August 29, 2013 I electronically filed the following document(s) described as

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on August 29, 2013 at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis