- Prime
- Newsfeed
  Latest
  View My Newsfeed »
- Sign in or Register
- Search

Pick Your Multiplatform Representative

- 
- Xbox 360
- PS3
- Wii U
- PC
- Vita
- 3DS
- iPhone
- Tech
- Movies
- TV
- Comics
- Reviews
- Wikis & Cheats
- Upcoming
- News
- Videos
- Boards
- IPL
-   - Blogs
    - Podcasts
    - Blu-ray
    - Games Sites
    - Stars

# Controller Concepts: Charge Cradle

### If Revolution uses a charging station, what might it look like? Speculation and original mock-ups inside.

by Matt Casamassina
October 4, 2005
Like 0   Tweet 0   0

The bigwigs at Nintendo have finally pulled back the curtain on their next-generation system's unique controller. Dubbed the "revolutionary" aspect of the platform prior to the unveiling, it is in hindsight easy to understand why. The Revolution's bold "free-hand-style pointer" unit looks like a slick television remote, but despite its seemingly minimalist design it packs a big gaming punch. Not only does the peripheral enable gamers full-freedom 3D movement in games simply by motioning with the device, but it has been created with expansion in mind. Developers unwilling to acquaint themselves with the pointer can alternatively opt to use a conventional controller shell that more or less mimics the design and functionality of a standard, Wave Bird-like device. Nintendo has also stated that a number of interesting expansions designed for everything from light-gun games to music/rhythm titles may be in the works.

In our Controller Concepts features, IGN takes a look at the possibilities open to Nintendo's new free-hand-style pointer unit with speculative insight supported by mocked-up images.

**Charging Station**

When IGNcube had the chance to play with the Revolution controller at the Tokyo Game Show 2005, a quick glance at the device's back panel showed that like Wave Bird it utilized standard AA batteries for power. However, Nintendo reps on hand were quick to state that the company had not yet decided on a final power source for the peripheral. That said, the Revolution controller is a high-end piece of technology equipped with motion sensory functionality and force feedback options, both of which are sure to suck batteries dry. It is, after all, for the very same reason that competitor Microsoft has chosen to offer a rechargeable battery solution for its Xbox 360 console. Unless Nintendo can figure out a way to unconventionally sustain regular battery life for acceptable periods of time, the chances are good that it will follow suit and offer a similar recharge option for the Revolution controller.

Of course, since Nintendo has yet to officially announce the battery solution for the Revolution controller, no screens of any power recharge stations (or otherwise) have been released. Bearing that in mind, IGN put its concept artists to work in order to visualize what a Revolution controller recharge cradle could look like. We took into mind Nintendo's recent move to position the glossy white Revolution console as the frontrunner color choice. The Apple-inspired look influenced our own mock-ups of the charge cradle, which can be viewed below:


Concept by Tim Forbrook (Paladin69, IGN Boards)

Above, readers can see a charge unit specifically designed for the one-controller household. The Revolution controller fits snugly inside the cradle, whose power adapter plugs into an outlet and enables an ample supply of constant electricity. No brainer stuff, really. What readers may not have immediately noticed in our mock-up, however, is that the Revolution controller's light windows, normally reserved to showcase which port a unit is wirelessly connected to, now serve a dual purpose. When plugged into a charge cradle, the 1-4 windows light up individually, giving users an idea of how much charge a Revolution controller holds. If all windows are dead, the controller has no battery charge. If, on the other hand, all four windows are lit up, the controller is fully charged.

Would you buy a charge station?

If we learned one thing from Nintendo's unveiling of the Revolution controller, though, it's that the company doesn't foresee too many one-controller households. Videos showcasing the peripherals functionality featured not one or two, but up to four gamers playing together. Further, some gamers required that a single use two separate controllers. For instance, in demo, a player pretended to play a set of virtual drums with two Revolution controllers. For all of these reasons and more, we had our artists design a separate mock-up more suitable for an entire family of Revolution users. The image below is what they came up with:


Concept by Tim Forbrook (Paladin69, IGN Boards)

The family-style charge station holds up to four controllers and is capable of simultaneously charging them all. Readers can see in our concept piece above that three of the controllers are fully charged, while the fourth one is more or less dead. Other than offering the ability to charge multiple peripherals, the family-style cradle is identical to its single-controller counterpart. Both units feature a glossy white design and purely for style purposes slick aqua blue lights. While this is the color configuration we chose for our mock-ups, it's always possible that should Nintendo create charge cradles it might offer consumers various color options.

by Matt Casamassina

Like 0   Tweet 0      0

## Latest IGN Videos



Game Scoop! (10.2.12)



You must be logged in to post a comment.

**0 comments**                                                              0 Stars

Discussion     Community



**ALSO ON IGN ARTICLES**                                                What's this?  ✖

**Our Favorite Game Franchises, 10 Years from Today**       **The Last Days of Wii: The Origins**
210 comments • 3 hours ago                                  556 comments • a month ago

  **nippleface** — The Metroid Prime series had you having to blast corpses out of the     **shadow_918** — Can't wait for the Wii U.
  way to get through areas at poin…

**How Nintendo's Social Play is a Big Deal**               **Bringing Zelda to America**
400 comments • a month ago                                  217 comments • a month ago

  **tybat11** — Seriously... Everything I see about the Wii U (well most things) makes     **Sukkafree23** — As long as they keep the quality they have been, I'll be buying
  me want to own it and I'm sur…                           Zelda for the next 25 years.

Become a fan of IGN

Follow @ign  536K followers

Like   878,134 people like this. Sign Up to see what
       your friends like.



## Popular Videos


IGNs Top 25 Xbox 360 Games Video Rundown 2012


New Super Mario Bros. 2 DLC, Minecraft Sales, S.H.I.E.L.D. TV Cha...


Expert Fantasy Football Start/Sit T...
CBS Sports
Sponsored


Making Assassin's Creed III Teaser


Halo 4 Vehicle Revealed, Third Person XCOM, Left 4 Dead 3?


News: Here's a Closer Look at The Avengers' Thanos


NEWS: The Ouya Unveiled


Halo 4 Flood Multiplayer Mode Walkthrough

by Taboola