CES 2007: Nyko Charge Base PS3 - IGN

# CES 2007: Nyko Charge Base PS3
Keeps up to 4 PS3 pads fully charged.

**by Gerry Block** JANUARY 9, 2007

Nyko is also out to address the hassle associated with keeping SIXAXIS controllers fully charged. The Charge Base seats four PS3 controllers and keeps them charged via a wall outlet and six-foot cord. Suggested retail pricing shall be $39.99.

**More From CES**
- Best of CES 2012 Awards
- CES 2012: The Year of the Ultrabook
- Best of CES 2012 Award Nominees

**BECOME A FAN OF IGN**
Follow @ign  548K followers
You and 889,807 others like this. 889,807 people like this. Sign Up to see what your friends like.

by Gerry Block

Latest IGN Videos

News: Transformers Movie Updates

**Popular Videos**
- Borderlands 2 Graphic Comparison - PS3 vs. 360 vs. PC
- PlayStation All-Stars: Seth Killian's Sackboy Walkthrough
- Don't Just Play Fantasy Football. CBS Sports

http://www.ign.com/articles/2007/01/10/ces-2007-nyko-charge-base-ps3[10/17/2012 3:57:17 PM]

Exhibit 10
A. Navid
1-30-13
S. Clifford. CSR 10154

NT000925

Exhibit 5
Page 5-1





Exhibit 5
Page 5-2