

Exhibit 8
Page 8-1

Nyko's All-Star PS3 Lineup

wall outlet using the two included four foot Mini USB cables. The compact unit features collapsible prongs for easy storage and can also be used to charge any USB compliant electronic devices, such as digital cameras and MP3 players. The Dual Charge AC for PS3 will sell for a suggested retail price of $24.99.

• **The Charge Link** for PS3 provides a simple charging solution for the SIXAXISTM wireless controller, allowing gamers to charge and play with the controller simultaneously. The extra long 10 foot cable can not only be used to charge PlayStation 3 controllers, but also any other USB-compliant device. The Charge Link for PS3 has a suggested retail price of $14.99.

• **Nyko HDMI Cable** is for gamers who want to take advantage of the PlayStation 3's high-definition capabilities, Nyko offers the HDMI Cable for PS3. Capable of full 1080p video output, the HDMI Cable offers true high-definition video and audio quality at a reasonable price. Sharper images and more realistic, immersive sound await players craving the most out of their next-generation console. The HDMI Cable for PS3 has a suggested retail price of $29.99.

• **Nkyo HD-Link:** for the PS3 is for gamers without HDMI-enabled televisions. Capable of displaying video signals up to 1080p, the HD-Link provides a high-quality video option that takes the video capabilities of the PlayStation 3 to a higher level. The HD-Link also includes high-quality audio cables and comes in at a length of 8 feet, making it an optimal choice for any home entertainment setup. The HD- Link for PS3 has a suggested retail price of $19.99.

• **The Blue Com Wireless Headset** for PS3 provides an easy-to-use means of in-game communication while offering unparalleled performance. The small form- fitting headset utilizes the latest Bluetooth 2.0 technology, boasting a battery life of 8 hours, without the need for extraneous cables and cords. After a simple synchronization setup, the Blue Com Headset is ready to use with any PlayStation 3 title that supports in-game voice chat. The Blue Com Wireless Headset for PS3 will have a suggested retail price of $59.99.

For more information and details regarding Nyko's list of accessories for the Playstation 3, you can visit Nyko.com





**Blink Charging Stations**
Level 2 & DC Fast Charging Stations
Schedule a Free On-Site Consult!
blinknetwork.com





AROUND THE WEB

The 14 Most | Single-Player With | These Could Have | This Game Will

http://www.cinemablend.com/games/Nyko-s-All-Star-PS3-Lineup-2313.html

NT000936

Exhibit 8
Page 8-2

Nyko's All-Star PS3 Lineup



http://www.cinemablend.com/games/Nyko-s-All-Star-PS3-Lineup-2313.html

NT000937

Exhibit 8
Page 8-3