You'll Get a "Charge" Out of These PS3 Products! | Game|Life | Wired.com

**WIRED** GEAR SCIENCE ENTERTAINMENT BUSINESS SECURITY DESIGN VIDEO INSIDER MAGAZINE SUBSCRIBE



GAME|LIFE — hardware ————————————————————— FOLLOW GAME|LIFE

## You'll Get a "Charge" Out of These PS3 Products!

BY CHRIS KOHLER   01.09.07   3:24 PM

Follow @kobunheat

Tweet  0
+1  0



I am so, *so* sorry for that headline.

Anyway, everybody knows charging PlayStation 3 controllers is easier than charging Xbox 360 controllers — it just requires a standard USB cable — but this is probably the most elegant solution for charging four controllers at once, without having to plug them into your PS3. The Charge Base, which ships in Q1 for $40, serves the dual purpose of keeping your PS3 controllers up and off the floor while charging them.

One more item of interest after the jump.

**WIRED**
*game|life*

**EDITOR**
Chris Kohler

**CONTRIBUTORS**
Ryan Rigney
John Mix Meyer
Daniel Feit

**WIRED MAG**
Chris Baker
Peter Rubin

Send us a tip

**GAME|LIFE VIDEO**

Exhibit   15
A. Navid
1-30-13
S. Clifford. CSR 10154

You'll Get a "Charge" Out of These PS3 Products! | Game|Life | Wired.com



In case the Charge Base is a bit too large for your tastes — or in case you want something more universal — there's the Dual Charger AC. Apparently Nyko holds a patent on this technology (the conversion of AC power into two or more USB ports), so they're the only accessory maker who will release something like this. As you might imagine, this is more general-use than the PlayStation 3 branding might suggest. You'll be able to get one this month for $25.



## GAME|LIFE AUDIO PODCAST

Listen in to Game|Life's weekly audio podcast, where Wired editors Chris Kohler, Chris Baker, Marty Cortinas and Peter Rubin analyze the latest news and introduce interesting new games.

## RECENT POSTS

- Versatile 'GlassBox' Engine Powers New *SimCity*
- How Videogames Are Changing Disney
- *Know-It-All* App Lets You Learn Without Thinking
- Apple's Favorite Strategy Game Is a Financial Disaster
- Celebrity Nintendo Ads Offend the Gamer Granfalloon

## ADVERTISEMENT

**Constant Contact ®**
Easy. Effective. Affordable. Can They Match That? Free 60 Day Trial! - ConstantContact.com/60_Day_Trial

**Pasadena Xbox Repair**
We Fix All Xbox Issues! Locations Nationwide, 90 Day Warr. - www.ubreakifix.com

**We Have IT Covered**
From Design to Deployment. Contact Us Today 1-800-800-0014 - PCConnection.com

**Games on Google Play**
Games, Apps, Movies, Books, Music Play Together. Discover Games Now. - play.google.com

Ads by Google

You'll Get a "Charge" Out of These PS3 Products! | Game|Life | Wired.com







Exhibit 10
Page 10-4