**PDP0003242**

**(Produced in Native PDF Format as a single image)**

Exhibit 11
Page 11-1



Exhibit 11
Page 11-2



Charge Base PS3 features:

- Rapidly charges 3 SIXAXIS controllers simultaneously
- Store and charges all controllers in one place
- Conveniently place in any home entertainment center
- Powered by a standard wall plug, no USB port required
- Compact design
- Keeps controllers fully charged and ready for use

| 0 | 👍 0 |
|---|---|
| 🐦 Tweet | f Like |

✉

**This story sucks? This story rocks!**    **Vote Now!** 🟢(0) 🔴(0)

### Related Stories:

- Nyko Already Have Vita Accessories Lined Up
- Kinect Zoom Lens dated for UK
- Nyko 'Skill Shot' rifle for PS Move now available
- Nyko 3DS Charge Base hits retail
- Crysis 2 patch v1.02 now available
- PSN video content update 04/01
- Cage: Quantic Dream staying exclusive to PlayStation
- PlayStation Home gets huge update
- SOCOM 4 PS+ Beta now live, play schedule this week outed
- Chime Super Deluxe dated for PSN

| | SEARCH QJ NOW! |
|---|---|

HOT GAMING NEWS | LATEST GAMING SEARCHES | FORUMS



#### Become a Member of QJ.Net!

If you want your comments to go live without waiting for moderation, you need to be logged in. Being logged in has its benefits:

- Logged in members do not wait for their comments to be approved.
- Logged in members can sign up for nightly updates.
- Logged in members can create Profiles to be seen by other users.

So why wait? Create an account or login now! It's easy, quick, and free.

To get started, use the LOGIN boxes, or the REGISTER link at the top right!



#### Welcome to QJ.Net!

If you want your comments to go live without waiting for moderation, you need to be logged in. Being logged in has its benefits:

- Logged in members do not wait for their comments to be approved.
- Logged in members can create Profiles to be seen by other users.

So why wait? Create an account or login now! It's easy, quick, and free.

To get started, use the LOGIN boxes, or the REGISTER link below!

Want to learn more about the team who brings you the QJ news?

Read about them now!



facebook

QuickJump

👍 Like    2,969

Login:
[ ]
[ ]
☐ Remember me
Login

Forgot login?
Register



They say you are good. We'll see about that.

SHADOWLAND ONLINE

Play free at

### HOT FLASH GAMES



Exhibit 11
Page 11-3



Exhibit 11
Page 11-4

I'll believe it when i see it. I've gone to the best buy near my house and the one near my work. The one near my house has one 20 gig and no 60s and the one near work is completely sold out I asked a sales clerk at the one near my wok and he said that they usualy last a day or two.

Reply

**# Read it a little more carefully...** — **Sembazuru** ⊞ 2007-01-14 15:33
It will QuickCharge up to 3 controllers. If it is charging 4 it just won't charge them as quickly.

Reply

**# It Is** — **Guest** ⊞ 2007-01-14 16:50
I was ther3 today lookin for The NyKo Cable. I didnt have my Canon SD550 on m33. This was at the Best Buy in Signal Hill. My fri3nd works there he saw them in the bacc. I didnt believ3 him during the w33k but I saw them. They were near the computer spot because thats where they put the cag3 at. Go search 90810 and get the Signal Hill Number and ask them how many PS3s they have. Best Buy is getting probably more than 95% 60s.

Reply

**# eh..** — **SeanRoss** ⊞ 2007-01-14 20:10
20 of 25 stores near me have 60GB PS3s.. and 1 of 25 have a wii. I still want both. Gettin a PS3 as soon as payment for something i'm selling gets here

Reply

↻ Refresh comments list

**Add comment**

[ ] Name (required)

[ ] Title

😄😁😊🙂😳😁😊😮😐😊😄😈😠😕😊😊😄😊😊

[                                    ]

2500 symbols left

[essekin]

↕ Refresh

[                    ]

[Send]

JComments

BEST BUY
SanDisk
Extreme
45MB/s
U3
64GB
SanDisk
SAVE $120   SanDisk

Exhibit 11
Page 11-5



## HOT GAMING NEWS TOPICS

2K Games  3gs  **Activision**  Amazon  Atari  Atlus  Australia  Best Buy  Bethesda  BioWare  **Blizzard**  Bungie Studios  **Capcom**  Christmas

Codemasters  Crytek  **Custom Firmware**  Disney  Downloadable Content  EA  EA Sports  **ESRB**  Eidos Interactive  **Electronic Arts**  Epic Games

**Europe**  Exploit  **Famitsu**  Funcom  GDC  GameCube  **GameStop**  Google  Harmonix  Infinity Ward  Hideo Kojima  Japan  Koei

**Konami**  Linux  LittleBigPlanet  London  **Lua**  LucasArts  MTV  Major Nelson  Media Molecule  Michael Pachter  **Microsoft**  Microsoft Points  Midway Games

NCsoft  NES  NPD  **Namco Bandai**  Naughty Dog  New York  **Nintendo**  Nintendo of America  **North America**  Nunchuk  **PS2**  PSOne

**PlayStation Network**  PlayStation Store  Playstation Home  Pokemon  **SCEA**  SCEE  SIXAXIS  SOE  **Sega**  Sonic  **Sony Square Enix**

Star Wars  Steam  Super Mario  THQ  Take-Two Interactive  Tecmo  Treyarch  **UK Ubisoft**  Wii Points  **Wiimote**  XMB  **Xbox Live Arcade**  YouTube  Zelda

**apple**  apple news  dlc  e3  games for windows  homebrew  industry news  interviews  **ios**  jailbreak  memory stick

**mmorpg rumors  news playstation 3 updates**  ps3 news  psn  psp accessories  psp exploits  psp firmware  psp hacks  psp homebrew  **psp**

homebrew emulators  **psp homebrew games  psp homebrews**  rpg  tablet  valve  xbox 360 cheats  xbox 360 hacks  xbox 360

mods  **xbox 360 titles**  xbox live

## POPULAR GAMING NEWS SEARCHES

Use of this site constitutes acceptance of the TERMS & CONDITIONS and PRIVACY POLICY
Copyright © 2012, Caputo Media, LLC. All Rights Reserved. Web Cluster C4.
Contact Us | Free Flash Games | Ad Blockers Suck! Why?

Exhibit 11
Page 11-6