**PDP0003248**

**(Produced in Native PDF Format as a single image)**

Exhibit 13
Page 13-1



Exhibit 13
Page 13-2



Exhibit 13
Page 13-3







Exhibit 13
Page 13-4







Exhibit 13
Page 13-5



QUOTED

Just got an invite to go to ShowStoppers at CES, where I can preview IFA 2013. Show within a show within a show. Inception, basically.
@danawollman

From today Metallica is on @Spotify. All of it.
@thatmatsmith

Burdens of good headphones: makes me think no-one can hear me joining in with the singing.
@danielwcooper



Exhibit 13
Page 13-6



| TECH | DESIGN | NEWS | LIFESTYLE | ENVIRONMENTAL | ENTERTAINMENT |
|---|---|---|---|---|---|
| gdgt | FFFFOUND! | HuffPost Politics | Lifehacker | Inhabitat | Massively |
| Slashdot | Core77 | The Daily Beast | HuffPost Women | Good | The Onion |
| MAKE | Popcorn Shower | Huffington Post | Stylelist | Autoblog Green | i09 |
| Technology Review | MoCo Loco | Taxes | Automotive | Huffpost Green | HuffPost Celebrity |
| Ars Technica | Design*Sponge | Stock Quotes | Gadling | | Spinner |
| TechMeme | The Sartorialist | DJIA | | | Moviefone |
| Phone Scoop | | | | | |

**JOYSTIQ**
Machinima.com cuts staff by 10%, EIC calls it 'growing pains' [update]
Report: Valve acquires Star Filled Studios talent [Update: Valve responds]
Trends of launch game review scores across generations

**TUAW**
Daily Update for December 14, 2012
Fast, quiet, and skinny: A quick look at the new 27" iMac (Late 2012)
Reality Absorption Field: Apple's wireless way

**TECHCRUNCH**
iPhone 5 Sales In China Reportedly "Robust," Despite Lack Of Lineups
Kids App Maker Toca Boca Passes 22 Million Downloads, Expands To Android With Kindle Fire Debut
One Dev, At Least, Is Doing Great On Windows 8

**HUFFPOST TECH**
COULD THIS STARTUP HELP YOU *FINALLY* CUT THE CORD?
And The Most Popular Question On Quora In 2012 Is..
Workers Making Chips For Samsung Are Getting Cancer

© 2012 AOL Inc. All rights reserved.   Privacy Policy   Terms of Use   Trademarks   AOL A-Z Help   Advertise with Us

Exhibit 13
Page 13-7