PR Agency Contact:  
Kohnke Communications  
Chris Cook  
415-777-4000  
cook@kohnkecomm.com  

Nyko Contact:  
Chris Arbogast  
Marketing Manager  
310-446-6602 x24  
carbogast@nyko.com  

## NYKO UNVEILS LINE-UP OF INNOVATIVE ACCESSORIES FOR SONY'S PLAYSTATION® 3 CONSOLE

*New Products Offer Innovative Cooling, Charging, and Communication Solutions*

LOS ANGELES – January 8, 2007 – Nyko Technologies®, a premier peripherals manufacturer, unveiled today their line-up of accessories for Sony's PlayStation 3 console that will debut at this year's Consumer Electronics Show in Las Vegas, Nevada. The new products are built specifically to tap the full power of Sony's next-generation platform and expand consumer options for high-definition gaming, battery power, optimal console performance and in-game communication.

Nyko's Intercooler for PS3 uses patent-pending technology that works with the systems internal fans to cool the 2 key heat zones of the PS3. The Intercooler contains five high-efficiency, variable speed fans that dramatically increase internal air flow and allow the console to run at optimal temperature levels. The devices unique 2-piece design targets the two primary heat zones of the console while mimicking the sleek lines and glossy surface of PS3. The Intercooler for the PS3 will be available between a suggested retail price of $19.99 and $29.99 at major retailers.

Built specifically to keep extended PlayStation 3 gaming sessions going strong, Nyko's patent pending Charge Base for PS3 allows up to four SIXAXIS™ wireless



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 14  
Page 14-1

NT055319

controllers to be charged simultaneously via one simple device. The unit's 6 foot cord plugs into any standard wall outlet, providing a rapid charge to each controller without taking up any of the console's USB ports or having to leave the system on for extended periods of time while charging. The Charge Base for PS3 ensures that all of your PlayStation 3 controllers are charged, organized and ready to use at a moments notice. The Charge Base for PS3 has a suggested retail price of $39.99.

For gamers who want ultimate control when it comes to their PlayStation 3, the Play Adapter for PS3 is the perfect product. Allowing the use of PlayStation 2 accessories with the PlayStation 3, the adapter enables consumers to experience PlayStation 2 titles with Sony's Dual Shock 2 controller. The adapter can also be used to connect your favorite PlayStation 2 accessories to the PlayStation 3, including racing wheels and guitar controllers, expanding the compatibility options of Sony's new console. The Play Adapter for PS3 will have a suggested retail price of $14.99.

The patent pending Dual Charge AC for PS3 features dual-USB ports, allowing two PlayStation 3 controllers to be charged simultaneously from any standard wall outlet using the two included four foot Mini USB cables. The compact unit features collapsible prongs for easy storage and can also be used to charge any USB compliant electronic devices, such as digital cameras and MP3 players. The Dual Charge AC for PS3 will sell for a suggested retail price of $24.99.

The Charge Link for PS3 provides a simple charging solution for the SIXAXIS™ wireless controller, allowing gamers to charge and play with the controller

simultaneously. The extra long 10 foot cable can not only be used to charge PlayStation 3 controllers, but also any other USB-compliant device. The Charge Link for PS3 has a suggested retail price of $14.99.

For gamers who want to take advantage of the PlayStation 3's high-definition capabilities, Nyko offers the HDMI Cable for PS3. Capable of full 1080p video output, the HDMI Cable offers true high-definition video and audio quality at a reasonable price. Sharper images and more realistic, immersive sound await players craving the most out of their next-generation console. The HDMI Cable for PS3 has a suggested retail price of $29.99.

For gamers without HDMI-enabled televisions, Nyko offers the HD-Link for PS3. Capable of displaying video signals up to 1080p, the HD-Link provides a high-quality video option that takes the video capabilities of the PlayStation 3 to a higher level. The HD-Link also includes high-quality audio cables and comes in at a length of 8 feet, making it an optimal choice for any home entertainment setup. The HD-Link for PS3 has a suggested retail price of $19.99.

The Blue Com Wireless Headset for PS3 provides an easy-to-use means of in-game communication while offering unparalleled performance. The small form-fitting headset utilizes the latest Bluetooth 2.0 technology, boasting a battery life of 8 hours, without the need for extraneous cables and cords. After a simple synchronization setup, the Blue Com Headset is ready to use with any PlayStation 3 title that supports in-game voice chat. The Blue Com Wireless Headset for PS3 will have a suggested retail price of $59.99.

"The PlayStation 3 is a console built around the idea of taking gaming to the next level and Nyko is ready to support that ideology with a lineup of innovative accessories for the new console," said Chris Arbogast, Marketing Manager at Nyko. "Whether you're looking for charging solutions, high-definition video features, or a way to extend the life of your console, Nyko has the product to meet your needs." Nyko will offer hands-on demos of all of its PlayStation 3 products at this year's Consumer Electronics Show in Las Vegas, Nevada.

**About Nyko Technologies, Inc.**

Nyko Technologies® develops, manufactures and markets innovative peripherals to enhance the digital lifestyle. The company's mission is to deliver products that solve problems and improve user experience for work and play. Nyko specializes in interactive entertainment, computing, consumer electronics, portable audio, as well as online and wireless technologies. The company has distribution through major U.S. and Canadian retailers, along with distributors worldwide. Founded in 1995, Nyko is headquartered in Los Angeles, Calif. Please go to www.nyko.com or call 1-888-444-6956 for more information.

###