# EXHIBIT B

Exhibit 15
Page 15-1

INTERNET ARCHIVE WaybackMachine BETA
http://www.nyko.com/ Go
521 captures
13 Jun 98 - 24 Jul 11
FEB MAR APR
6
2006 2007 2008
Close
Help

HOME | PRODUCTS | NEWS+REVIEWS | DOWNLOADS | PROMOTIONS | NYKO STORE | SUPPORT | CORPORATE

GO THERE NOW

## NEWS

**02.26.2007 NYKO ANNOUNCES CLASSIC CONTROLLER GRIP AND CLICK GRIP FOR WII™**
New Products Offer Convenience and Safety Options for Innovative Console Controllers
LOS ANGELES – February 23, 2007 – Nyko Technol...| read more

**01.25.2007 NYKO ANNOUNCES FRONTMAN WIRELESS GUITAR CONTROLLER FOR PLAYSTATION 2 HAS SHIPPED**
Premium Wireless Guitar Controller Ready Rock At Retail
LOS ANGELES – January 25, 2007 – Nyko Technologies(R), a premier peripheral...| read more

**01.08.2007 NYKO UNVEILS LINE-UP OF INNOVATIVE ACCESSORIES FOR SONY'S PLAYSTATION® 3 CONSOLE**
New Products Offer Innovative Cooling, Charging, and Communication Solutions
LOS ANGELES – January 8, 2007 – Nyko Technologiesâ, a ...| read more

**01.05.2007 NYKO® UNVEILS NEW LINE OF NINTENDO WII PERIPEHRIALS**
New Suite of Nintendo Wii Products Puts Innovation In The Hands Of Gamers
LOS ANGELES – January 5, 2007 – Nyko Technologies®, a pre...| read more

**01.03.2007 NYKO UNVEILS NEXT-GEN VERSION OF ZERO CONTROLLERS FOR PLAYSTATION® 3 AND XBOX 360**
Critically Acclaimed Controller Headed To Next-Generation Consoles
LOS ANGELES – January 3, 2007 – Nyko Technologiesâ, a premier per...| read more

## NEW PRODUCTS

Play Adaptor

## FEATURED PRODUCTS

## NEWSLETTER

Don't miss out on the latest products and contests from NYKO! Enter your email address below and click the arrow.

## REGISTRATION

Register your product and recieve an exclusive download from us.

REGISTER YOUR PRODUCT

## GAMER POLL

What system(s) do you own or plan to buy within the next 6 months?

- ◯ Wii
- ◯ PlayStation 3
- ◯ Xbox 360
- ◯ Wii and PlayStation 3
- ◯ Wii and Xbox 360
- ◯ PlayStation 3 and Xbox 360
- ◯ All 3 systems

SUBMIT

INTERNET ARCHIVE Wayback Machine BETA
http://www.nyko.com/ Go
521 captures
13 Jun 98 - 24 Jul 11
FEB MAR APR
6
2006 2007 2008
Close
Help

**11.09.2006 NYKO ANNOUNCES LINE-UP FOR SONY'S PLAYSTATION®3 C...**
Patented Charging Solutions and High-Definition Video Cable To Launch With Sony's PlayStation®3 Console This November
LOS ANGELES –...| read more

**11.07.2006 NYKO ANNOUNCES FRONTMAN – WIRELESS GUITAR CONTROLLER FOR GUITAR HERO II™**
Keep The Solos Coming With Wireless Freedom And A Premium Design
LOS ANGELES – October 25, 2006 – Nyko Technologies, a premier peri...| read more

**10.18.2006 NYKO® UNVEILS ZERO LINE OF NEXT-GENERATION CONTROLLERS**
Zero Controller Line Ushers In New Era of 3rd Party Controllers
LOS ANGELES – October 18, 2006 – Nyko Technologies®, a premier perip...| read more

MORE NEWS

CONTACT US SITE MAP TERMS OF USE PRIVACY POLICY

SEND THIS PAGE TO A FRIEND Your Email Friend Email

Copyright © 2007 Copyright 2003 – 2007 Nyko. All Rights Reserved.






