

NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Please Remit To:

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 101146

Customer AMA812

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM
1600 EAST NEWLANDS DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | BEST WAY | ORIGIN | Net 45 Days | 55 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | 97145 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 270.00 |
| 40 | 40 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 1120.00 |
| 520 | 0 | 520 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 0.00 |
| 260 | 0 | 260 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 17.00 | 0.00 |
| 320 | 0 | 320 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 0.00 |
| 60 | 60 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 1200.00 |
| 140 | 0 | 140 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 40 | 0 | 40 | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 0.00 |
| 80 | 0 | 80 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 100 | 0 | 100 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |

Net due on 02/24/07

(Continued)　　　　　File Copy　　　　　EXHIBIT 65 Arbogast　　　　　Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

NT081234

Exhibit 18
Page 18-1



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 101146

**Customer AMA812**

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM
1600 EAST NEWLANDS DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | BEST WAY | ORIGIN | Net 45 Days | 55 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | 97145 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 100 | 0 | 100 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |

et due on 02/24/07

| | |
|---|---|
| NonTaxable Subtotal | 2590.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2590.00 |

File Copy                Page   2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

NT081235

Exhibit 18
Page 18-2



# Sales Order 97145

Customer AMA812

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM
1600 EAST NEWLANDS DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/09/07 | BEST WAY | ORIGIN | Net 45 Days | 55 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | None |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 0 | | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 270.00 |
| 40 | 0 | | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 1120.00 |
| 520 | 0 | | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 5720.00 |
| 260 | 0 | | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 17.00 | 4420.00 |
| 320 | 0 | | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 3200.00 |
| 60 | 0 | | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 1200.00 |
| 140 | 0 | | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 3080.00 |
| 40 | 0 | | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 200.00 |
| 80 | 0 | | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 1040.00 |
| 100 | 0 | | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 1600.00 |

(Continued)               Customer Original                                          Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                   NT081236

Exhibit 18
Page 18-3



# Sales Order  97145

Customer  AMA812

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM
1600 EAST NEWLANDS DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/09/07 | BEST WAY | ORIGIN | Net 45 Days | 55 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | None |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 100 | 0 | | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 1600.00 |

Nontaxable Subtotal  23450.00
Taxable Subtotal  0.00
Tax  0.00
Total Order  23450.00

Customer Original

Page  2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

NT081237

Exhibit 18
Page 18-4

Radu Popa

97145

| | |
|---|---|
| From: | Fran [Fran@peakemarketing.com] |
| Sent: | Monday, January 08, 2007 2:01 PM |
| To: | Radu Popa |
| Cc: | Rob Kramen |
| Subject: | FW: Amazon.com PO L3470035 |

4th amazon.com PO for the day

-----Original Message-----
From: kathyd@amazon.com [mailto:kathyd@amazon.com]
Sent: Monday, January 08, 2007 1:30 PM
To: Orders
Subject: Amazon.com PO L3470035

Purchase Order No.        L3470035

All Invoices & Packages must show this Purchase Order No. and Amazon.com Identifier (ASIN) for each product.

Vendor:              Nyko

Order Date:         Mon Jan 08 13:15:15 PST 2007
Start Ship Date:    08-Jan-07
Must Arrive By Date: 28-Jan-07
Back-Order:         Y

Special Instructions:

Bill To:            Amazon.com
                    Vendor NYKO9 #L3470035
                    PO Box 80387
                    Seattle, WA  98108-0387
                    Phone: 206-266-2107

Terms:              45 NET
Discount:      63
Freight Type:       Prepaid
F.O.B.

Please see routing instructions for delivery appointment information or call 206-266-4081 and leave a fax number to receive routing instructions.

Ship To:            Amazon.com
                    1600 East Newlands Drive
                    Fernley, NV  89408

PO Prepared By:     kathyd@amazon.com

1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    NT081238

Exhibit 18
Page 18-5

This Purchase Order incorporates the Amazon.com standard terms, and any signed agreement between Amazon.com and the Vendor listed above.  Please call if you do not have the standard terms.

```
        Ctn    Ea
Cost    Extended
        Qty    Qty    ASIN         Vendor Stock #      Description
(USD)          (USD)

  1            60     B000LRFCXC   43840820772         Nintendo DS Lite Pro
Point Stylus         4.50  $270.00
  2            40     B000LFJNGG   743840860457        Xbox 360 Performance Kit
(Intercoole   28.00  $1,120.00
  3     20    520     B000LFJNG6   743840870050        Wii Wireless Sensor Bar
11.00   $5,720.00
  4     20    260     B000LFJNF2   743840870005        Wii Charge Station
17.00   $4,420.00
  5     20    320     B000LFJN7K   87000               Wii HD-Link Component
Cable                10.00  $3,200.00
  6     20    260     B000LFHWFU   43840870074         Wii Intercooler
7.50    $1,950.00
  7     20     60     B000LFF1BW   743840860594        Xbox 360 Power Charger
Combo               20.00  $1,200.00
  8     20     20     B000LD3S5K   743840830092        Sony Playstation 3 Zero
Wireless Con  30.00  $600.00
  9     20    140     B000LD263K   743840830177        Sony Playstation 3 Charge
Base                22.00  $3,080.00
 10     20     40     B000KIPE0I   743840830320        Sony Playstation 3 Power
Cord                 5.00  $200.00
 11     20     80     B000KIPDZY   743840830153        Sony Playstation 3 Dual
Charge AC           13.00  $1,040.00
 12     20    100     B000KIPDZO   743840830108        Sony Playstation 3
Intercooler         16.00  $1,600.00
```

Grand Total:
$24,400.00

Total Weight:        Units: 1900    Cube:

2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                          NT081239

Exhibit 18
Page 18-6

## nYko Technologies, Inc.
### PACKING LIST    SO# 97145

(101146)

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO,   CA    90245 | AMAZON.COM<br>1600 EAST NEWLANDS DRIVE<br>0<br>FERNLEY    NV    89408 |
| Sales Order No:   97145 | Customer PO No:   L3470035 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 82077 | DS Pro Point Pen Stylus W/Lite | 60 | 60 | |
| 86045 | Performance Kit 360 | 40 | 40 | |
| 86059 | Power Combo 360 | 60 | 60 | |

3 CTNS
2 CTNS
3 CTNS

```
V94449    JAN 10, 2007    ACT WT   181.0    #PK 8
SERVICE GNDCOM              BILL WT  181
TRACKING#  1ZV944490356233001
SO #::  97145
PURCHASE NO.: L3470035
HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:              SERVICE   $80.70
DV $0.00              COD  $0.00      RS  $0.00
DC $0.00              HZMT $0.00      SD  $0.00
AH $0.00              NTFY $0.00      SP  $0.00
TOT REF CHG  $80.70   REF+HANDLING   $80.70
```

Packing List Box Number

| Ship Date | Method of Transport | Special Instructions |
|---|---|---|
| 01/10/07 | UPS | |

Carrier: UPS

Bill of Lading Number

Prepared By: _____

Picked By: _____        Labeled By: _____

QC By: _[signature]_              Date: _____

Shipped By
### BDP INTERNATIONAL, INC
**SHIPPED BDP**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                       NT081240

Exhibit 18
Page 18-7

10 JAN07 02(D)



# nYko Technologies, Inc.

### PACKING LIST    SO#   97145

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO, CA   90245 | AMAZON.COM<br>1600 EAST NEWLANDS DRIVE<br>0<br>FERNLEY   NV   89408 |
| Sales Order No:   97145 | Customer PO No:   L3470035 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 82077 | DS Pro Point Pen Stylus W/Lite | 60 | 60 | |
| 86045 | Performance Kit 360 | 40 | 40 | |
| 86059 | Power Combo 360 | 60 | 60 | |



3 CTNS
2 CTNS
3 CTNS



Packing List Box Number 

Ship Date     Method of Transport     Special Instructions
01/10/07      UPS

Carrier       Bill of Lading Number
UPS

Prepared By: _____

Picked By:      Labeled By: _____

QC By: _____     Date: _____

Shipped By

## BDP INTERNATIONAL, INC

SHIPPED BDP

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    NT081241

Exhibit 18
Page 18-8