

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102053

Customer AMA812

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM.KYDC,INC.
1850 MERCER DRIVE
LEXINGTON, KY 40511

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/02/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| N2198145 | 01/09/07 | 01 | 97146 |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 0.00 |
| 0 | 0 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 0.00 |
| 340 | 0 | 340 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 0.00 |
| 180 | 0 | 180 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 17.00 | 0.00 |
| 200 | 0 | 200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 0.00 |
| 0 | 0 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 0.00 |
| 0 | 0 | 0 | 83000 | PS-3 USB Charging Cable<br>UPC Code: 743840 83000 9 | N | 30.00 | 0.00 |
| 100 | 0 | 100 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 40 | 0 | 40 | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 0.00 |
| 60 | 60 | 0 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 780.00 |

Net due on 03/19/07

(Continued)                    File Copy                    Page   1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 20
Page 20-1

NT081260



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Please Remit To:

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 102053

Customer AMA812

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM.KYDC,INC.
1850 MERCER DRIVE
LEXINGTON, KY 40511

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/02/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| N2198145 | 01/09/07 | 01 | 97146 |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 80 | 0 | 80 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |

Net due on 03/19/07

| | |
|---|---:|
| NonTaxable Subtotal | 780.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 780.00 |

File Copy

Page  2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 20
Page 20-2

NT081261



**Sales Order    97146-A**

Customer    AMA812

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM.KYDC,INC.
1850 MERCER DRIVE
LEXINGTON, KY 40511

**THIS ORDER HAS PARTIAL SHIPMENT**

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/09/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| N2198145 | 01/09/07 | 01 | None |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 40 | 40 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 0.00 |
| 20 | 20 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 0.00 |
| 340 | 0 | 340 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 3740.00 |
| 180 | 0 | 180 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 17.00 | 3060.00 |
| 200 | 0 | 200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 2000.00 |
| 40 | 40 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 0.00 |
| 20 | 20 | 0 | 83000 | PS-3 USB Charging Cable<br>UPC Code: 743840 83000 9 | N | 30.00 | 0.00 |
| 100 | 0 | 100 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 2200.00 |
| 40 | 0 | 40 | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 200.00 |
| 60 | 0 | 60 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 780.00 |

(Continued)    Customer Original    Page 1



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

# Sales Order  97146-A

Customer  AMA812

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM.KYDC,INC.
1850 MERCER DRIVE
LEXINGTON, KY 40511

**THIS ORDER HAS PARTIAL SHIPMENT**

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/09/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| N2198145 | 01/09/07 | 01 | None |

| Quantity Req. | Quantity Ship | Quantity B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 80 | 0 | 80 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 1280.00 |

| | |
|---|---|
| Nontaxable Subtotal | 13260.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 13260.00 |

Customer Original

Page 2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 20
Page 20-4

NT081263



# nYko Technologies, Inc.

**PACKING LIST**  SO# 97146

102013

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO, CA 90245 | AMAZON.COM.KYDC,INC.<br>1850 MERCER DRIVE<br>0<br>LEXINGTON KY 40511 |

| Sales Order No: | 97146 | Customer PO No: | N2198145 |
|---|---|---|---|

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 83015 | PS3 Dual USB Charger @ 13.00 | 60 | 60 | |

3 CTNS

```
V94449       FEB 2, 2007      ACT WT  42.0 LBS  #PK 3
SERVICE GNDCOM                BILL WT 42.0 LBS
TRACKING# 1ZV944490356200313            ALL CURRENCY USD
SO #:: 97146
PURCHASE NO.: N2198145

HANDLING CHARGE 0.00
SHIPMENT PUB RATE CHARGES:          FRT: SHP
DV 0.00                  COD  0.00    SVC 37.41 USD
DC 0.00                  DG   0.00    RS   0.00
AH 0.00                  PR   0.00    SD   0.00
TOT PUB CHG  37.41                    SP   0.00
                         PUB+HANDLING  37.41
```

Packing List Box Number

| Ship Date | Method of Transport | Special Instructions |
|---|---|---|
| 02/02/07 | UPS | |

Carrier: UPS

Bill of Lading Number

Prepared By:

Picked By:              Labeled By:

QC By:                  Date:

Shipped By
**BDP INTERNATIONAL, INC**

SHIPPED BDP

02FEB07026D



# nYko Technologies, Inc.

**PACKING LIST**    SO# 97146

| SHIP FROM | SHIP TO | |
|---|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO, CA 90245 | AMAZON.COM.KYDC,INC.<br>1850 MERCER DRIVE<br>0<br>LEXINGTON KY | 40511 |
| **Sales Order No:** 97146 | **Customer PO No:** | N2198145 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 83015 | PS3 Dual USB Charger | 60 | 60 | |

3 CTNS

**Packing List Box Number:** 1

**Ship Date:** 02/02/07    **Method of Transport:** UPS    **Special Instructions**

**Carrier:** UPS    **Bill of Lading Number**

**Prepared By:**

**Picked By:**    **Labeled By:**

**QC By:**    **Date:**

Shipped By
**BDP INTERNATIONAL, INC**

SHIPPED BDP

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 20    NT081265<br>Page 20-6