

NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 101148

**Customer AMA812**

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZON.COM.KYDC,INC.
1050 SOUTH COLUMBIA AVE.
CAMPBELLSVILLE, KY 42718

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | BEST WAY-1 | ORIGIN | Net 45 Days | 55 |
| Purchase Order Number | | Order Date | Salesperson | Our Order Number |
| R9850313 | | 01/09/07 | 04 | 97147 |

| Quantity Req. | Quantity Ship | Quantity B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 20 | 20 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 90.00 |
| 20 | 20 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 560.00 |
| 220 | 0 | 220 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 0.00 |
| 80 | 0 | 80 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 17.00 | 0.00 |
| 140 | 0 | 140 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 0.00 |
| 20 | 20 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 400.00 |
| 60 | 0 | 60 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 40 | 0 | 40 | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 0.00 |
| 40 | 0 | 40 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 60 | 0 | 60 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |

et due on 02/24/07

| | |
|---|---|
| NonTaxable Subtotal | 1050.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1050.00 |

File Copy                                                            Page    1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 21   NT081242
Page 21-1



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Sales Order  97147

Customer  AMA812

**Bill To:**
AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**
AMAZON.COM.KYDC,INC.
1050 SOUTH COLUMBIA AVE.
CAMPBELLSVILLE, KY 42718

| Date | Ship Via | F.O.B. | | Terms | Terr |
|---|---|---|---|---|---|
| 01/09/07 | BEST WAY-1 | ORIGIN | | Net 45 Days | 55 |
| Purchase Order Number | | Order Date | Salesperson | Our Order Number | |
| R9850313 | | 01/09/07 | 04 | None | |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 20 | 0 | | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 90.00 |
| 20 | 0 | | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 560.00 |
| 220 | 0 | | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 2420.00 |
| 80 | 0 | | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 17.00 | 1360.00 |
| 140 | 0 | | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 1400.00 |
| 20 | 0 | | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 400.00 |
| 60 | 0 | | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 1320.00 |
| 40 | 0 | | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 200.00 |
| 40 | 0 | | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 520.00 |
| 60 | 0 | | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 960.00 |

| | |
|---|---|
| Nontaxable Subtotal | 9230.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 9230.00 |

Customer Original

Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 21  **NT081243**
Page 21-2

Radu Popa

97/47

**From:** Fran [Fran@peakemarketing.com]
**Sent:** Monday, January 08, 2007 1:59 PM
**To:** Radu Popa
**Cc:** Rob Kramen
**Subject:** FW: Amazon.com PO R9850313

2nd amazon.com PO for the day

-----Original Message-----
From: kathyd@amazon.com [mailto:kathyd@amazon.com]
Sent: Monday, January 08, 2007 1:30 PM
To: Orders
Subject: Amazon.com PO R9850313

Purchase Order No.       R9850313

All Invoices & Packages must show this Purchase Order No. and Amazon.com Identifier (ASIN) for each product.

Vendor:            Nyko

Order Date:        Mon Jan 08 13:15:15 PST 2007
Start Ship Date:   08-Jan-07
Must Arrive By Date:  28-Jan-07
Back-Order:        Y

Special Instructions:

Bill To:           Amazon.com.kydc, Inc.
                   Vendor NYKO9 #R9850313
                   PO Box 80387
                   Seattle, WA  98108-0387
                   Phone: 206-266-2107

Terms:             45 NET
Discount:      63
Freight Type:      Prepaid
F.O.B.

Please see routing instructions for delivery appointment information or call 206-266-4081 and leave a fax number to receive routing instructions.

Ship To:           Amazon.com.kydc, Inc.
                   1050 South Columbia Ave.
                   Campbellsville, KY  42718

PO Prepared By:    kathyd@amazon.com

1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 21   **NT081244**
Page 21-3

<6>

This Purchase Order incorporates the Amazon.com standard terms, and any signed agreement between Amazon.com and the Vendor listed above. Please call if you do not have the standard terms.

| Cost (USD) | Ctn Qty | Ea Extended Qty (USD) | ASIN | Vendor Stock # | Description |
|---|---|---|---|---|---|
| 1 Point Stylus | 20 | 4.50 $90.00 | B000LRFCXC | 43840820772 | Nintendo DS Lite Pro |
| 2 (Intercoole | 20 | 28.00 $560.00 | B000LFJNGG | 743840860457 | Xbox 360 Performance Kit |
| 3 11.00 $2,420.00 | 20 | 220 | B000LFJNG6 | 743840870050 | Wii Wireless Sensor Bar |
| 4 17.00 $1,360.00 | 20 | 80 | B000LFJNF2 | 743840870005 | Wii Charge Station |
| 5 Cable | 20 | 140 10.00 $1,400.00 | B000LFJN7K | 87000 | Wii HD-Link Component |
| 6 7.50 $900.00 | 20 | 120 | B000LFHWFU | 43840870074 | Wii Intercooler |
| 7 Combo | 20 | 20 20.00 $400.00 | B000LFF1BW | 743840860594 | Xbox 360 Power Charger |
| 8 Wireless Con | 20 | 20 30.00 $600.00 | B000LD3S5K | 743840830092 | Sony Playstation 3 Zero |
| 9 Base | 20 | 60 22.00 $1,320.00 | B000LD263K | 743840830177 | Sony Playstation 3 Charge |
| 10 Cord | 20 | 40 5.00 $200.00 | B000KIPE0I | 743840830320 | Sony Playstation 3 Power |
| 11 Charge AC | 20 | 40 13.00 $520.00 | B000KIPDZY | 743840830153 | Sony Playstation 3 Dual |
| 12 Intercooler | 20 | 60 16.00 $960.00 | B000KIPDZO | 743840830108 | Sony Playstation 3 |

Grand Total:
$10,730.00

Total Weight:        Units: 840    Cube:

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 21   NT081245
Page 21-4

## nYko Technologies, Inc.
### PACKING LIST   SO# 97147

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO, CA  90245 | AMAZON.COM.KYDC,INC.<br>1050 SOUTH COLUMBIA AVE.<br>0<br>CAMPBELLSVILLE  KY  42718 |

| Sales Order No: | 97147 | Customer PO No: | R9850313 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 82077 | DS Pro Point Pen Stylus W/Lite | 20 | 20 | |
| 86045 | Performance Kit 360 | 20 | 20 | |
| 86059 | Power Combo 360 | 20 | 20 | |

1 CTN
1 CTN
1 CTN

V94449  JAN 10, 2007  ACT WT 73.0  #PK 3
SERVICE GNDCOM       BILL WT 73
TRACKING# 1ZV944490355587033
SO #:: 97147
PURCHASE NO.: R9850313

HANDLING CHARGE $0.00
REFERENCE RATE CHARGES:        SERVICE  $59.94
DV $0.00        COD  $0.00     RS  $0.00
DC $0.00        HZMT $0.00     SD  $0.00
AH $0.00        NTFY $0.00     SP  $0.00
TOT REF CHG  $59.94   REF+HANDLING  $59.94

Packing List Box Number

Ship Date: 01/10/07   Method of Transport: UPS   Special Instructions

Carrier: UPS   Bill of Lading Number

Prepared By:

Picked By:   Labeled By:

QC By:  [signature BM]   Date:

Shipped By
**BDP INTERNATIONAL, INC**
SHIPPED BDP

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 21  NT081246
Page 21-5

10 JAN07 0230



# nYko Technologies, Inc.
## PACKING LIST   SO#   97147

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO,   CA   90245 | AMAZON.COM.KYDC,INC.<br>1050 SOUTH COLUMBIA AVE.<br>0<br>CAMPBELLSVILLE   KY   42718 |
| Sales Order No:   97147 | Customer PO No:   R9850313 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 82077 | DS Pro Point Pen Stylus W/Lite | 20 | 20 | |
| 86045 | Performance Kit 360 | 20 | 20 | |
| 86059 | Power Combo 360 | 20 | 20 | |

1 CTN
1 CTN
1 CTN



**Packing List Box Number**

| Ship Date<br>01/10/07 | Method of Transport<br>UPS | Special Instructions | |
|---|---|---|---|
| Carrier<br>UPS | Bill of Lading Number | | |
| | | Prepared By: | |
| Picked By: | | Labeled By: | |
| QC By: BM | | Date: | |

Shipped By
**BDP INTERNATIONAL, INC**


SHIPPED BDP

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 21   NT081247
Page 21-6