

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Please Remit To:

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 101149

Customer AMA812

Bill To:

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

Ship To:

AMAZOM.COM .DEDC,INC.
1 CENTERPOINT BLVD.
NEWCASTLE, DE 19720

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| R8351981 | 01/09/07 | 01 | 97148 |

| Quantity Req. | Quantity Ship | Quantity B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 270.00 |
| 40 | 40 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 1120.00 |
| 660 | 0 | 660 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 0.00 |
| 340 | 0 | 340 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 17.00 | 0.00 |
| 400 | 0 | 400 | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 0.00 |
| 60 | 60 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 1200.00 |
| 160 | 0 | 160 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 80 | 0 | 80 | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 0.00 |
| 120 | 0 | 120 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 140 | 0 | 140 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |

let due on 02/24/07

| | |
|---|---|
| NonTaxable Subtotal | 2590.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2590.00 |

File Copy                                                                 Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 22  NT081248
Page 22-1



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Sales Order    97148**

Customer    AMA812

**Bill To:**
AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**
AMAZOM.COM .DEDC,INC.
1 CENTERPOINT BLVD.
NEWCASTLE, DE 19720

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/09/07 | | | Net 45 Days | |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| R8351981 | 01/09/07 | 01 | None |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 0 | | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 270.00 |
| 40 | 0 | | 86045 | Performance Kit 360<br>UPC Code: | N | 28.00 | 1120.00 |
| 660 | 0 | | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 11.00 | 7260.00 |
| 340 | 0 | | 87005 | Wii Wireless Sensor Bar<br>UPC Code: | N | 17.00 | 5780.00 |
| 400 | 0 | | 87000 | Nintendo Wii Charge Base<br>UPC Code: | N | 10.00 | 4000.00 |
| 60 | 0 | | 86059 | Power Combo 360<br>UPC Code: 743840 86059 4 | N | 20.00 | 1200.00 |
| 160 | 0 | | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 3520.00 |
| 80 | 0 | | 83032 | PS3 Power Cord<br>UPC Code: 743840 83032 0 | N | 5.00 | 400.00 |
| 120 | 0 | | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 1560.00 |
| 140 | 0 | | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 2240.00 |

| | |
|---|---|
| Nontaxable Subtotal | 27350.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Order | 27350.00 |

Customer Original                                                                 Page   1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 22    NT081249
Page 22-2

Radu Popa

97/98

**From:** Fran [Fran@peakemarketing.com]
**Sent:** Monday, January 08, 2007 1:56 PM
**To:** Radu Popa
**Cc:** Rob Kramen
**Subject:** FW: Amazon.com PO R8351981

Attached is the first amazon.com PO for the day.

-----Original Message-----
From: kathyd@amazon.com [mailto:kathyd@amazon.com]
Sent: Monday, January 08, 2007 1:30 PM
To: Orders
Subject: Amazon.com PO R8351981

Purchase Order No.      R8351981

All Invoices & Packages must show this Purchase Order No. and Amazon.com Identifier (ASIN) for each product.

Vendor:            Nyko

Order Date:        Mon Jan 08 13:15:15 PST 2007
Start Ship Date:   08-Jan-07
Must Arrive By Date:   28-Jan-07
Back-Order:        Y

Special Instructions:

Bill To:           Amazon.com.dedc, Inc.
                   Vendor NYKO9 #R8351981
                   PO Box 80387
                   Seattle, WA  98108-0387
                   Phone: 206-266-2107

Terms:             45 NET
Discount:       63
Freight Type:      Prepaid
F.O.B.

Please see routing instructions for delivery appointment information or call 206-266-4081 and leave a fax number to receive routing instructions.

Ship To:           Amazon.com.dedc, Inc.
                   1 Centerpoint Blvd
                   New Castle, DE  19720

PO Prepared By:    kathyd@amazon.com

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 22  NT081250
Page 22-3

This Purchase Order incorporates the Amazon.com standard terms, and any signed agreement between Amazon.com and the Vendor listed above. Please call if you do not have the standard terms.

| Cost (USD) | Ctn Qty | Ea Extended Qty (USD) | ASIN | Vendor Stock # | Description |
|---|---|---|---|---|---|
| 1 | | 60 | B000LRFCXC | 43840820772 | Nintendo DS Lite Pro Point Stylus 4.50 $270.00 |
| 2 | | 40 | B000LFJNGG | 743840860457 | Xbox 360 Performance Kit (Intercoole 28.00 $1,120.00 |
| 3 | 20 | 660 | B000LFJNG6 | 743840870050 | Wii Wireless Sensor Bar 11.00 $7,260.00 |
| 4 | 20 | 340 | B000LFJNF2 | 743840870005 | Wii Charge Station 17.00 $5,780.00 |
| 5 | 20 | 400 | B000LFJN7K | 87000 | Wii HD-Link Component Cable 10.00 $4,000.00 |
| 6 | 20 | 320 | B000LFHWFU | 43840870074 | Wii Intercooler 7.50 $2,400.00 |
| 7 | 20 | 60 | B000LFF1BW | 743840860594 | Xbox 360 Power Charger Combo 20.00 $1,200.00 |
| 8 | 20 | 40 | B000LD3S5K | 743840830092 | Sony Playstation 3 Zero Wireless Con 30.00 $1,200.00 |
| 9 | 20 | 160 | B000LD263K | 743840830177 | Sony Playstation 3 Charge Base 22.00 $3,520.00 |
| 10 | 20 | 80 | B000KIPE0I | 743840830320 | Sony Playstation 3 Power Cord 5.00 $400.00 |
| 11 | 20 | 120 | B000KIPDZY | 743840830153 | Sony Playstation 3 Dual Charge AC 13.00 $1,560.00 |
| 12 | 20 | 140 | B000KIPDZO | 743840830108 | Sony Playstation 3 Intercooler 16.00 $2,240.00 |

Grand Total:
$30,950.00

Total Weight:        Units: 2420     Cube:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 22  NT081251
Page 22-4



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 22  NT081252
Page 22-5

10 JAN07 024D



# nYko Technologies, Inc.
## PACKING LIST    SO#  97148

| SHIP FROM | SHIP TO |
|---|---|
| NYKO TECHNOLOGIES C/O<br>BDP INTERNATIONAL, INC.<br>557 SOUTH DOUGLAS STREET<br>EL SEGUNDO,   CA    90245 | AMAZOM.COM .DEDC,INC.<br>1 CENTERPOINT BLVD.<br>0<br>NEWCASTLE    DE    19720 |
| Sales Order No:    97148 | Customer PO No:    R8351981 |

| ITEM NO | DESCRIPTION | Quantity Ordered | Quantity Shipped | Customer SKU |
|---|---|---|---|---|
| 82077 | DS Pro Point Pen Stylus W/Lite | 60 | 60 | |
| 86045 | Performance Kit 360 | 40 | 40 | |
| 86059 | Power Combo 360 | 60 | 60 | |

(4)

3 CTNS
2 CTNS
3 CTNS



Packing List
Box Number    ✓

| Ship Date | Method of Transport | Special Instructions |
|---|---|---|
| 01/10/07 | UPS | |

Carrier    Bill of Lading Number
UPS

Prepared By: _____

Picked By: _____    Labeled By: _____

QC By: _____    Date: _____

Shipped By
**BDP INTERNATIONAL, INC**

SHIPPED BDP

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 22   **NT081253**
Page 22-6