**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 101146

**Customer AMA812**

NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM
1600 EAST NEWLANDS DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | BEST WAY | ORIGIN | Net 45 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | 97145 |

| Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 60 | 60 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite | N | 4.50 | 270.00 |
| | | | | UPC Code: | | | |
| 40 | 40 | 0 | 86045 | Performance Kit 360 | N | 28.00 | 1120.00 |
| | | | | UPC Code: | | | |
| 520 | 0 | 520 | 87005 | Wii Wireless Sensor Bar | N | 11.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 260 | 0 | 260 | 87000 | Nintendo Wii Charge Base | N | 17.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 320 | 0 | 320 | 87000 | Nintendo Wii Charge Base | N | 10.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 60 | 60 | 0 | 86059 | Power Combo 360 | N | 20.00 | 1200.00 |
| | | | | UPC Code: 743840860594 | | | |
| 140 | 0 | 140 | 83017 | PS3 Charge Base | N | 22.00 | 0.00 |
| | | | | UPC Code: | | | |
| 40 | 0 | 40 | 83032 | PS3 Power Cord | N | 5.00 | 0.00 |
| | | | | UPC Code: 743840830320 | | | |
| 80 | 0 | 80 | 83015 | PS3 Dual USB Charger | N | 13.00 | 0.00 |
| | | | | UPC Code: 743840 83015 3 | | | |
| 100 | 0 | 100 | 83010 | Intercooler for PS3 | N | 16.00 | 0.00 |
| | | | | UPC Code: 743840 83010 8 | | | |

Exhibit   17
A. Navid
1-30-13
S. Clifford. CSR 10154

Net due on 02/24/07

(Continued)                Customer Original (Reprinted)                Page    1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-1

NT046363



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Invoice 101146**

**Customer AMA812**

| Please Remit To: |
|---|
| NYKO Technologies, Inc. |
| P.O. Box 822424 |
| Philadelphia, PA  19182-2424 |

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM
1600 EAST NEWLANDS  DRIVE
FERNLEY, NV 89408
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 01/10/07 | BEST WAY | ORIGIN | Net 45 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| L3470035 | 01/09/07 | 04 | 97145 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 100 | 0 | 100 | 83010 | **Intercooler for PS3** | N | 16.00 | 0.00 |
| | | | | **UPC Code: 743840 83010 8** | | | |

| | | |
|---|---|---|
| | NonTaxable Subtotal | 2590.00 |
| Net due on 02/24/07 | Taxable Subtotal | 0.00 |
| | Tax | 0.00 |
| | Total Invoice | 2590.00 |

Customer Original (Reprinted)                Page        2

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-2

NT046364

Vendor Central

Page 1 of 1



amazon
Vendor Central   Hello, Nyko Technologies Inc (ywilliams@nyko.com)

HOME | HELP | RESOURCE CENTER | LOGOUT

ORDERS    ITEMS    MERCHANDISING    REPORTS    PAYMENTS    EDI    SETTINGS

**PO # L3470035**

Reload | Download all | Upload | Print shipping label & packing slip

| | | | Items | Units | Cost | Shipping Address | Billing Address |
|---|---|---|---|---|---|---|---|
| **Vendor Code** | NYKO9 | | | | | | |
| **Warehouse** | RNO1 - Fernley, NV | **Submitted** | 12 | 1900 | $ 24400.00 | Amazon.com.nvdc, Inc. | Amazon.com.nvdc, Inc. |
| **Status** | Closed | **Accepted** | 12 | 1900 | $ 24400.00 | 1600 East Newlands Drive | PO Box 80387 |
| **Order Placed** | 1/8/2007 | **Cancelled** | 5 | 915 | $ 11575.00 | Fernley, NV 89408 | Seattle, WA 98108-0387 |
| **Ship Window** | 1/8/2007 - 1/28/2007 | **Received** | 10 | 1605 | $ 21685.00 | | |
| **Backorder** | YES | | | | | | |
| **Freight Term** | Prepaid | | | | | | |
| **Payment Term** | INVOICE PAID WITHIN 45 DAYS OF THE INVOICE DATE | | | | | | |
| **Payment Method** | Invoice | | | | | | |

Displaying 12 Item(s). Click on a column header to sort the table by that column.

| UPC | ASIN ▲ | Title | Price | Discount | Cost | Submitted | Accepted | Cancelled | Received | Ship Date | Availability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 743840830108 | B000KIPDZO | PlayStation 3 Intercooler | $ 29.99 | 47% | $ 16.00 | 100 | 100 | 100 | 100 | 1/14/2007 | Accepted |
| 743840830153 | B000KIPDZY | Dual USB AC Adapter with USB Charge Cables for PS3 | $ 19.99 | 35% | $ 13.00 | 80 | 80 | 0 | 80 | 1/14/2007 | Accepted |
| 743840830320 | B000KIPE0I | Nyko Power Cord for PS3 (10 feet) | $ 14.99 | 67% | $ 5.00 | 40 | 40 | 0 | 40 | 1/14/2007 | Accepted |
| 743840830177 | B000LD263K | Playstation 3 Charge Base | $ 39.99 | 45% | $ 22.00 | 140 | 140 | 140 | 140 | 1/14/2007 | Accepted |
| 743840830092 | B000LD3S5K | PlayStation 3 Zero Wireless Controller - colors may vary | $ 59.99 | 50% | $ 30.00 | 20 | 20 | 20 | 0 | 1/14/2007 | Accepted |
| 743840860594 | B000LFF1BW | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | $ 48.60 | 59% | $ 20.00 | 60 | 60 | 0 | 60 | 1/14/2007 | Accepted |
| 743840870074 | B000LFHWFU | Nintendo Wii Intercooler | $ 26.33 | 72% | $ 7.50 | 260 | 260 | 260 | 0 | 1/14/2007 | Accepted |
| 743840870098 | B000LFJN7K | Nyko HD-Link for Wii | $ 42.53 | 76% | $ 10.00 | 320 | 320 | 0 | 320 | 1/14/2007 | Accepted |
| 743840870005 | B000LFJNF2 | Nyko Wii Charge Station | $ 29.99 | 43% | $ 17.00 | 260 | 260 | 0 | 260 | 1/14/2007 | Accepted |
| 743840870050 | B000LFJNG6 | Nyko Wireless Sensor Bar for Wii | $ 42.53 | 74% | $ 11.00 | 520 | 520 | 395 | 505 | 1/14/2007 | Accepted |
| 743840860457 | B000LRFCXC | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | $ 39.99 | 30% | $ 28.00 | 40 | 40 | 0 | 40 | 1/14/2007 | Accepted |
| 743840820772 | B000LRFCXC | Nintendo DS Lite Pro Point Stylus | $ 12.15 | 63% | $ 4.50 | 60 | 60 | 0 | 60 | 1/14/2007 | Accepted |

**Help | Contact Us | Rate this page**

© 2006-2012 Amazon.com, Inc. and its affiliates. All Rights Reserved. Vendor Central is a trademark of Amazon.com, Inc. or its affiliates.

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-3

NT046365

Vendor Central                                                                    Page 1 of 1

**PO # L3470035**

||||||||||||||||||||||||

**Order Details:**
PO # L3470035
Order Placed: January 8, 2007
Ship Window: January 8, 2007 - January 28, 2007

**From:**
Nyko (NYKO9)

**Shipping Address:**
Amazon.com.nvdc, Inc.
1600 East Newlands Drive
Fernley, NV 89408

**Billing Address:**
Amazon.com.nvdc, Inc.
PO Box 80387
Seattle, WA 98108-0387

| UPC | Title | Submitted | Accepted |
|---|---|---|---|
| 743840820772 | Nintendo DS Lite Pro Point Stylus | 60 | 60 |
| 743840860457 | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | 40 | 40 |
| 743840870050 | Nyko Wireless Sensor Bar for Wii | 520 | 505 |
| 743840870005 | Nyko Wii Charge Station | 260 | 260 |
| 743840870098 | Nyko HD-Link for Wii | 320 | 320 |
| 743840860594 | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | 60 | 60 |
| 743840830177 | Playstation 3 Charge Base | 140 | 140 |
| 743840830320 | Nyko Power Cord for PS3 (10 feet) | 40 | 40 |
| 743840830153 | Dual USB AC Adapter with USB Charge Cables for PS3 | 80 | 80 |
| 743840830108 | PlayStation 3 Intercooler | 100 | 100 |
| **Total** | | **1620** | **1605** |

Exhibit 23
Page 23-4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                                      NT046366



Please Remit To:

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 101147

**Customer AMA812**

NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM.KYDC,INC.
1850 MERCER DRIVE
LEXINGTON, KY 40511

| Date | Ship Via | | F.O.B. | | Terms | | Terr |
|------|----------|--|--------|--|-------|--|------|
| 01/10/07 | | | | | Net 45 Days | | 66 |

| Purchase Order Number | | Order Date | Salesperson | | Our Order Number | |
|------|--|------------|-------------|--|------------------|--|
| N2198145 | | 01/09/07 | 01 | | 97146 | |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|----------|------|------|-------------|-------------|-----|------------|--------|
| Req. | Ship | B.O. | | | | | |
| 40 | 40 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite | N | 4.50 | 180.00 |
| | | | | UPC Code: | | | |
| 20 | 20 | 0 | 86045 | Performance Kit 360 | N | 28.00 | 560.00 |
| | | | | UPC Code: | | | |
| 340 | 0 | 340 | 87005 | Wii Wireless Sensor Bar | N | 11.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 180 | 0 | 180 | 87000 | Nintendo Wii Charge Base | N | 17.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 200 | 0 | 200 | 87000 | Nintendo Wii Charge Base | N | 10.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 40 | 40 | 0 | 86059 | Power Combo 360 | N | 20.00 | 800.00 |
| | | | | UPC Code: 743840860594 | | | |
| 20 | 20 | 0 | 83000 | PS-3 USB Charging Cable | N | 30.00 | 600.00 |
| | | | | UPC Code: 743840830009 | | | |
| 100 | 0 | 100 | 83017 | PS3 Charge Base | N | 22.00 | 0.00 |
| | | | | UPC Code: | | | |
| 40 | 0 | 40 | 83032 | PS3 Power Cord | N | 5.00 | 0.00 |
| | | | | UPC Code: 743840830320 | | | |
| 60 | 0 | 60 | 83015 | PS3 Dual USB Charger | N | 13.00 | 0.00 |
| | | | | UPC Code: 743840 83015 3 | | | |

Net due on 02/24/07

(Continued)                     Customer Original (Reprinted)                     Page    1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-5

NT046367



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

| Please Remit To: |
| --- |
| NYKO Technologies, Inc. |
| P.O. Box 822424 |
| Philadelphia, PA  19182-2424 |

# Invoice 101147

**Customer AMA812**

**Bill To:**

AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA

**Ship To:**

AMAZON.COM.KYDC,INC.
1850 MERCER  DRIVE
LEXINGTON, KY 40511

| Date | Ship Via | | | F.O.B. | | Terms | | Terr |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01/10/07 | | | | | | Net 45 Days | | 66 |

| Purchase Order Number | | | Order Date | | Salesperson | | Our Order Number | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| N2198145 | | | 01/09/07 | | 01 | | 97146 | |

| Quantity | | | Item Number | Description | | Tax | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Req. | Ship | B.O. | | | | | | |
| 80 | 0 | 80 | 83010 | Intercooler for PS3 | | N | 16.00 | 0.00 |
| | | | | UPC Code: 743840 83010 8 | | | | |

Net due on 02/24/07

| | |
| --- | --- |
| NonTaxable Subtotal | 2140.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2140.00 |

Customer Original (Reprinted)                         Page      2

Exhibit 23
Page 23-6

CONFIDENTIAL-ATTORNEYS' EYES ONLY

NT046368

Vendor Central                                                                                        Page 1 of 1



CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-7

NT046369

Vendor Central                                                                    Page 1 of 1

**PO # N2198145**



**Order Details:**
PO # N2198145
Order Placed: January 8, 2007
Ship Window: January 8, 2007 - January 28, 2007

**From:**
Nyko (NYKO9)

**Shipping Address:**
Amazon.com.kydc LLC
1850 Mercer Drive
Lexington, KY 40511

**Billing Address:**
Amazon.com.kydc LLC
PO Box 80387
Seattle, WA 98108-0387

| UPC | Title | Submitted | Accepted |
|---|---|---|---|
| 743840820772 | Nintendo DS Lite Pro Point Stylus | 40 | 41 |
| 743840860457 | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | 20 | 20 |
| 743840870050 | Nyko Wireless Sensor Bar for Wii | 340 | 340 |
| 743840870005 | Nyko Wii Charge Station | 180 | 180 |
| 743840870098 | Nyko HD-Link for Wii | 200 | 120 |
| 743840860594 | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | 40 | 40 |
| 743840830009 | Nyko Charge Link for PS3 | 0 | 20 |
| 743840830320 | Nyko Power Cord for PS3 (10 feet) | 40 | 40 |
| 743840830153 | Dual USB AC Adapter with USB Charge Cables for PS3 | 60 | 60 |
| **Total** | | **920** | **861** |

Exhibit 23

CONFIDENTIAL-ATTORNEYS' EYES ONLY        Page 23-8                                 NT046370



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 101148

**Customer AMA812**

Bill To:

**AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA**

Ship To:

**AMAZON.COM.KYDC,INC.
1050 SOUTH COLUMBIA AVE.
CAMPBELLSVILLE, KY 42718**

| Date | Ship Via | | F.O.B. | Terms | | Terr |
|---|---|---|---|---|---|---|
| 01/10/07 | BEST WAY-1 | | ORIGIN | Net 45 Days | | 66 |

| Purchase Order Number | | Order Date | Salesperson | Our Order Number |
|---|---|---|---|---|
| R9850313 | | 01/09/07 | 04 | 97147 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 20 | 20 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite | N | 4.50 | 90.00 |
| | | | | UPC Code: | | | |
| 20 | 20 | 0 | 86045 | Performance Kit 360 | N | 28.00 | 560.00 |
| | | | | UPC Code: | | | |
| 220 | 0 | 220 | 87005 | Wii Wireless Sensor Bar | N | 11.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 80 | 0 | 80 | 87005 | Wii Wireless Sensor Bar | N | 17.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 140 | 0 | 140 | 87000 | Nintendo Wii Charge Base | N | 10.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 20 | 20 | 0 | 86059 | Power Combo 360 | N | 20.00 | 400.00 |
| | | | | UPC Code: 743840860594 | | | |
| 60 | 0 | 60 | 83017 | PS3 Charge Base | N | 22.00 | 0.00 |
| | | | | UPC Code: | | | |
| 40 | 0 | 40 | 83032 | PS3 Power Cord | N | 5.00 | 0.00 |
| | | | | UPC Code: 743840830320 | | | |
| 40 | 0 | 40 | 83015 | PS3 Dual USB Charger | N | 13.00 | 0.00 |
| | | | | UPC Code: 743840 83015 3 | | | |
| 60 | 0 | 60 | 83010 | Intercooler for PS3 | N | 16.00 | 0.00 |
| | | | | UPC Code: 743840 83010 8 | | | |

Net due on 02/24/07

| | |
|---|---|
| NonTaxable Subtotal | 1050.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 1050.00 |

Customer Original (Reprinted)

Page     1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-9

NT046371

Vendor Central                                                                                    Page 1 of 1

**amazon** Vendor Central          Hello, Nyko Technologies Inc (ywilliams@nyko.com)          ⌂ HOME | HELP | RESOURCE CENTER | LOGOUT

| ORDERS | ITEMS | MERCHANDISING | REPORTS | PAYMENTS | EDI | SETTINGS |

## PO # R9850313

Reload | Download all | Upload | Print shipping label & packing slip

| | | Items | Units | Cost | **Shipping Address** | **Billing Address** |
|---|---|---|---|---|---|---|
| **Vendor Code** | NYKO9 | | | | | |
| **Warehouse** | SDF1 – Campbellsville, KY | | | | Amazon.com.kydc LLC | Amazon.com.kydc LLC |
| **Status** | Closed | Submitted | 12 | 840 | $ 10730.00 | 1050 South Columbia Ave. | PO Box 80387 |
| **Order Placed** | 1/8/2007 | Accepted | 12 | 840 | $ 10730.00 | Campbellsville, KY 42718 | Seattle, WA 98108-0387 |
| **Ship Window** | 1/8/2007 - 1/28/2007 | Cancelled | 5 | 355 | $ 4825.00 | | |
| **Backorder** | YES | Received | 9 | 660 | $ 8230.00 | | |
| **Freight Term** | Prepaid | | | | | | |
| **Payment Term** | INVOICE PAID WITHIN 45 DAYS OF THE INVOICE DATE | | | | | | |
| **Payment Method** | Invoice | | | | | | |

Displaying 12 item(s). Click on a column header to sort the table by that column.

| UPC | ASIN ▲ | Title | Price | Discount | Cost | Submitted | Accepted | Cancelled | Received | Ship Date | Availability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 743840830108 | B000KIPDZO | PlayStation 3 Intercooler | $ 29.99 | 47% | $ 16.00 | 60 | 60 | 60 | 80 | 1/14/2007 | Accepted |
| 743840830153 | B000KIPDZY | Dual USB AC Adapter with USB Charge Cables for PS3 | $ 19.99 | 35% | $ 13.00 | 40 | 40 | 0 | 40 | 1/14/2007 | Accepted |
| 743840830320 | B000KIPEOI | Nyko Power Cord for PS3 (10 feet) | $ 14.99 | 67% | $ 5.00 | 40 | 40 | 0 | 40 | 1/14/2007 | Accepted |
| 743840830177 | B000LD263K | PlayStation 3 Charge Base | $ 29.99 | 45% | $ 22.00 | 60 | 60 | 60 | 0 | 1/14/2007 | Accepted |
| 743840830092 | B000LD355K | PlayStation 3 Zero Wireless Controller - colors may vary | $ 59.99 | 50% | $ 30.00 | 20 | 20 | 20 | 0 | 1/14/2007 | Accepted |
| 743840860594 | B000LFF1BW | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | $ 48.60 | 59% | $ 20.00 | 20 | 20 | 0 | 20 | 1/14/2007 | Accepted |
| 743840870074 | B000LFHWFU | Nintendo Wii Intercooler | $ 26.33 | 72% | $ 7.50 | 120 | 120 | 120 | 0 | 1/14/2007 | Accepted |
| 743840870098 | B000LFJN7K | Nyko HD-Link for Wii | $ 42.53 | 76% | $ 10.00 | 140 | 140 | 0 | 140 | 1/14/2007 | Accepted |
| 743840870005 | B000LFJNF2 | Nyko Wii Charge Station | $ 29.99 | 43% | $ 17.00 | 80 | 80 | 0 | 80 | 1/14/2007 | Accepted |
| 743840870050 | B000LFJNG6 | Nyko Wireless Sensor Bar for Wii | $ 42.53 | 74% | $ 11.00 | 220 | 220 | 95 | 220 | 1/14/2007 | Accepted |
| 743840860457 | B000LFJNGG | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | $ 39.99 | 30% | $ 28.00 | 20 | 20 | 0 | 20 | 1/14/2007 | Accepted |
| 743840820772 | B000LRFCXC | Nintendo DS Lite Pro Point Stylus | $ 12.15 | 63% | $ 4.50 | 20 | 20 | 0 | 20 | 1/14/2007 | Accepted |

**Help | Contact Us | Rate this page**

© 2006-2012 Amazon.com, Inc. and its affiliates. All Rights Reserved. Vendor Central is a trademark of Amazon.com, Inc. or its affiliates.

Exhibit 23

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          Page 23-10          NT046372

Vendor Central                                                                    Page 1 of 1

**PO # R9850313**



**Order Details:**
PO # R9850313
Order Placed: January 8, 2007
Ship Window: January 8, 2007 - January 28, 2007

**From:**
Nyko (NYKO9)

**Shipping Address:**
Amazon.com.kydc LLC
1050 South Columbia Ave.
Campbellsville, KY 42718

**Billing Address:**
Amazon.com.kydc LLC
PO Box 80387
Seattle, WA 98108-0387

| UPC | Title | Submitted | Accepted |
|---|---|---|---|
| 743840820772 | Nintendo DS Lite Pro Point Stylus | 20 | 20 |
| 743840860457 | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | 20 | 20 |
| 743840870050 | Nyko Wireless Sensor Bar for Wii | 220 | 220 |
| 743840870005 | Nyko Wii Charge Station | 80 | 80 |
| 743840870098 | Nyko HD-Link for Wii | 140 | 140 |
| 743840860594 | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | 20 | 20 |
| 743840830320 | Nyko Power Cord for PS3 (10 feet) | 40 | 40 |
| 743840830153 | Dual USB AC Adapter with USB Charge Cables for PS3 | 40 | 40 |
| 743840830108 | PlayStation 3 Intercooler | 60 | 80 |
| **Total** | | **640** | **660** |

CONFIDENTIAL-ATTORNEYS' EYES ONLY          Page 23-11                            NT046373



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 101149

**Customer AMA812**

**Bill To:**

**AMAZON.COM
VENDOR NYKO9#
PO BOX 80387
SEATTLE, WA 98108-0387
USA**

**Ship To:**

**AMAZOM.COM .DEDC,INC.
1 CENTERPOINT BLVD.
NEWCASTLE, DE 19720**

| Date | Ship Via | | F.O.B. | | Terms | | Terr |
|---|---|---|---|---|---|---|---|
| 01/10/07 | | | | | Net 45 Days | | 66 |

| Purchase Order Number | | Order Date | Salesperson | | Our Order Number | |
|---|---|---|---|---|---|---|
| R8351981 | | 01/09/07 | 01 | | 97148 | |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | B.O. | | | | | |
| 60 | 60 | 0 | 82077 | DS Pro Point Pen Stylus W/Lite | N | 4.50 | 270.00 |
| | | | | UPC Code: | | | |
| 40 | 40 | 0 | 86045 | Performance Kit 360 | N | 28.00 | 1120.00 |
| | | | | UPC Code: | | | |
| 660 | 0 | 660 | 87005 | Wii Wireless Sensor Bar | N | 11.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 340 | 0 | 340 | 87005 | Wii Wireless Sensor Bar | N | 17.00 | 0.00 |
| | | | | UPC Code: 743840870050 | | | |
| 400 | 0 | 400 | 87000 | Nintendo Wii Charge Base | N | 10.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 60 | 60 | 0 | 86059 | Power Combo 360 | N | 20.00 | 1200.00 |
| | | | | UPC Code: 743840860594 | | | |
| 160 | 0 | 160 | 83017 | PS3 Charge Base | N | 22.00 | 0.00 |
| | | | | UPC Code: | | | |
| 80 | 0 | 80 | 83032 | PS3 Power Cord | N | 5.00 | 0.00 |
| | | | | UPC Code: 743840830320 | | | |
| 120 | 0 | 120 | 83015 | PS3 Dual USB Charger | N | 13.00 | 0.00 |
| | | | | UPC Code: 743840 83015 3 | | | |
| 140 | 0 | 140 | 83010 | Intercooler for PS3 | N | 16.00 | 0.00 |
| | | | | UPC Code: 743840 83010 8 | | | |

Net due on 02/24/07

| | |
|---|---|
| NonTaxable Subtotal | 2590.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2590.00 |

Customer Original (Reprinted)

Page    1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 23
Page 23-12

NT046374

Vendor Central                                                                 Page 1 of 1



Displaying 12 item(s). Click on a column header to sort the table by that column.

| UPC | ASIN ▲ | Title | Price | Discount | Cost | Submitted | Accepted | Cancelled | Received | Ship Date | Availability |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 743840830108 | B000KIPDZO | PlayStation 3 Intercooler | $ 29.99 | 47% | $ 16.00 | 140 | 140 | 140 | | 140 1/14/2007 | Accepted |
| 743840830153 | B000KIPDZY | Dual USB AC Adapter with USB Charge Cables for PS3 | $ 19.99 | 35% | $ 13.00 | 120 | 120 | 0 | | 120 1/14/2007 | Accepted |
| 743840830320 | B000KIPE0I | Nyko Power Cord for PS3 (10 feet) | $ 14.99 | 67% | $ 5.00 | 80 | 80 | 0 | | 80 1/14/2007 | Accepted |
| 743840830177 | B000LD263X | Playstation 3 Charge Base | $ 39.99 | 45% | $ 22.00 | 160 | 160 | 160 | | 160 1/14/2007 | Accepted |
| 743840830092 | B000LD365K | PlayStation 3 Zero Wireless Controller - colors may vary | $ 59.99 | 50% | $ 30.00 | 40 | 40 | 40 | | 0 1/14/2007 | Accepted |
| 743840860594 | B000LFF1BW | Xbox 360 Power Charger Combo (Charge Station, Power Kit) | $ 48.60 | 59% | $ 20.00 | 60 | 60 | 0 | | 60 1/14/2007 | Accepted |
| 743840870074 | B000LFHWFU | Nintendo Wii Intercooler | $ 26.33 | 72% | $ 7.50 | 320 | 320 | 320 | | 0 1/14/2007 | Accepted |
| 743840870098 | B000LFJN7K | Nyko HD-Link for Wii | $ 42.53 | 76% | $ 10.00 | 400 | 400 | 0 | | 400 1/14/2007 | Accepted |
| 743840870005 | B000LFJNF2 | Nyko Wii Charge Station | $ 29.99 | 43% | $ 17.00 | 340 | 340 | 0 | | 340 1/14/2007 | Accepted |
| 743840870050 | B000LFJNG6 | Nyko Wireless Sensor Bar for Wii | $ 42.53 | 74% | $ 11.00 | 660 | 660 | 535 | | 660 1/14/2007 | Accepted |
| 743840860457 | B000LFJNGG | Xbox 360 Performance Kit (Intercooler, Charge Station, 2 Battery Packs) | $ 39.99 | 30% | $ 28.00 | 40 | 40 | 0 | | 40 1/14/2007 | Accepted |
| 743840820772 | B000LRFCXC | Nintendo DS Lite Pro Point Stylus | $ 12.15 | 63% | $ 4.50 | 60 | 60 | 0 | | 60 1/14/2007 | Accepted |

**Help | Contact Us | Rate this page**

© 2006-2012 Amazon.com, Inc. and its affiliates. All Rights Reserved. Vendor Central is a trademark of Amazon.com, Inc. or its affiliates.

Vendor Central                                                                                                    Page 1 of 2

## amazon
**Vendor Central**          Hello, Nyko Technologies Inc (ywilliams@nyko.com)    ♠ HOME  |  HELP  |  RESOURCE CENTER  |  LOGOUT

| ORDERS | ITEMS | MERCHANDISING | REPORTS | PAYMENTS | EDI | SETTINGS |

### Shipping Label for PO # R8351981

To print the shipping label, click the "Print shipping label" button below once you see the shipping label in the window.



**Amazon.com.dedc, Inc.**
**1 Centerpoint Blvd**
**New Castle, DE 19720**
**[PHL1]**

**PO. # R8351981**

Place shipping label on outside of all packages.                          [ Print shipping label ]

### Packing Slip for PO # R8351981

To print the packing slip, click the "Print packing slip" button below once you see the packing slip in the window.

If items were just confirmed, items may not yet be updated on the packing slip. Please check back later if the items shown do not match those you have confirmed.

**PO # R8351981**                                   

**Order Details:**
PO # R8351981
Order Placed: January 8, 2007
Ship Window: January 8, 2007 - January 28, 2007

**From:**
Nyko (NYKO9)

| **Shipping Address:** | **Billing Address:** |
|---|---|
| Amazon.com.dedc, Inc. | Amazon.com.dedc, Inc. |
| 1 Centerpoint Blvd | PO Box 80387 |
| New Castle, DE 19720 | Seattle, WA 98108-0387 |

Print the packing slip and include it inside your shipment.                [ Print packing slip ]

[ Back to PO ]

CONFIDENTIAL-ATTORNEYS' EYES ONLY       Exhibit 23
Page 23-14                                                        NT046376

**Help | Contact Us | Rate this page**

© 2006-2012 Amazon.com, Inc. and its affiliates. All Rights Reserved. Vendor Central is a trademark of Amazon.com, Inc. or its affiliates.

CONFIDENTIAL-ATTORNEYS' EYES ONLY        Page 23-15                              NT046377