

**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 103225

Customer MICR05

**Bill To:**
MICRO CENTER ELECTRONICS, INC.
MICRO CENTER, INC.
P.O. BOX 910
HILLIARD, OH 43026-0910
USA

**Ship To:**
MICRO ELECTRONICS, INC.
MICRO CENTER, INC. #00001
2701 B CHARTER STREET
COLUMBUS, OH 43228
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/26/07 | | | Net 45 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 54747 | 02/23/07 | 01 | 99161 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 6 | 5 | 1 | 87009 | Wii Component Cables<br>UPC Code: 743840870098 | N | 10.00 | 50.00 |
| 5 | 0 | 5 | 83017 | PS3 Charge Base<br>UPC Code: | N | 17.00 | 0.00 |
| 5 | 5 | 0 | 86025 | Charge Station 360<br>UPC Code: 743840860259 | N | 17.00 | 85.00 |
| 5 | 5 | 0 | 83030 | PS3 HDMI Cable<br>UPC Code: 743840830306 | N | 15.00 | 75.00 |
| 4 | 4 | 0 | 82053 | NDS Lite Charger Grip<br>UPC Code: 743840 82053 6 | N | 16.00 | 64.00 |
| 9 | 5 | 4 | 82077 | DS Pro Point Pen Stylus W/Lite<br>UPC Code: | N | 4.50 | 22.50 |

Exhibit 18
A. Navid
1-30-13
S. Clifford. CSR 10154

Net due on 04/12/07

| | |
|---|---|
| NonTaxable Subtotal | 296.50 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 296.50 |

Customer Original (Reprinted)     Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 24
Page 24-1

NT046362



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 113979

Customer BATA01

**Bill To:**

BAKER & TAYLOR ENTERTAINMENT
ACCOUNTS PAYABLE/ ENT.DIVISION
2550 TYVOLA ROAD SUITE#300
CHARLOTTE, NC 28217

**Ship To:**

BAKER & TAYLOR ENTERTAINMENT
1160 TRADEMARK DRIVE SUITE 107
SOUTH MEADOWS BUSINESS PARK
RENO, NV 89511

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 07/11/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 093037632 | 02/06/07 | 01 | 98192 |

| Quantity Req. | Quantity Ship | Quantity B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 0 | 0 | 0 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 300 | 100 | 200 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 2200.00 |
| 0 | 0 | 0 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 0 | 0 | 0 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 0.00 |

Net due on 08/10/07

| | |
|---|---|
| NonTaxable Subtotal | 2200.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2200.00 |

Customer Original (Reprinted)      Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 24
Page 24-2

NT046420



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 113980

Customer BATA01

Bill To:

**BAKER & TAYLOR ENTERTAINMENT**
**ACCOUNTS PAYABLE/ ENT.DIVISION**
**2550 TYVOLA ROAD SUITE#300**
**CHARLOTTE, NC 28217**

Ship To:

**BAKER & TAYLOR ENTERTAINMENT**
**505 S. GLADIOUS STREET**
**MOMENCE, IL 60954**

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 07/11/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 092040199 | 02/06/07 | 01 | 98193 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 0 | 0 | 0 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 600 | 100 | 500 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 2200.00 |
| 0 | 0 | 0 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 0 | 0 | 0 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 0.00 |

Net due on 08/10/07

| | |
|---|---|
| NonTaxable Subtotal | 2200.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2200.00 |

Customer Original (Reprinted)   Page 1

Exhibit 24
Page 24-3

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046421



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

Please Remit To:

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102102

Customer BATA01

Bill To:

**BAKER & TAYLOR ENTERTAINMENT**
ACCOUNTS PAYABLE/ ENT.DIVISION
2550 TYVOLA ROAD SUITE#300
CHARLOTTE, NC 28217

Ship To:

BAKER & TAYLOR ENTERTAINMENT
NEW JERSEY
1120 ROUTE 22 EAST
BRIDGEWATER, NJ 08807

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/06/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 094039232 | 02/05/07 | 01 | 98103 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 360 | 360 | 0 | 80592 | Wireless Guitar Controller for PS2  UPC Code: 743840805922 | N | 37.50 | 13500.00 |
| 360 | 0 | 360 | 83010 | Intercooler for PS3  UPC Code: 743840 83010 8 | N | 12.50 | 0.00 |
| 100 | 0 | 100 | 83017 | PS3 Charge Base  UPC Code: | N | 17.00 | 0.00 |

Net due on 03/08/07

| | |
|---|---:|
| NonTaxable Subtotal | 13500.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 13500.00 |

Customer Original (Reprinted)

Exhibit 24
Page 24-4

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

NT046422



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 102577

Customer BATA01

Bill To:

**BAKER & TAYLOR ENTERTAINMENT**
**ACCOUNTS PAYABLE/ ENT.DIVISION**
2550 TYVOLA ROAD  SUITE#300
CHARLOTTE, NC 28217

Ship To:

BAKER & TAYLOR ENTERTAINMENT
1401 LAKEWAY DRIVE
LEWISVILLE, TX 75057

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 095008395 | 02/06/07 | 01 | 98190 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | 0 | 200 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 200 | 0 | 200 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 300 | 0 | 300 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 200 | 0 | 200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 200 | 50 | 150 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 550.00 |

Net due on 03/23/07

| | |
|---|---|
| NonTaxable Subtotal | 550.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 550.00 |

Customer Original (Reprinted)

Exhibit 24
Page 24-5

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046423



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102578

Customer BATA01

**Bill To:**
BAKER & TAYLOR ENTERTAINMENT
ACCOUNTS PAYABLE/ ENT.DIVISION
2550 TYVOLA ROAD SUITE#300
CHARLOTTE, NC 28217

**Ship To:**
BAKER & TAYLOR ENTERTAINMENT
NEW JERSEY
1120 ROUTE 22 EAST
BRIDGEWATER, NJ 08807

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 094041946 | 02/06/07 | 01 | 98191 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 400 | 0 | 400 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 400 | 0 | 400 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 600 | 0 | 600 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 600 | 0 | 600 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 600 | 50 | 550 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 550.00 |

Net due on 03/23/07

| | | |
|---|---|---|
| NonTaxable Subtotal | | 550.00 |
| Taxable Subtotal | | 0.00 |
| Tax | | 0.00 |
| Total Invoice | | 550.00 |

Customer Original (Reprinted)

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Exhibit 24
Page 24-6

NT046424



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 102579

**Customer BATA01**

**Bill To:**
BAKER & TAYLOR ENTERTAINMENT
ACCOUNTS PAYABLE/ ENT.DIVISION
2550 TYVOLA ROAD  SUITE#300
CHARLOTTE, NC 28217

**Ship To:**
BAKER & TAYLOR ENTERTAINMENT
1160 TRADEMARK DRIVE SUITE 107
SOUTH MEADOWS BUSINESS PARK
RENO, NV 89511

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 093037632 | 02/06/07 | 01 | 98192 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | 0 | 200 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 200 | 0 | 200 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 300 | 0 | 300 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 400 | 0 | 400 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 400 | 50 | 350 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 550.00 |

Net due on 03/23/07

| | |
|---|---|
| NonTaxable Subtotal | 550.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 550.00 |

Customer Original (Reprinted)     Page  1

Exhibit 24
Page 24-7

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046425



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 102580

Customer BATA01

**Bill To:**
BAKER & TAYLOR ENTERTAINMENT
ACCOUNTS PAYABLE/ ENT.DIVISION
2550 TYVOLA ROAD  SUITE#300
CHARLOTTE, NC 28217

**Ship To:**
BAKER & TAYLOR ENTERTAINMENT
505 S. GLADIOUS STREET
MOMENCE, IL 60954

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | | | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 092040199 | 02/06/07 | 01 | 98193 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 400 | 0 | 400 | 83010 | Intercooler for PS3 | N | 16.00 | 0.00 |
| | | | | UPC Code: 743840 83010 8 | | | |
| 400 | 0 | 400 | 83015 | PS3 Dual USB Charger | N | 13.00 | 0.00 |
| | | | | UPC Code: 743840 83015 3 | | | |
| 600 | 0 | 600 | 83017 | PS3 Charge Base | N | 22.00 | 0.00 |
| | | | | UPC Code: | | | |
| 600 | 0 | 600 | 87000 | Nintendo Wii Charge Base | N | 17.00 | 0.00 |
| | | | | UPC Code: 743840870005 | | | |
| 600 | 50 | 550 | 87005 | Wii Wireless Sensor Bar | N | 11.00 | 550.00 |
| | | | | UPC Code: 743840870050 | | | |

Net due on 03/23/07

| | |
|---|---|
| NonTaxable Subtotal | 550.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 550.00 |

Customer Original (Reprinted)
Exhibit 24
Page 24-8

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

NT046426



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 103190

Customer EURPAC

**Bill To:**

EURPAC WAREHOUSE SALES (HE-VS)
PO BOX 5497
VIRGINIA BEACH, VA 23471

**Ship To:**

EURPAC WAREHOUSE SALES (HE-VB)
1421 DIAMOND SPRINGS ROAD
VIRGINIA BEACH, VA 23455

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/23/07 | BEST WAY | ORIGIN | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 9779757 | 02/22/07 | 01 | 99117 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | 0 | 200 | 83017 | PS3 Charge Base | N | 19.80 | 0.00 |
|  |  |  |  | UPC Code: |  |  |  |
| 140 | 0 | 140 | 83009 | PS3 Zero Controller | N | 27.00 | 0.00 |
|  |  |  |  | UPC Code: 743840830092 |  |  |  |
| 280 | 0 | 280 | 83010 | Intercooler for PS3 | N | 14.40 | 0.00 |
|  |  |  |  | UPC Code: 743840 83010 8 |  |  |  |
| 165 | 0 | 165 | 87000 | Nintendo Wii Charge Station | N | 15.30 | 0.00 |
|  |  |  |  | UPC Code: 743840870005 |  |  |  |
| 200 | 0 | 200 | 87005 | Wii Wireless Sensor Bar | N | 9.90 | 0.00 |
|  |  |  |  | UPC Code: 743840870050 |  |  |  |
| 300 | 300 | 0 | 87009 | Wii Component Cables | N | 9.00 | 2700.00 |
|  |  |  |  | UPC Code: 743840870098 |  |  |  |

Net due on 03/25/07

| | |
|---|---|
| NonTaxable Subtotal | 2700.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 2700.00 |

Customer Original (Reprinted)

Exhibit 24
Page 24-9

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046427



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 113982

**Customer EURPAC**

Bill To:

**EURPAC WAREHOUSE SALES (HE-VS)**
**PO BOX 5497**
**VIRGINIA BEACH, VA 23471**

Ship To:

**EURPAC WAREHOUSE SALES (HE-VB)**
**1421 DIAMOND SPRINGS ROAD**
**VIRGINIA BEACH, VA 23455**

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 07/11/07 | BEST WAY | ORIGIN | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 9779757 | 02/22/07 | 01 | 99117 |

| Quantity Req. | Quantity Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 200 | 200 | 0 | 83017 | PS3 Charge Base<br>UPC Code: | N | 19.80 | 3960.00 |
| 140 | 0 | 140 | 83009 | PS3 Zero Controller<br>UPC Code: 743840830092 | N | 27.00 | 0.00 |
| 0 | 0 | 0 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 16.00 | 0.00 |
| 0 | 0 | 0 | 87000 | Nintendo Wii Charge Station<br>UPC Code: 743840870005 | N | 15.30 | 0.00 |
| 0 | 0 | 0 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 9.90 | 0.00 |
| 0 | 0 | 0 | 87009 | Wii Component Cables<br>UPC Code: 743840870098 | N | 9.00 | 0.00 |

Net due on 08/10/07

| | |
|---|---|
| NonTaxable Subtotal | 3960.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 3960.00 |

Customer Original (Reprinted)

Page 1

Exhibit 24
Page 24-10

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046428



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102575

Customer HOLY25

**Bill To:**

HOLLYWOOD ENTERTAINMENT CORPORATION
ACCOUNTS PAYABLE-PRODUCT
9275 S.W. PEYTON LANE
WILSONVILLE, OR 97070
USA

**Ship To:**

HOLLYWOOD ENT./GAME CRAZY DC#000107
000107-RIDDER ROAD DC
25600 SW PARKWAY CENTER DRIVE
WILSONVILLE, OR 97070

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | BEST WAY | ORIGIN | Net 60 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 621540 | 02/01/07 | 04 | 98080 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 82053 | NDS Lite Charger Grip<br>UPC Code: 743840 82053 6 | N | 16.00 | 0.00 |
| 0 | 0 | 0 | 82079 | NDS Pro Point Double Stylus W/Lite/Strap<br>UPC Code: 743840820796 | N | 6.50 | 0.00 |
| 400 | 0 | 400 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 800 | 0 | 800 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 480 | 375 | 105 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 4125.00 |

Net due on 04/22/07

| | |
|---|---:|
| NonTaxable Subtotal | 4125.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 4125.00 |

Customer Original (Reprinted)

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 24
Page 24-11

NT046429



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102576

Customer HOLY25

Bill To:

HOLLYWOOD ENTERTAINMENT CORPORATION
ACCOUNTS PAYABLE-PRODUCT
9275 S.W. PEYTON LANE
WILSONVILLE, OR 97070
USA

Ship To:

HOLLYWOOD ENTERTAINMENT CORPORATION
EDC #000103
601 MASON ROAD
LAVERNE, TN 37086

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/21/07 | BEST WAY | ORIGIN | Net 60 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 621541 | 02/01/07 | 01 | 98081 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 82053 | NDS Lite Charger Grip<br>UPC Code: 743840 82053 6 | N | 16.00 | 0.00 |
| 0 | 0 | 0 | 82079 | NDS Pro Point Double Stylus W/Lite/Strap<br>UPC Code: 743840820796 | N | 6.50 | 0.00 |
| 600 | 0 | 600 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 1200 | 0 | 1200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 720 | 375 | 345 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 4125.00 |

Net due on 04/22/07

| | |
|---|---|
| NonTaxable Subtotal | 4125.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 4125.00 |

Customer Original (Reprinted)

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 24
Page 24-12

NT046430



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 102086

Customer HOLY25

**Bill To:**

HOLLYWOOD ENTERTAINMENT CORPORATION
ACCOUNTS PAYABLE-PRODUCT
9275 S.W. PEYTON LANE
WILSONVILLE, OR 97070
USA

**Ship To:**

HOLLYWOOD ENT./GAME CRAZY DC#000107
000107-RIDDER ROAD DC
25600 SW PARKWAY CENTER DRIVE
WILSONVILLE, OR 97070

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/05/07 | BEST WAY | ORIGIN | Net 60 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 621540 | 02/01/07 | 04 | 98080 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 400 | 400 | 0 | 82053 | NDS Lite Charger Grip<br>UPC Code: 743840 82053 6 | N | 16.00 | 6400.00 |
| 560 | 560 | 0 | 82079 | NDS Pro Point Double Stylus W/Lite/Strap<br>UPC Code: 743840820796 | N | 6.50 | 3640.00 |
| 400 | 0 | 400 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 800 | 0 | 800 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 480 | 0 | 480 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 0.00 |

Net due on 04/06/07

| | |
|---|---|
| NonTaxable Subtotal | 10040.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 10040.00 |

Customer Original (Reprinted)

Page  1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Exhibit 24
Page 24-13

NT046431

NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 102087

Customer HOLY25

**Bill To:**
HOLLYWOOD ENTERTAINMENT CORPORATION
ACCOUNTS PAYABLE-PRODUCT
9275 S.W. PEYTON LANE
WILSONVILLE, OR 97070
USA

**Ship To:**
HOLLYWOOD ENTERTAINMENT CORPORATION
EDC #000103
601 MASON ROAD
LAVERNE, TN 37086

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/05/07 | BEST WAY | ORIGIN | Net 60 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 621541 | 02/01/07 | 01 | 98081 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 600 | 600 | 0 | 82053 | NDS Lite Charger Grip<br>UPC Code: 743840 82053 6 | N | 16.00 | 9600.00 |
| 840 | 840 | 0 | 82079 | NDS Pro Point Double Stylus W/Lite/Strap<br>UPC Code: 743840820796 | N | 6.50 | 5460.00 |
| 600 | 0 | 600 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 1200 | 0 | 1200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 720 | 0 | 720 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 11.00 | 0.00 |

Net due on 04/06/07

| | |
|---|---|
| NonTaxable Subtotal | 15060.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 15060.00 |

Customer Original (Reprinted)

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Exhibit 24
Page 24-14

NT046432



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 103188

**Customer SOL2GO**

**Bill To:**
SOLUTION 2 GO INC.
190 STATESMAN DRIVE
MISSISSAUGA ONTARIO, L5S 1X7
CANADA

**Ship To:**
SOLUTION 2 GO INC.
190 STATESMAN DRIVE
MISSISSAUGA ONTARIO, L5S 1X7
CANADA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/23/07 | UPS | Origin | C.I.A. | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 004193 | 02/20/07 | 01 | 99007 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 100 | 100 | 0 | 81550 | 128 Mb, 35X GC Memory Card<br>UPC Code: 743840 81550 1 | N | 13.00 | 1300.00 |
| 120 | 0 | 120 | 80592 | Wireless Guitar Controller for PS2<br>UPC Code: 743840805922 | N | 38.00 | 0.00 |
| 400 | 0 | 400 | 87009 | WII Component Cables<br>UPC Code: 743840870098 | N | 10.00 | 0.00 |
| 200 | 0 | 200 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 15.00 | 0.00 |
| 400 | 0 | 400 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 17.00 | 0.00 |
| 500 | 0 | 500 | 87005 | WII Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 10.50 | 0.00 |
| 200 | 0 | 200 | 83017 | PS3 Charge Base<br>UPC Code: | N | 22.00 | 0.00 |
| 500 | 500 | 0 | 86020 | X-Box 360 Intercooler<br>UPC Code: 743840860204 | Y | 11.00 | 5500.00 |

NonTaxable Subtotal  1300.00
Taxable Subtotal     5500.00
Tax (6.000%)          330.00
Total Invoice        7130.00

Customer Original (Reprinted)

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Exhibit 24
Page 24-15

NT046433



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 103180

Customer VISCO1

**Bill To:**
VISCO ENTERTAINMENT
1250 LOUIS AVE.
ELK GROVE VILLAGEIII, 1L 60007

**Ship To:**
VISCO ENTERTAINMENT
1250 LOUIS AVE.
ELK GROVE VILLAGE, IL 60007

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/23/07 | UPS | Origin | Net 30 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 11170698 | 01/24/07 | 01 | 97596 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 83000 | PS-3 USB Charging Cable<br>UPC Code: 743840830009 | N | 5.00 | 0.00 |
| 960 | 0 | 960 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 12.50 | 0.00 |
| 0 | 0 | 0 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 13.00 | 0.00 |
| 100 | 0 | 100 | 83017 | PS3 Charge Base<br>UPC Code: | N | 17.00 | 0.00 |
| 0 | 0 | 0 | 83030 | PS3 HDMI Cable<br>UPC Code: 743840830306 | N | 15.00 | 0.00 |
| 100 | 100 | 0 | 83032 | PS3 Power Cord<br>UPC Code: 743840830320 | N | 5.00 | 500.00 |

Note: Items 83000 and 83030 was sent on S/O 94802  1/24/2007 by UPS.

Net due on 03/25/07

| | |
|---|---:|
| NonTaxable Subtotal | 500.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 500.00 |

Customer Original (Reprinted)

Page    1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Exhibit 24
Page 24-16

NT046434



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 103221

Customer VAS02

**Bill To:**
VAST ELECTRONICS
P.O. 2975
WARMINSTER, PA 18974
USA

**Ship To:**
VAST INC.
375 IVYLAND ROAD
UNIT 7
WARMINSTER, PA 18974
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/26/07 | BEST WAY | ORIGIN | Net 60 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 4144 | 02/05/07 | 04 | 98107 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 20 | 20 | 0 | 83032 | PS3 Power Cord<br>UPC Code: 743840830320 | N | 5.00 | 100.00 |
| 20 | 0 | 20 | 83030 | PS3 HDMI Cable<br>UPC Code: 743840830306 | N | 15.00 | 0.00 |
| 20 | 0 | 20 | 83017 | PS3 Charge Base<br>UPC Code: | N | 17.00 | 0.00 |

Net due on 04/27/07

| | |
|---|---:|
| NonTaxable Subtotal | 100.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 100.00 |

Customer Original (Reprinted)

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

Exhibit 24
Page 24-17

NT046435



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA  19182-2424

# Invoice 103222

Customer VIAST1

**Bill To:**

VIASTARA\On Time Logistics
2660 SARNEN STREET
Suite 200
SAN DIEGO, CA 92154
USA

**Ship To:**

VIASTARA\On Time Logistics
2660 SARNEN STREET
Suite 200
SAN DIEGO, CA 92154
USA

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 02/26/07 | TBD | Origin | WIRE TRANSFER | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 500315 | 02/08/07 | 05 | 98233 |

| Quantity Req. | Quantity Ship | Quantity B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 600 | 0 | 600 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 15.30 | 0.00 |
| 600 | 0 | 600 | 83015 | PS3 Dual USB Charger<br>UPC Code: 743840 83015 3 | N | 11.70 | 0.00 |
| 600 | 0 | 600 | 83017 | PS3 Charge Base<br>UPC Code: | N | 19.80 | 0.00 |
| 600 | 0 | 600 | 83009 | PS3 Zero Controller<br>UPC Code: 743840830092 | N | 27.00 | 0.00 |
| 100 | 100 | 0 | 87005 | Wii Wireless Sensor Bar<br>UPC Code: 743840870050 | N | 9.90 | 990.00 |
| 600 | 0 | 600 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 14.40 | 0.00 |
| 600 | 0 | 600 | 83030 | PS3 HDMI Cable<br>UPC Code: 743840830306 | N | 13.50 | 0.00 |
| 200 | 200 | 0 | 86059 | Power Combo 360<br>UPC Code: 743840860594 | N | 18.00 | 3600.00 |
| 200 | 200 | 0 | 86045 | Performance Kit 360<br>UPC Code: | N | 25.20 | 5040.00 |

|  |  |
|---|---|
| NonTaxable Subtotal | 9630.00 |
| Taxable Subtotal | 0.00 |
| Tax (8.250%) | 0.00 |
| Total Invoice | 9630.00 |

Customer Original (Reprinted)                                Page    1

Exhibit 24
Page 24-18

CONFIDENTIAL-ATTORNEYS' EYES ONLY                             NT046436



**NYKO Technologies, Inc.**
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**
NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 103529

Customer COPC01

**Bill To:**
CORPORATE PC SL
CALLE MAQUINA NAVE C
S/N PLIND LES
MASSOTES GAVA, 08850
SPAIN

**Ship To:**
CORPORATE PC
Cromo 99 Nave H
Hospitalet del Llobregat
08907 BARCELONA,
SPAIN

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 03/02/07 | TBD | Origin | WIRE TRANSFER | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 02/20/2007 | 02/20/07 | 05 | 99014 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 3000 | 2220 | 780 | 83030 | PS3 HDMI Cable<br>UPC Code: 743840830306 | N | 9.00 | 19980.00 |
| 1000 | 1000 | 0 | 83000 | PS-3 USB Charging Cable<br>UPC Code: 743840830009 | N | 4.05 | 4050.00 |
| 200 | 0 | 200 | 87000 | Nintendo Wii Charge Base<br>UPC Code: 743840870005 | N | 15.30 | 0.00 |
| 100 | 0 | 100 | 83017 | PS3 Charge Base<br>UPC Code: | N | 20.00 | 0.00 |
| 200 | 200 | 0 | 86020 | X-Box 360 Intercooler<br>UPC Code: 743840860204 | N | 9.00 | 1800.00 |
| 1 | 1 | 0 | SHIPPING | Shipping & Handling<br>UPC Code: | N | 9550.00 | 9550.00 |

| | |
|---|---|
| NonTaxable Subtotal | 35380.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 35380.00 |

Customer Original (Reprinted)
Exhibit 24
Page 24-19

Page 1

CONFIDENTIAL-ATTORNEYS' EYES ONLY

NT046437



NYKO Technologies, Inc.
1990 Westwood Blvd.
Penthouse Suite
Los Angeles, CA 90025 USA
Telephone: 310/446-6602

**Please Remit To:**

NYKO Technologies, Inc.
P.O. Box 822424
Philadelphia, PA 19182-2424

# Invoice 103611

**Customer FILL51**

**Bill To:**

FILLPOINT LLC
ATT:ACCOUNTS PAYABLE
200 FILLPOINT DR.
MECHANICVILLE, NY 12118

**Ship To:**

FILLPOINT
200 FILLPOINT DRIVE
MECHANICVILLE, NY 12118

| Date | Ship Via | F.O.B. | Terms | Terr |
|---|---|---|---|---|
| 03/05/07 | | | Net 45 Days | 66 |

| Purchase Order Number | Order Date | Salesperson | Our Order Number |
|---|---|---|---|
| 12256 | 03/02/07 | 01 | 99499 |

| Quantity Req. | Ship | B.O. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 80 | 0 | 80 | 83017 | PS3 Charge Base<br>UPC Code: | N | 20.57 | 0.00 |
| 80 | 0 | 80 | 83010 | Intercooler for PS3<br>UPC Code: 743840 83010 8 | N | 14.96 | 0.00 |
| 100 | 0 | 100 | 83009 | PS3 Zero Controller<br>UPC Code: 743840830092 | N | 29.05 | 0.00 |
| 40 | 40 | 0 | 87009 | Wii Component Cables<br>UPC Code: 743840870098 | N | 9.35 | 374.00 |

Net due on 04/19/07

| | |
|---|---|
| NonTaxable Subtotal | 374.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total Invoice | 374.00 |

Customer Original (Reprinted)

Exhibit 24
Page 24-20

Page 1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

NT046438