"Hip Hing Cable" <hiphing@asiansources.com>  December 29, 2006  6:15 PM
To: "Herschel Naghi - Nyko" <hnaghi@nyko.com>
Cc: "Amir Navid" <anavid@nyko.com>, "Christopher - Nyko \(logistics\)" <cc@nyko.com>, "Mandy Yau" <mandyyau@hiphingcable.com>
New POs

2 Attachments, 315 KB

Dear Herschel

Today, received your 4 new POs, thanks !!!

P O NO : 3722
25,000pcs x 83000 @ USD2.35
We'll confirm the delivery date of this order asap

P O NO : 3723
40,000pcs x 83015 @ USD7.65
This price USD7.65 we'll loss, so would you mind offer us USD8.65 ??? Please confirm
We'll confirm the delivery date of this order asap

P O NO : 3726
6,000pcs x 83017 @ USD11.00
This item unit price is USD11.80, please see enclosed quotation number : #023-R1. Please confirm
We'll confirm the delivery date of this order asap

P O NO : 3727
30,000pcs x 83017 @ USD11.00
This item unit price is USD11.80, please see enclosed quotation number : #023-R1. Please confirm
We'll confirm the delivery date of this order asap

Hope to hear from you very soon.

Best Regards
Eric Tso
Hip Hing Cable & Plug Mfy Ltd



Quotation-...r.XLS (65 KB)   Quotation-...XLS (251 KB)

Exhibit   27
A. Navid
1-30-13
S. Clifford. CSR 10154

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 25
Page 25-1

NT077769



協興電線製造廠有限公司
HIP HING CABLE & PLUG M FY.LTD.
香港九龍官塘開源道 47 號凱源工業大廈 6 字樓 C 座
6/F , BLK C, HIGH WIN FACTORY BUILDING,
47 HOI YUEN ROAD, KWUN TONG,
KOWLOON, HONG KONG,
TEL: 23429341 · 23445062
FAX: 852-23438971
Email address: hiphing@asiansources.com



# REVISED   INVOICE

| | | | |
|---|---|---|---|
| Invoice Date | : June 12 2007 | Invoice No | : 037/07/NYKO-R1 |
| To | : Nyko Technologies, Inc<br>1990 Westwood Blvd<br>Penthouse Suite, Los Angeles<br>CA 90025, USA | Shipping Mark | : |

============
NYKO<sup>R</sup>
Charge Base<sub>TM</sub>
FOR/POUR
PS3<sub>TM</sub>
MASTER PACK
CONTAINS 20
4 INNER PACKS OF 5
ITEM#83017-H17
UPC#2 07 43840 83017 1
NYKO TECHNOLOGIES,INC.
1990 WESTWOOD BLVD. 3RD FLOOR, LOS ANGELES, C

MADE IN CHINA

Ship To       :
============
BDP International, Inc
557 South Douglas Street
El Segundo, CA 90245
USA

| | | | | |
|---|---|---|---|---|
| Attn | : Mr Herschel Naghi | | | |
| Tel | : 1-310-446-6602 | | | |
| Fax | : 1-310-446-6617 | | | |
| ETA H K | : June 13 2007 - Ocean<br>" BDP International Inc " | | | |

===========================================================================
| P O NO | DESCRIPTION | QTY | U/P | AMOUNT |
|---|---|---|---|---|
===========================================================================
| 3727-C | Item Number : 83017<br>PS3 Charge Base<br>- with Clamshell Packaging | 6,000 Pcs | USD13.00 | USD78,00 |
| | | | | ======== |

===========================================================================

Say Total U S Dollars Seventy Eight Thousand Only

1 / 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY          Exhibit 25
Page 25-2                                                                    NT077770

Payment Term   : net 30 days credit

MADE IN CHINA

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 25
Page 25-3

NT077771

:A 90025

==

==

)0.00
====

==

3 / 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 25
Page 25-4

NT077772