Message

| | |
|---|---|
| From: | Mandy Yau - Hip Hing HK [mandyyau@hiphingcable.com] |
| Sent: | 5/15/2007 12:42:20 AM |
| To: | Amir Navid [anavid@nyko.com] |
| CC: | Christopher - Nyko (logistics) [cc@nyko.com]; Herschel Naghi [hnaghi@nyko.com]; Yvonne Yu [yvonne@hiphingcable.com] |
| Subject: | Charge Base PS3 |
| Attachments: | Nyko Invoice #033-07 Item Number 83017 (PO#3726-B x 20pcs).XLS; Nyko Packing List #033-07 Item Number 83017 (PO#3726-B x 20pcs).XLS |

Dear Amir

Please see enclosed invoice and packing list that we'll send
one master carton of Charge Base PS3 on May 17 2007,
Yvonne Yu will advise the FedEX tracking number after sent the carton,
please note it.

Mandy


----- Original Message -----
From: Eric Tso - Hip Hing HK
To: Amir Navid ; Angel Yu ; Mandy Yau - Hip Hing HK ; Yvonne Yu
Cc: Herschel Naghi ; Chris Lueck
Sent: Tuesday, May 15, 2007 9:50 AM
Subject: Charge Base PS3

Hi Amir

sorry the master carton delay because we must waiting the graphic card
and final clam shell to day give you the carton .

BR.
Eric Tso



----- Original Message -----
From: "Amir Navid" <anavid@nyko.com>
To: "Angel Yu" <sales@hiphingcable.com>; "Eric Tso"
<erictso@hiphingcable.com>; "Mandy Yau - Hip Hing HK"
<mandyyau@hiphingcable.com>; "Yvonne Yu" <yvonne@hiphingcable.com>
Cc: "Herschel Naghi" <hnaghi@nyko.com>; "Chris Lueck" <clueck@nyko.com>
Sent: Tuesday, May 15, 2007 5:30 AM
Subject: Charge Base PS3

Hello Eric,

I am sad to say that I still have not received the master carton
of Charge Base PS3. Why is this taking so long?

Please send me a detailed shipment schedule for this product.

Our customers are very angry with us, and we may be fined by some
of major retailers. Some customers may also drop our product and
take a competitors.

Please rush!

Thanks

Amir

Exhibit 31
A. Navid
1-30-13
S. Clifford. CSR 10154

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-1

NT002098

DOCUMENT PLACEHOLDER
NT002099 - NT002102

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    NT002099

Exhibit 26
Page 26-2

| | C | D | E | F |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | **INVOICE** | | | |
| 4 | | | | |
| 5 | May 15 2007 | | | |
| 6 | | | | |
| 7 | Nyko Technologies, Inc | | | |
| 8 | 1990 Westwood Blvd | | | |
| 9 | Penthouse Suite, Los Angeles | | | |
| 10 | CA 90025, USA | | | |
| 11 | | | | |
| 12 | Mr Amir Navid | | | |
| 13 | | | | |
| 14 | 1-310-446-6602 | | | |
| 15 | | | | |
| 16 | 1-310-446-6617 | | | |
| 17 | | | | |
| 18 | May 17 2007 | | | |
| 19 | " Federal Express " | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | ==== | | | |
| 30 | DESCRIPTION | | | |
| 31 | ==== | | | |
| 32 | | | | |
| 33 | Item Number : 83017 | | | |
| 34 | PS3 Charge Base | | | |
| 35 | - with Clamshell Packaging | | | |
| 36 | | | | |
| 37 | ==== | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | : net 30 days credit | | | |
| 42 | | | | |
| 43 | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-3

NT002100

| | G | H | I | J |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | Invoice No | : | 033/07/NYKO | |
| 6 | | | | |
| 7 | Shipping Mark | : | | |
| 8 | ============ | | | |
| 9 | NYKO$^R$ | | | |
| 10 | Charge Base$_{TM}$ | | | |
| 11 | FOR/POUR | | | |
| 12 | PS3$_{TM}$ | | | |
| 13 | MASTER PACK | | | |
| 14 | CONTAINS 20 | | | |
| 15 | 4 INNER PACKS OF 5 | | | |
| 16 | ITEM#83017-H17 | | | |
| 17 | UPC#2 07 43840 83017 1 | | | |
| 18 | NYKO TECHNOLOGIES,INC. | | | |
| 19 | 1990 WESTWOOD BLVD. 3RD FLOOR, LOS ANGELES, CA 90025 | | | |
| 20 | MADE IN CHINA | | | |
| 21 | | | | |
| 22 | Ship To | : | | |
| 23 | ============ | | | |
| 24 | **Nyko Technologies, Inc** | | | |
| 25 | **1990 Westwood Blvd** | | | |
| 26 | **Penthouse Suite, Los Angeles** | | | |
| 27 | **CA 90025, USA** | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | QTY | | U/P | AMOUNT |
| 31 | | | | |
| 32 | | | | |
| 33 | 20 Pcs | | USD13.00 | USD260.00 |
| 34 | | | | ========= |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| 43 | | | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-4

NT002101

| | L |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-5

NT002102

DOCUMENT PLACEHOLDER
NT002103 - NT002106

CONFIDENTIAL - ATTORNEYS' EYES ONLY	NT002103

Exhibit 26
Page 26-6

|    | C                            | D    | E | F |
|----|------------------------------|------|---|---|
| 1  |                              |      |   |   |
| 2  |                              |      |   |   |
| 3  | **PACKING**                  | **LIST** |   |   |
| 4  |                              |      |   |   |
| 5  | May 15 2007                  |      |   |   |
| 6  |                              |      |   |   |
| 7  | Nyko Technologies, Inc       |      |   |   |
| 8  | 1990 Westwood Blvd           |      |   |   |
| 9  | Penthouse Suite, Los Angeles |      |   |   |
| 10 | CA 90025, USA                |      |   |   |
| 11 |                              |      |   |   |
| 12 | Mr Amir Navid                |      |   |   |
| 13 |                              |      |   |   |
| 14 | 1-310-446-6602               |      |   |   |
| 15 |                              |      |   |   |
| 16 | 1-310-446-6617               |      |   |   |
| 17 |                              |      |   |   |
| 18 | May 17 2007                  |      |   |   |
| 19 | " Federal Express "          |      |   |   |
| 20 |                              |      |   |   |
| 21 |                              |      |   |   |
| 22 |                              |      |   |   |
| 23 |                              |      |   |   |
| 24 |                              |      |   |   |
| 25 |                              |      |   |   |
| 26 |                              |      |   |   |
| 27 |                              |      |   |   |
| 28 |                              |      |   |   |
| 29 | ====                         |      |   |   |
| 30 | DESCRIPTION                  |      |   |   |
| 31 | ====                         |      |   |   |
| 32 |                              |      |   |   |
| 33 |                              |      |   |   |
| 34 | Item Number : 83017          |      |   |   |
| 35 | PS3 Charge Base              |      |   |   |
| 36 | - with Clamshell Packaging   |      |   |   |
| 37 |                              |      |   |   |
| 38 | ====                         |      |   |   |
| 39 |                              |      |   |   |
| 40 |                              |      |   |   |
| 41 |                              |      |   |   |
| 42 |                              |      |   |   |
| 43 |                              |      |   |   |
| 44 |                              |      |   |   |
| 45 |                              |      |   |   |
| 46 |                              |      |   |   |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-7

NT002104

|    | G | H | I | J |
|----|---|---|---|---|
| 1  |   |   |   |   |
| 2  |   |   |   |   |
| 3  |   |   |   |   |
| 4  |   |   |   |   |
| 5  | Invoice No | : | 033/07/NYKO |   |
| 6  |   |   |   |   |
| 7  | Shipping Mark | : |   |   |
| 8  | ============ |   |   |   |
| 9  | NYKO$^R$ |   |   |   |
| 10 | Charge Base$_{TM}$ |   |   |   |
| 11 | FOR/POUR |   |   |   |
| 12 | PS3$_{TM}$ |   |   |   |
| 13 | MASTER PACK |   |   |   |
| 14 | CONTAINS 20 |   |   |   |
| 15 | 4 INNER PACKS OF 5 |   |   |   |
| 16 | ITEM#83017-H17 |   |   |   |
| 17 | UPC#2 07 43840 83017 1 |   |   |   |
| 18 | NYKO TECHNOLOGIES,INC. |   |   |   |
| 19 | 1990 WESTWOOD BLVD. 3RD FLOOR, LOS ANGELES, CA 90025 |   |   |   |
| 20 | MADE IN CHINA |   |   |   |
| 21 |   |   |   |   |
| 22 | Ship To | : |   |   |
| 23 | ============ |   |   |   |
| 24 | **Nyko Technologies, Inc** |   |   |   |
| 25 | **1990 Westwood Blvd** |   |   |   |
| 26 | **Penthouse Suite, Los Angeles** |   |   |   |
| 27 | **CA 90025, USA** |   |   |   |
| 28 |   |   |   |   |
| 29 |   |   |   |   |
| 30 | QTY | G.W |   | M. |
| 31 |   |   |   |   |
| 32 |   |   |   |   |
| 33 |   |   |   |   |
| 34 | 20Pcs | 19.50Kgs |   | 78.1x51.5x33.7cm |
| 35 |   |   |   |   |
| 36 |   |   |   |   |
| 37 |   |   |   |   |
| 38 |   |   |   |   |
| 39 |   |   |   |   |
| 40 | 20 Pcs | 19.50 Kgs |   | [ 0.14 CBM ] |
| 41 |   |   |   |   |
| 42 |   |   |   |   |
| 43 |   |   |   |   |
| 44 |   |   |   |   |
| 45 |   |   |   |   |
| 46 |   |   |   |   |

| | L |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | h |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 26
Page 26-9

NT002106