Message

From: HipHing EricTso [hiphing@21cn.net]
Sent: 12/7/2006 5:13:03 PM
To: Amir Navid [anavid@nyko.com]
CC: Chris Lueck [clueck@nyko.com]
Subject: Re: ps3 charge

Hi Amir
Are you mean need the Mockup sample for your sales.
BR.
Eric Tso
----- Original Message -----
From: "Amir Navid" <anavid@nyko.com>
To: "HipHing EricTso" <erictso@hiphingcable.com>
Cc: "Chris Lueck" <clueck@nyko.com>
Sent: Friday, December 08, 2006 8:50 AM
Subject: Re: ps3 charge


Hello Eric,

The design looks good, please proceed.

I need a working SLA made right away, and please make sure that the
outlook is attractive, as we will use this as our main sales
demonstration sample.

Please let me know how soon you can have this for us.

Thanks!


Amir



On Dec 7, 2006, at 1:28 AM, HipHing EricTso wrote:

> Hi Amir
> We was attached the drawing was according you below 4 point to
> modify for your approval
> to start tooling.
>
> BR.
> Eric Tso
>
>
>
> 1)  Please use translucent black polish plastic for the body.  This
> > should match the color of the PS3
> >
> > 2)  Can you use the ventilation holes on the sides of the charge
> > base.  This makes it look similar to the PS3
> >
> > 3)  As discussed in the past the center areas between the controller
> > ports should be chromed
> >
> > 4)  Please place the LED's under the translucent black plastic, so
> > they only become visible when they light up to show charge status.
> >
> >
> > Please confirm you can meet the above mentioned requests.
> >
>
> ----- Original Message -----
> From: engineer
> To: HipHing EricTso
> Cc: engineerElectronice
> Sent: Thursday, December 07, 2006 5:05 PM

Exhibit 24
A. Navid
1-30-13
S. Clifford. CSR 10154

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 27
Page 27-1

NT002970

```
> Subject: Re: Fw: ps3 charge
>
>
>
> engineer
> 2006-12-07
> 发件人： HipHing EricTso
> 发送时间： 2006-12-06 11:02:27
> 收件人： Engineer - Hip Hing CN
> 抄送： engineerElectronice
> 主题： Fw: ps3 charge
>
> 宏
> 請留意以下几点.
> 要用透明黑光身.
> LED要在膠壳下光亮.
> 側边要好似PS3的方型出風窗.
> 手掣充电位中间要电铬.
> 曹
> ----- Original Message -----
> From: "Amir Navid" <anavid@nyko.com >
> To: "HipHing EricTso" <erictso@hiphingcable.com >
> Cc: "'Chris Lueck'" <clueck@nyko.com >; "CC Swiney" <cc@nyko.com
> >; "Herschel Naghi" <hnaghi@nyko.com >; "Mandy Yau"
> <mandyyau@hiphingcable.com >
> Sent: Wednesday, December 06, 2006 10:41 AM
> Subject: Re: ps3 charge
>
>
> > Hello Eric,
> >
> > Thanks for sending the final drawings:
> >
> > Please refer to the attached photo's
> >
> > And please keep the following in mind:
> >
> > 1)  Please use translucent black polish plastic for the body.  This
> > should match the color of the PS3
> >
> > 2)  Can you use the ventilation holes on the sides of the charge
> > base.  This makes it look similar to the PS3
> >
> > 3)  As discussed in the past the center areas between the controller
> > ports should be chromed
> >
> > 4)  Please place the LED's under the translucent black plastic, so
> > they only become visible when they light up to show charge status.
> >
> >
> > Please confirm you can meet the above mentioned requests.
> >
> > Thanks!
> >
> >
> >
> > Amir
> >
> >
> >
>
>
> > -------------------------------------------------------------------
> ----------
>
>
> >
> > On Dec 5, 2006, at 5:00 PM, HipHing EricTso wrote:
> >
> > > Hi Herschel
> > > The PS3 charger station all is already the circuit is design for 4
```

```
> > > controller
> > > the IC is already the tooling and UL approval need 45 day final.
> > > BR.
> > > Eric Tso
> > > ----- Original Message -----
> > > From: Herschel Naghi
> > > To: Eric Tso - Hip Hing HK ; 'Chris Lueck' ; CC Swiney ; Amir
> Navid
> > > Cc: Mandy Yau
> > > Sent: Wednesday, December 06, 2006 1:55 AM
> > > Subject: Re: Fw: ps3 charge
> > >
> > > Is this product ever going to be finished?
> > > How much longer are we going to go back & forth with emails?  I am
> > > tired of it.
> > > HN
> > >
> > >
> > >
> > > At 06:22 PM 12/4/2006, Eric Tso - Hip Hing HK wrote:
> > > > Hi Chris
> > > > The attachment was the PS3 Charger Station 3D drawing
> > > > for your approval.
> > > > BR.
> > > > Eric Tso
> > > > ----- Original Message -----
> > > > From: engineer
> > > > To: HH EricTso
> > > > Sent: Tuesday, December 05, 2006 10:16 AM
> > > > Subject: ps3 charge
> > > >
> > > >
> > > >
> > > > engineer
> > > > 2006-12-05
> > > >
> > > >
> > > >
> > > >
> > > ========================================
> > > Herschel Naghi
> > > Founder & CEO
> > > Nyko Technologies
> > > 310-446-6602 x22
> > > 310-446-6617 (Fax)
> > >
> > >  <Quotation-NYKO #023-R1 PS3 Charger Station.XLS >
> >
> >
> <PS3 Charge Station frnt-1.pdf>
> <PS3 Charge Station frnt-2.pdf>
> <PS3 Charge Station frnt-3.pdf>
```