Exhibit 19
A. Navid
1-30-13
S. Clifford. CSR 10154



**DEALER PRICE SHEET**
**EFFECTIVE NOVEMBER 1, 2006**

| Item # | Sony PlayStation 3 | Dealer Price | MSRP |
|---|---|---|---|
| 83017 | **Charge Base PS3** | $ 18.00 | $ 34.99 |
| | Rapidly charges 4 PS3 controllers simultaneously | Item 83017 | Available |
| | Store and charge all your controllers in one place | UPC# 7 43840 83017-7 | November |
| | Plugs into any wall outlet and fits easily inside an entertainment center | | * Final pricing subject to change* |
| | Compact design | | |
| 83000 | **Charge Link PS3** | $ 6.00 | $ 14.99 |
| | Simultaneously charge and play with the PS3 wireless controller | Item 83000 | Available |
| | Extra long 10 foot cable and Velcro wrap for easy storage | UPC # 7 43840 83000-9 | November |
| | Unique woven cable shielding improves cable durability | | |
| 83009 | **Zero Wireless Controller PS3** | $ 36.00 | $ 59.99 |
| | Rechargeable NiMH battery with USB charging cable | Item 83009 | Available |
| | Backlit LED buttons | UPC # 7 43840 83009-2 | Q1 2007 |
| | Heat dissipating aluminum panels | | * Final pricing subject to change* |
| | State of the art wireless chip set | | |
| 83010 | **Intercooler PS3** | $ 15.00 | $ 29.99 |
| | Unique patent pending design | Item 83010 | Available |
| | Increases air flow and reduces heat throughout the PlayStation 3 | UPC # 7 43840 83010-8 | December |
| | Clip-on assembly for easy installation | | * Final pricing subject to change* |
| 83015 | **Dual Charge AC** | $ 12.50 | $ 24.99 |
| | Patented AC adaptor design | Item 83015 | Available |
| | Charge 2 wireless PS3 controllers simultaneously from a standard wall outlet | UPC # 7 43840 83015-3 | November |
| | Includes AC adaptor plug and two 4 foot USB to Mini USB cables | | |
| 83032 | **Power Cord PS3** | $ 6.00 | $ 14.99 |
| | Same reliable features as PS3 power cable | Item 83032 | Available |
| | 9 foot cord allows for easy installation in any home theater set-up | UPC # 7 43840 83032-0 | November |
| | UL and ROHS compliant | | |
| 83030 | **HDMI Cable** | $ 17.00 | $ 29.99 |
| | Enhance the PS3 gaming experience with high definition quality | Item 83032 | Available |
| | Upgrade the quality of both audio and visual output | UPC # 7 43840 83030-6 | November |
| | Full 1080p resolution output | | |

| Item # | Xbox 360 | Dealer Price | MSRP |
|---|---|---|---|
| 86012 | **GameFace 360** | $ 12.50 | $ 24.99 |
| | Customizable 2 piece polycarbonate faceplate kit | Item 86012 | Available |
| | Includes custom skin kit with 16 blank templates and 6 free preprinted skins | UPC # 7-43840-86012-9 | Now |
| | Included easy-to-use software lets you design your own faceplates | | |
| 86020 | **Intercooler 360** | $ 12.50 | $ 24.99 |
| | Snap-on installation for easy setup | Item 86020 | Available |
| | Significantly cools the interior of the console | UPC # 7-43840-86020-4 | Now |
| | Cooler temperatures extend the life of the console | | |
| 86014 | **Intelligent Remote 360** | $ 11.00 | $ 19.99 |
| | Automatic setup, no programming required | Item 86014 | Available |
| | Navigate movies, music and menus easily with one hand | UPC # 7-43840-86014-3 | Now |
| | Back lit buttons are clearly marked and easy to use | | |
| 86037 | **Power Kit** | $ 11.00 | $ 19.99 |
| | High quality NiMH rechargeable battery | Item 86037 | Available |
| | Compatible with Microsoft's wireless controller for Xbox 360 | UPC # 7-43840-86037-2 | Now |
| | Includes charge and play cable for easy charging through console USB ports | | |
| 86025 | **Charge Station** | $ 19.00 | $ 29.99 |
| | Dual port rapid battery pack recharge station | Item 86025 | Available |
| | Fully charges two battery packs in about four hours | UPC # 7-43840-86025-9 | Now |
| | Includes 2 high quality NiMH rechargeable battery packs | | |
| 86027 | **Multi-Reader** | $ 19.00 | $ 29.99 |
| | 3 port USB hub and multi format flash reader | Item 86027 | Available |
| | Allows for a total of 4 wired controllers to be used | UPC # 7-43840-86027-3 | Now |
| | Reads 5 different types of memory card: Smart Media - Compact Flash - Sony Memory Stick - Secure Digital | | |
| 86059 | **Power Combo** | $ 24.00 | $ 39.99 |
| | Includes: Charge Station 360, 2 NiMH batteries and a Power Kit 360 | Item 86059 | Available |
| | Up to 25 hours of play time with each battery | UPC # 7-43840-86059-4 | |
| | Play and charge your wireless controllers simultaneously | | |
| 86045 | **Performance Kit** | $ 30.00 | $ 49.99 |
| | Includes: Intercooler 360, Charge Station 360 and 2 NiMH battery packs | Item 86045 | Available |
| | Intercooler dramatically increases air flow through console | UPC # 7-43840-86045-7 | |
| | Up to 25 hours of play time with each battery | | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY / COMPETITIVE DECISION MAKING         NT071870

Exhibit 28
Page 28-1

# DEALER PRICE SHEET (Page 2)
# EFFECTIVE NOVEMBER 1, 2006



| | Nintendo Wii | Dealer Price | MSRP |
|---|---|---|---|
| 87007 | **Intercooler Wii** | $ 12.50 | $ 24.99 |
| | Snap-on installation for easy setup | Item 87007 | Available |
| | Significantly cools the interior of the console | UPC #7 43840 87007-4 | TBD |
| | Cooler temperatures extend the life of the console | | *Final pricing subject to change* |
| 87000 | **Charge Station Wii** | $ 17.00 | $ 29.99 |
| | Dual port rapid battery pack recharge station | Item 87000 | Available |
| | Fully charges two battery packs in about two hours | UPC #7 43840 87000-5 | TBD |
| | Includes 2 high quality NiMH rechargeable battery packs | | *Final pricing subject to change* |
| 87005 | **Wireless Sensor Bar Wii** | $ 17.00 | $ 29.99 |
| | Infrared technology detects pointer and motion movements up to 25 feet away | Item 87005 | Available |
| | 2.4 GHz wireless technology with a range of 30 feet | UPC #7 43840 87005-5 | TBD |
| | Perfect for home theater set ups with wall mounted TVs or complicated cabling | | *Final pricing subject to change* |
| 87009 | **Component Cable Wii** | $ 17.00 | $ 29.99 |
| | High quality video output for the sharpest, clearest picture | Item 87009 | Available |
| | View Wii games in perfect 480p resolution | UPC #7 43840 87009-8 | TBD |
| | Extra long 9 foot cable | | *Final pricing subject to change* |

| | Nintendo DS lite | Dealer Price | MSRP |
|---|---|---|---|
| 82077 | **Pro Point lite** | $ 6.00 | $ 14.99 |
| | Internal LED provides bright and vibrant glow | Item 82077 | Available |
| | Pen sized stylus for easy, cramp free gaming | UPC #7 43840 82077-2 | January |
| | Textured surface provides great grip and comfort | | |
| | Wrist strap insures the stylus is always at hand | | |
| 82079 | **Pro Point Pak** | $ 8.50 | $ 19.99 |
| | Internal LED provides bright and vibrant glow | Item 82079 | Available |
| | Includes pen sized, and compact sized stylus | UPC #7 43840 82079-2 | November |
| | Textured surface provides great grip and comfort | | |
| | Wrist strap insures the stylus is always at hand | | |
| 82053 | **Charger Grip lite** | TDB | TBD |
| | Built-in lithium-ion battery adds up to 1.5x more play time | Item 82053 | Available |
| | Ergonomic design reduces strain on hands | UPC #7 43840 82053-2 | TBD |
| | Easy to install clip on design allows for easy attachment and removal | | |

| | Sony PlayStation 2 | Dealer Price | MSRP |
|---|---|---|---|
| 80516 | **PS2 8 MB Sony Licensed Memory Card** | $ 13.50 | $ 24.99 |
| | Standard 8 MB memory card for PlayStation 2 | Item 80516 | Available |
| | High speed data transfer | UPC # 7 43840 80516-8 | NOW |
| | Licensed by Sony | | |
| | Saves games and DVD data | | |
| 80585 | **Zero Wireless Controller PS2** | $ 35.00 | $ 49.99 |
| | Rechargeable NiMH battery with USB charging cable | Item 80585 | Available |
| | Backlit LED buttons | UPC # 7 43840 80585-8 | November |
| | Heat dissipating aluminum panels | | |
| | State of the art wireless chip set | | |
| 80592 | **Front Man Wireless PS2** | $ 40.00 | $ 59.99 |
| | Wireless technology for cordless gaming up to 25 feet away | Item 80592 | Available |
| | Unique hard rock styling | UPC # 7 43840 80592-2 | December |
| | Fully compatible with Guitar Hero I and II | | |
| | Powered by 3 AA batteries | | |

| | PlayStation Portable | Dealer Price | MSRP |
|---|---|---|---|
| 85020 | **Charger Grip** | $ 16.00 | $ 29.99 |
| | Built-in lithium-ion battery adds up to 1.5x more play time | Item 85020 | Available |
| | Ergonomic design reduces strain on hands | UPC # 7 43840 85020-5 | NOW |
| | Easy to install clip on design allows for easy attachment and removal | | |