Message

From: KS Ho [ksho@ev-sparkle.com]
Sent: 10/5/2007 5:40:12 PM
To: Chris Lueck [clueck@nyko.com]; 'William Yung' [william.yung@ev-sparkle.com]
CC: 'Amir Navid' [anavid@nyko.com]
Subject: Re: PS3 Charge Base 2 schematics

Hi Chris,

OK. Will prepare the block diagram and circuit diagram of Charge Base 2 for you to file a patent.

Best regards,
KS

----- Original Message -----
From: Chris Lueck
To: 'KS Ho' ; 'William Yung'
Cc: 'Amir Navid'
Sent: Saturday, October 06, 2007 2:46 AM
Subject: PS3 Charge Base 2 schematics

Hi KS,

Will you send us a block diagram and circuit diagram for the Charge Base 2? We are filing a patent for this and our lawyers are requesting this information.

Thanks,
Chris

---

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.484 / Virus Database: 269.14.0/1048 - Release Date: 10/3/2007 8:22 PM

Exhibit 22
A. Navid
1-30-13
S. Clifford. CSR 10154