## NYKO MAKES LIFE EASIER FOR PLAYSTATION 3 OWNERS WITH ENHANCED CHARGE BASE 2

*Charge Base 2 Brings Revamped Charging Solution To PlayStation(R) 3*

Los Angeles, CA - December 11, 2007 - Nyko Technologies(R), a premier peripherals manufacturer, today announced their new charging solution for PlayStation(R) 3 controllers, the Charge Base 2, making it easier than ever to keep both your Dual Shock 3 and SIXAXIS controllers organized and charged.

Nyko's newly redesigned Charge Base 2 rapidly charges two PS3 controllers simultaneously, while providing a visually appealing storage option and a faster recharge rate via any AC outlet. Besides easier-to-read charge indicators and a smaller form factor, the Charge Base 2 employs a totally new contact point dongle system that makes charging your controllers easier then ever. Each Charge Base 2 comes packaged with two light weight Mini USB charge adaptors that attach to the controller and allow for easy drop and charge functionality through the Charge Base 2's specialized charging ports.

"The original Charge Base for PS3 was well received thanks to its quick charging and storage abilities" said Chris Arbogast, Marketing Manager for Nyko. "Being committed to constantly improving our products has enabled us to design a smaller solution that is easier to use and available at a lower price."

The Charge Base 2 will be available early December at retailers nationwide and Nyko's online store for $29.99.

Exhibit 16
A. Navid
1-30-13
S. Clifford. CSR 10154

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 30
Page 30-1

NT006544