CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3    _____
 4    NYKO TECHNOLOGIES, INC., a    )
      California corporation,       )
 5                                  )
              Plaintiff,            )
 6                                  )No. No. CV 12-3001 GAF
         vs.                        )          (VBKx)
 7                                  )
      ENERGIZER HOLDINGS, INC., a   )
 8    Missouri corporation,         )
      EVEREADY BATTERY COMPANY,     )
 9    INC., a Delaware Corporation,)
      and PERFORMANCE DESIGNED      )
10    PRODUCTS LLC, a California    )
      limited liability company,    )
11                                  )
              Defendants.           )
12    _____)
13
14          CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16     VIDEOTAPED DEPOSITION OF CHRISTOPHER S. ARBOGAST
17               Glendale, California
18              Tuesday, March 5, 2013
19                   Volume I
20
21
      Reported by:
22    Melissa M. Villagran, RPR, CLR
      CSR No. 12543
23    Job No. 1621678
24
25    PAGES 1 - 357

                                          Page 1
```

Exhibit 31
Page 31-1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        Q   So the answer is you don't know whether

2    it's a working prototype.  It may be; it may not be?

3        A   Exactly.

4        Q   So I'd like you to -- you can put that down

5    for a moment.                                      11:37

6            And I'd like to show you what has

7    previously been marked as Exhibit 15.  And

8    Exhibit 15 is a document with Bates Nos. NT941 to

9    943, and then there's a blowup of the photograph as

10   the fourth page of the exhibit.                    11:38

11           And so.  First of all, this -- you'll note

12   that this document -- the "NT" means that it was

13   produced by Nyko to PDP in the litigation?

14       A   Okay.

15       Q   So are you aware that this is one of the -- 11:38

16   one of the press coverages of the -- of the CES 2007

17   demonstration of the Charge Base that was provided

18   by your marketing firm?

19           MR. HASAN:  Objection as to form, because

20   this -- this last page appears to be a blowup       11:38

21   that --

22           MR. HANLE:  You don't need to -- just say

23   "Objection to form."  That's fine.

24           MR. HASAN:  Objection to the exhibit, lack

25   of foundation.                                      11:38
```

Page 82

Exhibit 31
Page 31-2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           MR. HANLE:  Okay.

2   BY MR. HANLE:

3       Q   My question is:  Is this press coverage

4   that's the first three pages -- is this press

5   coverage that was generated as a result of Chris          11:38

6   Kohler's attendance at in at CES in January 2007 in

7   Las Vegas?

8           MR. HASAN:  Objection as to form.

9           THE DEPONENT:  I believe so.  Now, with

10  that caveat because, again, sometimes you'll have          11:39

11  one editor that is actually attending the show and

12  another that's back at the home office that, when we

13  send the press release out, we'll write an initial

14  story.

15          So I assume that this is -- because there's       11:39

16  a photo of it, actually, at the -- yeah, actually at

17  the booth or at the suite that this person was in

18  attendance, but it could have been -- they could

19  have -- the guy taking the notes, taking the photos

20  may not be the same guy writing the article.              11:39

21          So I don't have a personal recollection of

22  Chris Kohler, or who he is or whether he was there,

23  but it appears that he was the one who attended, but

24  I can't say for certain.

25          ///

                                                   Page 83

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MR. HANLE:

2        Q   Okay.  But your understanding is that

3    someone on behalf of Wired.Com attended the booth --

4    or excuse me -- attended the suite in January 2007

5    and took a picture of this Charge Base; correct?          11:40

6        A   I would assume so, yes, because they don't

7    source anybody -- any other -- because, like, at

8    sometimes, there's articles that are written based

9    upon somebody else going.  Like --

10        If -- a lot of sites are in the same          11:40

11    network.  So say, like, Joystick will write a story.

12    Engadget will pick it up because Joystick wrote it;

13    and so they are writing with somebody else.

14        But they don't -- I don't believe -- give

15    me a second to look through here -- usually, they          11:40

16    will source that other article, if they didn't

17    personally receive it or somebody else attended.

18        Yeah, they didn't source anybody else; so I

19    assume somebody from Wired was in the booth, and

20    they saw it, took a photo, and relayed information.          11:40

21        Q   And you said -- you may have misspoke.  You

22    said, "I assume somebody from Wired was in the

23    booth."

24        Did you mean someone from Wired was in the

25    suite?          11:40

Page 84

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A   Sorry.  Suite.  Sorry.  I call all exhibits

2   areas "booth."

3        Q   That's fine.  I just wanted the record to

4   be clear.

5            So this photo is not a photo that Nyko      11:40

6   provided as part of the press kit; correct?

7        A   No.

8        Q   And if you look at the last page of the

9   exhibit, you'll see there's a blowup of a photo of

10  the Charge Base.                                      11:41

11           Do you see that?

12       A   Uh-huh.  Yes.

13       Q   And does that appear to be the blowup of

14  the same photo that appears on the first page of the

15  exhibit?                                              11:41

16       A   Yes, it appears to be the same photo.

17       Q   Okay.  Now, focusing on the photograph on

18  the last page of the exhibit, other than the LED

19  lights, are there any structural differences between

20  the prototype shown in the picture in Exhibit 15 and   11:41

21  the second prototype, Exhibit 58, which is in front

22  of you?

23           MR. HASAN:  Objection as to form.

24           THE DEPONENT:  Again, it's only one photo.

25  It's from a weird angle.  So I couldn't be certain,    11:41
```

Page 85

Exhibit 31
Page 31-5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    they're -- they're an account that we sell product

 2    to.  I don't know how big of an account at the time

 3    they were and whether or not we would have shown --

 4    I would assume we may have -- we probably would have

 5    shown it to Amazon as well.                          11:48

 6            But, again, that is speculation because I

 7    don't have accurate records.

 8            MR. HANLE:  Okay.  So let me go to -- let

 9    me go to the next exhibit, which we'll mark as

10    Exhibit 59.                                           11:48

11            It's a document bearing Bates Nos. NT 55319

12    to 55322.  And it's a press release which lists

13    "Nyko Contact:  Chris Arbogast," dated January 8th,

14    2007.

15            (Exhibit 59 was marked for                    11:49

16            identification by the deposition

17            officer and is attached hereto.)

18    BY MR. HANLE:

19       Q   Do you recognize this document?

20       A   Yes.                                           11:49

21       Q   What is it?

22       A   This is our "CES Announcement Release."

23       Q   And this is CES's, Consumer Electronics

24    Show, Announcement Release for January 2007?

25       A   Yes.                                           11:49
```

                                              Page 91

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      So it would have gone out, typically, the

2  first day of that show.

3      Q   Okay.  And that's consistent with your

4  recollection the first day of the show was

5  January 8th, 2007; correct?                          11:49

6      A   Yes.

7      Q   Okay.  Who prepared this document?

8      A   Initially, written by Chris Cook, it says

9  here.  But, yeah, Conkey would have -- they write

10 the press release, and then we edit and tweak from   11:50

11 there.

12     Q   When you say "we edit and tweak from

13 there," who is "we"?

14     A   Myself, my team, and the rest of the people

15 in the PR firm.                                       11:50

16     Q   Okay.  And so were you responsible for the

17 final content of this press release?

18     A   Yes.

19     Q   To whom was this disseminated?

20     A   It would have gone out to Conkeys's press   11:50

21 list, which is probably a combination of the press

22 list -- the official press list from CES that

23 they -- that CEA and CES distributes to people once

24 you're an exhibitor, and probably their internal

25 press list that they keep running on an ongoing and  11:50

Page  92

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    updating document of.

 2          They probably do a combination of the two

 3    when they blast this out over the wire.

 4       Q   When you say the "official press list from

 5    CES 2007," are you referring to a list that was        11:51

 6    generated after the event or before the event?

 7       A   No.  It's generated prior to the event.

 8    So, typically, the way it works is every journalist

 9    who signs up to go to CES and applies -- gets a

10    badge for the show, if it is designated as a press     11:51

11    badge, they will keep a running list of that.

12          And then that is distributed to the

13    exhibitors of the show; so they can follow up and

14    book meetings ahead of time.

15          So we will acquire from the CES Web site or     11:51

16    from show management, we'll send that to our PR

17    firm, and they'll use that to book meetings and --

18    on our behalf at the show.  Prior to the show,

19    they'll book the meetings.

20       Q   Okay.  And when you said this press release     11:51

21    went out to the official press list from CES and

22    Conkeys internal press list --

23       A   Well, I'm assuming it's a combination.  I

24    don't know the final aggregate list, if it was a

25    combo, or if they just used CES.  I don't know that    11:52
```

Page 93

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    play with it, no, I don't recall if we did that or

 2    not.

 3              So just to clarify.

 4       Q    I don't know how wild you can go --

 5       A    Sorry.                                        12:06

 6       Q    -- with the controller charger.

 7              But I appreciate that the clarification.

 8    That's exactly what I was asking.

 9              Take a look at what we previously marked as

10    Exhibit 19.                                           12:07

11       A    Oh, it's a new one.

12       Q    Do you recognize that document?

13       A    Yes.

14       Q    What is it?

15       A    It is a price sheet.                          12:07

16       Q    And this one is dated -- it says,

17    "Effective November 1, 2006."

18              Do you see that?

19       A    Yes.

20       Q    Who typically prepares these documents?      12:07

21       A    It depends on the year.  I don't remember

22    exactly who prepared this one.

23              Over the years, it was sales prepared their

24    own price sheets.  Sometimes we had -- if we were in

25    between salesmen or they didn't have sales support,   12:07
```

Page 108

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   marketing would sometimes prepare them as well.

2          One of -- myself or a member of the team

3   would actually do the physical editing of the Excel

4   document, and then recently, we moved it back over

5   to sales, and they maintained this document as well.      12:08

6          I don't recall which one of us

7   specifically, you know, copy, pasted the information

8   and typed out for this particular document.

9      Q   But do you believe this was prepared in or

10  about November of 2006?                                   12:08

11     A   Yes, if it's dated November 1st, 2006.

12     Q   And you mentioned this is in a -- this is

13  in a spreadsheet.

14         Is this in an Excel spreadsheet?

15     A   Yes.  So we will -- well, I'm not sure --           12:08

16         MR. HASAN:  Objection as to form.

17         THE DEPONENT:  I'm not sure where this was

18  printed from.  Typically, we'll edit it in Excel,

19  and then when -- distributor, like, we'll e-mail the

20  sales reps, convert it to PDF; so it's not editable.      12:08

21         So I don't know if this was printed from

22  the PDF or the Excel, just to be clear.

23  BY MR. HANLE:

24     Q   Understood.

25         And to whom is the -- a Dealer Price             12:08

                                                     Page 109

Exhibit 31
Page 31-10

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              So could you clarify which is the one that

 2      you believe looks more recent?

 3          A    Sure.

 4              So on Exhibit 61, I can't be for certain if

 5      this was the final version that went out to retail.      02:06

 6              Based upon the use of the logo and printing

 7      on it versus no logo here and no stripe indication

 8      on Exhibit 60, I would say, 61 is a somewhat newer

 9      version.

10              But, again, this still could be a             02:07

11      prototype.  I'm not sure.  I'm not certain.

12          Q    Okay.  All right.  So I'd like you to take

13      what we've previously marked as Exhibit 10, and I

14      think that's in your stack over there already.

15          A    I don't have Exhibit 10.                     02:08

16          Q    Here, I have copies, then.

17              So this is a printout of a -- of press

18      coverage of the Charge Base, dated January 9, 2007.

19      It was a document produced by Nyko as indicated by

20      the Bates numbers.                                    02:08

21              Do you recognize this document?

22          A    Yes.

23          Q    And what is it?

24          A    Well, it's -- actually, no, it's not a

25      review.  Sorry.  It is a press coverage of CES       02:08
```

Page 142

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    featuring Charge Base.

2        Q    Okay.  And if you look at the photograph

3    that's there in Exhibit 10, would you agree that

4    that photograph matches up with the photograph in

5    the Data Sheet Exhibit 60?                            02:09

6        A    Yep.  I mean, this one is cropped a little

7    more, but other than that.  The cord is cropped.

8    It's a minor thing.

9        Q    Okay.  So the -- so I guess what I want to

10   then get back to is -- is it your understanding that    02:09

11   photograph that's in both Exhibit 60 and in

12   Exhibit 10, was that part of the electronic press

13   kit that was provided in connection with CES 2007?

14        MR. HASAN:  Objection as to form, asked and

15   answered.                                             02:09

16        THE DEPONENT:  Yeah, without -- I'm

17   assuming they received some press kit because it was

18   at CES, and it was the same photos internally.

19        That would be my speculation.  Without

20   seeing the files, obviously, I can't know for         02:10

21   certain.

22   BY MR. HANLE:

23        Q    Can you think of any other way that Gerry

24   Block or IGN would have received that photograph of

25   the Nyko Charge Base other than as part of a press     02:10

                                              Page 143

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    kit?

2        A   They could have grabbed a photo from our

3    Web site as far as going right click, save as --

4    that kind of thing.

5            So that's why I say I can't be certain they      02:10

6    pulled -- they probably pulled it from the disk,

7    that's the usual practice with journalists, but they

8    could have grabbed it off our Web site, if they

9    didn't use the press kit or something.

10           So I can't speculate as to how they              02:10

11   acquired the photo, but --

12           MR. HANLE:  Okay.  So I'll mark as the next

13   exhibit a document bearing Bates No. NT 81226, and

14   this is Exhibit 62.

15           (Exhibit 62 was marked for                       02:10

16           identification by the deposition

17           officer and is attached hereto.)

18   BY MR. HANLE:

19       Q   And this is another document produced by

20   Nyko, and this is just a single page, large-scale       02:11

21   photograph of a Nyko Charge Base; is that correct?

22       A   Yes.

23       Q   And this document was produced just like

24   this, a single page.

25           Does this reflect -- does this refresh your      02:11

Page 144

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    CC Swiney does more of that logistics and

2    operations.

3      Q    Do you have an understanding of what

4    documents are sent to the customer once an order is

5    received?                                            02:49

6      A    No.

7      Q    Do you know that customers receive

8    invoices?

9      A    I assume they receive invoices from our

10   accounts payable department for goods.               02:49

11     Q    I want to show you what has been previously

12   marked as Exhibit 17.

13          Do you recognize the first page of this

14   document as a Nyko invoice?

15     A    Yes.                                           02:50

16     Q    And this is an invoice --

17          What was the order date for the items

18   ordered for this invoice?

19          MR. HASAN:  Objection -- objection as to

20   form.                                                02:50

21          THE DEPONENT:  It appears it is 1/10/2007

22   in the upper left-hand.

23   BY MR. HANLE:

24     Q    Okay.  That looks like -- there is a date

25   of the invoice, and there's also an order date?      02:50

                                                     Page 179

Exhibit 31
Page 31-14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   who pulled it, and that's why it's up here, but she

2   was not at the company at that time.

3        That would be my guess as to why her name

4   is on this document.  Yolanda Kidde was there in

5   '07.                                              03:00

6   BY MR. HANLE:

7        Q   Okay.

8            MR. HASAN:  Could we take a break when you

9   have a chance?

10           MR. HANLE:  Yes.                         03:00

11  BY MR. HANLE:

12       Q   So one -- so the documents were produced to

13  us in this sequence that is here in the exhibit.

14           So where the -- where the Nyko invoice is

15  the first two pages, and then following that is a    03:00

16  printout from Amazon Vendor Central with the order

17  that corresponds to the invoice.

18       A   Uh-huh.

19       Q   And my question to you is:  Is that -- is

20  that how the documents are maintained in the          03:01

21  ordinary course of business at Nyko with an invoice

22  and attached to it a printout of a Amazon Vendor

23  Central order?

24       A   I don't know for certain how they catalog

25  stuff.  I do know that they do produce printouts,     03:01

Page 188

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   and we keep printout records of a lot of our

2   transactions.  I don't know exactly -- because I'm

3   not on the accounting side.

4          I do sign at the bottom, though.

5          This looks like it was pulled from Vendor        03:01

6   Central at 12/20/2012, which would explain why

7   Yolanda Williams's name is on there.

8      Q   Okay.  Would this invoice that is the first

9   two pages of the document -- would that have been

10  pulled from the same place, from Amazon Vendor        03:01

11  Central, or somewhere else?

12     A   That, I don't know.  No.  This looks like

13  an actual Nyko invoice.

14         Again, I don't know how these two documents

15  relate or how they were stapled together or         03:02

16  delivered; so I can't really speculate on that.

17     Q   Okay.  So as far as the documents that

18  you're aware of that Nyko keeps regarding purchases,

19  when they do keep such records, who is responsible

20  for keeping those?                                   03:02

21     A   Well, it would be all of our accounting

22  corrals it together and keeps those -- so it would

23  be the names I previously mentioned -- and then the

24  teams overseen by -- you know, our director of

25  operations oversees all of our logistics and         03:02

                                            Page 189

Exhibit 31
Page 31-16

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. HANLE:  I'll mark as the next exhibit,

 2    which is 65, a document with Bates Nos. NT 81234 to

 3    NT 81240.

 4              (Exhibit 65 was marked for

 5              identification by the deposition          03:21

 6              officer and is attached hereto.)

 7    BY MR. HANLE:

 8       Q   Okay.  So this is another -- the first page

 9    is another copy of the same invoice that appears as

10    the first page of Exhibit 17.  It's Invoice           03:22

11    No. 101146.  And it's an order by Amazon.  Order

12    date, January 9, 2007, from Amazon.com in Fernley,

13    Nevada.

14              Do you see that?

15              MR. HASAN:  Objection as to form.           03:22

16              THE DEPONENT:  Yes, that's the ship to.

17    BY MR. HANLE:

18       Q   Okay.  So after we received this first set

19    of documents that's in Exhibit 17, we received an

20    additional production, again, at that same time,      03:23

21    January 31st, that had an additional packet

22    pertaining to each Amazon order.

23              And start with a question:  Have you ever

24    seen these documents before that are included in

25    this Exhibit 65?                                      03:23
```

Page 192

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       A   No, not that I recall.

2       Q   Referring to -- we looked earlier at the

3   order number on the right-hand side of the invoice

4   on the first page.

5           Do you see there's an order number of          03:23

6   97415?

7           Do you see that?

8       A   Yes.

9       Q   And then turn to the third page of the

10  exhibit.                                               03:23

11      A   Okay.

12      Q   And that says, "Sales Order 97145."

13          Do you see that?

14      A   Yes.

15      Q   Okay.  And so do you recognize this          03:24

16  document as a Nyko Sales Order?

17      A   Yes, appears to be so.

18      Q   And do you know what causes this document

19  to be generated by Nyko?

20      A   I do not.  Again, that's more of a back-end    03:24

21  accounting function.

22      Q   And remind me of the names of the

23  individuals that worked there in January 2007?

24      A   So it is Yolanda Kidde, Esther Egbahl, as

25  far as receiving orders.  I believe they're          03:24

                                                 Page 193

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Exhibit 65.

2         A    Okay.

3         Q    You see there an e-mail chain, the top

4    e-mail in the chain is an e-mail from

5    Fran@Peakemarketing.com, dated January 8th, 2007, to      03:26

6    Radu Popa, CC, Rob Kramen.

7              Do you see that?

8         A    Yes.

9         Q    Okay.  And who is Radu Popa?

10        A    He's Nyko's VP of logistics.              03:26

11        Q    Is he still Nyko's VP of logistics?

12        A    Yes.

13             Let me clarify.  I don't know if he was VP

14   of logistics or -- at the time, or if he was

15   director of logistics, but he oversaw our logistics.     03:26

16             I know his current title is VP.  I don't

17   know if he was brought in as VP and promoted, or if

18   he was always VP, just to clarify.

19        Q    What is the respective roles as between

20   operations and logistics with respect to processing      03:27

21   orders of product?

22        A    Logistics as far as Radu is concerned is

23   shipping, receiving from our warehouse -- I'm

24   sorry -- our factories into our warehouse, shipping

25   out, allocating, essentially, monitoring the             03:27
```

Page 195

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   shipments that come in and the shipments that go

2   out.

3          Operations oversees all -- essentially,

4   director of operations is like a COO overall, but

5   just not as senior title.                          03:27

6          Oversees everything, including helping out

7   with going over inventory, allocations, say if we

8   are understock on existing products, who gets what

9   products and when as far as priority, that kind of

10  thing.                                             03:27

11         And CC can obviously speak in more detail

12  as to what exactly responsibilities are.

13     Q   Okay.  The e-mail -- the text -- the body

14  of this e-mail says, "Fourth Amazon.com PO for the

15  day."                                              03:27

16         Do you see that?

17     A   Yes.

18     Q   And that's forwarding an e-mail from

19  KathyD@Amazon.com.

20         Do you see that?                            03:28

21     A   Yes.

22     Q   Do you have any idea who KathyD@Amazon.com

23  is?

24     A   No.

25     Q   Okay.  And the e-mail that was forwarded is  03:28

Page 196

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    addressed to orders.

2            Do you see that?

3            That e-mail that we're looking at from

4    Kathy D. sent Monday, January 8 --

5        A   Yes, I'm sorry.  I was looking at the wrong      03:28

6    place.

7        Q   -- to orders.

8            Is orders an internal Nyko e-mail address?

9        A   I do not know if it's internal Nyko e-mail

10   address or if it's a -- like a blanket e-mail that      03:28

11   goes out or it's an address book.  I don't know.  I

12   don't receive those e-mails.

13       Q   All right.  And so this e-mail references a

14   Nyko purchase order number of L347035.

15           Do you see that?                                03:29

16       A   Yes.

17       Q   And that matches the purchase order number

18   on the first page of the exhibit, which is the Nyko

19   invoice; correct?

20       A   (Sotto voce.)  Yes.                             03:29

21       Q   So Amazon placed this order to either Peake

22   Marketing or Nyko, and Nyko acknowledged the order

23   by preparing an invoice; correct?

24           MR. HASAN:  Objection as to form.

25           THE DEPONENT:  Invoice -- it looks like         03:29
```

Page 197

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-21

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    advertising allowance, defective rate and all that

2    kind of stuff.

3            That would probably be in the same place as

4    terms of -- I'm guessing we have to sign off on the

5    Terms of Service as well.                              03:46

6            CC would -- could produce that

7    documentation for you, should be able to.

8        Q   Okay.  So keep that exhibit handy because

9    there is some information I want you to crosscheck

10   with respect to Exhibit 66 -- 65 and 66.              03:46

11           So you'll see on Exhibit 66 -- this is a --

12   do you recognize this as a Nyko "Customer Sales

13   Analysis Report"?

14       A   Yes.

15       Q   Okay.  And you'll see that there are --     03:47

16   that same invoice number is the first entry under

17   Amazon, and you'll see an -- an invoice date of --

18   of January 10, 2007.

19           Do you see that?

20       A   Yes.                                          03:47

21       Q   And you see that it references this same

22   invoice number, which is 101146.

23           Do you see that?

24       A   Yes.

25       Q   And the items ordered on this entire sales   03:47

Page 215

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    report are 83017, which is the Charge Base; correct?

2         A   I'm sorry.  Can you repeat that number.

3         Q   83017.

4         A   Yes.

5         Q   These are regarding sales of the Charge        03:47

6    Base product; correct?

7             MR. HASAN:  Objection as to form.

8             THE DEPONENT:  Well, "83017" refers to

9    "Charge Base."

10   BY MR. HANLE:                                            03:47

11        Q   Yes.

12        A   But I don't know if this report is actually

13   sell-through information.  It's a bunch of zeroes.

14        Q   Okay.  So -- well, we'll get to that.

15            So -- so PO number, and there's a --           03:48

16   there's a column called "PO Number," and there's a

17   reference to, "Our SO No. 97145."

18            Do you see that?

19            This is the fifth column from the left.

20        A   Yes.  Okay.                                     03:48

21        Q   And you see there's a reference to our "Our

22   SO No."

23            Do you see that?

24        A   Yes.

25        Q   And what "SO No." is referenced for that       03:48
```

Page 216

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    first entry under Amazon.com?

2         A    97145.

3         Q    Okay.  Turn to the third page of

4    Exhibit 65, which is the previous exhibit -- the

5    previous exhibit.                                    03:48

6         A    Oh, sorry.  Okay.

7         Q    And that's a Nyko Sales Order No. 97145;

8    correct?

9         A    Yes.

10        Q    So this entry in Exhibit 66 corresponds to   03:49

11   the Nyko Sales Order that's included in Exhibit 65;

12   correct?

13        A    Yes.

14        Q    Okay.  So -- and that order is for

15   140 units of PS3 Charge Base; correct?            03:49

16             MR. HASAN:  Objection as to form, asked and

17   answered.

18             THE DEPONENT:  Again, this is request for

19   140 units of a product that isn't out yet, and it

20   says a corresponding sales report that says we sold   03:49

21   zero of a part that isn't out yet.

22   BY MR. HANLE:

23        Q    I have a different question.

24             My question is --

25             MR. HASAN:  Don't cut him off.            03:49

                                                 Page 217

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I was like, "What?"

2         MR. HANLE:  Okay.  Let's see.  Let's take a

3    break, and maybe we can have some copies made.

4         MR. HASAN:  Okay.

5         MR. HANLE:  Thank you.                    03:56

6         THE VIDEOGRAPHER:  Going off the record at

7    3:55.

8         (Recess.)

9         THE VIDEOGRAPHER:  We are back on the

10   record at 4:03.                               04:04

11   BY MR. HANLE:

12        Q   We've marked as Exhibit 67, a document with

13   Bates No. NT 1123 to NT 1139.

14            It is the same as the document that we

15   previously marked as Exhibit 66, except that the   04:05

16   even-numbered pages were inadvertently omitted from

17   Exhibit 66.

18            So Exhibit 67 is the same document as 66,

19   with all the pages.

20            So now I want to ask about the second page   04:05

21   of Exhibit 67.

22            (Exhibit 67 was marked for

23            identification by the deposition

24            officer and is attached hereto.)

25        MR. HASAN:  Okay.  We will lodge our       04:05

                                              Page 226

Exhibit 31
Page 31-25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    objection to 66 because it was incomplete, but we

 2    agree with you how you characterized 67 compared to

 3    66.

 4    BY MR. HANLE:

 5         Q   Okay.  So now you're looking at the page      04:05

 6    with Bates No. NT 1124; is that correct?

 7         A   Yes.

 8         Q   Okay.  And you'll see that there's -- if

 9    you go down the "Quantity Shipped" column, you'll

10    come to a second entry with "140 units shipped."       04:05

11           Do you see that?

12         A   Yes.

13         Q   And what's the date that corresponds to

14    that entry?

15         A   7/11/2007.                                    04:06

16         Q   Okay.  And what is the Nyko Sales Order

17    number that corresponds to that entry?

18         A   97145.

19         Q   And is that the same Nyko Sales Order as is

20    the third page of Exhibit 65?                          04:06

21           MR. HASAN:  Objection as to form.

22           THE DEPONENT:  The numbers match.

23    BY MR. HANLE:

24         Q   Okay.  And so would you agree that this

25    reflects that Nyko shipped 140 units of PS3 Charge     04:06
```

Page 227

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              We're going to object to this.  If you do
 2      this, we'll terminate the deposition.
 3              If you show him for the first time and
 4      produce documents that you should have produced
 5      months ago for the first time today, unless there's    04:24
 6      a good reason for it.
 7              If there's a good reason for it, we
 8      understand that.
 9              MR. HANLE:  This is not our document,
10      Counsel.  This is a document that you frankly should   04:24
11      have produced because it regards a public use and
12      demonstration of a product that's under the patent.
13              It is not our video.  It is your video
14      that --
15              MR. HASAN:  It is our video?                   04:24
16              MR. HANLE:  -- for the public to find --
17              MR. HASAN:  Is that our video?
18              MR. HANLE:  -- on the Internet.
19              It is a video of --
20              MR. HASAN:  Is it our video?                   04:24
21              MR. HANLE:  -- the Nyko hotel suite.
22              MR. HASAN:  That's our video.
23              Go ahead.
24      BY MR. HANLE:
25          Q    My question to you is:  Is that you in the    04:24
```

                                                      Page 238

Exhibit 31
Page 31-27

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    video?

2        A   Yes.

3        Q   Okay.  And is that -- is that video taken

4    in the hotel suite in Las Vegas during the time

5    frame of the CES 2007 show in January of 2007?          04:24

6        A   Yes.

7        Q   Okay.  And is that -- the Charge Base

8    product that is referred to in that video, is that

9    the prototype of the Charge Base that was available

10   for viewing in the -- in the hotel suite in          04:25

11   Las Vegas in January 2007?

12       A   Yes, it was the same one.

13       Q   Okay.  And -- and in the video, you

14   demonstrated how to place a controller into the

15   docking bay of the Charge Base; correct?             04:25

16       A   Yes.

17       Q   Okay.  And does that refresh your

18   recollection as to whether the Charge Base that was

19   in the suite in Las Vegas in January 2007 actually

20   charged controllers or not?                          04:25

21           MR. HASAN:  Objection; asked and answered.

22           THE DEPONENT:  Like I said, I don't recall

23   if it was a fully-working charge controllers or if

24   the lights just lit up.  I wouldn't know.  That's --

25           If Amir has record of that, he could let    04:25

Page 239

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-28

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   you know if it was a fully-working sample or not.

2         I honestly can't remember if it fully

3   charged controllers over a two- to four-hour period

4   and then fully recharged the batteries, or if we --

5   it was just an early prototype where the LEDs lit up      04:26

6   when you plugged it in.

7   BY MR. HANLE:

8       Q   Did -- did Nyko approve the taking of that

9   video?

10      A   Yes.                                              04:26

11      Q   And did -- Nyko approve the dissemination

12  of that video to the public?

13      A   Well, we don't --

14          MR. HASAN:  Objection.

15          THE DEPONENT:  We don't distribute that           04:26

16  video.  They post the video.

17          So we don't give an okay like, "You can run

18  it on this site for this many impressions during

19  this time period."

20          We just say, "You can take a video," and         04:26

21  they distribute it however they like.

22  BY MR. HANLE:

23      Q   Let's put it another way:

24          Did Nyko restrict the ability of the

25  company that took the video from -- from publicizing     04:26

Page 240

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     it in any way they chose?

2          A   No.  It would have been after the press

3     release went out the first day of the show; so, you

4     know, they could air the video.

5          Q   Did Nyko compile any data regarding          04:26

6     feedback regarding the Charge Base product after

7     the -- showing it in the suite at the -- at the

8     January 2007 trade show?

9          A   Well, typically, we'll have our -- our PR

10    firm submit a report to us.  That's a Coverage        04:27

11    Report.

12              So every journalist, who came through and

13    saw the product and then subsequently either perused

14    the video or photos or wrote an article, will have

15    the PR firm track that, and they will submit a        04:27

16    report to us so we can read, you know, what the

17    journalists say.

18              And then if they produced -- a lot of times

19    they will include links and stuff in there to where

20    we can click on the article.                          04:28

21              And then so we can see, obviously, what the

22    journalists said, and if the article was equipped

23    with comments, and we can read the comments that

24    user said.

25              So, in that respect, yes, we usually        04:28

                                        Page 241

Exhibit 31
Page 31-30

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              MR. HASAN:  Objection as to form.

 2              THE DEPONENT:  Yeah, I mean, I'm

 3     assuming -- if he was with IGN at the time, unless

 4     he didn't attend that year and just wrote it from

 5     the press release -- I remember him being at CES in      04:36

 6     our suite at least one time.  I don't remember which

 7     years, though.

 8     BY MR. HANLE:

 9         Q   Okay.

10         A   He was only there for a few years.              04:36

11         Q   Okay.  I'd like you to take a look at

12     what's previously been marked as Exhibit 11.

13         A   Uh-huh.

14         Q   And Exhibit 11 is a Gizmodo press coverage

15     of CES 2007.                                            04:36

16         A   Uh-huh.

17         Q   -- and you'll see that this -- there's a

18     byline underneath the photograph on the first page

19     of Gizloco.

20              Do you see that?                               04:36

21         A   Yes.

22         Q   And you see the date, "January 11, 2007"?

23         A   Uh-huh.

24         Q   That's a "Yes"?

25         A   Oh.  "Yes," sorry.                              04:36
```

Page 249

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-31

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1          Q   And do you know who Gizloco is?

2          A   No, I don't recall their aliases.

3          Q   Do you recall whether a representative of

4     Gizmodo was present at the hotel suite in

5     January 2007?                                    04:37

6          A   I don't specifically.  It would definitely

7     have been a meeting we would have tried to lock down

8     and try to get somebody from Gizmodo there, because

9     they are major outlet.

10         Q   Okay.  And that picture that's in -- that's  04:37

11    on the first page, we've blown up on the third page

12    of the exhibit.

13             And does that appear to be a picture of the

14    PS3 accessories taken at the hotel suite in

15    Las Vegas in January 2007?                         04:37

16         A   Yes.

17             MR. HASAN:  Object to the exhibit that that

18    last page isn't part of the press release, but --

19    BY MR. HANLE:

20         Q   And is -- in --                           04:37

21         A   Sorry.  I'm just looking --

22         Q   Sure.

23         A   This photo looks very familiar.  That's why

24    I thought it was in a previous exhibit.

25             Also, normally, I would say, yes.  They    04:38
```

Page 250

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    were, obviously, in our suite because there was a

 2    photo there.

 3            But I'm just making sure it's not one of

 4    their sister sites like -- names -- like, Joystiq

 5    didn't show up.                                        04:38

 6            I think he was writing for both Joystiq and

 7    Gizmodo, and he took the photos, but they are all

 8    sister sites and, you know, under the same network.

 9        Q    I understand.

10            But in all events, the picture is from the    04:38

11    suite?

12        A    Yes.

13        Q    Okay.  Take a look at what's previously

14    been marked Exhibit 12.

15        A    Thank you.                                    04:38

16        Q    And this is press coverage on the site

17    Joystiq.com by Alexander Sliwinski, dated

18    January 10, 2007.

19            Do you see that?

20        A    Yes.                                          04:39

21        Q    Do you recall meeting with Mr. Sliwinski in

22    the hotel suite in Las Vegas in January 2007?

23        A    I recall meeting with him at several shows

24    in most of our booths.

25            Again, I can't remember specifically          04:39
```

Page 251

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-33

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    standing in front of him at that show and at that
 2    suite, because all those shows are kind of a blur.
 3              But, yes, he -- I remember Alexander came
 4    by frequently to -- like, we always -- he was one we
 5    always had an appointment with, usually, at every      04:39
 6    one of the shows.
 7              But, again, if he wasn't able to stop by
 8    and wrote this press release, I can't recall for
 9    certain because I don't want to speak out of turn
10    and say something out of turn that I can't remember
11    exactly.
12        Q   I understand.
13              And that appears to be the -- the photo
14    that's on the first page of the press release
15    appears to be the photo of the prototype that we've   04:39
16    seen in several of these exhibits here today; right?
17        A   Yes.  Appears to be the asset -- official
18    asset that we produced.
19        Q   So there's a reference here.
20              It says -- in the second paragraph          04:40
21    underneath the photos, it says -- and I'm going to
22    start with the third sentence.
23              It says (as read):
24                   "The Charge Base for the
25              PS3 is suggested to cost 39.99 USD."         04:40
```

Page 252

Exhibit 31
Page 31-34

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. HANLE:

 2        Q   Okay.

 3            MR. HASAN:  Can we take a break when you

 4    have a chance and see how much time is left also?

 5            MR. HANLE:  Yeah.  Let me get through two      04:44

 6    of these quickly, and then we'll take a break.

 7    BY MR. HANLE:

 8        Q   I'll show you what has been previously

 9    marked as Exhibit 13.

10            This is press coverage by Gaming Blend of      04:44

11    "Nyko's All Star PS3 Lineup."  It's byline author of

12    William Usher, and it says, "Published 2007,

13    January 10, 2007."

14            Do you see that?  The date is just to the

15    right.                                                 04:44

16        A   Sorry.  Yes, I see it now.

17        Q   Okay.  And who is William Usher?

18        A   I'm assuming he's noted there for Gaming

19    Blend, but I don't recall him specifically.

20        Q   Do you remember if Gaming Blend was in the     04:45

21    suite at CES 2007 in Las Vegas?

22        A   I don't.

23        Q   Is that someone who would, typically, be

24    invited to the suite?

25        A   Gaming Blend, no.  It seems like a             04:45
```

Page 257

Exhibit 31
Page 31-35

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    lower-tier site.  I mean, we invite -- blast out to

2    hundreds of journalists for each; so trying to

3    remember every single one is kind of tough.

4         But they are not on a level of IGN or

5    Gizmodo or Joystiq that I recall always trying to          04:45

6    book an appointment with them.

7      Q   You believe this copy of the press coverage

8    was provided by the PR firm?

9         MR. HASAN:  Objection as to form, asked and

10   answered.                                                  04:45

11        THE DEPONENT:  Yes.  So this appears to be

12   coming almost exactly from the press release, like

13   they just took the press release and posted it,

14   which sometimes they do.  They may not have come to

15   the suite, but --                                          04:45

16        So -- again, I can't be sure, but I

17   would -- my guess is that, yeah, they just posted

18   this from the press release.

19        MR. HANLE:  I just noticed something about

20   all these documents.                                       04:46

21   BY MR. HANLE:

22     Q   Take a look at the -- in this particular

23   one, the upper left where it says, Nyko's All Star

24   PS3 Lineup."

25        Do you see that?                                      04:46

                                                    Page 258

Exhibit 31
Page 31-36

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Yes.

 2        Q    That's not on the Web site, is it?  There's

 3   a similar legend, I guess, on each of the previous

 4   three we've looked at.

 5             If you want to check it out, you can see        04:46

 6   what I'm talking about.

 7        A    Uh-huh.

 8        Q    So it appears to repeat the title at the

 9   top, and then there's a -- well, it appears to be a

10   repeat of the title at the top of each of those.        04:46

11             I guess, do you recognize who put that

12   legend on each of these documents?

13             MR. HASAN:  Objection as to form.

14             THE DEPONENT:  It appears to be the ESL

15   tags from the Web site.  If you look at the URL at      04:47

16   the bottom --

17   BY MR. HANLE:

18        Q    Uh-huh.

19        A    -- so they put a title, like, tags,

20   essentially, for Web creation onto every story.         04:47

21             And so this pops up like -- this is

22   probably generated by the search engine based on the

23   tags they have on the Web site.

24        Q    Okay.  Fair enough.

25             And last one for now, and then we'll take a    04:47
```

Page 259

Exhibit 31
Page 31-37

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     break, is Exhibit 14.

 2          This is press coverage on the Kotaku

 3     Web site of the "PS3 Charging Base and Other

 4     Products," by Brian Crecente, dated January 8, 2007?

 5          Do you see that?                              04:47

 6       A   Yes.

 7       Q   Do you recall whether Brian Crecente was in

 8     the hotel suite in January 2007?

 9       A   I don't recall specifically if he was

10     there.  He definitely would have been invited   04:48

11     because was one of the major editors at Kotaku.

12          (Deposition officer clarification.)

13          THE DEPONENT:  He's talking in the article,

14     though, about the press release; so that leads me to

15     believe this was posted from the release.  He may  04:48

16     not have come to the suite, if he didn't have time.

17          He could have also sent somebody else, and

18     if they posted a subsequent follow-up hands-on.

19     That, I don't know.

20          But all of these outlets, obviously, get    04:48

21     the press release from us distributed by our PR

22     firm.  Whether or not they can make the meeting or

23     somebody else come, it's a different story, or

24     sometimes they come and just never post a subsequent

25     story because they're too packed with other stuff to  04:48
```

Page 260

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    cover.  But --

 2    BY MR. HANLE:

 3        Q    Okay.

 4        A    Sorry if I'm not more helpful.  I have

 5    hundreds of journalists per event.  It's tough for      04:48

 6    me to remember every single one who comes for every

 7    single years.

 8        Q    That's quite all right.

 9             I guess last question, and then we'll take

10    a break is:  Do you remember whether Chris Kohler of     04:48

11    Wired -- I may have asked you this earlier.

12             Do you remember whether Chris Kohler of

13    Wired was in the hotel suite in January 2007?

14        A    Again, he definitely would have been

15    invited, but I don't recall if I personally met with     04:49

16    him at the suite or not, if he was able to come by

17    or --

18             His articles were just from the press

19    release (inaudible).

20             If they had pictures in the suite, talking       04:49

21    about hands-on, they were there, or had somebody

22    from their outlet there.

23             If they were posting exact verbiage from

24    the press release, they may not have been actually

25    in the suite.                                            04:49
```

Page 261

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              It does not show our sales to consumers.

 2     It shows sales from consumers -- I'm sorry --

 3     retailers to consumers.  It's point off sale data.

 4              So they track at the cash register with --

 5     from the retailers at Cinema Feed, they track point    05:52

 6     of sale data.

 7         Q   Okay.  So just to confirm, it doesn't track

 8     Nyko sales to the retailers; correct?

 9         A   No, that is correct.

10         Q   Okay.                                            05:52

11         A   It does not track that.

12         Q   Okay.  I will show you what has previously

13     been marked Exhibit 16.

14              Do you recognize this document?

15         A   Yes.                                             05:52

16         Q   I see you are quoted in the second-to-last

17     paragraph of this document.

18              Do you see that?

19         A   Yes.

20         Q   Did you prepare this document?                  05:53

21         A   At the time, it probably would have been

22     drafted by our PR firm, and I would have edited

23     it -- or looked it over, at least, and approved it.

24         Q   Were you in charge of the final content of

25     this press release?                                     05:53
```

Page 299

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit 31
Page 31-40

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          A    Yes.

2          Q    And this is announcing the launch of

3     Charge Base 2; correct?

4          A    That's correct.

5          Q    Can you read the first two sentences of the          05:53

6     second paragraph, please.

7          A    (As read):

8                         "Nyko's newly-redesigned

9               Charge Base 2 rapidly charges two

10              PS3 controllers simultaneously,          05:53

11              while providing a visual-appearing

12              storage option and faster recharge

13              rate via any A/C outlet.

14                        "Besides easier-to-read

15              charge indicators and a smaller-form          05:54

16              factor, the Charge Base 2 employs a

17              totally new contact-point dongle

18              system that makes charging your

19              controllers easier than ever."

20         Q    Okay.  Did Nyko consider the contact-point          05:54

21    dongle system to be an important improvement of

22    Charge Base 2 over the first version of Charge Base?

23              MR. HASAN:  Objection.

24              THE DEPONENT:  It was considered a notable

25    feature, obviously, since we included it in the          05:54

                                                      Page 300