

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

September 17, 2012

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *12/044,295*
FILING DATE: *March 07, 2008*
PATENT NUMBER: *8,143,848*
ISSUE DATE: *March 27, 2012*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT

Certifying Officer

Exhibit 32
Page 32-1

NT000001

## UTILITY PATENT APPLICATION TRANSMITTAL
### (Only for new nonprovisional applications under 37 CFR 1.53(b))

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on March 7, 2008 at or before 11:59 p.m. Eastern Standard Time under the Rules of 37 CFR § 1.10.*

Sonia Casas

| Docket No. | : | 61070/N220 |
|---|---|---|
| Inventor(s) | : | Amir Navid |
| Title | : | VIDEO GAME CONTROLLER CHARGING SYSTEM |

**ADDRESS TO:**   Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450                    March 7, 2008

1. __X__   **FEE TRANSMITTAL FORM.**

2. **IF A CONTINUING APPLICATION**
    __X__   This application is a continuation in part of patent application No. 11,581,137.

    Prior application information: Examiner: Briggitte R. Hammond; Group Art Unit: 2833.

    __X__   This application claims the benefit of Provisional Application No. 60/982,364 pursuant to 35 U.S.C. §119(e) and 37 CFR §1.78(a)(4).

3. **APPLICATION COMPRISED OF**

    **Specification**
    __33__   Specification, claims and Abstract (total pages)

    **Drawings**
    __23__   Sheets of formal drawing(s) (FIGS. 1 to 23B)

    **Declaration and Power of Attorney**
    __X__   Newly executed
    _____   Unexecuted declaration
    _____   Copy from a prior application (37 CFR 1.63(d))(for continuation and divisional)

4. _____   **Microfiche Computer Program** *(Appendix)*

5. _____   **Nucleotide and/or Amino Acid Sequence Submission** *(if applicable, all necessary)*
    _____   Computer Readable Copy
    _____   Paper Copy (identical to computer copy)

Exhibit 32
Page 32-2                    **NT000002**

**UTILITY PATENT APPLICATION TRANSMITTAL**
**(Only for new nonprovisional applications under 37 CFR 1.53(b))**

Docket No.: 61070/N220

_____   Statement verifying identity of above copies

6. **APPLICANT(S) STATUS UNDER 37 CFR §1.27**
    __X__   Applicant(s) and any others associated with it/them under §1.27(a) are a SMALL ENTITY

7. **ALSO ENCLOSED ARE**
    _____   Request and Certificate under 35 U.S.C. §122(b)(2)(B)(i) **Request for Non-Publication**)
    _____   Preliminary Amendment
    _____   Includes "Cross-Reference to Related Applications"
    _____   A Petition for Extension of Time for the parent application and the required fee are enclosed
    _____   An Assignment of the invention with the Recordation Cover Sheet and the recordation fee are enclosed
    _____   This application is owned by _____ pursuant to an Assignment recorded at Reel _____, Frame _____
    _____   Information Disclosure Statement (IDS)/PTO/SB/08A/B
    _____   Copies of IDS Citations
    _____   Certified copy of Priority Document(s) (_if foreign priority is claimed_)
    _____   English Translation Document _(if applicable)_
    _____   Return Receipt Postcard (MPEP 503) (should be specifically itemized).
    _____   Other: _____

8. **DIRECT ALL CORRESPONDENCE TO: CUSTOMER NUMBER 23363**

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____

Jason C. Martone
Reg. No. 59,469
626/795-9900

*CHRISTIE, PARKER & HALE, LLP, P.O. BOX 7068, PASADENA, CA 91109-7068*

-2-

Exhibit 32
Page 32-3

**NT000003**

1      **61070/N220**

# VIDEO GAME CONTROLLER CHARGING SYSTEM

5      CROSS-REFERENCE TO RELATED APPLICATION(S)

**[0001]**      This application is a continuation-in-part of pending Application No. 11/581,137, filed on October 13, 2006, the entire content of which is expressly incorporated herein by reference.

**[0002]**      This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed October 24, 2007, the entire content of which is also incorporated herein by

10     reference.

FIELD OF THE INVENTION

**[0003]**      The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

15

BACKGROUND

**[0004]**      Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers.  Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic

20     devices.  Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet.  Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device.  Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

25     **[0005]**      Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED.  Examples of accessory devices include wireless headsets, audio speakers, and

-1-

Exhibit 32
Page 32-4

NT000004

1      **61070/N220**

handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered

5      accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

[0006]      Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many

10     video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

[0007]      The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken

15     or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

20

SUMMARY OF THE INVENTION

[0008]      In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while

25     the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

-2-

Exhibit 32
Page 32-5

**NT000005**

1       **61070/N220**

[0009]    In one embodiment, the at least one DC port includes at least one male mini-USB connector.

5      [0010]    In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector.  The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

[0011]    In one embodiment, the at least one structure on the base includes at least one docking
10     bay configured to receive one of the video game controllers.

[0012]    In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port.  Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

15     [0013]    In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

[0014]    In one embodiment, the video game controller charging system further includes an AC-
20     to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller.  In one embodiment, the AC-to-DC converter is in the base.  In another embodiment, the AC-to-DC converter is external to the base.

[0015]    In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage
25     corresponding to the DC power.  The DC voltage may be DC 5 V.

[0016]    In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes:  a base; at least one male mini-USB connector supported by the

-3-

Exhibit 32
Page 32-6

NT000006

1      **61070/N220**

base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least

5      one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

[0017]      In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

[0018]      In one embodiment, the charging system further includes an AC-to-DC converter

10     external to the base and electrically coupled to the power input.

[0019]      In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

15     [0020]      In still another exemplary embodiment, a video game controller charging system for at least one video game controller having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input

20     port of the at least one video game controller to the at least one male mini-USB connector.

[0021]      In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

[0022]      In another exemplary embodiment of the invention, a charging system for charging at

25     least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The

-4-

Exhibit 32
Page 32-7

NT000007

1      **61070/N220**

charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also

5      including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

[0023]    Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments

10     of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device

15     and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and

20     FireWire devices to enable them to recharge.

[0024]    According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external

25     device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and

-5-

Exhibit 32
Page 32-8

**NT000008**

1       **61070/N220**

is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

5       **[0025]**      In one embodiment, the first DC port and the second DC port are USB ports.  In another embodiment, the first DC port and the second DC port are FireWire ports.  In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

**[0026]**      In one embodiment, the first DC power and the second DC power have different voltages.  In another embodiment, the first DC power supplies DC 5 V and the second DC power

10      supplies DC 13 V.

**[0027]**      In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

15      **[0028]**      In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

**[0029]**      In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first

20      DC power and the second DC power.

**[0030]**      In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides.  A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power.  The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted

25      to provide a DC power to an external device.  An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

-6-

Exhibit 32
Page 32-9

NT000009

1    **61070/N220**

[0031]    In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external
5    device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

[0032]    In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

[0033]    In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the
10    range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

[0034]    In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides.  A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power.  The power adapter includes a
15    plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device.  An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

[0035]    In one embodiment, the plug is fixed to the housing body.  In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position
20    inside the housing body.

[0036]    In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided.  The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or
25    6-pin FireWire plugs).

[0037]    In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

-7-

Exhibit 32
Page 32-10

NT000010

1    **61070/N220**

BRIEF DESCRIPTION OF THE DRAWINGS

**[0038]**    FIG. 1 is a schematic front view diagram of a power adapter in an exemplary
5    embodiment of the present invention.

**[0039]**    FIG. 2 is a schematic front view diagram of a power adapter in another exemplary
embodiment of the present invention.

**[0040]**    FIG. 3 is a schematic front view diagram of a power adapter in yet another exemplary
embodiment of the present invention.

10    **[0041]**    FIG. 4 is a schematic front view diagram of a power adapter in another exemplary
embodiment of the present invention.

**[0042]**    FIG. 5 is a schematic side view diagram of the power adapter of FIG. 1 in a non-
operating position.

**[0043]**    FIG. 6 is a schematic side view diagram of the power adapter of FIG. 1 in an operating
15    position.

**[0044]**    FIG. 7 is a conceptual diagram of a side view of the adapter and the electronic device in
an exemplary embodiment of the present invention.

**[0045]**    FIG. 8 is a diagram showing the AC-to-DC converter in the adapter.

**[0046]**    FIG. 9 is a schematic front view diagram of a power adapter in another exemplary
20    embodiment of the present invention.

**[0047]**    FIG. 10 is a schematic front view diagram of a power adapter in yet another exemplary
embodiment of the present invention.

**[0048]**    FIG. 11 is a perspective view of a video game controller charging system according to
another exemplary embodiment of the present invention.

25    **[0049]**    FIG. 12 is a top view of the video game controller charging system of FIG. 11.

**[0050]**    FIG. 13 is a side view of the video game controller charging system of FIG. 11.

-8-

Exhibit 32
Page 32-11

**NT000011**

1      **61070/N220**

[0051]    FIG. 14 is a perspective view of the video game controller charging system of FIG. 11 having video game controllers connected for charging.

5      [0052]    FIG. 15 is a block diagram of the video game controller charging system of FIG. 11.

[0053]    FIG. 16 is a perspective view of a charging station according to an exemplary embodiment of the invention.

[0054]    FIG. 17 is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

10     [0055]    FIG. 18 is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

[0056]    FIG. 19A is a top plan view of an adapter according to an exemplary embodiment of the invention.

[0057]    FIG. 19B is a bottom plan view of an adapter according to an exemplary embodiment of

15     the invention.

[0058]    FIG. 19C is a side plan view of an adapter according to an exemplary embodiment of the invention.

[0059]    FIG. 20 is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

20     [0060]    FIG. 21 is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

[0061]    FIG. 22 is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

[0062]    FIGs. 23A-B are a circuit diagram of a charging station according to an exemplary

25     embodiment of the invention.

-9-

Exhibit 32
Page 32-12

**NT000012**

1      **61070/N220**

DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided.  The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.  In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller.  In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact.  The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead.  The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

[0063]      In another embodiment, a power adapter includes a housing body having a plurality of sides.  In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet.  Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device.  Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

[0064]      A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging.  The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging.  Both ports may be operated

-10-

Exhibit 32
Page 32-13

NT000013

1       **61070/N220**

concurrently.  The adapter also has an AC plug that is fixed or is movable between a first position

(e.g., operating position) and a second position (e.g., non-operating position).  By way of example,

5       the AC plug may extend from the rear side of the adapter.  The AC plug can be fixed to the adapter

housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body

for easy storage when the adapter is not in use.  When the adapter is in use, the AC plug is plugged

into an AC outlet.  In one embodiment, the adapter draws AC power from the outlet, converts it to

DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and

10      FireWire devices, respectively, to enable them to recharge.

[0065]      In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally

DC ports, may be either male or female.  That is, the DC charging ports may be female and accept

a plug, or may itself be a port plug for plugging into a port in an external device.

[0066]      FIG. 1 is a schematic front view diagram of a power adapter 100 in an exemplary

15      embodiment of the present invention.  The power adapter 100 has a USB port 101 to which a

device with a USB plug can be connected for recharging.  The power adapter 100 also has a

FireWire port 102 to which a device with a FireWire plug can be connected for recharging.  The

power adapter 100 includes an AC-to-DC power converter for providing +5 V and +13 V,

respectively.  The power adapter 100 may take an input of 100 V to 240 V (w/ frequencies of 50

20      Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter

100 to be used in a number of different countries throughout the world.

[0067]      In the United States, AC voltage is standardized at 120 V, but in practice voltages range

from 105 V to 130 V.  In other parts of the world, voltages range from 100 V to 240 V.  The

frequencies vary across the world as well.  In the U.S., 60 Hz is the standard.  However, in other

25      parts of the world, AC voltage is supplied at 50 Hz or 60 Hz.  The AC-to-DC power converters in

the power adapter may be adapted to convert AC voltages from a particular standard to a DC

voltage required of the DC ports in the power adapter.

-11-

Exhibit 32
Page 32-14

**NT000014**

1   61070/N220

[0068]   The USB port 101 is capable of delivering DC power having +5 V to a connected USB device. The FireWire port 101 is capable of delivering DC power having +13 V to a connected

5   FireWire device. Ports 101, 102 may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. 1 illustrates that ports 101, 102 are located at the front surface of the power adapter 100, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter 100.

[0069]   FIG. 2 is a schematic front view diagram of a power adapter 110 in another exemplary

10   embodiment of the present invention. The power adapter 110 has two FireWire ports 102 to which a device with a FireWire plug can be connected for recharging. The FireWire ports 102 may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port 102 is capable of delivering DC power having +13 V to a connected FireWire device. Ports 102 may be operated concurrently to recharge FireWire devices at the same time.

15   [0070]   FIG. 3 is a schematic front view diagram of a power adapter 120 in yet another exemplary embodiment of the present invention. The power adapter 120 has two USB ports 101 to which a device with a USB plug can be connected for recharging. The USB ports 101 may be of a different type and may accept type A or type B connections. Each USB port 101 is capable of delivering DC power having +5 V to a connected USB device. Ports 101 may be operated

20   concurrently to recharge USB devices at the same time.

[0071]   FIG. 4 is a schematic front view diagram of a power adapter 130 in another exemplary embodiment of the present invention. Power adapter 130 has a USB port 161 and a FireWire port 162 that are connected to lines 163. The lines extend the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter 130 plugged into

25   an AC outlet. Although a USB and FireWire port are shown in FIG. 4, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

-12-

Exhibit 32
Page 32-15

NT000015

1    **61070/N220**

[0072]    FIG. 5 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its non-operating position. The power adapters 110 and 120 of FIGs. 2 and 3 have substantially the same
5    structure in one embodiment. As shown in FIG. 5, the power adapter 100 may have an AC plug 103 that is movable such that it extends from the rear side of the adapter 100. In the non-operating position, when the adapter 100 is not in use, the AC plug 103 is slid, moved, or otherwise positioned into the adapter 100 so that the plug 103 does not extend out from the adapter 100. This non-operating position allows for easy storage of the adapter 100. In other embodiments, the plug
10   may be fixed to the adapter housing body and is not movable.

[0073]    FIG. 6 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its operating position. As shown in FIG. 6, when the power adapter 100 is in use, the AC plug 103 is slid, moved, or otherwise positioned outside of the housing of the adapter 100, so that the plug 103 extends out from the adapter 100 in its operating position. In this position the AC plug 103 may be
15   plugged into an AC outlet so that the adapter 100 can draw AC power from the outlet, convert it to DC powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

[0074]    While the AC plug 103 of the power adapter 100 illustrated in FIGs. 5 and 6 appears as a pair of parallel flat bars that are commonly used in the United States and some other countries,
20   for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

[0075]    FIG. 7 is a conceptual diagram of a side view of an adapter 100 and an electronic device
25   105 in an exemplary embodiment of the present invention. The adapter 100 is plugged into an AC outlet 106. A device 105 is connected to the adapter 100 by a cable 104. The cable 104 plugs into

-13-

Exhibit 32
Page 32-16

NT000016

1       **61070/N220**

the adapter 100 through a plug 101 or 102, shown in FIG. 1. The adapter 100 draws power from the AC outlet 106 and delivers the power to the device 105 through the cable 104.

5       **[0076]**    FIG. 8 is a diagram showing the AC-to-DC converter in the adapter 100. The AC-to-DC converter 112 is located in the housing body of the adapter 100. The AC-to-DC converter 112 receives an AC power from the AC plug 103 via an AC outlet 106 and provides DC power to a plurality of DC ports 111. The AC-to-DC converter 112 may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports 111. For example, in

10      FIG. 1, the AC-to-DC converter would receive AC power from the AC plug 103 and provide DC 5 V to one DC port (e.g., USB port 101) and DC 13 V to another DC port (e.g., FireWire port 102).

**[0077]**    FIG. 9 is a schematic front view diagram of a power adapter 200 in another exemplary embodiment of the present invention. The adapter 200 has a plurality of USB ports 201 to which a plurality of devices with USB plugs can be connected for recharging. The USB ports 201 may be

15      of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter 200 also has a plurality of FireWire ports 202 to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports 202 may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports 201 and 202 may be located at any suitable location on

20      the front, rear, side, top, or bottom surfaces or sides of the adapter 200.

**[0078]**    FIG. 10 is a schematic front view diagram of a power adapter 300 in yet another exemplary embodiment of the present invention. The adapter 300 has a plurality of ports 301a, 301b, 301c, 301d, 301e, 301f, 301g having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports 301 may be any of a wide variety of ports used

25      by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports 301a - 301g may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter 300. The ports of the power adapter 300 may have cross-

-14-

Exhibit 32
Page 32-17

**NT000017**

1    **61070/N220**

sections that are different from the cross-sections of the ports 301a-301g that are shown for illustrative purposes only.

5    **[0079]**    Similar to the power adapter 100 of FIG. 1, the power adapters 200 and 300 of FIGs. 9 and 10 each have one or more AC plugs for plugging to corresponding AC outlets to receive AC power therefrom.  The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

**[0080]**    Further, similar to the power adapter 100, the power adapters 200 and 300 of FIGs. 9
10   and 10 may have capabilities to convert a range of different AC voltages that are used throughout the world.  By way of example, the power adapters 200 and 300 may be able to convert from AC power having a voltage range of 100V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

**[0081]**    FIGs. 11, 12, and 13 are perspective, top, and side views, respectively, of a video game
15   controller charging system 400 according to another exemplary embodiment of the present invention.  FIG. 14 is a perspective view of the video game controller charging system 400 having video game controllers 420 connected for charging.  In one embodiment, the charging system 400 converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game
20   controllers 420.  In such an embodiment, the video game controller charging system 400 includes an AC-to-DC converter for converting AC power to DC power.  In other embodiments, the video game controller charging system 400 may receive DC power from an external power source.  In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

25   **[0082]**    The video game controller charging system 400 includes a base 402 and one or more docking bays 404, wherein each docking bay 404 is configured to receive a video game controller 420.  The charging system 400 also includes one or more partitions 406 separating the docking

-15-

Exhibit 32
Page 32-18

NT000018

1    **61070/N220**

bays 404. The charging system 400 further includes a DC port 408 within each of the docking bays
404 that is configured to electrically couple to one of the video game controllers 420 and deliver
5    DC power to the coupled video game controller 420.

[0083]    The DC ports 408 of the video game controller charging system 400 are configured to
connect to a power input port of the video game controller 420 to be charged. In the present
embodiment, the DC ports 408 are male mini-USB (universal serial bus) connectors adapted to
connect to a female mini-USB connector on a video game controller for a video game console,
10    such as the PlayStation3®. Alternatively, the DC ports 408 may be any electrical connectors
suitable for coupling to a video game controller for another video game console, or for any other
consumer electronics device to be charged, such as an MP3 player or accessory device.

[0084]    In the present embodiment of the video game controller charging system 400, the
partitions 406 include locators 410 for aligning the video game controller to the DC port 408.
15    There are locators 410 on each of the two surfaces of the partitions 406, as well as the two surfaces
of the base 402, which face the DC ports 408. There may be two locators 410 on each surface
described, i.e., four locators 410 adjacent each video game controller 420. Each pair of opposite
surfaces, a portion of the base 402, a corresponding docking bay 404, and/or the locators 410 may
comprise a structure for providing physical support to one of the video game controllers 420 during
20    charging. While the locators 410 in the illustrated embodiment of FIG. 11 are button-shaped, the
shape of the locators 410 is not limited thereto. Also, the locators 410 may be spring-loaded in
order to facilitate aligning and maintaining a required position of the video game controller 420 for
coupling to the corresponding DC port 408. In other embodiments, the locators 410 may not be
spring-loaded and the video game controller 420 may be aligned by the locators 410 through any
25    other suitable method or mechanism, such as a pressure fit.

[0085]    In use, the DC ports 408 are connected to power input ports of the video game
controllers 420 to be charged, as shown in FIG. 14. When one or more video game controllers 420

-16-

Exhibit 32
Page 32-19

**NT000019**

1    61070/N220

need to be recharged, connecting the video game controllers 420 to the charging system 400 is as easy as inserting each of the video game controllers 420 into one of the docking bays 404. As

5    described above, the locators 410 aid in aligning the video game controller 420 into the docking bay 404 such that the power input port of the video game controller 420 slides down onto and connects to the DC port 408. The charging system 400 is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system 400 then provides power to the

10   video game controller 420 to recharge the batteries of the video game controller 420.

[0086]    While the embodiment described above uses a vertical orientation, with each of the video game controllers 420 being dropped from above into the docking bays 404, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers 420 may be received horizontally into the docking bays 404, and electrically coupled to DC ports 408

15   having a horizontal orientation instead of the vertical orientation shown in FIGs. 11-14.

[0087]    The present embodiment of the video game controller charging system 400 can charge up to four video game controllers 420 concurrently, or it can charge one at a time. Alternative embodiments of the charging system 400, however, may be configured to charge more than four video game controllers 420 concurrently. The power supply for the charging system 400 may be a

20   power cord 416 that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system 400 also includes an AC-to-DC converter 440 (see FIG. 15) electrically coupled between the power cord 416 and the DC ports 408 for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller 420. The AC-to-DC converter 440 may be in the base 402 or external to the base 402. The power cord

25   416 may be removably connected to the base 402, or may be fixedly coupled to the base 402. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system 400 provides this DC

-17-

Exhibit 32
Page 32-20

NT000020

1    **61070/N220**

power to the DC ports 408 for delivery to the video game controllers 420. In other embodiments, DC power may be provided as input to the charging system 400, where the DC power may be

5    provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

[0088]    The video game controller charging system 400 may also include an indicator panel 450 that indicates a status of the charging system 400. In the present embodiment, the indicator panel

10   450 includes four LED assemblies 452. Each of the four LED assemblies 452 corresponds with one of the four DC ports 408, so as to indicate the charging status of the video game controller 420 being charged at the respective DC port 408. Each of the LED assemblies 452 includes at least two LEDs having different colors. For example, each of the LED assemblies 452 in the present embodiment includes a red LED and a green LED. While the respective video game controller 420

15   is being charged, the red LED is emitted to indicate that the video game controller 420, or more specifically, the battery inside the video game controller 420, is currently being charged. When the respective video game controller 420 is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED is emitted to indicate

20   that the charging has been completed. In alternative embodiments, each of the LED assemblies 452 may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

[0089]    In another alternative embodiment, each of the LED assemblies 452 may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system 400

25   is currently charging a video game controller 420. Another LED assembly 452 may illuminate with a second color (e.g., green) to indicate that the charging system 400 has completed charging. The LED assemblies may be electrically coupled to a current detector 460 (see FIG. 15) which

-18-

Exhibit 32
Page 32-21

**NT000021**

1     **61070/N220**

provides the signals to illuminate the LEDs. In one embodiment, the charging system 400 may stop providing power to the video game controller 420 when the video game controller's internal

5     battery is completely charged.

[0090]     FIG. 15 is a block diagram showing some of the above-described components of the video game controller charging system 400 in schematic form. As can be seen in FIG. 15, the charging system 400 includes DC ports 408, each of which is configured to be electrically coupled with a video game controller 420. Through the DC ports 408, the charging system 400 is capable

10     of supplying the power received from a power adapter or a power supply to the video game controllers 420 for charging.

[0091]     In one embodiment, the base 402 includes an AC-to-DC converter 440 for converting input AC power to DC power for charging the video game controller 420. In other embodiments, the charging system 400 may be provided with an external AC/DC converter, DC power via a

15     mini-USB port, or any other suitable DC power supply. The charging system 400 may include a USB host used to provide DC power via a mini-USB port.

[0092]     In one embodiment, the video game controller charging system 400 includes one or more current detectors 460 for detecting the amount of current being provided by the power supply to the video game controllers 420 through the DC ports 408. If sufficient current, i.e. a

20     predetermined amount of current, is detected by one of the current detectors 460, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller 420 in the corresponding docking bay 404 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been

25     completed.

[0093]     Another exemplary embodiment of the invention, shown in FIGs. 16-23, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging

-19-

Exhibit 32
Page 32-22

**NT000022**

1    **61070/N220**

station for one or more hand-held controllers for a video game console.  A charging station 510

according to an exemplary embodiment of the invention is shown in FIG. 16.  The charging station

5    510 includes two docking bays 512, 514 for two accessory devices, which in one embodiment are

hand-held controllers for a video game console.  The docking bays 512, 514 are dimensioned to

accept adapters 516 (see FIG. 17).  Electrical contacts 520 in the docking bays 512, 514 make

contact with electrical leads 522 on the adapters 516 (see FIG. 19B) to provide an electrical

connection through which power can be transmitted.  The adapters 516 are electrically coupled to

10   the power input port on the hand-held controllers.  In one embodiment, the adapters 516 drop-fit

easily into the docking bays 512, 514, thus providing a fast and easy connection of the hand-held

controllers to the charging station 510.

[0094]    As shown in FIG. 16, the charging station 510 includes a base 524 with two docking

bays 512, 514.  The docking bays 512, 514 are each dimensioned to accept a hand-held controller

15   526 (see FIGs. 20, 21).  The two docking bays 512, 514 are separated by a partition 528 positioned

between them.  Each of the docking bays 512, 514 includes a recess 530 at the bottom of the

docking bay.  The recess 530 has four electrical contacts 520 positioned in the recess 530.  In other

embodiments, the recess may include more than four or less than four electrical contacts.  These

contacts 520 are shown positioned in a linear arrangement in the recess 530, but they could be

20   positioned in any suitable arrangement.

[0095]    The recesses 530 are dimensioned to receive an adapter 516 into the recess 530.  As

shown in FIG. 17, the adapters 516 can be dropped vertically into the docking bays 512, 514 and

into the recesses 530.  When the adapters 516 are placed into the recesses 530, electrical leads 522

(see FIG. 19B) on the bottom side 538 of the adapters 516 contact the electrical contacts 520 in the

25   recesses 530.  The electrical leads 522 on the adapter 516 thus make an electrical connection with

the electrical contacts 520 in the recess 530.  The electrical leads 522 on the adapter 516 match the

arrangement of the electrical contacts 520 such that each electrical lead 522 makes physical contact

-20-

Exhibit 32
Page 32-23

**NT000023**

1      **61070/N220**

with an electrical contact 520 when the adapter 516 is placed in the recess 530.   In one
embodiment, as will be described later, the electrical contacts 520 are spring loaded so as to make
5      sufficient contacts with the electrical leads 522.

[0096]      In other embodiments, the adapters 516 and the docking bays 512, 514 have matching
shapes, such as, for example, a molded male and female matching shape, which is not limited to the
recess 530 described above.  The docking bays 512, 514 and the adapters 516 can have any suitable
shapes that allow the electrical contacts 520 of the docking bays 512, 514 to make contact with the
10     electrical leads 522 of the adapters 516.   Thus, many molded configurations, including ridges,
grooves, and other shapes, can be used to enable the docking bays 512, 514 to receive the adapters
516. These examples are illustrative only, and not limiting.

[0097]      As shown in FIG. 18, in one embodiment, the adapters 516 and recesses 530 are shaped
such that the adapter 516 can only be placed into the recess 530 in one orientation.   In the
15     embodiment shown, the adapter 516 includes at least one angled edge 532, and the recess 530
includes a matching angled corner 534.  This geometry ensures that the adapter 516 will be placed
in the recess 530 in the proper orientation, so that the electrical contacts 520 meet the electrical
leads 522.  Other geometric configurations or features could be used to accomplish this function,
such as matching prongs and recesses, or other types of shaped edges.  Additionally, this feature is
20     optional, as the adapter 516 could be made to fit into the recess 530 in multiple orientations.

[0098]      As shown in FIGs. 19A-19C, the adapter 516 includes a body 536 with the angled edge
532. The electrical leads 522 are located on a bottom side 538 of the body 536.  The top side 540
of the body 536 includes a connector 542 that is configured to connect to the power input port of
the accessory device to be charged.  In one embodiment, the connector 542 is a male mini-USB
25     (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held
controller for a video game console, such as the PlayStation3®.

-21-

Exhibit 32
Page 32-24                                                          **NT000024**

1    **61070/N220**

[0099]    In use, the connector 542 on the adapter 516 is connected to the power input port of the accessory device to be charged, such as the hand-held controller 526 shown in FIGs. 20 and 21.

5    The adapter 516 is a small and light-weight piece that connects snugly to the power input port of the hand-held controller 526. The adapter 516 can remain with the hand-held controller 526 at all times, even when the controller 526 is not being charged in the charging station 510. When the hand-held controller 526 is in use during operation of a video game, when the controller 526 is stored, and when it is charging, the adapter 516 can remain connected to (and physically mounted

10   on) the controller 526. The adapter 516 is small and light weight, so that it does not interfere with operation of the controller 526. When the controller 526 needs to be recharged, connecting it to the charging station 510 is as easy as dropping it into one of the docking bays 512, 514. The adapter 516 slides easily into the recess 530, and the electrical leads 522 on the bottom of the adapter 516 make an electrical connection with the electrical contacts 520 in the recess 530. The charging

15   station 510 is connected to a power supply through its own power input. The charging station 510 then provides power to the controller 526 to recharge the controller's batteries. This recharging process is fast and easy, as the adapter 516 allows the controller 526 to be simply dropped into place, rather than carefully connected to a fragile port or connector.

[00100]    While the embodiment described above uses a vertical orientation, with the controller

20   526 and adapter 516 being dropped from above into the recess 530, other orientations may be used as well. In one embodiment, the adapter 516 is received horizontally into one of the docking bays 512, 514, and the electrical contacts 520 in the docking bay and electrical leads 522 on the adapter 516 are arranged vertically to make contact with each other when the adapter 516 is horizontally placed into the docking bay. In one embodiment, the adapter 516 is placed into the docking bay by

25   a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter 516 and charging station. In another embodiment, the charging station includes prongs that hold the controller and

-22-

Exhibit 32
Page 32-25

**NT000025**

1    **61070/N220**

adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

5    **[00101]**    The charging station 510 can charge two controllers 526 simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station 510 may be a power cord 544, as shown in FIG. 20, that connects to an alternating current (AC) power supply. In this case, the charging station 510 includes an AC/DC converter electrically coupled between the power input and the electrical contacts 520, in order to provide direct current power to the contacts

10    520 and from there to the controllers 526. The AC/DC converter 546 may be internal to the base 524 or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts 520 and from there to the controllers 526. In other embodiments, DC power may be provided as input to the charging station 510, where the DC power may be provided by an external

15    AC/DC converter.

**[00102]**    The electrical contacts 520 may include a spring coupling the contacts 520 to the base 524. The weight of the controller 526 pushes the adapter 516 down into the recess 530, pressing the electrical leads 522 on the adapter 516 against the electrical contacts 520. The spring pushes back up on the contacts 520, pushing them against the electrical leads 522 to ensure a complete

20    electrical connection.

**[00103]**    The charging station 510 may also include an indicator 548 that indicates a status of the charging station 510. In one embodiment, the indicator 548 includes two LED assemblies 550, 552 (see FIG. 16). The LED assemblies 550, 552 correspond with the first and second docking bays 512, 514, respectively, so as to indicate the charging status of the hand-held controller 526 (or any

25    other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies 550 and 552 includes at least two LEDs having different colors. By way of example, each of the LED assemblies 550 and 552 in one embodiment includes a red LED and a green LED.

-23-

Exhibit 32
Page 32-26

**NT000026**

1      **61070/N220**

While the respective hand-held controller 526 is being charged, the red LED is emitted to indicate that the hand-held controller 526 (i.e., the battery inside the hand-held controller 526) is currently

5      being charged. Further, when the respective hand-held controller 526 is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies 550, 552 may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

[00104]   In still other embodiments, each of the LED assemblies 550, 552 may include a single

10     LED, and may be referred to as LEDs 550, 552. The first LED 550 illuminates with a first color, for example red, to indicate that the charging station 510 is currently charging an accessory device. The second LED 552 illuminates with a second color, for example green, to indicate that the charging station 510 is finished charging. The LEDs 550, 552 may be electrically coupled to a current detector 521 (see FIG. 22) which provides the signals to illuminate the LEDs. In one

15     embodiment, the charging station 510 stops providing power to the controller 526 when the controller's internal battery is completely charged.

[00105]   A block diagram of the charging station 510 is shown in FIG. 22, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. 22, the charging station (or charger base) 510 includes electrical contacts 520 that are adapted to be

20     electrically coupled with the accessory device 526 via the adapter 516. This way, the charging station 510 is capable of supplying the power received from a power adapter or a power supply to the accessory device 526 (e.g., for charging).

[00106]   In one embodiment, the charger base includes the AC/DC converter 546 for converting input AC power to DC power for charging the accessory device 526. In other embodiments, the

25     charging station 510 may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station 510 may include a USB host used to provide DC power via mini-USB port.

-24-

Exhibit 32
Page 32-27

**NT000027**

1       **61070/N220**

[00107]   In one embodiment, the charging station 510 includes a current detector 521 for detecting the amount of current being provided by the power supply to the accessory device 526

5       through the contacts 520.  If sufficient current (e.g., a predetermined amount of current) is detected by the current detector 521, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device 526 is being charged.  Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged.  In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

10      [00108]   A circuit diagram of the charging station 510 is shown in FIGs. 23A and 23B.  As can be seen in FIGs. 23A and 23B, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3).  As can also be seen in FIGs. 23A and 23B, the current detector 521 in one embodiment is implemented using a quad operational amplifier chip LM324.  The current detector 521 controls light emission of LEDs LED1 and LED2

15      and/or the light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

[00109]   While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal

20      computers and related peripheral devices, and many other electronic devices.  This list is meant to be illustrative only, and not limiting.

[00110]   Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto.  The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held

25      electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

-25-

Exhibit 32
Page 32-28

**NT000028**

1    **61070/N220**

[00111]    It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof.
5    The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

10

15

20

25

-26-

Exhibit 32
Page 32-29

**NT000029**

1    **61070/N220**

WHAT IS CLAIMED IS:

     1.    A video game controller charging system for charging at least one video game

5    controller using externally supplied power, the video game controller charging system comprising:

        a base;

        at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and

        at least one DC port on the base, the at least one DC port configured to couple to

10    and provide DC power to a power input port of the at least one video game controller.

     2.    The video game controller charging system of claim 1, wherein the at least one DC port comprises at least one male mini-USB connector.

15     3.    The video game controller charging system of claim 1, further comprising:

        a current detector electrically coupled to the at least one DC port; and

        an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the video game controller charging system.

20     4.    The video game controller charging system of claim 3, wherein the indicator comprises at least one LED.

     5.    The video game controller charging system of claim 1, wherein the at least one structure on the base comprises at least one docking bay, each configured to receive one of the at

25    least one video game controller.

-27-

Exhibit 32
Page 32-30

**NT000030**

1      **61070/N220**

6.      The video game controller charging system of claim 1, wherein each of the at least one structure on the base comprises opposite surfaces configured to align one of the at least one

5      video game controller such that the power input port of the one of the at least one video game controller couples to one of the at least one DC port.

7.      The video game controller charging system of claim 6, wherein the opposite surfaces comprise spring-loaded locating buttons configured to align the one of the at least one

10      video game controller.

8.      The video game controller charging system of claim 1, wherein:     .

the at least one DC port comprises a plurality of DC ports;

the at least one video game controller comprises a plurality of video game

15      controllers; and

the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

9.      The video game controller charging system of claim 1, further comprising an AC-to-

20      DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller.

10.      The video game controller charging system of claim 9, wherein the AC-to-DC converter is in the base.

25

11.      The video game controller charging system of claim 9, wherein the AC-to-DC converter is external to the base.

-28-

Exhibit 32
Page 32-31

**NT000031**

1    **61070/N220**

5    12.    The video game controller charging system of claim 9, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power.

     13.    The video game controller charging system of claim 12, wherein the DC voltage is DC 5 V.

10

     14.    A charging system for at least one accessory device having a power input port, the charging system comprising:

          a base;

          at least one male mini-USB connector supported by the base and adapted to provide
15   DC power to the at least one accessory device;

          at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and

          a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

20

     15.    The charging system of claim 14, wherein the charging system further comprises an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

25   16.    The charging system of claim 14, wherein the charging system further comprises an AC-to-DC converter external to the base and electrically coupled to the power input.

-29-

Exhibit 32
Page 32-32

**NT000032**

1      **61070/N220**

17.     The charging system of claim 14, further comprising:

a current detector electrically coupled to the at least one male mini-USB connector;

5      and

an indicator electrically coupled to the current detector, the indicator configured to
indicate a charging status of the charging system.

18.     The charging system of claim 17, wherein the indicator comprises at least one LED.

10

19.     A video game controller charging system for at least one video game controller
having a power input port, the charging system comprising:

a base;

at least one male mini-USB connector supported by the base and adapted to provide
15     DC power to the power input port of the at least one video game controller; and

at least one docking structure having opposite surfaces configured to receive and
align the at least one video game controller to couple the power input port of the at least one video
game controller to the at least one male mini-USB connector.

20     20.     The video game controller charging system of claim 19, further comprising an AC-
to-DC converter adapted to convert an AC power received from an AC power supply to the DC
power provided to the power input port of the at least one video game controller.

25

-30-

Exhibit 32
Page 32-33

**NT000033**

1    **61070/N220**

21.    A charging system for charging at least one accessory device having a power input port, the charging system comprising:

5              a base comprising at least one recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

              at least one external adapter comprising a connector configured to couple to the power input port of the at least one accessory device, the at least one external adapter further

10    comprising at least one electrical lead;

              wherein the at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead of the at least one external adapter contacting the at least one electrical contact of the at least one recess when the at least one external adapter is received by the at least one recess.

15

22.    The charging system of claim 21, further comprising:

              a current detector electrically coupled to the at least one electrical contact of the at least one recess; and

              an indicator electrically coupled to the current detector, the indicator adapted to

20    indicate a status of the charging system.

23.    The charging system of claim 22, wherein the indicator comprises at least one LED.

25

-31-

Exhibit 32
Page 32-34

**NT000034**

**61070/N220**

24.     The charging system of claim 21, wherein:

the at least one external adapter further comprises an angled edge; and

the at least one recess comprises an angled corner dimensioned to match the angled edge of the at least one external adapter and adapted to orient the at least one external adapter with respect to the at least one recess.

25.     The charging system of claim 21, wherein:

the at least one electrical contact of the at least one recess comprises four electrical contacts; and

the at least one electrical lead of the at least one external adapter comprises four electrical leads.

26.     The charging system of claim 21, wherein the connector of the at least one external adapter comprises a male mini-USB connector.

27.     The charging system of claim 21, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact of the at least one recess.

-32-

Exhibit 32
Page 32-35

NT000035

1    **61070/N220**

ABSTRACT OF THE DISCLOSURE

A video game controller charging system is provided. The video game controller charging

5    system includes a base; at least one structure on the base for providing physical support to at least

one video game controller while it is being charged; and at least one DC port on the base

configured to couple to and provide DC power to a power input port of the at least one video game

controller. The video game controller charging system may also include a current detector, a

charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to

10   convert externally supplied power to the DC power provided to the power input port of at least one

video game controller. The base of a charging station may include a recess having at least one

electrical contact and a power input for connection to a power supply.

JCM/jcm

15   JEJ PAS771814.1-*-02/1/08 2:15 PM

20

25

-33-

Exhibit 32
Page 32-36

**NT000036**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
1/23



FIG. 1

Exhibit 32
Page 32-37

NT000037

Attorney: Jason C. Marlone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
2/23



FIG. 2

Exhibit 32
Page 32-38

NT000038

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

**3/23**



**FIG. 3**

Exhibit 32
Page 32-39

**NT000039**

Attorney: Jason C. Mahone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

**4/23**



FIG. 4

Exhibit 32
Page 32-40

NT000040

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
5/23



FIG. 5

Exhibit 32
Page 32-41

NT000041

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**6/23**



FIG. 6

Exhibit 32
Page 32-42

**NT000042**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

7/23



FIG. 7

Exhibit 32
Page 32-43

NT000043

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
8/23



FIG. 8

Exhibit 32
Page 32-44

NT000044

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
9/23



FIG. 9

Exhibit 32
Page 32-45

NT000045

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**10/23**



**FIG. 10**

Exhibit 32
Page 32-46

NT000046

Attorney: Jason C. Mahone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**11/23**

## FIG.11



Exhibit 32
Page 32-47

**NT000047**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

**12/23**



FIG.12

FIG.13

Exhibit 32
Page 32-48

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**13/23**

*FIG.14*



Exhibit 32
Page 32-49

**NT000049**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**14/23**



FIG. 15

Exhibit 32
Page 32-50

NT000050

Attorney: Jason C. Mahone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**15/23**



FIG.16

Exhibit 32
Page 32-51

**NT000051**

Attorney: Jason C. Marione
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
16/23



FIG. 17

Exhibit 32
Page 32-52

NT000052

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

**17/23**



*FIG.18*

Exhibit 32
Page 32-53

**NT000053**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**18/23**



*FIG.19A*

*FIG.19B*

*FIG.19C*

Exhibit 32
Page 32-54

**NT000054**

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**19/23**



*FIG.20*

Exhibit 32
Page 32-55

**NT000055**

Attorney: Jason C. Marione
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**20/23**



FIG.21

510

544

526

526

Exhibit 32
Page 32-56

**NT000056**

Attorney: Jason C. Mancino
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title:  VIDEO GAME CONTROLLER CHARGING SYSTEM
**21/23**



FIG. 22

Exhibit 32
Page 32-57

Attorney: Jason C. Martone
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM

**22/23**



*FIG. 23A*

Exhibit 32
Page 32-58



Attorney: Jason C. Marione
Docket No.: 61070/N220
Inventor(s): Amir Navid
Title: VIDEO GAME CONTROLLER CHARGING SYSTEM
**23/23**

*FIG. 23B*

Exhibit 32
Page 32-59

NT000059