VIDEOS   SHOWS   REVIEWS   NEWS   GDEX   GUIDES   GAME DATES   FORUMS

at Question And More In A New Episode!   XBOX ONE   360   PS4   PS3   PC   WII U   3DS   VITA   APPS

## Nyko



### CES 07 PlayStation 3 Accessories

Posted: 01/12/2007 | Views: 59,816 | Comments: 180

From controllers to guitars, cables to intercoolers, if you need some gear for your PS3, Nyko's got you covered. (4:28)

Like 0   Tweet 0   0

**NYKO**
Publisher: Nyko
Developer: Nyko
Gamesite: Click Here
ESRB: N/A

**COMMENTS** 180

### RELATED VIDEOS

Nyko
**E3 2012: Game Pad Interview**
Posted: 06/07/2012
Views: 5,169

Nyko
**E3 2011: Intercooler Slim Trailer**
Posted: 06/10/2011
Views: 34,734

Nyko
**E3 2011: Raven Trailer**
Posted: 06/10/2011
Views: 20,282

http://www.gametrailers.com/videos/4bi1ul/nyko-ces-07-playstation-3-accessories   8/15/2013

Exhibit 35
Page 35-1



## GameTrailers
Podcasts
RSS Feeds
GT on Tumblr
Site Map
About Us
Help & FAQs
Terms & Conditions
Copyright Policy
Privacy Policy
Advertise
Press
Closed Captioning
Contact
Ad Choices

## Top Games
Grand Theft Auto V
The Last Of Us
Call Of Duty: Ghosts
Metal Gear Solid V: The Phantom Pain
Watch Dogs
Killzone: Shadow Fall
Assassin's Creed IV: Black Flag
BioShock Infinite
Battlefield 4
Halo 4

## Events
E3 2013
GDC 2013
Game of the Year Awards 2012
VGA 10
GT Film Fest 2012
Zombie Week 2012
TGS 2012
PAX Prime 2012
gamescom 2012
Comic-Con 2012

## Partners
Cheat Codes
Funny Videos
Amazing Videos
Tosh
Political Humor
Tribes Partners
The Comedy Awards
Betty White
Hot in Cleveland
Games
CheatMasters

Viacom Entertainment Group

Copyright © GameTrailers.com, all rights reserved.