

Exhibit 36
Page 36-1



Reply · in reply to alwaleed alsuhaili(Show the comment)

**SheepieBuilders** 1 year ago

PS3 headset Pffft headset my ass more like PS3 are peace

Reply

**SiXteEn9ner47** 1 year ago

0_0 four year

Reply

محمد الشهراني 1 year ago

@abc0abc7 Hhhgg

Reply

محمد الشهراني 1 year ago

waaaaaaw

Reply

**HemiEd72** 1 year ago

@ClaudioJeba i have a ps3 and im not rich

Reply

**jarnobot** 1 year ago

"only" 30 bucks for an hdmi cable? Wth man. Thats called a ripoff. I gor my hdmi cable for only 2 bucks, and it works fine. And I use it for transmitting full hd 3d video, with 5.1 sound.

Reply

Show more

by PS3Union
1,269 views

3:34

**How to Pair Playstation 3**
by Inam Ghafoor
13:53  981,666 views

**Unboxing & Review: PS3 BD Remote**
by pfg1982
9:30  95,227 views

**PS3 Hidden Feature**
by punisher18
2,720,963 views
7:21

Load more suggestions

Language: English ▼   Country: Worldwide ▼   Safety: Off ▼   Help ▲

About  Press & Blogs  Copyright  Creators & Partners  Advertising  Developers
Terms  Privacy  Policy & Safety  Send feedback  Try something new!

http://www.youtube.com/watch?v=xhvIJb2gUKU

8/16/2013

Exhibit 36
Page 36-2