UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NYKO TECHNOLOGIES, INC., a       )
California Corporation,          )
                                 )
            Plaintiff,           )
                                 )
        v.                       ) NO. CV12-03001-GAF-VBK
                                 )
ENERGIZER HOLDINGS, INC. a       )
Missouri Corporation, EVEREADY   )
BATTERY COMPANY, INC., a         )
Delaware Corporation, and        )
PERFORMANCE DESIGNED PRODUCTS    )
LLC, a California Limited        )
Liability Company,               )
                                 )
            Defendants.          )
_____)

(THIS TRANSCRIPT CONTAINS CONFIDENTIAL MATERIAL.)

DEPOSITION OF AMIR NAVID

January 30, 2013

Shana K. Clifford, CSR No. 10154

353104



BARKLEY Court Reporters
40 YEARS
barkley.com

(310) 207-8000 Los Angeles   (415) 433-5777 San Francisco   (949) 955-0400 Irvine        (858) 455-5444 San Diego
(916) 922-5777 Sacramento    (408) 885-0550 San Jose        (760) 322-2240 Palm Springs  (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City  (347) 821-4611 Brooklyn      (518) 490-1910 Albany
(516) 277-9494 Garden City   (914) 510-9110 White Plains    (312) 379-5566 Chicago       (702) 366-0500 Las Vegas
          +33 1 70 72 65 26 Paris      +971 4 8137744 Dubai       +852 3693 1522 Hong Kong

Exhibit 37
Page 37-1

```
02:32   1   charging station?
        2              MR. HASAN:  Objection as to form.
        3              THE DEPONENT:  So as I described, it means
        4   that it's external.  So it's not contained within
02:32   5   the actual charge base.  It's on the charge base.
        6       Q    BY MR. HANLE:  Okay.  Take a look at
        7   Exhibit 8.
        8       A    Exhibit 8?
        9              MR. HASAN:  Exhibit 8?
02:32  10              MR. HANLE:  Yes.
       11              THE DEPONENT:  Okay.
       12       Q    BY MR. HANLE:  Which is your provisional
       13   application.  And you'll see on the first page that
       14   there's a filing date of October 24, 2007.
02:32  15              Do you see that?
       16       A    Yes.
       17       Q    What led to the filing of this provisional
       18   patent application?
       19              MR. HASAN:  Objection as to form.
02:33  20              THE DEPONENT:  What led to it?  Basically
       21   the desire to protect our investment and our
       22   intellectual property.
       23       Q    BY MR. HANLE:  Why wasn't the patent
       24   application filed earlier than this with regard to
02:33  25   the charge base product without the dongle?
```

188

```
04:21  1   that's provided by us.  I don't know what -- which
       2   of those this would be.
       3        Q    Are you involved in providing pictures for
       4   part of press kits when you launch products?
04:22  5        A    Am I personally?  That comes from the
       6   graphics department.
       7        Q    Okay.
       8        A    As far as the pictures themselves, to
       9   provide it to the press, I certainly don't do that
04:22 10   either.
      11             MR. HANLE:  Okay.  I'll mark as next,
      12   Exhibit 13, a document with Bates Nos. NT935 to 937.
      13             (Exhibit 13 was marked for the record.)
      14             THE DEPONENT:  Thank you.
04:22 15        Q    BY MR. HANLE:  Okay.  And this is from a
      16   website that's -- it says, at the bottom,
      17   cinemablend.  And at the top it says Gaming Blend.
      18             Are you familiar with this website?
      19        A    No, I'm not.
04:23 20        Q    There's -- the author of this is listed as
      21   William Usher beneath the title.
      22             Do you see that?
      23        A    I -- I do.
      24        Q    Have you -- do you know that person,
04:23 25   either personally or by reputation?
```

264

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-3

```
04:23   1          A    I do not.
        2          Q    And you see the publication date of
        3    January 10, 2007?
        4          A    I do.
04:23   5          Q    Do you have any idea whether Mr. Usher
        6    came to the Nyko hotel suite in January 2007?
        7               MR. HASAN:  Objection as to form.
        8               THE DEPONENT:  I do not know that.
        9          Q    BY MR. HANLE:  And here you see there's
04:23  10    another reference to -- when it describes the Nyko
       11    charging station, the second sentence -- well, the
       12    first sentence says, "...Nyko's patent pending
       13    Charge Base for PS3...."
       14               Do you have any understanding of what --
04:23  15    what's being referred to as "patent pending"?
       16          A    I do not.
       17          Q    Based on your understanding, is Chris
       18    Arbogast the one who is going to be most
       19    knowledgeable about these various publications
04:24  20    describing, in the press, the charge base for PS3?
       21          A    I believe so.
       22               MR. HASAN:  Objection as to form.
       23               THE DEPONENT:  I believe so.
       24               MR. HANLE:  I'll mark as Exhibit 14 a
04:24  25    document with Bates Nos. NT938 through 940.
```

265

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-4

```
04:38    1   information to you.
         2          Q    BY MR. HANLE:  Thank you.
         3          A    Yes, sir.
         4          MR. HANLE:  Okay.  I want to mark as the
04:39    5   next exhibit, 17, a document with Bates Nos. NT46363
         6   through 46377.
         7          (Exhibit 17 was marked for the record.)
         8          MR. HANLE:  Help me find this, Gray.  Help
         9   me find that one.
04:40   10          MR. BUCCIGROSS:  Oh, there it is.
        11          Q    BY MR. HANLE:  All right.  So Exhibit 17
        12   is actually a collection of documents as produced by
        13   your counsel.
        14          And the first page is a Nyko invoice.  Do
04:41   15   you recognize this as a Nyko invoice?
        16          A    It says "Nyko," and it says "invoice," but
        17   I don't typically deal with these documents.  But it
        18   appears to be a Nyko invoice.
        19          Q    Okay.  And you've seen them in the past;
04:41   20   correct?
        21          A    Not really.  I don't -- I don't deal with
        22   the sales side.  I don't deal with that.
        23          Q    Is it your testimony that you've never
        24   seen a Nyko invoice?
04:42   25          MR. HASAN:  Objection as to form.
```

277

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-5

```
05:43    1   January 2007, and this is October 2007.  Can you
         2   give me your best estimate of when the meeting would
         3   have taken place between January 2007 and
         4   October 2007?
05:43    5        A    I -- I can't.  I would be speculating.  I
         6   don't know the exact date I was there, but I'm sure
         7   we could figure that out.
         8        Q    And do you know whether it was closer to
         9   October or closer to January?
05:43   10        A    I don't.  I don't.
        11             MR. HANLE:  Okay.  I'll mark as Exhibit 24
        12   a document with Bates Nos. NT2970 to 2972.
        13             (Exhibit 24 was marked for the record.)
        14             THE DEPONENT:  Thank you.
05:44   15        Q    BY MR. HANLE:  Okay.  The top email in the
        16   chain is from Eric so at Hip Hing to you on
        17   December 7, 2006.
        18             Do you see that?
        19        A    I do.
05:44   20        Q    And the one immediately preceding that in
        21   the chain is -- is from you --
        22        A    Mm-hmm.
        23        Q    -- to Eric Tso, dated December 8th, 2006.
        24   And there's the difference in the date maybe because
05:44   25   of the time difference?
```

317

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-6

```
05:44   1        A    Could be, yes.
        2        Q    Okay.  And so in the second email in the
        3   chain, you say:
        4             "Hello Eric.  The design looks good,
05:44   5        please proceed.
        6             "I need a work willing SLA made right
        7        away, and please make sure that the
        8        outlook is attractive, as we will use this
        9        as our main sales demonstration sample."
05:44  10        A    Mm-hmm.
       11        Q    So in -- and this is December 2006, the
       12   month before the Consumer Electronics Show
       13   January 2007, Las Vegas.
       14        A    Mm-hmm.
05:45  15        Q    So is the reason that you asked for an SLA
       16   sample to be a sales demonstration sample?
       17             MR. HASAN:  Objection as to form.
       18             THE DEPONENT:  As a demonstration sample,
       19   yes.
05:45  20        Q    BY MR. HANLE:  Well, it says here a "main
       21   sales demonstration sample"; is that correct?
       22        A    Yeah.  A demonstration sample would be
       23   used for sales.  It would be used for marketing.
       24   Absolutely, you're right.
05:45  25        Q    And do you recall, at this time, whether
```

318

```
05:45   1    you were thinking that this would be a sales
        2    demonstration sample for use at CES 2007 in January?
        3         A    I would imagine so, because of the
        4    timeline, that we would use it for showing it for
05:45   5    that, yes.  Really with SLAs we try to get them as
        6    soon as possible anyway.  As far as for this
        7    purpose, it's quite a long time ago, but most likely
        8    it's for that because of its closeness to that.
        9         Q    And you're asking here as well for a --
05:46  10    for a working SLA.  And by "working," what did you
       11    mean?
       12         A    That it's functional.
       13         Q    And do you recall that that's what you
       14    received for -- for Consumer Electronics Show 2007?
05:46  15              Counsel --
       16              MR. HASAN:  Objection as to form.
       17              I'm stopping him because he was about to
       18    talk again, and I don't want to get crosswise with
       19    the court reporter.
05:46  20              MR. HANLE:  Okay.
       21         Q    So do you recall that that's what you
       22    received that was shown at Consumer Electronics Show
       23    in the hotel suite, was a working SLA?
       24              MR. HASAN:  Objection as to form.
05:46  25              THE DEPONENT:  I'm not certain whether or
```

319

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-8

```
06:09   1    6:09.
        2              MR. HANLE:  Okay.  I'll mark as Exhibit 27
        3    a document with Bates Nos. NT77769 through 7772.
        4              (Exhibit 27 was marked for the record.)
06:10   5         Q    BY MR. HANLE:  Okay.  This is an email
        6    from Hip Hing to Herschel Naghi, and you're cc'd.
        7    And it's dated December 29th, 2006.
        8              Do you see that?
        9         A    I do.
06:10   10        Q    And in this email Hip Hing is confirming a
        11   number of orders of product and thanking Herschel
        12   for the offers.
        13             Do you see that?
        14        A    I do.
06:10   15        Q    And among -- among the items for which
        16   this is confirming the order is -- is PO number
        17   3726, which is 6,000 pieces of the charge base.
        18             Do you see that?
        19             MR. HASAN:  Objection:  I'm just going to
06:11   20   object that this exhibit looks like it's three or
        21   four different pages.  And I've seen -- that look
        22   like they're differently dated.  And I note that,
        23   that was in some of the other exhibits as well.  So
        24   I'll just keep that as a standing objection.  I
06:11   25   don't know if you intended that, Steve, but I'm not
```

328

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-9

```
06:11   1    trying to --
        2            But anyway, go ahead.
        3            THE DEPONENT:  So yes, I see the POs that
        4    you're referring to.
06:11   5        Q   BY MR. HANLE:  Okay.  I'm just -- maybe
        6    the -- you know, maybe the -- these invoices weren't
        7    supposed to be attached to this email, but I can
        8    only tell you that the date of email is December 29,
        9    2006.
06:12  10            I guess -- so my question is do you recall
       11    that Nyko ordered from Hip Hing 6,000 charge base
       12    units in December 2006 and then also -- the next PO
       13    also references another 30,000 units of the charge
       14    base that Nyko was ordering at the time -- at this
06:12  15    time.  Do you recall those orders?
       16        A   I don't recall them, but I mean, that's
       17    what it says on this document.
       18        Q   Okay.  Do you recall that, in -- at about
       19    this time when the SLAs were being completed in
06:12  20    December 2006, that Nyko placed two very large
       21    orders for charge base units from Hip Hing?
       22            MR. HASAN:  Objection as to form.
       23            THE DEPONENT:  I don't recall that, no.
       24        Q   BY MR. HANLE:  Any reason to believe this
06:12  25    document is incorrect?
```

329

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-10

```
06:12    1              MR. HASAN:  Objection as to form.
         2              THE DEPONENT:  I wouldn't think so.  I
         3    would hope not.
         4              I will say that it does seem like this is
06:13    5    kind of an initial order to expedite the process so
         6    they would actually start sourcing components.  And
         7    if you see, the documents that you've attached --
         8         Q    There's no question pending.
         9              MR. HASAN:  He's finishing his answer.
06:13   10              Go ahead.
        11              MR. HANLE:  No, he's not finishing an
        12    answer.  I'm going to ask another question.
        13              MR. HASAN:  Let me finish.
        14              Go ahead.
06:13   15              MR. HANLE:  He was making an observation,
        16    Counsel.  I'm going to ask another question.
        17    He's --
        18              MR. HASAN:  You're cutting him off again?
        19              MR. HANLE:  He's just -- no, I'm not
06:13   20    cutting him off.  The record is clear that he was
        21    done with his answer and --
        22              MR. HASAN:  How was that?  You didn't ask
        23    another question, and he's looking at the document.
        24    How was that, Steve?  Why are you doing this?  Why
06:14   25    are you doing this?

                                    330
```

```
06:53    1              MR. HANLE:  Okay.  So I'll mark as the
         2    next exhibit, which is 31, a document with Bates
         3    Nos. NT2098 through 2106.
         4              (Exhibit 31 was marked for the record.)
06:53    5              THE DEPONENT:  Thank you.
         6         Q    BY MR. HANLE:  Okay.  And the bottom email
         7    on the first page is an email from you, Amir Navid,
         8    to Angel Yu and Eric Tso at Hip Hing --
         9         A    Mm-hmm.
06:53   10         Q    -- dated May 15, 2007.
        11              Do you see that?
        12         A    Yes, correct.
        13         Q    And again, this is regarding the charge
        14    base 3 -- charge base for PS3.  And it says:
06:53   15                   "Our customers are very angry with us,
        16                   and we may be fined by some of our major
        17                   retailers.  Some customers may also drop
        18                   our product and take a competitors."
        19              Do you see that?
06:54   20         A    I do.
        21         Q    What customers were very angry with you as
        22    of May 15, 2007, regarding the charge base for PS3?
        23         A    I don't recall, but, you know, based on
        24    what this is saying, apparently some were.  And
06:54   25    we're talking about May, so it was quite a few
```

354

```
06:54    1   months into the life cycle of that console.  So --
         2        Q    So you don't remember who the customers
         3   were you were referring to in this email?
         4        A    No.  At this point, no, I don't.
06:54    5        Q    It says, "...we may be fined by some
         6   major" -- "some major retailers...."
         7             Is it your understanding that the
         8   retailers can fine you if a product is late?
         9        A    That's what I've been told.
06:54   10        Q    Okay.  Who told you that?
        11        A    Salespeople, sales staff.
        12        Q    Were you told that some customers may drop
        13   the charge base for PS3 if they weren't delivered
        14   soon?
06:55   15        A    It's possible.
        16        Q    Were you told what customers?
        17        A    No.  I don't recall.
        18        Q    What -- do you recall what salespeople
        19   told you this, that -- that retailers were going to
06:55   20   fine you or drop your product?
        21        A    I don't.  This is kind of a statement that
        22   comes up as a general kind of a warning that we get.
        23   And it's typically from the higher-ups, that, hey,
        24   if we don't place it or we, you know, sell a product
06:55   25   to the retailer and they're expecting it and you
```

355

AMIR NAVID

BARKLEY
Court Reporters

Exhibit 37
Page 37-13

```
06:55   1    don't deliver, obviously there's repercussions for
        2    that.  And my limited understanding is that that's
        3    going to differ by retailers too.  So I -- I have no
        4    idea.
06:55   5         Q    Okay.  What higher-ups were you referring
        6    to in your last answer?
        7              MR. HASAN:  Objection as to form.
        8              THE DEPONENT:  Other employees of the
        9    company, people that would be in the know as far as
06:56  10    the customers and their policies.  So, most likely,
       11    salespeople.
       12         Q    BY MR. HANLE:  Are there higher-ups that
       13    are in sales?
       14         A    Certainly.  The VP of sale would be a
06:56  15    higher-up in the company.
       16              MR. HANLE:  All right.  I'll mark as
       17    Exhibit 32 a document with Bates NT81230 through
       18    81231.
       19              (Exhibit 32 was marked for the record.)
06:56  20         Q    BY MR. HANLE:  And these were the
       21    documents produced last night.  And the second email
       22    on the first page is an email from Eric at Hip Hing
       23    to you dated September 25, 2006, regarding PS3
       24    chargers.
06:57  25              Do you see that?
```

                              356