1 | **ART HASAN, CA Bar No. 167323**
art.hasan@cph.com

2 | **G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com

3 | **KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com

4 | **CHRISTIE, PARKER & HALE, LLP**
**655 North Central Avenue, Suite 2300**

5 | **Glendale, California 91203-1445**
**Telephone: (626) 795-9900**

6 | **Facsimile:  (626) 577-8800**

7 | Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

8 |

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 |

12 | NYKO TECHNOLOGIES, INC., a California corporation,

Case No. CV12-03001 GAF (VBKx)

13 | Plaintiff,

**DECLARATION OF KATHERINE L. QUIGLEY IN SUPPORT OF NYKO TECHNOLOGIES, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

14 | vs.

15 | ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,

**Hon. Gary Allen Feess**

16 |

17 |

18 |

19 | Defendants.

20 |

21 | AND RELATED COUNTERCLAIM.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-1-

CHRISTIE, PARKER & HALE, LLP

I, Katherine L. Quigley, declare as follows:

1.      I am an associate with Christie, Parker & Hale, LLP, counsel for Plaintiff and Counterdefendant NYKO Technologies, Inc. ("NYKO").  I make this declaration based on personal knowledge and if called as a witness, could competently testify to each of the following facts.

2.      Attached as Exhibit A is a true and correct copy of U.S. Provisional Patent Application No. 60/982,364 marked as Exhibit 8 at the deposition of Amir Navid at which I attended.

3.      Attached as Exhibit B is a true and correct copy of U.S. Patent No. 8,143,848.

4.      The provisional application was filed on October 24, 2007 – less than a year after the events asserted by Defendants as prior art.

5.      Based on my review, the provisional application fulfilled the statutory requirements of 35 U.S.C. § 111(b), such as a specification and at least one drawing.

6.      Based on my review of the provisional and issued patent, the application for the '848 Patent fulfilled the statutory requirements for claiming priority of the provisional application under 35 U.S.C. § 119(e)(1), such as having at least one common inventor (in this case, the same single inventor) and containing a specific reference to the provisional application.

7.      Attached as Exhibit C is a true and correct copy of excerpts from the deposition of Defendant's expert, Stephen Bristow, which I attended.

8.      Attached as Exhibit D is a true and correct copy of the Merriam Webster Dictionary definition of "support" as found on http://www.merriam-webster.com/dictionary/support.

9.      Attached as Exhibit E is a true and correct copy of Dictionary.com's definition of "support" as found at http://dictionary.reference.com/browse/support?s=t.

-2-

**1**       10.     Attached as Exhibit F is a true and correct copy of Macmillan's

**2** Dictionary definition of "support" as found at http://www.macmillan

**3** dictionary.com/us/dictionary/american/support.

**4**       11.     Attached as Exhibit G is a true and correct copy of the Merriam

**5** Webster Dictionary definition of "physical."

**6**       12.     Attached as Exhibit H is a true and correct copy of the fourth edition

**7** of the Cambridge Dictionaries Online definition of "on" as found at

**8** http://dictionary.cambridge.org/us/dictionary/american-english/on_1?q=on.

**9**       13.     Attached as Exhibit I is a true and correct copy of the fourth edition

**10** of the American Heritage Dictionary definition of "on".

**11**       14.     Attached as Exhibit J is a true and correct copy the second edition of

**12** the Random House Webster's Unabridged Dictionary definition of "on".

**13**       15.     Attached as Exhibit K is a true and correct copy of excerpts from the

**14** deposition of Christopher Arbogast.

**15**       16.     Attached as Exhibit L is a true and correct copy of an article from

**16** *Wired* by Chris Kohler titled "You'll Get a 'Charge' Out of These PS3 Products!"

**17** dated January 9, 2007. This article was produced by Nyko in this lawsuit, and

**18** was marked at the deposition of Amir Navid at which I attended. A blowup of the

**19** photograph of Nyko's PS3 charger depicted at the beginning of the article is

**20** attached as Exhibit M.

**21**       17.     Attached as Exhibit N is a true and correct copy of excerpts from the

**22** deposition of Amir Navid.

**23**       18.     Attached as Exhibit O is a true and correct copy of Nyko's responses

**24** to Eveready Battery Company's interrogatory nos. 9-10.

**25**       19.     Attached as Exhibit P is a true and correct copy of Exhibit 44

**26** marked at the deposition of Gerald Block depicting concept drawings prepared by

**27** Simon Huang which were produced in this lawsuit by Defendant, Performance

**28** Designed Products ("PDP"). This document was produced by Defendant PDP

CHRISTIE, PARKER & HALE, LLP

**1** and was designated "Confidential - Attorneys Eyes Only -Competitive Decision

**2** Making" pursuant to the protective order (Court Dkt. No. 66) entered in this

**3** matter.

**4** 20. Attached as Exhibit Q is a true and correct copy of an alternate

**5** design for PDP's charging system. This drawing was produced by PDP in this

**6** lawsuit as PDP0076069. This document was produced by Defendant PDP and

**7** was designated "Confidential - Attorneys Eyes Only -Competitive Decision

**8** Making" pursuant to the protective order (Court Dkt. No. 66) entered in this

**9** matter.

**10**

**11** I declare under penalty of perjury under the laws of the United States of

**12** America that the foregoing is true and correct and that this declaration was

**13** executed on September 1, 2013 in Glendale, California.

**14**

          */s/ Katherine L. Quigley*

**15**           Katherine L. Quigley

**16**

**17** SRD PAS1255234.1-*-09/2/13 11:13 PM

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

-4-

CHRISTIE, PARKER & HALE, LLP