# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 60/982,364 | 10/24/2007 | | 105 | 60708/N220 | | |

**CONFIRMATION NO. 9640**

23363
CHRISTIE, PARKER & HALE, LLP
PO BOX 7068
PASADENA, CA 91109-7068

**FILING RECEIPT**


OC000000027012026

Date Mailed: 12/12/2007

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Filing Receipt Corrections. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

　　　　Amir Navid, Sherman Oaks, CA;

**Power of Attorney:**
Tiffany Parcher--58944

**If Required, Foreign Filing License Granted:** 11/30/2007

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 60/982,364**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**

　　　　CHARGING STATION

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result in a grant of** "an international

page 1 of 3

**Exhibit　8**
A. Navid
1-30-13
S. Clifford. CSR 10154

EXHIBIT A
Page 5

patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

## LICENSE FOR FOREIGN FILING UNDER

### Title 35, United States Code, Section 184

### Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and

page 2 of 3

Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

EXHIBIT A
Page 7

## PROVISIONAL APPLICATION COVER SHEET [37 CFR 1.53(c)]
### This is a request for filing a PROVISIONAL APPLICATION under 35 U.S.C. §111(b) and 37 CFR 1.51(a)(2)

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on October 24, 2007 at or before 11:59 p.m. Eastern Standard Time under the Rules of 37 CFR § 1.10.*

Christina L. Vanh

| | | |
|---|---|---|
| Date | : | October 24, 2007 |
| Docket No. | : | 60708/N220 |

### INVENTOR(S)/APPLICANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL, RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY))

NAVID, Amir      Sherman Oaks, California

_____      Additional inventors are being named on separately numbered sheets attached hereto.

### TITLE OF THE INVENTION (500 characters max)

CHARGING STATION

### APPLICANT(S) STATUS UNDER 37 CFR § 1.27

___X___      Applicant(s) and any others associated with it/them under § 1.27(a) are a SMALL ENTITY

### ENCLOSED APPLICATION PARTS

| | |
|---|---|
| __12__ | Specification (number of pages) |
| __8__ | Drawings (number of sheets) |
| _____ | Assignment |
| _____ | Other (specify): |

### FEE AND METHOD OF PAYMENT

___X___      Please deduct the filing fee of $105 from our Deposit Account No. 03-1728.

___X___      No application size fee enclosed.

___X___      The Commissioner is hereby authorized to charge any fees under 37 CFR 1.16 and 1.17 which may be required during the entire pendency of the application to Deposit Account No. 03-1728. Please show our docket number with any charge or credit to our Deposit Account. A copy of this letter is enclosed.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

___X___      No

_____      Yes, the name of the U.S. Government agency and the Government contract number are:

### CORRESPONDENCE ADDRESS

Please address all correspondence to the address corresponding to **CUSTOMER NUMBER 23363,**

**PROVISIONAL APPLICATION COVER SHEET [37 CFR 1.53(c)]**
**This is a request for filing a PROVISIONAL APPLICATION under 35 U.S.C. §111(b) and 37 CFR 1.51(a)(2)**

**Docket No. 60708/N220**

the practitioners associated with the law firm of Christie, Parker & Hale, LLP, who are authorized to transact all business in the U.S. Patent and Trademark Office connected with this application.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____

Tiffany A. Parcher
Reg. No. 58,944
626/795-9900

1      **60708/N220**

# CHARGING STATION

5      FIELD OF THE INVENTION

[0001]    The present invention relates to a charging station for a consumer electronics device, and more particularly, to a charging station for one or more hand-held controllers for a video game console.

10     BACKGROUND

[0002]    Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED.  Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers.  These accessory devices often operate on battery power, so that they can be

15     used without requiring a connection to a power supply.  Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries.

[0003]    Frequent replacement of batteries can be expensive, and as a result many accessory devices utilize rechargeable batteries.  The accessory device is connected to a charging station

20     periodically to recharge the batteries.  The charging station and the accessory device have matching plugs or ports that fit together to make a connection.  If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station.  These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device.  These small plugs can be easily bent or broken, rendering the charging

25     station inoperable.  The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

-1-

1       **60708/N220**

[0004]    Thus, it is desirable to provide an improved charging station that allows for fast, easy, and reliable connection between the accessory device and the charging station.

5

SUMMARY

[0005]    The present invention relates to a charging station for a consumer electronics device, and more particularly, to a charging station for one or more hand-held controllers for a video game console.  In one embodiment, a charging station for an accessory device having a power input port

10      includes a base with a recess having at least one electrical contact.  The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact.  The charging station also includes an external adapter with a connector configured to couple to the power input port of the accessory device, and with at least one electrical lead.  The recess is dimensioned to receive the adapter, with the at least one electrical lead

15      contacting the at least one electrical contact when the adapter is received by the recess.

BRIEF DESCRIPTION OF THE DRAWINGS

[0006]    FIG. 1 is a perspective view of a charging station according to an exemplary embodiment of the invention;

20      [0007]    FIG. 2 is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention;

[0008]    FIG. 3 is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention;

[0009]    FIG. 4A is a top plan view of an adapter according to an exemplary embodiment of the

25      invention;

[0010]    FIG. 4B is a bottom plan view of an adapter according to an exemplary embodiment of the invention;

-2-

**60708/N220**

[0011]    FIG. 4C is a side plan view of an adapter according to an exemplary embodiment of the invention;

[0012]    FIG. 5 is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention;

[0013]    FIG. 6 is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention;

[0014]    FIG. 7 is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention; and

[0015]    FIG. 8 is a circuit diagram of a charging station according to an exemplary embodiment of the invention.

DETAILED DESCRIPTION

[0016]    An exemplary embodiment of the present invention relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console.  A charging station 10 according to an exemplary embodiment of the invention is shown in FIG. 1.  The charging station 10 includes two docking bays 12, 14 for two accessory devices, which in one embodiment are hand-held controllers for a video game console.  The docking bays 12, 14 are dimensioned to accept adapters 16 (see FIG. 2). Electrical contacts 20 in the docking bays make contact with electrical leads 22 on the adapters (see FIG. 4B) to provide an electrical connection through which power can be transmitted.  The adapters 16 are electrically coupled to the power input port on the hand-held controllers.  In one embodiment, the adapters 16 drop-fit easily into the docking bays 12, 14, thus providing a fast and easy connection of the hand-held controllers to the charging station 10.

[0017]    As shown in FIG. 1, the charging station 10 includes a base 24 with two docking bays 12, 14.  The docking bays 12, 14 are each dimensioned to accept a hand-held controller 26 (see

-3-

EXHIBIT A
Page 12

1    **60708/N220**

FIGs. 5, 6).  The two docking bays are separated by a partition 28 positioned between them.  Each docking bay includes a recess 30 at the bottom of the docking bay.  The recess 30 has four

5    electrical contacts 20 positioned in the recess.  In other embodiments, the recess may include more than four or less than four electrical contacts.  These contacts 20 are shown positioned in a linear arrangement in the recess 30, but they could be positioned in any suitable arrangement.

[0018]    The recesses 30 are dimensioned to receive an adapter 16 into the recess.  As shown in FIG. 2, the adapters 16 can be dropped vertically into the docking bays 12, 14 and into the recesses

10   30.  When the adapters are placed into the recesses 30, electrical leads 22 (see FIG. 4B) on the bottom side 38 of the adapters 16 contact the electrical contacts 20 in the recesses 30.  The electrical leads 22 on the adapter thus make an electrical connection with the electrical contacts 20 in the recess.  The electrical leads 22 on the adapter match the arrangement of the electrical contacts 20 such that each electrical lead 22 makes physical contact with an electrical contact 20

15   when the adapter is placed in the recess.  In one embodiment, as will be described later, the electrical contacts 20 are spring loaded so as to make sufficient contacts with the electrical leads 22.

[0019]    In other embodiments, the adapters 16 and docking bays 12, 14 have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess

20   30 described above.  The docking bays 12, 14 and adapters 16 can have any suitable shapes that allow the electrical contacts 20 of the docking bays to make contact with the electrical leads 22 of the adapters 16.  Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays 12, 14 to receive the adapters 16.  These examples are illustrative only, and not limiting.

25   [0020]    As shown in FIG. 3, in one embodiment, the adapters 16 and recesses 30 are shaped such that the adapter can only be placed into the recess in one orientation.  In the embodiment shown, the adapter 16 includes at least one angled edge 32, and the recess 30 includes a matching

-4-

1     **60708/N220**

angled corner 34.  This geometry ensures that the adapter 16 will be placed in the recess 30 in the proper orientation, so that the electrical contacts 20 meet the electrical leads 22.  Other geometric

5     configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges.  Additionally, this feature is optional, as the adapter could be made to fit into the recess in multiple orientations.

[0021]     As shown in FIGs. 4A-4C, the adapter 16 includes a body 36 with the angled edge 32.  The electrical leads 22 are located on a bottom side 38 of the body 36.  The top side 40 of the body

10     36 includes a connector 42 that is configured to connect to the power input port of the accessory device to be charged.  In one embodiment, the connector 42 is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

[0022]     In use, the connector 42 on the adapter 16 is connected to the power input port of the

15     accessory device to be charged, such as the hand-held controller 26 shown in FIGs. 5 and 6.  The adapter 16 is a small and light-weight piece that connects snugly to the power input port of the hand-held controller 26.  The adapter 16 can remain with the hand-held controller 26 at all times, even when the controller 26 is not being charged in the charging station 10.  When the hand-held controller 26 is in use during operation of a video game, when the controller 26 is stored, and when

20     it is charging, the adapter 16 can remain connected to (and physically mounted on) the controller 26.  The adapter 16 is small and light weight, so that it does not interfere with operation of the controller 26.  When the controller needs to be recharged, connecting it to the charging station 10 is as easy as dropping it into the docking bay 12, 14.  The adapter 16 slides easily into the recess 30, and the electrical leads 22 on the bottom of the adapter 16 make an electrical connection with the

25     electrical contacts 20 in the recess 30.  The charging station 10 is connected to a power supply through its own power input.  The charging station 10 then provides power to the controller 26 to recharge the controller's batteries.  This recharging process is fast and easy, as the adapter 16

-5-

EXHIBIT A
Page 14

1    **60708/N220**

allows the controller to be simply dropped into place, rather than carefully connected to a fragile port or connector.

5    [0023]    While the embodiment described above uses a vertical orientation, with the controller 26 and adapter 16 being dropped from above into the recess 30, other orientations may be used as well.  In one embodiment, the adapter 16 is received horizontally into the docking bay, and the electrical contacts 20 in the docking bay and electrical leads 22 on the adapter are arranged vertically to make contact with each other when the adapter 16 is horizontally placed into the

10    docking bay.  In one embodiment, the adapter 16 is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit.  These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter and charging station.  In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete

15    electrical connection.

[0024]    The charging station 10 can charge two controllers 26 simultaneously (or concurrently), or it can charge one at a time.  The power input for the charging station 10 may be a power cord 44, as shown in FIG. 5, that connects to an alternating current (AC) power supply.  In this case, the charging station 10 includes an AC/DC converter electrically coupled between the power input and

20    the electrical contacts 20, in order to provide direct current power to the contacts 20 and from there to the controllers 26.  The AC/DC converter 46 may be internal to the base 24 or external.  In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED.  The charging station provides this DC power to the electrical contacts 20 and from there to the controllers 26.  In other embodiments, DC power may be provided as input to the

25    charging station 10, where the DC power may be provided by an external AC/DC converter.

[0025]    The electrical contacts 20 may include a spring coupling the contacts to the base 24.  The weight of the controller 26 pushes the adapter 16 down into the recess 30, pressing the

-6-

1   **60708/N220**

electrical leads 22 on the adapter 16 against the electrical contacts 20.  The spring pushes back up on the contacts 20, pushing them against the electrical leads 22 to ensure a complete electrical

5   connection.

[0026]    The charging station 10 may also include an indicator 48 that indicates a status of the charging station.  In one embodiment, the indicator 48 includes two LED assemblies 50, 52 (see FIG. 1).  The LED assemblies 50, 52 correspond with the first and second docking bays 12, 14, respectively, so as to indicate the charging status of the hand-held controller 26 (or any other

10   suitable accessory device) being charged in the respective docking bay.  Each of the LED assemblies 50 and 52 includes at least two LEDs having different colors.  By way of example, each of the LED assemblies 50 and 52 in one embodiment includes a red LED and a green LED.  While the respective hand-held controller 26 is being charged, the red LED is emitted to indicate that the hand-held controller 26 (i.e., the battery inside the hand-held controller 26) is currently being

15   charged.  Further, when the respective hand-held controller 26 is finished charging, the green LED is emitted to indicate that the charging has been completed.  In other embodiments, each of the LED assemblies 50, 52 may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

[0027]    In still other embodiments, each of the LED assemblies 50, 52 may include a single

20   LED, and may be referred as LEDs 50, 52.  The first LED 50 illuminates with a first color, for example red, to indicate that the charging station 10 is currently charging an accessory device.  The second LED 52 illuminates with a second color, for example green, to indicate that the charging station 10 is finished charging.  The LEDs 50, 52 may be electrically coupled to a current detector (see FIG. 7) which provides the signals to illuminate the LEDs.  In one embodiment, the charging

25   station 10 stops providing power to the controller 26 when the controller's internal battery is completely charged.

-7-

EXHIBIT A
Page 16

1    60708/N220

[0028]    A block diagram of the charging station 10 is shown in FIG. 7, showing some of the above-described components of the charging station in schematic form.  As can be seen in FIG. 7,

5    the charging station (or charger base) 10 includes electrical contacts 20 that are adapted to be electrically coupled with the accessory device 26 via the adapter 16.  This way, the charging station 10 is capable of supplying the power received from a power adapter or a power supply to the accessory device 26 (e.g., for charging).

[0029]    In one embodiment, the charger base includes the AC/DC converter 46 for converting

10    input AC power to DC power for charging the accessory device 26.  In other embodiments, the charging station 10 may be provided with DC power via a mini-USB port, an external AC/DC converter or any other suitable DC power supply.  The charging station 10 may include a USB host used to provide DC power via mini-USB port.

[0030]    In one embodiment, the charging station 10 includes a current detector 21 for detecting

15    the amount of current being provided by the power supply to the accessory device 26 through the contacts 20.  If sufficient current (e.g., a predetermined amount of current) is detected by the current detector 21, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device 26 is being charged.  Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged.  In this

20    case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

[0031]    A circuit diagram of the charging station 10 is shown in FIG. 8.  As can be seen in FIG. 8, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3).  As can be seen in FIG. 8, the current detector 21 in one embodiment is implemented using a quad operational amplifier chip LM324.  The current detector

25    21 controls light emission of LEDs LED1 and LED2 and/or the light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

-8-

EXHIBIT A
Page 17

1    **60708/N220**

[0032]    While the CED is described in the above embodiments as a video game console, and the accessory device is described as a hand-held controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices.  This list is meant to be illustrative only, and not limiting.

5

10

15

20

25

-9-

1       **60708/N220**

WHAT IS CLAIMED IS:

    1.    A charging station for an accessory device having a power input port, comprising:

5    a base comprising a recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact;

    an external adapter comprising a connector configured to couple to the power input port of the accessory device, the external adapter further comprising at least one electrical lead;

10    wherein the recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

    2.    The charging station of claim 1, further comprising a current detector electrically coupled to the at least one electrical contact, and an indicator electrically coupled to the current

15    detector to indicate a status of the charging station.

    3.    The charging station of claim 2, wherein the indicator comprises an LED.

    4.    The charging station of claim 1, wherein the external adapter comprises an angled

20    edge and wherein the recess comprises an angled corner that matches the angled edge to orient the external adapter with respect to the recess.

    5.    The charging station of claim 1, wherein the at least one electrical contact comprises four electrical contacts, and wherein the at least one electrical lead comprises four electrical leads.

25

    6.    The charging station of claim 1, wherein the connector comprises a male mini-USB connector.

-10-

1    **60708/N220**

7.     The charging station of claim 1, wherein the power input comprises a power cord configured to couple to an AC power supply, and wherein the charging station further comprises an
5    AC/DC converter electrically coupled between the power input and the at least one electrical contact.

8.     The charging station of claim 1, wherein the power input comprises a USB port configured to couple to a consumer electronics device.

10

9.     The charging station of claim 1, wherein the at least one electrical contact further comprises a spring.

10.     The charging station of claim 1, further comprising a second recess and a second
15    electrical lead, and a partition positioned between the two recesses.

11.     Apparatus as shown and described herein.

12.     Method as shown and described herein.

20

25

-11-

1      **60708/N220**

ABSTRACT

The present invention relates to a charging station for a consumer electronics device, and more
5      particularly, to a charging station for one or more hand-held controllers for a video game console.
In one embodiment, a charging station for an accessory device having a power input port includes a
base with a recess having at least one electrical contact.  The base further includes a power input
for connection to a power supply, the power input being electrically coupled to the at least one
electrical contact.   The charging station also includes an external adapter with a connector
10     configured to couple to the power input port of the accessory device, and with at least one electrical
lead.   The recess is dimensioned to receive the adapter, with the at least one electrical lead
contacting the at least one electrical contact when the adapter is received by the recess.

TP/tp

CLV PAS761061.1-*-10/24/07 1:39 PM
15

20

25

EXHIBIT A
Page 21

Attorney:  Tiffany A. Parcher
Docket No.:  60708/N220
Inventor(s):  Amir Navid
Title:  CHARGING STATION
Sheet 1 of 8



FIG.1

EXHIBIT A
Page 22

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 2 of 8



*FIG. 2*

EXHIBIT A
Page 23

Attorney:  Tiffany A. Parcher
Docket No.:  80708/N220
Inventor(s):  Amir Navid
Title:  CHARGING STATION
Sheet 3 of 8



FIG. 3

EXHIBIT A
Page 24

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 4 of 8



FIG.4A

FIG.4B

FIG.4C

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 5 of 8



FIG. 5

EXHIBIT A
Page 26

Attorney:  Tiffany A. Parcher
Docket No.:  60708/N220
Inventor(s):  Amir Navid
Title:  CHARGING STATION
Sheet 6 of 8



FIG. 6

EXHIBIT A
Page 27

Attorney: Tiffany A. Parcher
Docket No.: 60708/N220
Inventor(s): Amir Navid
Title: CHARGING STATION
Sheet 7 of 8



FIG. 7

EXHIBIT A
Page 28

Attorney:  Tiffany A. Parcher
Docket No.:  60708/N220
Inventor(s):  Amir Navid
Title:  CHARGING STATION
Sheet 8 of 8



# FIG. 8

EXHIBIT A
Page 29

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | CHARGING STATION |
| First Named Inventor/Applicant Name: | Amir Navid |
| **Filer:** | Tiffany A. Parcher/Christina Vann |
| **Attorney Docket Number:** | 60708/N220 |
| Filed as Small Entity | |

### Provisional Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Provisional Application filing fee | 2005 | 1 | 105 | 105 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |

EXHIBIT A
Page 30

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Miscellaneous: | | | | |
| Total in USD ($) | | | | 105 |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2365821 |
| **Application Number:** | 60982364 |
| **International Application Number:** | |
| **Confirmation Number:** | 9640 |
| **Title of Invention:** | CHARGING STATION |
| **First Named Inventor/Applicant Name:** | Amir Navid |
| **Customer Number:** | 23363 |
| **Filer:** | Tiffany A. Parcher/Christina Vann |
| **Filer Authorized By:** | Tiffany A. Parcher |
| **Attorney Docket Number:** | 60708/N220 |
| **Receipt Date:** | 24-OCT-2007 |
| **Filing Date:** | |
| **Time Stamp:** | 19:16:24 |
| **Application Type:** | Provisional |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment was successfully received in RAM | $105 |
| RAM confirmation Number | 3367 |
| Deposit Account | 031728 |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:
  Charge any Additional Fees required under 37 C.F.R. Section 1.16 and 1.17

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) /Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal of New Application | Transmittal.pdf | 51930<br><br>ca992a55e446d40c2e34fa215e4d26d cbaa7409 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | | Specification.pdf | 407285<br><br>7d22b1b1827cd59d4d25e9d25e42cfd0 f0701b50 | yes | 12 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | Document Description | Start | | End |
| | Specification | 1 | | 9 |
| | Claims | 10 | | 11 |
| | Abstract | 12 | | 12 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Drawings-only black and white line drawings | Drawings.pdf | 131888<br><br>2360422c579d72d6d2bce72c0aaaa99 526140fa9 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (PTO-06) | fee-info.pdf | 8102<br><br>022317574d93cd762e503058bf1dcd06 a1e449a2 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | | **Total Files Size (in bytes):** | 599205 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

EXHIBIT A
Page 34

# EXHIBIT B

US008143848B2

(12) **United States Patent**  
Navid

(10) **Patent No.:** US 8,143,848 B2  
(45) **Date of Patent:** Mar. 27, 2012

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **Nyko Technologies, Inc.**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 799 days.

(21) Appl. No.: **12/044,295**

(22) Filed: **Mar. 7, 2008**

(65) **Prior Publication Data**

US 2008/0150480 A1    Jun. 26, 2008

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**  
*H02J 7/00*    (2006.01)

(52) **U.S. Cl.** ....................................... 320/113; 320/115

(58) **Field of Classification Search** .................. 320/113  
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,547,399 A | 8/1996 | Naghi et al. | |
| 5,594,314 A * | 1/1997 | Hagiuda et al. | 320/110 |
| 5,734,254 A * | 3/1998 | Stephens | 320/106 |
| 5,828,966 A | 10/1998 | Davis et al. | |
| 5,847,545 A | 12/1998 | Chen et al. | |
| 6,061,261 A | 5/2000 | Chen et al. | |

| | | | |
|---|---|---|---|
| 6,313,604 B1 * | 11/2001 | Chen | 320/114 |
| 6,321,340 B1 | 11/2001 | Shin et al. | |
| 6,362,987 B1 | 3/2002 | Yurek et al. | |
| 6,614,206 B1 | 9/2003 | Wong et al. | |
| 6,632,098 B1 | 10/2003 | Wong et al. | |
| 6,669,513 B2 | 12/2003 | Huang | |
| 6,790,062 B1 | 9/2004 | Liao | |
| 6,811,444 B2 | 11/2004 | Geyer | |
| 6,842,356 B2 * | 1/2005 | Hsu | 363/146 |
| 6,991,483 B1 | 1/2006 | Milan et al. | |
| 6,992,462 B1 | 1/2006 | Hussaini et al. | |
| 7,054,177 B2 | 5/2006 | Wu | |

(Continued)

OTHER PUBLICATIONS

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.

(Continued)

*Primary Examiner* — Arun Williams  
(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57)    **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**27 Claims, 23 Drawing Sheets**



## US 8,143,848 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 7,140,922 B2 | 11/2006 | Luu et al. |
| 2002/0115480 A1 | 8/2002 | Huang |
| 2003/0216069 A1* | 11/2003 | Huang ..................... 439/105 |
| 2004/0189250 A1* | 9/2004 | Nishida ..................... 320/116 |
| 2004/0218411 A1 | 11/2004 | Luu et al. |
| 2004/0259436 A1 | 12/2004 | Su |
| 2005/0189914 A1 | 9/2005 | Esses |
| 2006/0080476 A1 | 4/2006 | Wang et al. |
| 2006/0202660 A1* | 9/2006 | Chang ..................... 320/115 |
| 2007/0021209 A1 | 1/2007 | Hussaini et al. |
| 2007/0091656 A1 | 4/2007 | Navid et al. |
| 2007/0216352 A1 | 9/2007 | Shaddle |
| 2007/0278999 A1* | 12/2007 | Hsia ..................... 320/111 |
| 2008/0180060 A1* | 7/2008 | Odell et al. ..................... 320/115 |
| 2009/0072784 A1* | 3/2009 | Erickson ..................... 320/108 |

### OTHER PUBLICATIONS

International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).

* cited by examiner



**FIG. 1**



FIG. 2

EXHIBIT B
Page 38



FIG. 3

Case 2:12-cv-03001-GAF-VBK   Document 135-3   Filed 09/03/13   Page 38 of 108   Page ID #:3953



**FIG. 4**

EXHIBIT B
Page 40



**FIG. 5**

EXHIBIT B
Page 41



FIG. 6



FIG. 7

U.S. Patent          Mar. 27, 2012          Sheet 8 of 23          US 8,143,848 B2



FIG. 8

EXHIBIT B
Page 44



FIG. 9



**FIG. 10**

EXHIBIT B
Page 46

FIG.11



EXHIBIT B
Page 48



FIG.12

FIG.13

*FIG.14*



EXHIBIT B
Page 49

EXHIBIT B
Page 50



FIG.15



*FIG.16*

EXHIBIT B
Page 51



*FIG. 17*



*FIG.18*

EXHIBIT B
Page 53



*FIG.19A*

*FIG.19B*

*FIG.19C*

EXHIBIT B
Page 54

Case 2:12-cv-03001-GAF-VBK   Document 135-3   Filed 09/03/13   Page 53 of 108   Page ID #:3968



*FIG. 20*

EXHIBIT B
Page 55



FIG. 21

EXHIBIT B
Page 57



*FIG. 22*

EXHIBIT B
Page 58



*FIG. 23A*



*FIG. 23B*

EXHIBIT B
Page 59

US 8,143,848 B2

1

## VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

### CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation-in-part of pending application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire content of which is expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

### BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, in order to make a proper connection without damaging the parts.

### SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller

EXHIBIT B
Page 60

US 8,143,848 B2

3

having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

4

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

EXHIBIT B
Page 61

US 8,143,848 B2

5                                                                 6

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. 2 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. 3 is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. 4 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. 5 is a schematic side view diagram of the power adapter of FIG. 1 in a non-operating position.

FIG. 6 is a schematic side view diagram of the power adapter of FIG. 1 in an operating position.

FIG. 7 is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. 8 is a diagram showing the AC-to-DC converter in the adapter.

FIG. 9 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. 10 is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. 11 is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. 12 is a top view of the video game controller charging system of FIG. 11.

FIG. 13 is a side view of the video game controller charging system of FIG. 11.

FIG. 14 is a perspective view of the video game controller charging system of FIG. 11 having video game controllers connected for charging.

FIG. 15 is a block diagram of the video game controller charging system of FIG. 11.

FIG. 16 is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. 17 is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. 18 is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. 19A is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. 19B is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. 19C is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. 20 is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. 21 is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. 22 is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

FIGS. 23A-B are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

## DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. 1 is a schematic front view diagram of a power adapter 100 in an exemplary embodiment of the present invention. The power adapter 100 has a USB port 101 to which a device with a USB plug can be connected for recharging. The power adapter 100 also has a FireWire port 102 to which a device with a FireWire plug can be connected for recharging. The power adapter 100 includes an AC-to-DC power converter for providing +5 V and +13 V, respectively. The power adapter 100 may take an input of 100 V to 240 V (w/frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter 100 to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other

EXHIBIT B
Page 62

US 8,143,848 B2

7

parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

The USB port 101 is capable of delivering DC power having +5 V to a connected USB device. The FireWire port 101 is capable of delivering DC power having +13 V to a connected FireWire device. Ports 101, 102 may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. 1 illustrates that ports 101, 102 are located at the front surface of the power adapter 100, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter 100.

FIG. 2 is a schematic front view diagram of a power adapter 110 in another exemplary embodiment of the present invention. The power adapter 110 has two FireWire ports 102 to which a device with a FireWire plug can be connected for recharging. The FireWire ports 102 may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port 102 is capable of delivering DC power having +13 V to a connected FireWire device. Ports 102 may be operated concurrently to recharge FireWire devices at the same time.

FIG. 3 is a schematic front view diagram of a power adapter 120 in yet another exemplary embodiment of the present invention. The power adapter 120 has two USB ports 101 to which a device with a USB plug can be connected for recharging. The USB ports 101 may be of a different type and may accept type A or type B connections. Each USB port 101 is capable of delivering DC power having +5 V to a connected USB device. Ports 101 may be operated concurrently to recharge USB devices at the same time.

FIG. 4 is a schematic front view diagram of a power adapter 130 in another exemplary embodiment of the present invention. Power adapter 130 has a USB port 161 and a FireWire port 162 that are connected to lines 163. The lines extend the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter 130 plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. 4, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

FIG. 5 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its non-operating position. The power adapters 110 and 120 of FIGS. 2 and 3 have substantially the same structure in one embodiment. As shown in FIG. 5, the power adapter 100 may have an AC plug 103 that is movable such that it extends from the rear side of the adapter 100. In the non-operating position, when the adapter 100 is not in use, the AC plug 103 is slid, moved, or otherwise positioned into the adapter 100 so that the plug 103 does not extend out from the adapter 100. This non-operating position allows for easy storage of the adapter 100. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

FIG. 6 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its operating position. As shown in FIG. 6, when the power adapter 100 is in use, the AC plug 103 is slid, moved, or otherwise positioned outside of the housing of the adapter 100, so that the plug 103 extends out from the adapter 100 in its operating position. In this position the AC plug 103 may be plugged into an AC outlet so that the adapter 100 can draw AC power from the outlet, convert it to DC

8

powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

While the AC plug 103 of the power adapter 100 illustrated in FIGS. 5 and 6 appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

FIG. 7 is a conceptual diagram of a side view of an adapter 100 and an electronic device 105 in an exemplary embodiment of the present invention. The adapter 100 is plugged into an AC outlet 106. A device 105 is connected to the adapter 100 by a cable 104. The cable 104 plugs into the adapter 100 through a plug 101 or 102, shown in FIG. 1. The adapter 100 draws power from the AC outlet 106 and delivers the power to the device 105 through the cable 104.

FIG. 8 is a diagram showing the AC-to-DC converter in the adapter 100. The AC-to-DC converter 112 is located in the housing body of the adapter 100. The AC-to-DC converter 112 receives an AC power from the AC plug 103 via an AC outlet 106 and provides DC power to a plurality of DC ports 111. The AC-to-DC converter 112 may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports 111. For example, in FIG. 1, the AC-to-DC converter would receive AC power from the AC plug 103 and provide DC 5 V to one DC port (e.g., USB port 101) and DC 13 V to another DC port (e.g., FireWire port 102).

FIG. 9 is a schematic front view diagram of a power adapter 200 in another exemplary embodiment of the present invention. The adapter 200 has a plurality of USB ports 201 to which a plurality of devices with USB plugs can be connected for recharging. The USB ports 201 may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter 200 also has a plurality of FireWire ports 202 to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports 202 may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports 201 and 202 may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter 200.

FIG. 10 is a schematic front view diagram of a power adapter 300 in yet another exemplary embodiment of the present invention. The adapter 300 has a plurality of ports 301a, 301b, 301c, 301d, 301e, 301f, 301g having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports 301 may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports 301a-301g may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter 300. The ports of the power adapter 300 may have cross-sections that are different from the cross-sections of the ports 301a-301g that are shown for illustrative purposes only.

Similar to the power adapter 100 of FIG. 1, the power adapters 200 and 300 of FIGS. 9 and 10 each have one or more AC plugs for plugging to corresponding AC outlets to receive AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

Further, similar to the power adapter 100, the power adapters 200 and 300 of FIGS. 9 and 10 may have capabilities to convert a range of different AC voltages that are used through-

US 8,143,848 B2

9

out the world. By way of example, the power adapters 200 and 300 may be able to convert from AC power having a voltage range of 100 V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

FIGS. 11, 12, and 13 are perspective, top, and side views, respectively, of a video game controller charging system 400 according to another exemplary embodiment of the present invention. FIG. 14 is a perspective view of the video game controller charging system 400 having video game controllers 420 connected for charging. In one embodiment, the charging system 400 converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers 420. In such an embodiment, the video game controller charging system 400 includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system 400 may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

The video game controller charging system 400 includes a base 402 and one or more docking bays 404, wherein each docking bay 404 is configured to receive a video game controller 420. The charging system 400 also includes one or more partitions 406 separating the docking bays 404. The charging system 400 further includes a DC port 408 within each of the docking bays 404 that is configured to electrically couple to one of the video game controllers 420 and deliver DC power to the coupled video game controller 420.

The DC ports 408 of the video game controller charging system 400 are configured to connect to a power input port of the video game controller 420 to be charged. In the present embodiment, the DC ports 408 are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the PlayStation3®. Alternatively, the DC ports 408 may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller charging system 400, the partitions 406 include locators 410 for aligning the video game controller to the DC port 408. There are locators 410 on each of the two surfaces of the partitions 406, as well as the two surfaces of the base 402, which face the DC ports 408. There may be two locators 410 on each surface described, i.e., four locators 410 adjacent each video game controller 420. Each pair of opposite surfaces, a portion of the base 402, a corresponding docking bay 404, and/or the locators 410 may comprise a structure for providing physical support to one of the video game controllers 420 during charging. While the locators 410 in the illustrated embodiment of FIG. 11 are button-shaped, the shape of the locators 410 is not limited thereto. Also, the locators 410 may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller 420 for coupling to the corresponding DC port 408. In other embodiments, the locators 410 may not be spring-loaded and the video game controller 420 may be aligned by the locators 410 through any other suitable method or mechanism, such as a pressure fit.

In use, the DC ports 408 are connected to power input ports of the video game controllers 420 to be charged, as shown in FIG. 14. When one or more video game controllers 420 need

10

to be recharged. connecting the video game controllers 420 to the charging system 400 is as easy as inserting each of the video game controllers 420 into one of the docking bays 404. As described above, the locators 410 aid in aligning the video game controller 420 into the docking bay 404 such that the power input port of the video game controller 420 slides down onto and connects to the DC port 408. The charging system 400 is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system 400 then provides power to the video game controller 420 to recharge the batteries of the video game controller 420.

While the embodiment described above uses a vertical orientation, with each of the video game controllers 420 being dropped from above into the docking bays 404, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers 420 may be received horizontally into the docking bays 404, and electrically coupled to DC ports 408 having a horizontal orientation instead of the vertical orientation shown in FIGS. 11-14.

The present embodiment of the video game controller charging system 400 can charge up to four video game controllers 420 concurrently, or it can charge one at a time. Alternative embodiments of the charging system 400, however, may be configured to charge more than four video game controllers 420 concurrently. The power supply for the charging system 400 may be a power cord 416 that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system 400 also includes an AC-to-DC converter 440 (see FIG. 15) electrically coupled between the power cord 416 and the DC ports 408 for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller 420. The AC-to-DC converter 440 may be in the base 402 or external to the base 402. The power cord 416 may be removably connected to the base 402, or may be fixedly coupled to the base 402. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system 400 provides this DC power to the DC ports 408 for delivery to the video game controllers 420. In other embodiments, DC power may be provided as input to the charging system 400, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

The video game controller charging system 400 may also include an indicator panel 450 that indicates a status of the charging system 400. In the present embodiment, the indicator panel 450 includes four LED assemblies 452. Each of the four LED assemblies 452 corresponds with one of the four DC ports 408, so as to indicate the charging status of the video game controller 420 being charged at the respective DC port 408. Each of the LED assemblies 452 includes at least two LEDs having different colors. For example, each of the LED assemblies 452 in the present embodiment includes a red LED and a green LED. While the respective video game controller 420 is being charged, the red LED is emitted to indicate that the video game controller 420, or more specifically, the battery inside the video game controller 420, is currently being charged. When the respective video game controller 420 is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED

EXHIBIT B
Page 64

US 8,143,848 B2

11

is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies 452 may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies 452 may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system 400 is currently charging a video game controller 400. Another LED assembly 452 may illuminate with a second color (e.g., green) to indicate that the charging system 400 has completed charging. The LED assemblies may be electrically coupled to a current detector 460 (see FIG. 15) which provides the signals to illuminate the LEDs. In one embodiment, the charging system 400 may stop providing power to the video game controller 420 when the video game controller's internal battery is completely charged.

FIG. 15 is a block diagram showing some of the above-described components of the video game controller charging system 400 in schematic form. As can be seen in FIG. 15, the charging system 400 includes DC ports 408, each of which is configured to be electrically coupled with a video game controller 420. Through the DC ports 408, the charging system 400 is capable of supplying the power received from a power adapter or a power supply to the video game controllers 420 for charging.

In one embodiment, the base 402 includes an AC-to-DC converter 440 for converting input AC power to DC power for charging the video game controller 420. In other embodiments, the charging system 400 may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system 400 may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system 400 includes one or more current detectors 460 for detecting the amount of current being provided by the power supply to the video game controllers 420 through the DC ports 408. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors 460, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller 420 in the corresponding docking bay 404 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. 16-23, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station 510 according to an exemplary embodiment of the invention is shown in FIG. 16. The charging station 510 includes two docking bays 512, 514 for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays 512, 514 are dimensioned to accept adapters 516 (see FIG. 17). Electrical contacts 520 in the docking bays 512, 514 make contact with electrical leads 522 on the adapters 516 (see FIG. 19B) to provide an electrical connection through which power can be transmitted. The adapters 516 are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters 516 drop-fit easily into the docking bays 512, 514, thus providing a fast and easy connection of the hand-held controllers to the charging station 510.

12

As shown in FIG. 16, the charging station 510 includes a base 524 with two docking bays 512, 514. The docking bays 512, 514 are each dimensioned to accept a hand-held controller 526 (see FIGS. 20, 21). The two docking bays 512, 514 are separated by a partition 528 positioned between them. Each of the docking bays 512, 514 includes a recess 530 at the bottom of the docking bay. The recess 530 has four electrical contacts 520 positioned in the recess 530. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts 520 are shown positioned in a linear arrangement in the recess 530, but they could be positioned in any suitable arrangement.

The recesses 530 are dimensioned to receive an adapter 516 into the recess 530. As shown in FIG. 17, the adapters 516 can be dropped vertically into the docking bays 512, 514 and into the recesses 530. When the adapters 516 are placed into the recesses 530, electrical leads 522 (see FIG. 19B) on the bottom side 538 of the adapters 516 contact the electrical contacts 520 in the recesses 530. The electrical leads 522 on the adapter 516 thus make an electrical connection with the electrical contacts 520 in the recess 530. The electrical leads 522 on the adapter 516 match the arrangement of the electrical contacts 520 such that each electrical lead 522 makes physical contact with an electrical contact 520 when the adapter 516 is placed in the recess 530. In one embodiment, as will be described later, the electrical contacts 520 are spring loaded so as to make sufficient contacts with the electrical leads 522.

In other embodiments, the adapters 516 and the docking bays 512, 514 have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess 530 described above. The docking bays 512, 514 and the adapters 516 can have any suitable shapes that allow the electrical contacts 520 of the docking bays 512, 514 to make contact with the electrical leads 522 of the adapters 516. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays 512, 514 to receive the adapters 516. These examples are illustrative only, and not limiting.

As shown in FIG. 18, in one embodiment, the adapters 516 and recesses 530 are shaped such that the adapter 516 can only be placed into the recess 530 in one orientation. In the embodiment shown, the adapter 516 includes at least one angled edge 532, and the recess 530 includes a matching angled corner 534. This geometry ensures that the adapter 516 will be placed in the recess 530 in the proper orientation, so that the electrical contacts 520 meet the electrical leads 522. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter 516 could be made to fit into the recess 530 in multiple orientations.

As shown in FIGS. 19A-19C, the adapter 516 includes a body 536 with the angled edge 532. The electrical leads 522 are located on a bottom side 538 of the body 536. The top side 540 of the body 536 includes a connector 542 that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector 542 is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

In use, the connector 542 on the adapter 516 is connected to the power input port of the accessory device to be charged, such as the hand-held controller 526 shown in FIGS. 20 and 21. The adapter 516 is a small and light-weight piece that connects snugly to the power input port of the hand-held

US 8,143,848 B2

13

controller 526. The adapter 516 can remain with the hand-held controller 526 at all times, even when the controller 526 is not being charged in the charging station 510. When the hand-held controller 526 is in use during operation of a video game, when the controller 526 is stored, and when it is charging, the adapter 516 can remain connected to (and physically mounted on) the controller 526. The adapter 516 is small and light weight, so that it does not interfere with operation of the controller 526. When the controller 526 needs to be recharged, connecting it to the charging station 510 is as easy as dropping it into one of the docking bays 512, 514. The adapter 516 slides easily into the recess 530, and the electrical leads 522 on the bottom of the adapter 516 make an electrical connection with the electrical contacts 520 in the recess 530. The charging station 510 is connected to a power supply through its own power input. The charging station 510 then provides power to the controller 526 to recharge the controller's batteries. This recharging process is fast and easy, as the adapter 516 allows the controller 526 to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller 526 and adapter 516 being dropped from above into the recess 530, other orientations may be used as well. In one embodiment, the adapter 516 is received horizontally into one of the docking bays 512, 514, and the electrical contacts 520 in the docking bay and electrical leads 522 on the adapter 516 are arranged vertically to make contact with each other when the adapter 516 is horizontally placed into the docking bay. In one embodiment, the adapter 516 is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter 516 and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

The charging station 510 can charge two controllers 526 simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station 510 may be a power cord 544, as shown in FIG. 20, that connects to an alternating current (AC) power supply. In this case, the charging station 510 includes an AC/DC converter electrically coupled between the power input and the electrical contacts 520, in order to provide direct current power to the contacts 520 and from there to the controllers 526. The AC/DC converter 546 may be internal to the base 524 or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts 520 and from there to the controllers 526. In other embodiments, DC power may be provided as input to the charging station 510, where the DC power may be provided by an external AC/DC converter.

The electrical contacts 520 may include a spring coupling the contacts 520 to the base 524. The weight of the controller 526 pushes the adapter 516 down into the recess 530, pressing the electrical leads 522 on the adapter 516 against the electrical contacts 520. The spring pushes back up on the contacts 520, pushing them against the electrical leads 522 to ensure a complete electrical connection.

The charging station 510 may also include an indicator 548 that indicates a status of the charging station 510. In one embodiment, the indicator 548 includes two LED assemblies 550, 552 (see FIG. 16). The LED assemblies 550, 552 correspond with the first and second docking bays 512, 514,

14

respectively, so as to indicate the charging status of the hand-held controller 526 (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies 550 and 552 includes at least two LEDs having different colors. By way of example, each of the LED assemblies 550, 552 in one embodiment includes a red LED and a green LED. While the respective hand-held controller 526 is being charged, the red LED is emitted to indicate that the hand-held controller 526 (i.e., the battery inside the hand-held controller 526) is currently being charged. Further, when the respective hand-held controller 526 is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies 550, 552 may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies 550, 552 may include a single LED, and may be referred to as LEDs 550, 552. The first LED 550 illuminates with a first color, for example red, to indicate that the charging station 510 is currently charging an accessory device. The second LED 552 illuminates with a second color, for example green, to indicate that the charging station 510 is finished charging. The LEDs 550, 552 may be electrically coupled to a current detector 521 (see FIG. 22) which provides the signals to illuminate the LEDs. In one embodiment, the charging station 510 stops providing power to the controller 526 when the controller's internal battery is completely charged.

A block diagram of the charging station 510 is shown in FIG. 22, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. 22, the charging station (or charger base) 510 includes electrical contacts 520 that are adapted to be electrically coupled with the accessory device 526 via the adapter 516. This way, the charging station 510 is capable of supplying the power received from a power adapter or a power supply to the accessory device 526 (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter 546 for converting input AC power to DC power for charging the accessory device 526. In other embodiments, the charging station 510 may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station 510 may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station 510 includes a current detector 521 for detecting the amount of current being provided by the power supply to the accessory device 526 through the contacts 520. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector 521, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device 526 is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station 510 is shown in FIGS. 23A and 23B. As can be seen in FIGS. 23A and 23B, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3). As can also be seen in FIGS. 23A and 23B, the current detector 521 in one embodiment is implemented using a quad operational amplifier chip LM324. The current detector 521 controls light emission of LEDs LED1 and LED2 and/or the

EXHIBIT B
Page 66

US 8,143,848 B2

**15**

light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

1. A video game controller charging system for charging a plurality of video game controllers using externally supplied power, the video game controller charging system comprising:

a base;

at least one structure on the base for providing physical support to the plurality of video game controllers while the plurality of video game controllers are being charged; and

a plurality of DC ports on the base, each of the DC ports configured to couple to and provide DC power to a power input port of a respective one of the plurality of video game controllers,

wherein the at least one structure on the base comprises a plurality of docking bays open in a first direction and configured to receive respective ones of the plurality of video game controllers from the first direction, and

wherein the at least one structure on the base further comprises a plurality of pairs of opposite surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays each of the DC ports being on the base between a respective one of the pairs of surfaces.

2. The video game controller charging system of claim 1, wherein the plurality of DC ports comprises a plurality of male mini-USB connectors.

3. The video game controller charging system of claim 1, further comprising:

a current detector electrically coupled to the plurality of DC ports; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the video game controller charging system.

4. The video game controller charging system of claim 3, wherein the indicator comprises at least one LED.

5. The video game controller charging system of claim 1, wherein the pairs of opposite surfaces are configured to align respective ones of the plurality of video game controllers such

**16**

that the power input ports of the respective ones of the plurality of video game controllers couple to respective ones of the plurality of DC ports.

6. The video game controller charging system of claim 5, wherein the pairs of opposite surfaces comprise spring-loaded locating buttons configured to align the respective ones of the plurality of video game controllers.

7. The video game controller charging system of claim 1, wherein the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

8. The video game controller charging system of claim 1, further comprising an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input ports of the respective video game controllers.

9. The video game controller charging system of claim 8, wherein the AC-to-DC converter is in the base.

10. The video game controller charging system of claim 8, wherein the AC-to-DC converter is external to the base.

11. The video game controller charging system of claim 8, wherein the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power.

12. The video game controller charging system of claim 11, wherein the DC voltage is :DC 5 V.

13. A charging system for charging a plurality of video game controllers, each having a power input port, the charging system comprising:

a base;

a plurality of male mini-USB connectors supported by the base and each adapted to provide DC power to a respective one of the plurality of video game controllers;

at least one docking structure defining a plurality of docking bays open in a first direction and configured to receive from the first direction and align respective ones of the plurality of video game controllers to couple to respective ones of the plurality of male mini-USB connectors; and

a power input for connecting to a power supply, the power input electrically coupled to the plurality of male mini-USB connectors,

wherein the at least one docking structure comprises a plurality of pairs of substantially parallel opposite planar surfaces, each pair of surfaces defining a respective docking bay of the plurality of docking bays, each of the docking bays being open on opposite sides between the respective pair of surfaces.

14. The charging system of claim 13, wherein the charging system further comprises an AC-to-DC converter electrically coupled between the power input and the plurality of male mini-USB connectors.

15. The charging system of claim 13, wherein the charging system further comprises an AC-to-DC converter external to the base and electrically coupled to the power input.

16. The charging system of claim 13, further comprising:

a current detector electrically coupled to the plurality of male mini-USB connectors; and

an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system.

17. The charging system of claim 16, wherein the indicator comprises at least one LED.

18. A charging system for charging at least one video game controller having a power input port, the charging system comprising:

US 8,143,848 B2

**17**

a base comprising at least one recess having at least one electrical contact, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact; and

at least one external adapter comprising a connector configured to couple to the power input port of the at least one video game controller, the at least one external adapter further comprising at least one electrical lead;

wherein the at least one external adapter is removably attachable on the at least one video game controller and configured to remain attached on the at least one video game controller when the at least one video game controller is in use during operation of a video game, and

wherein the base further comprises at least one structure defining at least one docking bay open in a first direction and configured to receive from the first direction the at least one video game controller having the at least one external adapter attached thereon such that the at least one electrical lead contacts the at least one electrical contact, the at least one structure comprising at least one pair of substantially parallel opposite planar surfaces defining the at least one docking bay, the at least one docking bay being open on opposite sides between the at least one pair of surfaces.

**19.** The charging system of claim **18**, further comprising:

a current detector electrically coupled to the at least one electrical contact of the at least one recess; and

an indicator electrically coupled from the current detector, the indicator adapted to indicate a status of the charging system.

**20.** The charging system of claim **19**, wherein the indicator comprises at least one LED.

**21.** The charging system of claim **18**, wherein:

the at least one external adapter further comprises an angled edge; and

the at least one recess comprises an angled corner dimensioned to match the angled edge of the at least one external adapter and adapted to orient the at least one external adapter with respect to the at least one recess.

**18**

**22.** The charging system of claim **18**, wherein:

the at least one electrical contact of the at least one recess comprises four electrical contacts; and

the at least one electrical lead of the at least one external adapter comprises four electrical leads.

**23.** The charging system of claim **18**, wherein the connector of the at least one external adapter comprises a male mini-USB connector.

**24.** The charging system of claim **18**, further comprising an AC/DC converter electrically coupled between the power input of the base and the at least one electrical contact of the at least one recess.

**25.** A video game controller charging system for charging a video game controller having a power input port, the video game controller charging system comprising:

a base comprising a plurality of electrical contacts, the base further comprising a power input for connection to a power supply, the power input being electrically coupled to the plurality of electrical contacts; and

an adapter comprising a connector configured to couple to the power input port of the video game controller, the adapter further comprising a plurality of electrical leads, wherein the adapter is removably attachable on the video game controller and configured to remain attached on the video game controller when the video game controller is in use during operation of a video game, and

wherein the base further comprises a docking structure configured to receive the video game controller having the adapter attached thereon such that the plurality of electrical leads of the adapter contact the plurality of electrical contacts of the base.

**26.** The video game controller charging system of claim **25**, wherein the plurality of electrical contacts comprises at least one spring biasing the plurality of electrical contacts toward the plurality of electrical leads.

**27.** The video game controller charging system of claim **25**, wherein the connector comprises a male mini-USB connector.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,143,848 B2 | Page 1 of 1 |
| APPLICATION NO. | : 12/044295 | |
| DATED | : March 27, 2012 | |
| INVENTOR(S) | : Amir Navid | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>In the Claims</u>

Column 15, Claim 1, line 50       Delete "hays"
                                                        Insert -- bays, and --

Column 16, Claim 12, line 26      Delete ":DC"
                                                        Insert -- DC --

Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

EXHIBIT B
Page 69

# EXHIBIT C

1            UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3

**CERTIFIED TRANSCRIPT**

4  ———————————————————————————
    NYKO TECHNOLOGIES, INC., a   )

5  California corporation,     )

6           Plaintiff,     )
         vs.             )  No. CV 12-3001

7  ENERGIZER HOLDINGS, INC.,   )    GAF (VBKx)

8  a Missouri corporation,     )

9  EVEREADY BATTERY COMPANY,    )

10  INC., a Delaware corporation,)
   and PERFORMANCE DESIGNED    )

11  PRODUCTS, LLC, a California   )

12  limited liability company,   )

13         Defendants.    )
  ———————————————————————————)

14

15     VIDEOTAPED DEPOSITION OF STEPHEN D. BRISTOW

16          Costa Mesa, California

17        Thursday, August 29, 2013

18            Volume I

19

20  Reported by:

21  NANCY A. MORROW

22  CSR No. 11977

23  Job No. 1723489

24

25  PAGES 1 - 176

                                  Page 1

EXHIBIT C
Page 70

```
1            MR. HANLE:  Objection.  Vague.

2            THE WITNESS:  I've accepted the court's claim

3    construction.  You know, what the definitions are to

4    the extent that they're even required or that I

5    mentioned them in my declaration.                12:44:34

6    BY MR. HASAN:

7        Q   What do you mean by you've considered the

8    court's claim construction to the extent that

9    they're even required?

10       A   I believe somewhere in my declaration I    12:44:51

11   mention a claim construction term.  We can go look

12   and find that.  And that point I would use the

13   court's claim construction.  Most of my declaration

14   is, I believe, just based on my understanding as an

15   expert and one skilled in the art.               12:45:13

16       Q   Where are you sitting, sir, at this moment?

17       A   On a chair.

18       Q   You, sir, are wearing clothing.  You're

19   wearing slacks, right?

20       A   Yes, I am, sir.                          12:45:33

21       Q   And normally slacks are removable, you would

22   hope?

23       A   I would hope so.

24       Q   Yet you're still sitting on the chair; is

25   that right?                                      12:45:54
```

                                                   Page 14

1      A   I am sitting on a chair.

2      Q   Your body is on a chair?

3          MR. HANLE:  Objection.  Vague.

4    BY MR. HASAN:

5      Q   Is that right, sir?                        12:46:04

6      A   My body is wearing -- let's -- my lower part

7    of my body is wearing slacks.  Those slacks are

8    sitting -- are what's between me and the chair.

9      Q   Yet you're still sitting on the chair,

10   correct?                                          12:46:27

11     A   In the common understanding, I am sitting on

12   the chair.

13     Q   Where is this Diet Coke in front of us?

14         MR. HANLE:  Objection.  Vague.

15         THE WITNESS:  Well, I mean, it's sort of     12:46:43

16   like --

17   BY MR. HASAN:

18     Q   Sir, I asked -- that's not the question I

19   asked, please.  Where is -- I'm not asking about

20   your cup.                                          12:46:52

21     A   The can of the Diet Coke liquid is sitting --

22   is placed upon the surface of the table.

23     Q   Yes or no, is the Diet Coke on the table?

24     A   The Diet Coke is in a can.  The liquid of the

25   Diet Coke is in a can.  The can is sitting on the   12:47:10

Page 15

EXHIBIT C
Page 72

```
 1        Q    Yes, please, so we can see it.  All right.

 2    And I'd like that to be -- so that -- put that -- in

 3    your testimony, that can of Diet Coke is on the

 4    table?

 5        A    Yes, it is.                              12:48:17

 6        Q    Okay.  Would you please take this napkin and

 7    put it under the can.  Is the can of Diet Coke on

 8    the table, sir?

 9        A    The can of Diet Coke is on the napkin.

10        Q    Is the can of Diet Coke on the table?     12:48:35

11            MR. HANLE:   Objection.  Asked and answered.

12            THE WITNESS:   The can of Diet Coke is on the

13    napkin.

14    BY MR. HASAN:

15        Q    In normal conversation, would somebody be  12:48:44

16    incorrect if they said that the can of Diet Coke is

17    on the table?

18            MR. HANLE:   Objection.  Vague, calls for

19    speculation, lacks foundation.

20            THE WITNESS:   The can of Diet Coke is sitting  12:48:56

21    on a napkin, the napkin is on the table.

22    BY MR. HASAN:

23        Q    Yes or no, sir, is the can of Diet Coke on

24    the table or can you not answer it as I phrased it?

25            MR. HANLE:   Objection.  Compound, asked and   12:49:13
```

Page 17

EXHIBIT C
Page 73

1    answered.

2              THE WITNESS:  The can of Diet Coke is on the

3    napkin, the napkin is on the table.  You can -- and

4    that's my answer.

5    BY MR. HASAN:                                    12:49:35

6       Q    Would somebody be incorrect if they said that

7    the can of Diet Coke is on the table even though

8    there's a napkin under it?

9              MR. HANLE:  Objection.  Calls for

10   speculation, lacks foundation, vague.              12:49:48

11             THE WITNESS:  I'm trying to be precise.  The

12   Diet Coke can is sitting on a napkin, that napkin is

13   sitting on the table, the table's sitting on the

14   carpet, the carpet's sitting on padding.

15   BY MR. HASAN:                                    12:50:08

16      Q    That's not my question, sir.

17      A    Then --

18             MR. HANLE:  Don't argue.

19   BY MR. HASAN:

20      Q    Would somebody be incorrect if they said that  12:50:13

21   the Diet Coke, which is on that napkin, is on the

22   table?

23             MR. HANLE:  Objection.  Calls for

24   speculation, vague, lacks foundation.

25             THE WITNESS:  I'm telling you the way I      12:50:24

Page 18

EXHIBIT C
Page 74

1    understand it.   If someone said to me there's a Diet

2    Coke on the table, would I be able to look here and

3    see there's a Diet Coke can somewhere?   Yes.   But to

4    be precise, the Diet Coke can is sitting on a

5    napkin, which is sitting -- the napkin's sitting on          12:50:46

6    the table.   That's my opinion and I can't speculate

7    on what others might think.

8    BY MR. HASAN:

9       Q   If somebody said that, you don't know whether

10   they'd be correct or incorrect that the Diet Coke is         12:50:58

11   on the table even though there's a napkin in between

12   it?

13        MR. HANLE:   Objection.   Lacks foundation,

14   vague.

15        THE WITNESS:   To be absolutely correct, I              12:51:11

16   believe I gave the correct answer.   Would I chastise

17   someone for saying the Diet Coke is sitting on the

18   table?   I'm not going to correct someone --

19   BY MR. HASAN:

20      Q   Why not?                                              12:51:24

21      A   -- to be precise.   Because I would understand

22   here's a Diet Coke and that's not something I would

23   argue with someone about.   But to be precise, the

24   Diet Coke is sitting on the napkin and the napkin is

25   sitting on the table.                                        12:51:39

Page 19

1      Q   In this situation, why wouldn't you argue

2   with them.  Is the reason why you wouldn't argue

3   with them because that's just normal conversational

4   use of the term "on"?

5          MR. HANLE:  Objection.  Vague, incomplete          12:51:52

6   hypothetical.

7          THE WITNESS:  I don't argue with -- if I

8   understand what someone's talking about, I don't

9   argue how they may have misstated it.  I believe

10   what I stated is the correct answer.          12:52:10

11   BY MR. HASAN:

12      Q   How could you understand what they're saying,

13   you said you -- if you could understand what they're

14   talking about?  How could you understand what

15   they're talking about if they said that the Diet          12:52:20

16   Coke is on the table when there's a napkin in

17   between it?

18          MR. HANLE:  Objection.  Vague, compound,

19   incomprehensible.

20   BY MR. HASAN:          12:52:30

21      Q   In this hypothetical that we have here, what

22   allows you to understand it?  You said if I could

23   understand it.

24      A   I see a Diet Coke can --

25      Q   Okay.          12:52:39

Page 20

EXHIBIT C
Page 76

1      Q    Would you look for a cell phone that didn't

2   have a cover because this one has a cover so it

3   can't be on the table.

4           MR. HANLE:  Objection.  Incomplete

5   hypothetical, vague, calls for speculation.          01:29:02

6           THE WITNESS:  What you might recognize being

7   socially -- you know, not acceptable, but is there a

8   cell phone near the table, would I recognize it,

9   yes.  Is it technically, you know, precisely other

10  than the table if I know there cover -- no, it's in  01:29:23

11  the cover and the cover is sitting on the table.

12      Q    Is the term "on" a term of art in the video

13  game controller field?

14          MR. HANLE:  Objection.  Vague.

15          THE WITNESS:  I think one uses, you know,     01:29:41

16  common sense and understanding.  And in -- in -- to

17  be precise, one thing being on another means you're

18  talking about one thing being directly on another.

19  But if -- what you might understand in vernacular

20  may not be the precise and correct way of stating    01:30:24

21  things, but you can -- you know, you make

22  allowances.  I make allowances for my relatives

23  sometimes.  They understand.

24  BY MR. HASAN:

25      Q    Let me ask you the question again.  Do you   01:30:39

Page 43

EXHIBIT C
Page 77

1    know what it means by a term of art?

2           MR. HANLE:  Objection.  Vague.

3           THE WITNESS:  I have an understanding or a

4    belief of what a term of art in a -- in a -- is.

5    BY MR. HASAN:                                    01:30:58

6        Q   What is a term of art?

7        A   Something that one's skilled in their art

8    would understand based on the context of that

9    particular field.

10       Q   Is the term "on" a term of art in the video   01:31:11

11   game accessory field?

12          MR. HANLE:  Objection.  Asked and answered.

13   BY MR. HASAN:

14       Q   Yes or no, sir?

15       A   It is not a term.                          01:31:23

16       Q   What do you mean it is not a term?

17       A   Video game controller might be turned on or

18   off.  Depending on the context, one may set a device

19   onto a surface.  They really need to understand the

20   details of how you're using it.  There's context     01:32:03

21   involved.  It's not a single -- it's not a unitary

22   term.

23       Q   What does the term "physically supported by"

24   mean?

25          MR. HANLE:  Objection.  Lacks foundation,     01:32:48

Page 44

```
1          Objection.  Vague, lacks foundation.
2          THE WITNESS:  The top card is supported by
3     those cards it's immediately resting upon.
4     BY MR. HASAN:
5          Q    In your definition, then, of physically      01:47:56
6     supported, there must be an immediate connection
7     between the two items that are -- we're asking
8     about; is that right?
9          A    To be precise, when -- yes, something that
10    is -- you know, what is supporting it, what's --      01:48:18
11    what's -- what's holding it is the immediate thing
12    it's attached to.
13         Q    Are you physically supported by the chair
14    that you're sitting in?
15         A    Yes, I am.                                    01:48:30
16         Q    And you're wearing slacks, correct?
17         A    Yes.
18         Q    Does that change your answer?
19         A    The slacks -- I'm trying to envision me not
20    wearing slacks at a deposition, which is fun.         01:48:50
21         But I am sitting in the slacks and the slacks
22    are then supported by the chair.  So to be precise,
23    the chair is supporting the slacks which is
24    supporting my thighs, to be precise.
25         Q    Am I standing on the floor?                   01:49:15
```

Page 57

```
 1    the DC ports are inserted into a recess on the base;

 2    is that right?

 3        A    No.

 4        Q    Where are the DC ports in Figure 3?

 5        A    The DC ports are part of the -- attached to      02:00:44

 6    the adapter, and Figure 3 illustrates an adapter

 7    inserted into the base.

 8        Q    The DC ports are part of the adapter; is that

 9    correct?

10        A    Yes, sir.                                        02:01:03

11        Q    And the adapter is on the base?

12        A    The adapters -- in Figure 3 it shows how --

13    when an adapter is inserted into the base that the

14    DC ports are on the adapter.

15        Q    Are the adapters on the base in Figure 3?        02:01:28

16            MR. HANLE:  Objection.  Asked and answered.

17            THE WITNESS:  Figure 3 illustrates that the

18    adapters -- an illustration of the adapters being in

19    the base.

20    BY MR. HASAN:                                             02:01:46

21        Q    Okay.

22        A    I think for illustrative purposes, primarily,

23    because the patent teaches that the preferred use is

24    the adapters are on the controller so you can simply

25    drop it down into the base safely without a risk of      02:02:00
```

1    something such as, you know, this doesn't snap, it

2    pushes in and is held by friction.  It's been pushed

3    into place.  There's no snap.

4        Q   And the analogy that you're using is a cap on

5    a pen?                                           02:06:30

6        A   Yes.

7        Q   And in the push-fit the cap is secured to the

8    pen by friction.  That's a push-fit?

9        A   Right.

10       Q   Okay.  What is a press-fit?                02:06:45

11       A   A press-fit is typically a much firmer

12   version of a push-fit.  I mean, you know, now it's

13   really tight, but it's pressed -- pressed into

14   place.  Whereas, here's -- here's a push.  And

15   actually, you know, if I shook hard enough, it will  02:07:13

16   come out.

17       Q   A press-fit is, therefore, a much tighter fit

18   than a push-fit.

19            MR. HANLE:  Objection.  Vague, lacks

20   foundation.

21   BY MR. HASAN:

22       Q   Is that what you said?

23       A   As I understand -- that's as I understand it.

24   And I'm assuming there's no mechanical latching that

25   happens when you press like you might have on a door  02:07:40

                                                    Page 69

EXHIBIT C
Page 81

```
 1    and make -- make the connection to the base.

 2    Physically, if you did not have the adapter

 3    attached, could you subject the -- the USB connector

 4    to a potential damage, you know, by manually

 5    inserting it?  You know, physically you could, but      03:00:00

 6    it's not what the patent's teaching.  The patent's

 7    teaching that you'd want these adapters so that you

 8    can protect the delicate and damageable connectors,

 9    and that's what he's describing as basically his

10    invention.                                              03:00:17

11    BY MR. HASAN:

12       Q    Do the adapters have to remain with the

13    controllers?

14            MR. HANLE:  Objection.  Asked and answered

15    that exact question.  Do you want to read back his     03:00:26

16    answer?

17    BY MR. HASAN:

18       Q    Yes or no?  Can you answer yes or no?

19       A    I answered it before.  They don't have to,

20    but it would be contrary to what the patent is         03:00:36

21    teaching, the provisional patent is teaching, and

22    what the invention is.

23       Q    Okay.  And does Figure 3 show the invention?

24            MR. HANLE:  Objection.  Vague.

25            THE WITNESS:  To the extent that this shows     03:00:56
```

Page 99

EXHIBIT C
Page 82

1    an adapter, the adapter is a key -- you know, the

2    core of the invention.  It's not showing it mated,

3    but it shows a part -- it shows an adapter.

4    BY MR. HASAN:

5        Q    To the extent that Figure 3 shows the DC          03:01:13

6    ports here and the base without the controller, that

7    would teach one of ordinary skill in the art that

8    the adapter does not have to remain with the

9    controller, otherwise the controller would be shown;

10   is that right?                                              03:01:32

11        MR. HANLE:  Objection.  Compound, incomplete

12   hypothetical, lacks foundation, vague.

13        THE WITNESS:  I'm not a mind reader as far

14   as, you know, how Figure 3 was constructed.  The

15   teaching of the patent is the adapter should be           03:01:48

16   attached to the controller and allow for the easy

17   drop-fit.  I believe Figure 3 is just an

18   illustration showing how the adapter can fit into

19   the base.  It's not a recommendation.  And, in fact,

20   the patent disclosure teaches away from dropping the      03:02:03

21   controller directly over a mini USB connector.  It

22   teaches that's a bad idea.

23   BY MR. HASAN:

24       Q    What does the word "can" mean?

25        MR. HANLE:  Objection.  Vague, lacks                  03:02:26

Page 100

EXHIBIT C
Page 83

```
 1     "docking bays."

 2        Q    Does it directly or indirectly refer to

 3     docking bays in the background?

 4        A    In the background it does discuss, on line

 5     20, that the charging plugs or ports that fit          03:06:57

 6     together to make a connection.   "If the plug on the

 7     charging station or the accessory device is broken

 8     or damaged, the accessory device can no longer be

 9     connected to the charging system."

10            Part of that connection process you said       03:07:17

11     indirectly would include provision for the accessory

12     device to be inserted into or connected to whatever

13     the charging device is.

14        Q    Okay.   Does -- does -- is the term "docking

15     bay" used in this background?                          03:07:41

16            MR. HANLE:   Asked and answered.

17            THE WITNESS:   You've asked it again, and I

18     just said it's -- it's --

19     BY MR. HASAN:

20        Q    I'm asking about docking bay, not the whole   03:07:46

21     station.

22        A    I'm sorry, sir, but I believe I said that the

23     actual phrase "docking bay" is not used on page 1

24     from line 10 through 26.

25        Q    Does the background mention prior art?         03:08:09
```

                                              Page 103

EXHIBIT C
Page 84

1      MR. HANLE:  Objection.  Vague.

2          THE WITNESS:  The background -- I interpret

3   the background is basically describing the prior

4   art.  So it -- it doesn't use the term "prior art,"

5   but everything in the background, I believe, is        03:08:29

6   describing prior art.

7   BY MR. HASAN:

8      Q   It doesn't use the words "prior art" in

9   there, does it?

10     A   No, it does not.                                03:08:39

11     Q   Okay.  Look on page 5 of the provisional,

12  sir.

13     A   Yes, sir.

14     Q   It says there, "The adapter 16 can remain

15  with the hand-held controller 26 at all times, even    03:09:24

16  when the controller 26 is not being charged in the

17  charging station 10."  Do you see that?

18     A   If you're -- you know, just to make sure

19  you're talking about line 17, it does say the

20  adapter 16 can remain with the held-held controller    03:09:43

21  at all times.

22     Q   It doesn't say that the adapter must remain

23  with the hand-held controller, does it?

24     A   No, it does not.

25     Q   Okay.  Let me turn you to the next page over    03:09:56

Page 104

EXHIBIT C
Page 85

1        Q    Sir, please try to answer my question.

2        A    I --

3             MR. HANLE:  Don't talk.  He didn't ask a

4    question.  Wait for a question and then you can

5    answer them better if they're actually questions and      03:21:46

6    not just a conversation.  Wait for the questions.

7    BY MR. HASAN:

8        Q    The adapter, as taught in this provisional,

9    may be attached to the accessory device or it may

10   not be attached to the accessory device; is that        03:22:00

11   correct?

12            MR. HANLE:  Objection.  Asked and answered

13   multiple times.

14            THE WITNESS:  Yes.

15   BY MR. HASAN:                                            03:22:16

16       Q    As taught in this provisional, the adapter

17   may be connected to the base or it may be removed

18   from the base; is that correct?

19            MR. HANLE:  Objection.  Vague, lacks

20   foundation.                                              03:22:31

21            THE WITNESS:  I believe what the patent

22   teaches when you read the language is it is the

23   purpose of the invention that the adapter be

24   attached to the accessory device so that the

25   accessory device can be easily inserted without         03:22:50

                                                    Page 113

EXHIBIT C
Page 86

1    damaging the connectors.  That's what -- that's the

2    goal.

3    BY MR. HASAN:

4        Q    Why aren't the controllers shown on Figure 3,

5    then, by that logic?                                    03:23:01

6            MR. HANLE:  Objection.  Calls for

7    speculation.

8            THE WITNESS:  I don't know.

9    BY MR. HASAN:

10       Q    Okay.  Is one plausible explanation that       03:23:05

11   the -- that the adapters can remain with the base

12   and not with the accessory device when looking at

13   Figure 3?

14           MR. HANLE:  Objection.  Calls for

15   speculation, lacks foundation.                          03:23:25

16   BY MR. HASAN:

17       Q    Yes or no?

18           MR. HANLE:  Answer how you like.

19           THE WITNESS:  Figure 3 is an illustration.

20   The description of the text says this is not the --     03:23:33

21   what the inventor is trying to do.  He's trying to

22   protect those connectors and if you actually leave

23   the adapters in place in the charging base, you're

24   no different than the prior art where the connectors

25   are subject to damage.  His invention is the adapter    03:23:52

                                                    Page 114

EXHIBIT C
Page 87

1    that plugs into the controller.

2    BY MR. HASAN:

3        Q    Is Figure 3 a diagram of the prior art?

4        A    Figure 3 is not a diagram of a particular

5    piece of the prior art, but it looks similar in        03:24:13

6    concept to the prior art with connectors that are

7    subject to damage depending on how you insert the

8    controller.

9        Q    Is Figure 3 an exemplary embodiment of the

10   invention?                                             03:24:40

11       MR. HANLE:  Objection.  Asked and answered.

12       THE WITNESS:   I believe, as he says on

13   page 3, it's "a perspective view of a charging

14   station with two adapters according to an exemplary

15   embodiment of the invention."                          03:24:58

16   BY MR. HASAN:

17       Q    Figure 3 is not showing the prior art, is it?

18   It's showing an exemplary embodiment of the

19   invention.

20       MR. HANLE:  Objection.  Asked and answered.        03:25:09

21       Do you want to read the sentence again.

22       THE WITNESS:   (As read):  "Figure 3 is a

23   perspective view of a charging station with two

24   adapters according to an exemplary embodiment of the

25   invention."

                                                    Page 115

EXHIBIT C
Page 88

```
1      time is 2:00 p.m.

2           (Recess.)

3           THE VIDEOGRAPHER:  This is the beginning of

4      disc 3.  We are back on the record, the time is

5      4:05 p.m.                                    04:05:41

6      BY MR. HASAN:

7        Q   Did you rely on the court's claim

8      construction for the term "supported by the base"

9      that you used in your opinion?

10          MR. HANLE:  Objection.  Asked and answered.   04:05:55

11     We talked about that earlier.

12          THE WITNESS:  To the extent that I used a

13     term that was defined by the court, I used the

14     court's definition.

15          MR. HASAN:  Okay.  Let me mark the claim      04:06:07

16     construction as Exhibit 154.

17          (Exhibit 154 was marked for identification

18        by the court reporter and is attached hereto.)

19     BY MR. HASAN:

20       Q   And I'm going to make it easy for you -- or  04:06:15

21     the court has made easy for us.  The definition of

22     "supported by the base" is on the last page --

23       A   Thank you, sir.

24       Q   -- which you can just look at the last page.

25       A   Do I share with him?                         04:06:36
```

                                                    Page 133

```
 1        Q    I gave him his copy.

 2             MR. HANLE:  Thank you.

 3   BY MR. HASAN:

 4        Q    What is the court -- what is the definition

 5   of "supported by the base" as prescribed by the          04:06:43

 6   court in this case?

 7        A    "The construction as supported by the

 8   base" -- "by the base means physically supported by

 9   but not necessarily directly on the base."

10        Q    Using that definition that was prescribed by   04:07:04

11   the court, I'd like you to ask -- answer the

12   following question.  Okay?  Can you do that for me?

13        A    You haven't asked me a question.  I hope so.

14        Q    In Figure 3 of the provisional application --

15        A    Now I've lost it.                               04:07:40

16             MR. HANLE:  No, I don't have it.  He stole

17   it.

18             THE WITNESS:  No.  I believe here it is.

19             MR. HANLE:  Nope, that's not that the 295

20   application.  Let's see if -- it's right there.          04:07:53

21   BY MR. HASAN:

22        Q    Okay.  Let me ask you a question.  Okay.

23   Using the court's construction of "supported by the

24   base" in Figure 3, is the DC port supported by the

25   base?                                                    04:08:09
```

Page 134

1    A    The adapter 42 -- I mean, was it 16,

2    whatever.   The adapter is what's supported by the

3    base, sort of like -- I'm sorry.

4    Q    Sir, I'd like you to answer the question,

5    please.   I'm asking you a very specific question          04:08:37

6    because the court will want to know this, I'm sure.

7    My question is this.   Using the court's definition

8    of the phrase "supported by the base," in Figure 3

9    of the provisional, does it show the DC port

10   supported by the base, yes or no?                          04:09:01

11   A    No.

12   Q    Okay.  Please explain why the court's

13   definition of "supported by the base" does not mean

14   that in Figure 3 the DC port is supported by the

15   base?                                                      04:09:28

16   A    The DC port is supported by the adapter, sort

17   of like this cup of Coke.  The liquid in here is

18   supported by the cup and no matter where I put it

19   it's supported by the cup.  The adapter may be

20   physically snapped in, you know, with the controller       04:09:50

21   snapped in, press-fit in, whatever, into the base.

22   But the DC port is fully contained and supported by

23   the adapter and that's why I think that the -- in

24   the context of what is taught in the -- in the

25   provisional, the DC port is supported fully by the         04:10:26

Page 135

EXHIBIT C
Page 91

```
 1        Q   I'm focusing on the provisional.  Look at
 2   Figure 3, for example.
 3            MR. HANLE:  Can I have that question read
 4   back, please.
 5            (Record read as follows:
 6              "Is the combination of the DC port
 7            that is an integral part of the
 8            adapter supported by the base?")
 9            MR. HANLE:  Also objection.  Vague.
10   BY MR. HASAN:
11        Q   Let me strike that.  Okay.
12            Is the DC port an integral part of the
13   adapter --
14            MR. HANLE:  Objection.  Vague.
15   BY MR. HASAN:
16        Q   -- as taught by the provisional.
17        A   It's captured and is -- is for the games that
18   it is -- it is part of the adapter and is mounted
19   and supported by the adapter.
20        Q   Is the DC port part of the adapter, yes or    04:16:22
21   no?
22            MR. HANLE:  Objection.  Asked and answered.
23            THE WITNESS:  The DC port is part of the
24   adapter.  I mean, it's built into the adapter.  It's
25   captured by it, it's mounted by it, it's supported    04:16:38
```

Page 139

EXHIBIT C
Page 92

```
 1    the base?

 2              MR. HANLE:  Objection.  Asked and answered.

 3    BY MR. HASAN:

 4        Q    Yes or no, sir?

 5        A    It is physically mounted on the base, but I      04:21:42

 6    note that as Figure 3 is described it "is a

 7    perspective view of a charging station with two

 8    adapters according to an" -- "according to an

 9    exemplary embodiment of the invention."  It doesn't

10    necessarily say this is the whole thing, but it's a    04:22:09

11    perspective view of an exemplary embodiment of the

12    invention.

13        Q    Okay.  Mr. Bristow, let me ask you this.

14        A    Yes, sir.

15        Q    In Figure 3 is the adapter supported by the   04:22:24

16    base, yes or no, sir?

17              MR. HANLE:  There you go.

18              THE WITNESS:  In isolation, yes.

19    BY MR. HASAN:

20        Q    Okay, let me ask you another question now.    04:22:41

21    In Figure -- strike that.

22              I'd like you to look at Exhibit 72.  It's

23    been marked, sir.  Do you see that?

24        A    We just need to --

25                                                            04:22:56
```

Page 143

```
1     judgment declaration.  You've given none.  And

2     without such an offer of proof, I will not allow him

3     to testify as to matters of infringement, which is

4     not addressed by his -- by his motion.

5          (Instruction not to answer.)

6          MR. HASAN:  His declaration does discuss and

7     relies upon the definition of the term "on,"

8     correct?

9          MR. HANLE:  No.  It relies on the

10    definition -- the court's definition of supported by    04:24:50

11    the base, which is what you've been asking about the

12    last few questions.

13         MR. HASAN:  Does his declaration refer to

14    "on"?

15         MR. HANLE:  The court didn't construe the        04:24:58

16    word "on."  You just said the court -- that he

17    relied on the court's construction of the word "on."

18    The court didn't construe the word "on."

19         MR. HASAN:  Fair enough.  You're right.

20    We're in agreement.  The court did not construe the    04:25:04

21    term "on."

22    Q    All right.  Let me ask you this question.  In

23    Exhibit 72, the accused device, are the DC ports

24    supported by the base?

25         MR. HANLE:  Objection.  Beyond the scope,        04:25:17
```

                                                    Page 146

EXHIBIT C
Page 94

1    device as one would understand it as skilled in the

2    art.

3         Q    Okay.   What steps did you go through to

4    determine the meaning of the term "on" to use in

5    your declaration?                                    04:28:00

6         A    Well, the steps I did not go through was look

7    at a dictionary.   I used my skill and experience as

8    one skilled in the art and as an expert on how I

9    would understand it to someone who has designed game

10   controllers, has designed rechargeable systems and I   04:28:18

11   used my experience and knowledge.

12        Q    Besides that, did you rely on anything else?

13             MR. HANLE:  Other than what he's already

14   testified to?

15             MR. HASAN:  No, no, no, no.                04:28:34

16        Q    Besides that, did you rely on anything else?

17             MR. HANLE:  The question's vague.

18   BY MR. HASAN:

19        Q    Strike that.

20             MR. HANLE:  The question's vague.           04:28:45

21   BY MR. HASAN:

22        Q    Besides your experience and knowledge in the

23   industry of video game controller accessories, did

24   you rely upon anything else for the construction of

25   the word "on" that you applied in your declaration?   04:28:55

Page 150

EXHIBIT C
Page 95

```
1      Q   The DC port is part of the adapter, correct?

2      A   Yes.

3      Q   Okay.

4      A   It's captured, held, supported --

5      Q   I mean, it's integrally attached to --        04:37:33

6          MR. HANLE:  Wait, wait, wait.  You

7    interrupted him.  Let him finish his answer.

8          THE WITNESS:  It is -- it is supported, held,

9    captured by the adapter and it's the adapter, then,

10   that plugs or snaps into the charging base.         04:37:46

11   BY MR. HASAN:

12     Q   Is the adapter with the DC port snapped onto

13   the base as shown in the provisional?

14         MR. HANLE:  Objection.  Vague.

15         THE WITNESS:  What do you mean by "shown"?    04:38:05

16   There's an illustration of what an adapter, by

17   itself, would look like in Figure 3, but the patent

18   teaches that's not what you want to do.  And my

19   interpretation in this Figure 3 is just an

20   illustration showing how the adapter fits into the  04:38:23

21   base.  And the patent teaches you really want to

22   have it attached to the adapter -- I mean, a game

23   controller -- and that assembly, then, is inserted

24   into the base.

25   BY MR. HASAN:                                        04:38:38
```

                                                          Page 155

EXHIBIT C
Page 96

```
 1    construction ruling.  Is that your understanding?
 2           MR. HANLE:  Objection.  Incomplete
 3    hypothetical, lacks foundation, vague.
 4           THE WITNESS:  It is my belief that that's the
 5    way I interpret the court's decision.              04:53:14
 6    BY MR. HASAN:
 7      Q    Okay.  All right.  Let me ask you this
 8    question here.  In Figure 3, what would happen to
 9    the --
10      A    Figure 3 of the provisional, sir?          04:53:39
11      Q    Yes.  Why don't you flip to it first.
12      A    That's a good idea.  I'm there.
13      Q    Please hold it up for the camera.  What would
14    happen to the DC port in Figure 3 if the base were
15    removed from under it?                             04:54:03
16           MR. HANLE:  Objection.  Vague.
17           THE WITNESS:  If the base were removed, it
18    would still be attached to the adapter and the
19    adapter would be floating in air, you know.  It
20    would still be in the adapter.                     04:54:21
21    BY MR. HASAN:
22      Q    If one were to remove the base somehow, the
23    DC ports would fall to the ground; is that correct?
24      A    No.  What I said was if one were to remove
25    the base, the adapter would still be there, the    04:54:37
```

```
 1              MR. HANLE:  You leave everything.  You can

 2      leave everything here.

 3              THE WITNESS:  He said I can take my scratch

 4      paper or toss it.

 5      BY MR. HASAN:                                    04:59:09

 6         Q    In Figure 3, sir, of the provisional --

 7         A    Yes, sir.

 8         Q    -- if the base were moved from under the

 9      adapter with the DC port on it, would the adapter

10      with the DC port on it fall to the ground?        04:59:28

11              MR. HANLE:   Objection.  Vague, incomplete

12      hypothetical.

13              THE WITNESS:  If we had the magic Star Trek

14      ray and made the charging base disappear and it

15      was -- it would fall to whatever surface was below  04:59:42

16      where the disappeared charging base was.  But it's

17      really an odd --

18      BY MR. HASAN:

19         Q    That's my hypothetical.

20         A    I want to have a hypothetical disappearing  04:59:55

21      ray.

22         Q    You understand, as an expert, you have to

23      accept and go with hypotheticals.

24         A    I know.

25         Q    You know that, right?                       05:00:05
```

Page 170

EXHIBIT C
Page 98

# EXHIBIT D



EXHIBIT D
Page 99

# EXHIBIT E



9/2/2013 8:54 PM

# EXHIBIT F

support - definition: American English definition of support by Macm...   http://www.macmillandictionary.com/us/dictionary/american/su...



# MACMILLAN DICTIONARY

**support** - definition

★★★

VERB   [TRANSITIVE]   /sə'pɔrt/

*View thesaurus entry for*
*support*

ⓘ Using the thesaurus

**Menu**

1. approve of and help
2. hold/bear weight
3. provide something necessary
4. help to prove something
5. in computing
6. be extra performer
7. be able to deal with
8. like a sports team

---

**Related dictionary definitions**

support NOUN

child support NOUN

life support NOUN

moral support NOUN

support group NOUN

support base NOUN

---

**Free LA Meditation Event**
ⓘ TM.org/Transcendental-Me…
Transcendental Meditation AdChoices ▷

---

1. to approve of an idea or of a person or organization and help them to be successful
   *The United Nations has supported efforts to return the refugees peacefully.*
   *The proposed reduction in taxes is supported by 73% of the people.*
   **support doing something:** *The majority of Americans support sending troops into the region.*
   **support someone in (doing) something:** *Everyone came together to support him in his campaign for governor.*
   ⓘ Thesaurus entry for this meaning of support

   a. to help someone and be kind to them when they are having a difficult time
      *My friends have supported me through the entire trial.*
      ⓘ Thesaurus entry for this meaning of support

2. to hold the weight of someone or of something such as a building or structure so that they do not move or fall
   *A pair of wooden beams was the only thing supporting the roof.*
   **support something with something:** *The plants were supported with wire.*
   **be supported by something:** *She was sitting up in bed, supported by pillows.*
   **support yourself (=hold or lean on something so that you do not fall):** *Use the handle to support yourself.*
   ⓘ Thesaurus entry for this meaning of support

3. to provide money, food, shelter, or other things that someone needs in order to live
   *How can we support our families on such low wages?*
   **support yourself:** *She's been supporting herself since she was 18 years old.*
   ⓘ Thesaurus entry for this meaning of support

   a. to give money to a politician, organization, etc. in order to help them to achieve a particular goal
      *His campaign was supported mainly by wealthy businesspeople.*
      *Thanks to all of you who supported our appeal.*

EXHIBIT F
Page 101

9/2/2013 10:18 PM

 Thesaurus entry for this meaning of support

if land supports people or animals, enough food grows on it to feed them
 Thesaurus entry for this meaning of support

to get enough money to pay for an activity, habit, or interest, especially a bad one such as taking drugs
*Drug users often become thieves in order to support their addiction.*
 Thesaurus entry for this meaning of support

to show that an idea, statement, theory, etc. is true or correct
*Several witnesses supported Mrs. Carson's claim of harassment.*
*Our conclusions are supported by extensive research.*
*You will need to provide supporting evidence for your claim.*
 Thesaurus entry for this meaning of support

---

**Collocations: support**                    ▾

**Collocations**
support4
▪ argument, claim, conclusion, contention, hypothesis, idea, theory, view

---

COMPUTING to be designed to allow something such as a piece of software or computer device to work with it
*Does the company still support that version of the program?*
 Thesaurus entry for this meaning of support

to perform in a show or concert in addition to the main performer
 Thesaurus entry for this meaning of support

VERY FORMAL to be able to deal with something
 Thesaurus entry for this meaning of support

MAINLY BRITISH   to like a particular sports team and to encourage them to win, especially by going to see their games
 Thesaurus entry for this meaning of support

See also ➡ supporter

English version of definition of **support**

# EXHIBIT G



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1999 by Merriam-Webster, Incorporated

Philippines Copyright 1999 by Merriam-Webster, Incorporated


Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                        97-41846
                                    CIP


Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526WC99



phylactery 1

phys·ed \'fiz-'ed\ *n* (1955) : PHYSICAL EDUCATION

physic — or phys·ic **comb form** [L, fr. Gk, fr. physis — more at PHYSICS] 1 : nature (*physiography*) 2 : physical (*physiotherapy*)

1physic \'fiz-ik\ *n* [ME *physik* natural science, art of medicine, fr. OF *fisique*, fr. L *physica*, sing., natural science, fr. Gk *physikē*, fr. fem. of *physikos* — more at PHYSICS] (14c) 1 a : the art or practice of healing disease b : the practice or profession of medicine 2 : a medicinal agent or preparation; *esp* : PURGATIVE 3 *archaic* : NATURAL SCIENCE

2physic *vt* phys·icked; phys·ick·ing \-i-kiŋ\ 1 : to treat with or administer medicine to; *esp* : PURGE 2 : HEAL, CURE

1phys·i·cal \'fiz-i-kəl\ *adj* [ME *phisicle* medical, fr. ML *physicalis*, fr. L *physica*] (1597) 1 a : having material existence : perceptible esp through the senses and subject to the laws of nature (everything — is measurable by weight, motion, and resistance —Thomas De Quincey) b : of or relating to material things 2 a : of or relating to natural science b (1) : of or relating to physics (2) : characterized or produced by the forces and operations of physics 3 a : of or relating to the body b : concerned or preoccupied with the body and its needs : CARNAL c : characterized by esp. rugged and forceful physical activity : ROUGH (a — hockey game) ⟨a — player⟩ *syn* see MATERIAL — phys·i·cal·i·ty \,fiz-i-'kal-ət-ē\ *n* — phys·i·cal·ness \-kəl-nəs\ *n*

2physical *n* (1934) : PHYSICAL EXAMINATION

physical anthropology *n* (1873) : anthropology concerned with the comparative study of human evolution, variation, and classification esp. through measurement and observation — compare CULTURAL ANTHROPOLOGY — physical anthropologist *n*

physical education *n* (1830) : instruction in the development and care of the body ranging from simple calisthenic exercises to a course of study providing training in hygiene, gymnastics, and the performance and management of athletic games

physical examination *n* (1884) : an examination of the bodily functions and condition of an individual

physical geography *n* (1808) : geography that deals with the exterior physical features and changes of the earth

phys·i·cal·ism \'fiz-i-kə-,liz-əm\ *n* (ca. 1931) : a thesis that the descriptive terms of scientific language are reducible to terms which refer to spatiotemporal things or events or to their properties — phys·i·cal·ist \-list\ *n* — phys·i·cal·is·tic \,fiz-i-kə-'lis-tik\ *adj*

phys·i·cal·i·ty \,fiz-ə-'ka-lə-tē\ *n*, *pl* -ties (1660) 1 : intensely physical orientation : predominance of the physical usu. at the expense of the mental, spiritual, or social 2 : a physical aspect or quality

physical medicine *n* (1939) : a branch of medicine concerned with the diagnosis and treatment of disease and disability by physical means (as radiation, heat, and electricity) — compare PHYSICAL THERAPY

physical science *n* (1802) : any of the natural sciences (as physics, chemistry, and astronomy) that deal primarily with nonliving materials — physical scientist *n*

physical therapy *n* (1922) : the treatment of disease by physical and mechanical means (as massage, regulated exercise, water, light, heat, and electricity) — physical therapist *n*

phys·i·cian \fə-'zish-ən\ *n* [ME *fisicien*, fr. OF, fr. *fisique* medicine] (13c) 1 : a person skilled in the art of healing; *specif* : a doctor of medicine 2 : one exerting a remedial or salutary influence

physician's assistant *n* (1971) : a person certified to provide basic medical services usu. under the supervision of a licensed physician — called also *PA, physician assistant*

phys·i·cist \'fiz-ə-səst, 'fiz-sist\ *n* (1840) 1 : a specialist in physics 2 *archaic* : a person skilled in natural science

phys·i·co·chem·i·cal \,fiz-i-kō-'kem-i-kəl\ *adj* (1664) 1 : being physical and chemical 2 : of or relating to chemistry that deals with the physicochemical properties of substances — phys·i·co·chem·i·cal·ly \-k(ə-)lē\ *adv*

1phys·ics \'fiz-iks\ *n pl but sing or pl in constr* [L *physica*, pl., natural science, fr. Gk *physika*, fr. neut. pl. of *physikos* of nature, fr. *physis* growth, nature, fr. *phyein* to bring forth — more at BE] (1715) 1 : a science that deals with matter and energy and their interactions 2 : the physical processes and phenomena of a particular system b : the physical properties and composition of something

Physio·lo·crat \'fiz-ē-ō-,krat\ *n* [F *physiocrate*, fr. *physi- physi- + -crate -crat*] (1796) : a member of a school of political economists founded in 18th century France and characterized chiefly by a belief that a governmental policy should not interfere with the operation of natural economic laws and that land is the source of all wealth — phys·io·crat·ic \,fiz-ē-ō-'kra-tik\ *adj*, *often cap*

phys·i·og·no·mic \,fiz-ē-ə(g)-'näm-ik\ *also* phys·i·og·nom·i·cal \-i-kəl\ *adj* (1588) : of, relating to, or characteristic of physiognomy or the physiognomy — phys·i·og·nom·i·cal·ly \-i-k(ə-)lē\ *adv*

phys·i·og·no·my \,fiz-ē-'äg-nə-mē, -'än-ə-mē\ *n, pl* -mies [ME *phisonomie*, fr. MF, fr. LL *physiognomonia, physiognomia*, fr. Gk *physiognōmonia, physiognōmia* judging character by the features, fr. *physis* nature, *physiognōmōn* judging character by the features, fr. *physis* nature + *gnōmōn* interpreter — more at GNOMON] (14c) 1 : the art of discovering temperament and character from outward appearance 2 : the facial features held to show qualities of mind or character by their configuration or expression 3 : external aspect; *also* : inner character or quality revealed outwardly

phys·i·og·ra·phy \,fiz-ē-'äg-rə-fē\ *n* [prob. fr. F *physiographie*, fr. *physi- + -graphie -graphy*] (ca. 1832) 1 : PHYSICAL GEOGRAPHY 2 : GEOMORPHOLOGY — phys·i·og·ra·pher \-fər\ *n* — phys·io·graph·ic \,fiz-ē-ə-'graf-ik\ *also* phys·io·graph·i·cal \-i-kəl\ *adj*

phys·i·o·log·i·cal \,fiz-ē-ə-'läj-i-kəl\ *or* phys·i·o·log·ic \-jik\ *adj* (1814) 1 : of or relating to physiology 2 : characteristic of or appropriate to an organism's healthy or normal functioning 3 : differing in, involving, or affecting physiological factors ⟨a — strain of bacteria⟩ — phys·i·o·log·i·cal·ly \-i-k(ə-)lē\ *adv*