ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
KATHERINE L. QUIGLEY, CA Bar No. 258212
katherine.quigley@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br><br>**PLAINTIFF NYKO TECHNOLOGIES, INC.'S EVIDENTIARY OBJECTIONS TO DEFENDANTS' EVIDENCE SUBMITTED IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**<br><br><br><br>Hon. Gary Allen Feess |

CHRISTIE, PARKER & HALE, LLP

Plaintiff Nyko Technologies, Inc. ("NYKO") objects to the following evidence submitted by Defendants in support of their Motion for Summary Judgment of Patent Invalidity:

1.      Separate Statement Paragraph 4: Objection to the supporting declaration of Stephen D. Bristow at ¶ 16 on the grounds that the statement includes inadmissible hearsay and no exception is applicable.  Objection that the declarant lacks personal knowledge. Fed. R. Evid. § 602, 801, 802.

2.      Separate Statement Paragraph 6: Objection to the supporting declaration of Gray M. Buccigross at ¶¶ 22, 25-26 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself.  Fed. R. Evid. § 1002.

3.      Separate Statement Paragraph 7: Objection to the supporting declaration of Gray Buccigross at ¶¶ 22, 24-27 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

4.      Separate Statement Paragraph 8: Objection to the supporting declaration of Gray Buccigross at ¶¶ 22-26 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

5.      Separate Statement Paragraph 9: Objection to the supporting declaration of Gray M. Buccigross at ¶¶ 23-26 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

CHRISTIE, PARKER & HALE, LLP

6.      Separate Statement Paragraph 10: Objection to the supporting declaration of Gray Buccigross at ¶¶ 22-29 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

7.      Separate Statement Paragraph 11: Objection to the supporting declaration of Gray M. Buccigross at ¶ 29 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself.

8.      Separate Statement Paragraph 19: Objection to the supporting declaration of Stephen D. Bristow at ¶12 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

9.      Separate Statement Paragraph 20: Objection to the supporting declaration of Stephen D. Bristow at ¶12 on the grounds that the statement is in violation of the best evidence rule.  The document speaks for itself. Fed. R. Evid. § 1002.

DATED:  September 2, 2013          Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By */s/ Katherine L. Quigley*
          Katherine L. Quigley

Attorneys for Plaintiff and
Counterdefendant,
NYKO Technologies, Inc.