SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:   714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendants,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**REPLY DECLARATION OF GRAHAM (GRAY) M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>Date: September 23, 2013<br>Time: 9:30 a.m.<br><br>Judge Gary Allen Feess<br><br>Complaint Filed:  April 5, 2012<br>Discovery Cutoff:   Oct. 14, 2013<br>Pretrial Conf.:  Dec. 30, 2013<br>Trial Date: Jan. 28, 2014 |

1    I, Graham (Gray) M. Buccigross, declare as follows.

2    1.    I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

3    2.    If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

4    3.    Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Christopher Arbogast, Nyko's Director of Marketing.

5    4.    Attached hereto as Exhibit B is a true and correct copy of excerpts from the rough deposition transcript of Nyko's expert, Garry Kitchen.

Executed this 9th day of September, 2013 at San Diego, California.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Gray M. Buccigross*
         GRAHAM (GRAY) M. BUCCIGROSS

Attorney for Energizer Holdings, Inc.,
Eveready Battery Company, Inc., and
Performance Designed Products LLC