CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3     _____
 4     NYKO TECHNOLOGIES, INC., a    )
       California corporation,       )
 5                                   )
              Plaintiff,             )
 6                                   )No. No. CV 12-3001 GAF
          vs.                        )         (VBKx)
 7                                   )
       ENERGIZER HOLDINGS, INC., a   )
 8     Missouri corporation,         )
       EVEREADY BATTERY COMPANY,     )
 9     INC., a Delaware Corporation, )
       and PERFORMANCE DESIGNED      )
10     PRODUCTS LLC, a California    )
       limited liability company,    )
11                                   )
              Defendants.            )
12     _____)
13
14        CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16     VIDEOTAPED DEPOSITION OF CHRISTOPHER S. ARBOGAST
17                  Glendale, California
18                Tuesday, March 5, 2013
19                      Volume I
20
21
       Reported by:
22     Melissa M. Villagran, RPR, CLR
       CSR No. 12543
23     Job No. 1621678
24
25     PAGES 1 - 357

                                           Page 1
```

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit A
Page A-1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   the best way to display the LEDs.
 2            This was some technology, I think, we were
 3   experimenting with, in a product that ultimately
 4   didn't come to market in this one, in which the LED
 5   is underneath kind of a translucent black plastic,            11:16
 6   that when it turns on, you see it, versus having an
 7   open LED that you can see, which I believe that's
 8   the LED indicators that's on the Charge Base product
 9   to be released.
10        Q   Okay.  Do you believe this version that              11:16
11   you're holding up now was a prototype that was --
12   that was made prior to the final commercial version?
13        A   Prior to the final commercial version?
14   Yes.
15        Q   Okay.  And -- but you don't recall whether           11:16
16   this was the -- an example of the one that was shown
17   in the hotel suite in Las Vegas?
18        A   I don't believe this one is.
19            One, the LED indicator is different; and
20   two, there's a date on the bottom, which is dated            11:17
21   after?
22        Q   And what is the date of that one?
23        A   It is 1/18/2007.  So this is probably one
24   that didn't make it in time for the show, an
25   alternate one we were looking at producing.                  11:17
```

Page 77

Sarnoff, A VERITEXT COMPANY
877-955-3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    overseeing pricing will come from internal pricing,
 2    get it approved by accounting.
 3            Then they set the pricing for the price
 4    sheet, and I just disseminate that information.  I
 5    don't set pricing.                                           12:02
 6        Q   Who would have set pricing -- been
 7    primarily responsible for setting pricing for this
 8    particular product in January of 2007?
 9        A   I don't recall who at the time.  My best
10    guess would be CC Swiney, our director of                    12:02
11    operations.  It was signed off on by multiple people
12    and, obviously, sales and stuff would overlook it,
13    but he would probably be the predominant person who
14    would cobble that information together and get it
15    approved.                                                    12:03
16            MR. HANLE:  I want to show you what has
17    previously been marked as Exhibit 9.
18    BY MR. HANLE:
19        Q   This is a version of the press release as
20    it appears on the Nyko Web site.                             12:03
21            Do you recognize this document as that
22    press release?
23        A   Yes, I haven't got a chance to read through
24    the whole thing; but, yes, it appears to be the
25    press release.                                               12:03
```

Page 104

Sarnoff, A VERITEXT COMPANY
877-955-3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    What is "EDI"?
 2        A    It's an electronic ordering system, I
 3   think.
 4        Q    Okay.
 5        A    I believe it's the system we use.  I'm not    12:21
 6   on that side of things.
 7        Q    Sounds like you know more than I do.
 8             So -- so you understand that some of your
 9   customers can order through an EDI system?
10        A    Yes.                                          12:21
11        Q    Okay.  And as far as the data regarding
12   Nyko products in that system, do you know how that
13   information is made available to the customers?
14        A    I don't know that.  I'm not familiar with
15   the electronic ordering system.                         12:21
16        Q    Who would know that?
17        A    CC Swiney would know.
18        Q    Okay.  Is CC Swiney still with the company?
19        A    Yes.
20        Q    Is CC a man or woman?                         12:21
21        A    Man.
22        Q    And is CC Swiney -- was he at the company
23   back in January 2007?
24        A    Yes.
25        Q    Was he at the company when you joined?        12:21
```

Page 112

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   have product available, and you have met with --
 2   this is all assuming they've met with sales reps
 3   ahead of time.  They have been pitched product.
 4   They know what they want.  And the product is
 5   available.                                              02:34
 6          Once that's all gone through, and we have a
 7   product for sale, and it's ready, they can either
 8   fax an order in, which not many people do anymore;
 9          They can e-mail a purchase order to us;
10          Or they can send an electronic order            02:35
11   through EDI to us.  All depends on the account and
12   how they are set up.
13   BY MR. HANLE:
14      Q   What information would need to be included
15   in the order for a customer to place an order,         02:35
16   whether it's -- whether it's fax, whether it's
17   e-mail, whether it's electronic?
18          MR. HASAN:  Objection as to form.
19          THE DEPONENT:  Again, I'm not on the
20   order-receiving side of things, but I can speculate,   02:35
21   if you want.
22   BY MR. HANLE:
23      Q   I don't want you to speculate.  You were
24   designated as the person knowledgeable as to the
25   first sale of the product.                             02:35
```

Page 166

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Nyko receives an order for products that are on
 2   backorder?
 3          What -- what do they communicate back to
 4   the customer?
 5          MR. HASAN:  Objection as to form.                02:48
 6          THE DEPONENT:  I don't do that
 7   communication usually, but one would, like I said
 8   before, relay this product isn't in stock yet.  It's
 9   on allocation.  We don't have the units.  Give them
10   ETA, if possible, and then communicate when the       02:48
11   goods are available later.
12          Or when a product is going to be actually
13   released, if a product is not out yet versus just
14   out of stock.
15   BY MR. HANLE:                                          02:48
16       Q   Can Nyko accept an order for product that
17   is on backorder and deliver -- and simply deliver it
18   once it's available?
19          MR. HASAN:  Objection as to form.
20          THE DEPONENT:  That, I don't know, how our     02:49
21   system works, how they would keep an open order like
22   that.  I don't know.
23   BY MR. HANLE:
24       Q   Who would know that regarding the first
25   quarter of 2007 time period?                           02:49
```

Page 178

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A    CC Swiney does more of that logistics and
 2   operations.
 3      Q    Do you have an understanding of what
 4   documents are sent to the customer once an order is
 5   received?                                              02:49
 6      A    No.
 7      Q    Do you know that customers receive
 8   invoices?
 9      A    I assume they receive invoices from our
10   accounts payable department for goods.                 02:49
11      Q    I want to show you what has been previously
12   marked as Exhibit 17.
13           Do you recognize the first page of this
14   document as a Nyko invoice?
15      A    Yes.                                           02:50
16      Q    And this is an invoice --
17           What was the order date for the items
18   ordered for this invoice?
19           MR. HASAN:  Objection -- objection as to
20   form.                                                  02:50
21           THE DEPONENT:  It appears it is 1/10/2007
22   in the upper left-hand.
23   BY MR. HANLE:
24      Q    Okay.  That looks like -- there is a date
25   of the invoice, and there's also an order date?        02:50
```

Page 179

Sarnoff, A VERITEXT COMPANY
877-955-3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   accounting and stuff like that, which is CC.
 2       Q   Okay.  Your understanding is there are some
 3   hard copy files of purchase and sale documentation;
 4   correct?
 5       A   Yeah, to my knowledge, I do see printouts          03:03
 6   and invoices being filed away in filing cabinets
 7   that are around the office.
 8           I don't know the exact nature of those
 9   documents.
10           Again, my experience with sales, front-end         03:03
11   side.  Once it gets through front order processing,
12   I'm a lot less familiar with our accounting,
13   logistics, internal processes as far as order
14   keeping and stuff like that.
15           So I can't -- I'm just speculating at that         03:03
16   point.
17       Q   Okay.  In addition to the hard copies that
18   you're aware of that are kept, do you know if
19   accounting or sales maintains electronic records of
20   purchase and sale documentation?                           03:03
21       A   I don't know for certain.  I don't, because
22   I'm not involved in that side of things.
23       Q   And would that be CC Swiney that would know
24   that?
25       A   Yes.  I assume we do, but I do not know for        03:03
```

Page 190

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit A
Page A-8

```
 1  means?
 2      A   Presumably, it means that this product is
 3  intended to be backorder or is currently on
 4  backorder.
 5      Q   Well, when you say "this product," this           03:43
 6  isn't with respect to a specific product.  This is
 7  with respect to the whole order; correct?
 8          MR. HASAN:  Objection as to form.
 9          THE DEPONENT:  Let me see.  I'm not
10  familiar with this document; so let me look over it      03:43
11  for a second.
12  BY MR. HANLE:
13      Q   So I don't want you to speculate about what
14  that "Backorder" means, if you don't know.
15          So do you have an understanding of what it        03:43
16  means or don't you?
17          MR. HASAN:  Objection as to form.
18          THE DEPONENT:  Again I should probably say
19  no just because I don't deal with these documents,
20  and I don't have these correspondence on regular         03:43
21  basis with these guys.  I should probably abstain
22  from answering.
23  BY MR. HANLE:
24      Q   Nyko, in fact, filled this Amazon order
25  that was placed on January 8th, 2007; correct?           03:44
```

Page 212

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   January 2007?
 2       A   Definitely.
 3       Q   Take a look at what has been previously
 4   marked as Exhibit 18.
 5           Exhibit 18 is a collection of Nyko              05:04
 6   invoices.  All from the time frame before March 7,
 7   2007.
 8           And just have a couple of questions
 9   regarding these.
10           This first invoice, Invoice No. 103225, is     05:04
11   Micro Central Electronics?
12           Are you familiar with that entity?
13       A   Yes.
14       Q   Is that a Nyko customer?
15       A   Yes.                                           05:05
16       Q   And do you know who's responsible for
17   interfacing on behalf of Nyko?
18       A   I don't off the top of my head.  That's a
19   smaller account.
20       Q   Okay.  So here we have a Nyko invoice, and    05:05
21   unlike in the case of Amazon, we don't have any
22   other documentation regarding this order other than
23   the invoice.
24           And my question is:  Do you know how this
25   order reflected on this invoice was generated?       05:05
```

Page 264

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Hollywood Entertainment/Game Crazy.
 2           I think you said Game Crazy is out of
 3   business?
 4       A   Yeah, Hollywood Video is the same as Game
 5   Crazy.  Hollywood Video was the rental side.  Game        05:08
 6   Crazy was the video game retail side.
 7           Same entity, though.
 8       Q   Okay.  Do you recall who interfaced with
 9   Hollywood Video/Game Crazy back in early 2007?
10       A   I believe that was Peake Entertainment.           05:08
11       Q   And do you know how Hollywood Entertainment
12   went about ordering product in January 2007?
13       A   Not specifically, no.
14       Q   You said you believe it was Peake
15   Entertainment.  Is it Peake Marketing?                    05:09
16       A   I'm sorry.  Peake Marketing.
17           Sorry.  I was reading
18   Hollywood Entertainment, and -- I'm sorry -- it's
19   Peake Marketing is the name.
20       Q   Thank you.                                        05:09
21           Okay.  The rest of these -- and I'll ask it
22   sort of just as a group.
23           Do you have any knowledge with respect to
24   who interfaced with the following Nyko customers:
25           Solutions 2 Go?                                   05:09
```

Page 267

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       A    Yes.
2       Q    Who interfaced with Solutions 2 Go?
3       A    That would be Team One Marketing --
4       Q    Where are they located?
5       A    -- for Canada.                                      05:09
6            Toronto, I believe they were located.
7       Q    And would that have been true back in
8  January 2007 --
9            (Speaking simultaneously.)
10           THE DEPONENT:  Hold on.                             05:09
11 BY MR. HANLE:
12      Q    Excuse me.  February 2007.
13      A    Just making sure this is Solutions 2 Go in
14 Canada.  It is.  Ontario.  Okay.  Because they have
15 a US arm as well.  I didn't want to give you the    05:10
16 wrong info.
17      Q    And do you know how Solutions 2 Go went
18 about placing orders?
19      A    Not specifically, no.
20      Q    Do you have any knowledge of who on behalf  05:10
21 of Nyko interfaced with Visco Entertainment?
22      A    I do not.  I'm not familiar with them.
23      Q    Vast, Inc., or Vast Electronics?
24      A    No, I'm not familiar with them.
25      Q    Viastara or On Time Logistics?              05:10
```

Page 268

Sarnoff, A VERITEXT COMPANY
877-955-3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    No.
 2        Q    Corporate PC?
 3        A    No.
 4        Q    Fillpoint?
 5        A    Yes, heard of Fillpoint.  They are a          05:10
 6   distributor, I believe.  I want to say that's Market
 7   Solutions, but I probably shouldn't.  You should ask
 8   CC as far as who handled that.
 9        Q    Do you have any information as to how any
10   of these entities placed orders with Nyko?             05:11
11        A    No.  That's more accounting.
12        Q    Okay.  And take a look at what we
13   previously marked as Exhibit 67, which is the
14   "Customer Sales Analysis Report."
15        A    Okay.                                        05:11
16        Q    Have you ever reviewed that document before
17   today?
18        A    No.
19        Q    Okay.  So at the beginning of the
20   deposition, we established that you were the person   05:11
21   that was identified as knowledgeable with respect to
22   an Interrogatory regarding the first sale or offer
23   for sale of the Charge Base.
24             Do you recall that testimony?
25        A    Yes.                                         05:11
```

Page 269

Sarnoff, A VERITEXT COMPANY
877-955-3855

Exhibit A
Page A-13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Interrogatory?
 2          Do you know why that happened?
 3          MR. HASAN:  Objection as to form.
 4          THE DEPONENT:  Well, I assume as far as the
 5   way it's put here.  Either first sale offer              05:24
 6   publicly?  CC is more of the back-end guy.
 7          And when we did kind of handling sales in
 8   between sales, it was CC and I doing it.  He did the
 9   back-end numbers, pulling reports, that kind of
10   thing; I did the front-end, pitching, sales -- stuff    05:24
11   like that.
12          So I assume, when it's requested like who
13   is in charge of -- you know, meeting with press,
14   presenting this product, pitching it, offering it,
15   sales, that would be me, not the guy who just          05:25
16   handles orders for reports on the back end.
17          It may have been our definition of "sales,"
18   but that's, essentially, how we do things over
19   there.
20          In the interim between when we had a VP of      05:25
21   sales on board.  Obviously, if we had a VP of sales
22   on board, it would be that person.
23   BY MR. HANLE:
24       Q  Okay.  So -- but you weren't responsible
25   for offering product for sale in the first half of     05:25
```

Page 283

Sarnoff, A VERITEXT COMPANY
877-955-3855

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   2007, were you?
 2           MR. HASAN:  Objection as to form, asked and
 3   answered.
 4           THE DEPONENT:  The VP of sales at that time
 5   was Rob Kramen, but he's no longer with the company.    05:25
 6   BY MR. HANLE:
 7       Q   Okay.  Okay.  So just so I have a clear
 8   record.
 9           You don't recall reviewing any other
10   document in connection with responding to this          05:25
11   Interrogatory, other than perhaps e-mails with CC
12   Swiney and Exhibit 69; correct?
13           MR. HASAN:  Objection as form.
14           THE DEPONENT:  Well, I can't recall all the
15   documents that I reviewed.                              05:26
16   BY MR. HANLE:
17       Q   Did you review any other documents other
18   than that?
19           MR. HASAN:  Argumentative.
20           THE DEPONENT:  Well, yes, as far as when        05:26
21   I'm drafting my Declaration, just to clarify?
22   BY MR. HANLE:
23       Q   No, I'm talking about -- we're not talking
24   about a Declaration.  We're talking about an
25   Interrogatory Response.                                 05:26
```

Page 284

Sarnoff, A VERITEXT COMPANY
877-955-3855