Kitchen Garry 090613 Rough Draft.txt

```
 1                    DISCLAIMER
 2         The material contained in this ASCII file in
 3   the matter of Nyko Technologies v. Energizer Holdings,
 4   taken September 6, 2013, at Sheppard, Mullin, Richter &
 5   Hampton, 4 Embarcadero Center, 17th Floor, San
 6   Francisco, California, has been reviewed but not
 7   proofread by the court reporter.  Any reference to page
 8   and line number will not be accurate.  This ASCII file
 9   is not certified by the reporter.  It is for review
10   only.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25         REPORTER'S NONCERTIFIED, ROUGH-DRAFT TRANSCRIPT
```

                                                              1
♀

```
                   Kitchen Garry 090613 Rough Draft.txt
 3       Q.   Correct.  Now, would you point to the
 4   male-mini USB connector.  Is the male-mini USB corrector
 5   supported by the adapter?  Yes or no?
 6            MR. HASAN:  Objection.  In the commercial
 7   embodiment?
 8            MR. BUCCIGROSS:  The adapter that he's holding
 9   right now.
10            MR. HASAN:  Okay.
11            THE WITNESS:  It's an integral part of the
12   adapter.
13            MR. BUCCIGROSS:  Q.  Is it supported by it?
14   Yes or no?
15       A.   And you're using supported by as construed by
16   the court?
17       Q.   Correct.
18       A.   Yes, it is supported by the adapter.
19       Q.   Will you please hold the adapter upside-down.
20   Is the male-mini USB connector still supported by the
21   adapter?
22       A.   Yes, I say it is.
23       Q.   Please put the adapter on the table right side
24   up.  Is the male-mini USB connector still supported by
25   the adapter?
```

74

```
 1       A.   Yes, and it's supported by the table.
 2       Q.   It's supported by the adapter, too; correct?
 3            MR. HASAN:  Objection.  Asked and answered.
                              Page 73
```

```
                  Kitchen Garry 090613 Rough Draft.txt
 4              THE WITNESS:  It's supported by the adapter
 5    and the table.
 6              MR. BUCCIGROSS:  Q.  I'm just asking about the
 7    adapter right now.  Is the male-mini USB connector still
 8    supported by the adapter?  Yes or no?
 9              MR. HASAN:  Objection, asked and answered.
10              THE WITNESS:  It's not wholly supported by the
11    adapter because it's also supported by the table, so
12    it's not a simple answer.
13              MR. BUCCIGROSS:  Q.  So is it less supported
14    by the adapter now that you've put it on the table
15    versus when you had it in your hand?
16              MR. HASAN:  Objection, vague and ambiguous.
17              THE WITNESS:  Well, when I had it in my hand,
18    it was also supported by my hand.  Now it's also
19    supported by the table.
20              MR. BUCCIGROSS:  Q.  Will you please put it on
21    the stack of papers next to you.  Is the male-mini USB
22    connector still supported by the adapter?  Yes or no?
23         A.   It's supported by the adapter and the papers
24    and the table.
25         Q.   And the floor?

                                                              75

 1         A.   Well, the -- yes, to the extent that if the
 2    floor went away, the DC port would fall, yes.
 3         Q.   So it's supported by the foundation of this
                              Page 74
```

```
                Kitchen Garry 090613 Rough Draft.txt
      4    building we're in?
      5         A.   Yes, I guess so.  I hadn't thought of it that
      6    way.
      7         Q.   Is it supported by the earth under that?
      8         A.   No, because once you start taking the earth
      9    away, gravity goes away.  So I don't think you could go
     10    that far.
     11         Q.   Is it supported by the soil underneath the
     12    building?
     13         A.   Everything on the soil is supported by the
     14    soil.
     15         Q.   Is the adapter -- Is the USB connector
     16    supported by the soil?
     17         A.   As I said, everything that's above the soil is
     18    being supported by the ground.
     19         Q.   Hold the adapter up 8 inches from the table
     20    and drop the adapter onto the table, please.  Is the
     21    male-mini USB connector still supported by the adapter?
     22         A.   At which point in time?
     23         Q.   Right now.
     24         A.   Right now?
     25         Q.   Yes.
                                                                  76
      1         A.   Same answer as before.  It's supported by the
      2    adapter, the paper and the table.
      3         Q.   And the building and the floor and the soil?
      4         A.   To the extent that those things are supporting
                                 Page 75
```