G. WARREN BLEEKER, CA Bar No. 210834
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203
Telephone: (626) 795-9900/Facsimile: (626) 577-8800

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC.<br><br>PLAINTIFF(S)<br>v.<br>ENERGIZER HOLDINGS, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV12-03001 GAF (VBKx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

(1) Application for Leave to File Confidential Documents Under Seal; (2) Page 12 of Joint Stipulation (3) Bleeker Declaration Exhibits N, O, and P; (4) Proposed Order

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☑ Other  (1) Application for Leave to File Confidential Documents Under Seal; (2) Page 12 of Joint Stipulation (3) Bleeker Declaration Exhibits N, O, and P; (4) Proposed Order

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required ( *reason* ):
Pursuant to Local Rule 79-5.1 and Defendants' Statement of compelling reasons for filing under seal.

| | |
|---|---|
| September 10, 2013<br>Date | /s/ G. Warren Bleeker<br>Attorney Name<br>Attorney for Plaintiff and Counterdefendant<br>Party Represented |

*Note:*  File one Notice of Manual Filing in each case, each time you manually file document(s).