ART HASAN, CA Bar No. 167323
art.hasan@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
KATHERINE L. QUIGLEY, CA Bar No. 258212
katherine.quigley@cph.com
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF KATHERINE L. QUIGLEY IN SUPPORT OF NYKO'S *EX PARTE* APPLICATION TO STRIKE NEW ARGUMENTS RAISED FOR THE FIRST TIME IN DEFENDANTS' SUMMARY JUDGMENT REPLY BRIEF**<br><br>Summary Judgment Hearing<br>DATE:   September 23, 2013<br>TIME:    9:30 a.m.<br>CTRM:   740<br><br>Hon. Gary Allen Feess |
| AND RELATED COUNTERCLAIM. | |

I, Katherine L. Quigley, declare as follows:

1. I am an associate with Christie, Parker & Hale, LLP, counsel of record for Plaintiff and Counterdefendant NYKO Technologies, Inc. I make this declaration of my personal knowledge, and if called as a witness could testify competently to each of the following facts.

2. On September 17, 2013 at 4:18PM, I attempted to contact Gray Buccigross, counsel for Defendants, at his office at (858) 720-7427. I left a detailed message on Mr. Buccigross' voice mailbox advising him of the *ex parte* application and the relief sought. I also inquired as to whether Defendants would be opposing the motion. As of the time of filing this declaration, I have not heard back from Mr. Buccigross.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of September, 2013 in Glendale, California.

/s/
Katherine L. Quigley

KLQ PAS1258124.1-*-09/17/13 6:10 PM

CHRISTIE, PARKER & HALE, LLP