LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3001 GAF (VBKx) | Date | September 23, 2013 |
|---|---|---|---|
| Title | NYKO Technologies Inc v. Energizer Holdings Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**        **(In Chambers)**

**ORDER RE: DEPOSITION OF CHRIS ARBOGAST**

Defendants are ordered to lodge with the Court, no later than the close of business on September 25, 2013, a copy of the entire deposition transcript of Chris Arbogast.

**IT IS SO ORDERED.**