UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3001 GAF (VBKx) | Date | September 23, 2013 |
|---|---|---|---|
| Title | NYKO TECHNOLOGIES, INC. v. ENERGIZER HOLDINGS, INC., et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Pam Batalo | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Katherine L. Quigley<br>Syed A. Hasan | Steven M. Hanle |

**Proceedings:** MOTION for Summary Judgment as to Patent Validity filed by Defendants Energizer Holdings Inc, Eveready Battery Company, Inc., Performance Designed Products LLC (filed 8/20/13) [124, 126]

Cause called; appearances made.

Court questions counsel and hears oral argument. For reasons stated on the record, the Court takes the motion under submission.

|  | 1 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | SMO | |