# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-2926 GAF (SHx) | Date | September 23, 2013 |
|---|---|---|---|
| Title | MARLETTE RANKIN v. LOS ANGELES AUTO WHOLESALER AND RECOVERY SERVICE, INC., et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Pam Batalo | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lee Paul Mankin IV | Sharon S. Jeffrey |
|  | Rena M. Shahandeh |

**Proceedings:** SCHEDULING CONFERENCE (Held and Completed)

    Matter called. Counsel state their appearances for the record. Court and counsel confer. Counsel are instructed to fully comply with Federal Rules of Civil Procedure, Rule 26(a).

    Court conducts Scheduling Conference and provides counsel with dates.

    Scheduling and Case Management Order to follow.

|  | : | 14 |
|---|---|---|
| Initials of Preparer | | SMO |