SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:   714.513.5100
Facsimile:   714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC, a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001-GAF-VBK<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**<br><br>Date:  September 23, 2013<br>Time: 9:30 a.m.<br><br>Complaint Filed:  April 5, 2012<br>Discovery Cutoff:   Oct. 14, 2013<br>Pretrial Conf.:  Dec. 30, 2013<br>Trial Date: Jan. 28, 2014 |

Attached hereto as Exhibit A is a copy of the Federal Circuit's slip opinion in *Pronova Biopharma Norge AS v. Teva Pharmaceuticals USA, Inc.,* No. 2012-1498 (Fed. Cir. Sept. 12, 2013). The opinion addresses the issues regarding public use under 35 U.S.C. § 102(b) raised in Defendants' motion for summary judgment and specifically addressed at the hearing on September 23, 2013.[1] The undersigned counsel for Defendants became aware of the decision on September 26, 2013.

Dated: September 27, 2013

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By        /s/ Steven M. Hanle
                                     DANIEL N. YANNUZZI
                                     STEVEN M. HANLE
                                     GRAHAM (GRAY) M. BUCCIGROSS

                              Attorneys for Energizer Holdings, Inc., Eveready Battery Co. Inc., and Performance Designed Products LLC

---

[1] While the opinion is nonprecedential, the Federal Circuit permits courts to "look to a nonprecedential disposition for guidance or persuasive reasoning." Fed. Cir. Rule 32.1(d).

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On September 27, 2013 I electronically filed the following document(s) described as

**NOTICE OF SUPPLEMENTAL AUTHORITY RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 27, 2013 at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis