SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC, a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001-GAF-VBK<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF ELECTRONICALLY FILED DOCUMENT NO. 199**<br><br>**JURY TRIAL DEMANDED**<br>Date:  September 23, 2013<br>Time:  9:30 a.m.<br><br>Complaint Filed:  April 5, 2012<br>Discovery Cutoff:  Oct. 14, 2013<br>Pretrial Conf.:  Dec. 30, 2013<br>Trial Date:  Jan. 28, 2014 |

Defendants Energizer Holdings, Inc., Eveready Battery Co. Inc., and Performance Designed Products LLC. hereby withdraws it's Notice of Supplemental Authority Re Defendants' Motion for Summary Judgment of Patent Invalidity, which was filed as Document Number 199 on Friday, September 27, 2013.

Dated: September 27, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Steven M. Hanle
DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS

Attorneys for Energizer Holdings, Inc., Eveready Battery Co. Inc., and Performance Designed Products LLC

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On September 27, 2013 I electronically filed the following document(s) described as

**DEFENDANTS' NOTICE OF WITHDRAWAL OF ELECTRONICALLY FILED DOCUMENT NO. 199**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 27, 2013 at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis