SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Performance Designed Products LLC and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>              Defendants. | Case No. CV12-03001<br><br>**REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

The Court granted the motion for summary judgment of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No. 8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid (the "Order" (Dkt. No. 205)). The Order provides that Defendants shall lodge a judgment consistent with the Order. Defendants respectfully submit that there is no just reason for delaying entry of judgment on Plaintiff's Amended Complaint, Defendants' Third Additional Defense (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity) . *See* Fed. R. Civ. Proc. 54(b); *Bayer Healthcare Pharms., Inc. v. Watson Pharms., Inc.*, 713 F.3d 1369, 1373 n.3 (Fed. Cir. 2013) ("The district court did not abuse its discretion in applying Rule 54(b)," despite other issues remaining, after a determination of invalidity on summary judgment.); *Sun Pharm. Indus. v. Eli Lilly & Co.*, 611 F.3d 1381, 1384 (Fed. Cir. 2010) (affirming invalidity determination made on summary judgment after Rule 54(b) judgment).

Accordingly, Defendants request entry of the [Proposed] Judgment attached hereto as Exhibit A and lodged herewith. Plaintiff declined to stipulate to entry of the judgment.

DATED: October 28, 2013    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC

By */s/ Steven M. Hanle*
Steven M. Hanle

Attorney for Defendants and Counterclaimants, Performance Designed Products, LLC, Energizer Holdings, Inc., and Eveready Battery Co, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, I filed the foregoing **Request for Entry of Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.  All other interested parties who have not consented to electronic service will be served by U.S. Mail.

　　　　　　　　　　　　　　　　　　　*/s/ Steven M. Hanle*
　　　　　　　　　　　　　　　　　　　Steven M. Hanle