# EXHIBIT  A

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products
LLC and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No. CV12-03001<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

The Court has granted the motion for summary judgment of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No. 8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid. (Dkt. No. 205.)  Having determined that there is no just reason for delaying entry of judgment in accordance with such order, the Court enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:

Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) in favor of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC and against Plaintiff Nyko Technologies, Inc. on Plaintiff's Amended Complaint, Defendants' Third Additional Defense (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity).

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2013, I lodged the foregoing **Proposed**

**Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this

district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic

Filing" automatically generated by CM/ECF at the time the document is filed with

the system constitutes automatic service of the document on counsel of record who

have consented to electronic service.  All other interested parties who have not

consented to electronic service will be served by U.S. Mail.


                                            */s/ Steven M. Hanle*
                                            Steven M. Hanle

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations

3  DANIEL N. YANNUZZI, Cal. Bar No. 196612
   dyannuzzi@sheppardmullin.com
4  GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
   gbuccigross@sheppardmullin.com
5  MATTHEW M. MUELLER, Cal. Bar No. 268486
   mmueller@sheppardmullin.com
6  12275 El Camino Real, Suite 200
   San Diego, California  92130-2006
7  Telephone:  858.720.8900
   Facsimile:   858.509.3691
8
   STEVEN M. HANLE, Cal. Bar No. 168876
9  shanle@sheppardmullin.com
   650 Town Center Drive, 4th Floor
10 Costa Mesa, California  92626
   Telephone:  714.513.5100
11 Facsimile:   714.513.5130

12 Attorneys for Performance Designed Products
   LLC and Energizer Holdings, Inc.
13

14           UNITED STATES DISTRICT COURT
15          CENTRAL DISTRICT OF CALIFORNIA

16 NYKO TECHNOLOGIES, INC. a          Case No. CV12-03001
17 California Corporation,
                                      **[PROPOSED] JUDGMENT
18            Plaintiff,              PURSUANT TO FED. R. CIV.
                                      PROC. 54(b)**
19       v.
                                      The Hon. Gary A. Feess
20 ENERGIZER HOLDINGS, INC. a
   Missouri Corporation, and
21 PERFORMANCE DESIGNED               [Complaint Filed:  April 5, 2012]
   PRODUCTS LLC, a California Limited
22 Liability Company,

23            Defendants.

24

25

26

27

28

The Court has granted the motion for summary judgment of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No. 8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid. (Dkt. No. 205.)  Having determined that there is no just reason for delaying entry of judgment in accordance with such order, the Court enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:

Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) in favor of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC and against Plaintiff Nyko Technologies, Inc. on Plaintiff's Amended Complaint, Defendants' Third Additional Defense (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity).

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2013, I lodged the foregoing **Proposed**

**Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this

district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic

Filing" automatically generated by CM/ECF at the time the document is filed with

the system constitutes automatic service of the document on counsel of record who

have consented to electronic service.  All other interested parties who have not

consented to electronic service will be served by U.S. Mail.


                                   _____ */s/ Steven M. Hanle* _____
                                        Steven M. Hanle

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations

DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Performance Designed Products
LLC and Energizer Holdings, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, <br><br> Defendants. | Case No. CV12-03001 <br><br> **REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)** <br><br> The Hon. Gary A. Feess <br><br> [Complaint Filed:  April 5, 2012] |

The Court granted the motion for summary judgment of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No. 8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid (the "Order" (Dkt. No. 205)). The Order provides that Defendants shall lodge a judgment consistent with the Order. Defendants respectfully submit that there is no just reason for delaying entry of judgment on Plaintiff's Amended Complaint, Defendants' Third Additional Defense (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity) . *See* Fed. R. Civ. Proc. 54(b); *Bayer Healthcare Pharms., Inc. v. Watson Pharms., Inc.*, 713 F.3d 1369, 1373 n.3 (Fed. Cir. 2013) ("The district court did not abuse its discretion in applying Rule 54(b)," despite other issues remaining, after a determination of invalidity on summary judgment.); *Sun Pharm. Indus. v. Eli Lilly & Co.*, 611 F.3d 1381, 1384 (Fed. Cir. 2010) (affirming invalidity determination made on summary judgment after Rule 54(b) judgment).

Accordingly, Defendants request entry of the [Proposed] Judgment attached hereto as Exhibit A and lodged herewith. Plaintiff declined to stipulate to entry of the judgment.

DATED: October 28, 2013        SHEPPARD, MULLIN, RICHTER & HAMPTON,   LLC

By */s/ Steven M. Hanle*
    Steven M. Hanle

Attorney for Defendants and Counterclaimants, Performance Designed Products, LLC, Energizer Holdings, Inc., and Eveready Battery Co, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2013, I filed the foregoing **Request for Entry of Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.  All other interested parties who have not consented to electronic service will be served by U.S. Mail.


_____/s/ Steven M. Hanle_____
Steven M. Hanle

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products
LLC and Energizer Holdings, Inc.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>              Defendants. | Case No. CV12-03001<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

1  The Court has granted the motion for summary judgment of Defendants

2  Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed

3  Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No.

4  8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid.

5  (Dkt. No. 205.)  Having determined that there is no just reason for delaying entry of

6  judgment in accordance with such order, the Court enters judgment as follows:

7  IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:

8  Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) in

9  favor of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and

10  Performance Designed Products, LLC and against Plaintiff Nyko Technologies, Inc.

11  on Plaintiff's Amended Complaint, Defendants' Third Additional Defense

12  (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity).

13

14

15  _____

16  GARY ALLEN FEESS
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2013, I lodged the foregoing **Proposed**

**Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this

district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic

Filing" automatically generated by CM/ECF at the time the document is filed with

the system constitutes automatic service of the document on counsel of record who

have consented to electronic service.  All other interested parties who have not

consented to electronic service will be served by U.S. Mail.


_____*/s/ Steven M. Hanle*_____
Steven M. Hanle

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Performance Designed Products
LLC and Energizer Holdings, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>　　　　　　Defendants. | Case No. CV12-03001<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed: April 5, 2012] |

1   The Court has granted the motion for summary judgment of Defendants

2   Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed

3   Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No.

4   8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid.

5   (Dkt. No. 205.)  Having determined that there is no just reason for delaying entry of

6   judgment in accordance with such order, the Court enters judgment as follows:

7        IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:

8        Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) in

9   favor of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and

10  Performance Designed Products, LLC and against Plaintiff Nyko Technologies, Inc.

11  on Plaintiff's Amended Complaint, Defendants' Third Additional Defense

12  (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity).

13

14

15  _____

16  GARY ALLEN FEESS
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2013, I lodged the foregoing **Proposed**

**Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this

district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic

Filing" automatically generated by CM/ECF at the time the document is filed with

the system constitutes automatic service of the document on counsel of record who

have consented to electronic service.  All other interested parties who have not

consented to electronic service will be served by U.S. Mail.


                                    _____*/s/ Steven M. Hanle*_____
                                         Steven M. Hanle

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products
LLC and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>                    Defendants. | Case No. CV12-03001<br><br>**REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

1    The Court granted the motion for summary judgment of Defendants Energizer

2 Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products,

3 LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No. 8,143,848 asserted

4 against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid (the "Order" (Dkt.

5 No. 205)).  The Order provides that Defendants shall lodge a judgment consistent

6 with the Order.  Defendants respectfully submit that there is no just reason for

7 delaying entry of judgment on Plaintiff's Amended Complaint, Defendants' Third

8 Additional Defense (invalidity), and Count II of Defendants' Counterclaim

9 (declaration of invalidity) .  *See* Fed. R. Civ. Proc. 54(b); *Bayer Healthcare*

10 *Pharms., Inc. v. Watson Pharms., Inc.*, 713 F.3d 1369, 1373 n.3 (Fed. Cir. 2013)

11 ("The district court did not abuse its discretion in applying Rule 54(b)," despite

12 other issues remaining, after a determination of invalidity on summary judgment.);

13 *Sun Pharm. Indus. v. Eli Lilly & Co.*, 611 F.3d 1381, 1384 (Fed. Cir. 2010)

14 (affirming invalidity determination made on summary judgment after Rule 54(b)

15 judgment).

16    Accordingly, Defendants request entry of the [Proposed] Judgment attached

17 hereto as Exhibit A and lodged herewith.  Plaintiff declined to stipulate to entry of

18 the judgment.

19

20

21 DATED: October 28, 2013          SHEPPARD, MULLIN, RICHTER &

22                                                      HAMPTON,    LLC

23

24                                             By */s/ Steven M. Hanle*

                                                    Steven M. Hanle

25

26                                             Attorney for Defendants and Counterclaimants,

27                                             Performance Designed Products, LLC,
                                                    Energizer Holdings, Inc., and Eveready Battery

28                                             Co, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2013, I filed the foregoing **Request for Entry of Judgment Pursuant to Fed. R. Civ. Proc. 54(b)** with the Court through this district's CM/ECF system.  Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.  All other interested parties who have not consented to electronic service will be served by U.S. Mail.

_____/s/ Steven M. Hanle_____
Steven M. Hanle
