| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| 3 | DANIEL N. YANNUZZI, Cal. Bar No. 196612 |
| | dyannuzzi@sheppardmullin.com |
| 4 | GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558 |
| | gbuccigross@sheppardmullin.com |
| 5 | MATTHEW M. MUELLER, Cal. Bar No. 268486 |
| | mmueller@sheppardmullin.com |
| 6 | 12275 El Camino Real, Suite 200 |
| | San Diego, California  92130-2006 |
| 7 | Telephone:  858.720.8900 |
| | Facsimile:   858.509.3691 |
| 8 | |
| | STEVEN M. HANLE, Cal. Bar No. 168876 |
| 9 | shanle@sheppardmullin.com |
| | 650 Town Center Drive, 4th Fl. |
| 10 | Costa Mesa, CA  92626 |
| | Telephone:  714.513.5100 |
| 11 | Facsimile:   714.513.5130 |
| 12 | Attorneys for Performance Designed Products |
| | LLC and Energizer Holdings, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation, | Case No. CV12-03001 |
| Plaintiff, | **NOTICE OF ERRATA RE DKT NO. 206 (REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b))** |
| v. | |
| ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company, | The Hon. Gary A. Feess |
| | [Complaint Filed:  April 5, 2012] |
| Defendants. | |

1  Defendants inadvertently filed an incorrect version of Exhibit A with docket
2  number 206, the Request for Entry of Judgment Pursuant to Fed. R. Civ. Proc.
3  54(b). A corrected Exhibit A is attached hereto.

6  DATED: October 28, 2013    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLC

By */s/ Steven M. Hanle*
Steven M. Hanle

Attorney for Defendants and Counterclaimants, Performance Designed Products, LLC, Energizer Holdings, Inc., and Eveready Battery Co, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, I filed the foregoing **Notice of Errata** with the Court through this district's CM/ECF system. Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service. All other interested parties who have not consented to electronic service will be served by U.S. Mail.

 */s/ Steven M. Hanle*
Steven M. Hanle