# EXHIBIT A

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California  92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products LLC and Energizer Holdings, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b)**<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed: April 5, 2012] |

1   The Court has granted the motion for summary judgment of Defendants
2   Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed
3   Products, LLC (Dkt. Nos. 133) holding all of the claims of U.S. Patent No.
4   8,143,848 asserted against Defendants (claims 1-5, 7, 8, and 10-13, 15-17) invalid.
5   (Dkt. No. 205.)  Having determined that there is no just reason for delaying entry of
6   judgment in accordance with such order, the Court enters judgment as follows:

7   IT IS HEREBY ORDERED, ADJUDGED, DECLARED AND DECREED:
8   Judgment is entered pursuant to Federal Rule of Civil Procedure 54(b) in
9   favor of Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and
10  Performance Designed Products, LLC and against Plaintiff Nyko Technologies, Inc.
11  on Plaintiff's Amended Complaint, Defendants' Third Additional Defense
12  (invalidity), and Count II of Defendants' Counterclaim (declaration of invalidity).

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE