**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff, Counterdefendant and Appellant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation, | Case No. CV12-03001 GAF (VBKx) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company, | Hon. Gary Allen Feess |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

# NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiff and Counterdefendant NYKO Technologies, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the JUDGMENT PURSUANT TO FED. R. CIV. PROC. 54(b) entered in this action on November 5, 2013 [Document 208] (attached as Exhibit 1).

DATED: November 8, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By    /s/G. Warren Bleeker
         G. Warren Bleeker

Attorneys for Plaintiff, Counterdefendant and Appellant NYKO Technologies, Inc.

SCL PAS1266159.1-*-11/8/13 11:01 AM

-2-