SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC, a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001-GAF-VBK<br><br>**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 5, 2013 at 9:00 a.m., or as soon thereafter as may be considered by the Clerk (or the Clerk's designee) telephonically, Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC, the prevailing parties, will present their application to tax costs in the sum of $84,273.71 pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.  Defendants' Bill of Costs, with accompanying exhibits, is attached hereto pursuant to the Local Rule 54.

Dated:  November 18, 2013

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Steven M. Hanle
DANIEL N. YANNUZZI
STEVEN M. HANLE
GRAHAM (GRAY) M. BUCCIGROSS
MATTHEW M. MUELLER

Attorneys for Energizer Holdings, Inc., Eveready Battery Co. Inc., and Performance Designed Products LLC

**ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS**

<u>Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al.</u>

<u>Case No. CV12-03001-GAF-VBK</u>

**<u>Exhibit A:  Deposition Costs (L.R. 54-3.5)</u>**

| | |
|---|---|
| 1. Chris Arbogast | $2,758.30 |
| 2. Gerry Block | $1,556.80 |
| 3. Stephen Bristow | $1,548.50 |
| 4. Simon Huang | $1,008.05 |
| 5. Garry Kitchen | $3,582.14 |
| 6. Garry Kitchen | $1,127.10 |
| 7. Danielle Kyriakos | $1,226.00 |
| 8. Amir Navid | $2,681.20 |
| 9. Thomas Roberts | $1,559.00 |
| **Total for Deposition Costs** | **$17,047.09** |

**<u>Exhibit B:  Fees for Reporters Transcripts (L.R. 54-3.4)</u>**

| | |
|---|---|
| 1. Pamela Batalo (Court Reporter) | $268.80 |
| 2. Lisa Gonzalez (Court Reporter) | $279.36 |
| **Total for Reporters Transcripts** | **$548.16** |

**<u>Exhibit C:  Reproduction of Documents (L.R. 54-3.10)</u>**

| | |
|---|---|
| 1. Advanced Discovery | $59,888.99 |
| 2. Sheppard Mullin | $5,850.00 |
| 3. ProLegal | $657.30 |
| **Total for Reproduction of Documents** | **$66,396.29** |

**Exhibit D:  Service of Process (L.R. 54-3.2)**

    1.  Service of Process to Garry Kitchen     $146.00

**Total for Service of Process**                       **$146.00**

**Exhibit E:  Witness Fee (L.R. 54-3.6)**

    1.  Garry Kitchen                          $66.00

**Total for Witness Fee**                              **$66.00**

**Exhibit F:  Other Costs (L.R. 54-3.12)**

    1.  Cost of Models                          $70.17

**Total for Other Costs**                              **$70.17**

**TOTAL COSTS**                                        **$84,273.71**

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130.

On November 18, 2013 I electronically filed the following document(s) described as

**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties who have consented to electronic service via the CM/ECF system.

S. Art Hasan
G. Warren Bleeker
Katherine Quigley
Christie Parker and Hale LLP
655 North Central Avenue Suite 2300
Glendale, CA 91203-1445
Art.hasan@cph.com
Warren.bleeker@cph.com
Katherine.Quigley@cph.com

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on November 18, 2013 at San Diego, California.

/s/ Sarah Lewis
Sarah Lewis