# EXHIBIT A

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

**Invoice #:** CA1710770
**Invoice Date:** 03/26/2013
**Balance Due:** $3,293.80

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc.
**Job #:** 1621678 | **Job Date:** 3/5/2013 | **Delivery:** Normal
**Billing Atty:** Steve Hanle Esq
**Location:** Christie Parker & Hale LLP
655 North Central Avenue | Suite 2300 | Glendale, CA 91203
**Sched Atty:** Steve Hanle Esq | Sheppard Mullin Richter & Hampton
**Depo Atty:** Steve Hanle Esq

**client matter #** 13RZ-168906
**Case #** CIV12-03001-GAF-VBK

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Chris Arbogast | Original with 1 Certified Transcript | Page | 417.0 | $2,481.15 |
| | Exhibits | Per Page | 131.0 | $85.15 |
| | Realtime Services | Page | 357.0 | $535.50 |
| | Surcharge - Extended Hours | Hour | 1.0 | $75.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:**

| | | |
|---|---|---|
| | **Invoice Total:** | $3,293.80 |
| | **Payment:** | |
| | **Credit:** | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Interest:** $0.00 |
| | | **Balance Due:** $3,293.80 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

*Please tear off stub and return with payment.*

\*900290134\*

Approved for Payment
Please Charge 13RZ-168906

[signature] Steve Hanle (2565) 4/10/13

**Make check payable to:** Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #_____ Exp. Date_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

**Date Invoice #:** CA1710770
**Job #:** 1621678
**Invoice Date:** 03/26/2013
**Balance:** $3,293.80

# INVOICE

3/35✓

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Approved For Payment _____
Please Charge 13RZ-168906

Bill To: Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

Invoice #: CA1693650
Invoice Date: 03/04/2013
Balance Due: $2,135.80

Case: NYKO Technologies, Inc. v. Energizer Holdings, Inc., Et Al.
Job #: 1611199 | Job Date: 2/15/2013 | Delivery: Normal

Location: Sheppard, Mullin, Richter & Hampton, LLP
333 S. Hope Street | 43rd Floor | LA, CA 90071

RECEIVED
MAR 0 8 2013
ACCOUNTING

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Gerry Block | Certified Transcript | Page | 386.0 | $1,273.80 |
| | Exhibits | Per Page | 70.0 | $45.50 |
| | Exhibits - Color | Per Page | 17.0 | $25.50 |
| | Realtime Services | Page | 386.0 | $579.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Miscellaneous | | 1.0 | $95.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:   Misc=Realtime token

| | | |
|---|---|---|
| Invoice Total: | | $2,135.80 |
| Payment: | | |
| Credit: | | |
| Interest: | | $0.00 |
| Balance Due: | | $2,135.80 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**


*  9 0 0 2 9 0 6 0  *

Make check payable to:   Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card #                                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Invoice #: CA1693650
Job #: 1611199
Invoice Date: 03/04/2013
Balance : $2,135.80



**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Graham M Buccigross, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>12275 El Camino Real<br>Ste 200<br>San Diego, CA, 92130 | Invoice #: | CA1839179 |
|---|---|---|---|
| | | Invoice Date: | 8/31/2013 |
| | | Balance Due: | $1,878.50 |

| Case: | Nyko Technologies, Inc. v. Energizer Holdings, Inc., Et Al |
|---|---|
| Job #: | 1723489 | Job Date: 8/29/2013 | Delivery: Daily |
| Billing Atty: | Graham M Buccigross, Esq |
| Location: | Sheppard Mullin Richter Hampton-Orange County<br>650 Town Center Drive | Fourth Floor | Costa Mesa, CA 92626 |
| Sched Atty: | Art Hasan Esq. | Christie Parker & Hale |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Stephen D. Bristow | Certified Transcript | Page | 200.00 | $1,320.00 |
| | Exhibits | Per Page | 160.00 | $104.00 |
| | Exhibits - Color | Per Page | 5.00 | $7.50 |
| | Realtime Services | Page | 200.00 | $330.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |
| | | | Invoice Total: | $1,878.50 |
| Notes: | | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $1,878.50 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 68 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| | Please remit payment to: | Invoice #: | CA1839179 |
|---|---|---|---|
| To pay online, go to<br>www.Veritext.com | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 1723489 |
| | | Invoice Date: | 8/31/2013 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,878.50 |

42668

# VERITEXT
LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** | Graham M Buccigross, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>12275 El Camino Real<br>Ste 200<br>San Diego, CA, 92130 | **Invoice #:** CA1849417<br>**Invoice Date:** 9/17/2013<br>**Balance Due:** $1,417.25 |

| | |
|---|---|
| **Case:** | Nyko Technologies, Inc. v. Energizer Holdings, Inc., Et Al |
| **Job #:** | 1722286 \| Job Date: 8/28/2013 \| Delivery: Normal |
| **Billing Atty:** | Graham M Buccigross, Esq |
| **Location:** | Sheppard Mullin Richter & Hampton-Century City<br>1901 Avenue of the Stars \| Suite 1600 \| Los Angeles, CA 90067 |
| **Sched Atty:** | Art Hasan Esq. \| Christie Parker & Hale |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Simon Huang | Certified Transcript | Page | 248.00 | $3.30 | $818.40 |
| | Exhibits | Per Page | 71.00 | $0.65 | $46.15 |
| | Exhibits - Color | Per Page | 9.00 | $1.50 | $13.50 |
| | Realtime Services | Page | 248.00 | $1.65 | $409.20 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $52.00 | $52.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |
| | | | | **Invoice Total:** | $1,417.25 |
| **Notes:** | | | | **Payment:** | $0.00 |
| | | | | **Credit:** | $0.00 |
| | | | | **Interest:** | $0.00 |
| | | | | **Balance Due:** | $1,417.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 51 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** CA1849417<br>**Job #:** 1722286<br>**Invoice Date:** 9/17/2013<br>**Balance:** $1,417.25 |

42668

Case 2:12-cv-03001-GAF-VBK   Document 211-1   Filed 11/18/13   Page 6 of 11   Page ID #:6056

# INVOICE

**PAID ACH**
MAY 13 2012
GDS

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
4th Floor
Costa Mesa, CA 92626-1993

**RECEIVED**
MAY 05 2013
ACCOUNTING

Invoice #: CA1731178
Invoice Date: 04/18/2013
Balance Due: $3,978.14

| | |
|---|---|
| Case: | NYKO Technologies, Inc. v. Energizer Holdings, Inc. |
| Job #: | 1647583  \|  Job Date: 4/11/2013  \|  Delivery: Expedited |
| Billing Atty: | Steve Hanle Esq |
| Location: | Christie Parker & Hale LLP |
| | 655 North Central Avenue \| Suite 2300 \| Glendale, CA 91203 |
| Sched Atty: | Steve Hanle Esq \| Sheppard Mullin Richter & Hampton |
| Depo Atty: | Steve Hanle Esq |

client matter #   13RZ-168906

*900290352*

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Garry Kitchen | Original with 1 Certified Transcript | Page | 332.0 | $3,160.64 |
| | Exhibits | Per Page | 235.0 | $152.75 |
| | Exhibits - Color | Per Page | 21.0 | $26.25 |
| | Realtime Services | Page | 264.0 | $396.00 |
| | Surcharge - Extended Hours | Hour | 1.5 | $112.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $3,978.14 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569     Term: Net 30 | Balance Due: | $3,978.14 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Please tear off stub and return with payment.

Approved for Payment
Please Charge _13RZ-168906_    (Garry Kitchen Depo)



Steve Hanle (2565)    5/6/13  Date

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: CA1731178
Job #: 1647583
Invoice Date: 04/18/2013
Balance: $3,978.14

For more information on charges related to our services please consult   www.veritext.com/service.info

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 56905 | 9/30/2013 | 44007 |
| Job Date | Case No. | |
| 9/6/2013 | CZ 12-03001 | |

**Case Name**

Nyko Technologies -v- Energizer Holdings, LLC, et al

**Payment Terms**

Due upon receipt

Gray M. Buccigross, Esquire
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real
Suite 200
San Diego, CA  92130

ORIGINAL TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Garry Kitchen | 138.00 | Pages | 821.10 |
| Realtime | 112.00 | Pages | 196.00 |
| Rough ASCII | 112.00 | Pages | 168.00 |
| Exhibits | 152.00 | Pages | 38.00 |
| LEF/SBF/XMEF | | | 75.00 |
| Delivery | | | 25.00 |

TOTAL DUE  >>>   $1,323.10

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

(-) Payments/Credits:   1,323.10
(+) Finance Charges/Debits:   0.00
(=) New Balance:   0.00

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Gray M. Buccigross, Esquire
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real
Suite 200
San Diego, CA  92130

Job No.      : 44007            BU ID    : 21-OOT-R
Case No.     : CZ 12-03001
Case Name    : Nyko Technologies -v- Energizer Holdings, LLC, et al

Invoice No.  : 56905            Invoice Date : 9/30/2013
**Total Due** : **$0.00**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Planet Depos**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

# VERITEXT
## LEGAL SOLUTIONS

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Graham M Buccigross, Esq<br>Sheppard Mullin Richter & Hampton LLP<br>12275 El Camino Real<br>Ste 200<br>San Diego, CA, 92130 | **Invoice #:** CA1769848<br>**Invoice Date:** 6/10/2013<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Nyko Technologies, Inc. v. Energizer Holdings, Inc. |
| **Job #:** | 1660376 \| Job Date: 5/16/2013 \| Delivery: Normal |
| **Billing Atty:** | Graham M Buccigross, Esq |
| **Location:** | Stinson Morrison Hecker LLP<br>7700 Forsyth Blvd., Suite 1100 \| St. Louis, MO 63105-1821 |
| **Sched Atty:** | G. Warren Bleeker \| Christie Parker & Hale |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Danielle Kyriakos | Certified Transcript | Page | 200.00 | $660.00 |
| | Exhibits | Per Page | 260.00 | $169.00 |
| | Exhibits - Color | Per Page | 4.00 | $6.00 |
| | Realtime Services | Page | 174.00 | $287.10 |
| | Rough Draft | Page | 174.00 | $261.00 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.00 | $52.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $1,513.10 |
| | **Payment:** ($1,513.10) |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** CA1769848<br>**Job #:** 1660376<br>**Invoice Date:** 6/10/2013<br>**Balance:** $0.00 |
|---|---|---|

42668

# INVOICE

| | File No 50217 |
|---|---|
| **BARKLEY** | Los Angeles, CA 90074-0217 |
| Court Reporters | Tel 609.222.1231 · Fax 310.857.2611 |
| barkley.com | |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 437703 | 2/8/2013 | 353104 |
| **Job Date** | **Case No.** | |
| 1/30/2013 | CV12-03001-GAF-VBK | |
| **Case Name** | | |
| NYKO Technologies Inc. Enigizer Holdings Inc. | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

PAID
JUL 2013
BT

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA 92626

| Overtime (h) | | 1.50 Hours | @ | 45.00 | 67.50 |
|---|---|---|---|---|---|
| | | **TOTAL DUE >>>** | | | **$5,087.58** |

Location: Glendale, CA

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 5,087.58 |

Approved for Payment
Please Charge  13R2-168906  (NAVID DEPO)

Steve Hanle (2565)

*90029 3493*

RECEIVED
JUL 23 2013
ACCOUNTING

Tax ID: 95-3312349

Phone: 714-513-5100   Fax: 714-513-5130

*Please detach bottom portion and return with payment.*

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA 92626

| Job No. | : 353104 | BU ID | : .BCR - LA |
|---|---|---|---|
| Case No. | : CV12-03001-GAF-VBK | | |
| Case Name | : NYKO Technologies Inc. Enigizer Holdings Inc. | | |
| Invoice No. | : 437703 | Invoice Date | : 2/8/2013 |
| Total Due | : $5,087.58 | | |

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

| PAYMENT WITH CREDIT CARD | AMEX / MC / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

**BARKLEY Court Reporters**
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.807.2611
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 437703 | 2/8/2013 | 353104 |

| Job Date | Case No. |
|---|---|
| 1/30/2013 | CV12-03001-GAF-VBK |

| Case Name |
|---|
| NYKO Technologies Inc. Enigizer Holdings Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA  92626

Original/Index transcript of deposition of:

| Description | Quantity | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Amir Navid | 384.00 | Pages | @ | 5.85 | 2,246.40 |
| Exhibit | 315.00 | Pages | @ | 0.62 | 195.30 |
| BarkleyAccess Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | | 20.00 | 20.00 |
| Administering of Oath - C.C.P. 2093(b), Gov.C.8211(b) | | | | 10.00 | 10.00 |
| Delivery of Original | | | | 20.00 | 20.00 |
| Overtime (h) | 1.50 | Hours | @ | 45.00 | 67.50 |
| Realtime Text (at deposition)(p) | 365.00 | Pages | @ | 1.50 | 547.50 |
| Videographer Present (p) | 384.00 | Pages | @ | 0.50 | 192.00 |
| Transcript Production fee | | | | 42.00 | 42.00 |
| Copies: 8.5 x 11 - Color | 40.00 | Pages | @ | 2.00 | 80.00 |

Videotape Recording of:

Amir Navid.

| Description | Quantity | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Videographer - First 2 Hours | | | | 325.00 | 325.00 |
| Videographer: Hourly Rate | 9.00 | Hours | @ | 105.00 | 945.00 |
| Video Synchronization (h) | 8.75 | Hours | @ | 32.50 | 284.38 |
| Media Stock | | | | 10.00 | 10.00 |
| Video: Service Fee | | | | 35.00 | 35.00 |

Tax ID: 95-3312349

Phone: 714-513-5100   Fax:714-513-5130

*Please detach bottom portion and return with payment.*

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA  92626

Job No.     : 353104           BU ID     : .BCR - LA
Case No.    : CV12-03001-GAF-VBK
Case Name   : NYKO Technologies Inc. Enigizer Holdings Inc.

Invoice No. : 437703           Invoice Date : 2/8/2013
**Total Due** : **$5,087.58**

**PAYMENT WITH CREDIT CARD**               AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   Barkley Court Reporters
            File No 50217
            Los Angeles CA  90074

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

Invoice #: CA1719942
Invoice Date: 04/03/2013
Balance Due: $2,138.00

Case: NYKO Technologies, Inc. v. Energizer Holdings, Inc., Et Al.
Job #: 1635403 | Job Date: 3/26/2013 | Delivery: Normal

Location: Sheppard, Mullin, Richter & Hampton-Del Mar
12275 El Camino Real | Suite 200 | San Diego, CA 92130

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Thomas Roberts | Certified Transcript | Page | 386.0 | $1,273.80 |
| | Exhibits | Per Page | 238.0 | $154.70 |
| | Exhibits - Color | Per Page | 9.0 | $13.50 |
| | Realtime Services | Page | 386.0 | $579.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

Invoice Total: $2,138.00
Payment:
Credit:
Interest: $0.00
Balance Due: $2,138.00

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Please tear off stub and return with payment.



Approved for Payment
Please Charge 13R2-168906 (Tom Roberts Depo)

Steve Hanle (2565)
Date

Make check payable to: Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Invoice #: CA1719942
Job #: 1635403
Invoice Date: 04/03/2013
Balance: $2,138.00

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303