# EXHIBIT B

# SheppardMullin

## REQUEST FOR PAYMENT
See Instructions on Reverse Side

Date Requested: 9/26/13
Date Required: 9/27/13
Time Required (if applicable):

Amount of Payment: $ 268.80
RUSH ☐  Note: cut-off time for rush payments is 4 PM Pacific Time to receive a check the following day (same day for L.A.) and 2 PM to have a wire transfer initiated.

Account Paid From (check one): ☐ OPERATING   ☐ FEE TRUST   ☐ CLIENT TRUST
Form of Payment (check one box to the right):   ☒ CHECK   ☐ WIRE

### Handling Instructions for CHECKS (check one box below)
☐ Mail Check to Vendor (Must have W-9 for new vendors)   ☒ Return Check To: Shirley Winick
*Full name (no initials) & extension*

Make Check Payable to: Pamela A. Batalo, CSR, Inc.
Payee Address: 255 E. Temple Street, Room 181-I, Los Angeles, CA 90012

### Handling Instructions for WIRES
Bank Name:
Bank ABA or SWIFT #:
Beneficiary Name:
Account Number:

### CLIENT CHARGE
Description of Disbursement to Appear on Client's Invoice: Cost of Transcript for 9/23/13 MSJ Hearing

Client Matter No.: 13RZ — 168906
 (4 digit)  (6 digit)
Client/Matter Name: NYKO v. Energizer Holdings

### OFFICE CHARGE
Office:
☐ Beijing (BE)      ☐ Brussels (BR)
☐ Central Services (CS) ☐ Century City (CC)
☐ Chicago (CH)     ☐ Del Mar (DM)
☐ London (LD)      ☐ Los Angeles (LA)
☐ New York (NY)    ☒ Orange County (OC)
☐ Palo Alto (PA)   ☐ San Diego (SD)
☐ San Francisco (SF) ☐ Santa Barbara (SB)
☐ Seoul (SU)       ☐ Shanghai (SH)
☐ Washington, DC (DC)

Practice Group:   ☐ SMRH Administration (AD)
☐ Antitrust & Trade Reg. (AT)    ☐ Gov't Contr. & Reg. Indus. (GC)
☐ Business Trial (BT)(WC)(RC)    ☐ Intellectual Property (IP)
☐ Corporate (CS)                 ☐ Labor & Employment (LB)
☐ Entertainment and Media (EM)   ☐ RE/LUNR/Environment (RE)
☐ Finance & Bankruptcy (FB)      ☐ Tax/Emp. Ben./Trusts & Est. (TE)

General Ledger Acct. No.:
Description of Disbursement to Appear on General Ledger:

**Attach Back-Up**

Payment will be made only with authorized signature(s)
Payment Authorized by: [signature]
*Sign full name - no initials*
Steven M. Hanle
*Print full name of signer*

Additional Authorization:
*Sign full name - no initials*
*Print full name of signer*

- FOR ACCOUNTING USE ONLY -

Trust F
W02-FO
Rev. 7/1(

*90029511 0*

-1-

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | |

| 1. NAME Steven M. Hanle | 2. PHONE NUMBER (714) 424-8293 | 3. DATE Sep 25, 2013 |
|---|---|---|
| 4. FIRM NAME: Sheppard Mullin, et al. | 5. E-MAIL ADDRESS: shanle@sheppardmullin.com | |
| 6. MAILING ADDRESS 650 Town Center Drive, 4th Floor | 7. CITY Costa Mesa | 8. STATE CA  9. ZIP CODE 92626-1993 |
| 10. CASE NUMBER CV 12-03001 GAF (VBK) | 11. CASE NAME NYKO Technologies v. Energizer Holdings | 12. JUDGE Gary A. Feess |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR  ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Sep 23, 2013 | Pamela Batalo | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Motion for Summary Judgment |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

17. DATE:

NAME OF OFFICIAL:

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE:

Month:          Day:          Year:

G-120 (09/12)

**SheppardMullin**

# REQUEST FOR PAYMENT
See Instructions on Reverse Side

Date Requested: 6/4/12  
Date Required: 6/4/12  
Time Required (if applicable): 5:00 p.m.

Amount of Payment: $ 279.36  
RUSH ☒   Note: cut-off time for rush payments is 4 PM Pacific Time to receive a check the following day (same day for L.A.) and 2 PM to have a wire transfer initiated.

Account Paid From (check one): ☐ OPERATING   ☐ FEE TRUST   ☐ CLIENT TRUST  
Form of Payment (check one box to the right): ☒ CHECK   ☐ WIRE

### Handling Instructions for CHECKS (check one box below)
☐ Mail Check to Vendor (Must have W-9 for new vendors)   ☒ Return Check To: Shirley Winick  
*Full name (no initials) & extension*

Make Check Payable to: Lisa Gonzalez  
Payee Address: 255 East Temple Street, Room 181-C, L.A., CA 90012

### Handling Instructions for WIRES
Bank Name:  
Bank ABA or SWIFT #:   Account Number:  
Beneficiary Name:

### CLIENT CHARGE
Description of Disbursement to Appear on Client's Invoice:  
Transcript of 5/29/12 Nyko v. Energizer TRO Hearing

Client Matter No.: 13RZ — 168906   Client/Matter Name: Energizer Holdings adv. NYKO  
(4 digit)   (6 digit)

### OFFICE CHARGE
Office:   Practice Group:   ☐ SMRH Administration (AD)

☐ Beijing (BE)          ☐ Central Services (CS)      ☐ Antitrust & Trade Reg.(AT)     ☐ Gov't Contr. & Reg. Indus. (GC)  
☐ Century City (CC)     ☐ Del Mar (DM)                ☐ Business Trial (BT)(WC)(RC)   ☒ Intellectual Property (IP)  
☐ London (LD)           ☐ Los Angeles (LA)            ☐ Corporate (CS)                ☐ Labor & Employment (LB)  
☐ New York (NY)         ☐ Orange County (OC)          ☐ Entertainment and Media (EM)  ☐ RE/LUNR/Environment (RE)  
☐ Palo Alto (PA)        ☐ San Diego (SD)              ☐ Finance & Bankruptcy (FB)     ☐ Tax/Emp. Ben./Trusts & Est. (TE)  
☐ San Francisco (SF)    ☐ Santa Barbara (SB)  
☐ Shanghai (SH)         ☐ Washington, DC (DC)

General Ledger Acct. No.: _____   **Attach Back-Up**  
Description of Disbursement to Appear on General Ledger:

---

Payment will be made **only** with authorized signature(s).  
Payment Authorized by: _[signature]_  
*Sign full name - no initials*   Carlo F. Van den Bosch for Steven M. Hanle  
*Print full name of signer*

Additional Authorization: _____  
*Sign full name - no initials*   *Print full name of signer*

- FOR ACCOUNTING USE ONLY -  
Trust Funds Available Verified by:

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
(ORANGE COUNTY NO. 3)
650 TOWN CENTER DR., FLOOR 4
COSTA MESA, CA 92626

31616

16-66/1220 CA
CT355

PAY TO THE ORDER OF   Lisa Gonzalez                    DATE  6/4/2012

$ 279.36

Two Hundred Seventy Nine and 36/100 Dollars ------------------------------------- DOLLARS

**Bank of America**
Los Angeles, California

FOR  Transcript of 5/29/12
     Nyko v. Energizer TRO Hearing                    Carol A. Palmer

⑈"031616"⑈ ⑆122000661⑆ 14598⑈07399⑈"

Vendor ID #36499
Steve Hanle/Shirley Winick
13RX-168906  Energizer Holdings adv. NYKO
Transcript of 5/29/12 Nyko v. Energizer TRO Hearing

POSTED
Vendor # 36499   Date 6/7/12
Request # 372855  By B&D