# EXHIBIT D

**AMERICAN MESSENGER SERVICE, INC.**
LEGAL COURIER & ATTORNEY SERVICE
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
Phone (866) 444-0891 • INFO@AMSUNITED.COM

| TOTAL INVOICE: | |
|---|---|
| PAST DUE: | |

Billing Questions:
Eliseo Villegas
Phone: (619) 278-0891
billing@amsunited.com

APPROVED FOR PAYMENT
BY _m R____
Sheppard Mullin Richter & Hampton
12275 El Camino Real, Suite 200  DATE 9/16/13  AMT _____
San Diego, CA 92130
CLIENT/FILE OR OFFICE ACCT _misk/ns k+s_
BILLING PTNR _____ (Client chg over 200.00)
FINAN COMM _____ (Client chg over 500.00)

Tax ID#: 37-1458039

Page: 1

| Invoice #: 519090113 | Invoice Date: 09/02/2013 | Amount Due: $ |
|---|---|---|

| Job# | Svc Type | Description | | | Sub-Total | Total |
|---|---|---|---|---|---|---|
| 341974 29-Aug | Service | Caller: James Bond   Ref: 13RZ-168906<br>Sheppard, Mullin, Richter & Hampton LL  Garry Kitchen<br>12275 El Camino Real<br>San Diego, CA  SGK Service, 3494 Camino Tassajara<br>Description: Fax/PDF Rush Service  Danville, CA<br>Sign/Time: Garry Kitchen<br>Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION  8:00 PM<br>Case Info:  CV 12-3001- GAF (VBKx)  Nyko Technologies, Inc. v. Performance Designed Products LLC et al. | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $146.00<br>$0.00<br>$0.00<br>$0.00<br>$6.90<br>$66.00 | $218.90 |



**AMERICAN MESSENGER SERVICE**

2870 4th Avenue, Suite 102
San Diego, CA 92101
Fax: (619) 278-0892

1-866-444-0891

205 S. Broadway, Suite 925
Los Angeles, CA 90012
Fax: (213)628-0100

Job # 341974

Date Entered: 8/29/2013 4:23:30 PM
Bill To: SHEMUDM
Driver: AFF

Caller: James Bond
Extension:
Refrence: 13RZ-168906
Sheppard Mullin Richter & Hampto
12275 El Camino Real, Suite 200
San Diego, CA 92130
858 720-8900
858 509-3691

SvceType: Service
Description: Fax/PDF Rush Service

Special Instructions: Personal service and advance $66.00. Please attempt this evening and if unsuccessful then attempt early tomorrow morning
Complete By: 8/29/2013

**Pick up Name:**
Sheppard, Mullin, Richter & Hampton LLP
Address: 12275 El Camino Real
Suite: , Suite 200
City State: San Diego, CA
Zip: 92130
Phone #:

**Deliver To:**
Garry Kitchen
Address: 3335 Green Meadow Drive
Suite:
City State: Danville, CA
Zip Code: 94506
Phone #:

Case #: CV 12-3001- GAF (VBKx)
Case Name: Nyko Technologies, Inc. v. Performance Designed Products LLC et al.
Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Race: ____ Sex: ____ Age: ____ Hair: ____ Eyes: ____ Height: ____ Weight: ____

| | Date: | Time: | Driver: | Notes: | Client Called |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

X _____

Time: _____