# EXHIBIT E

**AMERICAN MESSENGER SERVICE, INC.**
LEGAL COURIER & ATTORNEY SERVICE
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
Phone (866) 444-0891 • INFO@AMSUNITED.COM

TOTAL INVOICE:

PAST DUE:

Billing Questions:
Eliseo Villegas
Phone: (619) 278-0891
billing@amsunited.com

APPROVED FOR PAYMENT
BY _____
Sheppard Mullin Richter & Hampton
12275 El Camino Real, Suite 200   DATE 9/16/13   AMT _____
San Diego, CA 92130
CLIENT/FILE OR OFFICE ACCT _____
BILLING PTNR _____ (Client chg over 200.00)
FINAN COMM _____ (Client chg over 500.00)

Tax ID#: 37-1458039

Page: 1

| Invoice #: 519090113 | Invoice Date: 09/02/2013 | Amount Due: $ |
|---|---|---|

| Job# | Svc Type | Description | | | Sub-Total | Total |
|---|---|---|---|---|---|---|
| 341974 29-Aug | Service | Caller: James Bond    Ref: 13RZ-168906<br>Sheppard, Mullin, Richter & Hampton LL   Garry Kitchen<br>12275 El Camino Real    SGK Service, 3494 Camino Tassajara<br>San Diego, CA    Danville, CA<br>Description: Fax/PDF Rush Service<br>Sign/Time: Garry Kitchen    8:00 PM<br>Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION<br>Case Info: CV 12-3001- GAF (VBKx)   Nyko Technologies, Inc. v. Performance Designed Products LLC et al. | | Base: $146.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $6.90<br>Fee Adv.: $66.00 | | $218.90 |



# AMERICAN MESSENGER SERVICE

**Job #** 341974

2870 4th Avenue, Suite 102
San Diego, CA 92101
Fax: (619) 278-0892

1-866-444-0891

205 S. Broadway, Suite 925
Los Angeles, CA 90012
Fax: (213)628-0100

**Date Entered:** 8/29/2013 4:23:30 PM
**Bill To:** SHEMUDM
**Driver:** AFF

**Caller:** James Bond
Sheppard Mullin Richter & Hampto
12275 El Camino Real, Suite 200
San Diego, CA 92130
858 720-8900
858 509-3691

**Extension:**
**Refrence:** 13RZ-168906
**SvceType:** Service
**Description:** Fax/PDF Rush Service

**Special Instructions**
**Complete By:** 8/29/2013
Personal service and advance $66.00. Please attempt this evening and if unsuccessful then attempt early tomorrow morning

**Pick up Name:**
Sheppard, Mullin, Richter & Hampton LLP
Address: 12275 El Camino Real
Suite: , Suite 200
City State: San Diego, CA
Zip: 92130
Phone #:

**Deliver To:**
Garry Kitchen
Address: 3335 Green Meadow Drive
Suite:
City State: Danville, CA
Zip Code: 94506
Phone #:

**Case #:** CV 12-3001- GAF (VBKx)
**Case Name:** Nyko Technologies, Inc. v. Performance Designed Products LLC et al.
**Documents:** SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Race:_____ Sex:_____ Age:_____ Hair:_____ Eyes:_____ Height:_____ Weight:_____

| # | Date: | Time: | Driver: | Notes: | Client Called |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

X _____    Time: _____