# EXHIBIT F

# SmithMullin

# EXPENSE SUMMARY

**Date:** 08/30/13

**Attorney Billing Number or Employee I.D.:** 2836

**Name:** Jesse Salen

### Practice Group

- [ ] Brussels
- [x] Del Mar Heights (DM)
- [ ] New York (NY)
- [ ] San Diego (SD)
- [ ] Seoul (SU)
- [ ] Century City (CC)
- [ ] London (LD)
- [ ] Orange County (OC)
- [ ] San Francisco (SF)
- [ ] Shanghai (SH)
- [ ] Antitrust (AT)
- [ ] Business Trial Practice (BT)
- [ ] Constr., Environ., RE & Land Use Lit. (RC)
- [ ] Corporate (CS)
- [ ] Entertainment and Media (EM)
- [ ] Finance & Bankruptcy (FB)
- [ ] Gov't. Contracts & Regulated Indus. (GC)
- [ ] Intellectual Property (IP)
- [ ] Labor & Employment (L
- [ ] Real Estate/LUNR/Envir
- [ ] Tax/Employee Benefits/
- [ ] White Collar Defense (V
- [ ] Adn
- [ ] Cen

| Expense Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Cl |
|---|---|---|---|---|---|---|
| 8/29/13 | San Diego | XBOX 360 Charge System & PS3 Charge Station | Analysis of the accused product in the case. | | $70.17 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total: | $70.17 | |
| | | | | Less Advances: | — | |
| | | | | Amount Due (firm/me): | $70.17 | |

I affirm, you verify your presence when food or beverages were served for which you seek reimbursement as a amounts spent on food or beverages separately from other amounts such as hotel room charges. whether or not the expenditure is chargeable to a client.

PAID ACH
SEP 10 2013
DK

RECEIVED
SEP 03 2013
ACCOUNTING

003642.1

Revised 07/13/12

Page 1 of 2

*9002954005

1003642.1

Revised 07/13/12

Page 1 of __

R.S. requires that all items of $25.00 or more have a receipt attached. Every effort should be made, however, to for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are us," notations should be made on the receipts themselves as to persons entertained, business purpose, etc.

By submitting the foregoing expense summary, I certify that the amounts claimed in connection with Sheppard Mullin business and are reimbursable under the Fi guidelines.

X _____

Executive Director/App

```
         Welcome to BEST BUY #1533
              SAN DIEGO, CA 92128
                (858)613-7539
              Keep your receipt!
```

|||||||| (barcode)

```
                326246 338491 346915-602290-34

     001 0175 08/29/13    19:09 00820469


   158   PE SC                      34.99
     PC SCO CHARGE SYSTEM - W/ B
     N TAX = P
   MTS   PT 6328                    29.99
     5 ENERGIZER CHARGE STATION
     N TAX = 40
   215   RZ CARD                     0.00 N
     WITH ZONE CARD
     MEMBER ID 2359266749
                                  -----------
                     SUBTOTAL       64.98
                   SALES TAX AMOUNT  5.19
                                  ===========
                        TOTAL       70.17

   XXXXXX4973    MASTERCARD         70.17
     N SALEM
     AUTH 847377


         THANK YOU FOR SHOPPING AT BEST BUY TODAY!
         RETURN AND EXCHANGE AS OF 05/21/13
         N  30 DAYS
         BESTBUY.COM FOR MORE INFO



        Ineligible items for return.
        Some items are ineligible for return.
            (60 days for Reward Zone
             Premier Silver members).
```