**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
858.720.8900 main
858.509.3691 fax
www.sheppardmullin.com

Gray M. Buccigross
858.720.7427 direct
gbuccigross@sheppardmullin.com

December 5, 2012

File Number: 13RZ-168906

VIA E-MAIL

G. Warren Bleeker, Esq.
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue
Suite 2300
Glendale, CA 91203
E-mail:  warren.bleeker@cph.com

Re:   *Nyko Technologies, Inc. v. Performance Designed Products LLC and Energizer Holdings, Inc.*
      C.D. Cal., Case No.  CV 12-03001

Dear Warren:

We write regarding additional deficiencies in Nyko's document production.  In particular, Nyko must produce all documents referring or relating to the following Nyko purchase/sales orders and invoices, including without limitation purchase orders, sales orders, invoices, shipping documents, and all communications regarding such orders and invoices:

SO Numbers:  97145-97148, 97595, 97596, 98010, 98081, 98103, 98107, 98190-98193, 98233, 99007, 99014, 99117, 99161, 99499.

Invoice Numbers:  103430, 101146-101149, 101622, 101623, 102052-102055, 102057, 102086, 102087, 102102, 102535-102538, 102575-102580, 103172-103175, 103180, 103188, 103190, 103221, 103222, 103225, 103529, 103611, 113979, 113980, 113982.

Such documents are encompassed by at least the following requests for production, which were propounded on July 16, 2012:

- RFP No. 72 ("All Documents and Things evidencing or referring to any sale of any Nyko charger for wireless game controllers prior to the filing of the '295 Application.")
- RFP No. 6 ("All Documents evidencing or referring to Communications between Nyko and any retailer regarding any Nyko Patented Instrumentality, including Communications regarding the purchase, sale, evaluation, negotiation of terms, pricing, discontinuation of purchase, or discontinuation of sale of such Instrumentality.")
- RFP No. 39 ("All Documents that You contend support, or that would tend to refute, Your contention that the '848 Patent is not invalid or unenforceable.")

# SheppardMullin

G. Warren Bleeker, Esq.
December 5, 2012
Page 2

- RFP No. 71 ("All Documents and Things evidencing or referring to any offer for sale of any Nyko charger for wireless game controllers prior to the filing of the '295 Application.")
- RFP No. 73 ("All Documents and Things evidencing or referring to any publication of any Nyko charger for wireless game controllers prior to the filing of the '295 Application.")

Please produce all such documents by December 10, 2012.  If Nyko will not produce these documents by that date, please inform us immediately, and this letter will constitute PDP's formal written request for a conference of counsel pursuant to L.R. 37-1.  If need be, PDP will move to compel.  PDP will rely on at least Rules 26 and 34 of the Federal Rules of Civil Procedure.  PDP will seek an order compelling Nyko to produce the requested documents, and PDP will seek to recover its costs, including attorneys' fees incurred.

Sincerely,

*/s/ Gray M. Buccigross*

Gray M. Buccigross
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


SMRH:407652324.1
cc:    Art Hasan, Esq.
       Katherine Quigley, Esq.
       pdp@sheppardmullin.com

# SheppardMullin