# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
858.720.8900 main
858.509.3691 fax
www.sheppardmullin.com

Gray M. Buccigross
858.720.7427 direct
gbuccigross@sheppardmullin.com

November 6, 2012

File Number: 13RZ-168906

VIA E-MAIL

G. Warren Bleeker, Esq.
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue
Suite 2300
Glendale, CA 91203
E-mail: warren.bleeker@cph.com

Re: *Nyko Technologies, Inc. v. Performance Designed Products LLC and Energizer Holdings, Inc.*
C.D. Cal., Case No. CV 12-03001

Dear Warren:

On October 12, 2012, Performance Designed Products LLC ("PDP") noticed the deposition of Amir Navid, the inventor of the patent-in-suit and Nyko's Vice President of Research and Development, for November 8, 2012. PDP is unable to meaningfully depose Mr. Navid on November 8 because Nyko has not complied with its discovery obligations under the Federal Rules of Civil Procedure.

In particular, Nyko's interrogatory responses regarding Mr. Navid's activities, such as conception and diligence in reduction to practice, are deficient for the reasons explained in PDP's motion to compel. Moreover, Nyko has only produced 129 documents to date, and its interrogatory responses suggest that Nyko has not produced all responsive documents. Furthermore, Nyko has obviously not produced all non-privileged documents responsive to PDP's First Set of Requests for Production. If Nyko contends that it has produced all responsive documents, please advise immediately.

We intend to re-notice Mr. Navid's deposition during the last week of November or first week of December, 2012. We expect that Nyko will provide complete interrogatory responses, produce all non-privileged and responsive documents, and produce a privilege log well in advance of Mr. Navid's deposition. Please let us know immediately if Nyko does not intend to do so.

Exhibit L
Page L-1

**SheppardMullin**

G. Warren Bleeker, Esq.
November 6, 2012
Page 2

Sincerely,

*/s/ Gray M. Buccigross*

Gray M. Buccigross
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:407240208

cc:   Art Hasan, Esq.
      Katherine Quigley, Esq.
      pdp@sheppardmullin.com

Exhibit L
Page L-2