## Sarah Lewis

| | |
|---|---|
| **From:** | Warren Bleeker <warren.bleeker@cph.com> |
| **Sent:** | Tuesday, November 27, 2012 1:01 PM |
| **To:** | Matthew Mueller; Art Hasan; Katherine L. Quigley |
| **Cc:** | LegalTm-PDP-Nyko; Stacey R. Dawson; Stacy Goodwin; Sarah Lewis |
| **Subject:** | RE: Nyko Technologies v. PDP and Energizer Holdings (C.D.CA, No. 12-3001) |

Dear Counsel--

Counsel for NYKO has previous commitments on December 5, so Mr. Navid's deposition cannot take place on that date.  Please provide us additional dates.  In doing so, please be aware that NYKO will likely not have completed its document production by December 5.  We suggest scheduling the deposition for mid-January.  NYKO's document production will likely be complete by then.  Mr. Navid will only be made available once for deposition.  To the extent that Defendants insist on deposing Mr. Navid prior to NYKO completing its document production, Defendants will not have another opportunity to depose him.

Best Regards,
Warren



G. Warren Bleeker | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800

---------------------------------------------------------------
The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

**From:** Matthew Mueller [mailto:mmueller@sheppardmullin.com]
**Sent:** Wednesday, November 21, 2012 5:06 PM
**To:** Warren Bleeker; Art Hasan; Katherine L. Quigley
**Cc:** LegalTm-PDP-Nyko; Stacey R. Dawson; Stacy Goodwin; Sarah Lewis
**Subject:** Nyko Technologies v. PDP and Energizer Holdings (C.D.CA, No. 12-3001)

Please see the attached notice of deposition.

Matt

Matthew M. Mueller
858.720.7408 | direct
858.847.4884 | direct fax
mmueller@sheppardmullin.com | Bio

### SheppardMullin

Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

1

<u>Circular 230 Notice:</u> In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.