## Sarah Lewis

| | |
|---|---|
| **From:** | Steve Hanle |
| **Sent:** | Thursday, January 03, 2013 10:02 AM |
| **To:** | 'warren.bleeker@cph.com'; LegalTm-PDP-Nyko |
| **Cc:** | 'Art.Hasan@cph.com'; 'Stacey.Dawson@cph.com' |
| **Subject:** | Re: Chris Arbogast deposition |

His deposition will go forward on that date absent a confirmed date close to January 16. Please let us know his availability on January 10-24. We may be able to take his deposition on a weekend if that is the only day available.

Regards,
Steve Hanle

**From**: Warren Bleeker [mailto:warren.bleeker@cph.com]
**Sent**: Thursday, January 03, 2013 10:54 AM
**To**: LegalTm-PDP-Nyko
**Cc**: Art Hasan <Art.Hasan@cph.com>; Stacey R. Dawson <Stacey.Dawson@cph.com>
**Subject**: Chris Arbogast deposition

Counsel--

Chris Arbogast is not available for deposition on Jan. 16.  Please provide us alternate dates so that we can find a mutually agreeable date.

Best Regards,
Warren



G. Warren Bleeker | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800
-------------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.