SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:  858.720.8900
Facsimile:  858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC. a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. CV12-03001-GAF-VBK<br><br>**DECLARATION OF STEVEN M. HANLE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: December 16, 2013<br>Time: 9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |
|---|---|

Steven M. Hanle declares as follows:

1. I am a partner with Sheppard Mullin Richter & Hampton ("SMRH"), counsel for Defendants Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc. (collectively "Defendants"). I have personal knowledge of the following, and could and would testify competently thereto.

2. SMRH attorneys and paralegals recorded the time they spent working on the case and a description of the tasks performed at or near the time the work was performed. The value of the time was recorded in SMRH's accounting system according to the standard hourly fees charged for the SMRH attorneys and paralegals who performed the work:

- I am a partner at SMRH with 20 years of patent litigation experience in Southern California. My hourly billing rate is $690.
- Daniel Yannuzzi is a partner at SMRH with almost 20 years of patent litigation experience. Mr. Yannuzzi's hourly billing rate is $695.
- Gray Buccigross is an associate at SMRH with over 9 years of patent litigation experience. Mr. Buccigross' hourly billing rate is $525.
- Matthew Mueller is an associate at SMRH with 4 years of patent litigation experience. Mr. Mueller's hourly billing rate is $400.
- Sooho Lee is an associate at SMRH with 2 years of patent litigation experience. Mr. Lee's hourly billing rate is $295.
- Kevin Capps was an associate at SMRH with over 3 years of patent litigation experience. Mr. Capps is no longer with the firm. Mr. Capps' reduced hourly billing rate for this case was $374.
- Jonathan Marina is an associate at SMRH with 1 year of patent litigation experience. Mr. Marina's hourly billing rate is $295.

- Rex Bautista was a paralegal at SMRH and is no longer with the firm. Mr. Bautista's hourly billing rate was $295.
- Sarah Lewis is a paralegal at SMRH. Ms. Lewis' hourly billing rate is $295.
- James Bond is a paralegal at SMRH. Mr. Bond's hourly billing rate is $295.

3. The first five attorneys listed above had a substantial role in the case. Particular tasks were performed by different attorneys depending on the nature of the task, the experience of the attorneys, the most efficient use of attorney resources, and the attorneys' obligations on other matters. In addition, Plaintiff's production of over 82,000 pages of documents, sometimes within days before an important deposition, necessitated SMRH to utilize two additional attorneys, Mr. Capps and Mr. Marina, to review these documents. In order to reduce attorney fees, SMRH discounted the hourly billing rates for these two attorneys. Their rates listed above reflect the discounted rate.

4. In July 2013, Mr. Bautista, SMRH's paralegal managing this matter left the firm. Following Mr. Bautista's departure, Ms. Lewis, who inherited all of Mr. Bautista's matters, handled this matter in addition to her existing matters. In August 2013, Mr. Bond joined SMRH as a paralegal and provided further assistance in this matter.

5. Based on my experience in litigating patent infringement cases in Southern California and in numerous jurisdictions throughout the United States, the foregoing hourly rates are comparable to or lower than those charged for attorneys of similar experience by large law firms for patent litigation in the major metropolitan areas.

6. Attached hereto as Exhibit A is a spreadsheet showing work done in this case. The spreadsheet includes: (1) the date tasks were performed; (2) the timekeeper name; (3) the hours spent; (4) the fees associated with those hours; and

(5) a description of the tasks done during those hours.  Task descriptions that disclose privilege communications or work product have been redacted.

7. The total attorneys' fees sought by Defendants are **$1,819,548.50**, subject to adjustment for fees incurred in connection with post-judgment proceedings.  Attached hereto as Exhibit B is a true and correct copy of relevant pages of the 2013 American Intellectual Property Law Association Economic Survey relating to patent infringement litigation.  The Survey shows at page I-131 that the average fee amount through end of discovery for a patent infringement case with alleged damages between $1 million and $25 was $1.68 million, with the third quartile point at $2.5 million.  Further, the average attorney fee amount for such cases handled by firms with over 60 attorneys (such as the firm representing the Defendants in this case) was $2.35 million.  (See p. I-135.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, in Costa Mesa, California, on this 18th day of November, 2013.

By     /s/ Steven M. Hanle
STEVEN M. HANLE

Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC