# Total Costs: Litigation-Patent Infringement, All Varieties by Location

## Litigation-Patent Infringement, All Varieties <$1M End of Discovery (000s) by Location (Q41Aa)

|  | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 181 | 4 | 14 | 7 | 19 | 10 | 5 | 6 | 19 | 6 | 31 | 18 | 16 | 11 | 15 |
| Mean (Average) | $530 | $913 | $824 | $764 | $816 | $325 | $450 | $280 | $497 | $483 | $444 | $494 | $340 | $736 | $278 |
| First Quartile 25% | $200 | ISD | $175 | $300 | $300 | $188 | $250 | $78 | $200 | $238 | $200 | $200 | $213 | $300 | $150 |
| Median (Midpoint) | $350 | $1,000 | $425 | $350 | $500 | $200 | $400 | $250 | $300 | $450 | $300 | $375 | $350 | $500 | $250 |
| Third Quartile 75% | $500 | ISD | $1,550 | $1,000 | $1,000 | $413 | $675 | $438 | $500 | $763 | $500 | $525 | $438 | $800 | $400 |

## Litigation-Patent Infringement, All Varieties <$1M Inclusive, all costs (000s) by Location (Q41Ab)

|  | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 177 | 4 | 15 | 7 | 19 | 10 | 6 | 6 | 17 | 4 | 31 | 18 | 15 | 11 | 14 |
| Mean (Average) | $968 | $1,450 | $1,455 | $1,157 | $1,309 | $608 | $650 | $387 | $909 | $825 | $852 | $908 | $565 | $1,825 | $595 |
| First Quartile 25% | $400 | ISD | $450 | $500 | $500 | $288 | $400 | $68 | $300 | ISD | $400 | $500 | $200 | $625 | $325 |
| Median (Midpoint) | $700 | $1,500 | $1,200 | $600 | $850 | $413 | $650 | $225 | $700 | $725 | $750 | $750 | $700 | $1,000 | $500 |
| Third Quartile 75% | $1,000 | ISD | $2,100 | $1,500 | $1,300 | $700 | $850 | $813 | $1,000 | ISD | $1,000 | $1,050 | $800 | $2,500 | $638 |

## Litigation-Patent Infringement, All Varieties $1-$10M End of Discovery (000s) by Location (Q41Ac)

|  | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 201 | 4 | 15 | 7 | 22 | 14 | 5 | 6 | 21 | 10 | 29 | 21 | 14 | 13 | 20 |
| Mean (Average) | $1,229 | $1,613 | $1,707 | $993 | $1,522 | $982 | $940 | $983 | $1,114 | $2,085 | $833 | $1,214 | $971 | $1,773 | $983 |
| First Quartile 25% | $500 | ISD | $400 | $500 | $938 | $300 | $675 | $88 | $500 | $1,600 | $400 | $500 | $650 | $825 | $413 |
| Median (Midpoint) | $1,000 | $1,625 | $1,400 | $800 | $1,400 | $750 | $850 | $375 | $750 | $2,000 | $600 | $1,000 | $850 | $1,500 | $750 |
| Third Quartile 75% | $1,600 | ISD | $3,000 | $1,000 | $2,000 | $1,500 | $1,250 | $1,750 | $1,600 | $2,500 | $1,200 | $1,500 | $1,350 | $2,750 | $1,000 |

AIPLA Report of the Economic Survey 2013
I-129

# Total Costs: Litigation-Patent Infringement, All Varieties by Location

## Litigation-Patent Infringement, All Varieties $1-$10M Inclusive, all costs (000s) by Location (Q41Ad)

| | | | | | | | | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 195 | 4 | 16 | 7 | 21 | 13 | 6 | 6 | 19 | 8 | 30 | 21 | 13 | 12 | 19 |
| Mean (Average) | $2,100 | $2,388 | $2,903 | $1,714 | $2,552 | $2,319 | $1,867 | $1,592 | $1,882 | $2,656 | $1,528 | $2,031 | $1,640 | $2,875 | $1,874 |
| First Quartile 25% | $1,000 | ISD | $1,000 | $850 | $1,900 | $500 | $1,425 | $163 | $1,000 | $2,325 | $588 | $1,200 | $900 | $1,350 | $1,000 |
| Median (Midpoint) | $2,000 | $2,500 | $2,800 | $1,700 | $2,500 | $1,300 | $1,750 | $875 | $1,500 | $2,500 | $1,150 | $2,000 | $1,500 | $2,050 | $1,800 |
| Third Quartile 75% | $2,700 | ISD | $4,750 | $2,000 | $3,000 | $3,000 | $2,250 | $3,125 | $2,500 | $2,938 | $2,500 | $2,500 | $2,100 | $4,875 | $2,500 |

## Litigation-Patent Infringement, All Varieties $10-$25M End of Discovery (000s) by Location (Q41Ae)

| | | | | | | | | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 178 | 6 | 16 | 7 | 20 | 9 | 5 | 5 | 18 | 9 | 25 | 19 | 13 | 14 | 12 |
| Mean (Average) | $2,192 | $2,808 | $2,444 | $1,761 | $2,756 | $1,639 | $2,660 | $1,215 | $2,247 | $3,500 | $1,266 | $2,332 | $2,365 | $2,568 | $1,504 |
| First Quartile 25% | $975 | $1,588 | $750 | $750 | $1,625 | $600 | $1,400 | $288 | $1,188 | $2,900 | $525 | $1,000 | $1,350 | $1,375 | $525 |
| Median (Midpoint) | $2,000 | $3,250 | $3,000 | $2,000 | $3,000 | $1,000 | $3,000 | $1,000 | $2,000 | $3,500 | $1,000 | $1,750 | $2,500 | $2,500 | $950 |
| Third Quartile 75% | $3,000 | $3,750 | $3,875 | $2,000 | $3,375 | $2,500 | $3,750 | $2,250 | $3,000 | $4,250 | $1,950 | $3,000 | $3,250 | $3,125 | $2,000 |

## Litigation-Patent Infringement, All Varieties $10-$25M Inclusive, all costs (000s) by Location (Q41Af)

| | | | | | | | | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 178 | 6 | 16 | 7 | 20 | 9 | 6 | 5 | 18 | 7 | 25 | 19 | 13 | 14 | 13 |
| Mean (Average) | $3,554 | $5,008 | $4,066 | $2,507 | $4,170 | $2,933 | $4,583 | $2,340 | $3,422 | $4,343 | $2,372 | $3,603 | $3,247 | $4,857 | $3,154 |
| First Quartile 25% | $2,000 | $3,150 | $1,688 | $1,000 | $3,000 | $875 | $3,500 | $850 | $2,000 | $4,000 | $900 | $2,000 | $1,425 | $2,250 | $1,550 |
| Median (Midpoint) | $3,325 | $4,725 | $4,000 | $2,500 | $4,000 | $2,000 | $4,250 | $2,000 | $3,375 | $4,000 | $2,200 | $2,500 | $3,500 | $4,500 | $3,000 |
| Third Quartile 75% | $5,000 | $7,000 | $5,800 | $3,000 | $5,000 | $4,500 | $5,750 | $4,000 | $4,500 | $4,500 | $3,250 | $4,000 | $4,750 | $8,125 | $4,500 |

AIPLA Report of the Economic Survey 2013

## Total Costs: Litigation-Patent Infringement, All Varieties by Location

### Litigation-Patent Infringement, All Varieties $1-$25M End of Discovery (000s) by Location (Q41Ac&e)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 216 | 6 | 18 | 7 | 23 | 14 | 6 | 7 | 21 | 10 | 30 | 22 | 16 | 16 | 20 |
| Mean (Average) | $1,680 | $2,567 | $2,015 | $1,377 | $2,122 | $1,186 | $1,946 | $1,363 | $1,554 | $2,698 | $1,036 | $1,789 | $1,575 | $2,213 | $1,218 |
| First Quartile 25% | $702 | $1,194 | $719 | $625 | $1,400 | $375 | $813 | $100 | $675 | $2,050 | $488 | $738 | $788 | $988 | $500 |
| Median (Midpoint) | $1,400 | $2,938 | $1,700 | $1,325 | $2,100 | $875 | $1,688 | $675 | $1,250 | $2,750 | $888 | $1,225 | $1,525 | $2,125 | $913 |
| Third Quartile 75% | $2,500 | $3,563 | $3,188 | $1,500 | $2,750 | $2,000 | $2,813 | $3,000 | $2,250 | $3,094 | $1,513 | $2,063 | $2,425 | $2,938 | $1,500 |

### Litigation-Patent Infringement, All Varieties $1-$25M Inclusive, all costs (000s) by Location (Q41Ad&f)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 211 | 6 | 19 | 7 | 22 | 13 | 7 | 7 | 19 | 8 | 31 | 22 | 15 | 15 | 20 |
| Mean (Average) | $2,831 | $4,633 | $3,449 | $2,111 | $3,380 | $2,373 | $3,421 | $2,245 | $2,574 | $3,353 | $1,937 | $2,857 | $2,451 | $3,935 | $2,504 |
| First Quartile 25% | $1,500 | $2,369 | $2,000 | $875 | $2,481 | $575 | $1,750 | $175 | $1,400 | $3,000 | $875 | $1,544 | $1,500 | $1,500 | $1,500 |
| Median (Midpoint) | $2,600 | $4,163 | $2,750 | $2,100 | $3,250 | $1,350 | $3,000 | $1,375 | $2,375 | $3,350 | $1,625 | $2,288 | $2,650 | $2,750 | $2,125 |
| Third Quartile 75% | $3,750 | $7,000 | $5,000 | $2,250 | $4,063 | $4,250 | $3,750 | $5,000 | $3,500 | $3,500 | $2,750 | $3,031 | $3,100 | $6,500 | $3,000 |

### Litigation-Patent Infringement, All Varieties >$25M End of Discovery (000s) by Location (Q41Ag)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 173 | 5 | 19 | 6 | 20 | 9 | 4 | 4 | 18 | 8 | 25 | 19 | 11 | 12 | 13 |
| Mean (Average) | $3,571 | $3,650 | $4,947 | $2,167 | $4,165 | $3,300 | $3,225 | $1,269 | $3,433 | $5,200 | $2,410 | $3,511 | $5,009 | $3,667 | $2,465 |
| First Quartile 25% | $1,500 | $1,875 | $2,000 | $575 | $3,000 | $1,000 | ISD | ISD | $2,313 | $3,625 | $925 | $1,250 | $3,000 | $2,000 | $775 |
| Median (Midpoint) | $3,000 | $4,500 | $4,500 | $1,450 | $4,250 | $3,000 | $3,500 | $1,000 | $3,000 | $4,050 | $2,000 | $3,000 | $5,500 | $3,250 | $2,000 |
| Third Quartile 75% | $5,000 | $5,000 | $6,500 | $4,250 | $5,000 | $5,000 | ISD | ISD | $4,813 | $7,500 | $3,750 | $5,000 | $6,000 | $5,000 | $4,750 |

AIPLA Report of the Economic Survey 2013
I-131

## Total Costs: Litigation-Patent Infringement, All Varieties by Location

Litigation-Patent Infringement, All Varieties >$25M Inclusive, all costs (000s) by Location (Q41Ah)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 176 | 6 | 18 | 7 | 21 | 9 | 4 | 4 | 18 | 6 | 25 | 20 | 11 | 12 | 15 |
| Mean (Average) | $5,911 | $6,833 | $7,361 | $9,386 | $5,929 | $5,856 | $5,375 | $3,063 | $5,025 | $7,083 | $4,622 | $5,663 | $7,045 | $6,792 | $4,623 |
| First Quartile 25% | $3,500 | $5,250 | $3,500 | $1,000 | $4,750 | $1,750 | ISD | ISD | $3,625 | $5,375 | $1,750 | $3,625 | $6,000 | $4,000 | $3,000 |
| Median (Midpoint) | $5,500 | $6,500 | $6,750 | $6,000 | $5,000 | $5,000 | $5,250 | $3,000 | $5,500 | $6,000 | $4,000 | $4,750 | $8,000 | $5,250 | $3,500 |
| Third Quartile 75% | $7,500 | $9,250 | $10,500 | $7,500 | $7,500 | $9,000 | ISD | ISD | $6,313 | $9,750 | $6,000 | $7,500 | $8,500 | $9,500 | $7,000 |

AIPLA Report of the Economic Survey 2013

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

### Litigation-Patent Infringement, All Varieties <$1M End of Discovery (000s) by Type of Practice (Q41Aa)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 181 | 30 | 28 | 47 | 46 | 28 |
| Mean (Average) | $530 | $255 | $346 | $427 | $745 | $855 |
| First Quartile 25% | $200 | $180 | $150 | $250 | $300 | $263 |
| Median (Midpoint) | $350 | $250 | $225 | $300 | $500 | $550 |
| Third Quartile 75% | $500 | $300 | $463 | $500 | $1,000 | $1,000 |

### Litigation-Patent Infringement, All Varieties <$1M Inclusive, all costs (000s) by Type of Practice (Q41Ab)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 177 | 28 | 26 | 46 | 47 | 28 |
| Mean (Average) | $968 | $623 | $643 | $730 | $1,215 | $1,653 |
| First Quartile 25% | $400 | $250 | $250 | $438 | $600 | $563 |
| Median (Midpoint) | $700 | $413 | $600 | $550 | $1,000 | $1,000 |
| Third Quartile 75% | $1,000 | $675 | $750 | $925 | $1,500 | $2,375 |

### Litigation-Patent Infringement, All Varieties $1-$10M End of Discovery (000s) by Type of Practice (Q41Ac)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 201 | 29 | 29 | 51 | 51 | 39 |
| Mean (Average) | $1,229 | $667 | $787 | $1,062 | $1,690 | $1,603 |
| First Quartile 25% | $500 | $300 | $250 | $500 | $900 | $600 |
| Median (Midpoint) | $1,000 | $500 | $500 | $1,000 | $1,500 | $1,000 |
| Third Quartile 75% | $1,600 | $1,000 | $1,100 | $1,500 | $2,500 | $2,500 |

AIPLA Report of the Economic Survey 2013
I-133

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

### Litigation-Patent Infringement, All Varieties $1-$10M Inclusive, all costs (000s) by Type of Practice (Q41Ad)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 195 | 27 | 27 | 50 | 52 | 37 |
| Mean (Average) | $2,100 | $1,001 | $1,421 | $1,741 | $2,802 | $2,919 |
| First Quartile 25% | $1,000 | $450 | $400 | $1,000 | $2,000 | $1,500 |
| Median (Midpoint) | $2,000 | $650 | $1,000 | $1,650 | $2,500 | $2,500 |
| Third Quartile 75% | $2,700 | $1,500 | $1,750 | $2,500 | $3,713 | $4,600 |

### Litigation-Patent Infringement, All Varieties $10-$25M End of Discovery (000s) by Type of Practice (Q41Ae)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 178 | 21 | 22 | 48 | 51 | 34 |
| Mean (Average) | $2,192 | $1,549 | $1,675 | $1,740 | $2,952 | $2,344 |
| First Quartile 25% | $975 | $500 | $588 | $806 | $2,000 | $938 |
| Median (Midpoint) | $2,000 | $1,000 | $1,250 | $1,650 | $3,000 | $2,000 |
| Third Quartile 75% | $3,000 | $3,000 | $3,000 | $2,100 | $3,500 | $3,500 |

### Litigation-Patent Infringement, All Varieties $10-$25M Inclusive, all costs (000s) by Type of Practice (Q41Af)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 178 | 21 | 22 | 47 | 52 | 34 |
| Mean (Average) | $3,554 | $2,398 | $2,755 | $2,817 | $4,730 | $4,104 |
| First Quartile 25% | $2,000 | $700 | $1,338 | $1,750 | $3,000 | $2,000 |
| Median (Midpoint) | $3,325 | $2,000 | $2,250 | $2,800 | $4,250 | $4,000 |
| Third Quartile 75% | $5,000 | $4,125 | $4,500 | $4,000 | $5,900 | $5,050 |

AIPLA Report of the Economic Survey 2013

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

### Litigation-Patent Infringement, All Varieties $1-$25M End of Discovery (000s) by Type of Practice (Q41Ac&e)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 216 | 30 | 31 | 54 | 53 | 46 |
| Mean (Average) | $1,680 | $995 | $1,157 | $1,364 | $2,350 | $2,054 |
| First Quartile 25% | $702 | $394 | $400 | $738 | $1,325 | $800 |
| Median (Midpoint) | $1,400 | $563 | $700 | $1,213 | $2,100 | $1,500 |
| Third Quartile 75% | $2,500 | $1,519 | $1,600 | $1,713 | $2,975 | $3,000 |

### Litigation-Patent Infringement, All Varieties $1-$25M Inclusive, all costs (000s) by Type of Practice (Q41Ad&f)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 211 | 28 | 29 | 53 | 54 | 45 |
| Mean (Average) | $2,831 | $1,555 | $2,035 | $2,255 | $3,804 | $3,699 |
| First Quartile 25% | $1,500 | $600 | $744 | $1,375 | $2,500 | $2,075 |
| Median (Midpoint) | $2,600 | $1,250 | $1,500 | $2,250 | $3,000 | $3,000 |
| Third Quartile 75% | $3,750 | $2,469 | $2,750 | $3,000 | $5,000 | $5,000 |

### Litigation-Patent Infringement, All Varieties >$25M End of Discovery (000s) by Type of Practice (Q41Ag)

| | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 173 | 20 | 18 | 48 | 51 | 34 |
| Mean (Average) | $3,571 | $2,434 | $3,144 | $2,686 | $4,803 | $3,781 |
| First Quartile 25% | $1,500 | $500 | $1,000 | $1,000 | $3,000 | $1,500 |
| Median (Midpoint) | $3,000 | $1,225 | $1,625 | $2,600 | $4,750 | $3,750 |
| Third Quartile 75% | $5,000 | $4,375 | $4,125 | $3,500 | $6,500 | $5,000 |

AIPLA Report of the Economic Survey 2013
I-135

## Total Costs: Litigation-Patent Infringement, All Varieties by Type of Practice

Litigation-Patent Infringement, All Varieties >$25M Inclusive, all costs (000s) by Type of Practice (Q41Ah)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 176 | 20 | 20 | 47 | 53 | 34 |
| Mean (Average) | $5,911 | $3,620 | $7,088 | $4,311 | $7,230 | $6,626 |
| First Quartile 25% | $3,500 | $825 | $2,125 | $2,500 | $5,250 | $3,375 |
| Median (Midpoint) | $5,500 | $3,250 | $4,750 | $4,500 | $7,000 | $6,000 |
| Third Quartile 75% | $7,500 | $6,000 | $7,625 | $6,000 | $9,000 | $9,250 |

AIPLA Report of the Economic Survey 2013