SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER, Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone:   858.720.8900
Facsimile:    858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA  92626
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC. a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendant. | Case No. CV12-03001-GAF-VBK<br><br>**DECLARATION OF MATTHEW M. MUELLER IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:  December 16, 2013<br>Time: 9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

Matthew M. Mueller declares as follows:

1. I am an attorney with Sheppard Mullin Richter & Hampton ("SMRH"), counsel for Defendants Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc. (collectively "Defendants"). I have personal knowledge of the following, and could and would testify competently thereto.

2. Defendants seek the fees expended for expert witnesses in addition to the attorneys' fees in this case. The total expert witness fees that Defendants seek is $131,014.42. The fees sought for Defendants' damages expert, Duff & Phelps, are $107,416. The fees Defendants seek for their technical expert, Stephen Bristow, are $23,598.42. Attached as Exhibits A–B are true and correct copies of invoices and receipts evidencing the expert witness fees reasonably incurred by Defendants in this case.

3. Prior to engaging Duff & Phelps, Defendants negotiated a capped fee amount, which Duff & Phelps did not exceed. Preparation of the expert report was laborious because Duff & Phelps needed to address Nyko's claims for both lost profits and a reasonable royalty. Further, many of Nyko's damages contentions lacked support and required significant analysis. For instance, Nyko claimed that PDP's trademark license agreements set the benchmark for a reasonable royalty, citing over 21 different agreements that required analysis. Nyko also falsely contended that there were no non-infringing alternatives available, while there were many that required investigation and explanation. Additionally, Nyko wrongly claimed damages on the entire charger rather than on the smallest saleable unit.

4. In addition to Expert witness fees, Defendants seek $44,607.31 in non-taxable costs, as described in the chart below. These costs are separate and distinct from the costs taxable in Defendants' Bill of Costs. In addition, Defendants seek all costs sought in the Bill of Costs, if any, that the Clerk determines are not taxable. Attached hereto as Exhibits C–G are true and correct copies of invoices and receipts evidencing the non-taxable costs reasonably incurred by Defendants in this case.

| | | |
|---|---|---|
| Courier and Deliver Costs (Exhibit C): | $ | 1,872.18 |
| Non-Taxable Deposition Costs (Exhibit D): | $ | 9,274.13 |
| Patent and Legal Research Costs (Exhibit E): | $ | 23,980.87 |
| Copying Costs (Exhibit F): | $ | 4,911.75 |
| Travel Costs (Exhibit G): | $ | 4,568.38 |
| Total Non-Taxable Costs | $ | 44,607.31 |
| Expert Witness Fees | | $131,014.42 |
| Total Costs and Expert Fees | | $175,621.73 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

On this 18th day of November, 2013, in San Diego, California.

By     /s/ Matthew M. Mueller
           MATTHEW M. MUELLER