# EXHIBIT A

# DUFF & PHELPS

Federal ID: 36-4090666

Daniel N. Yannuzzi
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

| | |
|---|---|
| Invoice No: | HO00137358 |
| Sequence # | 52577 |
| Client No | SMRH |
| Invoice Date: | November 6, 2013 |
| Reference | 47799 |
| Terms | Payment Due Upon Receipt |

RE: Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al

Professional services rendered for time period October 1, 2013 through October 24, 2013:

| STAFF MEMBER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| T. Gilman | 2.50 | $185 | $463 |
| B. Tiernan | 1.00 | $185 | $185 |
| T. McQueen | 25.00 | $100 | $2,500 |
| **TOTAL FEES** | | | $3,148 |
| **EXPENSES** | | | $0 |
| **AMOUNT DUE** | | | **$3,148** |

| | |
|---|---|
| Contact: | **Chris Bakewell** |
| Engagement No: | 47799 |
| Total Fees: | $ 3,148.00 |
| Total Expenses | $ 0.00 |
| **Total Amount Due:** | **$ 3,148.00** |

Approved For Payment
Please Charge 13RZ4 178195

Federal ID: 36-4090666

# DUFF & PHELPS

Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

| | |
|---|---|
| Invoice No: | HO00137358 |
| Sequence # | 52577 |
| Client No | SMRH |
| Invoice Date | November 6, 2013 |
| Reference | 47799 |
| Terms | Payment Due Upon Receipt |

**Payment Via Wiring:**

DUFF & PHELPS, LLC
Bank of America
ABA:026009593
Account # 1233035833
SWIFT: BOFAUS3N

**Payment Via Lockbox:**

DUFF & PHELPS, LLC
12595 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**Total Amount Due:** $ 3,148.00

# DUFF&PHELPS

Federal ID: 36-4090666

Daniel N. Yannuzzi  
Sheppard Mullin Richter & Hampton, LLP  
12275 El Camino Real, Suite 200  
San Diego, CA 92130

Invoice No:     HO00134073  
Sequence #:     50333  
Client No:      SMRH  
Invoice Date:   September 19, 2013  
Reference:      47799  
Terms:          Payment Due Upon Receipt

RE: *Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al*

Professional services rendered for time period September 1, 2013 through September 15, 2013:

| STAFF MEMBER | HOURS | RATE  | AMOUNT   |
|---|---|---|---|
| C. Bakewell  | 17.00 | $595  | $10,115  |
| P. McLane    | 72.00 | $425  | $30,600  |
| J. Patti     | 93.50 | $250  | $23,375  |
| C. Hartstein | 56.75 | $185  | $10,499  |
| J. Reyes     | 4.00  | $185  | $740     |
| T. Gilman    | 5.00  | $185  | $925     |
| **TOTAL FEES** |     |       | $76,254  |
| **EXPENSES**   |     |       | $982     |
| **AMOUNT DUE** |     |       | **$77,236** |

Contact:           Chris Bakewell  
Engagement No:     47799  
Total Fees:        $ 76,254.00  
Total Expenses:    $ 982.00  
Total Amount Due:  $ 77,236.00



RECEIVED  
OCT 0 2 2013  
ACCOUNTING

*900298011*

---

Federal ID: 36-4090666

# DUFF&PHELPS

Sheppard Mullin Richter & Hampton, LLP  
12275 El Camino Real, Suite 200  
San Diego, CA 92130

Invoice No:     HO00134073  
Sequence #:     50333  
Client No:      SMRH  
Invoice Date:   September 19, 2013  
Reference:      47799  
Terms:          Payment Due Upon Receipt

**Payment Via Wiring:**

DUFF & PHELPS, LLC  
Bank of America  
ABA:026009593  
Account # 1233035833  
SWIFT: BOFAUS3N

**Payment Via Lockbox:**

DUFF & PHELPS, LLC  
12595 COLLECTION CENTER DRIVE  
CHICAGO, IL 60693

Approved for Payment _____  
Please Charge 13RZ-178195

Total Amount Due:     $ 77,236.00

```
APPROVED FOR PAYMENT    13RZ-178195
BY ____
DATE ____        AMT ____
ENT/FILE OR OFFICE ACCT. ____
LING PTNR. ____ (CLIENT CHG OVER 200.00)
AN.COMM ____ (CLIENT CHG OVER 500.00)
```

**DUFF&PHELPS**

Federal ID: 36-4090666

Gray M. Buccigross
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Invoice No: HO00133413
Sequence #: 49745
Client No: SMRH
Invoice Date: September 6, 2013
Reference: 47799
Terms: Payment Due Upon Receipt

RE: Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al

Professional services rendered for time period start through August 31, 2013:

| STAFF MEMBER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| P. McLane | 5.00 | $425 | $2,125 |
| M. Tebbe | 3.00 | $300 | $900 |
| J. Patti | 33.00 | $250 | $8,250 |
| C. Hartstein | 60.75 | $185 | $11,239 |
| **TOTAL FEES** | | | **$22,514** |
| **EXPENSES** | | | **$100** |
| **AMOUNT DUE** | | | **$22,614** |

Contact: **Chris Bakewell**
Engagement No: 47799
Total Fees: $ 22,514.00
Total Expenses: $ 100.00
Total Amount Due: **$ 22,614.00**



*9 0 0 2 9 7 3 3 3*

Federal ID: 36-4090666

**DUFF&PHELPS**

Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Invoice No: HO00133413
Sequence #: 49745
Client No: SMRH
Invoice Date: September 6, 2013
Reference: 47799
Terms: Payment Due Upon Receipt

**Payment Via Wiring:**

DUFF & PHELPS, LLC
Bank of America
ABA: 026009593
Account # 1233035833
SWIFT: BOFAUS3N

**Payment Via Lockbox:**

DUFF & PHELPS, LLC
12595 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Total Amount Due: $ 22,614.00

# DUFF&PHELPS

NYKO Approved For Payment [signature] 1387-168906

Federal ID: 36-4090666

Daniel N. Yannuzzi
Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

| | |
|---|---|
| Invoice No: | HO00135366 |
| Sequence #: | 50935 |
| Client No: | SMRH |
| Invoice Date: | October 2, 2013 |
| Reference: | 47799 |
| Terms: | Payment Due Upon Receipt |

RE: Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al

Professional services rendered for time period September 16, 2013 through September 30, 2013:

| STAFF MEMBER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| J. Patti | 0.50 | $250 | $125 |
| C. Hartstein | 0.50 | $185 | $93 |
| T. McQueen | 42.00 | $100 | $4,200 |
| TOTAL FEES | | | $4,418 |
| EXPENSES | | | $0 |
| AMOUNT DUE | | | $4,418 |

| | |
|---|---|
| Contact: | Chris Bakewell |
| Engagement No: | 47799 |
| Total Fees: | $4,418.00 |
| Total Expenses: | $0.00 |
| Total Amount Due: | $4,418.00 |



RECEIVED
OCT 15 2013
ACCOUNTING



\* 9 0 0 2 9 8 1 5 9 \*

---

Federal ID: 36-4090666

# DUFF&PHELPS

Sheppard Mullin Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

| | |
|---|---|
| Invoice No: | HO00135366 |
| Sequence #: | 50935 |
| Client No: | SMRH |
| Invoice Date: | October 2, 2013 |
| Reference: | 47799 |
| Terms: | Payment Due Upon Receipt |

**Payment Via Wiring:**

DUFF & PHELPS, LLC
Bank of America
ABA: 026009593
Account # 1233035833
SWIFT: BOFAUS3N

**Payment Via Lockbox:**

DUFF & PHELPS, LLC
12595 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Total Amount Due:    $4,418.00