# EXHIBIT B

39142

## 8/18 Invoice From Stephen Bristow re Nyko vs. PDP

To: Performance Designed Products, LLC., c/o Gray M Buccigross
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130

From: Stephen D. Bristow
12355 Hilltop Drive
Los Altos Hills, California 94024
Taxpayer ID 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

RECEIVED
SEP 11 2013
ACCOUNTING

Rate/Retention: per 7/11/2014 retention agreement my hourly billing is $300/hour + expenses

Labor:

| | | |
|---|---|---|
| 7/30 | attention to expert report | 2.0 hrs. |
| 7/31 | travel to San Diego and meeting | 11.0 |
| 8/1 | meet and return | 11.75 |
| 8/2 | attention to documents sent including jury instructions | 0.5 |
| 8/3 | continued attention to documents sent | 1.0 |
| 8/5 | attention to expert report, conference on phone with counsel | 1.0 |
| 8/8 | phone call with counsel | 0.25 |
| 8/9 | attention to declaration signature and my expert report | 0.5 |
| 8/11 | deposition review | 2.0 |
| 8/12 | deposition review | 4.0 |
| 8/13 | deposition review and attention to my expert report | 6.0 |
| 8/15 | attention to report and conference call with counsel | 3.0 |




Total labor expense: 43 hours @ $300 = $12,900

Expenses:

| | | |
|---|---|---|
| 7/30 | airfare, Southwest Airlines | 501.80 |
| 8/1 | parking, SFO | 72 |
| 8/1 | hotel, doubletree | 265.97 |
| 8/1 | rental car, national | 131.90 |
| 8/1 | gas for rental car, no receipt | 8 |
| 8/1 | mileage RT SFO, 60 miles @ $0.50 | 30 |

Total expenses: $1009.67

**AMOUNT NOW DUE:** 12,900 + 1009 = $13,909

RECEIVED
SEP 1? 2013
ACCOUNTING

APPROVED FOR PAYMENT
BY ______
DATE ______ AMT ______
CLIENT/FILE OR OFFICE ACCT. 13RZ-168906
BILLING PTNR ______ (CLIENT CHG OVER 200.00)
FIAN.COMM ______ (CLIENT CHG OVER 500.00)



**10/4/2013 Invoice From Stephen Bristow re Nyko vs. PDP**

To: Performance Designed Products, LLC. , c/o Gray M Buccigross
Sheppard , Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130

From: Stephen D. Bristow
12355 Hilltop Drive
Los Altos Hills, California 94024
Taxpayer ID 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

**Rate/Retention:** per 7/11/2014 retention agreement my hourly billing is $300/hour + expenses

**Labor:**

| | | |
|---|---|---|
| 8/19 | review prior art and declaration | 5.0 |
| 8/27 | review documents and arrange travel | 2.0 |
| 8/28 | prep, work on plane, meet 3-5pm, review docs | 5.0 |
| 8/29 | review docs in hotel, meet before depo, depo | 9.0 |
| 9/12 | call with counsel and doc review | 2.0 |
| 9/14 | call with counsel and doc review | 2.0 |
| 9/15 | review of documents | 1.0 |
| 9/18 | attention to reply to my report | 1.0 |
| 9/19 | non infringement report comments | 2.0 |

Total labor expense: 29 hours @ $300 = $8700

Expenses:

| | | |
|---|---|---|
| 8/24 | airfare to depo in costa mesa | 461.80 |
| 8/28 | Wed, hotel, Hilton costa mesa | 241.58 |
| 8/28 | WED, breakfast, SFO | 10.50 |
| 8/28 | Wed, hot dog at SNA before meeting | 6.25 |
| 8/29 | Thur, parking SFO | 72 |
| 8/29 | Thur, lunch, Carls Jr | 9.05 |
| 8/29 | Thur, dinner SNA | 17.28 |

| | | |
|---|---|---|
| 8/29 | Thur, mileage RT SFO, 60 miles @ $0.50 | 30 |
| 8/29 | Thur, rental car net bill | 140.96 |

Total expenses: $989.42

**AMOUNT NOW DUE:** 8700 + 989.42 = $9,689.42

APPROVED FOR PAYMENT
BY
DATE AMT
CLIENT/FILE OR OFFICE ACCT. 13RZ-168906
BILLING PTNR (CLIENT CHG OVER 200.00)
FIAN.COMM (CLIENT CHG OVER 500.00)

RECEIVED
OCT 21 2013
ACCOUNTING

*900299070*

Billing car rental

SOUTHWEST.COM

# Thank you for your purchase!

Orange County/Santa Ana, CA

New Purchases in Trip

Car

**Budget**
Pickup: Orange County/Santa Ana, CA - SNA
Dropoff: Orange County/Santa Ana, CA - SNA
Wednesday, August 28, 2013 - Thursday, August 29, 2013

Car Total: $140.96

Amount Paid
$0.00

Amount Remaining
$140.96

Trip Total
$140.96

## WED 08/28/13 - Orange County/Santa Ana

**New purchases added to your trip.**

CAR

**Budget - Full-size - Orange County/Santa Ana**
08/28/2013 - 08/29/2013
**Driver:** stephen onstow

Confirmation #
**29923577US5**

**Pickup**
28 Orange County/Santa Ana, CA - SNA
Wednesday, August 28, 2013
11:30 AM

**Dropoff**
29 Orange County/Santa Ana, CA - SNA
Thursday, August 29, 2013
6:00 PM

**Budget**
Rental Counter and Car are both at the Airport Terminal

**Car Description**
Full-size car Group E - FORD FUSION FWD or similar

| Rate Breakdown | Base Rate | Mileage | Taxes & Fees |
|---|---|---|---|
| Daily Rate: 2 day(s) @ $57.49 | $114.98 | Unlimited | $25.98 |

Car Total
**$140.96**
Includes approximate taxes and fees

The minimum rental age is 25 years old on most rentals

All drivers must have a major credit card and a valid driver's license in the driver's name

Additional taxes, surcharges or fees may apply.

**View vendor terms and conditions**

- Age Requirements: Rather than requiring customers to be 25 to rent, Budget at this location now rents to customers between the ages of 21-24 with a valid credit card and driver's license. At time of rental, we

will automatically apply an additional $27-per-day underage surcharge for these drivers. Additionally, the following restrictions also will apply for renters between the ages of 21 24. Renters of luxury cars, mini-vans, 12-passenger vans, specialty cars, full-size SUVs and premium SUVs will not be permitted. Government Minimum Age Policy - Military (FEMA, US Postal Dept., Navy and Army) and Civilian Personnel Minimum age - 18 years (no underage surcharge will apply) with government travel or purchase order Minimum age - 21 years (no underage surcharge will apply) with no government travel or purchase order

- Driver's License Requirements: At time of rental, driver must present a valid drivers license in the drivers name. All drivers must have a safe driving record. In the U.S., you may be asked to sign a driving record addendum or be subject to a computerized Department of Motor vehicles check. Based upon such search, Budget reserves the right to deny a rental opportunity.
- Debit Card Policies: This location does accept bank debit cards with the MasterCard or Visa logo at the time of rental if you are at least 25 years of age. You will be subject to a credit check to determine creditworthiness. At the time of pickup, a debit card cannot be used for the required hold if renting Convertibles or from the Street Fleet selections. Budget will generally request an authorization hold against your account for the estimated rental charges, but reserves the right in it sole discretion to request extra value based on certain factors as we deem appropriate. THESE FUNDS WILL NOT BE AVAILABLE FOR YOUR USE. Upon returning the vehicle, Budget will process a release of the unused portion of the hold subject to your Bank's procedures. The hold may take up to 2 weeks to be released by your bank. If you fail to return the vehicle as agreed, Budget will obtain additional authorizations from your account to cover the rental charges. Budget is not responsible for any returned checks or over-drafts based on this policy. Positive identification in addition to your driver's license may be required. In the United States, Debit, Cash or Check cards can be used at the end for payment of rental charges. Note: Prepaid Debit/Gift cards are not acceptable methods of credit identification to pick up a car at any location. One of the above mentioned cards must be presented. Prepaid Debit/Gift cards are accepted at time of return only
- Additional Fees: Extensions or late returns result in additional charges.
- Fuel Policy. The car must be returned with a full tank of gas or there will be a charge for refueling. Most locations offer a prepaid gas option which you can accept at the rental location. If the car is driven less than 75 miles there is a $13.99 refueling fee unless a gas receipt is presented at the time of return
- Directions. *GENERAL DIRECTIONS* Airport Terminal Instructions COUNTER: From arrival gates, take escalator or elevator down to the lower level. Location is between baggage claim 2 & 3. CARS: Walk across the street to the parking structure. Take the elevator to level zero. Follow signs to the Budget Fastbreak Kiosk. RETURNS: Take the arrivals entrance in the airport. Follow signs to Rental Car Return area located in the lower level of the parking structure across the street from the terminal. Follow signs to Budget car return. AFTER-HOURS RETURNS: Drop box located on the Fastbreak kiosk in the parking structure. FASTBREAK SERVICE Airport Terminal - Counter Location Proceed to the Budget counter Fastbreak line/or normal line if no Fastbreak line designation/or follow directions to the Fastbreak Kiosk. Present identification and receive your rental agreement. The counter representative will give the customer the keys & directions to their car. FASTBREAK RETURN: Follow the airport signs for Car Rental return. You do not need to return to the counter to complete your rental. Record your mileage and fuel level on the rental agreement and drop it in the Budget Fastbreak return box. A closed rental agreement will be mailed to you within 48 hours. OPTIMUM SERVICE FastBreak Counter Instructions OPTIMUM MEMBERS - FASTBREAK COUNTER When you arrive, go to the Budget Fastbreak counter in the baggage claim area. The manager or key person will have your contract ready and personally escort you to your vehicle. Valet Return: If offered, you will be told about our service as you are escorted to your car.
- Travel Into Other Countries: USA Vehicles at this location can be driven throughout the continental US with no restrictions. Based on availability; One-way rentals may be allowed to a some US cities. Canada Allowed if the following conditions are met. Renters may drive US vehicles into Canada, with no restrictions on Provinces. Rental counter must be notified at the time of rental that you plan to drive the vehicle into Canada so we may issue a Canadian Non-Resident Insurance Card (this card is provided at no cost and will be required to cross the border). Based on availability; One-way rentals may be allowed to a few Canadian cities. Mexico Vehicles at this location are not allowed to travel into Mexico. One-way rentals are also not permitted.
- Credit Card Policies: Budget accepts most major credit cards as credit identification at the time of rental. Accepted credit card list: Budget Charge Card, Budget International, American Express, Carte Blanche, Diner's Club, Diner's Club International, Discover,China UnionPay, JCB, MasterCard, Optima, Peterson, Howell and Heather (PHH) and Visa. Some locations may not accept each of the referenced cards.

**Purchaser Name** stephen bristow **Billing Address** 12355 Hilltop Drive los altos, CA US 94024

Your Visa credit card ending in 0689 is being used to guarantee your car booking. Please remember to bring a valid credit card to present at the time of pickup

Amount Paid
$0.00

Amount Remaining
$140.96

Trip Total
$140.96

Nyko — airfare 8/29

purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

SFO WN SNA204 65KZBP WN SFO204 65KZBP 409 30 END ZPSFOSNA XFSFO4 5SNA4 5 AY5 00SSFO2 50 SNA2 50

NEW MEMBERS GET BONUS POINTS TODAY!

## Important Reminders:

**Check-In**

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied boarding compensation.

CHECK-IN

$ 461.80

## HOTEL Confirmation: 3535455326

Guest Name: stephen bristow

Hilton Orange County/Costa Mesa
3050 Bristol St.
Costa Mesa , CA 92626
Tel. 1-714-540-7000

Wed Aug 28 , 2013 Thu Aug 29 , 2013

Request: Best available rate 2 queen beds nonsmoking hi speed 13.95 Day-serenity bed-lux linens

Rooms: 1

air.

## Cost and Payment Summary

AIR AEAOS9

Payment Information

Total Air Cost $ 461.80

HOTEL 3535455326

Additional Taxes & Fees

Payment Information

Total Hotel Cost $ 173.00

Nyko expenses
8/28 + 29

Wed — Bfast burrito SFO $10.50
— hot dog at SNA $6.25
— dinner on Hotel 6.11

San Francisco, CA 94128
(650) 321-0553

Server: [illegible] 08/28/2013
Guests: [illegible]

Subtotal
Tax
Healthy SF 0.18
Total 19.35
Cash 20.00
Change 0.45

THANK YOU!

-- Check Closed --

HMSHOST
JERRY'S WOODFIRED DOGS
JOHN WAYNE AIRPORT

3052 JOANNA

8457 AUG28'13 2:20PM GST 1

| | |
|---|---|
| 1 DOG ONION BACON | 5.79 |
| Cash | 7.00 |
| SUBTOTAL | 5.79 |
| TAX | 0.46 |
| AMOUNT | 6.25 |
| CHANGE | 0.75 |

HOW DID WE DO?
KULDIP JOHAL GENERAL MANAGER
949.252.6125 X 15
KULDIP.JOHAL@HMSHOST.COM

Thu — Nylco parking SFO $72

dinner Curls Jr. post depo (Burger)

Receipt
Parking Management
P.O. BOX 8097
San Francisco, CA 94128

Domestic
Exit Cashier 58

from: 08/28/13 07:03:00
to: 08/29/13 21:33:53
Amount to Pay: $72.00
American Express
xxxx xxxxxx xx006

Restaurant 110100

18601 Airport ... ace # 2061
Santa Ana, C...
(949) 724-9...

8/29/2013 6:23:05 PM
Order 499864 Cashier: Jennifer M

1 BuffBlue Ch Bgr 3.19
1 Santa Fe Ckn Sand 5.19

SubTotal 8.38
Tax 0.67
Total 9.05
Visa 9.05
Acct:XXXXXXXXX4728

Approval:142813

To Go
Thank you for visiting!
Your Order #
464
Customer Copy

due to delayed flight — ~~Board~~ real dinner

HMSHOST
JAVI'S
JOHN WAYNE AIRPORT
CHECK: 3875
TABLE: 2/1
SERVER: 2351 JILL
DATE: AUG29'13 6:41PM
CARD TYPE: AMEX A3
ACCT #: XXXXXXXXXXX1006
EXP DATE: XX/XX
AUTH CODE: 547132
STEPHEN D BRISTOW

TOTAL: 17.28

TIP: ________________________

TOTAL: ________________________

X ______________________________
I AGREE TO PAY THE ABOVE AMOUNT IN ACCORDANCE WITH THE CARD ISSUER'S AGREEMENT.

travel 60 mi RT @ .50 = $30.00