# EXHIBIT C

RECEIVED

JUL 23 2012

DATA PROCESSING

**AMERICAN MESSENGER SERVICE**
LEGAL COURIER & ATTORNEY SERVICE
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

| Ageing | |
|---|---|
| Current | $1,014.00 |
| 31-60 | $1,702.04 |
| 61-90 | $0.00 |
| Over 91 | $353.50 |
| Total | $3,069.54 |

Billing Questions, email us
billing@amsunited.com

Sheppard Mullin Richter & Hampton
12275 El Camino Real, Suite 200
San Diego, CA 92130

APPROVED FOR PAYMENT
DATE 7/20/12 AMT 1014-
highlights
CLIENT/FILE OR OFFICE ACCT.
BILLING PTNR. _____ (Client chg over 200.00)
FINAN COMM _____ (Client chg over 500.00)

Tax ID#: 37-1458039

Page: 1  RECEIVED

JUL 23 2012

| Invoice #: 519070812 | Statement Date: 07/09/2012 | Amount Due: $ $1,014.00 |
|---|---|---|

| Job# | Svc Type | Description | | | Sub-Total | Total |
|---|---|---|---|---|---|---|

| 305728 6-Jul | Fax/PDF Fil | Caller: Kristina Grauer<br>Sheppard, Mullin, Richter & Hampton LL<br>12275 El Camino Real<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: ANSWER TO COMPLAINT<br>Case Info: CV 12-03001 | Ref: 13 RZ .168906<br>U.S. District Court<br>312 N. Spring Street<br>Los Angeles, CA<br><br>3:56 PM<br><br>Nyko v Energizer | | Base: $125.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $125.00 |

PROCESSED BY DATA PROCESSING
DATA UPLOADED: 07/24/2012
SESSION #: 12 864

ENTERED

JUL 24 2012

A. QUINTANS

Past due balances may be submitted to a collection agency and customer will be responsible for any collection fees, legal fees, court costs and any other legal costs associated with collection.

Exhibit C
Page C-1



JOB # 305728

T/5 4:49pm

**AMERICAN MESSENGER SERVICE**
## LEGAL COURIER & ATTORNEY SERVICE
### Phone: 1-866-444-0891

2870 4th Avenue, Suite 102
**San Diego, CA 92103**
Fax: (619) 278-0892

615 W. Civic Center Dr., Suite 215
**Santa Ana, CA 92083**
Fax: (714) 547-1175

316 W. 2nd Street, Ste. 711
Los Angeles, CA 90012
Fax: (213) 628-0100

DATE 7/6/12                                            DRIVER:

| MESSENGER SERVICE | ☐ Delivery | ☐ Pick Up |
|---|---|---|

| DELIVERY TIME REQUEST: | ☑ IMMEDIATE | ☐ RUSH | ☐ ECONOMY |
|---|---|---|---|

| CALLER: Kristina Grauer | EXT. 17436 | ATTY. INIT. DNY | FLOOR 2nd | ACCOUNT REFERENCE # 13RZ.168906 |
|---|---|---|---|---|

FIRM NAME: SHEPPARD MULLIN RICHTER & HAMPTON
12275 El Camino Real, Suite 200
San Diego, CA 92130
Phone: (858) 720-8900

NAME:

ADDRESS:

PHONE:

| SERVICE OF PROCESS | ☐ Business | ☐ Residence |
|---|---|---|

NAME:

ADDRESS:

PHONE:

☐ PERSONAL  ☐ SUBSTITUTED OK  ☐ OFFICE (CCP1011)

DATE SERVED:

TIME SERVED:

PERSON SERVED:

SPECIAL INSTRUCTIONS:

LAST DAY TO SERVE

**WITNESS FEES**
☐ ATTACHED
☐ PLEASE ADVANCE

AMOUNT

CHECK

☐ PROOF PROVIDED

☐ FACE PAGES ATTACHED

| COURT SERVICE | ☑ Filing | ☐ Research |
|---|---|---|

☐ NO CALL REQUIRED

☐ SAME DAY RETURN

☐ SUPERIOR COURT  USDC
☐ DOWNTOWN  Central
☐ VISTA  District
☐ EL CAJON
☐ CHULA VISTA
☐ SANTA ANA

☐ BANKRUPTCY
☑ DISTRICT
☐ PROBATE
☐ FAMILY
OTHER Imperial County

**COURT FEES**
☐ ATTACHED
☐ PLEASE ADVANCE

AMOUNT

CHECK

| CASE NUMBER CV12-03001 | CASE NAME Nyko v. Energizer and PDP | TYPE OF DOC'S Answer and Counterclaims | LAST DAY TO FILE 7/6/12 |
|---|---|---|---|

SPECIAL INSTRUCTIONS:
Please file at window. Obtain email address from clerk for submitting PDF of document.

X RTN 7/9/12

PRINT NAME                          TIME DELIVERED

Exhibit C
Page C-2

**AMERICAN
MESSENGER
SERVICE, INC.**
LEGAL COURIER & ATTORNEY SERVICE
2870 Fourth Avenue, Suite 102•San Diego, CA 92103
Phone: (866) 444-0891 • INFO@AMSUNITED.COM

TOTAL INVOICE:

PAST DUE:

Billing Questions:
Tasha Johnston-Tracy
Phone: (619) 278-0891

billing@amsunited.com

Sheppard Mullin Richter & Hampton
12275 El Camino Real, Suite 200
San Diego, CA 92130

APPROVED FOR PAYMENT

DATE 8/10/12   AMT 2652.69

CLIENT/FILE OR OFFICE ACCT. highlights

BILLING PTNR _____ (Client chg over 200.00)

FINAN COMM _____ (Client chg over 500.00)

Tax ID#: 37-1458039

Page: 1

| Invoice #: 519072212 | | Invoice Date: 07/23/2012 | Amount Due: $ |
|---|---|---|---|
| Job# | Svc Type | Description | |

| Job# | Svc Type | Caller / Ref | Base fields | Amount |
|---|---|---|---|---|
| 306350 16-Jul | Service | Caller:   Kristina Grauer<br>Sheppard Mullin Richter & Hampton<br>12275 El Camino Real,<br>San Diego, CA<br>Description: Fax/PDF Rush Service<br>Sign/Time:  Carlos Luna                    4:00 PM<br>Documents: DEFENDANT PERFORMANCE DESIGNED PRODUCTS LLC 'S FIRST SET OF REQUESTS FOR ADMISSION TO<br>Case Info:  CV12-03001          NYKO TECHNOLOGIES, INC. v. ENERGIZER HOLDINGS, INC., a Missouri Corporat<br><br>Ref:  13RZ.168906<br>S. Art Hasan, Esq., Christie Parker &<br>655 N. Central Ave<br>Glendale, CA | Base: $164.50<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $164.50 |
| 306349 16-Jul | Rush | Caller:   Kristina Grauer<br>Sheppard Mullin Richter & Hampton<br>12275 El Camino Real,<br>San Diego, CA<br>Description: Fax/PDF Rush Service<br>Sign/Time:  Carlos Luna                    4:00 PM<br>Documents: DEFENDANT PERFORMANCE DESIGNED PRODUCTS LLC 'S FIRST SET OF REQUESTS FOR ADMISSION TO<br>Case Info:  CV12-03001          NYKO TECHNOLOGIES, INC. v. ENERGIZER HOLDINGS, INC., a Missouri Corporat<br><br>Ref:  13RZ.168906<br>S. Art Hasan, Esq. and G. Warren Ble<br>655 N. Central Ave<br>Glendale, CA | Base: $164.50<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $164.50 |

Client agrees to pay the balance of this invoice, including all fees, expenses and sales tax UPON RECEIPT of this invoice by mail or email. Account balances 10 days or more PAST DUE are subject to a service charge of 1.5% per month (18% APR)

1

Exhibit C
Page C-3



**AMERICAN MESSENGER SERVICE**

Job #
306349

2870 4th Avenue, Suite 102
San Diego, CA 92101
Fax: (619) 278-0892

1-866-444-0891

615 W. Civic Center Dr. Suite 215
Santa Ana, CA 92701
Fax: (714) 547-1175

| Date Entered: | Bill To | Driver |
|---|---|---|
| 7/16/2012 2:39:04 PM | SHEMUDM | AFF |

| Caller: | Extension: | Refrence: | SvceType: | Description: |
|---|---|---|---|---|
| Kristina Grauer | | 13RZ.168906 | Rush | Fax/PDF Rush Service |

Sheppard Mullin Richter & Hampto
12275 El Camino Real, Suite 200
San Diego, CA 92130
858 720-8900
858 509-3691

Special Instructions
SERVE BEFORE 5PM TODAY

Complete By: 7/16/2012

PROOF OF SERVICE RETURN

**Pick up Name:**

Sheppard Mullin Richter & Hampton
Address:  12275 El Camino Real,
Suite:  Suite 200
City State: San Diego, CA
Zip:  92130
Phone #:

**Deliver To:**

S. Art Hasan, Esq. and G. Warren Bleeker, Esq., Christie Parker & H
Address: 655 N. Central Ave
Suite:  , Suite 2300
City State:  Glendale, CA
Zip Code: 91203-1445
Phone #:

Case #:  CV12-03001
Case Name: NYKO TECHNOLOGIES, INC. v. ENERGIZER HOLDINGS, INC., a Missouri Corporation, et al.
Documents: DEFENDANT PERFORMANCE DESIGNED PRODUCTS LLC 'S FIRST SET OF REQUESTS FOR
ADMISSION TO PLAINTIFF NYKO TECHNOLOGIES, INC.; PROOF OF SERVICE; PREFORMANCE
DESIGNED PRODUCTS LLC'S FIRST SET OF REQUESTS FOR

Race:_____  Sex:_____  Age:_____  Hair:_____  Eyes:_____  Height:_____  Weight:_____

| | Date: | Time: | Driver: | Notes: | Client Called |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

**X** Carlos Luna

Time:
4:00 PM

2

Exhibit C
Page C-4



P O Box 712142
Los Angeles, CA 90071
(888)722-6878

| Customer Number |
| --- |
| 847 |
| Invoice Number |
| 107964 |
| Invoice Date |
| 5/19/2012 |

**Date Ready**

| Order Type | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 5/16/2012 12 15 PM Exclusive-Legal | 4078625 | Prolegal-la-pdf 1706 S Figueroa St | Judge Gary Feess 255 E Temple St Rm 730/7th Fl | 13RZ168906 |
| | Shirley Winick | Los Angeles CA 90015-3420 | Los Angeles CA 90012-3332 | |

Exclusive-Legal    $28.32

Order Total:    **$28.32**

We appreciate your business!

Page    13    of    29

---

Pro Legal

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

| | **4078625** |

| Bill To: | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ168906 | Caller Shirley Winick | Date 05/16/12 |
| --- | --- | --- | --- | --- |
| FROM: | Prolegal-la-pdf 1706 S Figueroa St Los Angeles CA 90015-3420 | Exclusive-Legal | | |
| TO: | Judge Gary Feess 255 E Temple St Rm 730/7th Fl Los Angeles CA 90012-3332 | | | |

Base Rate    1    $28.32

Exhibit C
Page C-5



**ProLegal**
PO Box 712142
Los Angeles, CA 90071
(888) 722-6878

| Customer Number |
|---|
| 1250 |
| Invoice Number |
| 108084 |
| Invoice Date |
| 5/31/2012 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 5/16/2012 9:38 AM Direct-Legal | 4078500 | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Judge Gary Feess 255 E Temple St Rm 730/7th Fl Los Angeles CA 90012-3332 | 13RZ-168906 |
| | Shirley Winick 714-424-8255 | | | |

| | |
|---|---|
| Direct-Legal | $17.12 |
| Pieces | $6.25 |
| Fuel Surcharge | $3.25 |
| Copies | $140.70 |
| **Order Total:** | **$167.32** |

We appreciate your business!

Page   13   of   25

---

**ProLegal**

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4078500**

| Bill To: | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller ley Winick 714-424-82 | Date 05/16/12 |
|---|---|---|---|---|
| FROM: | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Direct-Legal | | |
| TO: | Judge Gary Feess 255 E Temple St Rm 730/7th Fl Los Angeles CA 90012-3332 | | | |

| | | |
|---|---|---|
| Base Rate | 1 | $17.12 |
| Pieces | 5 | $6.25 |
| Fuel Surcharge | 1 | $3.25 |
| Copies | 402 | $140.70 |

Exhibit C
Page C-6



**ProLegal**

PO Box 712142
Los Angeles, CA 90071
(888)722-5879

| Customer Number |
| --- |
| 849 |
| Invoice Number |
| 113754 |
| Invoice Date |
| 12/31/2012 |

| Date Ready | | | | | References |
| Order Type | Order ID | | | | Billing Group |
| | Caller | Origin | Destination | | |
| 12/31/2012 8:17 AM | 4211094 | Prolegal-la-pdf | Us District Court | | 13RZ-168906 |
| PDF-File Same Day (indicate | | 1706 S Figueroa St | 312 N Spring St | | |
| | Rex Bautista | Los Angeles CA 90015-3420 | Los Angeles CA 90012-4701 | | |

|  |  |
| --- | --- |
| PDF-File Same Day (Indicate # of PDFs in Remarks) | $39.14 |
| PDF Pages | $36.25 |
| Copies | $34.30 |
| Court Time | $16.00 |
| Legal Supplies | $12.00 |
| **Order Total:** | **$137.69** |

We appreciate your business!

Page    2         of   2

Exhibit C
Page C-7



PO Box 712142
Los Angeles, CA 90071
(888)722-6878

| Customer Number |
|---|
| 851 |
| Invoice Number |
| 114279 |
| Invoice Date |
| 1/15/2013 |

| Date Ready | | | | | |
|---|---|---|---|---|---|
| Order Type | Order ID | | | | References |
| | Caller | Origin | Destination | | Billing Group |
| 1/2/2013 9:05 AM | 4211823 | Pdf Prolegal | Usdc | | 13RZ-168906 |
| PDF-File Same Day (Indicate | | 1706 S Figueroa St | 312 N Spring St | | |
| | Rex Butista | Los Angeles CA 90015 | Los Angeles CA 90012-4701 | | |

| | | |
|---|---|---|
| PDF-File Same Day (Indicate # of PDFs in Remarks) | $40.19 | |
| PDF Pages | $28.75 | |
| Copies | $30.10 | |
| Court Time | $48.00 | |
| Order Total: | **$147.04** | |

We appreciate your business!

Page    2        of  2

Exhibit C
Page C-8



PO Box 712142
Los Angeles, CA 90071
(888)722-6879

| Customer Number |
| --- |
| 851 |
| Invoice Number |
| 114279 |
| Invoice Date |
| 1/15/2013 |

| Date Ready<br>Order Type | Order ID<br>Caller | Origin | Destination | References<br>Billing Group |
|---|---|---|---|---|
| 1/2/2013 9:11 AM<br>Direct-Legal | 4211833<br><br>Rex Butista | Pdf Prolegal<br>1706 S Figueroa St<br>Los Angeles CA 90015 | Judge Gary Feess<br>255 E Temple St Ste 740<br>Los Angeles CA 90012-3332 | 13RZ-168906 |

| | |
|---|---|
| Direct-Legal | $18.40 |
| Fuel Surcharge | $2.21 |
| Copies | $18.55 |
| Order Total: | $39.16 |

We appreciate your business!

Page    2          of   2

Exhibit C
Page C-9



PO Box 712142
Los Angeles, CA 90071
(888)722-6878

| Customer Number |
|---|
| 851 |
| **Invoice Number** |
| 114279 |
| **Invoice Date** |
| 1/15/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 1/2/2013 9:13 AM Direct-Legal | 4211837 Rex Butista | Pdf Prolegal 1706 S Figueroa St Los Angeles CA 90015 | Judge Kenton 255 E Temple St Ste 590 Los Angeles CA 90012 | 13RZ-168906 |

| | |
|---|---|
| Direct-Legal | $18.40 |
| Fuel Surcharge | $2.21 |
| Order Total: | $20.61 |

We appreciate your business!

Page    2          of    2

Exhibit C
Page C-10



P.O. Box 712142
Los Angeles, CA 90071
(888) 722-6970



| | |
|---|---|
| Customer Number | 1250 |
| Invoice Number | 117111 |
| Invoice Date | 4/30/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 4/16/2013 10:30 AM Exclusive-Legal | 4283544 | Sheppard, Mullin-CM 650 Town Center Dr Fl 4 | 2-pdf From Client To Prolegal (at 1706 S Figueroa St | 13RZ-168906 |
| | Shirley | Costa Mesa CA 92626-1993 | Los Angeles CA 90015-3420 | |

| | |
|---|---|
| Exclusive-Legal | $134.60 |
| Fuel Surcharge | $20.19 |
| **Order Total:** | **$154.79** |

We appreciate your business!

Page    9         of    16

---

ProLegal

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4283544**

| Bill To: | References | Caller | Date |
|---|---|---|---|
| Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | 13RZ-168906 | Shirley | 04/16/13 |

FROM:
Sheppard, Mullin-CM
650 Town Center Dr Fl 4
Costa Mesa CA 92626-1993

Exclusive-Legal

TO:
2-pdf From Client To Prolegal (attac
1706 S Figueroa St
Los Angeles CA 90015-3420

| | | |
|---|---|---|
| Base Rate | 1 | $134.60 |
| Fuel Surcharge | 1 | $20.19 |

Exhibit C
Page C-11



P.O Box 712142
Los Angeles, CA 90071
(888) 722-6878

| Customer Number | 1250 |
| Invoice Number | 117111 |
| Invoice Date | 4/30/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 4/16/2013 10:45 AM Exclusive-Legal | 4283544 01 | 2-pdf From Client To Prolegal (atta | Judge Gary Feess | 13RZ-168906 |
| | | 1706 S Figueroa St | 255 E Temple St Rm 730/7th Fl | |
| | Shirley | Los Angeles CA 90015-3420 | Los Angeles CA 90012-3332 | |

| | | |
|---|---|---|
| | Exclusive-Legal | $23.10 |
| | Fuel Surcharge | $3.47 |
| | **Order Total:** | **$26.57** |

We appreciate your business!

Page    9    of    16

---



P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4283544.01**

| Bill To: | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller Shirley | Date 04/16/13 |
|---|---|---|---|---|

| FROM: | 2-pdf From Client To Prolegal (attac 1706 S Figueroa St Los Angeles CA 90015-3420 | Exclusive-Legal |
|---|---|---|

| TO: | Judge Gary Feess 255 E Temple St Rm 730/7th Fl Los Angeles CA 90012-3332 |
|---|---|

| | | |
|---|---|---|
| Base Rate | 1 | $23.10 |
| Fuel Surcharge | 1 | $3.47 |

Exhibit C
Page C-12



P.O Box 712142
Los Angeles, CA 90071
(888) 722-6976



| Customer Number | |
|---|---|
| 1250 | |
| Invoice Number | |
| 117111 | |
| Invoice Date | |
| 4/30/2013 | |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 4/16/2013 12:41 PM PDF-File Same Day (Indicate | 4283544.02 | Judge Gary Foess 255 E Temple St Rm 730/7th Fl | Usdc 312 N Spring St | 13RZ-168906 |
| | Shirley | Los Angeles CA 90012-3332 | Los Angeles CA 90012-4701 | |

| | | |
|---|---|---|
| PDF-File Same Day (Indicate # of PDFs in Remarks) | | $38.45 |
| Court Time | | $29.00 |
| **Order Total:** | | **$67.45** |

We appreciate your business!                    Page    9        of   16



P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4283544.02**

| BILL TO | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1408 | References 13RZ-168906 | Caller Shirley | Date 04/16/13 |
|---|---|---|---|---|
| FROM | Judge Gary Feess 255 E Temple St Rm 730/7th Fl Los Angeles CA 90012-3332 | PDF-File Same Day | | |
| TO | Usdc 312 N Spring St Los Angeles CA 90012-4701 | | | |

Base Rate    1    $38.45
Court Time    58    $29.00

Exhibit C
Page C-13



P O Box 712142
Los Angeles, CA 90071
(888) 722-4876

| Customer Number |
| --- |
| 1250 |
| Invoice Number |
| 117111 |
| Invoice Date |
| 4/30/2013 |

**Date Ready**

| Order Type | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 4/16/2013 1 30 PM Return Via PDF | 4283544 03 | Usdc 312 N Spring St | Pro Courier 1706 S Figueroa St | 13RZ-168906 |
| | Shirley | Los Angeles CA 90012-4701 | Los Angeles CA 90015-3420 | |

| | | |
| --- | --- | --- |
| Return Via PDF | $0 00 | |
| On Demand | $15 00 | |
| **Order Total:** | **$15.00** | |

We appreciate your business!

Page    10    of    16

---

ProLegal

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4283544.03**

| Bill To | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller Shirley | Date 04/16/13 |
| --- | --- | --- | --- | --- |
| FROM | Usdc 312 N Spring St Los Angeles CA 90012-4701 | Return Via PDF | | |
| TO | Pro Courier 1706 S Figueroa St Los Angeles CA 90015-3420 | | | |
| | | On Demand | 1 | $15 00 |

Exhibit C
Page C-14





| Customer Number | |
|---|---|
| 851 | |
| Invoice Number | |
| 117076 | |
| Invoice Date | |
| 4/30/2013 | |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 4/17/2013 9:19 AM Direct-Legal | 4284529 | ProLegal-PDF From Client To Pro 1706 S Figueroa St | Judge Gary Feess 255 E Temple St Ste 740 | 13RZ-168906 |
| | Rex Bautista | Los Angeles CA 90015-3420 | Los Angeles CA 90012-3332 | |

| | |
|---|---|
| Direct-Legal | $18.40 |
| Fuel Surcharge | $2.76 |
| Copies | $12.25 |
| **Order Total:** | **$33.41** |

We appreciate your business!

Page    2        of    2

---



P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4284529**

| BILL TO | References | Caller | Date |
|---|---|---|---|
| Sheppard, Mullin, Et Al 333 S Hope St Los Angeles CA 90071-1406 | 13RZ-168906 | Rex Bautista | 04/17/13 |

| FROM | |
|---|---|
| ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Direct-Legal |

| TO |
|---|
| Judge Gary Feess 255 E Temple St Ste 740 Los Angeles CA 90012-3332 |

| | | |
|---|---|---|
| Base Rate | 1 | $18.40 |
| Fuel Surcharge | 1 | $2.76 |
| Copies | 35 | $12.25 |

Exhibit C
Page C-15



**ProLegal**
PO Box 712142
Los Angeles, CA 90071
(889) 722-6479

| Customer Number |
|---|
| 851 |
| Invoice Number |
| 117076 |
| Invoice Date |
| 4/30/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 4/19/2013 9:33 AM Direct-Legal | 4286634 Rex Bautista | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Judge Gary Feess 255 E Temple St Ste 740 Los Angeles CA 90012-3332 | 13RZ-168906 |

|  |  |
|---|---|
| Direct-Legal | $18.40 |
| Fuel Surcharge | $2.76 |
| Order Total: | $21.16 |

We appreciate your business!                         Page    2         of   2

---

**ProLegal**

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4286634**

| Bill To: | References | Caller | Date |
|---|---|---|---|
| Sheppard, Mullin, Et Al 333 S Hope St Los Angeles CA 90071-1406 | 13RZ-168906 | Rex Bautista | 04/19/13 |

**FROM:** ProLegal-PDF From Client To Pro
1706 S Figueroa St
Los Angeles CA 90015-3420

**TO:** Judge Gary Feess
255 E Temple St Ste 740
Los Angeles CA 90012-3332

Direct-Legal

|  |  |  |
|---|---|---|
| Base Rate | 1 | $18.40 |
| Fuel Surcharge | 1 | $2.76 |

Exhibit C
Page C-16



P.O. Box 712142
Los Angeles, CA 90071
(888) 722-6878



851
120495
8/31/2013

| Date Ready | Order ID | | | References |
| Order Type | Caller | Origin | Destination | Billing Group |
|---|---|---|---|---|
| 8/20/2013 9:09 AM | 4390608 | ProLegal-PDF From Client To Pro | Usdc | 13RZ-168906 |
| PDF-File Same Day (Indicate | | 1706 S Figueroa St | 312 N Spring St | |
| | Sarah Lewis | Los Angeles CA 90015-3420 | Los Angeles CA 90012-4701 | |

| | |
|---|---|
| PDF-File Same Day (Indicate # of PDFs in Remarks) | $40.19 |
| PDF Pages | $447.00 |
| Copies | $156.45 |
| Court Time | $48.00 |
| Legal Supplies | $40.00 |
| Legal Supplies | $50.00 |
| **Order Total:** | **$781.64** |

We appreciate your business!                                        Page    2           of   2

---



P.O. Box 712142
Los Angeles, CA 90071
(213) 481-6100

**4390608**

| Bill To: | References | Caller | Date |
|---|---|---|---|
| Sheppard, Mullin, Et Al<br>333 S Hope St<br>Los Angeles CA 90071-1406 | 13RZ-168906 | Sarah Lewis | 08/20/13 |

| FROM | ProLegal-PDF From Client To Pro<br>1706 S Figueroa St<br>Los Angeles CA 90015-3420 | PDF-File Same Day |
|---|---|---|
| TO | Usdc<br>312 N Spring St<br>Los Angeles CA 90012-4701 | |

| | | |
|---|---|---|
| Base Rate | 1 | $40.19 |
| PDF Pages | 447 | $447.00 |
| Copies | 447 | $156.45 |
| Court Time | 60 | $48.00 |
| Legal Supplies | 1 | $50.00 |
| Legal Supplies | 1 | $40.00 |

Exhibit C
Page C-17



**PO Box 712142**
Los Angeles, CA 90071
(888) 722-6978



| Customer Number | |
|---|---|
| 851 | |
| Invoice Number | |
| 120495 | |
| Invoice Date | |
| 8/31/2013 | |

Date Ready
Order Type

| | Order ID | | | | References |
|---|---|---|---|---|---|
| | Caller | Origin | | Destination | Billing Group |
| 8/20/2013 9:17 AM | 4390608.01 | Usdc | | Judge Gary Feess | 13RZ-168906 |
| Economy-Legal | | 312 N Spring St | | 255 E Temple St | |
| | Sarah Lewis | Los Angeles CA 90012-4701 | | Los Angeles CA 90012-3332 | |

| | |
|---|---|
| Economy-Legal | $9.20 |
| Fuel Surcharge | $1.38 |
| **Order Total:** | **$10.58** |

We appreciate your business!

Page    2             of   2

---

**ProLegal**

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4390608.01**

| BILL TO | Sheppard, Mullin, Et Al | References | Caller | Date |
|---|---|---|---|---|
| | 333 S Hope St | 13RZ-168906 | | |
| | Los Angeles CA 90071-1406 | | Sarah Lewis | 08/20/13 |

| FROM | Usdc |
|---|---|
| | 312 N Spring St |
| | Los Angeles CA 90012-4701 |

| TO | Judge Gary Feess |
|---|---|
| | 255 E Temple St |
| | Los Angeles CA 90012-3332 |

Economy-Legal

| | | |
|---|---|---|
| Base Rate | 1 | $9.20 |
| Fuel Surcharge | 1 | $1.38 |

Exhibit C
Page C-18



PO Box 712142
Los Angeles, CA 90071
(888)722-6879



Customer Number
851
Invoice Number
120495
8/31/2013

Date Ready
Order Type

| | Order ID | | | References |
|---|---|---|---|---|
| | Caller | Origin | Destination | Billing Group |

| | | | | |
|---|---|---|---|---|
| 8/20/2013 3:39 PM | 4390608.02 | Judge Gary Feess | 2-pdf From Client To Prolegal (at | 13RZ-168906 |
| Return Via PDF | | 255 E Temple St | 1706 S Figueroa St | |
| | Sarah Lewis | Los Angeles CA 90012-3332 | Los Angeles CA 90015-3420 | |
| | | | Return Via PDF | $15.00 |
| | | | Order Total: | $15.00 |

We appreciate your business!

Page   2        of   2

---

ProLegal

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4390608.02**

| | | | |
|---|---|---|---|
| **BILL TO** Sheppard, Mullin, Et Al<br>333 S Hope St<br>Los Angeles CA 90071-1406 | References<br>13RZ-168906 | Caller<br>Sarah Lewis | Date<br>08/20/13 |
| **FROM** Judge Gary Feess<br>255 E Temple St<br>Los Angeles CA 90012-3332 | Return Via PDF | | |
| **TO** 2-pdf From Client To Prolegal (attac<br>1706 S Figueroa St<br>Los Angeles CA 90015-3420 | | | |
| | Base Rate      1       $15.00 | | |

Exhibit C
Page C-19



PO Box 71214
Los Angeles, CA 90071
(888) 722-6975



| Customer Number | 849 |
| Invoice Number | 120494 |
| Invoice Date | 8/31/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 8/30/2013 9:02 AM Rush-Legal | 4400547 | ProLegal-LA 1706 S Figueroa St | Judge Gary Feess 255 E Temple St | 13RZ - 168906 |
| | Sarah Lewis | Los Angeles CA 90015-3420 | Los Angeles CA 90012-3332 | |

| | |
|---|---|
| Rush-Legal | $13.80 |
| Fuel Surcharge | $2.07 |
| Copies | $152.60 |
| Legal Supplies | $30.00 |
| **Order Total:** | **$198.47** |

We appreciate your business!

Page      2            of   2

Exhibit C
Page C-20



PO Box 712142
Los Angeles, CA 90071
(888)722-6878

| Customer Number |
|---|
| 847 |
| Invoice Number |
| 120978 |
| Invoice Date |
| 9/14/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 9/11/2013 8 30 AM Economy-Legal | 4409261 | Prolegal 1706 S Figueroa St | Judge Feess 255 E Temple St Ste  Courtroom | 13RZ-168906 |
| | Sarah Lewis | Los Angeles CA 90015 | Los Angeles CA 90012 | |

| | |
|---|---|
| Economy-Legal | $10 80 |
| **Order Total:** | **$10.80** |

We appreciate your business!                                     Page      13           of   31

---

PROLEGAL                    P O Box 712142
                           Los Angeles, CA 90071          **4409261**
                           (213) 481-8100

| Bill To | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller Sarah Lewis | Date 09/10/13 |
|---|---|---|---|---|
| FROM | Prolegal 1706 S Figueroa St Los Angeles CA 90015 | Economy-Legal | | |
| TO | Judge Feess 255 E Temple St Ste  Courtroom  73 Los Angeles CA 90012 | | | |

Base Rate        1        $10 80

Exhibit C
Page C-21





| Customer Number | |
|---|---|
| 849 | |
| Invoice Number | |
| 121649 | |
| Invoice Date | |
| 9/30/2013 | |

PO Box.712142
Los Angeles, CA 90071
(888) 722-4878

| Date Ready Order Type | Order ID Caller | Origin | Destination | | References Billing Group |
|---|---|---|---|---|---|
| 9/17/2013 12:30 PM Economy-Legal | 4415520 | Prolegal 1706 S Figueroa St | Judge Feess 255 E Temple St Ste Courtroom | | 13RZ - 168906 |
| | Sarah Lewis | Los Angeles CA 90015 | Los Angeles CA 90012 | | |
| | | | Economy-Legal | $9.20 | |
| | | | Fuel Surcharge | $1.38 | |
| | | | Order Total: | $10.58 | |

We appreciate your business!

Page    2          of    2

Exhibit C
Page C-22



**PO Box 712142**
**Los Angeles, CA 90071**
**(888) 722-6878**

| Customer Number |
|---|
| 1250 |
| Invoice Number |
| 122240 |
| Invoice Date |
| 10/15/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 10/2/2013 1:00 PM Return/Economy-Legal | 4430255 01 Shirley Winick | Prolegal 17921 Sky Park Circle Ste C Irvine CA 92614 | Sheppard, Mullin-CM 650 Town Center Dr Fl 4 Costa Mesa CA 92626-1993 | 13RZ-168906 |

| | | |
|---|---|---|
| | Return/Economy-Legal | $6.60 |
| | Fuel Surcharge | $0.99 |
| | **Order Total:** | **$7.59** |

We appreciate your business!          Page    19    of   25

---



P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4430255.01**

| BILL TO | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller Shirley Winick | Date 10/02/13 |
|---|---|---|---|---|
| FROM | Prolegal 17921 Sky Park Circle Ste C Irvine CA 92614 | Return/Economy-Leg | | |
| TO | Sheppard, Mullin-CM 650 Town Center Dr Fl 4 Costa Mesa CA 92626-1993 | | | |

|  | | |
|---|---|---|
| Base Rate | 1 | $6.60 |
| Fuel Surcharge | 1 | $.99 |

Exhibit C
Page C-23





| | | | | | |
|---|---|---|---|---|---|
| Date Ready<br>Order Type | Order ID<br>Caller | Origin | Destination | | References<br>Billing Group |
| 9/25/2013 12:56 PM<br>Economy-Legal | 4423464 | ProLegal-PDF From Client To Pro<br>1706 S Figueroa St | Judge Gary Feess<br>255 E Temple St | | 13RZ-168906 |
| | James Bond | Los Angeles CA 90015-3420 | Los Angeles CA 90012-3332 | | |

| | |
|---|---|
| Economy-Legal | $9.20 |
| Fuel Surcharge | $1.38 |
| Copies | $112.35 |
| Legal Supplies | $15.00 |
| Order Total: | $137.93 |

We appreciate your business!

Page     2          of   2

Exhibit C
Page C-24



**PO Box 712142**
Los Angeles, CA 90071
(888)722-6878

| Customer Number |
| --- |
| 1250 |
| Invoice Number |
| 122240 |
| Invoice Date |
| 10/15/2013 |

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 10/2/2013 10:00 AM Research | 4430255 | Usdc 255 E Temple St | ProLegal-LA 1706 S Figueroa St | 13RZ-168906 |
| | Shirley Winick | Los Angeles CA 90012-3332 | Los Angeles CA 90015-3420 | |

| | |
| --- | --- |
| Research | $38.50 |
| Fuel Surcharge | $5.78 |
| **Order Total:** | **$44.28** |

We appreciate your business!

Page    19    of    25

---

**ProLegal**

P.O. Box 712142
Los Angeles, CA 90071
(213) 481-8100

**4430255**

| BILL TO | Sheppard, Mullin, Etal 333 S Hope St Los Angeles CA 90071-1406 | References 13RZ-168906 | Caller Shirley Winick | Date 10/02/13 |
| --- | --- | --- | --- | --- |
| FROM | Usdc 255 E Temple St Los Angeles CA 90012-3332 | Research | | |
| TO | ProLegal-LA 1706 S Figueroa St Los Angeles CA 90015-3420 | | | |

| | | |
| --- | --- | --- |
| Base Rate | 1 | $38.50 |
| Fuel Surcharge | 1 | $5.78 |

Exhibit C
Page C-25