# EXHIBIT D



# INVOICE

**BARKLEY Court Reporters**
File No 50217
Los Angeles, CA 90074-0217
Tel 800 222 1231 · Fax 310 857 2611
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 437703 | 2/8/2013 | 353104 |

| Job Date | Case No. |
|---|---|
| 1/30/2013 | CV12-03001-GAF-VBK |

| Case Name |
|---|
| NYKO Technologies Inc. Enigizer Holdings Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

PAID
JUL 2 6 13
BT

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA 92626

| | | | | |
|---|---|---|---|---|
| Overtime (h) | 1.50 Hours | @ | 45.00 | 67.50 |
| | **TOTAL DUE >>>** | | | **$5,087.58** |

Location: Glendale, CA

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 5,087.58 |

Approved for Payment
Please Charge  13R2-168906  (NAVID DEPO)

Steve Hanle (2565)

*90029 3493*

RECEIVED
JUL 2 6 2013
ACCOUNTING

Tax ID: 95-3312349

Phone: 714-513-5100   Fax:714-513-5130

*Please detach bottom portion and return with payment.*

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA 92626

| | | | | |
|---|---|---|---|---|
| Job No. | : 353104 | BU ID | : .BCR - LA | |
| Case No. | : CV12-03001-GAF-VBK | | | |
| Case Name | : NYKO Technologies Inc. Enigizer Holdings Inc. | | | |
| Invoice No. | : 437703 | Invoice Date | : 2/8/2013 | |
| Total Due | : $5,087.58 | | | |

Remit To:   Barkley Court Reporters
            File No 50217
            Los Angeles CA  90074

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE



BARKLEY Court Reporters
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611
barkley.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 437703 | 2/8/2013 | 353104 |

| Job Date | Case No. |
|---|---|
| 1/30/2013 | CV12-03001-GAF-VBK |

| Case Name |
|---|
| NYKO Technologies Inc. Enigizer Holdings Inc. |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA  92626

| Original/Index transcript of deposition of: | | | | | |
|---|---|---|---|---|---|
| Amir Navid | 384.00 | Pages | @ | 5.85 | 2,246.40 |
| Exhibit | 315.00 | Pages | @ | 0.62 | 195.30 |
| BarkleyAccess Pkg/Vid (ASCII, DpSync Vdo, PDF Trnscpts & Exhbts) | | | | 20.00 | 20.00 |
| Administering of Oath - C.C.P. 2093(b), Gov.C.8211(b) | | | | 10.00 | 10.00 |
| Delivery of Original | | | | 20.00 | 20.00 |
| Overtime (h) | 1.50 | Hours | @ | 45.00 | 67.50 |
| .Realtime Text (at deposition)(p) . | 365.00 | Pages | @ | 1.50 | 547.50 |
| Videographer Present (p) | 384.00 | Pages | @ | 0.50 | 192.00 |
| Transcript Production fee | | | | 42.00 | 42.00 |
| Copies: 8.5 x 11 - Color | 40.00 | Pages | @ | 2.00 | 80.00 |
| Videotape Recording of: | | | | | |
| Amir Navid. | | | | | |
| Videographer - First 2 Hours | | | | 325.00 | 325.00 |
| Videographer: Hourly Rate | 9.00 | Hours | @ | 105.00 | 945.00 |
| Video Synchronization (h) | 8.75 | Hours | @ | 32.50 | 284.38 |
| Media Stock | | | | 10.00 | 10.00 |
| Video: Service Fee | | | | 35.00 | 35.00 |

Tax ID: 95-3312349

Phone: 714-513-5100    Fax:714-513-5130

*Please detach bottom portion and return with payment.*

Steven M. Hanle, Esq.
Sheppard Mullin Richter & Hampton LLP - (CM)
650 Town Center Drive
Fourth Floor
Costa Mesa CA  92626

Job No.      : 353104          BU ID        : .BCR - LA
Case No.     : CV12-03001-GAF-VBK
Case Name    : NYKO Technologies Inc. Enigizer Holdings Inc.

Invoice No.  : 437703          Invoice Date : 2/8/2013
Total Due    : $5,087.58

| PAYMENT WITH CREDIT CARD | AMEX · · VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:   Barkley Court Reporters
            File No 50217
            Los Angeles CA  90074

Exhibit D
Page D-2

**Veritext**
**Western Regional Headquarters**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Steve Hanle Esq<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Dr.<br>4th Floor<br>Costa Mesa, CA, 92626-1993 | Invoice #: | CA1841655 |
|---|---|---|---|
| | | Invoice Date: | 9/5/2013 |
| | | Balance Due: | $431.75 |

| Case: | Nyko Technologies, Inc. v. Energizer Holdings, Inc., Et Al |
|---|---|
| Job #: | 1723489 | Job Date: 8/29/2013 | Delivery: Normal |
| Billing Atty: | Steve Hanle Esq |
| Location: | Sheppard Mullin Richter Hampton-Orange County |
| | 650 Town Center Drive | Fourth Floor | Costa Mesa, CA 92626 |
| Sched Atty: | Art Hasan Esq. | Christie Parker & Hale |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Stephen D. Bristow | Video - Transcript Synchronization | Per hour | 4.25 | $403.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $431.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $431.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

*9 0 0 2 9 6 7 1 1 *

Approved for Payment
Please Charge  13R2-168906

Steve Hanle (2565)    9/12/13
                      Date

RECEIVED
OCT 09 2013
ACCOUNTING

| To pay online, go to<br>www.Veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | CA1841655 |
|---|---|---|---|
| | | Job #: | 1723489 |
| | | Invoice Date: | 9/5/2013 |
| | | Balance: | $431.75 |

Exhibit D
Page D-3

31852

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
4th Floor
Costa Mesa, CA 92626-1993

| | |
|---|---|
| Invoice #: | CA1742263 |
| Invoice Date: | 04/30/2013 |
| Balance Due: | $1,650.50 |

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc.
**Job #:** 1647583 | Job Date: 4/11/2013 | Delivery: Normal
**Billing Atty:** Steve Hanle Esq
**Location:** Christie Parker & Hale LLP
655 North Central Avenue | Suite 2300 | Glendale, CA 91203
**Sched Atty:** Steve Hanle Esq | Sheppard Mullin Richter & Hampton
**Depo Atty:** Steve Hanle Esq

**client matter #** 13RZ-168906

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Garry Kitchen | Video - Services | | 7.5 | $1,425.00 |
| | Video - Extended Hours Surcharge | Hour | 1.5 | $142.50 |
| | DVD Copy | | 1.0 | $55.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

**Notes:** DVD copy - MPEG-1 hand delivered to receptionist on 4/15/13

| | |
|---|---|
| Invoice Total: | $1,650.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,650.50 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

Approved for Payment
Please Charge  13RZ-168906  (Garry Kitchen Video)

Steve Hanle (2565)     Date

Please tear off stub and return with paym


*90029207 0*

| Make check payable to: | Veritext |
|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | |

Credit Card #                           Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | CA1742263 |
| Job #: | 1647583 |
| Invoice Date: | 04/30/2013 |
| Balance: | $1,650.50 |

# INVOICE



**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

| | |
|---|---|
| Invoice #: | CA1710770 |
| Invoice Date: | 03/26/2013 |
| Balance Due: | $3,293.80 |

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc.
**Job #:** 1621678 | **Job Date:** 3/5/2013 | **Delivery:** Normal
**Billing Atty:** Steve Hanle Esq
**Location:** Christie Parker & Hale LLP
655 North Central Avenue | Suite 2300 | Glendale, CA 91203
**Sched Atty:** Steve Hanle Esq | Sheppard Mullin Richter & Hampton
**Depo Atty:** Steve Hanle Esq

**client matter #** 13RZ-168906
**Case #** CIV12-03001-GAF-VBK

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Chris Arbogast | Original with 1 Certified Transcript | Page | 417.0 | $2,481.15 |
| | Exhibits | Per Page | 131.0 | $85.15 |
| | Realtime Services | Page | 357.0 | $535.50 |
| | Surcharge - Extended Hours | Hour | 1.0 | $75.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $3,293.80 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $3,293.80 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Please tear off stub and return with payment.

Approved for Payment
Please Charge 13RZ-168906

*9 0 0 2 9 0 1 3 4*

Steve Hanle (2565)     4/10/13

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Date Invoice #: | CA1710770 |
| Job #: | 1621678 |
| Invoice Date: | 03/26/2013 |
| Balance: | $3,293.80 |

# INVOICE

**PAID ACH**
MAY 1 3 2012
GDS

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Bill To: Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
4th Floor
Costa Mesa, CA 92626-1993

RECEIVED
MAY 0 9 2013
ACCOUNTING

| | |
|---|---|
| Invoice #: | CA1731178 |
| Invoice Date: | 04/18/2013 |
| Balance Due: | $3,978.14 |

| | |
|---|---|
| Case: | NYKO Technologies, Inc. v. Energizer Holdings, Inc. |
| Job #: | 1647583  |  Job Date: 4/11/2013  |  Delivery: Expedited |
| Billing Atty: | Steve Hanle Esq |
| Location: | Christie Parker & Hale LLP<br>655 North Central Avenue | Suite 2300 | Glendale, CA 91203 |
| Sched Atty: | Steve Hanle Esq | Sheppard Mullin Richter & Hampton |
| Depo Atty: | Steve Hanle Esq |

client matter #   13RZ-168906


*900290352*

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Garry Kitchen | Original with 1 Certified Transcript | Page | 332.0 | $3,160.64 |
| | Exhibits | Per Page | 235.0 | $152.75 |
| | Exhibits - Color | Per Page | 21.0 | $26.25 |
| | Realtime Services | Page | 264.0 | $396.00 |
| | Surcharge - Extended Hours | Hour | 1.5 | $112.50 |
| | CD Depo Litigation Pkge (SBF,PTZ,LEF,ASCII) | 1 | 1.0 | $52.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $3,978.14 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $3,978.14 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Please tear off stub and return with payment.
Approved for Payment
Please Charge  13RZ-168906   (Garry Kitchen Depo)

Steve Hanle (2565)     5/6/13

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | CA1731178 |
| Job #: | 1647583 |
| Invoice Date: | 04/18/2013 |
| Balance : | $3,978.14 |

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

Exhibit D
Page D-6

# INVOICE

**Sarnoff, A Veritext Company**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

| | |
|---|---|
| Invoice #: | CA1714821 |
| Invoice Date: | 03/28/2013 |
| Balance Due: | $2,118.00 |

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc.
**Job #:** 1621678 | Job Date: 3/5/2013 | Delivery: Normal
**Billing Atty:** Steve Hanle Esq
**Location:** Christie Parker & Hale LLP
655 North Central Avenue | Suite 2300 | Glendale, CA 91203
**Sched Atty:** Steve Hanle Esq | Sheppard Mullin Richter & Hampton
**Depo Atty:** Steve Hanle Esq

**client matter #** 13RZ-168906
**Case #** CIV12-03001-GAF-VBK

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Chris Arbogast | Video - Services | | 10.5 | $1,995.00 |
| | Video - Extended Hours Surcharge | Hour | 1.0 | $95.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| Notes: | | | Invoice Total: | $2,118.00 |
| | | | Payment: | |
| | | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Interest: | $0.00 |
| | | | Balance Due: | $2,118.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

*90029 0137*

Approved for Payment  13R2-168906
Please tear off stub and return with payment.

_A.H._   4/10/13
Steve Hanle (2565)   Date

**Make check payable to:** Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | CA1714821 |
| Job #: | 1621678 |
| Invoice Date: | 03/28/2013 |
| Balance: | $2,118.00 |

For more information on charges related to our services please consult www.veritext.com/serviceinfo

Exhibit D
Page D-7

# INVOICE

3/35✓

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

Approved For Payment _____
Please Charge  13RZ-168906

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

| | |
|---|---|
| Invoice #: | CA1693650 |
| Invoice Date: | 03/04/2013 |
| Balance Due: | $2,135.80 |

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc., Et Al.
**Job #:** 1611199  |  Job Date: 2/15/2013  |  Delivery: Normal

**Location:** Sheppard, Mullin, Richter & Hampton, LLP
333 S. Hope Street  |  43rd Floor  |  LA, CA 90071

RECEIVED
MAR 08 2013
ACCOUNTING

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Gerry Block | Certified Transcript | Page | 386.0 | $1,273.80 |
| | Exhibits | Per Page | 70.0 | $45.50 |
| | Exhibits - Color | Per Page | 17.0 | $25.50 |
| | Realtime Services | Page | 386.0 | $579.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Miscellaneous | | 1.0 | $95.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:** Misc=Realtime token

| | |
|---|---|
| Invoice Total: | $2,135.80 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,135.80 |

Fed. Tax ID: 20-3132569      Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

*90029060*

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | CA1693650 |
| Job #: | 1611199 |
| Invoice Date: | 03/04/2013 |
| Balance: | $2,135.80 |

Exhibit D
Page D-8

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
Fl. 4
Costa Mesa, CA 92626-1993

**Invoice #:** CA1719942
**Invoice Date:** 04/03/2013
**Balance Due:** $2,138.00

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc., Et Al.
**Job #:** 1635403 | Job Date: 3/26/2013 | Delivery: Normal
**Location:** Sheppard, Mullin, Richter & Hampton-Del Mar
12275 El Camino Real | Suite 200 | San Diego, CA 92130

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Thomas Roberts | Certified Transcript | Page | 386.0 | $1,273.80 |
| | Exhibits | Per Page | 238.0 | $154.70 |
| | Exhibits - Color | Per Page | 9.0 | $13.50 |
| | Realtime Services | Page | 386.0 | $579.00 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,138.00 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,138.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

*Please tear off stub and return with payment.*

Approved for Payment
Please Charge 1342-168906 (Tom Roberts Depo)

Make check payable to: **Veritext**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                        Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Steve Hanle (2565)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago, IL 60694-1303

| | |
|---|---|
| Invoice #: | CA1719942 |
| Job #: | 1635403 |
| Invoice Date: | 04/03/2013 |
| Balance: | $2,138.00 |

Exhibit D
Page D-9

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

**Bill To:** Steve Hanle Esq
Sheppard Mullin Richter & Hampton LLP
650 Town Center Dr.
4th Floor
Costa Mesa, CA 92626-1993

RECEIVED MAY 09 2013 ACCOUNTING

| Invoice #: | CA1729355 |
|---|---|
| Invoice Date: | 04/16/2013 |
| Balance Due: | $645.50 |

**Case:** NYKO Technologies, Inc. v. Energizer Holdings, Inc., Et Al.
**Job #:** 1635403  |  Job Date: 3/26/2013  |  Delivery: Normal

**Location:** Sheppard, Mullin, Richter & Hampton-Del Mar
12275 El Camino Real | Suite 200 | San Diego, CA 92130

PAID ACH MAY 09 2012 GDS

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Thomas Roberts | Video - Transcript Synchronization | Per hour | 6.5 | $617.50 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $645.50 |
| | Payment: | |
| | Credit: | |
| Fed. Tax ID: 20-3132569   Term: Net 30 | Interest: | $0.00 |
| | Balance Due: | $645.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

Approved for Payment
Please Charge 13R2-168906 (TOM ROBERTS VIDEO)



*  9 0 0 2 9 0 3 4 9  *

Steve Hanle (2565)     5/6/13    Date

Please tear off stub and return with payment.

Make check payable to:  **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago, IL 60694-1303

| Invoice #: | CA1729355 |
|---|---|
| Job #: | 1635403 |
| Invoice Date: | 04/16/2013 |
| Balance: | $645.50 |

For more information on charges related to our services please consult www.veritext.com/services.info