# EXHIBIT E

38016



**Beacon IP, LLC**
107 S. West Street, #763
ALEXANDRIA, VA 22314 US

(310)428-7142
crystal@beaconip.com

BEACON IP

# Invoice

| Date | Invoice # |
|---|---|
| 10/09/2012 | 112-100912 |
| Terms | Due Date |
| Net 30 | 11/08/2012 |

**Bill To**
Daniel Yannuzzi
Sheppard Mullen

Approved For Payment
Please Charge   13R(2)/68906

| Project |
|---|
| 112-VE1-090712 |

| Activity | Amount |
|---|---|
| • Invalidity search - 112-VE1-090712 | 3,250.00 |
| • Database charge - 1 search | 25.00 |

RECEIVED
OCT 1 1 2012
ACCOUNTING

*900281159*

RECEIVED
OCT 1 1 2012
ACCOUNTING

| Total | $3,275.00 |
|---|---|

Please remit payment to:
Beacon Intellectual Property Services, LLC
c/o Crystal Burke
107 S. West Street, #763
Alexandria, VA 22314

**Landon IP, Inc.**
1725 Jamieson Avenue
Alexandria, VA 22314

Page 1

Invoice

Invoice Number
**190096**

Order Number
146595

To: LINDA SPIRRA
SHEPPARD MULLIN RICHTER HAMPTON LLP
12275 EL CAMINO REAL
SUITE 200
SAN DIEGO, CA 92130-2006
USA


Approved For Payment
Please Charge 13RZ-168906

Invoice Date
30-Nov-2012

Due Date
Due Upon Receipt

Ordered By
LINDA SPIRRA
SMRHLD

| Description | Amount |
|---|---|
| REF: JP 2006-204885 | |
| Foreign Patent Reference(s) - JP 2006-204885 | $10.00 |
| Subtotal | $10.00 |

IRG/CR01

**Invoice Amount:** $10.00

**Please pay the full invoice amount in US Dollars.**

**Banking Information:**

| By Wire | By Mail | Billing Inquiries |
|---|---|---|
| Bank Name: PNC<br>Account Number: 5308128927<br>Routing Number (for ACH): 054000030<br>Routing Number (for Wire): 031000053<br>Swift#: PNCCUS33<br>Account Name: Landon IP, Inc.<br>Bank Address: 3300 Duke Street, Alexandria, VA 22314 USA | Landon IP, Inc.<br>1725 Jamieson Avenue<br>Alexandria, VA 22314 | All billing inquiries, please contact:<br>Phone: +1 703 486 1150<br>Fax: +1 703 692 4510<br>E Mail: billing@landon-ip.com |

**For customer service and to place an order:**

| Customer Location | Email | Phone Number |
|---|---|---|
| Americas, Israel, India, Singapore, Taiwan and New Zealand | mail@landon-ip.com | +1 703 486 1150 |
| Europe, North African Arab countries and Middle East (except Israel) | europe@landon-ip.com | +44 (0)20 3116 6400 |
| Africa (other than North African Arab countries) | africa@landon-ip.com | +44 (0)20 3116 6400 |
| Japan | japan@landon-ip.com | +81 3 6717 4062 |
| Australia | australia@landon-ip.com | +81 3 6717 4062 |
| Philippines, Myanmar, Laos, Thailand, Cambodia, Vietnam, Malaysia and Indonesia | asiapacific@landon-ip.com | +81 3 6717 4062 |
| South Korea | korea@landon-ip.com | +81 3 6717 4062 |
| China (mainland, Taiwan, Hong Kong and Macau) | china@landon-ip.com | +86 21 5239 9929 |

*900283527*

**Landon IP, Inc.**
(formerly Landon Stark Cantwell & Paxton)
1725 Jamieson Ave.
Alexandria, VA 22314
USA

Phone: 703.486.1150
Fax: 703.892.4510
E Mail: mail@landon-ip.com

**To:** ANUP SURESH
SHEPPARD MULLIN RICHTER & HAMPTON LLP
379 LYTTON AVENUE

PALO ALTO CA 94301

**Invoice**

Invoice Number:
**183394**

Order Number:
**138123**

Invoice Date:
4/18/2012

Due Date:
Due Upon Receipt

SMRHAS

Your Ref: 13RZ-168906

| Description | Amount |
|---|---|
| Search - 30 Hours - US 8143848 to Navid | $4,050.00 |

RECEIVED
APR 2 5 2012
ACCOUNTING

Approved For Payment
Please Charge 13RZ-168906

RECEIVED
APR 2 4 2012
ACCOUNTING

CS02

**Please Pay in US Dollars**
Banking Information:
Bank Name: PNC
Account Number: 5308128927
Routing Number: 054000030
Swift #: PNCCUS33
Account Name: Landon IP, Inc.
Bank Address: 3300 Duke Street, Alexandria, VA 22314

| Total Invoice Amount: | $4,050.00 |
|---|---|

Exhibit E
Page E-3

| | |
|---:|---|
| $21.30 | PACER (Public Access to Court Electronic Records). Customer Number: SM0064. Statement Date: 08/01/13 - 08/31/13. |
| $1.70 | PACER (Public Access to Court Electronic Records). Customer Number: SM0064. Statement Date: 09/01/13 - 09/30/13. |
| $77.90 | PACER (Public Access to Court Electronic Records). Customer Number: SM0064. Statement Date: 09/01/13 - 09/30/13. |
| $2.50 | PACER (Public Access to Court Electronic Records). Customer Number: SM0111. Statement Date: 06/01/13 - 06/30/13. |
| $1.80 | PACER (Public Access to Court Electronic Records). Customer Number: SM0111. Statement Date: 12/01/12 - 12/31/12. |
| $6.20 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 01/01/13 - 01/31/13. |
| $4.10 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 03/01/13 - 03/31/13. |
| $6.20 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 04/01/13 - 04/30/13. |
| $100.60 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 04/01/13 - 04/30/13. |
| $106.20 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 06/01/13 - 06/30/13. |
| $2.80 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 08/01/13 - 08/31/13. |
| $14.80 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 08/01/13 - 08/31/13. |
| $9.20 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 09/01/12 - 09/30/12. |
| $11.30 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 09/01/13 - 09/30/13. |
| $7.10 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 09/01/13 - 09/30/13. |
| $6.20 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 09/01/13 - 09/30/13. |
| $12.80 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 09/01/13 - 09/30/13. |
| $26.80 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 10/01/12 - 10/31/12. |
| $1.50 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 11/01/12 - 11/30/12. |
| $18.10 | PACER (Public Access to Court Electronic Records). Customer Number: SM0175. Statement Date: 12/01/12 - 12/31/12. |
| $3.69 | Pacer Legal Research. Customer Number: SM0111. Statement Date: 05/01/12 - 05/31/12. |
| $1.17 | Pacer Legal Research. Customer Number: SM0111. Statement Date: 06/01/12 - 06/30/12. |
| $3.87 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 04/01/12 - 04/30/12. |
| $2.70 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 04/01/12 - 04/30/12. |
| $37.62 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 05/01/12 - 05/31/12. |
| $1.53 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 06/01/12 - 06/30/12. |
| $22.59 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 06/01/12 - 06/30/12. |
| $1.26 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 07/01/12 - 07/31/12. |
| $7.11 | Pacer Legal Research. Customer Number: SM0175. Statement Date: 07/01/12 - 07/31/12. |
| $161.78 | Lexis research by Buccigross, Gray on 5/3/2012. |
| $1,075.95 | Lexis research by Buccigross, Gray on 5/11/2012. |
| $251.32 | Lexis research by Buccigross, Gray on 5/12/2012. |
| $493.88 | Lexis research by Buccigross, Gray on 5/13/2012. |
| $1,461.60 | Lexis research by Lee, Sooho on 5/13/2012. |
| $205.20 | Lexis research by Lewis, Sarah on 5/15/2012. |
| $42.75 | Lexis research by Hanle, Steven on 5/15/2012. |
| $119.70 | Lexis research by Lee, Sooho on 5/16/2012. |

| | |
|---|---|
| $14.40 | Lexis research by Salen, Jesse on 5/22/2012. |
| $17.10 | Lexis research by Salen, Jesse on 5/22/2012. |
| $216.00 | Lexis research by Buccigross, Gray on 5/26/2012. |
| $561.15 | Lexis research by Buccigross, Gray on 5/27/2012. |
| $68.40 | Lexis research by Salen, Jesse on 6/13/2012. |
| $85.50 | Lexis research by Salen, Jesse on 6/14/2012. |
| $297.45 | Lexis research by Buccigross, Gray on 9/27/2012. |
| $14.40 | Lexis research by Bautista, Rex on 9/27/2012. |
| $21.38 | Lexis research by Buccigross, Gray on 9/29/2012. |
| $33.98 | Lexis research by Buccigross, Gray on 10/4/2012. |
| $93.38 | Lexis research by Buccigross, Gray on 10/5/2012. |
| $13.50 | Lexis research by Buccigross, Gray on 10/7/2012. |
| $14.40 | Lexis research by Buccigross, Gray on 11/26/2012. |
| $27.00 | Lexis research by Buccigross, Gray on 12/18/2012. |
| $358.42 | Lexis research by Buccigross, Gray on 12/19/2012. |
| $27.45 | Lexis research by Buccigross, Gray on 12/20/2012. |
| $546.30 | Lexis research by Buccigross, Gray on 12/21/2012. |
| $271.35 | Lexis research by Buccigross, Gray on 12/24/2012. |
| $433.35 | Lexis research by Buccigross, Gray on 12/25/2012. |
| $301.05 | Lexis research by Buccigross, Gray on 1/2/2013. |
| $14.40 | Lexis research by Buccigross, Gray on 1/3/2013. |
| $27.00 | Lexis research by Buccigross, Gray on 1/4/2013. |
| $306.45 | Lexis research by Buccigross, Gray on 1/7/2013. |
| $72.00 | Lexis research by Bautista, Rex on 2/5/2013. |
| $605.25 | Lexis research by Buccigross, Gray on 2/7/2013. |
| $111.60 | Lexis research by Buccigross, Gray on 3/4/2013. |
| $45.00 | Lexis research by Bautista, Rex on 4/1/2013. |
| $17.10 | Lexis research by Mueller, Matthew on 4/2/2013. |
| $71.10 | Lexis research by Buccigross, Gray on 4/3/2013. |
| $415.80 | Lexis research by Bautista, Rex on 4/3/2013. |
| $432.00 | Lexis research by Bautista, Rex on 4/4/2013. |
| $28.80 | Lexis research by Bautista, Rex on 4/5/2013. |
| $142.20 | Lexis research by Buccigross, Gray on 4/12/2013. |
| $282.15 | Lexis research by Buccigross, Gray on 4/30/2013. |
| $27.00 | Lexis research by Buccigross, Gray on 5/8/2013. |
| $122.40 | Lexis research by Buccigross, Gray on 7/26/2013. |
| $27.00 | Lexis research by Buccigross, Gray on 7/27/2013. |
| $14.40 | Lexis research by Salen, Jesse on 8/19/2013. |
| $22.28 | Lexis research by Salen, Jesse on 8/20/2013. |
| $81.45 | Lexis research by Salen, Jesse on 8/20/2013. |
| $87.98 | Lexis research by Salen, Jesse on 8/21/2013. |
| $472.72 | Lexis research by Salen, Jesse on 8/28/2013. |
| $14.40 | Lexis research by Buccigross, Gray on 9/3/2013. |
| $144.00 | Lexis research by Buccigross, Gray on 9/4/2013. |
| $144.00 | Lexis research by Salen, Jesse on 9/4/2013. |
| $187.20 | Lexis research by Bond, James on 9/5/2013. |
| $573.08 | Lexis research by Salen, Jesse on 9/5/2013. |
| $14.40 | Lexis research by Salen, Jesse on 9/6/2013. |
| $14.40 | Lexis research by Salen, Jesse on 9/7/2013. |
| $348.98 | Lexis research by Buccigross, Gray on 9/9/2013. |
| $178.88 | Lexis research by Buccigross, Gray on 9/16/2013. |
| $960.08 | Lexis research by Trusso, Jennifer on 9/18/2013. |
| $34.20 | Lexis research by Salen, Jesse on 9/23/2013. |
| $258.30 | Westlaw research by Bautista, Rex, on 4/3/2013. |

| | |
|---|---|
| $31.97 | Westlaw research by Bautista, Rex, on 4/4/2013. |
| $7.99 | Westlaw research by Lee, Sooho, on 8/26/2013. |
| $1,935.92 | Westlaw research by Lewis, Sarah, on 5/15/2012. |
| $228.11 | Westlaw research by Lewis, Sarah, on 8/16/2013. |
| $108.90 | Westlaw research by Mueller, Matthew, on 11/1/2012. |
| $108.90 | Westlaw research by Mueller, Matthew, on 12/14/2012. |
| $92.70 | Westlaw research by Mueller, Matthew, on 12/20/2012. |
| $84.60 | Westlaw research by Mueller, Matthew, on 4/3/2013. |