# EXHIBIT F

| | |
|---|---|
| $14.50 | Duplicating charges, 000058 pages by 5204. |
| $54.00 | Duplicating charges, 000216 pages by 5343. |
| $27.75 | Duplicating charges, 000111 pages by 5343. |
| $30.00 | Duplicating charges, 000120 pages by 5343. |
| $168.50 | Duplicating charges, 000674 pages by 5343. |
| $70.00 | Duplicating charges, 000280 pages by 5343. |
| $1.50 | Duplicating charges, 000006 pages by 6028. |
| $1.50 | Duplicating charges, 000006 pages by 6028. |
| $0.50 | Duplicating charges, 000002 pages by 6028. |
| $136.50 | Duplicating charges, 546 pages, by Bautista. |
| $13.00 | Duplicating charges, 000052 pages by 6522. |
| $28.00 | Duplicating charges, 000112 pages by 6312. |
| $0.25 | Duplicating charges, 000001 pages by 6412. |
| $49.50 | Duplicating charges, 198 pages, by S. Winick. |
| $13.25 | Duplicating charges, 000053 pages by 6412. |
| $48.00 | Duplicating charges, 000192 pages by 2565. |
| $40.50 | Duplicating charges, 162 pages, by S. Winick. |
| $64.50 | Duplicating charges, 258 pages, by S. Hanle. |
| $49.50 | Duplicating charges, 198 pages, by S. Hanle. |
| $83.50 | Duplicating charges, 334 pages, by S. Hanle. |
| $10.00 | Duplicating charges, 40 pages, by S. Hanle. |
| $13.50 | Duplicating charges, 54 pages, by S. Hanle. |
| $17.00 | Duplicating charges, 000068 pages by 2565. |
| $94.00 | Duplicating charges, 000376 pages by 6412. |
| $365.00 | Duplicating charges, 001460 pages by 6412. |
| $154.50 | Duplicating charges, 618 pages, by S. Hanle. |
| $133.00 | Duplicating charges, 000532 pages by 6412. |
| $317.50 | Duplicating charges, 001270 pages by 6412. |
| $33.00 | Duplicating charges, 132 pages, by S. Winick. |
| $429.00 | Duplicating charges, 1,716 pages, by Bautista. |
| $325.50 | Duplicating charges, 001302 pages by 7777. |
| $100.50 | Duplicating charges, 000402 pages by 7777. |
| $1.00 | Duplicating charges, 000004 pages by 2025. |
| $111.75 | Duplicating charges, 000447 pages by 7777. |
| $27.00 | Duplicating charges, 000108 pages by 7777. |
| $0.25 | Duplicating charges, 000001 pages by 6028. |
| $225.00 | Duplicating charges, 000900 pages by 7777. |
| $212.00 | Duplicating charges, 848 pages, by Bond. |
| $13.75 | Duplicating charges, 000055 pages by 2565. |
| $1.75 | Duplicating charges, 000007 pages by 1016. |
| $37.75 | Duplicating charges, 151 pages, by Lee. |
| $1,394.25 | Color Copies, 5,859 pages, by Bautista. |