# EXHIBIT G

# SheppardMullin

## EXPENSE SUMMARY

☐ Administration (AD)
☐ Central Services CS

Date: **02-07-13**

Attorney Billing Number or Employee I.D.: **2507**

Name: **Gray Buccigross**

**Office**

☐ Beijing (BE)
☐ Chicago (CH)
☐ Los Angeles (LA)
☐ Palo Alto (SV)
☐ Santa Barbara (SB)
☐ Washington, DC (DC)

☐ Brussels
☒ Del Mar Heights (DM)
☐ New York (NY)
☐ Orange County (OC)
☐ San Diego (SD)
☐ Seoul (SU)

☐ Century City (CC)
☐ London (LD)
☐ Orange County (OC)
☐ San Francisco (SF)
☐ Shanghai (SH)

**Practice Group**

☐ Antitrust (AT)
☐ Business Trial Practice (BT)
☐ Constr., Environ., RE & Land Use Lit. (RC)
☐ Corporate (CS)

☐ Entertainment and Media (EM)
☐ Finance & Bankruptcy (FB)
☐ Gov't Contracts & Regulated Indus. (GC)
☒ Intellectual Property (IP)

☐ Labor & Employment (LB)
☐ Real Estate/LU/UR/Environment (RE)
☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ White Collar Defense (WC)



| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 5 | 01/29/13 | Orange County | Mileage Reimbursement (roundtrip from SD to OC) 172.96 miles X 56.5 = $41.22 | Deposition | | $41.22 | 13RZ-168906 |
| 6 | 1/29-1/30/13 | Orange County | Toll Road Reimbursement Roundtrip (SD to OC) | Deposition | | $11.00 | 13RZ-168906 |

DJK

SMRH-40801336.1

RECEIVED
FEB 0 8 2013

Page 1 of 2

*90028410 2*

Driving Directions from 1660 Neale St, San Diego, California 92103 to 650 Town Center...   Page 1 of 1



 mapquest

Trip to:

**650 Town Center Dr**
Costa Mesa, CA 92626-1989
86.48 miles / 1 hour 33 minutes

Notes

86.48 × 2 = 172.96

172.96 × 56.5¢ = $41.20

**Are you comfortable in your retirement?**

If you have a $500,000 portfolio, download the guide for retirees written by *Forbes* columnist and money manager Ken Fisher's firm. It's called **"The 15-Minute Retirement Plan."** Even if you have something else in place right now, it *still* makes sense to request your guide!

**Click Here to Download Your Guide!**

FISHER INVESTMENTS

©2013 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

Get the **FREE MapQuest toolbar.** features.mapquest.com/toolbar/ **G⊙**

http://www.mapquest.com/print?a=app.core.c97eac5434fc164eafa2429d                2/7/2013



```
    TRANSPORTATION CORRIDOR AGENCIES
              ROUTE 73
            CATALINA N ML

1/29/13  2:34:21PM      Pl 1191 Ln  2
                              ID# 4394
   Class 1                       $5.50


            .THANK YOU
```

```
WELCOME TO THE TOLL ROADS! DRIVE LESS. LIVE MORE.

Date/Time: 01/30/13 20:50:55
Location: Catalina View Southbound, Lane 3
Ref#:    23827


                 Amount Paid:      $5.50


         Thank you for using The Toll Road:
                    Have a wonderful da


     $100 OR MORE A YEAR WITH FASTRAK

When you use FasTrak, you save money every time
you drive on The Toll Roads. In fact, on every
exit on every Toll Road, FasTrak customers save
from $0.40 to $0.80 vs. cash lanes. And those
savings add up fast, topping $100 or more a
year! Sign Up and Save!

             www.theTollRoads.com
     Questions? Contact us at (949) 727-4800
```

## SheppardMullin

# EXPENSE SUMMARY

☐ Administration (AD)
☐ Central Services CS)

**Office**
☐ Los Angeles (LA)  ☐ Century City (CC)  ☐ Palo Alto (PA)
☐ Orange County (OC)  ☐ Santa Barbara (SB)  ☐ Beijing (BE)
☐ San Francisco (SF)  ☒ Del Mar Heights (DM)
☐ San Diego (SD)  ☐ New York (NY)
☐ Washington, DC (DC)  ☐ Shanghai (SH)

**Date:** 06/4/12

**Practice Group**
☐ Antitrust (AT)  ☐ Entertainment and Media (EM)  ☐ Labor & Employment (LB)
☐ Business Trial Practice (BT)  ☐ Finance & Bankruptcy (FB)  ☐ Real Estate/LNR/Environment (RE)
☐ Const., Environ., RE & Land Use Lit. (RC)  ☐ Gov't. Contracts & Regulated Indus. (GC)  ☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ Corporate (CS)  ☒ Intellectual Property (IP)  ☐ White Collar Defense (WC)

**Attorney Billing Number or Employee I.D.:** 2507  **Name:** Gray Buccigross

| Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 4 | 05/29/12 | DM | Meal Jorge's Mexicatessen | travel to/from 529 court hearing in Los Angeles | Jesse Salen | $15.25 | 13RZ.168906 |
| 5 | 05/29/12 | DM | Toll road fee on way to 5/29 hearing | | | $5.00 | 13RZ.168906 |
| 6 | 05/29/12 | DM | Toll road fee upon return from 529 hearing | | | $5.75 | 13RZ.168906 |
| 7 | 05/29/12 | DM | Mileage to/from OC office for carpool to/from 529 hearing in Los Angeles (142.67 mi.) | | | $79.18 | 13RZ.168906 |

**Total:** $261.95
**Less Advances:**
**Amount Due (time/me):** $261.95

Executive Director Approval or Designee

**Notes:**
In all cases, list amounts spent on food or beverages separately from other amounts such as hotel room charges.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal" whether or not the expenditure is chargeable to a client.

**Receipts:** The I.R.S. requires that all items of $25.0000 or more have a receipt attached. Every effort should be made to provide receipts for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are "contemporaneous," notations should be made on the receipts themselves or to persons entertained business purpose, etc.

X _____
By submitting the foregoing Expense Summary, I certify that the amounts claimed were actually incurred in connection with Sheppard Mullin business and are reimbursable under the Firm's reimbursement policy.

W02 FORMS SMRH080003642.1  Revised 05/09/12  Page 1 of ___

RECEIVED JUN 06 2012

PAID ACCT JUN 08 2012

*90026927*

Exhibit G
Page G-4

```
          J O R G E S
           Mexicatessen
       267 E N. EL CAMINO REAL
          PH.760.942.6809
         ENCINITAS, CA.92024

DATE        05/29/2012        TUE
     2 X           @2.50
     FISH S TACO            $5.00
     MD.DRINK              $1.35
     2 X           @2.50
     FISH S TACO            $5.00
     2 X           @0.00
     NO CILAN              0.00
     MD.DRINK             $1.35
     DASANI               $1.45
          *** EAT IN ***
TAX TOTAL                 $1.10
TOTAL              $15.25
CREDIT CARD             $15.25
      * ORDER# 0142 *
NO.000242 REG 01 OCTAVIO A.   TIME 18:37


           THANK YOU!
       1/2 ROASTED CHICKEN
       SUNDAYS ONLY $7.50
           COME AGAIN!
```

```
TRANSPORTATION CORRIDOR AGENCIES
           ROUTE 73
         CATALINA S ML

5/29/12  4:32:43PM    PI 1190 Ln  3
                          ID# 4327
  Class 1                    $5.75


           THANK YOU
```

```
TRANSPORTATION CORRIDOR AGENCIES
           ROUTE 73
         CATALINA N ML

9/12  9:49:10AM    PI 1191 Ln  3
                        ID# 4264
 ass 1                    $5.00


           THANK YOU
```

Driving Directions from 12275 El Camino Real, San Diego, California 92130 to 12275 El Camino Real, ...   Page 1 of 2

# mapquest m

**Trip to:**

**12275 El Camino Real**
San Diego, CA 92130-4091
142.67 miles / 2 hours 32 minutes

**Notes**

Mileage to/from Del Mar Office to Orange County Office

---

**Ⓐ 12275 El Camino Real**, San Diego, CA 92130-4091

| | | |
|---|---|---|
| ● | 1. Start out going **northeast** on El Camino Real toward High Bluff Dr. Map | **1.0 Mi**<br>*1.0 Mi Total* |
| ↰ | 2. Turn **left** onto Del Mar Heights Rd. Map | **0.6 Mi**<br>*1.6 Mi Total* |
| 🚹 I-5 SOUTH | 3. Merge onto **I-5 N**. Map | **59.2 Mi**<br>*60.7 Mi Total* |
| 94A EXIT I-405 | 4. Merge onto **I-405 N** via **EXIT 94A** toward Long Beach. Map | **9.1 Mi**<br>*69.8 Mi Total* |
| 9B EXIT | 5. Take the **Bristol St** exit, **EXIT 9B**, toward Anton Blvd / Ave of the Arts. Map | **0.3 Mi**<br>*70.1 Mi Total* |
| RAMP | 6. Keep **left** to take the **Bristol St** ramp. Map | **0.4 Mi**<br>*70.5 Mi Total* |
| ↱ | 7. Turn **right** onto Bristol St. Map | **0.3 Mi**<br>*70.8 Mi Total* |
| ↱ | 8. Take the **2nd right** onto Town Center Dr. Map | **0.1 Mi**<br>*70.9 Mi Total* |
| ■ | 9. **650 TOWN CENTER DR** is on the **left**. Map | |

---

**A to B Travel Estimate: 70.91 mi - about 1 hour 15 minutes**

**Ⓑ 650 Town Center Dr**, Costa Mesa, CA 92626-1989

| | | |
|---|---|---|
| ● | 1. Start out going **west** on Town Center Dr toward Park Center Dr. Map | **0.1 Mi**<br>*71.0 Mi Total* |
| ↰ | 2. Turn **left** onto Bristol St. Map | **0.4 Mi**<br>*71.5 Mi Total* |
| 🚹 I-405 SOUTH | 3. Merge onto **I-405 S** toward San Diego. Map | **9.7 Mi**<br>*81.2 Mi Total* |
| ↑ I-5 SOUTH | 4. **I-405 S** becomes **I-5 S**. Map | **60.3 Mi**<br>*141.5 Mi Total* |
| 33 EXIT | 5. Take the **Carmel Valley Rd** exit, **EXIT 33**, toward **CA-56 E**. Map | **0.3 Mi**<br>*141.8 Mi Total* |
| ↰ | 6. Turn **left** onto Carmel Valley Rd. Map | **0.4 Mi**<br>*142.1 Mi Total* |
| ↰ | 7. Turn **left** onto El Camino Real. Map | **0.5 Mi**<br>*142.7 Mi Total* |
| ■ | 8. **12275 EL CAMINO REAL** is on the **right**. Map | |

---

http://www.mapquest.com/print?a=app.core.fe98373dab58c39201c7b2e1

6/5/2012

Driving Directions from 12275 El Camino Real, San Diego, California 92130 to 12275 El Camino Real, ...   Page 2 of 2

**B to C** Travel Estimate: 71.76 mi - **about 1 hour 16 minutes**

 **12275 El Camino Real**, San Diego, CA 92130-4091

Total Travel Estimate: **142.67 miles - about 2 hours 32 minutes**

©2011 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

http://www.mapquest.com/print?a=app.core.fe98373dab58c39201c7b2e1                                    6/5/2012

# SheppardMullin

## EXPENSE SUMMARY   UNCHECK

☐ Administration (AO)
☐ Central Services (CS)

**Office**

☐ Beijing (BE)
☐ Brussels
☐ Century City (CC)
☒ Del Mar Heights (DM)
☐ London (LD)
☐ Chicago (CH)
☐ New York (NY)
☐ Orange County (OC)
☐ Los Angeles (LA)
☐ San Diego (SD)
☐ San Francisco (SF)
☐ Palo Alto (PA)
☐ Seoul (SU)
☐ Shanghai (SH)
☐ Santa Barbara (SB)
☐ Washington, DC (DC)

**Date:** ___05/15/13___

**Practice Group**

☐ Antitrust (AT)
☐ Business Trial Practice (BT)
☐ Const., Environ., RE & Land Use Lit. (RC)
☐ Corporate (CS)
☐ Entertainment and Media (EM)
☐ Finance & Bankruptcy (FB)
☐ Govt. Contracts & Regulated Indus., (GC)
☒ Intellectual Property (IP)

☐ Labor & Employment (LB)
☐ Real Estate/LUN/R/Environment (RE)
☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ White Collar Defense (WC)

**Attorney Billing Number or Employee I.D.:** __2348__       **Name:** __Dan Yannuzzi__

| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 3 | 05/9/13 | LA | Also Street Parking Garage, parking | Attend Markman hearing | | $5.00 | 13RZ-168906 |
| 4 | 05/9/13 | LA | Amtrak ticket, round trip to Los Angeles | Attend Markman hearing | | $45.00 | 13RZ-168906 |
| | | | | | Total: | $ 359.22 | |
| | | | | | Less Advances: | | |
| | | | | | Amount Due (firm/me): | $ 359.22 | |

*‖‖‖ * 9 0 0 2 7 5 0 0 4 * ‖‖‖*

**Notes:**

In all cases, list amounts spent on _____ its such as hotel room charges.

By submitting this form, you verify _____ ved for which you seek reimbursement as a "business meal" whether or not the

**Receipts:** The I.R.S. requires that all items of $25.00 or more have a receipt attached. Every effort should be made, however, to provide receipts for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are "contemporaneous," notations should be made on the receipts themselves as to persons entertained, business purpose, etc.

X _____
By submitting the foregoing expense summary, I certify that the amounts claimed were actually incurred in connection with Sheppard Mullin business and are reimbursable under the firm's reimbursement guidelines.

_____
Executive Director-Approval or Designee

**PAID ACH**

**MAY 28 2013**

Page 1 of 1

SMRH 408297636.1



002-366

Aiso Street
Parking Garage
101 Judge J. Aiso Street, Downtown LA

0905 05/09 08:54 05/09 11:24 $5.00



**DeeAnn Schuttish**

| | |
|---|---|
| **From:** | Daniel Yannuzzi |
| **Sent:** | Wednesday, May 15, 2013 4:09 PM |
| **To:** | DeeAnn Schuttish |
| **Subject:** | FW: Amtrak: eTicket for Your Upcoming Trip |
| **Attachments:** | DYANNUZZI_SMRH_COM_201305081335217311.pdf |

Daniel N. Yannuzzi
858.720.8924 | direct
858.847.4892 | direct fax
dyannuzzi@sheppardmullin.com | Bio

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

**From:** eTickets@amtrak.com [mailto:eTickets@amtrak.com]
**Sent:** Wednesday, May 08, 2013 10:35 AM
**To:** Daniel Yannuzzi
**Subject:** Amtrak: eTicket for Your Upcoming Trip

### SALES RECEIPT - NOT VALID FOR TRAVEL

**AMTRAK**

Purchased: 05/08/2013 10:35 AMRetain for your records.

Merchant ID 0100060 Massachusetts AvenueWashington, DC 20002800-USA-RAILAmtrak.com

# Reservation Number - 254C29SOLANA BEACH, CA - LOS ANGELES, CA (One-Way)MAY 8, 2013
## Billing Information

1

# SheppardMullin

# EXPENSE SUMMARY

☐ Administration (AD)
☐ Central Services CS

**Office**

☐ Beijing (BE)   ☐ Brussels
☒ Chicago (CH)   ☒ Del Mar Heights (DM)   ☐ Century City (CC)
☐ Los Angeles (LA)   ☐ New York (NY)   ☐ London (LD)
☐ Palo Alto (SV)   ☐ San Diego (SD)   ☐ Orange County (OC)
☐ Santa Barbara (SB)   ☐ San Francisco (SF)
☐ Washington, DC (DC)   ☐ Seoul (SU)   ☐ Shanghai (SH)

**Practice Group**

☐ Antitrust (AT)   ☐ Entertainment and Media (EM)   ☐ Labor & Employment (LB)
☐ Business Trial Practice (BT)   ☐ Finance & Bankruptcy (FB)   ☐ Real Estate/LU&R/Environment (RE)
☐ Const., Environ., RE & Land Use Lit. (RC)   ☐ Gov't Contracts & Regulated Indus. (GC)   ☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ Corporate (CS)   ☒ Intellectual Property (IP)   ☐ White Collar Defense (WC)

**Date:** 03/7/13

**Attorney Billing Number or Employee I.D.:** 2507     **Name:** Gray Buccigross

| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity / Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you Involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 1 | 03/4/13 | Costa Mesa | Toll Road charge | Deposition of C. Arbogast | Steve Hanle | $5.50 | 13RZ-168906 |
| 2 | 03/4/13 | Costa Mesa | Toll Road charge | Deposition of C. Arbogast | Steve Hanle | $5.50 | 13RZ-168906 |
| 3 | 03/5/13 | Glendale | Chipotle, Dinner | Deposition of C. Arbogast | Steve Hanle | $18.26 | 13RZ-168906 |
| 4 | 03/5/13 | Costa Mesa | Tips, bellhop, maid and valet $3 each | Deposition of C. Arbogast | Steve Hanle | $9.00 | 13RZ-168906 |
| 5, 6 | 03/5/13 | Costa Mesa | Mileage, 141.6 miles @ 56.5 cents/mile | Deposition of C. Arbogast | Steve Hanle | $80.00 | 13RZ-168906 |

**Total:** $ 361.01

**Less Advances:**

**Amount Due (firm/ee):** $ 361.01

*90027452 22*

RECEIVED
MAR 08 2013

PAID
MAR 18 2013

X _____
By submitting the foregoing expense summary, I certify that the amounts claimed were actually incurred in connection with Sheppard Mullin business and are reimbursable under the Firm's reimbursement policies.

_____
Executive Director Approval or Designee

**Notes**

In all cases, list amounts ___ other amounts such as hotel room charges.

**Receipts.** The I.R.S. requires that all items of $25.00 or more have a receipt attached. Every effort should be made, however, to provide receipts for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are "contemporaneous," notations should be made on the receipts themselves as to persons entertained, business purpose, etc.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal," whether or not the expenditure is chargeable to a client.

W02-FORMS:SMPH\90003642.1     Revised 07/13/12     Page 1 of ___

①

```
TRANSPORTATION CORRIDOR AGENCIES
            ROUTE 73
         CATALINA N ML

3/04/13  1:22:04PM    PI 1191 Ln 2
                         ID# 4066
   Class 1               $5.50


         THANK YOU
```

②

```
WELCOME TO THE TOLL ROA___

Date/Time: 03/05/13 21:08:59
Location: Catalina View Southbound, Lane 2
Ref#:    16196

----------------------------------------
           Amount Paid:    $5.50


      Thank you for using The Toll Roads.
            Have a wonderful day!


SAVE $100 OR MORE A YEAR WITH FASTRAK

When you use FasTrak, you save money every time
you drive on The Toll Roads. In fact, on every
exit on every Toll Road, FasTrak customers save
from $0.40 to $0.80 vs. cash lanes. And those
savings add up fast, topping $100 or more a
year! Sign Up and Save!


         www.theTollRoads.com
    Questions? Contact us at (949) 727-4800
```

③



```
              Gourmet within reach.

           132 North Glendale Ave
              Glendale, CA 91206
                818-244-5091
Host: Miguel                 03/05/2013
ORDER #752                    7:29 PM
                               10653

Chicken Burrito                 6.25

  Guacamole                     1.90
Steak Bowl                      6.70

  Guacamole                     1.90
Subtotal                       16.75
Tax                             1.51

DINE IN Total                  18.26
Visa #XXXXXXXXXXXX6011         18.26
  Authorizing...
Balance Due                    18.26
```

Sheppard Mullin to Sheppard Mullin - Google Maps                          Page 1 of 1

 **Google**         Directions to Sheppard Mullin
                                        650 Town Center Dr, Orange County, CA 92626
                                        **70.8 mi – about 1 hour 5 mins**



**Sheppard Mullin**
12275 El Camino Real #200, Del Mar, CA 92130

| | | |
|---|---|---|
| 1. Head **north** on **El Camino Real** toward **High Bluff Dr**<br>About 2 mins | go 1.0 mi<br>total 1.0 mi |
| 2. Turn left onto **Del Mar Heights Rd**<br>About 1 min | go 0.6 mi<br>total 1.5 mi |
| 3. Turn right to merge onto **I-5 N**<br>About 52 mins | go 59.1 mi<br>total 60.6 mi |
| 4. Slight right onto **I-405 N** (signs for **Long Beach**) | go 9.1 mi<br>total 69.8 mi |

go 0.2 mi
total 70.0 mi

*(4)*  $3 tip bellhop          go 0.4 mi
                               total 70.4 mi

$3 maid for room              go 0.3 mi
                               total 70.7 mi

$3 car valet at Wyndham      go 0.1 mi
                               total 70.8 mi

weather, or other events may cause
obey all signs or notices regarding your

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

Milege  (5)

① DM to OC office
② OC office to home

http://maps.google.com/maps?f=d&source=s_d&saddr=Sheppard+Mullin,+El+Camino+Re...   3/6/2013

# SheppardMu...

# EXPENSE SUMMARY
## Multi-page

☐ Administration (AD)
☐ Central Services (CS)

**Office**

☐ Beijing (BE)   ☐ Brussels   ☐ Century City (CC)
☐ Chicago (CH)   ☒ Del Mar Heights (DM)   ☐ London (LD)
☐ Los Angeles (LA)   ☐ New York (NY)   ☐ Orange County (OC)
☐ Palo Alto (PA)   ☐ San Diego (SD)   ☐ San Francisco (SF)
☐ Santa Barbara (SB)   ☐ Seoul (SU)   ☐ Shanghai (SH)
☐ Washington, DC (DC)

**Practice Group**

☐ Antitrust (AT)   ☐ Entertainment and Media (EM)   ☐ Labor & Employment (LB)
☐ Business Trial Practice (BT)   ☐ Finance & Bankruptcy (FB)   ☐ Real Estate/LUN/RE/environment (RE)
☐ Constr., Environ., RE & Land Use Lit. (RC)   ☐ Gov't. Contracts & Regulated Indus. (GC)   ☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ Corporate (CS)   ☒ Intellectual Property (IP)   ☐ White Collar Defense (WC)

**Date:** 05/17/13

**Attorney Billing Number or Employee I.D.:** 2507

**Name:** Gray Buccigross

*900275008*

| Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number/or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 6 | 05/14/13 | MO | Southwest travel to St. Louis for deposition of D. Kyriakos | | | $263.40 | 13RZ-168906 |
| 7 | 05/14/13 | SD | Yellow Radio Cab, home/airport for travel to St. Louis for D. Kyriakos deposition | | | $23.70 | 13RZ-168906 |
| 8 | 05/14/13 | SD | Artisan Cafe, personal meal during travel to St. Louis for D. Kyriakos deposition | | | $4.25 | 13RZ-168906 |
| 9 | 05/14/13 | MO | Marriott, personal meal during travel to St. Louis for D Kyriakos deposition | | | $16.93 | 13RZ-168906 |
| 10 | 05/14/13 | MO | Marriott, personal meal during travel to St. Louis for D | | | $8.00 | 13RZ-168906 |

MAY 28 2013

PAID ACH   MAY 28 2013

| | | | | | |
|---|---|---|---|---|---|
| | | | Kyriakos deposition | | |
| 14 | 05/16/13 | MO | Marriott, accommodations during travel to St. Louis for D. Kyriakos deposition | $482.48 | 13RZ-168906 |
| 15 | 05/15/13 | MO | Energizer, personal meal during travel to St. Louis for D. Kyriakos deposition | $6.43 | 13RZ-168906 |
| 20 | 05/16/13 | MO | Shell gas for rental car during St. Louis travel for D. Kyriakos deposition | $23.12 | 13RZ-168906 |
| 21 | 05/16/13 | MO | National car rental car during St. Louis travel for D. Kyriakos deposition | $174.85 | 13RZ-168906 |
| 22 | 05/16/13 | MO | Schlafly's, personal meal during St. Louis travel for D. Kyriakos deposition | $31.50 | 13RZ-168906 |
| 23 | 05/16/13 | MO | Starbucks, personal meal during St. Louis travel for D. Kyriakos deposition | $2.99 | 13RZ-168906 |
| 24 | 05/16/13 | MO | Cab airport/home following travel to St. Louis for D. Kyriakos deposition | $20.00 | 13RZ-168906 |
| 25 | 05/16/13 | MO | US Airways, travel from STL/SAN following St. Louis travel for D. Kyriakos deposition | $271.80 | 13RZ-168906 |

W02-FORMS:SMR/H50007853.1

Revised 7/13/2012

Page 2 of 3





Yellow Radio Service
Administrative Services SD LLC

GRAHAM W RUCCIGROSS

TAXICAB SERVICES
CUSTOMER COPY

440333

Artisan Cafe
San Diego Airport

1022 ROBERTO
-------------------------------------
Chk 1908        May14'13 12:00P  Gst  
-------------------------------------
   TO  GO
1 WATER LG
XXXXXXXXXXXX1423
   AMEX                          4.25

   BEVERAGE                      3.95
   TAX                           0.32
   TENDER                        4.25

                         3.95

Driving Directions from 1660 Neale St, San Diego, California 92103 to 1660 Neale St, Sa...   Page 1 of 2



**Notes**
Round-trip mileage to/from SMRH Orange County for hearing prep.(173.24 mi. x $.56.5 = $97.88)

13RZ-168906

Trip to:
# 1660 Neale St
San Diego, CA 92103-3703
173.24 miles / 3 hours 7 minutes

Ⓐ   **1660 Neale St**, San Diego, CA 92103-3703

| | | |
|---|---|---|
| 1. Start out going southeast on Neale St toward Wellborn St. Map | **0.01 Mi** | 0.01 Mi Total |
| 2. Take the 1st left onto Wellborn St. Map | **0.08 Mi** | 0.09 Mi Total |
| 3. Turn slight right onto Bush St. Map | **0.3 Mi** | 0.4 Mi Total |
| 4. Take the 1st left onto Hawk St. Map | **0.1 Mi** | 0.5 Mi Total |
| 5. Take the 2nd left onto W University Ave. Map | **0.05 Mi** | 0.5 Mi Total |
| 6. Take the **Washington Street West** ramp. Map | **0.2 Mi** | 0.7 Mi Total |
| 7. Merge onto **W Washington St**. Map | **0.5 Mi** | 1.2 Mi Total |
| 8. Turn right onto **San Diego Ave**. Map | **0.08 Mi** | 1.3 Mi Total |
| 9. Merge onto **I-5 N**. Map | **75.0 Mi** | 76.3 Mi Total |
| 10. Merge onto **I-405 N** via **EXIT 94A** toward **Long Beach**. Map | **9.1 Mi** | 85.4 Mi Total |
| 11. Take the **Bristol St** exit, **EXIT 9B**, toward **Anton Blvd / Ave of the Arts**. Map | **0.3 Mi** | 85.7 Mi Total |
| 12. Keep left to take the **Bristol St** ramp. Map | **0.4 Mi** | 86.1 Mi Total |
| 13. Turn right onto **Bristol St**. Map | **0.3 Mi** | 86.4 Mi Total |
| 14. Take the 2nd right onto **Town Center Dr**. Map | **0.1 Mi** | 86.5 Mi Total |
| 15. **650 TOWN CENTER DR** is on the left. Map | | |

A to B Travel Estimate: 86.48 mi - about 1 hour 33 minutes

Driving Directions from 1660 Neale St, San Diego, California 92103 to 1660 Neale St, Sa...  Page 2 of 2

**B**  **650 Town Center Dr**, Costa Mesa, CA 92626-1989

| | 1. Start out going **west** on **Town Center Dr** toward **Park Center Dr**. Map | **0.1 Mi**<br>*86.6 Mi Total* |
|---|---|---|
| | 2. Turn **left** onto **Bristol St**. Map | **0.4 Mi**<br>*87.0 Mi Total* |
| SOUTH 405 | 3. Merge onto **I-405 S** toward **San Diego**. Map | **9.7 Mi**<br>*96.7 Mi Total* |
| SOUTH 5 | 4. **I-405 S** becomes **I-5 S**. Map | **62.5 Mi**<br>*159.2 Mi Total* |
| SOUTH 5 | 5. Keep **right** to take **I-5 S** toward **Downtown**. Map | **12.3 Mi**<br>*171.6 Mi Total* |
| EXIT | 6. Take the exit toward **Washington Street**. Map | **0.3 Mi**<br>*171.8 Mi Total* |
| | 7. Stay **straight** to go onto **Hancock St**. Map | **0.09 Mi**<br>*171.9 Mi Total* |
| | 8. Take the 1st **left** onto **W Washington St**. Map | **0.6 Mi**<br>*172.6 Mi Total* |
| | 9. Turn **slight right** onto **ramp**. Map | **0.1 Mi**<br>*172.7 Mi Total* |
| | 10. Turn **slight right** onto **W University Ave**. Map | **0.05 Mi**<br>*172.8 Mi Total* |
| | 11. Take the 1st **right** onto **Hawk St**. Map | **0.1 Mi**<br>*172.9 Mi Total* |
| | 12. Turn **right** onto **Bush St**. Map | **0.3 Mi**<br>*173.1 Mi Total* |
| | 13. Turn **slight left** onto **Wellborn St**. Map | **0.08 Mi**<br>*173.2 Mi Total* |
| | 14. Take the 2nd **right** onto **Neale St**. Map | **0.01 Mi**<br>*173.2 Mi Total* |
| | 15. **1660 NEALE ST** is on the right. Map | |

**B to C Travel Estimate: 86.76 mi - about 1 hour 34 minutes**

 **C**  **1660 Neale St**, San Diego, CA 92103-3703

Total Travel Estimate: **173.24 miles - about 3 hours 7 minutes**

©2013 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

**BOOK TRAVEL** with **mapquest**        **877-577-5766**        Book Now

**Kristina Grauer**

| | |
|---|---|
| **From:** | Thanks for staying! <efolio@marriott.com> |
| **Sent:** | Sunday, May 12, 2013 2:09 AM |
| **To:** | Kristina Grauer |
| **Subject:** | Your May 8, 2013 - May 9, 2013 stay at the Costa Mesa Marriott |

Thank you for choosing the Costa Mesa Marriott for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us (714) 957-1100 or MHRSsnast.property.accountant@marriott.com.

Make another reservation on Marriott.com >>



Marriott Rewards members may receive this email automatically after every stay.

Join Marriott Rewards today >>

## Summary of Your Stay

**Hotel: Costa Mesa Marriott**
500 Anton Boulevard
Costa Mesa, California 92626
USA
(714) 957-1100

**Guest: BUCCIGROSS/GRAHAM/MR**
SHEPPARD MULLIN
1660 NEALE STREET
SAN DIEGO, CA 92103
USA

**Dates of stay:** May 08, 2013 - May 09, 2013
**Guest number:** 6058
**Marriott Rewards number:** None

**Room number:** 524
**Group number:**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 05/08/13 | GST PRK | # 605816 | 21.00 | |
| 05/08/13 | ROOM | 524, 1 | 209.00 | |
| 05/08/13 | OCC TAX | 524, 1 | 16.72 | |
| 05/08/13 | ROOM BIA | 524, 1 | 6.27 | |
| 05/08/13 | T FEE NT | 524, 1 | 0.05 | |
| 05/09/13 | Payment - American Express XXXXXXXXXXXX1423 | | | 253.04 |
| 05/10/13 | Payment - American Express XXXXXXXXXXXX1423 | | | 22.90 |

| **Total balance** | | | | **0.00** USD |

Was that the best night's sleep you've ever had? How about a repeat performance at your place!

1



## Important Information

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (714) 957-1100.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

**Authenticity of Bills**
Marriott retains official records of all charges and credits to your account and will honor only those records.

**Privacy**
Your privacy is important to Marriott. For full details of our privacy policy, please visit our Internet Privacy Statement.

**Credit of Marriott Rewards Points**
After a stay, it may take up to 7 days for Marriott Rewards points to be credited to your account.

Terms of Use::Internet Privacy Statement(c)1996-2012 Marriott International, Inc. All rights reserved. Marriott proprietary information.

2

Southwest Airlines - Purchase Confirmation                                   Page 1 of 2





# Thank you for your purchase!

San Diego, CA - SAN to St. Louis, MO - STL

---

### Air

Confirmation #AGXZNK

San Diego, CA - SAN  to  St. Louis, MO - STL
Tuesday, May 14, 2013

✓   EarlyBird Check-In Purchased

**Air Total: $263.40**

Amount Paid
**$263.40**

Trip Total
**$263.40**

---

**MAY 14**
**TUE**   **05/14/13 - St. Louis**

### AIR

San Diego, CA - SAN  to  St. Louis, MO - STL
05/14/2013                                              Confirmation #AGXZNK

**Adult Passenger(s)**                                   Rapid Rewards #
GRAHAM BUCCIGROSS                                        00000401594163
Subscribe to Flight Status Messaging

| DEPART MAY 14 TUE | 01:10 PM | Depart San Diego, CA (SAN) on Southwest Airlines | Flight #2805 SOUTHWEST | Tuesday, May 14, 2013 |
| | 06:35 PM | Arrive in St. Louis, MO (STL) | | Travel Time 3 h 25 m (Nonstop) Wanna Get Away |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | Quantity | Total |
|------|---------|------------------------------|--------------|----------|-------|
| Depart | SAN-STL | **Wanna Get Away** Excellent Value | • No Change Fees (applicable fare difference applies) • Prepurchase Fares (nonrefundable - no name changes allowed) • Nonrefundable | 1 | $250.90 |

Enroll in Rapid Rewards and earn at least 1440 Points per person for
this trip. Already a Member? Log in to ensure you are getting the
points you deserve.

Subtotal   **$250.90**
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge   $0.00

EARLYBIRD CHECK-IN PRICING

| Option | Passenger | Price | Quantity | Details | Receipt # | Total |
|--------|-----------|-------|----------|---------|-----------|-------|
| EarlyBird Check-In | GRAHAM BUCCIGROSS | $12.50 | 1 | SAN-STL | 5260628609990 | $12.50 |
| | | | | | Subtotal | **$12.50** |

https://www.southwest.com/reservations/confirm-reservations.html?disc=pdc%3A1367950...   5/7/2013

Southwest Airlines - Purchase Confirmation                                      Page 2 of 2

Air Total:
$263.40

**Gov't taxes & fees now included**

| Purchaser Name | Graham Buccigross | Billing Address | 1660 Neale Street
San Diego, CA US 92103 | |
| Form of Payment | | | | Amount Applied |
| American Express – XXXXXXXXXX-1423 | | | | $263.40 |

Amount Paid
$263.40

Trip Total
$263.40

https://www.southwest.com/reservations/confirm-reservations.html?disc=pdc%3A1367950...   5/7/2013

# Marriott
## HOTELS & RESORTS

### ST. LOUIS WEST MARRIOTT

**GUEST FOLIO**

| | | | | |
|---|---|---|---|---|
| 339 ROOM | BUCCIGROSS/GRAHAM/M NAME | 209.00 RATE | 05/16/13 08:17 DEPART TIME | 4713 ACCT# |
| DBDB TYPE | SHEPPARD MULLIN | | 05/14/13 20:21 ARRIVE TIME | |
| 20 ROOM CLERK | 1660 NEALE STREET | | PASSPORT: AXXXXXXXXXXXX1423 | |
| | SAN DIEGO     CA 92103 ADDRESS | | PAYMENT | MRW#: |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 05/14 | BLUEFIRE    8187 339 | 16.93 | ⑨ | |
| 05/14 | FOOD/CND    TY | 8.00 | ⑩ | |
| 05/14 | ROOM          339, 1 | 209.00 | | |
| 05/14 | ROOM TAX     339, 1 | 17.09 | | |
| 05/14 | OCC TAX      339, 1 | 15.15 | | |
| 05/15 | BLUEFIRE    8222 339 | 99.94 | ⑪ | |
| 05/15 | BFIREPUB    6512 339 | 27.49 | ② | |
| 05/15 | ROOM          339, 1 | 209.00 | | |
| 05/15 | ROOM TAX     339, 1 | 17.09 | | |
| 05/15 | OCC TAX      339, 1 | 15.15 | | |
| 05/16 | BLUEFIRE    8281 339 | 38.34 | ③ | |
| 05/16 | CCARD-AX | | 611.58 | |
| | SETTLED TO: | AMERICAN EXPRESS XXXXXXXXXXX1423 | | |
| | | | | .00 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
           KGRAUER@SMRH.COM
    SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

⑭  482.48 - Hotel Room

# Marriott
## HOTELS & RESORTS
      ST. LOUIS WEST MARRIOTT
      660 MARYVILLE CTR RD
      ST. LOUIS, MO  63141

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X _____



ENERGIZER
THANK YOU!!!

05/15/2013        0000.
#5956 11:44AM     0001

*COPY*
FOOD ALT. PRICE      $1.8
CHICKEN TENDERS       $3.9
CHEESE SLICE         $0.36
MODE ST              $5.94
TAX1                 $0.49

···TOTAL            $6.43
TACK                 $6.43
CHANGE              $0.00

EDIT IGROSS/GRAHAM M
AMEX
ESPXXXXXXXXX1423
501015
113517621558
AMEX                 $6.43

--------------------
SIGNATURE







TAL: _____

agree to pay above total
ount according to my card
suer agreement.

$\mathcal{W}$

Circle K
    SALES RECEIPT
    57 443 313705
SHELL
9708 NATURAL BRIDG
ST LOUIS
MO 63134

DATE 05/16/13  4:54.
INVOICE# 401851
AUTH#   241016
    AMEX
 ACCOUNT NUMBER
XXXX XXXXXX X1423
BUCCIGROSS/GRAHAM

PUMP PRODUCT   $/G
 02   UNLD  $3.67

GALLONS   FUEL TOT
 6.285    $ 23.

Thank You!
   COME BACK SOON
Come Again!



HMSHOST
01 SCHLAFLY'S
1BERT INTERNATIONAL AIRPOR
CK:        5991
E:         174/1
VER:       40640 Sandra
TE:        MAY16'13  7:27PM
RD TYPE:   AMEX
CCT #:     XXXXXXXXXXX1423
ADR CODE:  887016
     GRAHAM M BUCCIGROSS

L:              26.50

L:_____

AGREE TO PAY THE ABOVE AMOU
N ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

HMSHOST
STARBUCKS COFFEE
1BERT INTERNATIONAL AIRPOR

291 Siera

1202                    GS
     MAY16'13  7:39PM

   TO GO

WTR ARTC SOL M       2.80
XXXXXXXXXXX1423
AMEX                 2.99

SUBTOTAL             2.80
TAX                  0.19
AMOUNT PAID          2.99
06291 Closed MAY16 07:40PM

THANK YOU FOR YOUR BUSINESS!

TELL US ABOUT YOUR EXPERIENCE

GREG BOOTH
314-429-3400 X105
GREG.BOOTH@HMSHOST.COM

CREDIT RECEIP
ACK#: BX****S
ROM: 0395
TE: 5/17/20
TIME: 08:
d TIME: 08:
IPM#: 944
ST : 3.80 =
re : $ 14.50
tra : $ 1.56
p : $ 4.00
TOTAL : $ 26.00
RCNUMBER: 1423
MME: 754017
ERICAN DISP.
0 NATIONAL AV
.O. CA 92113,
519) 234-1212

US Airways | Airline tickets, vacations & business flights



Page 1 of 3

US AIRWAYS

Log in | Join Dividend Miles

| Book travel | Travel tools | Dividend Miles | Specials | Contact US |
|---|---|---|---|---|
| 1  Search | 2  Choose | 3  Passengers | 4  Seats | 5  Payment | 6  Confirmation |

## Your Trip

**You're Confirmed**

Date issued: May 07, 2013

US Airways confirmation code: **BX0MQP**

▶ <u>Depart</u>: **St. Louis, MO** → **San Diego, CA**

Date: Thursday, May 16, 2013

**Toolbox**

📥 Download to Outlook    ✉ Email itinerary    🖥 Print trip details    ✈ Change Your Trip

🖥 Change Seat    🚩 Sign up for BeNotified

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | $0 | $0 |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | $25 | $35 |
| Transatlantic | $0 | $100 |
| Transpacific / Brazil (except Hawaii) | $0 | $0 |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**
• Gold, Platinum and Chairman's Preferred members
• Star Alliance Gold status members

**1st and 2nd checked bag fees waived**

https://shopping.usairways.com/Flights/Confirmation.aspx

5/7/2013

US Airways | Airline tickets, vacations & business flights

- (Overweight / oversize fees still apply)
- Confirmed First Class and Envoy passengers
- Active U.S. military with ID on personal travel
- Active U.S. military with ID and dependents traveling with them on orders
- Unaccompanied minors (with US Airways unaccompanied minor paid assistance)

**1st checked bag fees waived**

- (Overweight / oversize fees still apply)
- Silver Preferred members
- Star Alliance Silver status members

**Other guidelines:**

- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling internationally with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

## Cost summary

Total travel cost (1 passenger)

| | |
|---|---|
| ▶ Your fare(Non-refundable) | $197.80 |
| ▶ Choice Seats | $74.00 |
| Dividend Miles Multiplier | Not purchased |
| Travel insurance | Not purchased |
| Club day pass | Not purchased |

↳ Charged to Graham Buccigross
\*\*\*\*\*\*\*\*\*\*\*1423 (American Express)

**Your total $271.80**

## Helpful links

### Travel tools and tips

Airport check-in times
Airport security information
Inflight internet

US Airways Club
Seated in an exit row? Read about checking in.
Exchange currency

### Trip information

Manage flights
What to expect in the air

Baggage policies
Flight status

## Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be cancelled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- You have 24 hours to cancel your reservation for a full refund. Please call 800-428-4322 or 800-245-2966 (TTY).
- Checked baggage fees may apply.

https://shopping.usairways.com/Flights/Confirmation.aspx

5/7/2013

US Airways | Airline tickets, vacations & business flights                                    Page 3 of 3

- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.
- If US Airways changes or cancels your flight, changes equipment, causes you to miss a connection or you're denied boarding on an oversold flight and we're unable to provide your ChoiceSeats, we'll provide you a refund. A refund will automatically be processed if the change occurred to your ChoiceSeat prior to check-in. If the change occurred after check-in, please call 800-428-4322 to request a refund.
- If you're traveling within the U.S., you must check in at least 30/45 minutes before to your scheduled departure (depending on the airport - check your departure airport). You must also be at the gate at least 15 minutes prior to your scheduled departure or US Airways may reassign your ChoiceSeats.
- If you're traveling internationally, you must check in at least 60 minutes prior to your scheduled departure and be at the gate at least 30 minutes before your scheduled departure (60 minutes in Europe and the Middle East) or US Airways may reassign your ChoiceSeats.
- If you upgrade to First Class or Envoy or you change your reservation to a different flight, your ChoiceSeat is non-refundable.



| About US | Top links | Specials | Dividend Miles | Travel tools | Follow US |
|---|---|---|---|---|---|
| Company info | Vacations | All specials | Join Dividend Miles | Flights | Facebook |
| Careers | Cars | Vacations | Log in | Web Check-in | Twitter |
| Worldwide Diversity | Hotels | Mileage specials | Book with miles | Flight status | |
| Privacy/Security | Cruises | e-Saver | Earn miles | Manage flights | |
| Settings/Support | | | | Travel agents | |

# SheppardMullin

## EXPENSE SUMMARY

☐ Administration (AD)
☐ Central Services CS)

**Office**
☐ Beijing (BE)
☐ Brussels
☐ Chicago (CH)     ☒ Del Mar Heights (DM)
☐ Los Angeles (LA)   ☐ New York (NY)
☐ Palo Alto (SV)     ☐ Orange County (OC)
☐ Santa Barbara (SB)  ☐ San Diego (SD)
☐ Washington, DC (DC) ☐ Seoul (SU)

☐ Century City (CC)
☐ London (LD)
☐ San Francisco (SF)
☐ Shanghai (SH)

**Practice Group**
☐ Antitrust (AT)          ☐ Entertainment and Media (EM)    ☐ Labor & Employment (LB)
☐ Business Trial Practice (BT)  ☐ Finance & Bankruptcy (FB)      ☐ Real Estate/LUNR/Environment (RE)
☐ Constr., Environ., RE & Land Use Lit. (RC) ☐ Gov't Contracts & Regulated Indus. (GC) ☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ Corporate (CS)          ☒ Intellectual Property (IP)        ☐ White Collar Defense (WC)

Date: **09/3/13**

Attorney Billing Number or Employee I.D.: **2507**     Name: **Gray Buccigross**

| 'Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or GL Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 1 | 08/27/13 | LA | Mileage round-trip travel to/from Century City office for S. Huang deposition | | | $149.28 | 13RZ-168906 |
| 2 | 08/27/13 | LA | Hyatt Hotel Garage, parking during LA travel for deposition of S. Huang | | | $34.00 | 13RZ-168906 |
| 3 | 08/27/13 | LA | Hilton, personal meal during LA travel for deposition of S. Huang | | | $119.33 | 13RZ-168906 |
| 3 | 08/28/13 | LA | Hilton, accommodations during travel for deposition of S. Huang | | | $364.28 | 13RZ-168906 |
| 3 | 08/28/13 | LA | Hilton, parking during travel for deposition of S. Huang | | | $38.00 | 13RZ-168906 |
| | 08/28/13 | LA | Century Grill, personal meal during LA travel for deposition of S. Huang | | | $10.64 | 13RZ-168906 |
| 6 | 08/28/13 | LA | Standard Parking, parking during travel for deposition of S. Huang | | | $12.00 | 13RZ-168906 |

Total:   $752.48

Less Advances:

Amount Due (firm/me):   $752.48

*900275794*

W02-FORMS:SMEH:90005642 1

Revised 07/13/12

Notes:

In all cases, list amount ...

By submitting this form, ... ther amounts such as hotel room charges.

"business meal" wherein ... ies were served for which you seek reimbursement as a ... d.

Page 1 of 2

Driving Directions from 1660 Neale St, San Diego, California 92103 to 1901 Avenue of t...   Page 1 of 1



**mapquest**

Trip to:
**1901 Avenue of the Stars**
Los Angeles, CA 90067-6001
132.11 miles / 2 hours 24 minutes
Notes
Round-trip: Home/Century City office and return.

264.22 x $0.56.5 = $149.28



Reap the benefits...
SAVE 15%
when you book 7 days in advance.

Super 8

Always
book at
super8.com

Book Now!

# BOOK TRAVEL with **mapquest** (877) 577-5766



©2013 MapQuest, Inc. Use of directions and maps is subject to the MapQuest Terms of Use. We make no guarantee of the accuracy of their content, road conditions or route usability. You assume all risk of use. View Terms of Use

9/3/2013




**Hilton**

9876 Wilshire Boulevard
Beverly Hills, CA 90210
TELEPHONE (310) 274-7777 · FAX (310) 285-1313
RESERVATIONS
www.hilton.com or 1 800 HILTONS

| | NAME & ADDRESS | |
|---|---|---|

Buccigross, Graham
1660 Neale Street
san diego, CA 92103
US

| ROOM | 6241/02H | |
|---|---|---|
| ARRIVAL DATE | 8/27/2013 | 6:58:00PM |
| DEPARTURE DATE | 8/28/2013 | 7:58:00AM |
| ADULT/CHILD | 1/0 | |
| ROOM RATE | $315.00 | |
| RATE PLAN | LV5 | |
| Hhonors # | | |
| AL: | | |

CONFIRMATION NUMBER : 3538271907

8/30/2013     PAGE     1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 8/27/2013 | REFRESHMENT CENTER | LINTR | 7515714 | $11.45 | | |
| 8/27/2013 | *TRADER VIC'S LOUNGE | LINTR | 7515842 | $69.23 | | |
| 8/27/2013 | GUEST ROOM | ANIXON | 7516505 | $315.00 | | |
| 8/27/2013 | ROOM TAX | ANIXON | 7516505 | $44.10 | | |
| 8/27/2013 | OCC. SURCHARGE | ANIXON | 7516505 | $4.73 | | |
| 9/27/2013 | CALIFORNIA TOURISM ASSESSMENT | ANIXON | 7516505 | $0.45 | | |
| 8/27/2013 | VALET PARKING TOY BLK 254 | LINTR | 7516795 | $38.00 | | |
| 8/28/2013 | *CIRCA 55 | LINTR | 7517063 | $38.65 | | |
| 8/28/2013 | AX *1423 | SRABADI | 7517080 | | $536.56 | |
| | BALANCE | | | | | $0.00 |

MEAls   $119.33
Wi-Fi   $ 14.95
VALet   $ 38.00
Room    $364.28

| ACCOUNT NO | | DATE OF CHARGE | FOLIO |
|---|---|---|---|
| AX *1423 | | 08/28/13  7:58:00AM | 871559 A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| Buccigross, Graham | | 462028 | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
PAYMENT DUE UPON RECEIPT

F O L I O



HYATT HOTEL REG GARAGE
2025 AVENUE OF THE STAR
LOS ANGELES, CA 90067

chant ID: 000000001437228
: m ID: 02425597
1335852

## Sale

AMEX
*** XXXXXXXX1423

rv Method: Swiped

rvd: Online    Batch#: 00;
27/13            19:4:

#: 000010  Appr Code: 93!

al:        $      3(

Customer Copy





CENTURY GRILL
310-553-6650
Breakfast  Coffe
Lunch Snacks Drink.
*******************
DEPT06 I          5.40
DEPT11 I          0.30
DEPT11 I          0.99
NAKED GREEN SM    3.25
ITEM CT           4
TAX               0.61
**TOTAL       10.64**
CASH TD          20.00
CHANGE            9.36
28-2013      PM 01:30
                 7116

**Standard Parking**
(310) 556-3884
RECEIPT
Amount Paid: $12.00        Lot:   81255
Date:
Cashier's name:  ED.
THANK YOU

# SheppardMullin

**EXPENSE SUMMARY**

☐ Administration (AD)
☐ Central Services CS)

### Office

☐ Beijing (BE)
☐ Brussels
☐ Chicago (CH)
☒ Del Mar Heights (DM)
☐ Los Angeles (LA)
☐ New York (NY)
☐ Palo Alto (SV)
☐ Orange County (OC)
☐ Santa Barbara (SB)
☐ San Francisco (SF)
☐ Washington, DC (DC)
☐ Seoul (SU)
☐ Century City (CC)
☐ London (LD)
☐ Shanghai (SH)

### Practice Group

☐ Antitrust (AT)
☐ Business Trial Practice (BT)
☐ Const., Environ., RE & Land Use Lit. (RC)
☐ Corporate (CS)
☐ Entertainment and Media (EM)
☐ Finance & Bankruptcy (FB)
☐ Govt'l Contracts & Regulated Indus., (GC)
☒ Intellectual Property (IP)
☐ Labor & Employment (LB)
☐ Real Estate/LU&R/Environment (RE)
☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ White Collar Defense (WC)

**Date:  09/13/13**          **Attorney Billing Number or Employee I.D.:  2507**          **Name:  Gray Buccigross**

| *Receipt No | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Person other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or GL Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 1 | 09/6/13 | San Diego | Yellow Radio service, taxi to SAN airport | Attend deposition  G. Kitchen | | $20.00 | 13RZ-168906 |
| 2 | 09/6/13 | San Francisco | Desoto Cab, taxi from SFO airport to deposition | Attend deposition  G. Kitchen | | $63.25 | 13RZ-168906 |
| 3 | 09/6/13 | San Francisco | Gold Star Taxi, taxi from deposition to SFO airport | Attend deposition  G. Kitchen | | $58.05 | 13RZ-168906 |
| 4 | 09/6/13 | San Francisco | Bay Reader Newswall, beverage | Attend deposition  G. Kitchen | | $2.99 | 13RZ-168906 |
| 5 | 09/6/13 | San Francisco | United Airlines, flight from SAN to SFO | Attend deposition  G. Kitchen | | $265.90 | 13RZ-168906 |
| 6 | 09/6/13 | San Francisco | Southwest Airlines, flight from SFO to SAN | Attend deposition  G. Kitchen | | $250.90 | 13RZ-168906 |

*In all cases, list amounts spent on food or beverages _____ at room charges.

**Notes:**

Total:  $661.09

Less Advances

Amount Due (fmvme):  $661.09

X _____

By submitting the foregoing expense summary, I certify that the amounts claimed were actually incurred in connection with Sheppard Mullin business and are reimbursable under the firm's reimbursement guidelines.

_____
Executive Director Approval or Designee

**Receipts:** The I.R.S. requires that all items of $25.00 or more have a receipt attached. Every effort should be made, however, to provide receipts for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are "contemporaneous," notations should be made on the receipts themselves as to persons entertained, business purpose, etc.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal" whether or not the expenditure is chargeable to a client.

W02-FORMS SMRH\600000942.1          Revised 07/13/12          Page 1 of ___

PAID ACH
SEP 17 2013



United Airlines - Thank You for Choosing United Airlines                 Page 1 of 3

Home > **Thank You for Choosing United Airlines**

# Thank You for Choosing United Airlines



## United Confirmation Number**FH9T11**

| Purchase Summary | |
|---|---|
| **1 Adults (age 18 to 64)** | **$224.00** |
| **Additional Taxes/Fees** | **$10.90** |
| **Price Details** | |
| ⊞ **Economy Plus** | **$31.00** |
| **Total** | **$265.90** |

**Payment Information**
Name of Cardholder:     **Graham Buccigross**
Card Type:                       **Visa**
Card Number:                  **XXXXXXXXXXXX0573**

**MileagePlus Members:**     Upon completion of this itinerary, you will earn up to **447 MileagePlus award miles.***

| Flight Details | United Confirmation Number **FH9T11** |
|---|---|

### Fri., Sep. 6, 2013 | San Diego, CA (SAN) to San Francisco, CA (SFO)

| Depart: | Arrive: | Travel Time: | Distance: | Flight: **UA526** |
|---|---|---|---|---|
| **9:37 a.m.** | **11:16 a.m.** | **1 hr 39 mn** | **447 miles** | Aircraft: **Airbus A319** |
| **Fri., Sep. 6, 2013** | **Fri., Sep. 6, 2013** | | | Fare Class: **United Economy (Q)** |
| San Diego, CA (SAN) | San Francisco, CA (SFO) | | | Meal: **None** No Special Meal Offered. |

| Traveler(s) |
|---|

**Mr. Graham Buccigross**

**Date of Birth:**     6/29/1978     **Gender:**     Male

https://www.united.com/web/en-US/apps/booking/flight/printConfirmation.aspx?SID=C569...   9/5/2013

Southwest Airlines - Purchase Confirmation                                Page 1 of 2





## Thank you for your purchase!

San Francisco, CA - SFO to San Diego, CA - SAN



**Air**

Confirmation #A78TK9

San Francisco, CA - SFO  to  San
Diego, CA - SAN
Friday, September 6, 2013

Air Total: $250.90

Amount Paid
$250.90

Trip Total
$250.90

**SEP 6**
**FRI**   09/06/13 - San Diego

AIR

San Francisco, CA - SFO  to  San Diego, CA - SAN
09/06/2013

Confirmation #
**A78TK9**

Adult Passenger(s)                                          Rapid Rewards #
GRAHAM BUCCIGROSS                                           Add Rapid Rewards Number
Subscribe to Flight Status Messaging

| DEPART | 08:40 PM | Depart San Francisco, CA (SFO) on Southwest Airlines | Flight #272 | | Friday, September 6, 2013 |
|--------|----------|---------|---------|---------|---------|
| SEP 6 FRI | 10:05 PM | Arrive in San Diego, CA (SAN) | | | Travel Time 1 h 25 m (Nonstop) Business Select |

**What you need to know to travel:**

Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device.
Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will
be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your
flight, the earlier you get to board.

PRICE: ADULT

| Trip | Routing | Fare Type | View Fare Rules | Fare Details | | Quantity | Total |
|------|---------|-----------|--------------|--------------|--------------|----------|-------|
| Depart | SFO-SAN | **Business Select** Superior Benefits | • Priority (boarding) • Maximum Rapid Rewards • Points • Fully Refundable | • Fly By Security Lane • Free Same-Day Changes • Premium Drink | | 1 | $250.90 |

Enroll in Rapid Rewards and earn at least 2880 Points per person for
this trip. Already a Member? Log in to ensure you are getting the
points you deserve.

Subtotal     $250.90
             Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge     $0.00

Air Total:
$250.90

Gov't taxes & fees now included

United Airlines - Thank You for Choosing United Airlines                    Page 2 of 3

| | |
|---|---|
| **Special Meals Request:** | Not applicable for this itinerary |
| **Frequent Flyer:** | UA-JRA09917 |
| **E-mail Address:** | kgrauer@sheppardmullin.com |
| **Home Phone:** | (858) 401-2045 - United States |
| **Seat Assignments:** | SAN - SFO: 11C |

**Economy Plus**

Purchase Economy Plus® seating and enjoy more space to relax. Book early for the best availability.

**San Francisco Bay Area Hotels**

From

# $105 Book Today

Search Hotels >

**San Francisco Bay Area Car Rentals** 

Book with our preferred car partners to save up to 35% and earn 75 reward miles per day. 

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.

**Miles shown are the actual miles flown for this segment. Mileage accrued will vary depending on the terms and conditions of your frequent flyer program. United MileagePlus mileage accrual is subject to the rules of the MileagePlus program and, as provided therein, mileage will be credited in accordance with the terms and conditions of the MileagePlus Program in effect at the time of travel, not at the time air travel is purchased, booked or reserved, and accordingly miles may not be awarded for some tickets or miles may be awarded in an amount fewer than shown.

⊟ **Important Baggage Information**

**Carry-on baggage allowed**
United accepts the following items, per customer to be carried on the aircraft at no charge:

# Sheppard Mullin

# EXPENSE SUMMARY
## Multi-page

☐ Administration (AD)
☐ Central Services CS)

**Office**

| | |
|---|---|
| ☐ Beijing (BE) | ☐ Brussels |
| ☐ Chicago (CH) | ☐ Del Mar Heights (DM) |
| ☐ Los Angeles (LA) | ☐ New York (NY) |
| ☐ Palo Alto (SV) | ☐ San Diego (SD) |
| ☐ Santa Barbara (SB) | ☐ Seoul (SU) |
| ☐ Washington, DC (DC) | |

**Practice Group**

| | |
|---|---|
| ☐ Antitrust (AT) | ☐ Entertainment and Media (EM) | ☐ Labor & Employment (LB) |
| ☐ Business Trial Practice (BT) | ☐ Finance & Bankruptcy (FB) | ☐ Real Estate/LUNRE/Environment (RE) |
| ☐ Const., Environ., RE & Land Use Lit. (RC) | ☐ Gov't. Contracts & Regulated Indus. (GC) | ☐ Tax/Employee Benefits/Trusts & Estates (TE) |
| ☐ Corporate (CS) | ☒ Intellectual Property (IP) | ☐ White Collar Defense (WC) |

| | |
|---|---|
| ☐ Century City (CC) | |
| ☐ London (LD) | |
| ☒ Orange County (OC) | |
| ☐ San Francisco (SF) | |
| ☐ Shanghai (SH) | |

Date: **02/11/13**

Attorney Billing Number or Employee I.D.: **2565**       Name: **Steve Hanle**

| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 2 | 01/29/13 | Glendale | Hotel for Steve Hanle | Navid Deposition | Lindsey | $249.08 | 13RZ-168906 |
| 3 | 01/29/13 | Glendale | Hotel for Gray Buccigross | Navid Deposition | | $244.03 | 13RZ-168906 |
| 4 | 01/29/13 | Glendale | Dinner | Navid Depo prep | | $44.72 | 13RZ-168906 |
| 5 | 01/30/13 | Trimana | Lunch | Navid Deposition | Gray Buccigross | $19.68 | 13RZ-168906 |
| 6 | 01/29/13 | Glendale | Mileage (93 miles both ways) | Navid Deposition | Gray Buccigross | $52.55 | 13RZ-168906 |

* 9 0 0 2 7 4 3 6 7 *

Page 1 of 2

RECEIVED
FEB 12 2013
ACCOUNTING

W02-FORMS SMRH:90007853.1

Revised 7/13/2012

**Notes:**

In all cases, list amounts spent on food or beverages separately from other amounts such as hotel room charges.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal" whether or not the expenditure is chargeable to a client.

W02-FORMS:5MEH/90007853.1

Revised 7/13/2012

Page 2 of 2

Total: $1,299.26

Less Advances:

Amount Due (fill/me): $1,299.26



**EMBASSY SUITES**
**HOTELS®**

800 North Central Avenue • Glendale, CA 91203
Phone (818) 550-0828 • Fax (818) 550-1289
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY®

| Name & Address |
| --- |

HANLE, STEVE
650 TOWN CENTER DRIVE
4TH FLOOR
COSTA MESA, CA 92626
US

Suite           717/KNCV
Arrival Date    1/29/2013    9:45:00PM
Departure Date  1/30/2013

Adult/Child     1/0
Room Rate       $212.80

RATE PLAN       S-AAA
HH# 943358535 SILVER
AL
BONUS AL                    CAR

*PLEASE ADD MILEAGE TO/FROM GLENDE*

Confirmation: 87095033

1/30/2013    PAGE    1

*# 168906 FOR NAVID DEPO HANLE*

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 1/29/2013 | 878261 | SELF PARKING | $15.00 |
| 1/29/2013 | 878262 | GUEST ROOM | $212.80 |
| 1/29/2013 | 878262 | ROOM OCCUPANCY TAX | $21.28 |
| | | WILL BE SETTLED TO AX *2018 EFFECTIVE BALANCE OF | $249.08 $0.00 |

*NAVID DEPO 13R2-168906*

ESTIMATED CURRENCY TOTAL

### EXPRESS CHECK-OUT

**Good Morning !  We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | | |
| --- | --- | --- | --- |
| | 159140 | | A |
| AUTHORIZATION | | | INITIAL |
| PURCHASES & SERVICES | | | |
| TAXES | | | |
| TIPS & MISC. | | | |
| TOTAL AMOUNT | | | 0.00 |

PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES.

T
H
A
N
K

Y
O
U

Page 1 of 1

168906
FOR GRAY

(3)

| | |
|---|---|
| Transaction Date: | 01/31/2013 Thu |
| Transaction Description: | Embassy Suites Los AGlendale CA |
| | 0000210147 (818)550-0828 |
| Amount $: | 244.03 |
| Doing Business As: | EMBASSY SUITES LA GLENDAL |
| Merchant Address: | 800 N CENTRAL AVE |
| | GLENDALE |
| | CA |
| | 91203-1204 |
| | UNITED STATES |
| Reference Number: | 32013031023031461A |
| Category: | Travel - Lodging |

# Restaurants on the Run

www.ROTR.com

Contact Customer Service at:
(800) 510-FOOD

(4)

| ASAP |
| New Customer |
| Invoice #2377742 |

---

**Driver Copy**                          Printed 01/30 05:42 by v1.0.0

| Qty | Description | Price |
|-----|-------------|-------|

**FROM  Restaurants On The Run**

Service Fee                                1.47

**FROM  Pei Wei By P F Changs**

| 1 | (42) Pad Thai | 8.45 |

spicy
Deliver to Gray
Shrimp ($8.45)

| 1 | (61) Thai Dynamite | 8.35 |

Deliver to Steve
Chicken ($8.35)
White Rice

| 1 | (56) Ginger Broccoli | 7.75 |

Vegetables ($7.75)
White Rice

| Delivery Date | 01/29/2013 |
|---|---|
| Mobile Server | **None** |
| Order Total | **26.02** |
| Service Fee | **9.99** |
| Mobile Server Gratuity(15%) | **5.40** |
| Sales Tax | **3.31** |
| **Total** | **44.72** |

Card
American Express
xxxx-xxxx-xxxx-X2018 Exp: **/**/****
Approval 102408

*Food is at location, set up and ready to eat by this time

**** Individual Totals ****
Unassigned :14.12
Gray :15.39
Steve :15.21

EXPENSE TO
PDP
#168906

****Location Contact Info****
Location contact information is available.

## *** END OF ORDER ***

DEPO PREP FOR
AMIR NAVID
1/30/13 DEPO @
9:00 A.M.

Convenient * Accurate * On-Time Service Guaranteed. Every Customer  Every Order. Since 1993.

#168906    1/30

~~LUNCH~~ @ NAVID DEPO  w/ GRAY

TRIMANA, GLENDALE

655 N. CENTRAL AVE., GLENDALE CA. 91203

⑤

```
0174    Table 997   #Party 1
GEORGINA L  SvrCk: 71 12:54 01/30/13
TERM001

#41 VEGGIE SAN TOGO, rye, toast,
   jack, lettuce, tomato, easy, may,
   easy, mustard, sprouts            5.96
2.25                                 2.25
CHICK PARM CIABATTA,
-------------------                  7:26
3.00                                 3.00

          Sub Total:   18.49
               Tax      1.19
01/30 12:55 TOTAL:    19.68
```

THANK YOU FOR CHOOSING TRIMANA
ANY QUESTIONS OR COMMENTS PLEASE
CALL 1-889-3TR MANA

PLEASE ADD MILEAGE
TO/FROM GLENDALE



Mileage TO AND
From Glendale
For NAVID
Depo

46.5 miles x 2 x 56.5

93 miles x 56.5 = $52.55

# SheppardMullin

## EXPENSE SUMMARY
### Multi-page

**Office**

- ☐ Beijing (BE)
- ☐ Chicago (CH)
- ☐ Los Angeles (LA)
- ☐ Palo Alto (SV)
- ☐ Washington, DC (DC)
- ☐ Brussels
- ☐ Del Mar Heights (DM)
- ☐ New York (NY)
- ☐ San Diego (SD)
- ☐ Santa Barbara (SB)
- ☐ Seoul (SU)
- ☐ Century City (CC)
- ☐ London (LD)
- ☒ Orange County (OC)
- ☐ San Francisco (SF)
- ☐ Shanghai (SH)

**Practice Group**

- ☐ Antitrust (AT)
- ☐ Business Trial Practice (BT)
- ☐ Constr., Environ., RE & Land Use Lit. (RC)
- ☐ Corporate (CS)
- ☐ Entertainment and Media (CM)
- ☐ Finance & Bankruptcy (FB)
- ☐ Gov't. Contracts & Regulated Indus. (GC)
- ☒ Intellectual Property (IP)
- ☐ Labor & Employment (LB)
- ☐ Real Estate/LUNR/Environment (RE)
- ☐ Tax/Employee Benefits/Trusts & Estates (TE)
- ☐ White Collar Defense (WC)
- ☐ Administration (AD)
- ☐ Central Services CS)

Date: **04/22/13**

Attorney Billing Number or Employee I.D.:   **2565**     Name:   **Steve Hanle**

\*90028942 7\*

| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or G/L Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 3 | 02/14/13 | Omni Hotel | Hotel | | Gerry Block Depo | | $270.73 | 13RZ-168906 |
| 5 | 02/14/13 | | Mileage | | Gerry Block Depo | Gray Buccigross | $56.50 | 13RZ-168906 |
| 6 | 02/15/13 | CPK | Lunch | | Gerry Block Depo | Gray Buccigross | $33.07 | 13RZ-168906 |
| 10 | 03/5/13 | Recess | Breakfast | | Chris Arbogast Depo | | $44.15 | 13RZ-168906 |
| 11 | 03/5/13 | Trimana | Lunch | | Chris Arbogast Depo | | $17.37 | 13RZ-168906 |
| 12 | 03/6/13 | | Mileage | | Chris Arbogast Depo | | $56.50 | 13RZ-168906 |

W02-FORMS.SMRH\90007853.1    Revised 7/13/2012    Page 1 of 2

| 16 | 03/26/13 | Express | Edamari | Lunch | | | | | | | Tom Roberts Depo | Gray Buccigross | $68.00 | 13RZ-168906 |
|----|----------|---------|---------|-------|--|--|--|--|--|--|------------------|----------------|--------|-------------|
| | | | | | | | | | | | | | | |

**Notes:**

In all cases, list amounts spent on food or beverages separately from other amounts such as hotel room charges.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal" whether or not the expenditure is chargeable to a client.

Total: $1,821.72

Less Advances:

Amount Due (firm/me) $1,821.72

Page 2 of 3

WO2-FORMS:SMRH:5000/7653.1

Revised 7/13/2012

Page 1 of 1

# OMNI ⚓ HOTELS & RESORTS

## los angeles

251 South Olive Street
Los Angeles, CA 90012
Phone: 213-617-3300 • Fax: 213-617-3399
Reservations: 800-843-6664

HANLE, STEVE

650 Town Center Drive
Costa Mesa, CA  92626 US

**Room Number:** 1101
**Daily Rate:** 349.00
**Room Type:** KNP
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 02/14/13 | 02/15/13 | XXXXXXXXXXX5950 | RACK | RACK | 16900812521 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 02/14/13 | 1101 | NOE BAR | 1101/2286/20:47/NOE BAR | $35.52 |
| 02/14/13 | 1101 | PARKING | 089-977 | $40.00 |
| 02/14/13 | 1101 | PARKING | 089-979 | $40.00 |
| 02/14/13 | 1101 | ROOM CHARGE | #1101 HANLE, STEVE | $349.00 |
| 02/14/13 | 1101 | OCCUPANCY TAX 14% | OCCUPANCY TAX 14% | $48.86 |
| 02/14/13 | 1101 | CITY TOURISM ASSESSMENT 1.50% | CITY TOURISM ASSESSMENT 1.50% | $5.24 |
| 02/14/13 | 1101 | STATE TOURISM ASSESSMENT 0.08% | STATE TOURISM ASSESSMENT 0.08% | $0.28 |
| 02/15/13 | 1101 | MASTER CARD | MASTER CARD | ($518.90) |
| 02/15/13 | 1101 | PRIVATE DINING | 1101/2310/06:51/PRIVATE DINING | $22.56 |
| 02/15/13 | 1101 | MASTER CARD | MASTER CARD | ($22.56) |

③ SPLIT PDP 168906 $270.73

Gerry Dock ④ BUS DEV. 0003- 270.73
Depo                        089529
L.A. office

⑤ + 100 MILES
100 X 56.5 = $56.50

**TOTAL DUE:**            $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

0003
PDP - 168906
LUNCH @ GERRY BLOCK
DEPO

©

California Pizza Kit...
330 S. Hope St
Los Angeles, CA 900.
213-626-2610

ver: Edward          DOB.    15/2013
.01 PM                 ...  15/2013
le 35/1                      1 40010

SALE

(                        1046...
] #XXXXXXXXXXXX2018
.etic card presen... hANLE STEVEN M
:I Entry Method:  S

.oval: 556251

Amount:          $ 28.07

+ Tip: ........  33 07

= Total: ..  ...

I agree to pay the above
total amount according to the
card issuer agreement.

CUSTOMER COPY

168906   LUNCH @ TOM
ROBBITS DEPO
CURRANT 2 JAPANESE RES
2282 CARMEL VALLEY RD   GRAY
SAN DIEGO, CA 92014   BUCCIGROSS

(16)

13R2-168906

3/26/2013                          14:33:20
Merchant ID:              000000003052573
Terminal ID:                   04545286
CH0787392

CREDIT CARD

AMEX SALE

ARD #                    XXXXXXXXXX2018
INVOICE                           0022
Batch #:                        000049
SERVER                            0015
Approval Code:                   543786
Entry Method:                    Swiped
Mode:                            Online

PRE-TIP AMT            $59.00

TIP                      10.00

TOTAL AMOUNT          68.00

CUSTOMER COPY

⑩

*CHRIS ARBOGAST DEPO*
*13R2 - 168906*

⑪

**R ECESS**

**Recess Eatery**
1102 N. Brand Blvd., Glendale
818-507-0592
www.recesseatery.com

BL. # 14
CK# 6957.1         *Breakfast*
d to Credit Card

TE/TIME: 3/5/2013 9:02:15 AM
R: Tony
ON: 01
SIZE: 2

Count: 4
======================================
e-American Coffee*
        @      $2.00      $2.00
ea-Hot Tea*
        @      $3.00      $3.00
ne Good Earth-The Good Earth
        @     $15.00     $15.00
ese Please-Lebanese If You Plse*
        @     $15.00     $15.00
G WHITES
======================================
tal                      $35.00
before tip:               $3.15
                         $38.15
mount:
nd total:              44.15

                         $38.15

T CARD PURCHASE         $38.15
r Type: American Express
*********2018 XX/XX
ction Type: PRE-AUTH
ode: 547749

rd Entry Method : Swiped
PROVED 547749

ned: 3/5/2013 8:17:35 AM

you for your patronage,
llowing are pre-tax suggested
ty amounts for your convenience:
    $5.25, Total = $42.40

*Lunch*

17.37
TRIMANA, GLENDALE
5 N. CENTRAL AVE.,GLENDALE CA. 91203

2194   Table 908  #Party 1
GER M   SvrCk:117 13:28 03/05/13
DS

E LUNCH EXPRESS, Salad,
red cheese , 1/2 veggie san,
eat , toast, lettuce, tomato,
sy, easy, mustard,
rts                          6.90
MUSHROOMS&JACK CHEESE,
icken (0.60)                 6.28
                             3.00
            Sub Total:      16.18
                 Tax:       1.19
13:30 TOTAL:             17.37

THANK YOU FOR CHOOSING TRIMANA
ANY QUESTIONS OR COMMENTS PLEASE
CALL 1-888-3TRIMANA

⑫

*Mileage TO AND FROM Glendale @ 56.5 X 100 Miles = $56.50*

# EXPENSE SUMMARY

## Multi-page

SheppardMullin

*900275518*

☐ Administration (AD)
☐ Central Services CS)

**Office**

| Beijing (BE) | Brussels | | Century City (CC) |
|---|---|---|---|
| Chicago (CH) | Del Mar Heights (DM) | | London (LD) |
| Los Angeles (LA) | New York (NY) | ☒ Orange County (OC) |
| Palo Alto (SV) | San Diego (SD) | | San Francisco (SF) |
| Santa Barbara (SB) | Seoul (SU) | | Shanghai (SH) |
| Washington, DC (DC) | | | |

**Practice Group**

| Antitrust (AT) | Entertainment and Media (EM) | Labor & Employment (LB) |
|---|---|---|
| Business Trial Practice (BT) | Finance & Bankruptcy (FB) | Real Estate/LUNR/Environment (RE) |
| Constr., Environ., RE & Land Use Lit. (RC) | Gov't Contracts & Regulated Indus. (GC) | Tax/Employee Benefits/Trusts & Estates (TE) |
| Corporate (CS) | Intellectual Property (IP) | White Collar Defense (WC) |

Date: **07/26/13**

Attorney Billing Number or Employee I.D.: **2565**      Name: **Steve Hanle**

| *Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or GL Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 2 | 04/11/13 | Starbucks | Lunch at Kitchen deposition | Kitchen Depo | | $16.30 | 13RZ-168906 |
| 6 | 05/9/13 | Los Angeles | Parking and mileage | PDP Claim Construction Hearing | | $66.50 | 13RZ-168906 |

JUL 30 2013

ACCOUNTING

Page 1 of 2

Revised 7/13/2012

W02-FORMS SMPH000078531

PDP 168906  13R2-
LUNCH @ KITCHEN
STARBUCKS Store #11093  DEPO
2590 Newport Blvd, Suite A
Costa Mesa, CA (949) 642-3667

----------------------------------------
CHK 735478
04/11/2013 10:06 AM
1502889   Drawer: 2  Reg: 2
----------------------------------------
Sand Chicke, Tar~a~    5.75
Fruit & Nut Box        4.95
Blueberry Granola      3.95
T1 Dark Roast          1.65
Sbux Card             10.00
XXXXXXXXXXXX6096
Sbux Card              6.30
XXXXXXXXXXXX7596

Subtotal              $16.30
Total                 $16.30
Change Due            $0.00

----------- Check Closed -----------
04/11/2013 10:06 AM

SBUX Card x6096 New Balance:  0.00
Card is not registered.
Sign up at
www.starbucks.com

SBUX Card x7596 New Balance:  3.37
Card is registered.

Merchandise on this receipt may be
returned or exchanged within 60 days
of the transaction date printed
above. All returns or exchanges must
be accompanied with this original
receipt.

Enjoy a $2 Starbucks
Refreshers(tm) Beverage!

Bring in your morning receipt
after 12pm and get a
Grande Starbucks Refreshers(t
beverage for only $2 plus tx

Offer expires 4/16/13
Participating stores only
Barista enter discount code 491



[redacted]

[redacted]

(6)

TO & FROM LA - POP Cain CONST. Hearing + mileage

13R2-168906

085102

CUSTOMER RECEIPT 085102

Amount Paid: $10.00 Date: 5/09/13

100 x 56.5 cents = $56.50

+ 10.00

$ 66.50

[redacted]

# EXPENSE SUMMARY
## Multi-page

SHEPPARD MULLIN
ATTORNEYS AT LAW

☐ Administration (AD)
☐ Central Services CS)

**Office**
☒ Los Angeles (LA)
☒ Orange County (OC)
☐ San Francisco (SF)
☐ San Diego (SD)
☐ Washington, DC (DC)

☐ Century City (CC)
☐ Santa Barbara (SB)
☐ Del Mar Heights (DM)
☐ New York (NY)
☐ Shanghai (SH)

☐ Silicon Valley (SV)

**Practice Group**
☐ Antitrust (AT)
☐ Business Trial Practice (BT)
☐ Constr., Environ., RE & Land Use Lit. (RC)
☐ Corporate (CS)

☐ Entertainment and Media (EM)
☐ Finance & Bankruptcy (FB)
☐ Gov't. Contracts & Regulated Indus. (GC)
☐ Intellectual Property (IP)

☐ Labor & Employment (LB)
☐ Real Estate/LUNR/Environment (RE)
☐ Tax/Employee Benefits/Trusts & Estates (TE)
☐ White Collar Defense (WC)

**Date:** 05/13/13

Attorney Billing Number or Employee I.D.: **6330**   **Name:** Stephanie Limbaugh

| *Receipt | Date Expense Incurred or Travel | Location of Activity Or Travel | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or GL Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 4 | 05/7/13 | OC | Round trip travel - LA to OC (86.2) | Claim Construction Prep | Steve Hanle | $48.70 | 13RZ-178195 |

WR2-FORMS.SMRH\9000766331   Revised 03/23/2009

Page 1 of ___

PAID A S H
MAY 17 2013
DK

*9002912 39*

# Sheppard Mullin

## EXPENSE SUMMARY

| | Administration (AD) |
| | Central Services CS) |

**Office**

- [ ] Beijing (BE)
- [ ] Brussels
- [ ] Chicago (CH)
- [X] Del Mar Heights (DM)
- [ ] Los Angeles (LA)
- [ ] New York (NY)
- [ ] Palo Alto (SV)
- [ ] San Diego (SD)
- [ ] Santa Barbara (SB)
- [ ] San Francisco (SF)
- [ ] Washington, DC (DC)
- [ ] Shanghai (SH)
- [ ] Century City (CC)
- [ ] London (LD)
- [ ] Orange County (OC)
- [ ] Seoul (SU)

**Practice Group**

- [ ] Antitrust (AT)
- [ ] Entertainment and Media (EM)
- [ ] Labor & Employment (LB)
- [ ] Business Trial Practice (BT)
- [ ] Finance & Bankruptcy (FB)
- [ ] Real Estate/LUR/Environment (RE)
- [ ] Const., Environ., RE & Land Use Lit. (RC)
- [ ] Govt. Contracts & Regulated Indus. (GC)
- [ ] Tax/Employee Benefits/Trusts & Estates (TE)
- [ ] Corporate (CS)
- [X] Intellectual Property (IP)
- [ ] White Collar Defense (WC)

Date: _4/10/13_

Attorney Billing Number or Employee I.D.: _6412_    Name: _Rex Bautta_

| "Receipt No. | Date Expense Incurred or Travel Dates | Location of Activity Or Travel Itinerary | Description of Expense | Business Purpose (for business meals and entertainment, state nature of business discussion or activity) | Persons other than you involved and business relationships | Amount Paid Personally to be Reimbursed or Reported | Client Matter Number or GL Account # (see page 2) |
|---|---|---|---|---|---|---|---|
| 1 | 02/13/13 | | Pelican Charge N Go - Product Sample | Discovery | | $38.00 | 13RZ-168906 |
| | | | *90024808* | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Total: $ 38.00

Less Advances:

Amount Due (/m/me): $ 38.00

X _____

By submitting the foregoing expense summary, I certify that the amounts claimed were actually incurred in connection with Sheppard Mullin business and are reimbursable under the Firm's reimbursement guidelines.

Executive Director Approval or Designee

**Notes:**

In all cases, list amounts spent on food or beverages separately from other amounts such as hotel room charges.

By submitting this form, you verify your presence when food or beverages were served for which you seek reimbursement as a "business meal" whether or not the expenditure is chargeable to a client.

Receipts: The I.R.S. requires that all items of $25.00 or more have a receipt attached. Every effort should be made, however, to provide receipts for all expenses, regardless of the amount. Attach "original" receipts. To ensure receipts are "contemporaneous," notations should be made on the receipts themselves as to persons entertained, business purpose, etc.

W02-FORMS:SMRH90003642.1

Revised 07/13/12

RECEIVED
APR 18 2013

PAID ACH
APR 18 2013
Page 1 of ___

2/21/13                                                                                    Gmail - Receipt for your payment to taishanm@hotmail.com

 

by Google

1 ::: R...ista <rexbautista@gmail.com> :::

# Receipt for your payment to taishanm@hotmail.com

1 message

**Rex Bautista via PayPal** <member@paypal.com>                                      Wed, Feb 13, 2013 at 6:01 PM
Reply-To: rexbautista@gmail.com
To: Rex Bautista <rexbautista@gmail.com>

**PayPal**

Feb 13, 2013 18:00:43 PST
Transaction ID: 1AM04406A8911035L

Hello Rex Bautista,

**You sent a payment of $38.00 USD to taishanm@hotmail.com**

We've asked the seller to ship.

Thanks for using PayPal. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller**
taishanm@hotmail.com
Rex Bautista
**Shipping address - confirmed**
12275 El Camino Real
Ste 200
San Diego, CA 92130-4092
United States

**Note to seller**
You haven't included a note.

**Shipping details**
The seller hasn't provided any shipping details yet.

**PayPal**
Start selling in person with our
free mobile card reader.
Accept credit cards, take checks, and invoice on the go

**Get PayPal Here**

| Description | Unit price | Qty | Amount |
| --- | --- | --- | --- |
| Pelican Charge'n Go Recharging Station For Game Boy Advance (GBA) PL-714 Item# 221180564707 | $32.00 USD | 1 | $32.00 USD |
| Shipping and handling | | | $6.00 USD |
| Insurance - not offered | | | — |



| Total | $38.00 USD |
| --- | --- |

| **Payment** | $38.00 USD |
| --- | --- |

This charge will appear on your credit card statement as "PAYPAL
*TAISHANML".
Payment sent to taishanml@hotmail.com

_____

**Issues with this transaction?**

You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

(?) Questions? Go to the Help Center at: www.paypal.com/help.

**RIGHT TO REFUND**

**You, the customer, are entitled to a refund of the money to be transmitted as a result of this agreement if PayPal does not forward the money received from you within 10 days of the date of its receipt, or does not give instructions committing an equivalent amount of money to the person designated by you within 10 days of the date of the receipt of the funds from you unless otherwise instructed by you.**

**If your instructions as to when the money shall be forwarded or transmitted are not complied with, and the money has not yet been forwarded or transmitted, you have a right to a refund of your money.**

**If you want a refund, you must mail or deliver your written request to PayPal at P.O. Box 45950, Omaha, NE 68145-0950. If you do not receive your refund, you may be entitled to your money back plus a penalty of up to $1,000.00 USD and attorney's fees pursuant to Section 2102 of the California Financial Code.**

**PAYPAL ACCOUNT HOLDERS**

**If you have a PayPal account, you have a preferred alternative to the Right to Refund process. You may be covered if you find a payment error. You also may be covered if you did not receive your item or the item is significantly different from the seller's description. To obtain help, log into your PayPal account and click Resolution Center at the top center of Account Overview.**

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click Help in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click My settings.

PayPal Email ID PP843