SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**DECLARATION OF DANIEL N. YANNUZZI IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Date: December 16, 2013<br>Time: 9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed: April 5, 2012] |

I, Daniel N. Yannuzzi, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. In order to avoid further litigation expenses, including expenses associated with expert reports and expert discovery, Defendants engaged Nyko in settlement discussions. In June of 2013, Defendants offered Nyko a cash settlement and also offered to not file Defendants' Motion for Summary Judgment of invalidity, in exchange for Nyko dropping its enforcement action and granting Defendants a fully paid, perpetual license to the '848 and related patents. The parties engaged in settlement discussions through August of 2013, and even reached agreement in principle on a settlement amount and other key terms. However, discussions broke down in August when Nyko reneged on its counsel's promise to deliver a perpetual license, and instead only offered a limited license that would not cover new charge stations for next-generation consoles. These consoles were released just last week.

4. Throughout settlement discussions, Nyko repeatedly threatened continued, expensive litigation, including an appeal of the Summary Judgment Motion, if they were to lose the motion. Defendants delayed preparing expert reports as long as possible while the parties continued settlement discussions. Defendants even sought and obtained agreement from Nyko to extend the deadline for opening and rebuttal expert reports in an attempt to save costs and fees in anticipation of a settlement. Throughout this time, through August of 2013, Defendants delayed finalizing and filing their motion for summary judgment to give the parties a chance to settle the matter.

1

2   Executed this 18th day of November, 2013 at San Diego, California.

3                       Respectfully submitted,

4
5                       SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP

6                       By            */s/ Daniel N. Yannuzzi*
7                                  DANIEL N. YANNUZZI

8                       Attorney for Energizer Holdings, Inc.,
                        Eveready Battery Company, Inc., and
9                       Performance Designed Products LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28