**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF ART HASAN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>DATE:   December 16, 2013<br>TIME:    9:30 a.m.<br>CTRM:  740<br><br>Hon. Gary Allen Feess |

I, Art Hasan, declare as follows:

1. I am a partner at Christie, Parker & Hale, LLP, attorneys of record for NYKO Technologies, Inc. ("NYKO"), plaintiff and counterclaimant in this action. I make this declaration of my personal knowledge, and if called as a witness, could testify competently to each of the following facts.

2. I normally would not consider commenting on settlement

-1-

negotiations covered under F.R. Evid. 408, but Defendants' characterizations of the same have compelled me to respond. I have redacted all portions of the communications I believe are not necessary to comment upon Defendants' assertions.

3. Attached as Exhibit A is a true and correct copy of an email (partially redacted) I sent to Daniel Yannuzzi, counsel for the Defendants, on March 18, 2013 discussing possible settlement of this matter.

4. Nyko never threatened to drive up costs and offered to enter into a stipulation to request a stay in the case if settlement discussions progressed. The discussion of litigation costs centered around Defendants' potential actions in the case, not anything Nyko planned to do.

5. Attached as Exhibit B is a true and correct copy of an email (partially redacted) I sent to Daniel Yannuzzi on August 2, 2013 further discussing possible settlement of this matter and offering to request a stay of the lawsuit so the parties could enter into a formal agreement.

6. Settlement negotiations in August centered in significant part around whether Defendants had firm plans to sell a new controller charging system covered by the patents-in-suit for use with the new generation of gaming consoles Sony and Microsoft were scheduled to launch in November 2013. I asked on several occasions during our discussions whether Defendants planned to introduce new systems. Nyko was willing to give unrestricted license for products for the older generation of gaming consoles in exchange for a lump sum, because sales and use of those consoles would be phased out over time, but pressed for a larger amount including royalties if Defendants had firm plans to market and sell a potentially infringing device for the new generation of consoles that would have a product life cycle of several more years.

7. In August and again as late as Monday, November 11, 2013, Defendants' counsel consistently denied having any knowledge of whether the

1  Defendants intended to make and sell such a charger.

3      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on November 25, 2013, in Glendale, California.

                                          */s/ Art Hasan*
                                          Art Hasan

CHRISTIE, PARKER & HALE, LLP

-3-

# EXHIBIT A

# Stacey R. Dawson

**From:** Art Hasan
**Sent:** Monday, March 18, 2013 1:03 PM
**To:** Daniel Yannuzzi (dyannuzzi@sheppardmullin.com)
**Subject:** RE: NYKO v. PDP et al [Confidential Settlement Communication - Subject to FRE 408]

Dear Dan,

[redacted]

In any event, Nyko is willing to settle the matter within the next two weeks if PDP/Energizer agrees to pay a lump sum of [redacted] for past damages and a reasonable royalty going forward for future sales in the event PDP desires to continue to sell the accused design. This results in a dramatic savings for PDP/Energizer in that Nyko will forego recovery of lost profits, which are far greater. Nyko may also be willing to forego future license fees if PDP/Energizer agrees not to market the accused design, and to move to a non-infringing design such as the single controller charger it apparently has recently begun to market.

In the event PDP brings a summary judgment motion, or if claim construction briefing begins, both of which will require significant expenditure of legal fees, the amount of payment for any settlement will increase significantly. [redacted]

Kind regards,

- Art


Art Hasan, Esq.
CHRISTIE PARKER HALE, LLP
655 North Central Avenue
Suite 2300
Glendale, California 91203

Telephone: (626) 795-9900
Direct Dial: (626) 683-4542
Facsimile: (626) 577-8800

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

# EXHIBIT B

**Stacey R. Dawson**

| | |
|---|---|
| **From:** | Art Hasan |
| **Sent:** | Friday, August 02, 2013 3:27 PM |
| **To:** | Daniel Yannuzzi |
| **Cc:** | Stacey R. Dawson |
| **Subject:** | Nyko v. Energizer/PDP - SETTLEMENT COMMUNICATION PURSUANT TO FRE 408 |

Dan,

Further to our call this afternoon, I summarize the key terms of the settlement and license agreement we have been discussing. Of course, all of the following are subject to agreement on the price and duration of the license, which we will discuss and finalize by telephone. If we can reach an agreement, we will file a request to stay the suit for a two week period and extend all applicable dates, during which time the parties would enter into a formal agreement.

# REDACTED

I look forward to hearing from you after you speak with your client.

Art Hasan, Esq.
CHRISTIE PARKER HALE, LLP
655 North Central Avenue
Suite 2300
Glendale, California 91203

Telephone: (626) 795-9900
Direct Dial: (626) 683-4542
Facsimile: (626) 577-8800

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent

1

**EXHIBIT B**
**Page 5**

responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

2

**EXHIBIT B**
**Page 6**