**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**655 North Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF C.C. SWINEY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>**DATE:** December 6, 2013<br>**TIME:** 9:30 A.M.<br>**CTRM:** 740<br><br>Hon. Gary Allen Feess |

-1-

I, C.C. Swiney declare:

1. I am the former Director of Operations of Plaintiff and Counterdefendant, Nyko Technologies, Inc. ("Nyko"). I make this declaration of my personal knowledge, and if called as a witness could testify competently to each of the following facts.

2. Nyko conducted a reasonable and thorough search for all documents responsive to Defendants' discovery requests in this suit. At least Chris Arbogast, our Director of Marketing, Amir Navid, our Vice President of Research and Development, Jeremy Bell, our Information Technologies Director and I met with our counsel on several occasions to review Defendants' discovery requests and follow-up requests, and then embarked with our staff to the best of our understanding to obtain and produce all responsive documents. Our searches included searches of electronic records as well as paper files.

3. I personally oversaw the collection of sales documents produced in response to Defendants document requests. Some of these documents were stored electronically while others, such as specific shipping records, purchase orders and other documentation from around the 2007 timeframe, were not. Nyko maintained paper copies of these documents in no particular order in three separate storage locations in West Los Angeles. Nyko had to manually differentiate, recover and sort through files in more than 1800 boxes for review to locate the specific invoice and shipping records demanded by Defendants. This manual search for hard copies of documents took hundreds of person hours to complete. At least six employees of Nyko, including myself, assisted with this major project over the course of five days in January 2013.

4. To the extent certain paper copies of sales documents were not produced, my staff and I were not able locate them despite a reasonable and diligent search. We turned over all of the documents we were able to find to our counsel.

CHRISTIE, PARKER & HALE, LLP

1
2  I declare under penalty of perjury under the laws of the United States of America
3  that the foregoing is true and correct, and that this declaration is executed on
4  November 25, 2013, in Branson, Mo.

*C.C. Swiney* (signature)

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KSB & BALK LLP

-3-