**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**KATHERINE L. QUIGLEY, CA Bar No. 258212**
katherine.quigley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile:  (626) 577-8800

Attorneys for Plaintiff and Counterdefendant,
NYKO Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. CV12-03001 GAF (VBKx)<br><br>**DECLARATION OF KATHERINE L. QUIGLEY IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>**DATE:** December 16, 2013<br>**TIME:** 9:30 a.m.<br>**CTRM:** 740<br><br>Hon. Gary Allen Feess |

I, Katherine L. Quigley, declare as follows:

1. I am an associate with Christie, Parker & Hale, LLP, attorneys of record for NYKO Technologies, Inc. ("NYKO"), plaintiff and counterdefendant in this action. I make this declaration of my personal knowledge, and if called as a witness could testify competently to each of the following facts.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No.

8,378,630 to Navid with portions highlighted to indicate its relationship to the patent-in-suit as well as to indicate the references cited in the prosecution of the application, including Defendants' 600 page set of invalidity contentions.

3. Attached as Exhibit B is a true and correct copy of a Notice of Allowance dated January 15, 2013 for U.S. Application No. 13/468,994.

4. Attached as Exhibit C are true and correct copies of the list of references considered and cited by USPTO Examiner in U.S. Patent No. 8,378,630 for Information Disclosure Statements filed on May 10, 2012, June 22, 2012, September 20, 2012, October 25, 2012, November 28, 2012 and December 3, 2012, and references cited by Examiner on August 22, 2012.

5. Attached as Exhibit D is a true and correct copy of U.S. Patent Application No. 13/769,709 (Publication No. 2013/300368 A1) to Navid with portions highlighted to indicate its relationship to the patent-in-suit.

6. Attached as Exhibit E is a true and correct copy of a Notice of Allowance dated September 11, 2013 for U.S. Patent Application No. 13/769,709.

7. Attached as Exhibit F is a true and correct copy of a USPTO Notification Re: Consideration of Nyko's Information Disclosure Statement for U.S. Patent Application No. 13/769,709 dated October 25, 2013, listing documents considered by the patent examiner during the prosecution of the 13/769,709 application. The notification includes papers filed in connection with Defendants' summary judgment motion in this case.

8. Attached as Exhibit G is a true and correct copy of an Information Disclosure Statement with Fee filed under 37 CFR §§ 1.97(d) and 1.17(p) for U.S. Patent Application No. 13/769,709, dated November 20, 2013, in which the Applicant disclosed this Court's Order re Summary Judgment in this case to the U.S. Patent Office.

9. Attached as Exhibit H is a true and correct copy of excerpts from the

1  Complaint for Damages in *Nintendo of America Inc. v. NYKO Technologies, Inc.*, Case No. CV 08-0907 (W.D. Wash.), dated June 10, 2008, including the trademark and design patents asserted in that suit.

10. Attached as Exhibit I is a true and correct copy of an email from Chris Richards to Tom Roberts discussing and providing the original design for the PS3 charge station by PDP. This document was produced by PDP during discovery of the litigation and it was marked as Exhibit 80 to the deposition of Thomas Roberts on March 26, 2013 that I attended. Additional emails are attached evidencing communications between PDP and potential manufacturers discussing the difficulty in locating an integrated circuit (IC) for PDP's new charge station, including discussion regarding using the Nyko IC. These documents were provided by PDP during discovery as Bates Nos. PDP0001502-PDP0001506, PDP0002582-PDP0002583, PDP0002598-PDP0002599, PDP0005352-PDP0005353, PDP0004183-PDP0004185, and PDP0002608. Certain confidential content has been redacted at the request of Defendants' counsel.

11. Attached as Exhibit J is a true and correct copy of website printouts from PDP.com showing the PDP-Energizer 2X Charging System for PlayStation 4, accessed on November 21, 2013.

12. Attached as Exhibit K is a true and correct copy of photographs of the PDP-Energizer 2X Charging System for PlayStation 4.

13. Attached as Exhibit L is a true and correct copy of photographs of the PDP-Energizer 2X Charging System for Xbox One.

14. Attached as Exhibit M is a true and correct copy of a website printout from Amazon.com showing the PDP-Energizer 2X Charging System for PlayStation 4 (Release Date November 15, 2013), accessed on November 21, 2013.

15. Attached as Exhibit N is a true and correct copy of a website printout

1  from Gamestop.com showing the PDP-Energizer 2X Charging System for
2  PlayStation 4 and In-Store Availability, accessed on November 21, 2013.

3    16.  Attached as Exhibit O is a true and correct copy of a website printout
4  from BestBuy.com showing the PDP-Energizer 2X Charging System for
5  PlayStation 4 (Release Date November 27, 2013), accessed on November 21,
6  2013.

7    17.  Attached as Exhibit P is a true and correct copy of the transcript
8  from the Scheduling Conference held on October 15, 2012.

9    18.  Attached as Exhibit Q is a true and correct copy of excerpts from the
10 transcript of the claim construction hearing held on May 9, 2013.

11   19.  Attached as Exhibit R is a true and correct copy of excerpts from the
12 transcript of the hearing on Defendants' Motion for Summary Judgment held on
13 September 23, 2013.

14   20.  Attached as Exhibit S is a true and correct copy of excerpts from the
15 deposition of Amir Navid taken on January 30, 2013.

16   21.  Attached as Exhibit T is a true and correct copy of excerpts from the
17 deposition of Christopher Arbogast taken on March 5, 2013.

18   22.  Attached as Exhibit U is a true and correct copy of the transcript of
19 the hearing for the Scheduling Conference held on September 30, 2013 in the
20 related case captioned, *Nyko Technologies, Inc. v. Energizer Holdings, Inc., et al*,
21 Case No. CV 12-3001.

22   23.  Attached as Exhibit V is a true and correct copy of excerpts from the
23 Rebuttal Expert Report of Stephen D. Bristow Regarding Non-Infringement of
24 U.S. Patent No. 8,143,848 dated September 13, 2013.

25   24.  Attached as Exhibit W is a true and correct copy of an email thread
26 between counsel discussing service of the Complaint in the related case involving
27 the '630 patent.

28   25.  Attached as Exhibit X is a true and correct copy of excerpts from the

-4-

Rebuttal Expert Report Regarding Damages by W. Christopher Bakewell. Certain confidential content has been redacted at the request of Defendants' counsel.

26. Attached as Exhibit Y is a true and correct copy of excerpts from the Expert Report of Dr. Barbara C. Luna dated August 9, 2013. Portions have been highlighted to show her opinion as to the amount of damages suffered by Nyko in this suit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of November, 2013 in Glendale, California.

_____/s/_____
Katherine L. Quigley

CHRISTIE, PARKER & HALE, LLP

-5-