# EXHIBIT A

US008378630B2

(12) **United States Patent**
Navid

(10) Patent No.: **US 8,378,630 B2**
(45) Date of Patent: **\*Feb. 19, 2013**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(75) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **Nyko Technologies, Inc.**, Los Angeles, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/468,994**

(22) Filed: **May 10, 2012**

(65) **Prior Publication Data**

US 2012/0217929 A1      Aug. 30, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 13/417,147, filed on Mar. 9, 2012, which is a continuation of application No. 12/044,295, filed on Mar. 7, 2008, now Pat. No. 8,143,848, which is a continuation-in-part of application No. 11/581,137, filed on Oct. 13, 2006, now abandoned.

(60) Provisional application No. 60/982,364, filed on Oct. 24, 2007.

(51) **Int. Cl.**
**H02J 7/00**      (2006.01)

(52) **U.S. Cl.** ........................................ 320/113; 320/115

(58) **Field of Classification Search** ................... 320/113
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D241,555 S | 9/1976 | Goldman et al. | |
| 4,288,733 A | 9/1981 | Bilanceri et al. | |
| D278,426 S | 4/1985 | Lanci et al. | |
| 5,028,859 A | 7/1991 | Johnson et al. | |
| 5,059,885 A | 10/1991 | Weiss et al. | |
| 5,124,532 A | \* 6/1992 | Hafey et al. | ................... 219/200 |
| 5,187,422 A | 2/1993 | Izenbaard et al. | |
| 5,229,701 A | 7/1993 | Leman et al. | |
| 5,317,691 A | 5/1994 | Traeger | |
| 5,327,067 A | 7/1994 | Scholder | |
| D349,485 S | 8/1994 | Richards et al. | |
| 5,547,399 A | 8/1996 | Naghi et al. | |
| 5,594,314 A | 1/1997 | Hagiuda et al. | |
| 5,656,914 A | 8/1997 | Nagele et al. | |
| 5,661,391 A | 8/1997 | Ito et al. | |
| 5,689,171 A | 11/1997 | Ludewig | |
| 5,734,253 A | 3/1998 | Brake et al. | |
| 5,734,254 A | 3/1998 | Stephens | |
| 5,828,966 A | 10/1998 | Davis et al. | |
| 5,847,545 A | 12/1998 | Chen et al. | |
| D414,180 S | 9/1999 | Waldner | |
| 6,018,227 A | 1/2000 | Kumar et al. | |
| 6,061,261 A | 5/2000 | Chen et al. | |

| | | | |
|---|---|---|---|
| 6,204,632 B1 | 3/2001 | Nierescher et al. | |
| D444,472 S | 7/2001 | Russell et al. | |
| 6,313,604 B1 | 11/2001 | Chen | |
| 6,321,340 B1 | 11/2001 | Shin et al. | |
| 6,329,786 B1 | 12/2001 | Ono | |
| 6,362,987 B1 | 3/2002 | Yurek et al. | |
| 6,424,525 B1 | 7/2002 | MacLeod et al. | |
| D461,814 S | 8/2002 | Felix et al. | |
| 6,459,882 B1 | 10/2002 | Palermo et al. | |
| D465,532 S | 11/2002 | Hussaini et al. | |
| D469,439 S | 1/2003 | Bradley | |
| 6,560,102 B1 | 5/2003 | Tong et al. | |
| D476,659 S | 7/2003 | Ying et al. | |
| 6,614,206 B1 | 9/2003 | Wong et al. | |
| 6,632,098 B1 | 10/2003 | Wong et al. | |
| 6,669,513 B2 | 12/2003 | Huang | |
| D489,322 S | 5/2004 | Sawai et al. | |
| 6,752,514 B2 | \* 6/2004 | Parker | ............................ 362/183 |
| 6,765,366 B2 | 7/2004 | Maggert et al. | |
| 6,790,062 B1 | 9/2004 | Liao | |
| 6,811,444 B2 | 11/2004 | Geyer | |
| 6,812,971 B2 | 11/2004 | Terane | |
| 6,842,356 B2 | 1/2005 | Hsu | |
| D508,916 S | 8/2005 | Lee | |
| D509,788 S | 9/2005 | Schlieffers et al. | |
| D510,562 S | 10/2005 | Lodato et al. | |
| 6,991,483 B1 | 1/2006 | Milan et al. | |
| 6,992,462 B1 | 1/2006 | Hussaini et al. | |
| D519,921 S | 5/2006 | Claxton et al. | |
| D520,447 S | 5/2006 | Liu | |
| 7,054,177 B2 | 5/2006 | Wu | |
| D526,995 S | 8/2006 | Claxton et al. | |
| D530,667 S | 10/2006 | Viduya et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | WO 2007/078312 A1 | 7/2007 |
|---|---|---|
| WO | WO 2009/038713 A1 | 3/2009 |

OTHER PUBLICATIONS

Complaint for Patent Infringement, Demand for Jury Trial, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 41 pages.

(Continued)

*Primary Examiner* — Arun Williams

(74) *Attorney, Agent, or Firm* — Christie, Parker & Hale, LLP

(57) **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.

**22 Claims, 23 Drawing Sheets**

US 8,378,630 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,140,922 B2 | 11/2006 | Luu et al. | |
| 7,151,357 B2 | 12/2006 | Xian et al. | |
| 7,254,366 B2 | 8/2007 | Palermo et al. | |
| D559,484 S | 1/2008 | Fjellman | |
| D562,230 S | 2/2008 | Houghton | |
| D563,315 S | 3/2008 | Kingston et al. | |
| 7,535,195 B1 | 5/2009 | Horovitz et al. | |
| 7,659,696 B2 * | 2/2010 | Zeiler et al. | 320/115 |
| 7,705,559 B2 * | 4/2010 | Powell et al. | 320/113 |
| 7,750,599 B2 | 7/2010 | Kaji et al. | |
| 7,772,802 B2 | 8/2010 | Manico et al. | |
| 7,775,884 B1 | 8/2010 | McCauley | |
| 7,816,886 B2 | 10/2010 | Brandon, II et al. | |
| 7,863,860 B2 | 1/2011 | Lin | |
| 7,942,747 B2 | 5/2011 | Cole | |
| 2002/0115480 A1 | 8/2002 | Huang | |
| 2003/0216069 A1 | 11/2003 | Huang | |
| 2004/0189250 A1 | 9/2004 | Nishida | |
| 2004/0218411 A1 | 11/2004 | Luu et al. | |
| 2004/0259436 A1 | 12/2004 | Su | |
| 2005/0007065 A1 | 1/2005 | Freas et al. | |
| 2005/0189914 A1 | 9/2005 | Esses | |
| 2006/0080476 A1 | 4/2006 | Wang et al. | |
| 2006/0202660 A1 | 9/2006 | Chang | |
| 2007/0021209 A1 | 1/2007 | Hussaini et al. | |
| 2007/0039755 A1 * | 2/2007 | Mori et al. | 174/362 |
| 2007/0090788 A1 | 4/2007 | Hansford et al. | |
| 2007/0091656 A1 | 4/2007 | Navid et al. | |
| 2007/0216352 A1 | 9/2007 | Shaddle | |
| 2007/0244471 A1 | 10/2007 | Malackowski | |
| 2007/0278999 A1 | 12/2007 | Hsia | |
| 2007/0279852 A1 * | 12/2007 | Daniel et al. | 361/683 |
| 2008/0015017 A1 | 1/2008 | Ashida et al. | |
| 2008/0064500 A1 | 3/2008 | Satsukawa et al. | |
| 2008/0164845 A1 * | 7/2008 | Choi | 320/114 |
| 2008/0180060 A1 | 7/2008 | Odell et al. | |
| 2009/0072782 A1 | 3/2009 | Randall | |
| 2009/0072784 A1 | 3/2009 | Erickson | |
| 2009/0096413 A1 | 4/2009 | Partovi et al. | |
| 2009/0224723 A1 | 9/2009 | Tanabe | |
| 2012/0169286 A1 | 7/2012 | Navid | |

OTHER PUBLICATIONS

Certification and Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.

Corporate Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.

Notice of Related Cases, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 1 page.

Report on the Filing of Determination of an Action Regarding a Patent or Trademark, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), 1 page.

Notice to Parties of Court-Directed ADR Program, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Apr. 5, 2012, 2 pages.

Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue Memorandum of Points and Authorities in Support thereof, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 28 pages.

[Proposed] Order Granting Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show re Preliminary Injuction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 4 pages.

Notice to Counsel of Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause why Preliminary Injunction Should not Issue, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 3 pages.

Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show

Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 10, 2012, 73 pages.

Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 10, 2012, 19 pages.

Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 10, 2012,, 6 pages.

Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 10, 2012, 5 pages.

Civil Minutes—General, Order re: Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 11, 2012, 1 page.

Defendant's Opposition to Ex Parte Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 15, 2012, 31 pages.

Declaration of Thomas Roberts in Support of Defendants' Opposition to Application for TRO and Exhibits A-C, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 17 pages.

Declaration of William Otte in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 3 pages.

Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO with Exhibits D-V, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 15, 2012, 340 pages.

Defendants' Evidentiary Objections to Declaration of Chris Arbogast (DE 12), *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et al.*, CV12-03001-GAF(VBKx), May 15, 2012, 11 pages.

Notice of Errata re Defendants' Opposition to Ex Parte Application for TRO and Exhibits W-Y, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 16, 2012, 31 pages.

Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 20 pages.

Supplemental Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction and Exhibits A-E, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 15 pages.

Supplemental Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injuction and Exhibits A-D, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 17 pages.

Notice of Lodging of Demonstrative Exhibits in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 51 pages.

Supplemental Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction and Exhibit A, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 7 pages.

Motion to Strike Plaintiff's Reply in Support of Ex Parte Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 4 pages.

Performance Designed Products LLC's Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.

US 8,378,630 B2

Page 3

Energizer Holdings, Inc.'s Notice of Interested Parties, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Performance Designed Products LLC's Federal Rule of Civil Procedure 7.1 Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Energizer Holdings, Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure Statement, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 17, 2012, 3 pages.
Notice of Errata, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 18, 2012, 6 pages.
Supplemental Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 7 pages.
Declaration of Jesse A. Salen in Support of Defendants' Opposition to Application for TRO, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 67 pages.
Civil Minutes—General, Motion Hearing (Held and Completed), *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 29, 2012, 1 page.
Third Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 11 pages.
Plaintiff's Objections to Photographic Exhibits Attached to the Declaration of Jesse A. Salen, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 6 pages.
First Supplemental Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 3 pages.
Declaration of Russell Herring in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 18 pages.
Supplemental Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injuction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 30, 2012, 6 pages.
Notice of May 30, 2012 Decision by Court of Appeals for the Federal Circuit in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 31, 2012, 22 pages.
Objection to Supplemental Filings by Plaintiff in Support of Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 31, 2012, 2 pages.
Civil Minutes—General, Order RE: Ex Parte Application for a Temporary Restraining Order, *Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), Jun. 1, 2012, 13 pages.
Energizer Holdings, Inc. and Performance Designed Products LLC's Answer to Complaint for Patent Infringement, CV12-03001-GAF(VBKx), Jun. 15, 2012, 27 pages.
U.S. Appl. No. 60/749,932, filed Dec. 13, 2005, 6 pages.
International Search Report, International Application No. PCT/US 06/40118, Dated Nov. 28, 2007.

International Search Report, Transmittal and Written Opinion dated Dec. 29, 2008, Application No. PCT/US 08/81004, Nyko Technologies, Inc.
European Search Report for European Application No. 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated Oct. 22, 2010 and mailed Oct. 29, 2010 (6 pgs).
Office action for U.S. Appl. No. 13/417,147, filed Mar. 9, 2012 in the name of Amir Navid, Office action mailed Sep. 10, 2012 (28 pgs.).
Office action for U.S. Appl. No. 12/729,526, filed Mar. 23, 2010, inventor Amir Navid, and entitled "Video Game Controller Charging System", Office action mailed Sep. 13, 2012 (12 pgs.).
Morrison, David; Charging Scheme Lets Portables Climb Out of the Cradle; article; Dec. 9, 2002, Electronic Design.com; 3 pages.
Morrison, David; Charging Scheme Lets Portables Climb Out of the Cradle; article; Dec. 9, 2002, Electronic Design.com; 2 pages.
Wallace, Alan; AW Specialties & Resale; article; Alan Wallace Automotive and Specialties, 7 pages.
Casamassina, Matt; Controller Concepts: Charge Cradle—IGN; article; Oct. 4, 2005; IGN.com; 4 pages.
Kauffmann, Stéphane, Cordless Desktop LX 700; review; TomsHardware.com; Oct. 29, 2004; 4 pages.
Kauffmann, Stéphane, Saitek P3000Pad: Annual Review: Six Gamepads; review; TomsHardware.com; Oct. 24, 2003; 4 pages.
Erickson, Craig; Filing Receipt; Oct. 2, 2007; United States Patent and Trademark Office; and U.S. Appl. No. 60/994,263, filed Sep. 17, 2007, 26 pages.
Chartier, David; Charge your iPod, other devices wirelessly with Splashpad; weblog; TUAW.com; Oct. 10, 2005; 3 pages.
Electrical Safety Council; Joytech-Brand Wii Power Station; article; ESC.org; 2012; 2 pages.
Techcast Reviews; Joytech Wii Power Station; article; Techcastnetwork.com; May 2, 2007; 6 pages.
L 151-10 Charger for BA 151 Batteries; Sennheiser Electronic Corporation; article; 1 page.
Logitech Mx700 Cordless Optical Mouse Setup; journal; Logitech.com; 2002; 24 pages.
Multiple Charger Instructions, Multiple Charger, Model CHG 1600; article; 2005, Williams Sound Corp.; 4 pages.
Chappell, Jennifer; Palm Addicts: The Socket Mobile Power Pack; Journal; PalmAddictypepad.com; Feb. 2006; 3 pages.
PS3 SIXAXIS Charging Station; weblog; Instructables.com; May 22, 2007; 6 pages.
PS3 SIXAXIS Charging Station; Instructables share what you make; weblog; Instructables.com; May 8, 2007; 6 pages.
Spector, Devon "DEMENTOR"; Rage3D.com: Thrustmaster Rechargeable Wireless 2-in-1 Dual Trigger Gamepad Review; article; Rage3D.com; 2 pages.
English User Guide, NeoVoice USB, Bluetooth Wireless Headset; Journal; Bluetooth SIG, Inc., U.S.A.; 18 pages.
Thrustmaster Rechargeable Wireless Dual Trigger 2-in-1 User Manual; Journal; 2005; Guillemot Corporation S.A.; 45 pages.
English User Guide 5 Bluetooth Wireless Headset; Journal; Bluetooth SIG, Inc. U.S.A.; 15 pages.
Berardini, César A.; Xbox 360 FAQs—Xbox; article; Teambox.com; Aug. 25, 2005; 6 pages.
*Nyko Technologies, Inc.* vs. *Energizer Holdings, Inc.*, Case No. CV12-03001-GAF-VBK, Performance Designed Products LLC and Energizer Holdings, Inc.'s Initial Invalidity Contentions, 622 pages (3 parts).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



**U.S. Patent**          **Feb. 19, 2013**          **Sheet 6 of 23**          **US 8,378,630 B2**



FIG. 6





FIG. 8



FIG. 9

U.S. Patent      Feb. 19, 2013      Sheet 10 of 23      US 8,378,630 B2



FIG. 10

**U.S. Patent**          Feb. 19, 2013          Sheet 11 of 23          US 8,378,630 B2

*FIG.11*



Exhibit A
Page 19

U.S. Patent

Feb. 19, 2013

Sheet 12 of 23

US 8,378,630 B2



FIG.12

FIG.13

FIG.14



U.S. Patent

Feb. 19, 2013

Sheet 14 of 23

US 8,378,630 B2



FIG.15



*FIG.16*



*FIG.17*

U.S. Patent          Feb. 19, 2013          Sheet 17 of 23          US 8,378,630 B2



*FIG. 18*

Case 2:12-cv-03001-GAF-VBK Document 215-6 Filed 11/25/13 Page 22 of 177 Page ID #:6880



*FIG.19A*

*FIG.19B*

*FIG.19C*

**Exhibit A**
**Page 26**



FIG. 20

Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 24 of 177   Page ID
#:6882



*FIG. 21*

Exhibit A
Page 28

**U.S. Patent**     Feb. 19, 2013     Sheet 21 of 23     US 8,378,630 B2



FIG. 22

Exhibit A
Page 29

U.S. Patent

Feb. 19, 2013

Sheet 22 of 23

US 8,378,630 B2

FIG.23A



FIG.23B



US 8,378,630 B2

1

# VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a continuation of pending application Ser. No. 13/417,147, filed Mar. 9, 2012, which application is a continuation of application Ser. No. 12/044,295, filed Mar. 7, 2008, issued Mar. 27, 2012 as U.S. Pat. No. 8,143,848, which is a continuation-in-part of application Ser. No. 11/581,137, filed on Oct. 13, 2006 now abandoned, the entire contents of which are expressly incorporated herein by reference.

This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

## BACKGROUND

Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device. These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, on order to make a proper connection without damaging the parts.

## SUMMARY OF THE INVENTION

In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

In one embodiment, the at least one DC port includes at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

Exhibit A
Page 32

US 8,378,630 B2

**3**

In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

In still another exemplary embodiment, a video game controller charging system for at least one video game controller having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

**4**

In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

US 8,378,630 B2

5

In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

FIG. **2** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **3** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **4** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **5** is a schematic side view diagram of the power adapter of FIG. **1** in a non-operating position.

FIG. **6** is a schematic side view diagram of the power adapter of FIG. **1** in an operating position.

FIG. **7** is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter.

FIG. **9** is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

FIG. **10** is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

FIG. **11** is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

FIG. **12** is a top view of the video game controller charging system of FIG. **11**.

FIG. **13** is a side view of the video game controller charging system of FIG. **11**.

FIG. **14** is a perspective view of the video game controller charging system of FIG. **11** having video game controllers connected for charging.

FIG. **15** is a block diagram of the video game controller charging system of FIG. **11**.

FIG. **16** is a perspective view of a charging station according to an exemplary embodiment of the invention.

FIG. **17** is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

FIG. **18** is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

FIG. **19**A is a top plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**B is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **19**C is a side plan view of an adapter according to an exemplary embodiment of the invention.

FIG. **20** is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

FIG. **21** is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

FIG. **22** is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

6

FIGS. **23**A-B are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

## DETAILED DESCRIPTION

In one embodiment, a video game controller charging system is provided. The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

FIG. **1** is a schematic front view diagram of a power adapter **100** in an exemplary embodiment of the present invention. The power adapter **100** has a USB port **101** to which a device with a USB plug can be connected for recharging. The power adapter **100** also has a FireWire port **102** to which a device with a FireWire plug can be connected for recharging. The power adapter **100** includes an AC-to-DC power converter for

US 8,378,630 B2

7

providing +5 V and +13 V, respectively. The power adapter **100** may take an input of 100 V to 240 V (w/ frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter **100** to be used in a number of different countries throughout the world.

In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

The USB port **101** is capable of delivering DC power having +5 V to a connected USB device. The FireWire port **101** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **101**, **102** may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. **1** illustrates that ports **101**, **102** are located at the front surface of the power adapter **100**, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **100**.

FIG. **2** is a schematic front view diagram of a power adapter **110** in another exemplary embodiment of the present invention. The power adapter **110** has two FireWire ports **102** to which a device with a FireWire plug can be connected for recharging. The FireWire ports **102** may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port **102** is capable of delivering DC power having +13 V to a connected FireWire device. Ports **102** may be operated concurrently to recharge FireWire devices at the same time.

FIG. **3** is a schematic front view diagram of a power adapter **120** in yet another exemplary embodiment of the present invention. The power adapter **120** has two USB ports **101** to which a device with a USB plug can be connected for recharging. The USB ports **101** may be of a different type and may accept type A or type B connections. Each USB port **101** is capable of delivering DC power having +5 V to a connected USB device. Ports **101** may be operated concurrently to recharge USB devices at the same time.

FIG. **4** is a schematic front view diagram of a power adapter **130** in another exemplary embodiment of the present invention. Power adapter **130** has a USB port **161** and a FireWire port **162** that are connected to lines **163**. The lines extend into the ports so that USB and FireWire plugs may be inserted into the extended ports without having to reach the power adapter **130** plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. **4**, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

FIG. **5** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its non-operating position. The power adapters **110** and **120** of FIGS. **2** and **3** have substantially the same structure in one embodiment. As shown in FIG. **5**, the power adapter **100** may have an AC plug **103** that is movable such that it extends from the rear side of the adapter **100**. In the non-operating position, when the adapter **100** is not in use, the AC plug **103** is slid, moved, or otherwise positioned into the adapter **100** so that the plug **103** does not extend out from the adapter **100**. This non-operating position allows for easy storage of the adapter **100**. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

FIG. **6** is a schematic side view diagram of the power adapter **100** of FIG. **1** in its operating position. As shown in

8

FIG. **6**, when the power adapter **100** is in use, the AC plug **103** is slid, moved, or otherwise positioned outside of the housing of the adapter **100**, so that the plug **103** extends out from the adapter **100** in its operating position. In this position the AC plug **103** may be plugged into an AC outlet so that the adapter **100** can draw AC power from the outlet, convert it to DC powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

While the AC plug **103** of the power adapter **100** illustrated in FIGS. **5** and **6** appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

FIG. **7** is a conceptual diagram of a side view of an adapter **100** and an electronic device **105** in an exemplary embodiment of the present invention. The adapter **100** is plugged into an AC outlet **106**. A device **105** is connected to the adapter **100** by a cable **104**. The cable **104** plugs into the adapter **100** through a plug **101** or **102**, shown in FIG. **1**. The adapter **100** draws power from the AC outlet **106** and delivers the power to the device **105** through the cable **104**.

FIG. **8** is a diagram showing the AC-to-DC converter in the adapter **100**. The AC-to-DC converter **112** is located in the housing body of the adapter **100**. The AC-to-DC converter **112** receives an AC power from the AC plug **103** via an AC outlet **106** and provides DC power to a plurality of DC ports **111**. The AC-to-DC converter **112** may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports **111**. For example, in FIG. **1**, the AC-to-DC converter would receive AC power from the AC plug **103** and provide DC 5 V to one DC port (e.g., USB port **101**) and DC 13 V to another DC port (e.g., FireWire port **102**).

FIG. **9** is a schematic front view diagram of a power adapter **200** in another exemplary embodiment of the present invention. The adapter **200** has a plurality of USB ports **201** to which a plurality of devices with USB plugs can be connected for recharging. The USB ports **201** may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter **200** also has a plurality of FireWire ports **202** to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports **202** may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports **201** and **202** may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter **200**.

FIG. **10** is a schematic front view diagram of a power adapter **300** in yet another exemplary embodiment of the present invention. The adapter **300** has a plurality of ports **301**a, **301**b, **301**c, **301**d, **301**e, **301**f, **301**g having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports **301** may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports **301**a-**301**g may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter **300**. The ports of the power adapter **300** may have cross-sections that are different from the cross-sections of the ports **301**a-**301**g that are shown for illustrative purposes only.

Similar to the power adapter **100** of FIG. **1**, the power adapters **200** and **300** of FIGS. **9** and **10** each have one or more AC plugs for plugging to corresponding AC outlets to receive

US 8,378,630 B2

9

AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

Further, similar to the power adapter 100, the power adapters 200 and 300 of FIGS. 9 and 10 may have capabilities to convert a range of different AC voltages that are used throughout the world. By way of example, the power adapters 200 and 300 may be able to convert from AC power having a voltage range of 100V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

FIGS. 11, 12, and 13 are perspective, top, and side views, respectively, of a video game controller charging system 400 according to another exemplary embodiment of the present invention. FIG. 14 is a perspective view of the video game controller charging system 400 having video game controllers 420 connected for charging. In one embodiment, the charging system 400 converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers 420. In such an embodiment, the video game controller charging system 400 includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system 400 may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

The video game controller charging system 400 includes a base 402 and one or more docking bays 404, wherein each docking bay 404 is configured to receive a video game controller 420. The charging system 400 also includes one or more partitions 406 separating the docking bays 404. The charging system 400 further includes a DC port 408 within each of the docking bays 404 that is configured to electrically couple to one of the video game controllers 420 and deliver DC power to the coupled video game controller 420.

The DC ports 408 of the video game controller charging system 400 are configured to connect to a power input port of the video game controller 420 to be charged. In the present embodiment, the DC ports 408 are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the Play Station3®. Alternatively, the DC ports 408 may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

In the present embodiment of the video game controller charging system 400, the partitions 406 include locators 410 for aligning the video game controller to the DC port 408. There are locators 410 on each of the two surfaces of the partitions 406, as well as the two surfaces of the base 402, which face the DC ports 408. There may be two locators 410 on each surface described, i.e., four locators 410 adjacent each video game controller 420. Each pair of opposite surfaces, a portion of the base 402, a corresponding docking bay 404, and/or the locators 410 may comprise a structure for providing physical support to one of the video game controllers 420 during charging. While the locators 410 in the illustrated embodiment of FIG. 11 are button-shaped, the shape of the locators 410 is not limited thereto. Also, the locators 410 may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller 420 for coupling to the corresponding DC port 408. In other embodiments, the locators 410 may not be spring-loaded and

10

the video game controller 420 may be aligned by the locators 410 through any other suitable method or mechanism, such as a pressure fit.

In use, the DC ports 408 are connected to power input ports of the video game controllers 420 to be charged, as shown in FIG. 14. When one or more video game controllers 420 need to be recharged, connecting the video game controllers 420 to the charging system 400 is as easy as inserting each of the video game controllers 420 into one of the docking bays 404. As described above, the locators 410 aid in aligning the video game controller 420 into the docking bay 404 such that the power input port of the video game controller 420 slides down onto and connects to the DC port 408. The charging system 400 is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system 400 then provides power to the video game controller 420 to recharge the batteries of the video game controller 420.

While the embodiment described above uses a vertical orientation, with each of the video game controllers 420 being dropped from above into the docking bays 404, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers 420 may be received horizontally into the docking bays 404, and electrically coupled to the DC port 408 having a horizontal orientation instead of the vertical orientation shown in FIGS. 11-14.

The present embodiment of the video game controller charging system 400 can charge up to four video game controllers 420 concurrently, or it can charge one at a time. Alternative embodiments of the charging system 400, however, may be configured to charge more than four video game controllers 420 concurrently. The power supply for the charging system 400 may be a power cord 416 that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system 400 also includes an AC-to-DC converter 440 (see FIG. 15) electrically coupled between the power cord 416 and the DC ports 408 for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller 420. The AC-to-DC converter 440 may be in the base 402 or external to the base 402. The power cord 416 may be removably connected to the base 402, or may be fixedly coupled to the base 402. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system 400 provides this DC power to the DC ports 408 for delivery to the video game controllers 420. In other embodiments, DC power may be provided as input to the charging system 400, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

The video game controller charging system 400 may also include an indicator panel 450 that indicates a status of the charging system 400. In the present embodiment, the indicator panel 450 includes four LED assemblies 452. Each of the four LED assemblies 452 corresponds with one of the four DC ports 408, so as to indicate the charging status of the video game controller 420 being charged at the respective DC port 408. Each of the LED assemblies 452 includes at least two LEDs having different colors. For example, each of the LED assemblies 452 in the present embodiment includes a red LED and a green LED. While the respective video game controller 420 is being charged, the red LED is emitted to indicate that the video game controller 420, or more specifi-

US 8,378,630 B2

11

cally, the battery inside the video game controller **420**, is currently being charged. When the respective video game controller **420** is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies **452** may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

In another alternative embodiment, each of the LED assemblies **452** may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system **400** is currently charging a video game controller **420**. Another LED assembly **452** may illuminate with a second color (e.g., green) to indicate that the charging system **400** has completed charging. The LED assemblies may be electrically coupled to a current detector **460** (see FIG. **15**) which provides the signals to illuminate the LEDs. In one embodiment, the charging system **400** may stop providing power to the video game controller **420** when the video game controller's internal battery is completely charged.

FIG. **15** is a block diagram showing some of the above-described components of the video game controller charging system **400** in schematic form. As can be seen in FIG. **15**, the charging system **400** includes DC ports **408**, each of which is configured to be electrically coupled with a video game controller **420**. Through the DC ports **408**, the charging system **400** is capable of supplying the power received from a power adapter or a power supply to the video game controllers **420** for charging.

In one embodiment, the base **402** includes an AC-to-DC converter **440** for converting input AC power to DC power for charging the video game controller **420**. In other embodiments, the charging system **400** may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system **400** may include a USB host used to provide DC power via a mini-USB port.

In one embodiment, the video game controller charging system **400** includes one or more current detectors **460** for detecting the amount of current being provided by the power supply to the video game controllers **420** through the DC ports **408**. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors **460**, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller **420** in the corresponding docking bay **404** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

Another exemplary embodiment of the invention, shown in FIGS. **16-23**, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station **510** according to an exemplary embodiment of the invention is shown in FIG. **16**. The charging station **510** includes two docking bays **512**, **514** for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays **512**, **514** are dimensioned to accept adapters **516** (see FIG. **17**). Electrical contacts **520** in the docking bays **512**, **514** make contact with electrical leads **522** on the adapters **516** (see FIG. **19**B) to provide an electrical connection through which power can be transmitted. The adapters **516** are elec-

12

trically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters **516** drop-fit easily into the docking bays **512**, **514**, thus providing a fast and easy connection of the hand-held controllers to the charging station **510**.

As shown in FIG. **16**, the charging station **510** includes a base **524** with two docking bays **512**, **514**. The docking bays **512**, **514** are each dimensioned to accept a hand-held controller **526** (see FIGS. **20**, **21**). The two docking bays **512**, **514** are separated by a partition **528** positioned between them. Each of the docking bays **512**, **514** includes a recess **530** at the bottom of the docking bay. The recess **530** has four electrical contacts **520** positioned in the recess **530**. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts **520** are shown positioned in a linear arrangement in the recess **530**, but they could be positioned in any suitable arrangement.

The recesses **530** are dimensioned to receive an adapter **516** into the recess **530**. As shown in FIG. **17**, the adapters **516** can be dropped vertically into the docking bays **512**, **514** and into the recesses **530**. When the adapters **516** are placed into the recesses **530**, electrical leads **522** (see FIG. **19**B) on the bottom side **538** of the adapters **516** contact the electrical contacts **520** in the recesses **530**. The electrical leads **522** on the adapter **516** thus make an electrical connection with the electrical contacts **520** in the recesses **530**. The electrical leads **522** on the adapter **516** match the arrangement of the electrical contacts **520** such that each electrical lead **522** makes physical contact with an electrical contact **520** when the adapter **516** is placed in the recess **530**. In one embodiment, as will be described later, the electrical contacts **520** are spring loaded so as to make sufficient contacts with the electrical leads **522**.

In other embodiments, the adapters **516** and the docking bays **512**, **514** have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the recess **530** described above. The docking bays **512**, **514** and the adapters **516** can have any suitable shapes that allow the electrical contacts **520** of the docking bays **512**, **514** to make contact with the electrical leads **522** of the adapters **516**. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays **512**, **514** to receive the adapters **516**. These examples are illustrative only, and not limiting.

As shown in FIG. **18**, in one embodiment, the adapters **516** and recesses **530** are shaped such that the adapter **516** can only be placed into the recess **530** in one orientation. In the embodiment shown, the adapter **516** includes at least one angled edge **532**, and the recess **530** includes a matching angled corner **534**. This geometry ensures that the adapter **516** will be placed in the recess **530** in the proper orientation, so that the electrical contacts **520** meet the electrical leads **522**. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter **516** could be made to fit into the recess **530** in multiple orientations.

As shown in FIGS. **19A-19C**, the adapter **516** includes a body **536** with the angled edge **532**. The electrical leads **522** are located on a bottom side **538** of the body **536**. The top side **540** of the body **536** includes a connector **542** that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector **542** is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

US 8,378,630 B2

13

In use, the connector **542** on the adapter **516** is connected to the power input port of the accessory device to be charged, such as the hand-held controller **526** shown in FIGS. **20** and **21**. The adapter **516** is a small and light-weight piece that connects snugly to the power input port of the hand-held controller **526**. The adapter **516** can remain with the hand-held controller **526** at all times, even when the controller **526** is not being charged in the charging station **510**. When the hand-held controller **526** is in use during operation of a video game, when the controller **526** is stored, and when it is charging, the adapter **516** can remain connected to (and physically mounted on) the controller **526**. The adapter **516** is small and light weight, so that it does not interfere with operation of the controller **526**. When the controller **526** needs to be recharged, connecting it to the charging station **510** is as easy as dropping it into one of the docking bays **512**, **514**. The adapter **516** slides easily into the recess **530**, and the electrical leads **522** on the bottom of the adapter **516** make an electrical connection with the electrical contacts **520** in the recess **530**. The charging station **510** is connected to a power supply through its own power input. The charging station **510** then provides power to the controller **526** to recharge the controller's batteries. This recharging process is fast and easy, as the adapter **516** allows the controller **526** to be simply dropped into place, rather than carefully connected to a fragile port or connector.

While the embodiment described above uses a vertical orientation, with the controller **526** and adapter **516** being dropped from above into the recess **530**, other orientations may be used as well. In one embodiment, the adapter **516** is received horizontally into one of the docking bays **512**, **514**, and the electrical contacts **520** in the docking bay and electrical leads **522** on the adapter **516** are arranged vertically to make contact with each other when the adapter **516** is horizontally placed into the docking bay. In one embodiment, the adapter **516** is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter **516** and charging station. In another embodiment, the charging station includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

The charging station **510** can charge two controllers **526** simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station **510** may be a power cord **544**, as shown in FIG. **20**, that connects to an alternating current (AC) power supply. In this case, the charging station **510** includes an AC/DC converter electrically coupled between the power input and the electrical contacts **520**, in order to provide direct current power to the contacts **520** and from there to the controllers **526**. The AC/DC converter **546** may be internal to the base **524** or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts **520** and from there to the controllers **526**. In other embodiments, DC power may be provided as input to the charging station **510**, where the DC power may be provided by an external AC/DC converter.

The electrical contacts **520** may include a spring coupling the contacts **520** to the base **524**. The weight of the controller **526** pushes the adapter **516** down into the recess **530**, pressing the electrical leads **522** on the adapter **516** against the electrical contacts **520**. The spring pushes back up on the contacts **520**, pushing them against the electrical leads **522** to ensure a complete electrical connection.

14

The charging station **510** may also include an indicator **548** that indicates a status of the charging station **510**. In one embodiment, the indicator **548** includes two LED assemblies **550**, **552** (see FIG. **16**). The LED assemblies **550**, **552** correspond with the first and second docking bays **512**, **514**, respectively, so as to indicate the charging status of the hand-held controller **526** (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies **550** and **552** includes at least two LEDs having different colors. By way of example, each of the LED assemblies **550** and **552** in one embodiment includes a red LED and a green LED. While the respective handheld controller **526** is being charged, the red LED is emitted to indicate that the hand-held controller **526** (i.e., the battery inside the hand-held controller **526**) is currently being charged. Further, when the respective hand-held controller **526** is finished charging, the green LED is emitted to indicate that the charging has been completed. In other embodiments, each of the LED assemblies **550**, **552** may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

In still other embodiments, each of the LED assemblies **550**, **552** may include a single LED, and may be referred to as LEDs **550**, **552**. The first LED **550** illuminates with a first color, for example red, to indicate that the charging station **510** is currently charging an accessory device. The second LED **552** illuminates with a second color, for example green, to indicate that the charging station **510** is finished charging. The LEDs **550**, **552** may be electrically coupled to a current detector **521** (see FIG. **22**) which provides the signals to illuminate the LEDs. In one embodiment, the charging station **510** stops providing power to the controller **526** when the controller's internal battery is completely charged.

A block diagram of the charging station **510** is shown in FIG. **22**, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. **22**, the charging station (or charger base) **510** includes electrical contacts **520** that are adapted to be electrically coupled with the accessory device **526** via the adapter **516**. This way, the charging station **510** is capable of supplying the power received from a power adapter or a power supply to the accessory device **526** (e.g., for charging).

In one embodiment, the charger base includes the AC/DC converter **546** for converting input AC power to DC power for charging the accessory device **526**. In other embodiments, the charging station **510** may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station **510** may include a USB host used to provide DC power via mini-USB port.

In one embodiment, the charging station **510** includes a current detector **521** for detecting the amount of current being provided by the power supply to the accessory device **526** through the contacts **520**. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector **521**, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device **526** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

A circuit diagram of the charging station **510** is shown in FIGS. **23**A and **23**B. As can be seen in FIGS. **23**A and **23**B, each of the LED assemblies includes two LEDs (green LED LED2 and red LED LED1, or green LED LED4 and red LED LED3). As can also be seen in FIGS. **23**A and **23**B, the current

US 8,378,630 B2

**15**

detector **521** in one embodiment is implemented using a quad operational amplifier chip LM**324**. The current detector **521** controls light emission of LEDs LED1 and LED2 and/or the light emission of LEDs LED3 and LED4, depending on whether or not sufficient current for charging a respective accessory device is detected.

While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof. The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

What is claimed is:

1. A video game controller charging system for charging a plurality of video game controllers, each having a power input port, the video game controller charging system comprising:
a base;
a plurality of docking bays supported by the base and configured to receive and support the video game controllers while the video game controllers are being charged, each of the docking bays comprising a pair of opposing surfaces and being open on opposite sides between the opposing surfaces such that handle portions of the video game controllers are outwardly projectable from each of the open opposite sides and graspable by a user; and
a plurality of male DC ports, each electrically coupled to a power input and configured to directly couple to and provide DC power to the power input port of a respective video game controller of the plurality of video game controllers without the use of an external or retractable cable, each of the DC ports being between the opposing surfaces of a respective docking bay of the plurality of docking bays, each of the DC ports configured to electrically and mechanically couple to and support the respective video game controller within the respective docking bay,
wherein the power input is spaced apart from the plurality of docking bays,
wherein the video game controller charging system is configured to concurrently charge the plurality of video game controllers in the plurality of docking bays, and
wherein at least one of the opposing surfaces extends continuously from a first end to a second end, the first end being spaced from the DC port of the respective docking bay at a first side of the DC port, the second end being spaced from the DC port of the respective docking bay at a second side of the DC port opposite the first side.

**16**

2. The video game controller charging system of claim 1, wherein at least one port of a DC port of the plurality of DC ports or the power input port of the respective video game controller is insertable into the other of the DC port or the power input port of the respective video game controller, to provide electrical and mechanical coupling between the video game controller charging system and the respective video game controller.

3. The video game controller charging system of claim 1, wherein the docking bays are configured to receive and support the video game controllers such that the handle portions located at opposite sides of the power input port of each of the video game controllers are graspable by a user with two hands in a position for playing a video game.

4. The video game controller charging system of claim 1, wherein the pairs of opposing surfaces comprise parallel surfaces configured to align the video game controllers in the docking bays such that the power input ports of the respective video game controllers couple to the DC ports.

5. The video game controller charging system of claim 1, wherein each of the DC ports is spaced apart from each of the opposing surfaces of the respective docking bay.

6. The video game controller charging system of claim 1, wherein each of the opposing surfaces extends continuously from a respective first end to a respective second end, the respective first end being spaced from the DC port of the respective docking bay at a first side of the DC port, the respective second end being spaced from the DC port of the respective docking bay at a second side of the DC port opposite the first side.

7. The video game controller charging system of claim 1, wherein a forward portion of each of the video game controllers including the power input port is insertable into the respective docking bay.

8. The video game controller charging system of claim 1, wherein each of the docking bays has a substantially same size and configuration, and each of the video game controllers has a substantially same size and configuration to be received and supported in one of the docking bays.

9. The video game controller charging system of claim 1, wherein the docking bays are spaced from one another along a lengthwise direction of the video game controller charging system, and wherein the docking bays are symmetric about a midplane extending in the lengthwise direction.

10. A video game controller charging system for charging a plurality of video game controllers, each including a central forward portion having a power input port, handle portions at opposite sides of the central forward portion, and a rechargeable battery disposed within the video game controller, the video game controller charging system comprising:
a support structure comprising a power interface for coupling to a single external power cord; and
a plurality of docking bays supported by the support structure, each of the docking bays comprising:
a pair of opposing surfaces; and
a male DC port between and spaced apart from the opposing surfaces, the DC port electrically coupled to the power interface and configured to plug into and provide DC power to the power input port of a respective video game controller of the plurality of video game controllers, thereby mechanically holding and supporting the central forward portion of the respective video game controller within the docking bay such that the handle portions of the respective video game controller project outwardly from the docking bay while the rechargeable battery is being charged,

US 8,378,630 B2

17

wherein the video game controller charging system is configured to concurrently charge the plurality of video game controllers in the plurality of docking bays,

wherein the docking bays are located adjacent to one another such that the video game controllers being charged are spaced apart and stacked next to one another such that the handle portions of each of the video game controllers are individually graspable by a user when the video game controllers are being concurrently charged, and

wherein the power interface is spaced apart from the plurality of docking bays such that the power cord is disposed away from the docking bays.

11. The video game controller charging system of claim 10, wherein at least one of the DC port or the power input port of the respective video game controller is insertable into the other of the DC port or the power input port of the respective video game controller to provide electrical and mechanical coupling between the video game controller charging system and the respective video game controller without the use of an external or retractable cable.

12. The video game controller charging system of claim 10, wherein each of the docking bays is open on opposite sides between the respective opposing surfaces such that the handle portions of the respective video game controller are outwardly projectable through each of the open opposite sides.

13. The video game controller charging system of claim 12, wherein the docking bays are configured to receive and support the video game controllers such that the handle portions of each of the video game controllers are graspable by a user with two hands in a position for playing a video game.

14. The video game controller charging system of claim 10, wherein the pairs of opposing surfaces comprise parallel surfaces configured to align the video game controllers in the docking bays such that the power input ports of the respective video game controllers couple to the DC ports.

15. The video game controller charging system of claim 10, wherein the docking bays are spaced apart from one another along a lengthwise direction of the video game controller charging system, and wherein the docking bays are symmetric about a midplane extending in the lengthwise direction.

16. The video game controller charging system of claim 10, wherein at least one of the opposing surfaces extends continuously from a first end to a second end, the first end being spaced from the DC port of the respective docking bay at a first side of the DC port, the second end being spaced from the DC port of the respective docking bay at a second side of the DC port opposite the first side.

17. The video game controller charging system of claim 10, wherein the male DC ports are male mini-USB connectors.

18. A method of charging a plurality of substantially similar video game controllers, each including a forward portion having a female power input port, handle portions at opposite

18

sides of the forward portion, and a rechargeable battery disposed within the video game controller, the method comprising:

providing a video game controller charging system comprising:

a base comprising a power input;

a plurality of docking bays supported by the base and configured to receive and support the video game controllers while the rechargeable batteries of the video game controllers are being charged, each of the docking bays comprising a pair of opposing surfaces and being open on opposite sides between the opposing surfaces, the docking bays being spaced apart from one another, the power input being spaced apart from the docking bays; and

a plurality of male DC ports corresponding to the plurality of docking bays, each DC port configured to plug into and support a respective video game controller in the corresponding docking bay and provide DC power to the power input port of the respective video game controller of the plurality of video game controllers, each of the DC ports being between and spaced apart from the opposing surfaces of a respective docking bay of the plurality of docking bays, at least one of the opposing surfaces extending continuously from a first end to a second end, the first end being spaced from the DC port of the respective docking bay at a first side of the DC port, the second end being spaced from the DC port of the respective docking bay at a second side of the DC port opposite the first side;

electrically coupling a single power cord to the power input, and disposing the power cord away from the docking bays; and

placing the video game controllers in respective docking bays of the plurality of docking bays

with the forward portions of the video game controllers in the respective docking bays such that the handle portions are exposed and graspable at opposite sides of the respective docking bays.

19. The method of claim 18, wherein placing the video game controllers in the respective docking bays comprises inserting at least one of the DC ports or the power input ports into the other of the DC ports or the power input ports to electrically and mechanically couple the video game controllers to the video game controller charging system.

20. The method of claim 18, wherein charging the video game controllers comprises charging the video game controllers concurrently in the respective docking bays.

21. The method of claim 18, wherein placing the video game controllers in the respective docking bays comprises inserting the forward portion of each of the video game controllers including the power input port into the respective docking bay.

22. The method of claim 18, wherein the male DC ports are male mini-USB connectors.

*   *   *   *   *

# EXHIBIT B



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| 23363 | 7590 | 01/15/2013 | |

CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

| EXAMINER |
|---|
| WILLIAMS, ARUN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

DATE MAILED: 01/15/2013

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/468,994 | 05/10/2012 | Amir Navid | 69706/N220 | 3003 |

TITLE OF INVENTION: VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $885 | $0 | $0 | $885 | 04/15/2013 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.   THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**Exhibit B**
**Page 41**

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** __Mail__   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

23363      7590      01/15/2013
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/468,994 | 05/10/2012 | Amir Navid | 69706/N220 | 3003 |

TITLE OF INVENTION: VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $885 | $0 | $0 | $885 | 04/15/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WILLIAMS, ARUN C | 2859 | 320-113000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
   ☐ Issue Fee
   ☐ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
   ☐ A check is enclosed.
   ☐ Payment by credit card. Form PTO-2038 is attached.
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.       ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



U͟NITED S͟TATES P͟ATENT AND T͟RADEMARK O͟FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/468,994 | 05/10/2012 | Amir Navid | 69706/N220 | 3003 |

23363        7590        01/15/2013
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

| EXAMINER |
|---|
| WILLIAMS, ARUN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

DATE MAILED: 01/15/2013

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

**Exhibit B**
**Page 43**

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 13/468,994 | NAVID, AMIR | |
| | **Examiner** | **Art Unit** | |
| | ARUN WILLIAMS | 2859 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *response filed 8/22/2012* .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-4,8-13,20-28 and 32-34.* As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☒ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☒ All   b) ☐ Some*   c) ☐ None  of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
    **Identifying indicia** such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 9/20/2012,10/25/2012,11/28/2012,12/3/2012
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/Arun Williams/
Primary Examiner, Art Unit 2859

Application/Control Number: 13/468,994                                                    Page 2
Art Unit: 2859

## DETAILED ACTION

### *Declaration under 37 CFR 1.131*

1.      The declaration(s) filed on 9/20/2012 & 11/15/2012 under 37 CFR 1.131 is

sufficient to overcome the Erickson, (USNO.2009/0072784) reference.

### *Allowable Subject Matter*

2.      Claims 1-4, 8-13,20-28,32-34 are allowed.

.

        Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### *Contact Information*

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Arun Williams whose telephone number is 571-272-

9765.  The examiner can normally be reached on Mon - Thrus,6:30am - 4pm.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Drew Dunn can be reached on 571-272-2312. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 13/468,994                                        Page 3
Art Unit: 2859

   Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Arun  Williams/                                    Arun  Williams
Primary Examiner, Art Unit 2858                     Primary Examiner
                                                    Art Unit 2858

# EXHIBIT C

Receipt date: 12/03/2012                                        13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B | Attorney Docket Number | 69706/N220 |
|---|---|---|
| **INFORMATION DISCLOSURE** **STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 13/468,994 |
| | Filing Date | May 10, 2012 |
| | Inventor(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | Arun C. Williams |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | PUBLICATION DATE MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | Des. 241,555 | 09-21-1976 | Goldman, et al. |
| | | Des. 278,426 | 04-16-1985 | Lanci et al. |
| | | 5,317,691 | 05-31-1994 | Traeger |
| | | Des. 349,485 | 08-09-1994 | Richards et al. |
| | | Des. 414,180 | 09-21-1999 | Waldner |
| | | US D444,472 S | 07-03-2001 | Russell et al. |
| | | US D461,814 S | 08-20-2002 | Felix et al. |
| | | US D469,439 S | 01-28-2003 | Bradley |
| | | US D489,322 S | 05-04-2004 | Sawai et al. |
| | | US D508,916 S | 08-30-2005 | Lee |
| | | US D509,788 S | 09-20-2005 | Schlieffers et al. |
| | | US D530,667 S | 10-24-2006 | Viduya et al. |
| | | US 2007/0244471 A1 | 10-18-2007 | Malackowski |
| | | US D559,484 S | 01-08-2008 | Fjellman |
| | | US D562,230 S | 02-19-2008 | Houghton |
| | | US D563,315 S | 03-04-2008 | Kingston et al. |

**FOREIGN PATENT DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
|---|---|---|---|---|---|

**OTHER DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|

RMW PAS1206706.1-*-12/3/12 1:22 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/rmw

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

Exhibit C
Page 48

Receipt date: 09/20/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B | Attorney Docket Number | 69706/N220 |
|---|---|---|
| **INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | Application Number | 13/468,994 |
| | Filing Date | May 10, 2012 |
| | Inventor(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | Williams, Arun C. |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER<br>Number - Kind Code[2] (If Known) | PUBLICATION DATE<br>MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | US 6,329,786 B1 | 12-11-2011 | Ono |
| | | US 7,816,886 B2 | 10-19-2010 | Brandon, II et al. |
| | | US 2008/0015017 A1 | 01-17-2008 | Ashida et al. |
| | | | | |
| | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document<br>Country Code[3] - Number[4] - Kind Code[5]<br>(If Known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | T[6]<br>( ✓ ) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | Office action for U.S. Application No. 13/417,147, filed March 9, 2012 in the name of Amir Navid, Office action mailed September 10, 2012 (28 pgs.). |
| | | |
| | | |
| | | |

RMW PAS1195246.1-*-09/20/12 3:00 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/rmw

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

**Exhibit C**
**Page 49**

Receipt date: 11/28/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | |
|---|---|---|
| Attorney Docket Number | 69706/N220 | |
| Application Number | 13/468,994 | |
| Filing Date | May 10, 2012 | |
| Inventor(s) | Amir Navid | |
| Group Art Unit | 2859 | |
| Examiner Name | Arun C. Williams | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | PUBLICATION DATE MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | 5,661,391 | 08-26-1997 | Ito et al. |
| | | US 6,459,882 B1 | 10-01-2002 | Palermo et al. |
| | | US D465,532 S | 11-12-2002 | Hussaini et al. |
| | | US 7,254,366 B2 | 08-07-2007 | Palermo et al. |
| | | US 7,151,357 B2 | 12-19-2006 | Xian et al. |
| | | US 7,535,195 B1 | 05-19-2009 | Horovitz et al. |
| | | US 7,772,802 B2 | 08-10-2010 | Manico et al. |
| | | US 7,775,884 B1 | 08-17-2010 | McCauley |
| | | US 7,863,860 B2 | 01-04-2011 | Lin |
| | | US 2008/0064500 A1 | 03-13-2008 | Satsukawa et al. |
| | | US 2009/0072782 A1 | 03-19-2009 | Randall |
| | | US 2009/0096413 A1 | 04-16-2009 | Partovi et al. |
| | | US 2009/0224723 A1 | 09-10-2009 | Tanabe |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
|---|---|---|---|---|---|
| | | | | | |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | Office action for Application No. 12/729,526, filed March 23, 2010, inventor Amir Navid, and entitled "Video Game Controller Charging System", Office action mailed September 13, 2012 (12 pgs.) |

JCM PAS1205986.1-*-11/28/12 2:20 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/rmw                    **ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/**

Sheet 1 of 1

**Exhibit C**
**Page 50**

Receipt date: 10/25/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 69706/N220 | |
| **Application Number** | 13/468,994 | |
| **Filing Date** | May 10, 2012 | |
| **Inventor(s)** | Amir Navid | |
| **Group Art Unit** | 2859 | |
| **Examiner Name** | Arun C. Williams | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER<br>Number - Kind Code[2] (If Known) | PUBLICATION DATE<br>MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | D476,659 S | 07-01-2003 | Ying et al. |
| | | D510,562 S | 10-11-2005 | Lodato et al. |
| | | D519,921 S | 05-02-2006 | Claxton et al. |
| | | D520,447 S | 05-09-2006 | Liu |
| | | D526,995 S | 08-22-2006 | Claxton et al. |
| | | 4,288,733 | 09-08-1981 | Bilanceri et al. |
| | | 5,028,859 | 07-02-1991 | Johnson et al. |
| | | 5,059,885 | 10-22-1991 | Weiss et al. |
| | | 5,187,422 | 02-16-1993 | Izenbaard et al. |
| | | 5,317,691 | 05-31-1994 | Traeger |
| | | 5,656,914 | 08-12-1997 | Nagele et al. |
| | | 5,689,171 | 11-18-1997 | Ludewig |
| | | 6,204,632 B1 | 03-20-2001 | Nierescher et al. |
| | | 6,424,525 B1 | 07-23-2002 | MacLeod et al. |
| | | 6,560,102 B1 | 05-06-2003 | Tong et al. |
| | | 6,765,366 B2 | 07-20-2004 | Maggert et al. |
| | | 6,812,971 B2 | 11-02-2004 | Terane |
| | | 2005/0007065 A1 | 01-13-2005 | Freas et al. |
| | | 2007/0090788 A1 | 04-26-2007 | Hansford et al. |
| | | 2012/0169286 A1 | 07-05-2012 | Navid |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/frs

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

Sheet 1 of 3

Exhibit C<br>Page 51

Receipt date: 10/25/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | | 69706/N220 |
| **Application Number** | | 13/468,994 |
| **Filing Date** | | May 10, 2012 |
| **Inventor(s)** | | Amir Navid |
| **Group Art Unit** | | 2859 |
| **Examiner Name** | | Arun C. Williams |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document<br>Country Code[3] - Number[4] - Kind Code[5]<br>(If Known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | T[6]<br>(✔) |
|---|---|---|---|---|---|
| | | WO 2009/038713 A1 | 03-26-2009 | Erickson | |
| | | | | | |
| | | | | | |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | MORRISON, DAVID; Charging Scheme Lets Portables Climb Out of The Cradle; article; December 9, 2002, Electronic Design.com; 3 pages |
| | | MORRISON, DAVID; Charging Scheme Lets Portables Climb Out of The Cradle; article; December 9, 2002, Electronic Design.com; 2 pages |
| | | WALLACE, ALAN; AW Specialties & Resale; article; Alan Wallace Automotive and Specialties, 7 pages |
| | | CASAMASSINA, MATT; Controller Concepts: Charge Cradle - IGN; article; October 4, 2005; IGN.com; 4 pages |
| | | KAUFFMANN, STÉPHANE, Cordless Desktop LX 700; review; TomsHardware.com; October 29, 2004; 4 pages |
| | | KAUFFMANN, STÉPHANE, Saitek P3000Pad: Annual Review: Six Gamepads; review; TomsHardware.com; October 24, 2003; 4 pages |
| | | ERICKSON, CRAIG; Filing Receipt; October 2, 2007; United States Patent And Trademark Office; and Provisional Application No. 60/994,263, filed Sept. 17, 2007, 26 pages |
| | | CHARTIER, DAVID; Charge your iPod, other devices wirelessly with Splashpad; weblog; TUAW.com; October 10, 2005; 3 pages |
| | | ELECTRICAL SAFETY COUNCIL; Joytech-Brand Wii Power Station; article; ESC.org; 2012; 2 pages |
| | | TECHCAST REVIEWS; Joytech Wii Power Station; article; Techcastnetwork.com; May 2, 2007; 6 pages |
| | | L 151-10 Charger For BA 151 Batteries; Sennheiser Electronic Corporation; article; 1 page |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/frs

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.   /AW/

Exhibit C
Page 52

Receipt date: 10/25/2012                                    13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B | **Attorney Docket Number** | 69706/N220 |
|---|---|---|
| **INFORMATION DISCLOSURE** | **Application Number** | 13/468,994 |
| | **Filing Date** | May 10, 2012 |
| **STATEMENT BY APPLICANT** | **Inventor(s)** | Amir Navid |
| | **Group Art Unit** | 2859 |
| (use as many sheets as necessary) | **Examiner Name** | Arun C. Williams |

**OTHER DOCUMENTS**

| EXAMINER INITIALS | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | Logitech Mx700 Cordless Optical Mouse Setup; journal; Logitech.com; 2002; 24 pages |
| | | Multiple Charger Instructions, Multiple Charger, Model CHG 1600; article; 2005, Williams Sound Corp.; 4 pages |
| | | CHAPPELL, JENNIFER; Palm Addicts: The Socket Mobile Power Pack; Journal; PalmAddictypepad.com; February 2006; 3 pages |
| | | PS3 SIXAXIS Charging Station; weblog; Instructables.com; May 22, 2007; 6 pages |
| | | PS3 SIXAXIS Charging Station; Instructables share what you make; weblog; Instructables.com; May 22, 2007; 7 pages |
| | | SPECTOR, DEVON "DEMENTOR"; Rage3D.com: Thrustmaster Rechargeable Wireless 2-in-1 Dual Trigger Gamepad Review; article; Rage3D.com; 2 pages |
| | | English User Guide, NeoVoice USB, Bluetooth Wireless Headset; Journal; Bluetooth SIG, Inc., U.S.A.; 18 pages |
| | | Thrustmaster Rechargeable Wireless Dual Trigger 2-in-1 User Manual; Journal; 2005; Guillemot Corporation S.A.; 45 pages |
| | | English User Guide 5 Bluetooth Wireless Headset; Journal; Bluetooth SIG, Inc. U.S.A.; 15 pages |
| | | BERARDINI, CÉSAR A.; Xbox 360 FAQs - Xbox; article; Teambox.com; August 25, 2005; 6 pages |
| | | Nyko Technologies, Inc. vs. Energizer Holdings, Inc., Case No. CV12-03001-GAF-VBK, Performance Designed Products LLC and Energizer Holdings, Inc.'s Initial Invalidity Contentions, 622 pages (3 parts) |

FRS PAS1200729.1-*-10/25/12 3:25 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 01/03/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. ³Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/frs

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

**Exhibit C**
**Page 53**

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| ***Notice of References Cited*** | | 13/468,994 | NAVID, AMIR |
| | | Examiner | Art Unit | |
| | | ARUN WILLIAMS | 2859 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,124,532 A | 06-1992 | Hafey et al. | 219/200 |
| * | B | US-6,752,514 B2 | 06-2004 | Parker, David H. | 362/183 |
| * | C | US-2007/0039755 A1 | 02-2007 | Mori et al. | 174/480 |
| * | D | US-2007/0279852 A1 | 12-2007 | Daniel et al. | 361/683 |
| * | E | US-2008/0164845 A1 | 07-2008 | Choi, Thomas | 320/115 |
| * | F | US-7,659,696 B2 | 02-2010 | Zeiler et al. | 320/115 |
| * | G | US-7,705,559 B2 | 04-2010 | Powell et al. | 320/113 |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

**Exhibit C**
**Page 54**

Receipt date: 06/22/2012                                                13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 69706/N220 | |
| **Application Number** | 13/468,994 | |
| **Filing Date** | May 10, 2012 | |
| **Applicant(s)** | Amir Navid | |
| **Group Art Unit** | 2859 | |
| **Examiner Name** | TBA | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | PUBLICATION DATE MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | 5,229,701 | 07-20-1993 | Leman et al. |
| | | 5,327,067 | 07-05-1994 | Scholder |
| | | 5,734,253 | 03-31-1998 | Brake et al. |
| | | 6,018,227 | 01-25-2000 | Kumar et al. |
| | | 7,750,599 B2 | 07-06-2010 | Kaji et al. |
| | | 7,942,747 B2 | 05-17-2011 | Cole |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
|---|---|---|---|---|---|
| | | WO 2007/078312 A1 | 07-12-2007 | Cole | |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | 1 | Complaint for Patent Infringement, Demand for Jury Trial, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), April 5, 2012, 41 pages |
| | 2 | Certification and Notice of Interested Parties, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), April 5, 2012, 1 page |
| | 3 | Corporate Disclosure Statement, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), April 5, 2012, 1 page |
| | 4 | Notice of Related Cases, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), April 5, 2012, 1 page |
| | 5 | Report on the Filing of Determination of an Action Regarding a Patent or Trademark, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), 1 page |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/mac

**ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/**

Sheet 1 of 5

**Exhibit C**<br>**Page 55**

Receipt date: 06/22/2012                                         13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B | Attorney Docket Number | 69706/N220 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 13/468,994 |
| | Filing Date | May 10, 2012 |
| | Applicant(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | TBA |

**OTHER DOCUMENTS**

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | 6 | Notice to Parties of Court-Directed ADR Program, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), April 5, 2012, 2 pages |
| | 9 | Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause Why Preliminary Injunction Should Not Issue Memorandum of Points and Authorities in Support thereof, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 28 pages |
| | 9-1 | [Proposed] Order Granting Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show re Preliminary Injuction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 4 pages |
| | 10 | Notice to Counsel of Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause why Preliminary Injunction Should not Issue, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 3 pages |
| | 11 | Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 73 pages |
| | 12 | Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 19 pages |
| | 13 | Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 6 pages |
| | 14 | Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 10, 2012, 5 pages |
| | 16 | Civil Minutes - General, Order re: Temporary Restraining Order, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 11, 2012, 1 page |
| | 19 | Defendant's Opposition to Ex Parte Application for TRO, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 15, 2012, 31 pages |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/mac

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

**Exhibit C**
**Page 56**

Receipt date: 06/22/2012                                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | Attorney Docket Number | 69706/N220 |
| | Application Number | 13/468,994 |
| | Filing Date | May 10, 2012 |
| | Applicant(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | TBA |

| | | OTHER DOCUMENTS |
| --- | --- | --- |
| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | 20 | Declaration of Thomas Roberts in Support of Defendants' Opposition to Application for TRO and Exhibits A-C, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV-03001-GAF(VBKx), May 15, 2012, 17 pages |
| | 21 | Declaration of William Otte in Support of Defendants' Opposition to Application for TRO, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 15, 2012, 3 pages |
| | 22 | Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO with Exhibits D-V, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 15, 2012, 340 pages |
| | 23 | Defendants' Evidentiary Objections To Declaration of Chris Arbogast (DE 12), Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 15, 2012, 11 pages |
| | 24 | Notice of Errata re Defendants' Opposition to Ex Parte Application for TRO and Exhibits W-Y, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 16, 2012, 31 pages |
| | 25 | Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 20 pages |
| | 26 | Supplemental Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction and Exhibits A-E, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 15 pages |
| | 27 | Supplemental Declaration of John D. Carpenter in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction and Exhibits A-D, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 17 pages |
| | 28 | Notice of Lodging of Demonstrative Exhibits in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 51 pages |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/mac                          ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

Exhibit C
Page 57

Receipt date: 06/22/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | Attorney Docket Number | 69706/N220 |
| | Application Number | 13/468,994 |
| | Filing Date | May 10, 2012 |
| | Applicant(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | TBA |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | 29 | Supplemental Declaration of Jason C. Martone in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re Preliminary Injunction and Exhibit A, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 7 pages |
| | 32 | Motion to Strike Plaintiff's Reply in Support of Ex Parte Application for TRO, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 4 pages |
| | 34 | Performance Designed Products LLC's Notice of Interested Parties, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 3 pages |
| | 35 | Energizer Holdings, Inc.'s Notice of Interested Parties, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 3 pages |
| | 36 | Performance Designed Products LLC's Federal Rule of Civil Procedure 7.1 Disclosure Statement, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 3 pages |
| | 37 | Energizer Holdings, Inc.'s Federal Rule of Civil Procedure 7.1 Disclosure Statement, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 17, 2012, 3 pages |
| | 40 | Notice of Errata, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 18, 2012, 6 pages |
| | 41 | Supplemental Declaration of Steven M. Hanle in Support of Defendants' Opposition to Application for TRO, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 29, 2012, 7 pages |
| | 42 | Declaration of Jesse A. Salen in Support of Defendants' Opposition to Application for TRO, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 29, 2012, 67 pages |
| | 43 | Civil Minutes - General, Motion Hearing (Held and Completed), Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 29, 2012, 1 page |
| | 44 | Third Declaration of Amir Navid in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 30, 2012, 11 pages |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/mac

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

Sheet 4 of 5

Exhibit C
Page 58

Receipt date: 06/22/2012

13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 69706/N220 | |
| **Application Number** | 13/468,994 | |
| **Filing Date** | May 10, 2012 | |
| **Applicant(s)** | Amir Navid | |
| **Group Art Unit** | 2859 | |
| **Examiner Name** | TBA | |

| | | OTHER DOCUMENTS | | |
|---|---|---|---|---|
| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | | |
| | 45 | Plaintiff's Objections to Photographic Exhibits Attached to the Declaration of Jesse A. Salen, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 30, 2012, 6 pages | | |
| | 46 | First Supplemental Declaration of Chris Arbogast in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 30, 2012, 3 pages | | |
| | 47 | Declaration of Russell Herring in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 30, 2012, 18 pages | | |
| | 48 | Supplemental Reply in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injuction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 30, 2012, 6 pages | | |
| | 49 | Notice of May 30, 2012 Decision by Court of Appeals for the Federal Circuit in Support of Plaintiff's Ex Parte Application for (1) Temporary Restraining Order and (2) Order to Show Cause re: Preliminary  Injunction, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 31, 2012, 22 pages | | |
| | 50 | Objection to Supplemental Filings by Plaintiff in Support of Temporary Restraining Order, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), May 31, 2012, 2 pages | | |
| | 51 | Civil Minutes - General, Order RE: Ex Parte Application for a Temporary Restraining Order, Nyko Technologies, Inc. vs. Energizer Holdings, Inc. et. al., CV12-03001-GAF(VBKx), June 1,, 2012, 13 pages | | |
| | 53 | Energizer Holdings, Inc. and Performance Designed Products LLC's Answer to Complaint for Patent Infringement, CV12-03001-GAF(VBKx), June 15, 2012, 27 pages | | |
| | 54 | U.S. Provisional Application No. 60/749,932, filed December 13, 2005, 6 pages | | |
| | | | | |

MAC PAS1179549.1-*-06/22/12 4:58 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/mac

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

Sheet 5 of 5

Exhibit C
Page 59

Receipt date: 05/10/2012                                          13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 69706/N220 | |
| **Application Number** | To Be Determined | |
| **Filing Date** | Herewith - May 10, 2012 | |
| **Applicant(s)** | Amir Navid | |
| **Group Art Unit** | To Be Determined (Parent Case 2859) | |
| **Examiner Name** | To Be Determined (Parent Case Examiner: Arun C. Williams) | |

| | | **U.S. PATENT DOCUMENTS** | | |
|---|---|---|---|---|
| EXAMINER INITIALS | Cite No.¹ | DOCUMENT NUMBER<br>Number - Kind Code² (If Known) | PUBLICATION DATE<br>MM-DD-YYYY | NAME OF PATENTEE |
| | | 5,547,399 | 08-20-1996 | Naghi et al |
| | | 5,594,314 | 01-14-1997 | Hagiuda et al. |
| | | 5,734,254 | 03-31-1998 | Stephens |
| | | 5,828,966 | 10-27-1998 | Davis et al. |
| | | 5,847,545 | 12-08-1998 | Chen et al |
| | | 6,061,261 | 05-09-2000 | Chen et al |
| | | US 6,313,604 B1 | 11-06-2001 | Chen |
| | | US 6,321,340 B1 | 11-20-2001 | Shin et al |
| | | US 6,362,987 B1 | 03-26-2002 | Yurek et al |
| | | US 6,614,206 B1 | 09-02-2003 | Wong et al |
| | | US 6,632,098 B1 | 10-14-2003 | Wong et al |
| | | US 6,669,513 B2 | 12-30-2003 | Huang |
| | | US 6,790,062 B1 | 09-14-2004 | Liao |
| | | US 6,811,444 B2 | 11-02-2004 | Geyer |
| | | US 6,842,356 B2 | 01-11-2005 | Hsu |
| | | US 6,991,483 B1 | 01-31-2006 | Milan et al |
| | | US 6,992,462 | 01-31-2006 | Hussaini et al. |
| | | US 7,054,177 B2 | 05-30-2006 | Wu |
| | | US 7,140,922 B2 | 11-28-2006 | Luu et al |
| | | US 2002/0115480 A1 | 08-22-2002 | Huang |
| | | US 2003/0216069 A1 | 11-20-2003 | Huang |
| | | US 2004/0189250 A1 | 09-30-2004 | Nishida |
| | | US 2004/0218411 A1 | 11-04-2004 | Luu et al |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. ³Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/rmw

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

Exhibit C<br>Page 60

Receipt date: 05/10/2012                                                13468994 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 69706/N220 | |
| **Application Number** | To Be Determined | |
| **Filing Date** | Herewith - May 10, 2012 | |
| **Applicant(s)** | Amir Navid | |
| **Group Art Unit** | To Be Determined (Parent Case 2859) | |
| **Examiner Name** | To Be Determined (Parent Case Examiner: Arun C. Williams) | |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER<br>Number - Kind Code[2] (If Known) | PUBLICATION DATE<br>MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | US 2004/0259436 A1 | 12-23-2004 | Su |
| | | US 2005/0189914 A1 | 09-01-2005 | Esses |
| | | US 2006/0080476 A1 | 04-13-2006 | Wang et al. |
| | | US 2006/0202660 A1 | 09-14-2006 | Chang |
| | | US 2007/0021209 A1 | 01-25-2007 | Hussaini et al. |
| | | US 2007/0091656 A1 | 04-26-2007 | Navid et al. |
| | | US 2007/0216352 A1 | 09-20-2007 | Shaddle |
| | | US 2007/0278999 A1 | 12-06-2007 | Hsia |
| | | US 2008/0180060 A1 | 07-31-2008 | Odell et al. |
| | | US 2009/0072784 A1 | 03-19-2009 | Erickson |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document<br>Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6]<br>(✓) |
|---|---|---|---|---|---|
| | | | | | |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | International Search Report, International Application No. PCT/US 06/40118, Dated 11-28-2007 |
| | | International Search Report, Transmittal and Written Opinion dated December 29, 2008, Application No. PCT/US 08/81004, NYKO TECHNOLOGIES, INC. |
| | | European Search Report for European Application Number 08843118.4 in the name of Nyko Technologies, Inc. European Search Report dated 22 October 2010 and mailed 29 October 2010 (6 pgs). |

RMW PAS1174228.1-*-05/10/12 12:07 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 08/18/2012 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated in the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/rmw

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

Exhibit C
Page 61

# EXHIBIT D

US 20130300368A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2013/0300368 A1**
Navid (43) Pub. Date: **Nov. 14, 2013**

(54) **VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE**

(71) Applicant: **NYKO TECHNOLOGIES, INC.,** Los Angeles, CA (US)

(72) Inventor: **Amir Navid**, Sherman Oaks, CA (US)

(73) Assignee: **NYKO TECHNOLOGIES, INC.,** Los Angeles, CA (US)

(21) Appl. No.: **13/769,709**

(22) Filed: **Feb. 18, 2013**

**Related U.S. Application Data**

(63) Continuation of application No. 13/468,994, filed on May 10, 2012, now Pat. No. 8,378,630.

**Publication Classification**

(51) **Int. Cl.**
*H02J 7/00* (2006.01)

(52) **U.S. Cl.**
CPC ..................................... *H02J 7/0044* (2013.01)
USPC .......................................................... **320/115**

(57) **ABSTRACT**

A video game controller charging system is provided. The video game controller charging system includes a base; at least one structure on the base for providing physical support to at least one video game controller while it is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. The video game controller charging system may also include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. The base of a charging station may include a recess having at least one electrical contact and a power input for connection to a power supply.





FIG. 1



FIG. 2

Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 64 of 177   Page ID #:6922



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



**FIG. 8**



**FIG. 9**

Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 71 of 177   Page ID #:6929



**FIG. 10**

*FIG.11*





*FIG.12*

*FIG.13*

Exhibit D
Page 74

*FIG.14*



Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 75 of 177   Page ID #:6933



*FIG.15*

Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 76 of 177   Page ID #:6934



*FIG. 16*



FIG. 17



*FIG.18*



FIG.19 A

FIG.19 B

FIG.19 C



FIG. 20

Case 2:12-cv-03001-GAF-VBK   Document 215-6   Filed 11/25/13   Page 81 of 177   Page ID #:6939



*FIG.21*

Exhibit D
Page 82



FIG. 22



*FIG. 23A*



*FIG. 23B*

US 2013/0300368 A1                                                    Nov. 14, 2013

1

# VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

## CROSS-REFERENCE TO RELATED APPLICATION(S)

[0001]   This application is a continuation of pending application Ser. No. 13/468,994, filed May 10, 2012, which is a continuation of pending application Ser. No. 13/417,147, filed Mar. 9, 2012, which is a continuation of application Ser. No. 12/044,295, filed Mar. 7, 2008, issued Mar. 27, 2012 as U.S. Pat. No. 8,143,848, which is a continuation-in-part of application Ser. No. 11/581,137, filed on Oct. 13, 2006, the entire contents of which are expressly incorporated herein by reference.

[0002]   This application also claims priority to and the benefit of U.S. Provisional Application No. 60/982,364, filed Oct. 24, 2007, the entire content of which is also incorporated herein by reference.

## FIELD OF THE INVENTION

[0003]   The present invention relates to charging systems for consumer electronics devices, and more particularly to charging systems for hand-held video game controllers.

## BACKGROUND

[0004]   Hand-held and portable electronic devices have become increasingly widespread and are used daily by many consumers. Examples of such devices include cellular phones, pagers, CD and MP3 players, digital organizers, video game units, digital cameras, and many other electronic devices. Most of these hand-held and portable devices rely on battery power while operating and require periodic recharging at an alternating current (AC) outlet. Each device requires its own power adapter, one end of which fits into the AC outlet and the other end into the device. Thus, in order to recharge multiple devices, consumers have to carry, keep track of, and operate multiple power adapters.

[0005]   Consumer electronics devices ("CED"), such as personal computers, video game consoles, cell phones, and other devices, often utilize accessory devices that operate in connection with the CED. Examples of accessory devices include wireless headsets, audio speakers, and handheld controllers. These accessory devices often operate on battery power, so that they can be used without requiring a connection to a power supply. Frequent use of these battery-powered accessory devices drains the batteries and requires frequent replacement or recharging of the batteries. Frequent replacement of batteries can be expensive, and as a result, many accessory devices utilize rechargeable batteries.

[0006]   Of the accessory devices, wireless handheld controllers (or video game controllers) are often used by video game players together with the corresponding video game console. Many video games allow multiple players to play concurrently, thereby requiring multiple handheld controllers.

[0007]   The accessory device is connected to a charging station periodically to recharge the batteries. The charging station and the accessory device have matching plugs or ports that fit together to make a connection. If the plug on the charging station or the accessory device is broken or damaged, the accessory device can no longer be connected to the charging station. These plugs can be small and/or fragile, as the accessory device itself is often a small, compact device.

These small plugs can be easily bent or broken, rendering the charging station inoperable. The user has to be careful to connect the plugs slowly, gently, and completely, on order to make a proper connection without damaging the parts.

## SUMMARY OF THE INVENTION

[0008]   In one exemplary embodiment, a video game controller charging system for charging at least one video game controller using externally supplied power includes: a base; at least one structure on the base for providing physical support to the at least one video game controller while the at least one video game controller is being charged; and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller.

[0009]   In one embodiment, the at least one DC port includes at least one male mini-USB connector.

[0010]   In one embodiment, the video game controller charging system further includes a current detector electrically coupled to the at least one DC port and an indicator electrically coupled to the current detector. The indicator is configured to indicate a charging status of the video game controller charging system and may include at least one LED.

[0011]   In one embodiment, the at least one structure on the base includes at least one docking bay configured to receive one of the video game controllers.

[0012]   In one embodiment, the at least one structure on the base includes opposite surfaces configured to align one of the at least one video game controller such that the power input port of the video game controller couples to one of the at least one DC port. Also, the opposite surfaces may include spring-loaded locating buttons configured to align the video game controller.

[0013]   In one embodiment, the at least one DC port comprises a plurality of DC ports, the at least one video game controller comprises a plurality of video game controllers, and the plurality of DC ports is configured to concurrently couple to and provide the DC power to the plurality of video game controllers.

[0014]   In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert the externally supplied power to the DC power provided to the power input port of the at least one video game controller. In one embodiment, the AC-to-DC converter is in the base. In another embodiment, the AC-to-DC converter is external to the base.

[0015]   In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the externally supplied power into a DC voltage corresponding to the DC power. The DC voltage may be DC 5 V.

[0016]   In another exemplary embodiment, a charging system for at least one accessory device having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the at least one accessory device; at least one docking structure configured to receive and align the at least one accessory device to couple to the at least one male mini-USB connector; and a power input for connecting to a power supply, the power input electrically coupled to the at least one male mini-USB connector.

[0017]   In one embodiment, the charging system further includes an AC-to-DC converter electrically coupled between the power input and the at least one male mini-USB connector.

[0018]   In one embodiment, the charging system further includes an AC-to-DC converter external to the base and electrically coupled to the power input.

[0019]   In one embodiment, the charging system further includes a current detector electrically coupled to the at least one male mini-USB connector and an indicator electrically coupled to the current detector, the indicator configured to indicate a charging status of the charging system. The indicator may include at least one LED.

[0020]   In still another exemplary embodiment, a video game controller charging system for at least one video game controller having a power input port includes: a base; at least one male mini-USB connector supported by the base and adapted to provide DC power to the power input port of the at least one video game controller; and at least one docking structure having opposite surfaces configured to receive and align the at least one video game controller to couple the power input port of the at least one video game controller to the at least one male mini-USB connector.

[0021]   In one embodiment, the video game controller charging system further includes an AC-to-DC converter adapted to convert an AC power received from an AC power supply to the DC power provided to the power input port of the at least one video game controller.

[0022]   In another exemplary embodiment of the invention, a charging system for charging at least one accessory device having a power input port includes a base with at least one recess having at least one electrical contact. The base further includes a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging system also includes at least one external adapter including a connector configured to couple to the power input port of one of the accessory devices, the at least one external adapter also including at least one electrical lead. The at least one recess is dimensioned to receive the at least one external adapter, the at least one electrical lead contacting the at least one electrical contact when the external adapter is received by the recess.

[0023]   Another embodiment of the present invention provides a power adapter capable of supplying power from an AC outlet to a variety of hand-held devices. In exemplary embodiments of the present invention, a power adapter for recharging electronic devices is provided. The power adapter may have a Universal Serial Bus (USB) port to which a device with a USB plug can be connected for recharging. The power adapter may also have a FireWire port to which a device with a FireWire plug can be connected for recharging. FireWire is a proprietary name of Apple Computer for the IEEE 1394 interface. Both ports may be operated concurrently to recharge a USB device and a FireWire device at the same time. The adapter also has an alternating current (AC) plug which is fixed or movable such that the plug extends from the rear side of the adapter. The AC plug can be fixed to the adapter body, or be slid or moved somehow into the adapter when the adapter is not in use for easy storage. When the adapter is in use, the AC plug is plugged into an AC outlet. The adapter draws power from the outlet and supplies that power to the USB and FireWire devices to enable them to recharge.

[0024]   According to the present invention, in one embodiment a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. A first DC port is located on one of the second sides and is adapted to provide a first DC power to a first external device. A second DC port is located on one of the second sides and is adapted to provide a second DC power to a second external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the first DC power and the second DC power.

[0025]   In one embodiment, the first DC port and the second DC port are USB ports. In another embodiment, the first DC port and the second DC port are FireWire ports. In yet another embodiment, the first DC port is a USB port and the second DC port is a FireWire port.

[0026]   In one embodiment, the first DC power and the second DC power have different voltages. In another embodiment, the first DC power supplies DC 5 V and the second DC power supplies DC 13 V.

[0027]   In one embodiment, the power adapter also includes a plurality of DC ports, each DC port being located on one of the second sides and being adapted to provide a DC power to an external device, wherein each DC port is selected from the group consisting of USB port, FireWire port, PS/2 port, serial port, and parallel port.

[0028]   In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

[0029]   In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to DC voltages corresponding to the first DC power and the second DC power.

[0030]   In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of USB ports, whereas each USB port is located on one of the second sides and is adapted to provide a DC power to an external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

[0031]   In one embodiment, the power adapter also includes at least one DC port, each DC port being located on one of the second sides and adapted to provide a second DC power to an external device, wherein each DC port is selected from the group consisting of FireWire port, PS/2 port, serial port, and parallel port.

[0032]   In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage of 120 V or 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

[0033]   In one embodiment, the AC-to-DC converter is adapted to convert an AC voltage in the range of 100 V to 240 V corresponding to the AC power to a DC voltage corresponding to the DC power.

[0034]   In another exemplary embodiment, a power adapter is provided that includes a housing body having a first side and a plurality of second sides. A plug is located on the first side and is adapted to connect to an AC outlet for providing an AC power. The power adapter includes a plurality of FireWire ports, whereas each FireWire port is located on one of the second sides and is adapted to provide a DC power to an

external device. An AC-to-DC converter is located in the housing body and is adapted to convert an AC power received through the plug to the DC power.

[0035] In one embodiment, the plug is fixed to the housing body. In another embodiment, the plug is movable between a first position for plugging into the AC outlet and a second position inside the housing body.

[0036] In another exemplary embodiment of the present invention, a power adapter having a plurality of USB ports of various sizes to accommodate devices with different types of USB plugs (e.g., USB plugs of type A or type B) is provided. The adapter also has a plurality of FireWire ports of various sizes to accommodate devices with different types of FireWire plugs (e.g., 4-pin or 6-pin FireWire plugs).

[0037] In yet another exemplary embodiment of the present invention, a power adapter having a plurality of ports of various types to accommodate many different electronic devices, is provided.

BRIEF DESCRIPTION OF THE DRAWINGS

[0038] FIG. 1 is a schematic front view diagram of a power adapter in an exemplary embodiment of the present invention.

[0039] FIG. 2 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

[0040] FIG. 3 is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

[0041] FIG. 4 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

[0042] FIG. 5 is a schematic side view diagram of the power adapter of FIG. 1 in a non-operating position.

[0043] FIG. 6 is a schematic side view diagram of the power adapter of FIG. 1 in an operating position.

[0044] FIG. 7 is a conceptual diagram of a side view of the adapter and the electronic device in an exemplary embodiment of the present invention.

[0045] FIG. 8 is a diagram showing the AC-to-DC converter in the adapter.

[0046] FIG. 9 is a schematic front view diagram of a power adapter in another exemplary embodiment of the present invention.

[0047] FIG. 10 is a schematic front view diagram of a power adapter in yet another exemplary embodiment of the present invention.

[0048] FIG. 11 is a perspective view of a video game controller charging system according to another exemplary embodiment of the present invention.

[0049] FIG. 12 is a top view of the video game controller charging system of FIG. 11.

[0050] FIG. 13 is a side view of the video game controller charging system of FIG. 11.

[0051] FIG. 14 is a perspective view of the video game controller charging system of FIG. 11 having video game controllers connected for charging.

[0052] FIG. 15 is a block diagram of the video game controller charging system of FIG. 11.

[0053] FIG. 16 is a perspective view of a charging station according to an exemplary embodiment of the invention.

[0054] FIG. 17 is a perspective view of a charging station and two adapters according to an exemplary embodiment of the invention.

[0055] FIG. 18 is a perspective view of a charging station with two adapters according to an exemplary embodiment of the invention.

[0056] FIG. 19A is a top plan view of an adapter according to an exemplary embodiment of the invention.

[0057] FIG. 19B is a bottom plan view of an adapter according to an exemplary embodiment of the invention.

[0058] FIG. 19C is a side plan view of an adapter according to an exemplary embodiment of the invention.

[0059] FIG. 20 is a perspective view of a charging station with a video game controller according to an exemplary embodiment of the invention.

[0060] FIG. 21 is a perspective view of a charging station with two video game controllers according to an exemplary embodiment of the invention.

[0061] FIG. 22 is a block diagram of a charging station and an accessory device according to an exemplary embodiment of the invention.

[0062] FIGS. 23A-B are a circuit diagram of a charging station according to an exemplary embodiment of the invention.

DETAILED DESCRIPTION

[0063] In one embodiment, a video game controller charging system is provided. The video game controller charging system includes a base, at least one structure on the base for providing physical support to at least one video game controller while it is being charged, and at least one DC port on the base configured to couple to and provide DC power to a power input port of the at least one video game controller. In some embodiments, the video game controller charging system may include a current detector, a charging status indicator, at least one docking bay, and/or an AC-to-DC converter adapted to convert externally supplied power to the DC power provided to the power input port of at least one video game controller. In other embodiments, the base of a charging system (or "charging station") may include a recess having at least one electrical contact and a power input for connection to a power supply, the power input being electrically coupled to the at least one electrical contact. The charging station also includes an external adapter with a connector configured to couple to a power input port of the accessory device, and with at least one electrical lead. The recess is dimensioned to receive the adapter, with the at least one electrical lead contacting the at least one electrical contact when the adapter is received by the recess.

[0064] In another embodiment, a power adapter includes a housing body having a plurality of sides. In addition, the power adapter includes a plug located on one side of the housing body and adapted to connect to an alternating current (AC) outlet. Furthermore, the power adapter includes first and second direct current (DC) ports, each located on a side of the housing body and each adapted to provide a DC power to an external device. Finally, the power adapter includes an AC-to-DC converter for converting the AC power received through the plug to the DC powers supplied to external devices.

[0065] A power adapter may include one or more USB ports to which devices with USB plugs can be connected for recharging. The adapter may also include one or more FireWire ports to which devices with FireWire plugs can be connected for recharging. Both ports may be operated concurrently. The adapter also has an AC plug that is fixed or is movable between a first position (e.g., operating position) and a second position (e.g., non-operating position). By way of

4

example, the AC plug may extend from the rear side of the adapter. The AC plug can be fixed to the adapter housing body, or it can be retracted, folded, slid, or somehow moved into the adapter housing body for easy storage when the adapter is not in use. When the adapter is in use, the AC plug is plugged into an AC outlet. In one embodiment, the adapter draws AC power from the outlet, converts it to DC powers having +5 V and +13 V, respectively, and supplies the DC powers to the USB and FireWire devices, respectively, to enable them to recharge.

[0066]   In each of the disclosed embodiments, the USB, FireWire, serial, parallel, and generally DC ports, may be either male or female. That is, the DC charging ports may be female and accept a plug, or may itself be a port plug for plugging into a port in an external device.

[0067]   FIG. 1 is a schematic front view diagram of a power adapter 100 in an exemplary embodiment of the present invention. The power adapter 100 has a USB port 101 to which a device with a USB plug can be connected for recharging. The power adapter 100 also has a FireWire port 102 to which a device with a FireWire plug can be connected for recharging. The power adapter 100 includes an AC-to-DC power converter for providing +5 V and +13 V, respectively. The power adapter 100 may take an input of 100 V to 240 V (w/frequencies of 50 Hz or 60 Hz) AC power and/or any other standard AC outlet voltage to enable the power adapter 100 to be used in a number of different countries throughout the world.

[0068]   In the United States, AC voltage is standardized at 120 V, but in practice voltages range from 105 V to 130 V. In other parts of the world, voltages range from 100 V to 240 V. The frequencies vary across the world as well. In the U.S., 60 Hz is the standard. However, in other parts of the world, AC voltage is supplied at 50 Hz or 60 Hz. The AC-to-DC power converters in the power adapter may be adapted to convert AC voltages from a particular standard to a DC voltage required of the DC ports in the power adapter.

[0069]   The USB port 101 is capable of delivering DC power having +5 V to a connected USB device. The FireWire port 101 is capable of delivering DC power having +13 V to a connected FireWire device. Ports 101, 102 may be operated concurrently to recharge a USB device and a FireWire device at the same time. While FIG. 1 illustrates that ports 101, 102 are located at the front surface of the power adapter 100, the ports may be located at any suitable location on the front, rear, side, top, or bottom surfaces or sides of the adapter 100.

[0070]   FIG. 2 is a schematic front view diagram of a power adapter 110 in another exemplary embodiment of the present invention. The power adapter 110 has two FireWire ports 102 to which a device with a FireWire plug can be connected for recharging. The FireWire ports 102 may be of a different type and may accept 4-pin or 6-pin FireWire connections. Each FireWire port 102 is capable of delivering DC power having +13 V to a connected FireWire device. Ports 102 may be operated concurrently to recharge FireWire devices at the same time.

[0071]   FIG. 3 is a schematic front view diagram of a power adapter 120 in yet another exemplary embodiment of the present invention. The power adapter 120 has two USB ports 101 to which a device with a USB plug can be connected for recharging. The USB ports 101 may be of a different type and may accept type A or type B connections. Each USB port 101 is capable of delivering DC power having +5 V to a connected

USB device. Ports 101 may be operated concurrently to recharge USB devices at the same time.

[0072]   FIG. 4 is a schematic front view diagram of a power adapter 130 in another exemplary embodiment of the present invention. Power adapter 130 has a USB port 161 and a FireWire port 162 that are connected to lines 163. The lines extend the ports so that USB and FireWire plugs can be inserted into the extended ports without having to reach the power adapter 130 plugged into an AC outlet. Although a USB and FireWire port are shown in FIG. 4, this embodiment includes all possible combinations of ports, the combination being formed from USB, FireWire, serial, parallel ports, and other DC charging ports, in various combinations.

[0073]   FIG. 5 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its non-operating position. The power adapters 110 and 120 of FIGS. 2 and 3 have substantially the same structure in one embodiment. As shown in FIG. 5, the power adapter 100 may have an AC plug 103 that is movable such that it extends from the rear side of the adapter 100. In the non-operating position, when the adapter 100 is not in use, the AC plug 103 is slid, moved, or otherwise positioned into the adapter 100 so that the plug 103 does not extend out from the adapter 100. This non-operating position allows for easy storage of the adapter 100. In other embodiments, the plug may be fixed to the adapter housing body and is not movable.

[0074]   FIG. 6 is a schematic side view diagram of the power adapter 100 of FIG. 1 in its operating position. As shown in FIG. 6, when the power adapter 100 is in use, the AC plug 103 is slid, moved, or otherwise positioned outside of the housing of the adapter 100, so that the plug 103 extends out from the adapter 100 in its operating position. In this position the AC plug 103 may be plugged into an AC outlet so that the adapter 100 can draw AC power from the outlet, convert it to DC powers having +5V and +13V, respectively, and supply the DC powers to hand-held and portable electronic devices.

[0075]   While the AC plug 103 of the power adapter 100 illustrated in FIGS. 5 and 6 appears as a pair of parallel flat bars that are commonly used in the United States and some other countries, for international use, the AC plug may have a shape of a pair of cylindrical bars used in many Asian and European countries, and/or any other suitable shape. Furthermore, a single power adapter may include a number of different types of AC plugs for use in many different countries having different AC plug types/AC power voltages.

[0076]   FIG. 7 is a conceptual diagram of a side view of an adapter 100 and an electronic device 105 in an exemplary embodiment of the present invention. The adapter 100 is plugged into an AC outlet 106. A device 105 is connected to the adapter 100 by a cable 104. The cable 104 plugs into the adapter 100 through a plug 101 or 102, shown in FIG. 1. The adapter 100 draws power from the AC outlet 106 and delivers the power to the device 105 through the cable 104.

[0077]   FIG. 8 is a diagram showing the AC-to-DC converter in the adapter 100. The AC-to-DC converter 112 is located in the housing body of the adapter 100. The AC-to-DC converter 112 receives an AC power from the AC plug 103 via an AC outlet 106 and provides DC power to a plurality of DC ports 111. The AC-to-DC converter 112 may be composed of multiple AC-to-DC converters in order to provide different DC power voltages to the DC ports 111. For example, in FIG. 1, the AC-to-DC converter would receive AC power from the AC plug 103 and provide DC 5 V to one DC port (e.g., USB port 101) and DC 13 V to another DC port (e.g., FireWire port 102).

5

[0078] FIG. 9 is a schematic front view diagram of a power adapter 200 in another exemplary embodiment of the present invention. The adapter 200 has a plurality of USB ports 201 to which a plurality of devices with USB plugs can be connected for recharging. The USB ports 201 may be of various sizes to accommodate devices having different types of USB plugs (e.g., USB plugs of type A or type B). The adapter 200 also has a plurality of FireWire ports 202 to which a plurality of devices with FireWire plugs can be connected for recharging. The FireWire ports 202 may likewise be of various sizes to accommodate devices having different types of FireWire plugs (e.g., 6-pin or 4-pin FireWire plugs). The ports 201 and 202 may be located at any suitable location on the front, rear, side, top, or bottom surfaces of the adapter 200.

[0079] FIG. 10 is a schematic front view diagram of a power adapter 300 in yet another exemplary embodiment of the present invention. The adapter 300 has a plurality of ports 301a, 301b, 301c, 301d, 301e, 301f, 301g having different cross-sectional shapes to which a plurality of devices can be connected for recharging. The ports 301 may be any of a wide variety of ports used by popular electronic devices, such as USB, FireWire, PS/2, serial ports, parallel ports, and others. The ports 301a-301g may be located at any suitable location, on the front, rear, side, top, or bottom surfaces or sides of the adapter 300. The ports of the power adapter 300 may have cross-sections that are different from the cross-sections of the ports 301a-301g that are shown for illustrative purposes only.

[0080] Similar to the power adapter 100 of FIG. 1, the power adapters 200 and 300 of FIGS. 9 and 10 each have one or more AC plugs for plugging to corresponding AC outlets to receive AC power therefrom. The AC plugs may have different shapes to be compatible with AC outlets used in various different countries of the world.

[0081] Further, similar to the power adapter 100, the power adapters 200 and 300 of FIGS. 9 and 10 may have capabilities to convert a range of different AC voltages that are used throughout the world. By way of example, the power adapters 200 and 300 may be able to convert from AC power having a voltage range of 100V to 240V (and at frequencies 50 Hz or 60 Hz) to DC power having +5 V and +13 V and/or any other desirable voltages.

[0082] FIGS. 11, 12, and 13 are perspective, top, and side views, respectively, of a video game controller charging system 400 according to another exemplary embodiment of the present invention. FIG. 14 is a perspective view of the video game controller charging system 400 having video game controllers 420 connected for charging. In one embodiment, the charging system 400 converts AC power from an AC power supply to DC power and supplying the DC power having a desired DC voltage to a connected CED accessory device, such as one of the video game controllers 420. In such an embodiment, the video game controller charging system 400 includes an AC-to-DC converter for converting AC power to DC power. In other embodiments, the video game controller charging system 400 may receive DC power from an external power source. In such cases, the external DC power may be provided by an external AC-to-DC converter that receives power from an AC outlet, and converts the received AC power to DC power.

[0083] The video game controller charging system 400 includes a base 402 and one or more docking bays 404, wherein each docking bay 404 is configured to receive a video game controller 420. The charging system 400 also includes one or more partitions 406 separating the docking bays 404.

The charging system 400 further includes a DC port 408 within each of the docking bays 404 that is configured to electrically couple to one of the video game controller 420 and deliver DC power to the coupled video game controller 420.

[0084] The DC ports 408 of the video game controller charging system 400 are configured to connect to a power input port of the video game controller 420 to be charged. In the present embodiment, the DC ports 408 are male mini-USB (universal serial bus) connectors adapted to connect to a female mini-USB connector on a video game controller for a video game console, such as the PlayStation3®. Alternatively, the DC ports 408 may be any electrical connectors suitable for coupling to a video game controller for another video game console, or for any other consumer electronics device to be charged, such as an MP3 player or accessory device.

[0085] In the present embodiment of the video game controller charging system 400, the partitions 406 include locators 410 for aligning the video game controller to the DC port 408. There are locators 410 on each of the two surfaces of the partitions 406, as well as the two surfaces of the base 402, which face the DC ports 408. There may be two locators 410 on each surface described, i.e., four locators 410 adjacent each video game controller 420. Each pair of opposite surfaces, a portion of the base 402, a corresponding docking bay 404, and/or the locators 410 may comprise a structure for providing physical support to one of the video game controllers 420 during charging. While the locators 410 in the illustrated embodiment of FIG. 11 are button-shaped, the shape of the locators 410 is not limited thereto. Also, the locators 410 may be spring-loaded in order to facilitate aligning and maintaining a required position of the video game controller 420 for coupling to the corresponding DC port 408. In other embodiments, the locators 410 may not be spring-loaded and the video game controller 420 may be aligned by the locators 410 through any other suitable method or mechanism, such as a pressure fit.

[0086] In use, the DC ports 408 are connected to power input ports of the video game controllers 420 to be charged, as shown in FIG. 14. When one or more video game controllers 420 need to be recharged, connecting the video game controllers 420 to the charging system 400 is as easy as inserting each of the video game controllers 420 into one of the docking bays 404. As described above, the locators 410 aid in aligning the video game controller 420 into the docking bay 404 such that the power input port of the video game controller 420 slides down onto and connects to the DC port 408. The charging system 400 is connected to a power supply through its own power input (either AC power which is converted to DC power using an internal AC-to-DC converter or externally provided DC power). The charging system 400 then provides power to the video game controller 420 to recharge the batteries of the video game controller 420.

[0087] While the embodiment described above uses a vertical orientation, with each of the video game controllers 420 being dropped from above into the docking bays 404, other orientations may be used as well. In one alternative embodiment, for example, the video game controllers 420 may be received horizontally into the docking bays 404, and electrically coupled to DC ports 408 having a horizontal orientation instead of the vertical orientation shown in FIGS. 11-14.

[0088] The present embodiment of the video game controller charging system 400 can charge up to four video game

controllers **420** concurrently, or it can charge one at a time. Alternative embodiments of the charging system **400**, however, may be configured to charge more than four video game controllers **420** concurrently. The power supply for the charging system **400** may be a power cord **416** that has a plug for connecting to an AC power supply or a DC power supply. In one embodiment, the charging system **400** also includes an AC-to-DC converter **440** (see FIG. **15**) electrically coupled between the power cord **416** and the DC ports **408** for converting AC power to DC power having +5 V or any DC voltage suitable for delivery to the video game controller **420**. The AC-to-DC converter **440** may be in the base **402** or external to the base **402**. The power cord **416** may be removably connected to the base **402**, or may be fixedly coupled to the base **402**. In an alternative embodiment, the power input may be a USB port that connects to a CED (e.g., a video game console) to obtain DC power from the CED. The charging system **400** provides this DC power to the DC ports **408** for delivery to the video game controllers **420**. In other embodiments, DC power may be provided as input to the charging system **400**, where the DC power may be provided by an external AC-to-DC converter. In such embodiments, the power input may be DC power converted from AC power from a wall outlet and converted to DC power using the external AC-to-DC converter.

[0089]    The video game controller charging system **400** may also include an indicator panel **450** that indicates a status of the charging system **400**. In the present embodiment, the indicator panel **450** includes four LED assemblies **452**. Each of the four LED assemblies **452** corresponds with one of the four DC ports **408**, so as to indicate the charging status of the video game controller **420** being charged at the respective DC port **408**. Each of the LED assemblies **452** includes at least two LEDs having different colors. For example, each of the LED assemblies **452** in the present embodiment includes a red LED and a green LED. While the respective video game controller **420** is being charged, the red LED is emitted to indicate that the video game controller **420**, or more specifically, the battery inside the video game controller **420**, is currently being charged. When the respective video game controller **420** is finished charging, the green LED is emitted to indicate that the charging has been completed. In another embodiment, the green LED may be emitted to indicate that the video game controller is being charged, while the red LED is emitted to indicate that the charging has been completed. In alternative embodiments, each of the LED assemblies **452** may include different colors of LEDs and/or different numbers of LEDs (e.g., three LEDs) to indicate respective charging status.

[0090]    In another alternative embodiment, each of the LED assemblies **452** may include a single LED and may illuminate with a first color (e.g., red) to indicate that the charging system **400** is currently charging a video game controller **420**. Another LED assembly **452** may illuminate with a second color (e.g., green) to indicate that the charging system **400** has completed charging. The LED assemblies may be electrically coupled to a current detector **460** (see FIG. **15**) which provides the signals to illuminate the LEDs. In one embodiment, the charging system **400** may stop providing power to the video game controller **420** when the video game controller's internal battery is completely charged.

[0091]    FIG. **15** is a block diagram showing some of the above-described components of the video game controller charging system **400** in schematic form. As can be seen in

FIG. **15**, the charging system **400** includes DC ports **408**, each of which is configured to be electrically coupled with a video game controller **420**. Through the DC ports **408**, the charging system **400** is capable of supplying the power received from a power adapter or a power supply to the video game controllers **420** for charging.

[0092]    In one embodiment, the base **402** includes an AC-to-DC converter **440** for converting input AC power to DC power for charging the video game controller **420**. In other embodiments, the charging system **400** may be provided with an external AC/DC converter, DC power via a mini-USB port, or any other suitable DC power supply. The charging system **400** may include a USB host used to provide DC power via a mini-USB port.

[0093]    In one embodiment, the video game controller charging system **400** includes one or more current detectors **460** for detecting the amount of current being provided by the power supply to the video game controllers **420** through the DC ports **408**. If sufficient current, i.e. a predetermined amount of current, is detected by one of the current detectors **460**, the corresponding LED (e.g., a red LED) is emitted to indicate that the video game controller **420** in the corresponding docking bay **404** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

[0094]    Another exemplary embodiment of the invention, shown in FIGS. **16-23**, relates to a charging station for a consumer electronics device (CED), and more particularly, to a charging station for one or more hand-held controllers for a video game console. A charging station **510** according to an exemplary embodiment of the invention is shown in FIG. **16**. The charging station **510** includes two docking bays **512, 514** for two accessory devices, which in one embodiment are hand-held controllers for a video game console. The docking bays **512, 514** are dimensioned to accept adapters **516** (see FIG. **17**). Electrical contacts **520** in the docking bays **512, 514** make contact with electrical leads **522** on the adapters **516** (see FIG. **19**B) to provide an electrical connection through which power can be transmitted. The adapters **516** are electrically coupled to the power input port on the hand-held controllers. In one embodiment, the adapters **516** drop-fit easily into the docking bays **512, 514**, thus providing a fast and easy connection of the hand-held controllers to the charging station **510**.

[0095]    As shown in FIG. **16**, the charging station **510** includes a base **524** with two docking bays **512, 514**. The docking bays **512, 514** are each dimensioned to accept a hand-held controller **526** (see FIGS. **20, 21**). The two docking bays **512, 514** are separated by a partition **528** positioned between them. Each of the docking bays **512, 514** includes a recess **530** at the bottom of the docking bay. The recess **530** has four electrical contacts **520** positioned in the recess **530**. In other embodiments, the recess may include more than four or less than four electrical contacts. These contacts **520** are shown positioned in a linear arrangement in the recess **530**, but they could be positioned in any suitable arrangement.

[0096]    The recesses **530** are dimensioned to receive an adapter **516** into the recess **530**. As shown in FIG. **17**, the adapters **516** can be dropped vertically into the docking bays **512, 514** and into the recesses **530**. When the adapters **516** are placed into the recesses **530**, electrical leads **522** (see FIG. **19**B) on the bottom side **538** of the adapters **516** contact the

US 2013/0300368 A1                                                              Nov. 14, 2013

7

electrical contacts **520** in the recesses **530**. The electrical leads **522** on the adapter **516** thus make an electrical connection with the electrical contacts **520** in the recess **530**. The electrical leads **522** on the adapter **516** match the arrangement of the electrical contacts **520** such that each electrical lead **522** makes physical contact with an electrical contact **520** when the adapter **516** is placed in the recess **530**. In one embodiment, as will be described later, the electrical contacts **520** are spring loaded so as to make sufficient contacts with the electrical leads **522**.

[0097] In other embodiments, the adapters **516** and the docking bays **512**, **514** have matching shapes, such as, for example, a molded male and female matching shape, which is not limited to the examples described above. The docking bays **512**, **514** and the adapters **516** can have any suitable shapes that allow the electrical contacts **520** of the docking bays **512**, **514** to make contact with the electrical leads **522** of the adapters **516**. Thus, many molded configurations, including ridges, grooves, and other shapes, can be used to enable the docking bays **512**, **514** to receive the adapters **516**. These examples are illustrative only, and not limiting.

[0098] As shown in FIG. **18**, in one embodiment, the adapters **516** and recesses **530** are shaped such that the adapter **516** can only be placed into the recess **530** in one orientation. In the embodiment shown, the adapter **516** includes at least one angled edge **532**, and the recess **530** includes a matching angled corner **534**. This geometry ensures that the adapter **516** will be placed in the recess **530** in the proper orientation, so that the electrical contacts **520** meet the electrical leads **522**. Other geometric configurations or features could be used to accomplish this function, such as matching prongs and recesses, or other types of shaped edges. Additionally, this feature is optional, as the adapter **516** could be made to fit into the recess **530** in multiple orientations.

[0099] As shown in FIGS. **19A-19C**, the adapter **516** includes a body **536** with the angled edge **532**. The electrical leads **522** are located on a bottom side **538** of the body **536**. The top side **540** of the body **536** includes a connector **542** that is configured to connect to the power input port of the accessory device to be charged. In one embodiment, the connector **542** is a male mini-USB (universal serial bus) connector adapted to connect to a female mini-USB connector on a hand-held controller for a video game console, such as the PlayStation3®.

[0100] In use, the connector **542** on the adapter **516** is connected to the power input port of the accessory device to be charged, such as the hand-held controller **526** shown in FIGS. **20** and **21**. The adapter **516** is a small and light-weight piece that connects snugly to the power input port of the hand-held controller **526**. The adapter **516** can remain with the hand-held controller **526** at all times, even when the controller **526** is not being charged in the charging station **510**. When the hand-held controller **526** is in use during operation of a video game, when the controller **526** is stored, and when it is charging, the adapter **516** can remain connected to (and physically mounted on) the controller **526**. The adapter **516** is small and light weight, so that it does not interfere with operation of the controller **526**. When the controller **526** needs to be recharged, connecting it to the charging station **510** is as easy as dropping it into one of the docking bays **512**, **514**. The adapter **516** slides easily into the recess **530**, and the electrical leads **522** on the bottom of the adapter **516** make an electrical connection with the electrical contacts **520** in the recess **530**. The charging station **510** is connected

to a power supply through its own power input. The charging station **510** then provides power to the controller **526** to recharge the controller's batteries. This recharging process is fast and easy, as the adapter **516** allows the controller **526** to be simply dropped into place, rather than carefully connected to a fragile port or connector.

[0101] While the embodiment described above uses a vertical orientation, with the controller **526** and adapter **516** being dropped from above into the recess **530**, other orientations may be used as well. In one embodiment, the adapter **516** is received horizontally into one of the docking bays **512**, **514**, and the electrical contacts **520** in the docking bay and electrical leads **522** on the adapter **516** are arranged vertically to make contact with each other when the adapter **516** is horizontally placed into the docking bay. In one embodiment, the adapter **516** is placed into the docking bay by a push-fit, press-fit, or snap-fit, rather than simply a drop-fit. These fitting engagements are fast and easy to use, and also provide a reliable connection between the adapter **516** and charging station. In another embodiment, the power input includes prongs that hold the controller and adapter into place after they have been placed (vertically or horizontally) into the docking bay to obtain a complete electrical connection.

[0102] The charging station **510** can charge two controllers **526** simultaneously (or concurrently), or it can charge one at a time. The power input for the charging station **510** may be a power cord **544**, as shown in FIG. **20**, that connects to an alternating current (AC) power supply. In this case, the charging station **510** includes an AC/DC converter electrically coupled between the power input and the electrical contacts **520**, in order to provide direct current power to the contacts **520** and from there to the controllers **526**. The AC/DC converter **546** may be internal to the base **524** or external. In another embodiment, the power input is a USB port that connects to the CED to obtain DC power from the CED. The charging station provides this DC power to the electrical contacts **520** and from there to the controllers **526**. In other embodiments, DC power may be provided as input to the charging station **510**, where the DC power may be provided by an external AC/DC converter.

[0103] The electrical contacts **520** may include a spring coupling the contacts **520** to the base **524**. The weight of the controller **526** pushes the adapter **516** down into the recess **530**, pressing the electrical leads **522** on the adapter **516** against the electrical contacts **520**. The spring pushes back up on the contacts **520**, pushing them against the electrical leads **522** to ensure a complete electrical connection.

[0104] The charging station **510** may also include an indicator **548** that indicates a status of the charging station **510**. In one embodiment, the indicator **548** includes two LED assemblies **550**, **552** (see FIG. **16**). The LED assemblies **550**, **552** correspond with the first and second docking bays **512**, **514**, respectively, so as to indicate the charging status of the hand-held controller **526** (or any other suitable accessory device) being charged in the respective docking bay. Each of the LED assemblies **550** and **552** includes at least two LEDs having different colors. By way of example, each of the LED assemblies **550** and **552** in one embodiment includes a red LED and a green LED. While the respective hand-held controller **526** is being charged, the red LED is emitted to indicate that the hand-held controller **526** (i.e., the battery inside the hand-held controller **526**) is currently being charged. Further, when the respective hand-held controller **526** is finished charging, the green LED is emitted to indicate that the charging has been

US 2013/0300368 A1                                                                                              Nov. 14, 2013

8

completed. In other embodiments, each of the LED assemblies **550**, **552** may include different color LEDs and/or different number (e.g., three) of LEDs to indicate respective charging status.

[0105]  In still other embodiments, each of the LED assemblies **550**, **552** may include a single LED, and may be referred to as LEDs **550**, **552**. The first LED **550** illuminates with a first color, for example red, to indicate that the charging station **510** is currently charging an accessory device. The second LED **552** illuminates with a second color, for example green, to indicate that the charging station **510** is finished charging. The LEDs **550**, **552** may be electrically coupled to a current detector **521** (see FIG. **22**) which provides the signals to illuminate the LEDs. In one embodiment, the charging station **510** stops providing power to the controller **526** when the controller's internal battery is completely charged.

[0106]  A block diagram of the charging station **510** is shown in FIG. **22**, showing some of the above-described components of the charging station in schematic form. As can be seen in FIG. **22**, the charging station (or charger base) **510** includes electrical contacts **520** that are adapted to be electrically coupled with the accessory device **526** via the adapter **516**. This way, the charging station **510** is capable of supplying the power received from a power adapter or a power supply to the accessory device **526** (e.g., for charging).

[0107]  In one embodiment, the charger base includes the AC/DC converter **546** for converting input AC power to DC power for charging the accessory device **526**. In other embodiments, the charging station **510** may be provided with DC power via a mini-USB port, an external AC/DC converter, or any other suitable DC power supply. The charging station **510** may include a USB host used to provide DC power via mini-USB port.

[0108]  In one embodiment, the charging station **510** includes a current detector **521** for detecting the amount of current being provided by the power supply to the accessory device **526** through the contacts **520**. If sufficient current (e.g., a predetermined amount of current) is detected by the current detector **521**, the corresponding LED (e.g., a red LED) is emitted to indicate that the accessory device **526** is being charged. Then, when the charging has been completed, less current is detected because the battery in the accessory device is already substantially fully charged. In this case, another LED (e.g., a green LED) is emitted to indicate that charging has been completed.

[0109]  A circuit diagram of the charging station **510** is shown in FIGS. **23**A and **23**B. As can be seen in FIGS. **23**A and **23**B, each of the LED assemblies includes two LEDs (green LED LED**2** and red LED LED**1**, or green LED LED**4** and red LED LED**3**). As can also be seen in FIGS. **23**A and **23**B, the current detector **521** in one embodiment is implemented using a quad operational amplifier chip LM**324**. The current detector **521** controls light emission of LEDs LED**1** and LED**2** and/or the light emission of LEDs LED**3** and LED**4**, depending on whether or not sufficient current for charging a respective accessory device is detected.

[0110]  While the CED is described in the above embodiments as a video game console, and the accessory device is described as a video game controller for the video game console, the invention may be used for other CEDs and accessory devices, such as cell phones, wireless headsets, personal computers and related peripheral devices, and many other electronic devices. This list is meant to be illustrative only, and not limiting.

[0111]  Also, while some of the embodiments are primarily described as a charging system for charging video game controllers, the present invention is not limited thereto. The charging system in various embodiments may be used or be modified to be used for charging any suitable hand-held electronics devices or accessories, such as, for example, hand-held video games, or hand-held audio or multimedia players such as MP3 players, without departing from the spirit or scope of the present invention.

[0112]  It will be appreciated by those with ordinary skill in the art that the invention can be embodied in other specific forms without departing from the spirit or essential character thereof The embodiments described above should be considered to be illustrative and not restrictive. The scope of the present invention is defined by the appended claims and their equivalents.

   **1**. A video game controller charging system for charging a plurality of video game controllers, each having a female power input receptacle, the video game controller charging system comprising:
   a base;
   a plurality of docking bays supported by the base, each of the docking bays configured to receive a respective one of the video game controllers such that handle portions of the controllers project away from the docking bays, each docking bay comprising a pair of substantially parallel opposing surfaces and being unobstructed on opposite sides between the opposing surfaces; and
   a plurality of substantially protruding male DC ports, wherein a single DC port is disposed between the opposing surfaces of each of the docking bays, each of the DC ports being electrically coupled to a single power input interface and configured to plug into and provide DC power to the female power input receptacle of a respective one of the plurality of video game controllers without the use of an external or retractable cable,
   wherein at least one of the opposing surfaces of each of the docking bays extends continuously from a first end to a second end, the first end being spaced from the DC port of the respective docking bay at a first side of the DC port, the second end being spaced from the DC port of the respective docking bay at a second side of the DC port opposite the first side;
   wherein each DC port includes a pair of substantially parallel DC port surfaces, at least a portion of the DC port surfaces of the DC port in each of the respective docking bays being substantially parallel to at least a portion of the continuous opposing surface of the respective docking bay;
   wherein the single power input interface is spaced apart from the docking bays; and
   wherein the video game controller charging system is configured to concurrently charge the plurality of video game controllers in the plurality of docking bays.

   **2**. The video game controller charging system of claim **1**, wherein the male DC ports comprise male mini-USB connectors.

   **3**. The video game controller charging system of claim **1**, wherein each of the docking bays includes an intermediate surface disposed between the substantially parallel opposing surfaces and the male DC port is disposed within the docking bay protruding at a substantially right angle relative to the intermediate surface.

**4**. The video game controller charging system of claim **1**, wherein each of the male DC ports protrudes from the respective docking bay in a direction substantially parallel to the substantially parallel opposing surfaces.

**5**. The video game controller charging system of claim **1**, wherein each of the male DC ports is spaced apart from each of the substantially parallel opposing surfaces of the respective docking bay.

**6**. The video game controller charging system of claim **1**, wherein each of the docking bays has a substantially same size and configuration, and each of the video game controllers has a substantially same size and configuration to be received and supported in one of the docking bays.

**7**. The video game controller charging system of claim **6**, wherein the docking bays are spaced from one another along a lengthwise direction of the video game controller charging system, and wherein the docking bays are symmetric about a midplane extending in the lengthwise direction.

**8**. A video game controller charging system for concurrently charging a plurality of video game controllers, each having a female power input receptacle and handle portions at opposite sides of the female power input receptacle, the video game controller charging system comprising:

a base;

a plurality of docking bays supported by the base, each of the docking bays comprising a pair of opposing surfaces and being open on opposite sides between the opposing surfaces, at least one of the opposing surfaces extending continuously from a first end to a second end, each of the docking bays being configured to receive a video game controller of the plurality of video game controllers such that the handle portions of the video game controller project outwardly from the open sides;

a single power input interface spaced apart from the plurality of docking bays; and

a plurality of male DC ports electrically coupled to the single power input interface, each of the DC ports being disposed between the opposing surfaces of a docking bay of the plurality of docking bays and protruding in a direction substantially parallel to at least a portion of the continuous opposing surface of the docking bay, the first end of the at least one continuous opposing surface being spaced from the DC port at a first side of the DC port, and the second end being spaced from the DC port at a second side of the DC port opposite the first side, each of the DC ports being configured to electrically and mechanically couple to the female power input receptacle of a respective one of the plurality of video game controllers, thereby providing DC power to the female power input receptacle without the use of an external or retractable cable while holding the video game controller within the docking bay.

**9**. The video game controller charging system of claim **8**, wherein each of the DC ports comprises a male mini-USB connector.

**10**. The video game controller charging system of claim **8**, wherein the pair of opposing surfaces is configured to align the video game controller in the docking bay such that the female power input receptacle of the video game controller may be plugged into the male DC port disposed between the opposing surfaces of the docking bay.

**11**. The video game controller charging system of claim **8**, wherein each of the docking bays includes an intermediate surface disposed between the opposing surfaces, the DC port

disposed within the docking bay protruding at a substantially right angle relative to the intermediate surface.

**12**. The video game controller charging system of claim **8**, wherein each of the DC ports includes a pair of substantially parallel DC port surfaces and at least a portion of the DC port surfaces extends in a direction substantially parallel to at least one of the opposing surfaces.

**13**. The video game controller charging system of claim **8**, wherein each of the DC ports is spaced apart from each of the opposing surfaces of the respective docking bay.

**14**. A video game controller charging system for concurrently charging a plurality of video game controllers, each having a female power input receptacle and handle portions at opposite sides of the female power input receptacle, the video game controller charging system comprising:

a base;

a plurality of docking bays supported by the base, each of the docking bays comprising a pair of opposing surfaces and being open on opposite sides between the opposing surfaces, at least one of the opposing surfaces extending continuously from a first end to a second end, each of the docking bays being configured to receive a video game controller of the plurality of video game controllers such that the handle portions of the video game controller project outwardly from the open sides;

a single power input interface spaced apart from the plurality of docking bays; and

a plurality of substantially protruding male DC ports electrically coupled to the single power input interface, each of the DC ports being disposed between the opposing surfaces of a docking bay of the plurality of docking bays, the first end of the at least one continuous opposing surface being spaced from the DC port at a first side of the DC port, and the second end being spaced from the DC port at a second side of the DC port opposite the first side, each of the DC ports being configured to plug into the female power input receptacle of a respective one of the plurality of video game controllers without the use of an external or retractable cable to provide DC power to the female power input receptacle and hold the video game controller in the docking bay.

**15**. The video game controller charging system of claim **14**, wherein each of the DC ports comprises a male mini-USB connector.

**16**. The video game controller charging system of claim **15**, wherein each of the docking bays includes an intermediate surface disposed between the opposing surfaces, the DC port disposed within the docking bay protruding at a substantially right angle relative to the intermediate surface.

**17**. The video game controller charging system of claim **16**, wherein each of the DC ports protrudes from the respective docking bay in a direction substantially parallel to at least one of the opposing surfaces.

**18**. The video game controller charging system of claim **14**, wherein the docking bays are directly supported by the base.

**19**. The video game controller charging system of claim **14**, wherein each of the docking bays has a substantially same size and configuration, and each of the video game controllers has a substantially same size and configuration.

**20**. The video game controller charging system of claim **14**, wherein the docking bays are spaced from one another along a lengthwise direction of the video game controller charging system, and wherein the docking bays are symmetric about a midplane extending in the lengthwise direction.

\* \* \* \* \*

# EXHIBIT E



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

23363          7590          09/11/2013
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

| EXAMINER |
| --- |
| WILLIAMS, ARUN C |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2859 | |

DATE MAILED: 09/11/2013

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 13/769,709 | 02/18/2013 | Amir Navid | 72396/N220 | 6054 |

TITLE OF INVENTION: VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | SMALL | $890 | $0 | $0 | $890 | 12/11/2013 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.   THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.   SEE 35 U.S.C. 151.   THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.   IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (Rev. 02/11)

**Exhibit E**
**Page 96**

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

**Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**

**or Fax** **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 23363 | 7590 | 09/11/2013 |

CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/769,709 | 02/18/2013 | Amir Navid | 72396/N220 | 6054 |

TITLE OF INVENTION: VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $890 | $0 | $0 | $890 | 12/11/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WILLIAMS, ARUN C | 2859 | 320-113000 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

**4a.** The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Page 2 of 4

PTOL-85 (Rev. 02/11)

**5. Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

<u>NOTE:</u> Absent a valid certification of Micro Entity Status (see form PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE:</u> If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE:</u> Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Page 3 of 4

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

**Exhibit E
Page 98**



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/769,709 | 02/18/2013 | Amir Navid | 72396/N220 | 6054 |

23363        7590        09/11/2013
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

| EXAMINER |
|---|
| WILLIAMS, ARUN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

DATE MAILED: 09/11/2013

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| | Application No. 13/769,709 | Applicant(s) NAVID, AMIR | |
|---|---|---|---|
| ***Notice of Allowability*** | Examiner ARUN WILLIAMS | Art Unit 2859 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *response filed 8/14/2013*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-20*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All   b) ☐ Some   *c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/Arun  Williams/
Primary Examiner, Art Unit 2859

**Exhibit E**
**Page 101**

# EXHIBIT F

 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/769,709 | 02/18/2013 | Amir Navid | 72396/N220 | 6054 |

23363          7590          10/25/2013
CHRISTIE, PARKER & HALE, LLP
PO BOX 29001
Glendale, CA 91209-9001

| EXAMINER |
|---|
| WILLIAMS, ARUN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2859 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/25/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

pto@cph.com
pair_cph@firsttofile.com

PTOL-90A (Rev. 04/07)

**Exhibit F**
**Page 102**



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
          P.O. Box 1450
          Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 13/769,709 | 18 February, 2013 | NAVID, AMIR | 72396/N220 |

| | EXAMINER |
|---|---|
| CHRISTIE, PARKER & HALE, LLP PO BOX 29001 Glendale, CA 91209-9001 | ARUN WILLIAMS |

| | ART UNIT | PAPER |
|---|---|---|
| | 2859 | 20131020 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

Attached is consideration of IDS submitted 9/6/2013

/Arun Williams/
Primary Examiner, Art Unit 2859

PTO-90C (Rev.04-03)

**Exhibit F**
**Page 103**

Receipt date: 09/06/2013                                                      13769709 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | **Attorney Docket Number** | 72396/N220 |
| | **Application Number** | 13/769,709 |
| | **Filing Date** | February 18, 2013 |
| | **Inventor(s)** | Amir Navid |
| | **Group Art Unit** | 2859 |
| | **Examiner Name** | Arun C. Williams |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER<br>Number - Kind Code[2] (If Known) | PUBLICATION DATE<br>MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | D511,520 S | 11-15-2005 | Hussaini et al. |
| | | D555,589 S | 11-20-2007 | Hussaini et al. |
| | | 6,522,104 B1 | 02-18-2003 | Drori |
| | | | | |

### FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document<br>Country Code[3] - Number[4] - Kind Code[5]<br>(If Known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or<br>Applicant of Cited Document | T[6]<br>(✔) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | Nyko Technologies, Inc. vs. Energizer Holdings, Inc., Case No. CV12-03001-GAF-VBK, Defendants' First Supplemental Invalidity Contentions, January 24, 2013, 378 pages (4 parts) |
| | | Charge Base PS3: Nyko's 4-port charging dock for SIXAXIS Controllers; QJ.net; January 14, 2007; 5 pages |
| | | Nyko Recharge Docks for PS3 and Wii Controllers; Technabob.com; January 10, 2007; 16 pages |
| | | BLOCK, Gerry; Nyko Wii Charge Station Review; Rechargeable battery packs and cradle for the battery devouring Wiimote; IGN.com; February 13, 2007; 6 pages |
| | | GRANT, Christopher; Nyko's rechargeable PS3 SIXAXIS and Wiimote docking stations; Engadget.com; January 9, 2007; 2 pages |
| | | SILWINSKI, Alexander; Nyko's Wii-chargeable station; January 9, 2007; Joystiq.com; 1 page |
| | | PS3 Friends fear no more!; X-Intelligence Krew; The-xik.blogspot.com; January 15, 2007; 4 pages |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 10/20/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

**ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/**

Sheet 1 of 5

Receipt date: 09/06/2013                                                    13769709 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 72396/N220 |
| **Application Number** | 13/769,709 |
| **Filing Date** | February 18, 2013 |
| **Inventor(s)** | Amir Navid |
| **Group Art Unit** | 2859 |
| **Examiner Name** | Arun C. Williams |

| OTHER DOCUMENTS | | |
|---|---|---|
| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | | KOHLER, Chris; You'll Get a "Charge" Out of These PS3 Products!; Wired.com/gamelife; January 9, 2007; 2 pages |
| | 1 | Complaint for Patent Infringement, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV13-01935, March 18, 2013 (44 pgs.) |
| | 12 | Defendants Answer to Complaint for Patent Infringement and Counterclaims (Demand for Jury Trial), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV13-01935, April 30, 2013 (53 pgs.) |
| | 21 | Nyko Technologies, Inc.'s Answer to Defendants' Counterclaim, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV13-01935, May 24, 2013 (26 pgs.) |
| | 85 | Amended Complaint for Patent Infringement, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), December 14, 2012 (47 pgs.) |
| | 86 | Joint Claim Construction Statement, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), December 17, 2012 (6 pgs.) |
| | 93 | Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC's Answer to Amended Complaint for Patent Infringement and Counterclaim, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), January 2, 2013 (43 pgs.) |
| | 96 | Nyko Technologies, Inc.'s Answer to Eveready Battery Company, Inc.'s Counterclaim and PDP's and Energizer Holdings, Inc.'s Improperly Filed Amended Counterclaim, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), January 16, 2013 (14 pgs.) |
| | 98 | Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 3, 2013 (27 pgs.) |
| | 99 | Declaration of Garry Kitchen in Support of Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 3, 2013 (37 pgs.) |
| | 104 | Defendants' Opening Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 8, 2013 (30 pgs.) |
| | 104-1 | Declaration of Graham M. Buccigross in Support of Defendants' Opening Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 8, 2013 (113 pgs.) |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 10/20/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPE 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.   /AW/

Sheet 2 of 5

Receipt date: 09/06/2013                                                13769709 - GAU: 2859

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B | Attorney Docket Number | 72396/N220 |
|---|---|---|
| **INFORMATION DISCLOSURE** | **Application Number** | 13/769,709 |
| **STATEMENT BY APPLICANT** | **Filing Date** | February 18, 2013 |
| | **Inventor(s)** | Amir Navid |
| (use as many sheets as necessary) | **Group Art Unit** | 2859 |
| | **Examiner Name** | Arun C. Williams |

### OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item [2](book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | 105 | Declaration of Katherine L. Quigley in Support of Plaintiff Nyko Technologies, Inc.'s Opening Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 9, 2013 (268 pgs.) |
| | 106 | Defendants' Responsive Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 15, 2013 (27 pgs.) |
| | 106-1 | Supplemental Declaration of Graham (Gray) M. Buccigross in Support of Defendants' Responsive Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 15, 2013 (98 pgs.) |
| | 107 | Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 15, 2013 (29 pgs.) |
| | 109 | Declaration of Katherine L. Quigley in Support of Plaintiff Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 15, 2013 (167 pgs.) |
| | 110 | Declaration of Garry Kitchen in Support of Plaintiff Nyko Technologies, Inc.'s Rebuttal Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 15, 2013 (38 pgs.) |
| | 111 | Defendants' Notice of Errata Re Responsive Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 16, 2013 (3 pgs.) |
| | 112 | Defendants' Corrected Responsive Claim Construction Brief, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 16, 2013 (32 pgs.) |
| | 114 | Defendants' Objections to Expert Declarations of Garry Kitchen (Dkt. Nos. 99 and 110), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 18, 2013 (21 pgs.) |
| | 114-1 | Declaration of Graham (Gray) M. Buccigross in Support of Defendants' Objections to Expert Declarations of Garry Kitchen (Dkt. Nos. 99 and 110), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 18, 2013 (128 pgs.) |
| | 115 | Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 30, 2013 (24 pgs.) |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 10/20/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

Receipt date: 09/06/2013                                          13769709 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| **Attorney Docket Number** | 72396/N220 |
| **Application Number** | 13/769,709 |
| **Filing Date** | February 18, 2013 |
| **Inventor(s)** | Amir Navid |
| **Group Art Unit** | 2859 |
| **Examiner Name** | Arun C. Williams |

| OTHER DOCUMENTS | | |
|---|---|---|
| **EXAMINER INITIALS** | **Cite No.**[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item [2](book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | 115-1 | Declaration of Katherine L. Quigley in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 30, 2013 (34 pgs.) |
| | 115-2 | Declaration of G. Warren Bleeker in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), April 30, 2013 (35 pgs.) |
| | 116 | Notice of Errata, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 1, 2013 (2 pgs.) |
| | 116-1 | Declaration of Katherine L. Quigley in Support of Nyko Technologies, Inc.'s Response to Defendants' Objections to Expert Declarations of Garry Kitchen, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 1, 2013 (34 pgs.) |
| | 117 | Civil Minutes - General, In Chambers Tentative Claim Construction Ruling, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 8, 2013 (2 pgs.) |
| | 118 | Civil Minutes - General, Claim Construction Hearing, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), May 9, 2013 (1 pg.) |
| | | SIPO Office Action dated June 27, 2012 with English Translation for related Chinese Patent Application No. 200880122521.7 (7 pgs.) |
| | | SIPO Office Action dated April 12, 2013 with English Translation for related Chinese Patent Application No. 200880122521.7 (17 pgs.) |
| | | Expert Report of Garry Kitchen on Infringement of U.S. Patent No. 8,143,848, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 9, 2013 (79 pgs.) |
| | | Defendants' Expert Report of Stephen D. Bristow Regarding Invalidity of U.S. Patent No. 8,143,848 **(Confidential Exhibit E Redacted)** *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 9, 2013 (850 pgs./9 parts) |
| | 122 | Civil Minutes - General, In Chambers Order Re: Claim Construction, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), June 12, 2013 (25 pgs.) |
| | 133 | Defendants' Notice of Motion and Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 29, 2013 (4 pages) |

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 10/20/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AW/

**Exhibit F**
**Page 107**

Receipt date: 09/06/2013                                             13769709 - GAU: 2859

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | | |
|---|---|---|
| | **Attorney Docket Number** | 72396/N220 |
| | **Application Number** | 13/769,709 |
| | **Filing Date** | February 18, 2013 |
| | **Inventor(s)** | Amir Navid |
| | **Group Art Unit** | 2859 |
| | **Examiner Name** | Arun C. Williams |

| OTHER DOCUMENTS | | |
|---|---|---|
| **EXAMINER INITIALS** | **Cite No.[1]** | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | 133-1 | Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 29, 2013 (27 pgs.) |
| | 133-2 | Statement of Undisputed Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 29, 2013 (11 pages) |
| | 133-3 | Declaration of Graham (Gray) Buccigross in Support of Defendants' Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 29, 2013 (377 pgs./4 parts) |
| | 133-42 | Declaration of Stephen D. Bristow in Support of Defendants' Motion for Summary Judgment of Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), August 29, 2013 (21 pgs.) |
| | 135 | Memorandum of Points and Authorities Opposing Defendants' Motion for Summary Judgment of Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 3, 2013 (30 pgs.) |
| | 135-1 | Declaration of Garry Kitchen in Opposition to Defendants' Motion for Summary Judgment of Invalidity (**Confidential Portion of Page 31 Redacted**), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 3, 2013 (63 pgs.) |
| | 135-2 | Declaration of Katherine L. Quigley in Support of Nyko Technologies, Inc.'s Opposition to Defendants' Motion for Summary Judgment, (**Confidential Exhibit Q Redacted**), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 3, 2013 (214 pgs./2 parts) |
| | 136 | Nyko Technologies, Inc.'s Separate Statement of Genuine Disputes of Material Fact, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 3, 2013 (54 pgs.) |
| | 137 | Plaintiff Nyko Technologies, Inc.'s Evidentiary Objections to Defendants' Evidence Submitted in Support of Their Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 3, 2013 (3 pgs.) |

SRD PAS1254517.1-*-09/6/13 1:58 PM

| EXAMINER SIGNATURE | /Arun Williams/ | DATE CONSIDERED | 10/20/2013 |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹Applicant's unique citation designation number (optional). ²See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. ³Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). ⁴For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /AW/

# **EXHIBIT G**

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on November 20, 2013 at or before 11:59 p.m. Pacific Time under the Rules of 37 CFR § 1.8.*

Stacey Dawson

| | | |
|---|---|---|
| Inventor | : Amir Navid | Confirmation No. 6054 |
| Application No. | : 13/769,709 | |
| Filed | : February 18, 2013 | |
| Title | : VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE | |
| | | |
| Grp./Div. | : 2859 | |
| Examiner | : Arun C. Williams | |
| | | |
| Docket No. | : 72396/N220 | |

## INFORMATION DISCLOSURE STATEMENT WITH FEE
## UNDER 37 CFR §§ 1.97(d) AND 1.17(p)

Commissioner for Patents                                   Post Office Box 29001
P.O. Box 1450                                              Glendale, CA 91209-9001
Alexandria, VA 22313-1450                                  November 20, 2013

Commissioner:

In compliance with the duty of disclosure under 37 CFR §§ 1.56, 1.97 and 1.98, and in accordance with the provisions in the Manual of Patent Examining Procedure §§ 609 and 707.05(b), enclosed is FORM PTO/SB/08A/B listing the references that are known to applicant. Copies of each of the listed Other Documents references are enclosed.

It is respectfully requested that the listed references be considered in the examination of this application and identified on the list of references cited on the patent issuing for this application. Applicant also requests that an initialed copy of FORM PTO/SB/08A/B be entered in the application file and returned to applicant with the next communication from the Office in accordance with MPEP § 609.

**Exhibit G**
**Page 109**

**Application No. 13/769,709**

Applicant's undersigned attorney hereby certifies, in accordance with 37 CFR § 1.97(e)(2), that no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in Section 1.56(c) more than three months prior to the filing of the information disclosure statement.

The processing fee of $90.00 as required by 37 CFR § 1.17(p) is submitted herewith. The Commissioner is hereby authorized to charge any fees which may be required by this paper to Deposit Account No. 03-1728.  Please show our docket number with any Deposit Account transaction.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____

Jason C. Martone
Reg. No. 59,469
626/795-9900

JCM/srd
Enclosures:   Form PTO/SB/08A/B, w/references

SRD PAS1269038.1-*-11/20/13 5:06 PM

-2-

**Exhibit G**
**Page 110**

<table>
<tr><td rowspan="2">FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>INFORMATION DISCLOSURE<br><br>STATEMENT BY APPLICANT<br><br>(use as many sheets as necessary)</td><td>Attorney Docket Number</td><td>72396/N220</td></tr>
<tr><td>Application Number</td><td>13/769,709</td></tr>
</table>

| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | | |
|---|---|---|
| Attorney Docket Number | 72396/N220 | |
| Application Number | 13/769,709 | |
| Filing Date | February 18, 2013 | |
| Inventor(s) | Amir Navid | |
| Group Art Unit | 2859 | |
| Examiner Name | Arun C. Williams | |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | PUBLICATION DATE MM-DD-YYYY | NAME OF PATENTEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## OTHER DOCUMENTS

| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
|---|---|---|
| | | Expert Report of Garry Kitchen on the Validity of U.S. Patent No. 8,143,848 (**Confidential Portion Redacted**) *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 13, 2013 (482 pgs./3 parts) |
| | 148 | Defendants' Responses to Plaintiff's Separate Statement of Genuine Disputes of Material Fact, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 10, 2013 (62 pgs.) |

| EXAMINER SIGNATURE | | DATE CONSIDERED | |
|---|---|---|---|
| | | | |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

| FORM PTO/SB/08A/B (10-01)<br>Substitute for PTO-1449A/B<br><br>**INFORMATION DISCLOSURE**<br><br>**STATEMENT BY APPLICANT**<br><br>(use as many sheets as necessary) | Attorney Docket Number | 72396/N220 |
|---|---|---|
| | Application Number | 13/769,709 |
| | Filing Date | February 18, 2013 |
| | Inventor(s) | Amir Navid |
| | Group Art Unit | 2859 |
| | Examiner Name | Arun C. Williams |

| | | **OTHER DOCUMENTS** |
|---|---|---|
| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | 188 | Civil Minutes - General, Motion for Summary Judgment as to Patent Validity filed by Defendants Energizer Holdings Inc, Eveready Battery Company, Inc., Performance Designed Products LLC, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 23, 2013 (1 pg.) |
| | 202 | Notice of Supplemental Authority Re Defendants' Motion for Summary Judgment of Patent Invalidity, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), September 27, 2013 (13 pgs.) |
| | 205 | Civil Minutes - General, Order Re: Defendants' Motion for Summary Judgment, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), October 22, 2013 (23 pgs.) |
| | 208 | Judgment Pursuant to Fed. R. Civ. Proc. 54(b), *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), November 4, 2013 (2 pgs.) |
| | 209 | Report on the Filing or Determination of an Action Regarding Patent or Trademark, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), November 4, 2013 (3 pgs.) |
| | 210 | Notice of Appeal, *Nyko Technologies, Inc. v. Energizer Holdings, Inc. et. al.*, CV12-03001-GAF(VBKx), November 8, 2013 (5 pgs.) |

SRD PAS1268955.1-*-11/20/13 4:59 PM

| EXAMINER SIGNATURE | | DATE CONSIDERED | |
|---|---|---|---|
| EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached. ||||

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/srd

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17461375 |
| **Application Number:** | 13769709 |
| **International Application Number:** | |
| **Confirmation Number:** | 6054 |
| **Title of Invention:** | VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE |
| **First Named Inventor/Applicant Name:** | Amir  Navid |
| **Customer Number:** | 23363 |
| **Filer:** | Jason C. Martone/Stacey Dawson |
| **Filer Authorized By:** | Jason C. Martone |
| **Attorney Docket Number:** | 72396/N220 |
| **Receipt Date:** | 20-NOV-2013 |
| **Filing Date:** | 18-FEB-2013 |
| **Time Stamp:** | 21:14:42 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $90 |
| RAM confirmation Number | 9740 |
| Deposit Account | 031728 |
| Authorized User | CHRISTIE, PARKER & HALE LLP |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 72396SuppIDS.pdf | 94085<br>d70a6f09ce073b18e7d18d7396d0d5c0772cb42b | yes | 4 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | | **End** |
| | Transmittal Letter | | 1 | | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | | 3 | | 4 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 2 | Non Patent Literature | Kitchen1.pdf | 1854767<br>93df3f07671b7c8ae39f096aa456774067bc180b | no | 125 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 3 | Non Patent Literature | Kitchen2.pdf | 1916816<br>8ae111df869353133d34acb8d0fed74b0306f7 | no | 171 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 4 | Non Patent Literature | Kitchen3.pdf | 2547133<br>21cb/91f4174e58776df294e59d00d0e0334ed7 | no | 186 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 5 | Non Patent Literature | 148_RespSepStmt.pdf | 2025769<br>98de8455c6e94bcef2c5e97b66870e679c6d0ab4 | no | 62 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 6 | Non Patent Literature | 188_CivilMinutes.pdf | 17621<br>fe1921e00cc36de44e07f033155f47524e884b48 | no | 1 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 7 | Non Patent Literature | 202_SuppAuthority.pdf | 380393<br>abf33ee8fb935e724e4fa35ef6b902f78d3154ae | no | 13 |
|---|---|---|---|---|---|

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 8 | Non Patent Literature | 205_MSJOrder.pdf | 787085<br>ca3d3f490dec430410f6976cd6ec32fd77311e9 | no | 23 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | Non Patent Literature | 208_Judgment.pdf | 28053<br>715ebb90700173f0fa86911ed3d7251dceffa43 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Non Patent Literature | 209_RepDet.pdf | 74095<br>d6a1fac6ef573b4cf208cb4f3c5c3e14c604eb16 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Non Patent Literature | 210_NtcAppeal.pdf | 92557<br>9f9ede705644149c5b42666a9d44d5e9b30cfb08 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | Fee Worksheet (SB06) | fee-info.pdf | 30217<br>b29d71d281787636Obbacd2aa08B6f9665d9436a | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 9848591 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# EXHIBIT H

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>NYKO TECHNOLOGIES, INC., a foreign corporation,<br><br>            Defendant. | No. _____<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ARISING OUT OF TRADEMARK AND PATENT INFRINGEMENT<br><br>**DEMAND FOR JURY** |

Plaintiff Nintendo of America Inc. ("NOA") alleges as follows:

## I.    NATURE OF ACTION

1.    This is an action for damages and equitable relief, including injunctive relief, arising out of Defendant Nyko Technologies, Inc.'s ("Defendant Nyko's") unlawful use of NOA's intellectual property, including common law trademarks and federally registered trademarks and design patents.  NOA seeks relief based on Defendant Nyko's ongoing offering, distribution and sale of a video game accessory—the Wireless NUNCHUCK—designed to be used with NOA's popular Wii video game console, which uses its own handheld control device—the NUNCHUK controller.  The Wireless NUNCHUCK controller from Nyko is designed to mimic the patented ornamental design elements of Nintendo's NUNCHUK controller and is marketed for sale and sold by Defendant Nyko in a manner that is likely to confuse consumers as to the source or

COMPLAINT (NO. _____ ) – 1

**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Phone:  206.359.8000<br>Fax:  206.359.9000

14372-0065/LEGAL14337137.1

origin of Nyko's Wireless NUNCHUCK controller and as to its affiliation or association with, or

sponsorship or endorsement by, NOA.

## II.    PARTIES

2.    NOA is a Washington corporation with its headquarters and principal place of

business in Redmond, Washington.  NOA is a wholly-owned subsidiary of Nintendo Co., Ltd.

("NCL"), a Japanese company with its headquarters and principal place of business in Kyoto,

Japan.  NOA and NCL (collectively, "Nintendo") are in the business of developing,

manufacturing, and distributing electronic video game hardware, software and accessories.

3.    Upon information and belief, Defendant Nyko is a California corporation with its

headquarters and principal place of business in Los Angeles, California.  Defendant Nyko is in

the business of developing, manufacturing and selling peripherals for computers and other

electronics, including accessories for use with electronic video game systems manufactured by

others.  Defendant Nyko distributes its products throughout the world and utilizes major retailers

in the United States for sale of its products.  Defendant Nyko does business within the Western

District of Washington.

## III.    JURISDICTION AND VENUE

4.    This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331

and 1338(a) arising out of the presence of a federal question under the trademark and patent laws

of the United States.  This Court's subject matter jurisdiction over NOA's patent claims brought

under federal law is exclusive.  This Court also has subject matter jurisdiction pursuant to

28 U.S.C. § 1332 arising out of the parties' diversity of citizenship and the amount in

controversy, which exceeds the sum or value of $75,000.00.  Subject matter jurisdiction also

exists over some of NOA's claims pursuant to 28 U.S.C. §§ 1367 and 1338(b) providing for

supplemental jurisdiction and jurisdiction over related claims of unfair competition.

5.    This Court has personal jurisdiction over the parties based on NOA's residence

within the Western District of Washington, Defendant Nyko's offering the Wireless

COMPLAINT (NO. _____ ) – 2

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

NUNCHUCK controller for sale and selling the Wireless NUNCHUCK controller in the Western District of Washington, and Defendant Nyko's conducting of business within the Western District of Washington.

6.     Venue is appropriate pursuant to 28 U.S.C. § 1391 because the Western District of Washington is the federal judicial district where NOA resides and where Defendant Nyko does business and is therefore subject to personal jurisdiction.

## IV.     FACTS

7.     Nintendo develops, manufactures, markets and distributes electronic video game hardware, software and accessories.  Nintendo invests substantial resources in its research and development prior to bringing its products to market.  Over the years, Nintendo has created and sold numerous high quality video game products, including high quality hardware units designed for the consumer to play video games.  Nintendo also has invented and perfected numerous technological improvements to enhance the consumer's video game experience, including improved sound, distinctive names and ornamental designs, improved user interface, improved graphics and faster speed.  In 2007 alone, Nintendo spent millions of dollars for research and development to refine and improve the quality, sophistication, appearance and playability of its video game products.

8.     The popularity and success of Nintendo's products have created enormous name recognition for the brand and also for various trademarks used by Nintendo, such as NINTENDO, DONKEY KONG, POKEMON, GAMEBOY, Wii and NUNCHUK.

9.     The popularity and success of Nintendo's products also has created enormous consumer recognition for the physical appearance and ornamental design of its products.

10.     Nintendo's success has spawned efforts by other entities to design, fabricate and distribute items that replicate Nintendo's own products by function and appearance, either by outright counterfeiting of Nintendo's hardware and software or by otherwise infringing Nintendo's intellectual property rights.

COMPLAINT (NO. _____ ) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

11.     Nintendo is the owner, exclusive licensee, or assignee of numerous patents, registered trademarks and copyrights that protect its rights.  Nintendo also owns common law rights in numerous trademarks used in connection with its video games and related products.

12.     Nintendo's most recent commercial success is the Wii video game console, first released in the United States in November 2006.  The Wii video game console has enjoyed unprecedented popularity among consumers and record-setting success in the marketplace.  A main feature of the Wii video game console is its innovative gameplay, in which a player can utilize two different handheld controller devices that register the player's motions and replicates them on the television screen—the Wii Remote controller and the NUNCHUK controller.  Nintendo includes one Wii Remote controller and one NUNCHUK controller with the sale of each Wii video game console.

13.     Gameplay featuring handheld controller devices creates an ease of use for the consumer that makes the Wii video game console and the video games that it plays accessible to all, not just to "gamers."  For instance, when playing the video game titled Wii Sports: Tennis on the Wii video game console, the player uses the Wii Remote controller to simulate the use of a tennis racket, and the images on screen project the play action of a tennis match, including the behavior of the racket as it is manipulated in the hands of the player, and the effect on the tennis ball caused by the player's actions.  When playing Wii Sports: Boxing, the player uses the Wii Remote controller and the NUNCHUK controller to simulate movements associated with boxing, including throwing punches and dodging to avoid being hit.  Again, the images on the screen mimic the player's real-life movements.

14.     Nintendo first used the NUNCHUK mark in connection with video game controllers and related products at least as early as November 2006, and Nintendo has used and is using the NUNCHUK mark systematically, continuously and without interruption since that date.  Nintendo owns common law trademark rights in the NUNCHUK mark in connection with this use.  Also, in recognition of Nintendo's exclusive right to use the NUNCHUK mark in

COMPLAINT (NO. _____ ) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

connection with video game controllers and related products, on January 15, 2008, the United

States Patent and Trademark Office registered the NUNCHUK mark on the principal register

(Reg. No. 3,370,921) ("Nintendo NUNCHUK Trademark Registration").  A true and correct

copy of the Nintendo NUNCHUK Trademark Registration is attached hereto as Exhibit A.

15.     The NUNCHUK controller from Nintendo is of novel design, shape, and overall

appearance.  NCL owns U.S. Patent No. D556,201 (issued November 27, 2007) and U.S. Patent

No. D556,760 (issued December 4, 2007), copies of which are attached as Exhibits B and C,

respectively (the "Design Patents") and other related pending design patent applications.  The

Design Patents cover the ornamental shape and appearance of the Nintendo NUNCHUK

controller, and NCL has the exclusive right to exclude others from manufacturing and selling

products utilizing the unique design embodied within the Design Patents.  NOA has an exclusive

license to the Design Patents.

16.     Copies of representative marketing materials used by Nintendo to promote the

sale of its Wii video game console and the NUNCHUK controller are attached as Exhibit D.  The

images of the NUNCHUK controller in the marketing materials conform to the drawings in the

Design Patents and accurately display the unique design, shape and appearance of the

NUNCHUK controller from Nintendo.

17.     Nintendo is presently using and has continuously used the distinctive design,

shape and overall appearance of the NUNCHUK controller since the product first was

introduced.

18.     The Wireless NUNCHUK controller from Nyko infringes Nintendo's patent and

trademark rights with respect to Nintendo's NUNCHUK controller for the Wii video game

console.

19.     First, Defendant Nyko infringes Nintendo's trademark rights in the NUNCHUK

mark, including the Nintendo NUNCHUK Trademark Registration, because Nyko is using a

COMPLAINT (NO. _____ ) – 5

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

confusingly similar mark in connection with a video game accessory that competes directly with Nintendo's NUNCHUK controller.

20.     Defendant Nyko's marketing and sale of its Wireless NUNCHUCK controller infringes Nintendo's trademark rights in the NUNCHUK mark.  The Wireless NUNCHUCK controller from Nyko is variously described on its product packaging as the "Wireless Nunchuck Controller for Nintendo Wii" (both on the front and the back of the packaging) and the "Wireless Nunchuck$_{TM}$" (on the back of the packaging).  While Defendant Nyko recently added the term "Kama" to the front of the packaging for Nyko's Wireless NUNCHUCK, this term does not detract from the confusingly similar uses of the Wireless NUNCHUCK mark and other actions by Defendant Nyko.

21.     The packaging for Nyko's Wireless NUNCHUCK prominently features the Wireless NUNCHUCK mark, to which Nyko expressly claims rights.  The packaging also includes an icon specifying that Nyko's Wireless NUNCHUK controller is "For Wii."  Nyko is also packaging its Wireless NUNCHUCK controller in a blister pack that evokes Nintendo's Wii branding and trade dress, with white, blue and gray coloring, and the product manual included with Nyko's Wireless NUNCHUK controller repeatedly refers to the product as "the Wireless NUNCHUCK" controller.  Copies of Defendant Nyko's marketing materials for its Wireless NUNCHUCK controller are attached as Exhibit E.  Photographs of the NUNCHUK controller from Nintendo and the Wireless NUNCHUCK controller from Nyko, both in their packaging, are attached as Exhibit F.

22.     Second, Defendant Nyko infringes the Design Patents because in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the resemblance is such as to deceive such an observer, inducing the observer to purchase one supposing it to be the other and the similarities between the patented design and the accused product reside in the novel aspects of the patented design.

COMPLAINT (NO. _____ ) – 6

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

23.     Defendant Nyko's offering for sale of the Wireless NUNCHUCK controller also infringes Nintendo's exclusive right to exclude others from utilizing the unique ornamental design of Nintendo's NUNCHUK controller granted in the Design Patents in violation of 35 U.S.C. § 171.  The Nyko marketing materials attached as Exhibit E display a picture of the Wireless NUNCHUCK controller from Nyko.

24.     A side-by-side comparison of Nyko's Wireless NUNCHUCK controller and Nintendo's NUNCHUK controller demonstrates that Nyko's Wireless NUNCHUCK controller wholly appropriates the novel shape, design, overall appearance and even the color and materials used in the Nintendo NUNCHUK controller.  Photographs of both the NUNCHUK controller from Nintendo and the Wireless NUNCHUCK controller from Nyko are attached as Exhibit G.

25.     On information and belief, Nyko's Wireless NUNCHUCK controller has been available for purchase since mid-May 2008.

26.     Before it was available, various retailers in the United States took orders on a pre-release basis for sale of Nyko's Wireless NUNCHUCK controller.  For instance, GameStop, a popular on-line seller of electronic game merchandise, advertised for sale the "Wii Wireless NUNCHUCK" on a pre-release basis.  It was offered for sale on GameStop's "Nintendo Wii" page, a copy of which is attached as Exhibit H.  In fact, Nyko's Wireless NUNCHUCK controller was offered for sale by GameStop on the same page where the genuine NUNCHUK controller from Nintendo was listed for sale, described as the "Wii Nunchuk Controller."

27.     Similarly, the retailer Circuit City also offered Nyko's Wireless NUNCHUCK controller for sale on a pre-release basis, describing it as the "Wireless NUNCHUCK."  The relevant page from Circuit City's website is attached as Exhibit I.  Finally, Amazon.com offered Nyko's Wireless NUNCHUCK controller on its website under the description "Nintendo Wii Wireless NUNCHUCK," and, later, as "Wii Wireless Kama Nunchuk."  The relevant pages from Amazon.com's website are attached as Exhibit J.  The product descriptions on the Amazon.com website indicate that Nyko's Wireless NUNCHUCK controller "provides all the same abilities

COMPLAINT (NO. _____ ) – 7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

and features of the wired version."  On the Amazon.com website, Nyko's Wireless NUNCHUCK

controller was identified as the "Nintendo Wii Wireless NUNCHUK" and as the "Wii Wireless

Kama Nunchuk" without any reference to the fact that it is not, in fact, a genuine Nintendo

product.

28.     Nintendo has never authorized or licensed Defendant Nyko to use its trademarks

or to copy the patented design of Nintendo's NUNCHUK controller for use with the Wii video

game console.

29.     Nintendo does not originate, sponsor, or approve of Defendant Nyko's use of the

NUNCHUCK mark or its use of Nintendo's novel design, shape and overall appearance of

Nintendo's NUNCHUK controller.

<div align="center">

**V.      FIRST CAUSE OF ACTION:**
**TRADEMARK INFRINGEMENT UNDER THE LANHAM ACT**

</div>

30.     Nintendo incorporates by reference paragraphs 1-29, above.

31.     Nintendo owns the Nintendo NUNCHUK Registration.  This registration is in full

force and effect and is legally enforceable.  Nintendo also owns common law rights in the

NUNCHUK mark.

32.     Defendant Nyko's actions in marketing the Wireless NUNCHUCK controller for

Nintendo's Wii video game console constitutes the use in interstate commerce of a false

designation of origin, false or misleading description of fact, or false or misleading

representation of fact that is likely to cause confusion or mistake, or to deceive as to the

affiliation, connection, or association of its goods and services with Nintendo, or as to the origin,

sponsorship, or approval of the goods provided by Defendant Nyko, all in violation of Section

43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

33.     Defendant Nyko's actions also constitute the use in interstate commerce of a

reproduction, counterfeit, copy, or colorable imitation of a registered trademark of Nintendo in

connection the sale, offering for sale, distribution, or advertising of goods or services on or in

COMPLAINT (NO. _____ ) – 8

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

connection with which such use is likely to cause confusion or mistake, or to deceive, in

violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

34.     Defendant Nyko knew or should have known of Nintendo's exclusive rights in the

NUNCHUK mark, and Nyko's false designation of origin has been knowing, willful and

deliberate, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

35.     Nintendo has been, and continues to be, damaged by Defendant Nyko's acts in a

manner that cannot be fully measured or compensated in economic terms.  Nintendo has no

adequate remedy at law.  Defendant Nyko's acts have damaged, and threaten to continue to

damage, Nintendo's reputation and goodwill.

36.     Defendant Nyko's trademark infringement will continue unless enjoined by this

Court.

## VI.     SECOND CAUSE OF ACTION:
## COMMON LAW TRADEMARK INFRINGEMENT

37.     Nintendo realleges and incorporates by reference paragraphs 1-36, above.

38.     Through its systematic, continuous and uninterrupted use of the NUNCHUK

trademark, Nintendo owns common law trademark rights in this trademark.

39.     Defendant Nyko's use of the mark in connection with its Wireless NUNCHUCK

controller is likely to confuse a significant number of customers into believing that Defendant

Nyko's Wireless NUNCHUCK controller is sponsored by or is otherwise associated with

Nintendo, or that the parties' respective competing products come from a common source.

40.     Defendant Nyko knew or should have known of Nintendo's exclusive rights in the

trademark and has knowingly, willfully and deliberately used the trademark in violation of

Nintendo's rights.

41.     Defendant Nyko's use of the trademark constitutes trademark infringement under

the common law of the State of Washington.

COMPLAINT (NO. _____ ) – 9

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

42.     Nintendo has been, and continues to be, damaged by Defendant Nyko's acts in a manner that cannot be fully measured or compensated in economic terms.  Nintendo has no adequate remedy at law.

43.     Defendant Nyko's acts have damaged, and threaten to continue to damage, Nintendo's reputation and goodwill.

44.     Defendant Nyko's trademark infringement will continue unless enjoined by this Court.

## VII.    THIRD CAUSE OF ACTION:
## DESIGN PATENT INFRINGEMENT

45.     Nintendo realleges and incorporates by reference paragraphs 1-29, above.

46.     The unique ornamental design of Nintendo's NUNCHUK controller for electronic video games is described and claimed in the Design Patents, which are valid and enforceable.

47.     Nintendo is the exclusive licensee [quote from the license agreement Perkins is preparing] and owns all substantial rights in the Design Patents, including the right to bring suit for their infringement.

48.     Defendant Nyko infringes the Design Patents because in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the resemblance is such as to deceive such an observer, inducing the observer to purchase one supposing it to be the other and the similarities between the patented design and the accused product reside in the novel aspects of the patented design.  Such infringement is in violation of 35 U.S.C. § 171.

49.     Defendant Nyko knew or should have known of Nintendo's exclusive right to exclude the manufacturing or sale of an electronic game controller that is covered by the claims of the Design Patents, and Defendant Nyko's infringement has been knowing, willful and deliberate, entitling Nintendo to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

COMPLAINT (NO. _____ ) – 10

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

50.     Nintendo has been, and continues to be, damaged by Defendant Nyko's acts in a manner that cannot be fully measured or compensated in economic terms.  Nintendo has no adequate remedy at law.

51.     Defendant Nyko's patent infringement will continue unless enjoined by this Court.

52.     Defendant Nyko has been unjustly enriched by its infringing activities, to the detriment of Nintendo.

53.     Each of Defendant Nyko's acts of infringement has caused damage to Nintendo, and Nintendo is entitled to recover the damages sustained by Nintendo as a result of Defendant Nyko's wrongful acts in an amount that will be proven at trial.  Nintendo is further entitled to recover Defendant Nyko's total profit resulting from Defendant Nyko's wrongful acts.

## VIII.   FOURTH CAUSE OF ACTION: UNFAIR BUSINESS PRACTICES

54.     Nintendo realleges and incorporates by reference paragraphs 1-53, above.

55.     The foregoing acts of Defendant Nyko constitute unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of RCW 19.86.020.

56.     Defendant Nyko's conduct affects and is contrary to the public interest, tends to mislead a substantial portion of the public, and has injured and, unless enjoined, will continue to injure Nintendo's business and property in the State of Washington.

57.     Nintendo has been and will continue to be damaged, and Defendant Nyko has been unjustly enriched, by such acts in an amount to be proved at trial.

## IX.     JURY DEMAND

Nintendo demands a trial by jury of all issues so triable.

## X.      PRAYER FOR RELIEF

Nintendo seeks the following relief:

COMPLAINT (NO. _____ ) – 11

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1.     An award of compensatory damages, including consequential and incidental damages, in favor of Nintendo and against Defendant Nyko in an amount to be proved at trial;

2.     An award of treble damages pursuant to 35 U.S.C. § 284, as well as statutory and punitive damages in favor of Nintendo and against Defendant Nyko as allowed by law;

3.     An award of enhanced damages or lost profits, whichever is proven to be greater, in favor of Nintendo and against Defendant Nyko, pursuant to Washington State common law; 15 U.S.C. § 1117; RCW 19.86.090; and as otherwise provided by law;

4.     An accounting and award to Nintendo and against Defendant Nyko of all Nyko's profits, gains or unjust enrichment in an amount to be proved at trial;

5.     An accounting and inventory of all infringing products in Defendant Nyko's or its agents' possession, custody, or control;

6.     An accounting of all of Defendant Nyko's receipts and disbursements, profit and loss statements and other financial materials, statements and books relating to Defendant Nyko's manufacture, marketing, distribution, and sale of any infringing products;

7.     An award of Nintendo's costs of suit and reasonable attorneys' fees incurred in bringing this action;

8.     An award of prejudgment and post-judgment interest at the maximum rate allowed by law;

9.     A preliminary and permanent injunction enjoining Defendant Nyko and all agents, servants, and employees, and any person or entity in active concert or participation with Defendant Nyko, from further infringing activity;

10.     An order providing for the seizure and impoundment of all infringing products;

11.     An order requiring Defendant Nyko to file with this Court and serve on Nintendo's counsel of record within ten days after issuance of any injunction, a detailed written report, signed under oath by a representative with apparent authority, setting forth the manner and form in which Defendant Nyko has complied with the Court's Orders; and

COMPLAINT (NO. _____ ) – 12

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

14372-0065/LEGAL14337137.1

12.     Such further relief in favor of Nintendo and against Defendant Nyko as the Court deems just and equitable.

DATED:  June 10, 2008

*s/ Harry H. Schneider, Jr.*

Harry H. Schneider, Jr., WSBA No. 9404
HSchneider@perkinscoie.com
Susan D. Fahringer, WSBA No. 21567
SFahringer@perkinscoie.com
William C. Rava, WSBA No. 29948
WRava@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff

COMPLAINT (NO. _____ ) – 13

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

**Exhibit H**
**Page 128**

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,370,921

United States Patent and Trademark Office

Registered Jan. 15, 2008

Corrected

OG Date Apr. 1, 2008

## TRADEMARK
## PRINCIPAL REGISTER

# NUNCHUK

NINTENDO OF AMERICA INC. (WA-
   SHINGTON CORPORATION)
4820 150TH AVENUE NE
REDMOND, WA 98052

THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

FOR: COMPUTER GAME CONTROL-
LERS; ELECTRONIC GAME CONTROL-
LERS; VIDEO GAME CONTROLLERS
AND JOYSTICKS FOR VIDEO GAME
MACHINES, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 11-19-2006; IN COMMERCE
11-19-2006.

SER. NO. 78-973,948, FILED 9-13-2006.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 1, 2008.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

# EXHIBIT B



US00D556201S

(12) **United States Design Patent**
Ashida et al.

(10) Patent No.: **US D556,201 S**
(45) Date of Patent: ** Nov. 27, 2007

(54) **CONTROLLER FOR ELECTRONIC GAME MACHINE**

(75) Inventors: Kenichiro Ashida, Kyoto (JP); Masato Ibuki, Kyoto (JP); Shinji Yamamoto, Kyoto (JP); Hirokazu Matsui, Kyoto (JP); Akiko Saga, Kyoto (JP)

(73) Assignee: Nintendo Co., Ltd., Kyoto (JP)

(**) Term: 14 Years

(21) Appl. No.: 29/271,580

(22) Filed: Jan. 23, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 29/253,817, filed on Feb. 14, 2006.

(30) **Foreign Application Priority Data**

Aug. 17, 2005 (JP) ............................. 2005-23852
Aug. 17, 2005 (JP) ............................. 2005-23854

(51) LOC (8) Cl. ........................................ 14-02
(52) U.S. Cl. ........................... D14/412; D21/333
(58) Field of Classification Search ............... D14/217, D14/218, 356, 388, 399, 400, 401, 412–416, D14/432, 496, 454–457; D21/324, 332, D21/333; 463/1, 30, 36–38, 46, 47; 273/148 B, 273/148 R; 345/156–161, 905
See application file for complete search history.

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,739,128 A | 4/1988 | Grisham | |
| 4,994,795 A | 2/1991 | MacKenzie | |
| D325,225 S | 4/1992 | Adhia | |
| D328,463 S * | 8/1992 | King et al. | D14/218 |
| D331,058 S * | 11/1992 | Menke | D14/218 |
| 5,178,477 A | 1/1993 | Gambaro | |
| 5,296,871 A | 3/1994 | Paley | |

| | | | |
|---|---|---|---|
| 5,332,322 A | 7/1994 | Gambaro | |
| D350,782 S | 9/1994 | Barr | |
| D351,430 S | 10/1994 | Barr | |
| D360,903 S | 8/1995 | Barr et al. | |
| 5,506,605 A * | 4/1996 | Paley | 345/163 |

(Continued)

**FOREIGN PATENT DOCUMENTS**

GB        2 244 546 A        5/1990

**OTHER PUBLICATIONS**

Electro-Plankton Weblog, http://www.transira.com/weblog/2005/09/, "This is Revolution, Nintendo Style", Sep. 15, 2005, 2pgs.*

(Continued)

*Primary Examiner*—Mitchell Seigel
*Assistant Examiner*—Keli' L. Acker
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye, PC

(57) **CLAIM**

The ornamental design for a controller for electronic game machine, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, bottom and right perspective view of a controller for electronic game machine showing a first embodiment of our new design;

FIG. 2 is a rear, top and left perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a right side view thereof, a left side view being a mirror image thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

The broken lines in the figures are for illustrative purposes only and form no part of the claimed design.

1 Claim, 3 Drawing Sheets




Exhibit H
Page 132

**US D556,201 S**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,512,892 | A | 4/1996 | Corballis et al. |
| 5,528,265 | A | 6/1996 | Harrison |
| 5,563,628 | A | 10/1996 | Stroop |
| D375,326 | S | 11/1996 | Yokoi et al. |
| D376,826 | S | 12/1996 | Ashida |
| D397,162 | S | 8/1998 | Yokoi et al. |
| D405,071 | S | 2/1999 | Gambaro |
| D406,410 | S | 4/2002 | Ashida |
| D456,854 | S | 5/2002 | Ashida |
| D459,727 | S | 7/2002 | Ashida |
| D462,683 | S | 9/2002 | Ashida |
| 6,518,952 | B1 * | 2/2003 | Leiper ....................... 345/156 |
| 6,816,151 | B2 * | 11/2004 | Dellinger ................... 345/167 |
| 6,850,221 | B1 | 2/2005 | Tickle |
| D505,424 | S | 5/2005 | Ashida et al. |
| 2007/0049374 | A1 * | 3/2007 | Ikeda et al. .................. 463/30 |
| 2007/0072680 | A1 * | 3/2007 | Ikeda ........................ 463/43 |

### OTHER PUBLICATIONS

CNet News.com, http://news.com/2300-1043_-6070295-2.html?tag=ne.gall.pg, "Nintendo Wii Swings into Action", May 25, 2006, jpg.*

Kennedy, P.J., "Hand-Held Data input Device," *IBM Technical Disclosure Bulletin*, vol. 26, No. 11, Apr. 1984, pp. 5826-5827.

"Controllers-Atari Space Age Joystick," *AtariAge: Have You Played Atari Today?*www.atariage.com/controller_page.html?SystemID=2600&ControllerID=12.

"Controllers-Booster Grip," *AtariAge: Have You Played Atari Today?*www.atariage.com/controller_page.html?SystemID=2600&ControllerID=18.

"Coleco Vision: Super Action™ Controller Set,"www.vintagecomputing.com/wp-content/images/retroscan/coleco_sac_1_large.jpg.

* cited by examiner

**U.S. Patent**      Nov. 27, 2007      Sheet 1 of 3      US D556,201 S

FIG. 1



FIG. 2



**U.S. Patent**      Nov. 27, 2007      Sheet 2 of 3          US D556,201 S

FIG. 3



FIG. 4



**U.S. Patent**    Nov. 27, 2007    Sheet 3 of 3    **US D556,201 S**

**FIG. 5**



**FIG. 6**                    **FIG. 7**

    



29/271580

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of

ASHIDA et al.                                    Atty. Ref.:      723-2021

Patent No. D556,201

Issued:  November 27, 2007

For:  CONTROLLER FOR ELECTRONIC GAME MACHINE

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Certificate
FEB 2 1 2008
of Correction

February 19, 2008

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

### REQUEST FOR A CERTIFICATE OF CORRECTION

The patentee in the above-identified patent hereby requests that the Patent and

Trademark Office issue an official Certificate of Correction pursuant to 37 C.F.R. § 1.322

for the following error made by the Patent Office.

The drawings that were printed in the patent are incorrect.  In this regard,

Applicants attach a copy of a Preliminary Amendment, filed January 23, 2007, which

includes a copy of Replacement Sheets for Figures 1-7; and a copy of a Rule 312

Amendment filed August 17, 2007, which includes further modified replacement Sheets

for Figures 3-7.  Therefore, please replace the currently printed figures with the approved

Replacement Sheets 1-7, attached hereto.

Since the error arose on the part of the Patent and Trademark Office, no fee is

believed necessary for securing issuance of the Certificate.

RECEIVED-USPTO
Patent Publication

FEB 2 2 2008

ASHIDA et al.
**Patent No. D556,201**

The Commissioner is hereby authorized to charge any <u>deficiency</u> in the fee(s)

filed, or asserted to be filed, or which should have been filed herewith (or with any paper

hereafter filed in this application by this firm) to our **Account No. 14-1140**. A <u>duplicate</u>

copy of this sheet is attached.

Respectfully submitted,

**NIXON & VANDERHYE P.C.**

By: _____

Michael J. Keenan
Reg. No. 32,106

MJK:rrr
901 North Glebe Road, 11th Floor
Arlington, VA 22203-1808
Telephone: (703) 816-4000
Facsimile:  (703) 816-4100

RECEIVED-USPTO
Plant Publication

FEB 2 2 2008

- 2 -

#1301714 v1 - 723-2021 RequestForCOC

'Staple
Here
Only!

## UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.     : D556,201
DATED          : November 27, 2007
INVENTOR(S)   : ASHIDA et al.

It is certified that error appears in the above-identified patent and that said letters patent is hereby corrected as shown below:

In the drawings, please replace the currently printed drawings with Replacement Sheets 1-7, attached hereto.

MAILING ADDRESS OF SENDER:

Michael J. Keenan
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22201

Form PTO 1050 (Rev. 2-93)

PATENT NO.    D556,201
RECEIVED
Patent P...
No. of add'l
@ 50¢ per page

FEB 2 2 2008

Staple
Here
Only!

# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE OF CORRECTION

PATENT NO.      : D556,201
DATED           : November 27, 2007
INVENTOR(S)     : ASHIDA et al.

It is certified that error appears in the above-identified patent and that said letters patent is hereby corrected as shown below:

In the drawings, please replace the currently printed drawings with Replacement Sheets 1-7, attached hereto.

---

MAILING ADDRESS OF SENDER:

Michael J. Keenan
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22201

Form PTO 1050 (Rev. 2-93)

PATENT NO.      D556,201

RECEIVED-USPTO                No. of addl
Plant Publication           @ 50¢ per page

FEB 2 2 2008



Appl. No. To Be Assigned
Atty. Dkt.: 723-2021
REPLACEMENT SHEET
NIXON & VANDERHYE. P.C.

FIG. 1



FIG. 2



Appl. No.: ____ .580
Atty. Dkt.: 723-2021
Amdt. dated August 17, 2007
REPLACEMENT SHEET

FIG. 3

FIG. 4





RECEIVED-USPTO
Patent Publication

FEB 2 2 2008

Atty. Dkt.: 723-2021
Amdt. dated August 17, 2007
REPLACEMENT SHEET

FIG. 5



FIG. 6



FIG. 7



RECEIVED-USPTO
Patent Publication

FEB 2 2 2008

# EXHIBIT C



US00D556760S

(12) **United States Design Patent**
Ashida et al.

(10) Patent No.: **US D556,760 S**
(45) Date of Patent: ∗∗ **Dec. 4, 2007**

(54) **CONTROLLER FOR ELECTRONIC GAME MACHINE**

(75) Inventors: Kenichiro Ashida, Kyoto (JP); Masato Ikuki, Kyoto (JP); Shinji Yamamoto, Kyoto (JP); Hirokazu Matsui, Kyoto (JP); Akiko Suga, Kyoto (JP)

(73) Assignee: Nintendo Co., Ltd., Kyoto (JP)

(∗∗) Term: 14 Years

(21) Appl. No.: 29/253,817

(22) Filed: Feb. 14, 2006

(30) **Foreign Application Priority Data**

Aug. 17, 2005 (JP) .................... 2005-023852
Aug. 17, 2005 (JP) .................... 2005-023854

(51) LOC (8) Cl. ............................... 14-02
(52) U.S. Cl. .................... D14/412; D21/333
(58) Field of Classification Search ......... D14/217, D14/218, 356, 388, 399, 400, 401, 412–416, D14/432, 496, 454–457; D21/324, 332, D21/333; 463/1, 30, 36–38, 46, 47; 273/148 B, 273/148 R; 345/156–161, 905

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D220,268 S | ∗ | 3/1971 | Kliewer | ............. D14/496 |
| 4,739,128 A | | 4/1988 | Grisham | |
| 4,994,795 A | | 2/1991 | MacKenzie | |
| D325,225 S | | 4/1992 | Ashida | |
| D328,463 S | ∗ | 8/1992 | King et al. | ............. D14/218 |
| D331,058 S | ∗ | 11/1992 | Morales | ............. D14/218 |
| 5,178,477 A | | 1/1993 | Gambaro | |
| 5,295,871 A | | 3/1994 | Paley | |
| 5,332,322 A | | 7/1994 | Gambaro | |
| D350,782 S | | 9/1994 | Barr | |
| D351,430 S | | 10/1994 | Barr | |
| D360,903 S | | 8/1995 | Barr et al. | |
| 5,506,605 A | ∗ | 4/1996 | Paley | ............. 345/163 |
| 5,512,892 A | | 4/1996 | Corlalis et al. | |
| 5,528,265 A | | 6/1996 | Harrison | |
| 5,563,628 A | | 10/1996 | Stroop | |
| D375,326 S | | 11/1996 | Yokoi et al. | |
| D376,826 S | | 12/1996 | Ashida | |
| D397,162 S | | 8/1998 | Yokoi et al. | |

(Continued)

OTHER PUBLICATIONS

Electro-Plankton Weblog, http://www.tnsism.com/weblog/2005/09, "This is the Revolution, Nintendo Style", Sep. 15, 2005, 2 pgs.∗
CNet News.com, http://news.com.com/2300-1043_3-6070295-2.html?tag=ne.gall.pg, "Nintendo Wii Swings into Action", May 25, 2006, 1 pg.∗

(Continued)

Primary Examiner—Mitchell Siegel
Assistant Examiner—Keli' L. Acker
(74) Attorney, Agent, or Firm—Nixon & Vanderhye, PC

(57) **CLAIM**

The ornamental design for a controller for electronic game machine, as shown and described.

**DESCRIPTION**

FIG. 1 is a front, bottom and right perspective view of a controller for electronic game machine showing a first embodiment of our new design;

FIG. 2 is a rear, top and left perspective view thereof;

FIG. 3 is a front view thereof;

FIG. 4 is a rear view thereof;

FIG. 5 is a right side view thereof, a left side view being a mirror image thereof;

FIG. 6 is top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

1 Claim, 3 Drawing Sheets



**US D556,760 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D405,071 | S | 2/1999 | Gambaro | |
| D456,410 | S | 4/2002 | Ashida | |
| D456,854 | S | 5/2002 | Ashida | |
| D459,727 | S | 7/2002 | Ashida | |
| D462,683 | S | 9/2002 | Ashida | |
| 6,518,952 | B1 * | 2/2003 | Leiper | 345/156 |
| D473,942 | S * | 4/2003 | Motoki et al. | D24/137 |
| 6,816,151 | B2 * | 11/2004 | Dellinger | 345/167 |
| 6,850,221 | B1 | 2/2005 | Tickle | |
| D505,424 | S | 5/2005 | Ashida et al. | |
| D531,585 | S * | 11/2006 | Weissgasser et al. | D13/168 |
| 2007/0049374 | A1 * | 3/2007 | Ikeda et al. | 463/30 |
| 2007/0052177 | A1 * | 3/2007 | Ikeda et al. | 273/317 |
| 2007/0072680 | A1 * | 3/2007 | Ikeda | 463/43 |

## OTHER PUBLICATIONS

Kennedy, P.J., "Hand-Held Data Input Device," *IBM Technical Disclosure Bulletin*, vol. 26, No. 11, Apr. 1984, pp. 5826-5827.

"Controllers-Atari Space Age Joystick," *AtariAge: Have You Played Atari Today?* www.atariage.com/controller_page.html?SystemID=2600& ControllerID=12.

"Controllers-Booster Grip," *AtariAge: Have You Played Atari Today?* www.atariage.com/controller_page.html?SystemID=2600& ControllerID=18.

"Coleco Vision: Super Action™ Controller Set," www.vintage-computing.com/wp-content/images/retroscan/coleco_sac_1_large.jpg.

* cited by examiner

**U.S. Patent**　　　Dec. 4, 2007　　　Sheet 1 of 3　　　**US D556,760 S**

FIG. 1



FIG. 2



**U.S. Patent**    Dec. 4, 2007    Sheet 2 of 3    US D556,760 S

FIG. 3

FIG. 4





FIG. 5



FIG. 6

FIG. 7





# EXHIBIT I



----- Original Message -----
From: ████████████████████
To: Chris Richards<mailto:chris.richards@pdp-usa.com>
Sent: Tuesday, May 08, 2007 12:41 AM
Subject: Dual Charge Station for PS3 controllers

Chris,
Have a quite rendering to show the concept design of the dual charge station for PS3 controllers.
Please comment.

Thanks,
██████

[cid:E4A24055-5242-465D-A6DD-202E35EA38C1][cid:EDD16571-D100-4370-BAD4-1402FD637274]

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY - COMPETITIVE DECISION MAKING                PDP0005352

**Exhibit I**
**Page 150**





2

CONFIDENTIAL - ATTORNEYS' EYES ONLY - COMPETITIVE DECISION MAKING

PDP0005353

**Exhibit I**
**Page 151**

| | |
|---|---|
| **From:** | Chris Richards |
| **To:** | 'Tom Roberts' |
| **Sent:** | 5/7/2007 11:05:11 AM |
| **Subject:** | FW: Dual Charge Station for PS3 controllers |
| **Attachments:** | PS3SC1a copy.jpg; PS3SC1b copy.jpg |

Tom, I'd asked ▉ to work on a more modern simpler cleaner design for the PS2 charge stand then what we had previously come up with; attached is his design,  I really like it so do the PMs – any comments or issues?





  

---

**From:** ▉
**Sent:** Monday, May 07, 2007 9:41 AM
**To:** Chris Richards
**Subject:** Dual Charge Station for PS3 controllers

Chris,
Have a quite rendering to show the concept design of the dual charge station for PS3 controllers. Please comment.

Thanks,



**Exhibit 80**
Roberts
3/26/13
Kae Gernandt, CSR #5342

CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0004183

**Exhibit I**
**Page 152**



CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0004184

**Exhibit I**
**Page 153**



CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0004185

**Exhibit I**
**Page 154**

| From: | Ozhan Karacal |
|---|---|
| To: | 'Tom Roberts'; 'Sebastian Jennings' |
| Sent: | 5/23/2007 9:43:29 AM |
| Subject: | FW: Possible IC for PS3 controller charger |

Nice hit; we'll need to find out leadtimes now; we don't want to be stuck in the back of a queue in case this is the only IC that can make the product ready for Xmas.

We haven't hear from ███ I think.

Tom, shall we share the design with ███

---

**From:** ███████████
**Sent:** Tuesday, May 22, 2007 8:56 PM
**To:** Sebastian Jennings
**Cc:** 'Sarah'; 'Jason.Yuan'; ozhan.karacal@pdp-usa.com
**Subject:** Re: Possible IC for PS3 controller charger

hello Sebastian.
our ic factory they are sell the P3 controller charger to NYKO.we can use the same ic .may be i can make this product to you.

thanks

----- Original Message -----
**From:** Sebastian Jennings
**To** ███████
**Cc:** 'Sarah' ; 'Jason.Yuan' ; ozhan.karacal@pdp-usa.com
**Sent:** Wednesday, May 23, 2007 11:06 AM
**Subject:** Possible IC for PS3 controller charger

Hello ███████

Would you happen to know of an IC for charging PS3 controllers? We are working on an AC PS3 controller charger and are trying to find an IC solution for this. Please let me know at your earliest convenience.

Thanks,
Sebastian

**A. Sebastian Jennings**
Product Manager
Ext. 242

Performance Designed Products, Inc.
14144 Ventura Blvd. Suite #200
Sherman Oaks CA 91423
Phone: 323.325.9553   Fax: 323.325.9555
www.pdp.com



PELICAN I SCORE I VG POCKET I HEADBANGER

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PDP0002608

Exhibit I
Page 155

| | |
|---|---|
| **From:** | Ozhan Karacal |
| **To:** | 'Jason Yuan'; 'Sebastian Jennings' |
| **CC:** | 'Tom Roberts'; 'Chris Richards' |
| **Sent:** | 5/24/2007 5:38:57 PM |
| **Subject:** | RE: Possible IC solution for a PS3 Dual Charger Controller station |

Jason, do you think it is the 4X Nyko charger as seen below?



If you can get a sample please send it over to us asap.

We are more interested in the IC solution as we have a design ready. The info from Richard below is misleading; charger will need a custom IC indeed to power up the PS3 controllers externally.

best,

Ozhan

---

**From:** Jason Yuan [mailto:jason.yuan@pdp-asia.com]
**Sent:** Thursday, May 24, 2007 12:48 AM
**To:** 'Sebastian Jennings'
**Cc:** ozhan.karacal@pdp-usa.com; 'Tom Roberts'; 'Chris Richards'
**Subject:** Re: Possible IC solution for a PS3 Dual Charger Controller station

Hi Sebastian,

I already found a sources which make this charger for PS3 wireless controller by AC power, and they can charge 4pcs of controller at the same time, and probably we can get the function samples next week.

Thanks
Jason
————— Original Message —————
From: richard
To: 'Sebastian Jennings' ; 'Casey'
Cc: ozhan.karacal@pdp-usa.com ; 'Tom Roberts' ; 'Jason.Yuan' ; 'Chris Richards'
Sent: Thursday, May 24, 2007 11:43 AM
Subject: RE: Possible IC solution for a PS3 Dual Charger Controller station

Hi Sebastian:

Sony's gamepad is charged by USB cable, so the pad's inside should already has a charge IC. For this theory,we still not do any test for it. So, I just can give you the advise " No need to add a extra charge IC", you have to test the gamepad to verify if I am correct or wrong.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0002598

**Exhibit I**
**Page 156**

Richard

---

**From:** Sebastian Jennings [mailto:sebastian.jennings@pdp-usa.com]
**Sent:** Thursday, May 24, 2007 9:08 AM
**To:** 'Casey'; 'richard'
**Cc:** ozhan.karacal@pdp-usa.com; 'Tom Roberts'; 'Jason.Yuan'
**Subject:** RE: Possible IC solution for a PS3 Dual Charger Controller station


Hello Richard,

Can you please respond to the below email when best convenient for you?

Thanks,
Sebastian

---

**From:** Sebastian Jennings [mailto:sebastian.jennings@pdp-usa.com]
**Sent:** Tuesday, May 22, 2007 7:37 PM
**To:** 'Casey'; 'richard'
**Cc:** 'ozhan.karacal@pdp-usa.com'; 'Tom Roberts'; 'Jason.Yuan'
**Subject:** Possible IC solution for a PS3 Dual Charger Controller station


Hello Richard,

We are currently working on a PS3 dual charging controller stand (please see attached). We are aware that the charge station needs an IC in order to think that it is connected to a PS3 in order to charge (Please confirm that this is correct).

Are you aware of a current PS3 controller charging IC? Could you help us? If possible, is there a way you could come up with an IC for this dual charger that makes the connection think that it is hooked into a PS3 for charging? Please let me know what you think.

Many thanks,
Sebastian


## A. Sebastian Jennings

Product Manager
Ext. 242

Performance Designed Products, Inc.
14144 Ventura Blvd. Suite #200
Sherman Oaks CA 91423
Phone: 323.325.9553   Fax: 323.325.9555
www.pdp.com



| From: | ███████ |
|-------|---------|
| To: | Sebastian Jennings; ███████ 'PDP-Jason Yuan' |
| CC: | ozhan.karacal@pdp-usa.com |
| Sent: | 9/24/2007 7:46:15 PM |
| Subject: | Re: Concerning the packaging for the Controller Charger |

Hi Sebastian,
- Okay with clear controller dummies in clamshell packaging for mass production.

- With a short delay we have wait until beginning of Oct to have the cheaper IC for testing. In the meantime, We're testing on a new software without the expensive host IC - in other words we'll use software to trick the PS3 controller. If this works it will be the cheapest solution.

Thanks,
███████

----- Original Message -----
**From:** Sebastian Jennings
**To** ███████ ; 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com
**Sent:** Tuesday, September 25, 2007 7:09 AM
**Subject:** RE: Concerning the packaging for the Controller Charger

Hello ███ ,

A couple of things:

- On the controller blister on the Charge Station, we actually like the clear controller on the charger instead of the black controller. Let's go ahead and stay with the clear controller just like in the sample that you sent.
- Also, what is the progress of the cheaper ICs for the PS3 Charge Station?

Please let me know if you have any questions.

Thanks,
Sebastian

**From:** ███████
**Sent:** Sunday, September 16, 2007 6:14 PM
**To:** Sebastian Jennings; ███████ 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com
**Subject:** Re: Concerning the packaging for the Controller Charger

Hi Sebastian,
I've sent out 2 pre production samples to you, together with a clamshell sample and AC adaptors with correct size plugs.

- Please note that the clear holders are not final plastic, in last minutes we figured out the top portion may touch the controller surface. In the end we've been amending the injection mold to let the mini USB plug sit 0.7mm downward - will send you photos when done.

- Can you please do me a favor with the clamshell packaging: It's already very expensive, turning the product non-profitable with my part. Please be frugal on the insert card I'll be much appreciated. With the attached initial die-line you may start working on the graphics (once confirmed I'll send you a detail die-line drawing).

- The PS3 controller dummy will be in black color for production just like the real one.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PDP0001502

Exhibit I
Page 158

Please confirm me with the clamshell, as well as the product as soon as possible I'll start inject the plastic and making the clamshell mold within days to meet the shipment days.

FedEx tracking number: ██████████

Thanks,

██

----- Original Message -----
**From:** Sebastian Jennings
**To:** ██████████ ; 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com
**Sent:** Thursday, September 13, 2007 8:32 AM
**Subject:** RE: Concerning the packaging for the Controller Charger

Hello ██ ,

Thanks for your quick reply. I look forward to the revised sample and blister packaging.

Yes, please place the M-Code on the position you suggested.

Thanks,
Sebastian

_____

**From:** ██████████
**Sent:** Tuesday, September 11, 2007 6:20 PM
**To:** Sebastian Jennings; ██████ 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com
**Subject:** Re: Concerning the packaging for the Controller Charger

Hi Sebastian,
We're still working on the revised clamshell sample - at peak season the factory only promised me to delivery within this week even I've been pushing them very hard.

Once I have the latest clamshell I'll send it to you together with the dielines reference. Attached is the latest measurement with the clamshell.

I have a latest sample in test, so far so good. But I need to wait for the most updated plastic, with a smaller pelican logo silk screen as well. I hope to send the samples out by the weekend.

As you know we have to put a M-code on each product. What I suggest is put it at the back of the base (see attached). Or any other suggestion you may have?

Thanks,
██
----- Original Message -----
**From:** Sebastian Jennings
**To:** ██████████ ; 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com
**Sent:** Wednesday, September 12, 2007 7:41 AM
**Subject:** RE: Concerning the packaging for the Controller Charger

Hello ██

CONFIDENTIAL – ATTORNEYS' EYES ONLY

I understand that the meeting went well with you and Chris and Oz about the packaging. Has the blister been completed yet? If so, can you please send me the sample of the blister packaging for review? If not, when do you think it will be completed?

Can you also please send us the dielines of the packaging so that we can start on the artwork for this product?

When will I get to see the revised charger so that I may test it?

Please let me know your progress.

Thanks so much,
Sebastian

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, August 28, 2007 7:55 PM
**To:** Sebastian Jennings; ▇▇▇▇▇▇▇ 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com; Chris Richards
**Subject:** Re: Concerning the packaging for the Controller Charger

Hi Sebastian,
Noted. I'll send you blister samples once I got them and keep them for Chris/Oz comments.

Thanks,
▇▇▇

----- Original Message -----
**From:** Sebastian Jennings
**To:** ▇▇▇▇▇▇▇▇▇▇; 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com ; 'Chris Richards'
**Sent:** Wednesday, August 29, 2007 10:26 AM
**Subject:** RE: Concerning the packaging for the Controller Charger

Hello ▇▇▇

Well it sounds like the blister sample and the second sample of the controller charger will be ready within a few days, is that correct? What we would like to do is this:

  - When the Charger is done, send it over to me so that I may test it and report any issues.
  - When the blister is done, keep it with you so Chris and Oz can see it and comment on it when they visit you in China next week but send me the dyeline of the blister so that we can start on the packaging art.

Please let me know if this is ok with you.

Thanks,
Sebastian

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, August 28, 2007 9:04 AM
**To:** Sebastian Jennings; ▇▇▇▇▇▇▇ 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com; Chris Richards
**Subject:** Re: Concerning the packaging for the Controller Charger

Hi Sebastian,
Please check below marked in black.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0001504

Exhibit I
Page 160

Thanks,
█████

----- Original Message -----
**From:** Sebastian Jennings
**To:** ██████████ █ 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com ; 'Chris Richards'
**Sent:** Tuesday, August 28, 2007 8:26 AM
**Subject:** RE: Concerning the packaging for the Controller Charger

Hello ████

Attached are 4 pics of the Nyko charger packaging. This what design 1 was trying to mimic. Please let me know if this is possible. - At first glance our product layout is much different from the Nyko one...... let me check with the factory tomorrow.

Design 2 doesn't sound too large but I'll have a better idea of that once I see the samples. Can you please give me an estimated time of when I will get these samples? We are in a time sensitive situation so please fasttrack this. - I hope the samples will be ready within days. I know the schedule is very tight I've already received 25k orders........

Also, when can I expect the sample adjustment for the charger? This is what needs to be adjusted:
 - Fixing the bugs on the 2 docks (PS3 turning on when disconnected, controllers not charging when synched) - Yes, most likely the 2 ports will be the same as the USB ports.
 - Adjusting the power cable on the back so that it doesn't flicker power when twisting - We've found the plugs of the AC adaptors are not with the size we ordered that cost the problem. We'll order the correct size plugs with the goods.
 - Reversing the USB ports since they are upside-down right now - Done
 - Changing the fully charged LED from blue to green -Yes
 - Clear holders for the docks (for production model) - Done
 - Black PCBs for the docks (for production model) -Yes
 - The current texture found on the cases is only EDM texture. We'll apply the same texture as the PS3 controller after tooling amendment. (for production model) - Done, you can check with it with the next branch of samples (hopefully can send them out this week)
 - Will polish the chrome trimming further and fit with the casing as well. (for production model) - Polishing, fitting already made. I checked it's good.

Please let me know your progress.

Many thanks,
Sebastian


---

**From:** █████████████████████
**Sent:** Friday, August 24, 2007 6:17 PM
**To:** Sebastian Jennings; Elain Gao; 'PDP-Jason Yuan'
**Cc:** ozhan.karacal@pdp-usa.com; Chris Richards
**Subject:** Re: Concerning the packaging for the Controller Charger

Hi Sebastian,
As I checked with the factory:

Design 1 has undercut in molding process along the middle portion, looks like it's impossible for mass production. Do you know if any existing blister design has similar shape as I can use it as reference? The factory suggests a more conventional approach with blister sheet folded in cylindrical shape.

Design 2 has a very steep vacuum forming shape that the top material will be very thin after the process. We'll test it to see how it looks. With the current shape the foot print is in 260mm x 195mm. Do you think it's too large for a packaging?

We'll vacuum form the fake controller as well.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    PDP0001505

**Exhibit I**
**Page 161**

Will keep you updated next week.

Thanks,
███

----- Original Message -----
From: Sebastian Jennings
To: ██████ 'Elain Gao' ; 'PDP-Jason Yuan'
Cc: ozhan.karacal@pdp-usa.com ; 'Chris Richards'
Sent: Thursday, August 23, 2007 8:53 AM
Subject: Concerning the packaging for the Controller Charger

Hello ███

Here are the designs that we would like to see for the controller charger. These are TWO different types. Could you please make us a sample of both of these blisters and send them to us? Please note a few details for the packaging:

- The controller charger is presented at a sideways angle
- We would like a fake controller on the top charger to show the consumer how the controllers rest on the charger
- Try to make the packaging as small and fitting as possible while still maintaining the design

Can you please give me an estimated date and cost per for these blisters?

Let me know if you have any questions about the packaging.

Thanks,
Sebastian


**A. Sebastian Jennings**
Product Manager
Ext. 242

Performance Designed Products LLC
14144 Ventura Blvd. Suite #200
Sherman Oaks CA 91423
Phone: 323.325.9553   Fax: 323.325.9555
www.pdp.com



CONFIDENTIAL - ATTORNEYS' EYES ONLY

PDP0001506

Exhibit I
Page 162

| | |
|---|---|
| From: | ██████████ |
| To: | Sebastian Jennings |
| Sent: | 5/29/2007 11:34:51 PM |
| Subject: | Re: Possible production of a PS3 Dual Controller Charger |

hellosebastian,
you should got the sample of the test board.
please test it and send your 3d drawing to me for tioling.
thanks
██████

----- Original Message -----
From: Sebastian Jennings
To: ██████
Cc: 'Sarah' ; 'Ozhan Karacal' ; 'Lisa Macmillan' ; 'Tom Roberts'
Sent: Saturday, May 26, 2007 7:54 AM
Subject: RE: Possible production of a PS3 Dual Controller Charger

Hello ██████

I am just checking to see if you received this request to send over the test board for evaluation? Please let me know when it is sent.

Thanks,
Sebastian

From: Sebastian Jennings [mailto:sebastian.jennings@pdp-usa.com]
Sent: Thursday, May 24, 2007 6:12 PM
To: ██████
Cc: 'Sarah'; 'Ozhan Karacal'; 'Lisa Macmillan'; 'Tom Roberts'
Subject: RE: Possible production of a PS3 Dual Controller Charger

Hello ██████

Yes, please send us the test board for evaluation. Please send me the tracking number once it is sent.

Thanks,
Sebastian

From: ██████████
Sent: Thursday, May 24, 2007 1:40 AM
To: Sebastian Jennings; ccl_simon
Cc: 'Sarah'; 'Ozhan Karacal'; 'Lisa Macmillan'; 'Tom Roberts'
Subject: Re:Possible production of a PS3 Dual Controller Charger

hello Sebastian,
we have talk to the ic factory (who made the ic for NYKO)he told em the leadtime for the ic was 2 week.
and i have a test board in hand and if you want the test board i can send to you to-night.
1--the cost for 2 ic was aroung us$ ██
2-pcb and components was aroung us$ ██
3-plastic case was aroung us$ ██
4-a/c adapter 1000ma 5v with U/L approval cost was aroung us$ ██.
thanks
██████

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PDP0002582

**Exhibit I**
**Page 163**

在2007-05-24, "Sebastian Jennings" <sebastian.jennings@pdp-usa.com> 写道：

Hello ▇▇▇

PLEASE KEEP THIS INFORMATION CONFIDENTIAL

We are interested in making a dual charging controller stand for the PS3. The attached pictures are the design that we have. We will send you 3D files shortly. Here are the features that we would want for the charger:

- o   2X charging (so the IC should accommodate)
- o   LED indicator map (red charging – green charged) / updated location
- o   Rubberized clamps
- o   Detachable base
- o   AC adapter included (2.5 meters cord length)
- o   Metal (chrome) trim to match the PS3
- o   Rubber feet on the base

Could you please give me a quote on this product? (Our target cost would like to me USD$▇▇▇ with the AC adapter included. Can this be met?)

Our initial PO estimate would be 20K (that would need to be shipped by the end of August with 60K to follow within 2008).

**Could you please answer a couple questions:**

- The charging IC solution that you have, what is the leadtime / MOQ for the iC? Would you be able to have 20K ICs ready for the chargers in order for us to ship the chargers by the end of August?

- How many chips can the factory deliver between now and when your tooling is complete?

- Are there any others who make the same IC in China, or is this factory the solo solution right now?

Please let me know if you have any questions concerning this project.


Many thanks,
Sebastian


**A. Sebastian Jennings**
Product Manager
Ext. 242

Performance Designed Products, Inc.
14144 Ventura Blvd. Suite #200
Sherman Oaks CA 91423
Phone: 323.325.9553   Fax: 323.325.9555
www.pdp.com

百万同时在线，人山人海同玩梦幻西游

CONFIDENTIAL – ATTORNEYS' EYES ONLY                          PDP0002583

Exhibit I
Page 164

# EXHIBIT J

Performance Designed Products Accessories and Controllers for Wii,...                    http://www.pdp.com/

Sign in   New Customer?   Your Account   Help   0 item(s) in My Cart

SHOP BY BRAND   |   SHOP BY PLATFORM   |   SHOP BY CATEGORY          Support     Press/Media     Company

Search   GO





FEATURED PRODUCTS

**Exhibit J**
**Page 165**

Performance Designed Products Accessories and Controllers for Wii,...                                  http://www.pdp.com/

   

EA SPORTS FOOTBALL CLUB OFFICIAL WIRED CONTROLLER FOR XBOX 360
$49.99

BATTLEFIELD 4 OFFICIAL WIRED CONTROLLER FOR XBOX 360
$49.99

AFTERGLOW PRISMATIC WIRELESS HEADSET - WHITE PLUS TRAVEL CASE
$119.99

ZUMILIFE SPORT STARTER PACK FOR IPHONE 5 - BLACK
$39.99

RECENTLY VIEWED



ENERGIZER® POWER & PLAY CHARGING SYSTEM - WORKS WITH PLAYSTATION 3
$29.99

| SHOP BY BRAND | | SHOP BY PLATFORM | | SHOP BY CATEGORY |
|---|---|---|---|---|
| Afterglow | Disney Infinity | Nintendo DS | iPhone | Batteries and Chargers |
| Rock Candy | EA Sports Soccer Club | Nintendo 3DS | iPod | Cables |
| Zumilife | Energizer | PlayStation 3 | Universal | Cases and Storage |
| DC Comics | Marvel | PlayStation Vita | | Controllers |
| Battlefield 4 | NERF | Wii and Wii U | | Headsets and Audio Products |
| Energizer | | XBox 360 | | |

Shipping    Returns    Privacy Policy    Terms & Conditions    Contact Us    About Us

 



Copyright 2013 Performance Designed Products LLC

**Exhibit J**
**Page 166**

Sign in New Customer? Your Account Help 0 item(s) in My Cart

Search GO

SHOP BY BRAND | SHOP BY PLATFORM | SHOP BY CATEGORY Support Press/Media Company

## RECENTLY VIEWED

ENERGIZER® POWER & PLAY CHARGING SYSTEM - WORKS WITH PLAYSTATION 3
$29.99

ENERGIZER® POWER & PLAY CHARGING SYSTEM FOR XBOX 360
$34.99

Image Not Available

## ENERGIZER 2X CHARGING SYSTEM - WORKS WITH PLAYSTATION 4

Platform: **PlayStation 4**

0019

**0**

Availability**Out of Stock**

SHOP SECURE. POWERED BY amazon.com.

PRODUCT DESCRIPTION | PRODUCT SPECIFICATIONS | CUSTOMER REVIEWS

- *Manufactured by:* Performance Designed Products

SHOP BY BRAND
- Afterglow
- Rock Candy
- Zumilife
- DC Comics
- Battlefield 4
- Energizer
- Disney Infinity
- EA Sports Soccer Club
- Energizer
- Marvel
- NERF

SHOP BY PLATFORM
- Nintendo DS
- Nintendo 3DS
- PlayStation 3
- PlayStation Vita
- Wii and Wii U
- XBox 360
- iPhone
- iPod
- Universal

SHOP BY CATEGORY
- Batteries and Chargers
- Cables
- Cases and Storage
- Controllers
- Headsets and Audio Products

Shipping Returns Privacy Policy Terms & Conditions Contact Us About Us

A LYNN TILTON COMPANY

Copyright 2013 Performance Designed Products LLC

# EXHIBIT K







