SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:   858.720.8900
Facsimile:    858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:   714.513.5100
Facsimile:    714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**DECLARATION OF GRAHAM (GRAY) M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' APPLICATION TO TAX COSTS**<br><br>Date:        December 5, 2013<br>Time:       9:30 a.m.<br>Crtrm.:     Telephonic<br><br>[Complaint Filed:  April 5, 2012] |

1  I, Graham (Gray) M. Buccigross, declare as follows.

2  1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

3  2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

4  3. Attached hereto as Exhibit A is a true and correct copy of the slip opinion "Order Re: Plaintiff's Motion to Retax Costs" from *Imaginal Systematic, LLC v. Leggett & Platt, Inc.*, No. CV 10-07416 (C.D. Cal. Jul. 27, 2012).

Executed this 2nd day of December, 2013 at San Diego, California.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Gray M. Buccigross*
GRAHAM (GRAY) M. BUCCIGROSS

Attorney for Energizer Holdings, Inc.,
Eveready Battery Company, Inc., and
Performance Designed Products LLC