SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL N. YANNUZZI IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Date:  December 16, 2013<br>Time: 9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed:  April 5, 2012] |

I, Daniel N. Yannuzzi, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. The bulk of the settlement negotiations were handled by telephone rather than by email. Accordingly, the written record on this topic is unfortunately sparse.

4. Nothing in Mr. Hasan's declaration or the exhibits thereto rebuts my declaration, including my statement that "Throughout settlement discussions, Nyko repeatedly threatened continued, expensive litigation, including an appeal of the Summary Judgment Motion, if they were to lose the motion." (Original Yannuzzi Decl., ¶ 4.)

5. Indeed, throughout settlement discussions, Mr. Hasan used the cost of litigation as sword in settlement negotiations. Although as stated, the written record is sparse, attached as Exhibit A is a true and correct copy of an email I received from Mr. Hasan on March 28, 2013. In this correspondence, Mr. Hasan states that we should enter settlement discussions "promptly…in view of the impending escalation of legal fees and costs." Attached hereto as Exhibit B is a true and correct copy of the attached counter offer.

6. It is true that Mr. Hasan offered to stipulate to a stay should the parties have reached an agreement on key terms. However, this does not support Mr. Hasan's contention that Plaintiff never threatened expensive and continued litigation. Quite the opposite, his agreement to stipulate to a stay if settlement is reached implicitly promises that expensive litigation will continue should Defendants not agree to settle the case.

7. It is a mischaracterization for Mr. Hasan to state that "Settlement negotiations in August centered in significant part around whether Defendants had firm plans to sell a new controller charging system." (Hasan Decl. [Doc. 215-2], ¶ 6.) Moreover, my lack of knowledge of Defendants' product roadmap on this point is irrelevant. I was clear from the beginning that any settlement needed to give Defendants freedom to sell next generation charging systems and end the threat of litigation for good so that Defendants need not expend money in the future to defend against what Defendants believed to be an invalid patent.

Executed this 18th day of November, 2013 at San Diego, California.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Daniel N. Yannuzzi*
       DANIEL N. YANNUZZI

Attorney for Energizer Holdings, Inc., Eveready Battery Company, Inc., and Performance Designed Products LLC