| | |
|---|---|
| **From:** | Art Hasan <Art.Hasan@cph.com> |
| **Sent:** | Thursday, March 28, 2013 4:15 PM |
| **To:** | Daniel Yannuzzi |
| **Subject:** | RE: Email |
| **Attachments:** | RE: NYKO v. PDP et al [Confidential Settlement Communication - Subject to FRE 408] |

Dan,

Please see attached, which is the counter offer I had sent. Of course, I must get approval for any license agreement from our client, as it intends to seek an injunction.

In any event, if your clients are willing to discuss further the possibility of settlement, we should do so promptly for the reasons we discussed in view of the impending escalation of legal fees and costs.

Thanks,

- Art


Art Hasan, Esq. | Christie, Parker & Hale LLP
655 N. Central Ave, Suite 2300
Glendale, CA 91203-1445
Direct Telephone: (626) 683-4542
Facsimile: (626) 577-8800

The information in this communication and any attached documents contain information from the law firm of Christie, Parker & Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.


**From:** Daniel Yannuzzi [mailto:dyannuzzi@sheppardmullin.com]
**Sent:** Thursday, March 28, 2013 11:07 AM
**To:** Art Hasan
**Subject:** Email

Art,

I never did get your email on the counter offer. Please resend. I will confirm receipt. If I don't confirm within 24 hours, we have an email problem.

Thanks,

Daniel N. Yannuzzi
858.720.8924 | direct
858.847.4892 | direct fax
dyannuzzi@sheppardmullin.com | Bio

Exhibit A
Page A--1

**SheppardMullin**
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.