| | |
|---|---|
| **From:** | Art Hasan <Art.Hasan@cph.com> |
| **Sent:** | Monday, March 18, 2013 1:03 PM |
| **To:** | Daniel Yannuzzi |
| **Subject:** | RE: NYKO v. PDP et al [Confidential Settlement Communication - Subject to FRE 408] |

Dear Dan,

Thank you for your recent communication regarding your client's desire to amicably settle this suit. The offer you made is rejected by Nyko at this time, as it is substantially less than the amounts Steve and I had discussed. We acknowledge that Steve never represented the amounts he stated were coming from the client, only what he would recommend to your client.

In any event, Nyko is willing to settle the matter within the next two weeks if PDP/Energizer agrees to pay a lump sum of          for past damages and a reasonable royalty going forward for future sales in the event PDP desires to continue to sell the accused design. This results in a dramatic savings for PDP/Energizer in that Nyko will forego recovery of lost profits, which are far greater. Nyko may also be willing to forego future license fees if PDP/Energizer agrees not to market the accused design, and to move to a non-infringing design such as the single controller charger it apparently has recently begun to market.

In the event PDP brings a summary judgment motion, or if claim construction briefing begins, both of which will require significant expenditure of legal fees, the amount of payment for any settlement will increase significantly. Further, if PDP is unsuccessful in any summary judgment motion, which Nyko strongly believes will be the case, the amount of payment for settlement will necessarily increase even further.

Kind regards,

- Art


Art Hasan, Esq.
CHRISTIE PARKER HALE, LLP
655 North Central Avenue
Suite 2300
Glendale, California 91203

Telephone: (626) 795-9900
Direct Dial: (626) 683-4542
Facsimile: (626) 577-8800

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.