SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
DANIEL N. YANNUZZI, Cal. Bar No. 196612
dyannuzzi@sheppardmullin.com
GRAHAM (GRAY) M. BUCCIGROSS, Cal. Bar No. 234558
gbuccigross@sheppardmullin.com
MATTHEW M. MUELLER. Cal. Bar No. 268486
mmueller@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

STEVEN M. HANLE, Cal. Bar No. 168876
shanle@sheppardmullin.com
650 Town Center Drive, 4th Fl.
Costa Mesa, CA 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYKO TECHNOLOGIES, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC. a Missouri Corporation, EVEREADY BATTERY CO., INC., a Delaware Corporation, and PERFORMANCE DESIGNED PRODUCTS LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. CV12-03001 GAF-VBK<br><br>**SUPPLEMENTAL DECLARATION OF GRAHAM (GRAY) M. BUCCIGROSS IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Date: December 16, 2013<br>Time: 9:30 a.m.<br><br>The Hon. Gary A. Feess<br><br>[Complaint Filed: April 5, 2012] |

I, Graham (Gray) M. Buccigross, declare as follows.

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Sheppard, Mullin, Richter & Hampton, LLP, counsel for Defendants Performance Designed Products LLC ("PDP"), Eveready Battery Co. Inc., and Energizer Holdings, Inc., in the above-captioned action.

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3. Attached hereto as Exhibit Y is a true and correct copy of a January 14, 2009 Information Disclosure Statement submitted during the prosecution of the asserted patent.

4. Attached hereto as Exhibit Z is a true and correct copy of a 37 C.F.R. Section 1.131 ("Rule 131") Declaration by Amir Navid, submitted during the prosecution of U.S. Patent Application No. 13/468,994, which issued as U.S. Patent No. 8,378,630.

5. Attached hereto as Exhibit AA are true and correct copies of Information Disclosure Statements submitted during the prosecution of U.S. Patent Application No. 13/769,709.

6. Nyko repeatedly noticed depositions and then postponed or canceled them. On December 4, 2012, Nyko noticed the depositions of three of Defendants' witnesses, Thomas Roberts, Gerry Block, and Danielle Kyriakos, for the business day before Christmas Eve, two days after Christmas Day, and briefly after the New Year's holiday, respectively. Defendants notified Nyko that the witnesses were not available on those dates, and asked Nyko to propose alternate dates. After not hearing back from Nyko for more than a month, Defendants began proposing alternate dates in January. Attached hereto as Exhibit AB is a true and correct copy of an email from PDP to Nyko proposing dates in January. Nyko claimed that those dates did not work, and proposed dates in February and March. Attached hereto as

1  Exhibit AC is a true and correct copy of an email from Nyko to Defendants
2  proposing dates in February and March.
3
4  Executed this 2nd day of December, 2013 at San Diego, California.
5
   Respectfully submitted,
6
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  By       */s/ Gray M. Buccigross*
             GRAHAM (GRAY) M. BUCCIGROSS
9
10  Attorney for Energizer Holdings, Inc.,
    Eveready Battery Company, Inc., and
11  Performance Designed Products LLC