| FORM PTO/SB/08A/B (10-01) Substitute for PTO-1449A/B | **Attorney Docket Number** | 61070/N220 |
| --- | --- | --- |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | **Application Number** | 12/044,295 |
| | **Filing Date** | March 7, 2008 |
| | **Applicant(s)** | Navid, Amir |
| | **Group Art Unit** | 2838 |
| | **Examiner Name** | Akm E. Ullah |

| U.S. PATENT DOCUMENTS ||||
| --- | --- | --- | --- |
| EXAMINER INITIALS | Cite No.[1] | DOCUMENT NUMBER Number - Kind Code[2] (If Known) | PUBLICATION DATE MM-DD-YYYY | NAME OF PATENTEE |
| | | US 5,828,966 | 10-27-1998 | Davis et al. |
| | | US 2006/0080476 A1 | 04-13-2006 | Wang et al. |
| | | US 2007/0021209 A1 | 01-25-2007 | Hussaini et al. |
| | | US 2007/0216352 A1 | 09-20-2007 | Shaddle |

| FOREIGN PATENT DOCUMENTS |||||
| --- | --- | --- | --- | --- |
| EXAMINER INITIALS | Cite No.[1] | Foreign Patent Document Country Code[3] - Number[4] - Kind Code[5] (If Known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | T[6] (✓) |
| | | | | | |

| OTHER DOCUMENTS |||
| --- | --- | --- |
| EXAMINER INITIALS | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article, title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. |
| | 1 | International Search Report, Transmittal and Written Opinion dated December 29, 2008, Application No. PCT/US 08/81004, NYKO TECHNOLOGIES, INC. |

SC PAS831734.1-*-01/13/09 2:16 PM

| EXAMINER SIGNATURE | | DATE CONSIDERED | |
| --- | --- | --- | --- |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1]Applicant's unique citation designation number (optional). [2]See Kinds Codes of USPTO Patent Documents at www.pto.gov or MPEP 901.4. [3]Enter Office that issued the document, by the two-letter code (WIPO standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6]Applicant is to place a check mark here if English Language Translation is attached.

Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

JCM/sc

Sheet 1 of 1

**NT000093**

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on January 14, 2009 at or before 11:59 p.m. Pacific time under the Rules of 37 CFR § 1.8.*

_____
Sonia Casas

| | | |
|---|---|---|
| Applicant | : Navid, Amir | Confirmation No. 7006 |
| Application No. | : 12/044,295 | |
| Filed | : March 7, 2008 | |
| Title | : VIDEO GAME CONTROLLER CHARGING SYSTEM | |
| Grp./Div. | : 2838 | |
| Examiner | : Akm E. Ullah | |
| Docket No. | : 61070/N220 | |

## INFORMATION DISCLOSURE STATEMENT
## 37 CFR § 1.97(b)

Commissioner for Patents                                  Post Office Box 7068
P.O. Box 1450                                             Pasadena, CA 91109-7068
Alexandria, VA 22313-1450                                 January 14, 2009

Commissioner:

    In compliance with the duty of disclosure under 37 CFR §§ 1.56, 1.97 and 1.98, and in accordance with the provisions in the Manual of Patent Examining Procedure §§ 609 and 707.05(b), enclosed is FORM PTO/SB/08A/B listing the references that are known to applicant. A copy of the International Search Report and Written Opinion is enclosed. This filing is timely because it is made during one of the periods described in 37 CFR § 1.97(b).

    It is respectfully requested that the listed references be considered in the examination of this application and identified on the list of references cited on the patent issuing for this application. Applicant also requests that an initialed copy of FORM PTO/SB/08A/B be entered in the application file and returned to applicant with the next communication from the Office in accordance with MPEP § 609.

**NT000094**

Application No. 12/044,295

The Commissioner is hereby authorized to charge any fees which may be required by this paper to Deposit Account No. 03-1728. Please show our docket number with any Deposit Account transaction.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By *Jason C. Martone*

Jason C. Martone
Reg. No. 59,469
626/795-9900

JCM/sc
Enclosures: PTO/SB/08A/B, w/reference

SC PAS831712.1-*-01/13/09 2:13 PM

-2-

**NT000095**