PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*I hereby certify that this correspondence is being electronically filed with the United States Patent and Trademark Office on November 15, 2012 at or before 11:59 p.m. Pacific Time under the Rules of 37 CFR § 1.8.*

_____
Stacey Dawson

| | | |
|---|---|---|
| Appl No. | : 13/468,994 | Confirmation No. 3003 |
| Applicant | : Amir Navid | |
| Filed | : May 10, 2012 | |
| Title | : VIDEO GAME CONTROLLER CHARGING SYSTEM HAVING A DOCKING STRUCTURE | |

TC/A.U.       : 2859
Examiner     : Williams, Arun C.
Docket No.  : 69706/N220
Customer No. : 23363

### DECLARATION UNDER 37 CFR § 1.131

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Post Office Box 29001
Glendale, CA  91209-9001
November 12, 2012

Commissioner:

I, Amir Navid, declare and state as follows:

1.      I am an employee of Nyko Technologies, Inc. ("Nyko") and am the inventor of the subject matter described and claimed in the above identified patent application.

2.      Prior to May 22, 2007, while employed by Nyko, I had constructed a prototype of a video game controller charger that was capable of charging multiple video game controllers simultaneously through a single power cord that could be plugged into a standard AC electrical receptacle.  Later in the year, but also prior to May 22, 2007, I had product samples for final approval manufactured that included packaging.

3.      Corroborating that I had the prototype completed prior to May 22, 2007, attached to this declaration as Exhibit A is a page from an article printed from the website of *Wired*

Appln No. 13/468,994

*Magazine* (www.wired.com.) The article is dated January 9, 2007 and discusses Nyko's plans to introduce later in the year a video game controller charger capable of simultaneously charging multiple video game controllers. The article includes a photograph of the prototype described in paragraph 2 of this Declaration.

4. I have reviewed the claims of the subject application, as amended by the response filed concurrently with this Declaration, and am of the opinion that the prototype of the video game controller charger that was developed prior to May 22, 2007, and which is shown in the photograph in the article submitted as Exhibit A of this Declaration, satisfied each and every limitation of each of the pending claims of the present application.

5. I declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true. The statements herein are made with the knowledge that willful false statements are punishable by fine, imprisonment, or both, under Title 18, § 1001 of the United States Code, and that such willful statements may jeopardize the validity of this application or any patent issued on this application.

Date: 11/12/2012         By: _____
                              Amir Navid

2

Appln No. 13/468,994

## Exhibit A

| You'll Get a "Charge" Out of These PS3 Products! | Game|Life | Wired.com | Page 1 of 4 |

Game|Life
Your Source for Gaming News Since 20XX
- Hardware

L*rec 0 0       0     Share

# You'll Get a "Charge" Out of These PS3 Products!

- By Chris KohlerEmail Author
- 01.09.07
- 3:24 PM
  Follow @kobunheat



I am so, *so* sorry for that headline.
Anyway, everybody knows charging PlayStation 3 controllers is easier than charging Xbox 360 controllers — it just requires a standard USB cable — but this is probably the most elegant solution for charging four controllers at once, without having to plug them into your PS3. The Charge Base, which ships in Q1 for $40, serves the dual purpose of keeping your PS3 controllers up and off the floor while charging them.
One more item of interest after the jump.

http://www.wired.com/gamelife/2007/01/youll_get_a_cha/     11/7/2012