# Gray Buccigross

| | |
|---|---|
| **From:** | Gray Buccigross |
| **Sent:** | Friday, January 11, 2013 2:54 PM |
| **To:** | Warren Bleeker; LegalTm-PDP-Nyko |
| **Cc:** | Art Hasan; Katherine L. Quigley; Stacey R. Dawson; Stacy Goodwin |
| **Subject:** | RE: NYKO Technologies, Inc. v. Energizer Holdings, Inc. et al. |

Warren,

Nyko has not provided any alternate dates.  Gerry Block is available for deposition on January 31, 2013.  Note that Mr. Block has to plan several trips out of the country in the near term, so this date may not be available for long.  Also, dates close in time may not be available.  Please confirm or propose alternate dates.

Regards,
Gray

---

**From:** Gray Buccigross
**Sent:** Sunday, December 16, 2012 2:31 PM
**To:** Warren Bleeker; LegalTm-PDP-Nyko
**Cc:** Art Hasan; Katherine L. Quigley; Stacey R. Dawson; Stacy Goodwin
**Subject:** RE: NYKO Technologies, Inc. v. Energizer Holdings, Inc. et al.

Warren,

The witnesses are not available on the recently noticed dates, the first falling the business day before Christmas Eve, the second falling two days after Christmas, and the third falling briefly after the New Year's holiday.  Please provide alternate dates.

Regards,
Gray

---

**From:** Warren Bleeker [mailto:warren.bleeker@cph.com]
**Sent:** Tuesday, December 04, 2012 5:03 PM
**To:** LegalTm-PDP-Nyko
**Cc:** Art Hasan; Katherine L. Quigley; Stacey R. Dawson; Stacy Goodwin
**Subject:** NYKO Technologies, Inc. v. Energizer Holdings, Inc. et al.

Dear Counsel--

Attached are deposition notices for Thomas Roberts, Gerry Block and Danielle Kyriakos.  Please advise by no later than tomorrow if Defendants contend a subpoena is required to secure the deposition of any of these witnesses, and if so, whether you will agree to accept service of that subpoena.  As to the dates and locations of the depositions, we are willing to work with you to accommodate schedules to avoid any conflicts.  For example, I am not sure where Ms. Kyriakos is located, but if she is located in the St. Louis area, we will attempt to accommodate any request to take her deposition near her place of work.

Best Regards,
Warren

**G. Warren Bleeker** | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800

--------------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.