# Gray Buccigross

| | |
|---|---|
| **From:** | Warren Bleeker <warren.bleeker@cph.com> |
| **Sent:** | Wednesday, January 23, 2013 4:28 PM |
| **To:** | Steve Hanle |
| **Cc:** | LegalTm-PDP-Nyko; Stacy Goodwin; Stacey R. Dawson; Art Hasan; Katherine L. Quigley |
| **Subject:** | NYKO v. PDP et al:  deposition dates |

Steve--

We are available to take Mr. Block's deposition on Feb. 15.  We are available to take Mr. Roberts' deposition on Feb. 27.  This is contingent on getting Defendants' documents and other information well in advance of the depositions.  We will serve amended deposition notices shortly.  We are not available to take Ms. Kyriakos' deposition on Feb. 12 or 13 in St. Louis.  Please provide alternative dates for her, preferably in March.

As I previously informed you, we are not available for Mr. Arbogast's deposition on Jan. 29.  He is available for deposition on March 5-8, 11-15, 19-22.  Please let us know which of these dates works for you.

--Warren



G. Warren Bleeker | *Partner*
gwb@cph.com
Christie, Parker & Hale, LLP
655 North Central Avenue, Suite 2300, Glendale, CA 91203
PH: 626.683.4521 | FAX: 626.577.8800

---------------------------------------------------------------

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.