1                    UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                         WESTERN DIVISION

4        THE HONORABLE GARY ALLEN FEESS, JUDGE, PRESIDING

5

6    NYKO TECHNOLOGIES, INC.,            )
                                         )
7                       Plaintiff,       )
                                         )
8                                        )
              vs.                        )   No. CV 12-3001-GAF-VBK
9                                        )
     ENERGIZER HOLDINGS, INC., et al.,   )
10                                       )
                        Defendants.      )
11   ────────────────────────────────────)

12

13

14

15              REPORTER'S TRANSCRIPT OF PROCEEDINGS

16

17                    Los Angeles, California

18              Monday, October 15, 2012, 3:24 P.M.

19               Rule 26(f) Scheduling Conference

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              Roybal Federal Building
                                Room 181-E
23                              255 East Temple Street
                                Los Angeles, California 90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:     CHRISTIE PARKER HALE LLP
                             BY:  KATHERINE L. QUIGLEY, ATTORNEY AT LAW
 3                           AND  ART HASAN, ATTORNEY AT LAW
                             655 N. Central Avenue
 4                           Suite 2300
                             Glendale, California  91203-1445
 5                           626-795-9900
                             katherine.quigley@cph.com
 6                           art@cph.com

 7
       FOR THE DEFENDANTS:   SHEPPARD MULLIN RICHTER & HAMPTON LLP
 8                           BY:  STEVE HANLE, ATTORNEY AT LAW
                             650 Town Center Drive
 9                           4th Floor
                             Costa Mesa, California  92626-1993
10                           714-513-5100
                             shanle@sheppardmullin.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    **LOS ANGELES, CALIF.; MONDAY, OCTOBER 15, 2012; 3:24 P.M.**

2                                -oOo-

3              THE CLERK:  Please remain seated and come to

4    order.  This United States District Court is again in

5    session.

6              THE COURT:  All right.  Call the case, please.

7              THE CLERK:  Case No. CV 12-3001-GAF, NYKO

8    Technologies, Inc., vs. Energizer Holdings, Inc., et al.

9              Counsel, state your appearances.

10             MR. HASAN:  Good afternoon, Your Honor.

11   Art Hasan, Christie, Parker & Hale, for plaintiff NYKO

12   Technologies, Inc., and with me is Katherine Quigley, an

13   associate at Christie, Parker & Hale.

14             THE COURT:  Good afternoon.

15             MR. HANLE:  Good afternoon, Your Honor.

16   Steve Hanle of Sheppard Mullin Richter & Hampton for the

17   defendants; and I apologize for my tardiness.

18             THE COURT:  We had other things we were able to

19   keep busy.  Now if we hadn't been, it would have been a

20   different story.

21             MR. HANLE:  I understand that.

22             THE COURT:  We kept ourselves busy in the

23   intervening period so no harm, no foul.

24             All right.  This is our Rule 26(f) conference in

25   this patent case.  It's a dispute over charging stations for

4

1  wireless video game controllers used in the PlayStation 3

2  and the Microsoft Xbox.

3      We've already had law and motion practice in the

4  case so I don't think there's a whole lot that needs to be

5  discussed in terms of the respective positions of the

6  parties.

7      I think they've been pretty well set out in the

8  prior application for a restraining order.  What I really

9  was trying to figure out as I was reading through your

10 report -- and it really isn't in the report so I want to

11 talk to you about it and that is:  What is the scope of

12 damages at this point?

13     What are we -- I know that you can't pinpoint, you

14 can't give me a computation of an exact number; but what's

15 the viewpoint of the defendant or -- excuse me -- the

16 plaintiff in terms of what plaintiff believes its damages to

17 be in this case?  And how are you going to go about proving

18 it up?

19     MR. HASAN:  Yes, Your Honor.

20     Under the Patent Act, we're entitled to, if we can

21 prove our case of infringement, lost profits and no less

22 than a reasonable royalty.

23     We don't have figures yet on the sales that PDP

24 has made, the defendant has made.  We're expecting that by

25 the end of this month pursuant to a discovery request.

1          THE COURT:  Uh-huh.

2          MR. HASAN:  But based on our understanding, there

3     are millions of dollars of sales of these products, and that

4     based upon the profit that NYKO has made, that the damages

5     can be in the seven figures.

6          It's just hard to put an exact or a more precise

7     estimate around that because we don't have defendants' sales

8     at this time.

9          THE COURT:  All right.

10         So we'll have to figure that out in time; but your

11    view is that it's a seven-figure case if the numbers are

12    what you anticipate?

13         MR. HASAN:  Yes, Your Honor.

14         We understand that these products have been

15    selling extremely well since NYKO, the plaintiff, came up

16    with the concept and put them into stores throughout the

17    country including Wal-Mart, Target, Amazon, and others where

18    PDP, after the fact, came in and is selling in the same

19    places sometimes to the displacement of NYKO.

20         THE COURT:  Well, NYKO -- let's see.  As I recall

21    at the TRO stage, we were focused on Wal-Mart's acquisition;

22    right?

23         MR. HASAN:  That's correct.

24         THE COURT:  So I assume that NYKO is still

25    actively involved in the marketplace and selling to other

1    retail outlets.

2            MR. HASAN:  It's doing the best that it can, yes,

3    under these difficult circumstances; but, yes, it is.

4            The difficult circumstances are that NYKO believed

5    that it had exclusive rights in this; and then, of course,

6    as briefed -- and we won't go back over that again -- in

7    the TRO papers, then PDP, the defendant, was able to come in

8    and take the major accounts, the biggest of which was

9    Wal-Mart but even prior to that Target as well.

10           THE COURT:  All right.

11           And who at this point is NYKO's major retail

12   outlet?

13           MR. HASAN:  Well, to the best of my knowledge,

14   Your Honor, they're trying to get back with Wal-Mart.  I

15   don't know if that has occurred yet.  I don't know whether

16   it will occur.

17           I believe that NYKO may sell at Best Buy but, you

18   know, I'm speculating to an extent because I don't have the

19   information in my hand.

20           But they were selling at Wal-Mart, Target, Best

21   Buy, Amazon.com, Wal-Mart.com, and others; but the

22   non-retail establishments were a smaller fraction of the

23   overall sales in brick-and-mortar stores.

24           THE COURT:  Okay.  The parties indicate that there

25   might have been discussion regarding settlement at some

1  point in time; is that right?

2        Were there some discussions?

3        MR. HASAN:  Just some very preliminary

4  discussions, yes, Your Honor.  I think it took place over a

5  telephone call that maybe lasted fifteen minutes at the most

6  with Mr. Hanle and his cocounsel Mr. Daniel Yannuzzi.

7        THE COURT:  And what was the nature, without

8  telling me exactly who said what to whom, was this an

9  exploratory conversation which was initiated by the

10  plaintiff or by the defendant or did it just come up in the

11  context of some other matters?

12        MR. HASAN:  I believe it came up in the context of

13  other matters; but I believe it was initiated by the

14  defendant in terms of, you know, just initiated some talks.

15  But without giving away any positions, we were somewhat far

16  apart without going into any more detail on that.

17        Out in the hall --

18        THE COURT:  Why have the conversations stopped?

19        MR. HASAN:  Well, I was just going to say, Your

20  Honor, that out in the hall we offered, if it made sense to,

21  you know, get into some early mediation and even to the

22  point where we stated that NYKO may be willing to, if the

23  court approves it, you know, enter into a stay of

24  proceedings for a short time for a month or 60 days to see

25  if we can't resolve this without, you know, expenditure of

1    large amounts of attorneys fees which are many times the

2    case in patent lawsuits.

3              THE COURT:  I've heard that.  I heard some figures

4    on the Apple-Samsung litigation that caused me to be

5    unconscious for an extended period of time on an unreal

6    amount of money.

7              MR. HASAN:  And even if we were a small fraction

8    of that, Your Honor, it would still be relatively high.

9              THE COURT:  You could be a small fraction of that

10   and it would be a lot of money, yeah, that's true.

11             Mr. Hanle, what's your thought on that subject?

12             MR. HANLE:  Yes.

13             We did have a preliminary conversation and

14   continued out in the hall and I believe Mr. Hasan

15   characterized it accurately.

16             The challenge is that given what transpired at the

17   TRO and what we believe are the merits of the case that my

18   client is not prepared to offer a large amount of money to

19   settle the case.

20             I guess that's relative and they are aware of the

21   attorneys fees.  We've made them very aware.  They've got an

22   written budget so they know what the attorneys fees they're

23   facing are.

24             And so the discussion in the hallway right now --

25   if I might be blunt -- is that, if we could get some

1    understanding of the universe of money we're talking about

2    or the ballpark that we're talking about, that I would

3    recommend strongly to my client to mediate.

4         But absent that, the past discussions have been

5    such that I'm a little uncomfortable recommending mediation

6    at this time because I believe it might be counterproductive

7    because I'm not confident that it would settle and it might

8    make it longer and harder before the next mediation where

9    there's more water under the bridge and might be more fees

10   and more developed issues that would encourage settlement.

11        THE COURT:  Well, yeah.  I mean, there is always

12   that problem; but the reality, at least in my experience, is

13   this:  That the longer you litigate and the more you spend

14   before you talk, the harder it is to settle.

15        Because there has been a lot of money spent and

16   clients have a tendency to say at least -- I don't know.

17   Maybe yours don't say this to you but mine used to say to

18   me:  Well, why did we spend all of this money litigating if

19   now we're going to be talking about settlement?

20        And, you know, the usual answer was:  Because --

21   no.  The answer, the true answer was:  Because that's what

22   you told me to do despite what I recommended in the first

23   place.  But that is not often remembered later on in the

24   case.

25        I don't think I've ever had a case where an

1    attempt at early mediation made it harder to mediate later.

2    I mean, I may be wrong about that; but it seems to me that

3    there's not much downside to it.

4           I can see if people misbehave in the mediation

5    that there can be some difficulty.

6           MR. HANLE:  No.

7           The one observation I would have is that if we

8    take a shot at mediating now, I think there's likely to be a

9    time lag before we would want to go back at it again.

10          And that's the challenge is we might be better

11   off -- and I'm still open to discussion on this with

12   Mr. Hasan -- but we might be better off waiting two to three

13   months to mediate rather than doing it now and then likely

14   not doing it again for another six months.

15          THE COURT:  All right.  Well, I just raise it

16   because I do think you need to think about it.  It sounds

17   like you are.  I'd like you to talk about it and give it

18   some real reflection before you decide on a course of action

19   because I do tend to think that the case -- I did go back

20   and read my order and I think that there's a basis for

21   mediating.

22          I mean, I did make that in my order without

23   prejudice as you'll recall; and it was certainly in my mind

24   at the time that I issued the order that I didn't feel like

25   I did have an enough evidence to grant the motion but that

1  it didn't mean that there wasn't evidence out there that

2  might be developed over the course of the litigation.

3          So I don't know -- I mean, certainly, the

4  defendant is ahead at this point.  Let's put it in those

5  terms.  But we're probably only in the second inning and we

6  don't know if the plaintiff is going to be more like the

7  Yankees or the St. Louis Cardinals.  So it's hard to

8  predict.  In any event, I think we've said all there is to

9  say about that.

10          I don't really have a whole lot of other --

11  there's not a whole lot else in the file that I really want

12  to talk about at this point.  I do have a couple of things I

13  want to tell you.

14          One is to remind you about Rule 26(a).

15  Rule 26(a), as you may recall, played a big role in the

16  Samsung-Apple case and my view as the same view as Judge

17  Koh; and that is I don't care what the consequence is of

18  keeping evidence out at the time of trial.

19          If you don't comply with 26(a), anyone who wants

20  to do a John Quinn in this courtroom, you know, be my guest

21  and then you'll make a big fuss at the time of trial and it

22  won't matter because the evidence won't be presented to the

23  jury.

24          So make sure that you've looked at 26(a),

25  understand what your obligations are and fully comply with

1    your 26(a) obligations.

2            Now, with respect to the schedule, I like the

3    schedule that the parties have proposed; and I would just

4    make that and attach that to my schedule and case management

5    order.

6            What I would like you to do is to reprint it,

7    attach it to just a caption.  Give me a caption sheet with

8    the only thing behind it being the scheduling document with

9    the dates and then I will make it part of my scheduling and

10   case management order because I think those dates look good

11   to me.  So that's really all I've got.

12           Does the plaintiff have anything else that it

13   wanted to raise with the court today?

14           MR. HASAN:  No, Your Honor.

15           I just, you know, on the issue of the TRO, because

16   that was something that Mr. Hanle brought up, you know, we

17   really do feel like perhaps, because of the preliminary

18   nature of the proceeding, we couldn't explain some of the

19   arguments that we wanted to make; and as we develop --

20           THE COURT:  Well, I think you explained your

21   arguments just fine.  I think that the issue in my mind was:

22   What's the evidentiary record look like?

23           And I didn't think that there was sufficient

24   evidence to support all of the arguments that were made; and

25   I think -- I tried to be as clear and unambiguous as I could

1   in my written ruling on that.  So I'm not inviting the

2   parties to come back and reargue it or seek reconsideration.

3          The without prejudice is when you get into

4   discovery, if you develop further evidence that is

5   supportive of your theories, that's an entirely different

6   thing; and I wanted to be clear about that.

7          But I think I understand what you're arguments are

8   and what your arguments were at the time; and I just didn't

9   think that the elements of a TRO were satisfied and,

10  hopefully, I articulated it fairly, you know, clearly and

11  unambiguously.

12          MR. HASAN:  Yes, Your Honor, you did.

13          And the one argument where I was mentioning was

14  really that what they were focusing on as prior art is not

15  prior art; and that's a legal argument as well.  But we're

16  not asking for reconsideration.

17          We feel like we're more like the St. Louis

18  Cardinals, Your Honor, in that we have a good shot here but,

19  you know, we'll have to see what evidence develops as you

20  pointed out.

21          THE COURT:  All right.

22          Does the defense have anything else that it wants

23  to raise with the court at this time?

24          MR. HANLE:  No.  Other than if there's a

25  particular mediator that the court has used successfully in

1    the past particularly in patent cases.

2          I've had some decent experience here in the

3    Central District, a lot of experience in the Northern

4    District.  But if there is a -- I've had success with Judge

5    Tevrizian in the past.  I haven't inquired as to his

6    schedule recently but --

7          THE COURT:  Well, Judge Tevrizian is one that I

8    had in mind who, you know, is very experienced and very

9    good.  Layn Phillips.  I don't know if you know former Judge

10   Phillips.

11         MR. HANLE:  Yes.  I do, Your Honor.

12         THE COURT:  He and I go way back.  We were

13   Assistant U.S. Attorneys together in the U.S. Attorney's

14   Office a long, long time ago so I know him.

15         I know Layn very, very well; and I think I have a

16   very high opinion of his skill as a mediator.

17         So those are at least two that I know of that I

18   would recommend in a complicated business transaction type

19   of case.

20         MR. HANLE:  Yes, Your Honor.

21         MR. HASAN:  Your Honor, one issue is that the

22   parties have exchanged discovery and we have discovery

23   requests coming in.

24         Defendants have noticed depositions; and this is a

25   deposition -- the first one I believe is scheduled for early

1    November.

2            Does it make any sense to perhaps stay the case

3    pending the mediation in order that we don't get to the

4    point where there's been a high expenditure of attorneys

5    fees to get to your judge's point of the expenditures kind

6    of putting a damper on settlement.

7            THE COURT:  Well, I'm not going to stay it today.

8    What I want the parties to do is to talk about what, if

9    anything, they can accomplish mediation-wise.

10           I'm not even persuaded that you're going to

11   attempt to mediate the case.  We're talking about that as a

12   possibility and we'll just have to see if the parties decide

13   that they want to take a shot at mediation and want a short

14   stay to do that.  Let me know and I would probably sign that

15   order.

16           But let's wait and see whether or not we get to

17   that point.  Okay?

18           MR. HASAN:  Thank you.

19           MR. HANLE:  Thank you.

20           THE COURT:  All right.  Thank you.

21           We'll be in recess.

22           *(At 3:43 p.m. proceedings were concluded.)*

23

24                           -oOo-

25

1                        **CERTIFICATE**

2

3          **I, PAT CUNEO, CSR 1600, hereby certify that**

4    **pursuant to Section 753, Title 28, United States Code, the**

5    **foregoing is a true and correct transcript of the**

6    **stenographically reported proceedings held in the**

7    **above-entitled matter and that the transcript page format is**

8    **in conformance with the regulations of the Judicial**

9    **Conference of the United States.**

10

11   Date:  November 20, 2013

12

13

14

15

16                                    **/s/ PAT CUNEO**
                                      _____

17                                    **PAT CUNEO, OFFICIAL REPORTER**
                                      **CSR NO. 1600**
18

19

20

21

22

23

24

25

-oOo- **[2]**   3/2 15/24

**/**

**/s [1]**   16/16

**1**

**12-3001-GAF [1]**   3/7
**12-3001-GAF-VBK [1]**   1/8
**1445 [1]**   2/4
**15 [2]**   1/18 3/1
**1600 [3]**   1/21 16/3 16/17
**1782 [1]**   1/24
**181-E [1]**   1/22
**1993 [1]**   2/9

**2**

**20 [1]**   16/11
**2012 [2]**   1/18 3/1
**2013 [1]**   16/12
**213-894-1782 [1]**   1/24
**2300 [1]**   2/4
**255 [1]**   1/23
**26 [7]**   1/19 3/24 11/14 11/15
  11/19 11/24 12/1
**28 [1]**   16/4

**3**

**3:24 [2]**   1/18 3/1
**3:43 [1]**   15/22

**4**

**4th [1]**   2/9

**5**

**5100 [1]**   2/10

**6**

**60 [1]**   7/24
**626-795-9900 [1]**   2/5
**650 [1]**   2/8
**655 [1]**   2/3

**7**

**714-513-5100 [1]**   2/10
**753 [1]**   16/4

**9**

**90012 [1]**   1/23
**91203-1445 [1]**   2/4
**92626-1993 [1]**   2/9
**9900 [1]**   2/5

**A**

**able [2]**   3/18 6/7
**about [14]**   4/11 4/17 9/1 9/2
  9/19 10/2 10/16 10/17 11/9
  11/12 11/14 13/6 15/8 15/11
**above [1]**   16/7
**above-entitled [1]**   16/7
**absent [1]**   9/4
**accomplish [1]**   15/9
**accounts [1]**   6/8
**accurately [1]**   8/15
**acquisition [1]**   5/21
**Act [1]**   4/20
**action [1]**   10/18
**actively [1]**   5/25
**after [1]**   5/18
**afternoon [3]**   3/10 3/14 3/15
**again [4]**   4/6 6/6 10/9 10/14
**ago [1]**   14/14
**ahead [1]**   11/4
**al [2]**   1/9 3/8

**all [11]**   3/6 3/24 5/9 6/10
  6/13 6/18 7/8 11/6 13/3
  13/21 15/22
**ALLEN [1]**   1/4
**already [1]**   4/3
**always [1]**   9/11
**Amazon [1]**   5/17
**Amazon.com [1]**   6/21
**amount [2]**   8/6 8/18
**amounts [1]**   8/1
**Angeles [3]**   1/17 1/23 3/1
**another [1]**   10/14
**answer [3]**   9/20 9/21 9/21
**anticipate [1]**   5/12
**any [4]**   7/15 7/16 11/8 15/2
**anyone [1]**   11/19
**anything [3]**   12/12 13/22 15/9
**apart [1]**   7/16
**apologize [1]**   13/16
**appearances [2]**   2/1 3/9
**Apple [2]**   8/4 11/16
**Apple-Samsung [1]**   8/4
**application [1]**   4/8
**approves [1]**   7/23
**are [13]**   4/13 4/17 5/3 5/11
  6/4 8/1 8/17 8/20 8/23 10/17
  11/25 13/7 14/17
**argument [2]**   13/13 13/15
**arguments [5]**   12/19 12/21
  12/24 13/7 13/8
**around [1]**   5/7
**art [5]**   2/3 2/6 3/11 13/14
  13/15
**articulated [1]**   13/10
**as [17]**
**asking [1]**   13/16
**Assistant [1]**   14/13
**associate [1]**   3/13
**assume [1]**   5/24
**at [30]**
**attach [2]**   12/4 12/7
**attempt [2]**   10/1 15/11
**ATTORNEY [3]**   2/2 2/3 2/8
**Attorney's [1]**   14/13
**attorneys [5]**   8/1 8/21 8/22
  14/13 15/4
**Avenue [1]**   2/3
**aware [2]**   8/20 8/21
**away [1]**   7/15

**B**

**back [6]**   6/6 6/14 10/9 10/19
  13/2 14/12
**ballpark [1]**   9/2
**based [2]**   5/2 5/4
**basis [1]**   10/20
**be [24]**
**because [13]**   5/7 6/18 9/6 9/7
  9/15 9/20 9/21 10/16 10/19
  11/22 12/10 12/15 12/17
**been [8]**   3/19 3/19 4/7 5/14
  6/25 9/4 9/15 15/4
**before [4]**   9/8 9/14 10/9 10/18
**behind [1]**   12/8
**being [1]**   12/8
**believe [7]**   6/17 7/12 7/13
  8/14 8/17 9/6 14/25
**believed [1]**   6/14
**believes [1]**   4/16
**best [4]**   6/2 6/13 6/17 6/20
**better [2]**   10/10 10/12
**big [2]**   11/15 11/21
**biggest [1]**   6/8
**blunt [1]**   8/25

**brick [1]**   6/23
**bridge [1]**   9/9
**briefed [1]**   6/6
**brought [1]**   12/16
**budget [1]**   8/22
**Building [1]**   1/22
**business [1]**   14/18
**busy [2]**   3/19 3/22
**but [24]**
**Buy [2]**   6/17 6/21

**C**

**CALIF [1]**   3/1
**CALIFORNIA [5]**   1/2 1/17 1/23
  2/4 2/9
**call [2]**   3/6 7/5
**came [3]**   5/15 5/18 7/12
**can [6]**   4/20 5/5 6/2 10/4 10/5
  15/9
**can't [3]**   4/13 4/14 7/25
**caption [2]**   12/7 12/7
**Cardinals [2]**   11/7 13/18
**care [1]**   11/17
**case [19]**
**cases [1]**   14/1
**caused [1]**   8/4
**Center [1]**   2/8
**CENTRAL [3]**   1/2 2/3 14/3
**certainly [2]**   10/23 11/3
**CERTIFICATE [1]**   16/1
**certify [1]**   16/3
**challenge [2]**   8/16 10/10
**characterized [1]**   8/15
**charging [1]**   3/25
**CHRISTIE [3]**   2/2 3/11 3/13
**circumstances [2]**   6/3 6/4
**clear [2]**   12/25 13/6
**clearly [1]**   13/10
**client [2]**   8/18 9/3
**clients [1]**   9/16
**CM [1]**   1/21
**cocounsel [1]**   7/6
**Code [1]**   16/4
**come [4]**   3/3 6/7 7/10 13/2
**coming [1]**   14/23
**complicated [1]**   14/18
**comply [2]**   11/19 11/25
**computation [1]**   4/14
**concept [1]**   5/16
**concluded [1]**   15/22
**conference [3]**   1/19 3/24 16/9
**confident [1]**   9/7
**conformance [1]**   16/8
**consequence [1]**   11/17
**context [2]**   7/11 7/12
**continued [1]**   8/14
**controllers [1]**   4/1
**conversation [2]**   7/9 8/13
**conversations [1]**   7/18
**correct [2]**   5/23 16/5
**Costa [1]**   2/9
**could [3]**   8/9 8/25 12/25
**couldn't [1]**   12/18
**COUNSEL [2]**   2/1 3/9
**counterproductive [1]**   9/6
**country [1]**   5/17
**couple [1]**   11/12
**course [3]**   6/5 10/18 11/2
**court [6]**   1/1 3/4 7/23 12/13
  13/23 13/25
**courtroom [1]**   11/20
**cph.com [2]**   2/5 2/6
**CRR [1]**   1/21

**C**

CRR-CM [1]   1/21
CSR [3]   1/21 16/3 16/17
CUNEO [4]   1/21 16/3 16/16
  16/17
CV [2]   1/8 3/7

**D**

damages [3]   4/12 4/16 5/4
damper [1]   15/6
Daniel [1]   7/6
Date [1]   16/11
dates [2]   12/9 12/10
days [1]   7/24
decent [1]   14/2
decide [2]   10/18 15/12
defendant [6]   4/15 4/24 6/7
  7/10 7/14 11/4
defendants [4]   1/10 2/7 3/17
  14/24
defendants' [1]   5/7
defense [1]   13/22
deposition [1]   14/25
depositions [1]   14/24
despite [1]   9/22
detail [1]   7/16
develop [2]   12/19 13/4
developed [2]   9/10 11/2
develops [1]   13/19
did [7]   7/10 8/13 9/18 10/19
  10/22 10/25 13/12
didn't [4]   10/24 11/1 12/23
  13/8
different [2]   3/20 13/5
difficult [2]   6/3 6/4
difficulty [1]   10/5
discovery [4]   4/25 13/4 14/22
  14/22
discussed [1]   4/5
discussion [3]   6/25 8/24 10/11
discussions [3]   7/2 7/4 9/4
displacement [1]   5/19
dispute [1]   3/25
DISTRICT [5]   1/1 1/2 3/4 14/3
  14/4
DIVISION [1]   1/3
do [10]   7/10 10/16 10/19 11/12
  11/20 12/6 12/17 14/11 15/8
  15/14
document [1]   12/8
Does [3]   12/12 13/22 15/2
doing [3]   6/2 10/13 10/14
dollars [1]   5/3
don't [16]   4/4 4/23 5/7 6/15
  6/15 6/18 9/16 9/17 9/25 11/3
  11/6 11/10 11/17 11/19 14/9
  15/3
downside [1]   10/3
Drive [1]   2/8

**E**

early [3]   7/21 10/1 14/25
East [1]   1/23
elements [1]   13/9
else [1]   11/11 12/12 13/22
encourage [1]   9/10
end [1]   4/25
ENERGIZER [2]   1/9 3/8
enough [1]   10/25
enter [1]   7/23
entirely [1]   13/5
entitled [2]   4/20 16/7
establishments [1]   6/22

estimate [1]   5/7
even [4]   5/21 7/21 8/7 15/10
event [1]   11/8
ever [1]   9/25
evidence [7]   10/25 11/1 11/18
  11/22 12/24 13/4 13/19
evidentiary [1]   12/22
exact [2]   4/14 5/6
exactly [1]   7/8
exchanged [1]   14/22
exclusive [1]   6/5
excuse [1]   4/15
expecting [1]   4/24
expenditure [2]   7/25 15/4
expenditures [1]   15/5
experience [3]   9/12 14/2 14/3
experienced [1]   14/8
explain [1]   12/18
explained [1]   12/20
exploratory [1]   7/9
extended [1]   8/5
extent [1]   6/18
extremely [1]   5/15

**F**

facing [1]   8/23
fact [1]   5/18
fairly [1]   13/10
far [1]   7/15
Federal [1]   1/22
feel [3]   10/24 12/17 13/17
fees [5]   8/1 8/21 8/22 9/9
  15/5
FEESS [1]   1/4
fifteen [1]   7/5
figure [3]   4/9 5/10 5/11
figures [3]   4/23 5/5 8/3
file [1]   11/11
fine [1]   12/21
first [2]   9/22 14/25
Floor [1]   2/9
focused [1]   5/21
focusing [1]   13/14
foregoing [1]   16/5
format [1]   16/7
former [1]   14/9
foul [1]   3/23
fraction [3]   6/22 8/7 8/9
fully [1]   11/25
further [1]   13/4
fuss [1]   11/21

**G**

GAF [2]   1/8 3/7
game [1]   4/1
GARY [1]   1/4
get [7]   6/14 7/21 8/25 13/3
  15/3 15/5 15/16
give [3]   4/14 10/17 12/7
given [1]   8/16
giving [1]   7/15
Glendale [1]   2/4
gmail.com [1]   1/24
go [5]   4/17 6/6 10/9 10/19
  14/12
going [7]   4/17 7/16 7/19 9/19
  11/6 15/7 15/10
good [6]   3/10 3/14 3/15 12/10
  13/18 14/9
got [2]   8/21 12/11
grant [1]   10/25
guess [1]   8/20
guest [1]   11/21

**H**

had [7]   3/18 4/3 6/5 9/25 14/2
  14/4 14/8
hadn't [1]   3/19
HALE [3]   2/2 3/11 3/13
hall [3]   7/17 7/20 8/14
hallway [1]   8/24
HAMPTON [2]   2/7 3/16
hand [1]   6/19
HANLE [5]   2/8 3/16 7/6 8/11
  12/16
hard [2]   5/6 11/7
harder [3]   9/8 9/14 10/1
harm [1]   3/23
has [6]   4/24 4/24 5/4 6/15
  9/15 13/25
HASAN [4]   2/3 3/11 8/14 10/12
have [25]
haven't [1]   14/5
He [1]   14/12
heard [2]   8/3 8/3
held [1]   16/6
here [2]   13/18 14/2
hereby [1]   16/3
high [3]   8/8 14/16 15/4
him [1]   14/14
his [3]   7/6 14/5 14/16
HOLDINGS [2]   1/9 3/8
Honor [14]   3/10 3/15 4/19 5/13
  6/14 7/4 7/20 8/8 12/14 13/12
  13/18 14/11 14/20 14/21
HONORABLE [1]   1/4
hopefully [1]   13/10
how [1]   4/17
huh [1]   5/1

**I**

I'd [1]   10/17
I'm [7]   6/18 9/5 9/7 10/11
  13/1 15/7 15/10
I've [5]   8/3 9/25 12/11 14/2
  14/4
if [21]
INC [5]   1/6 1/9 3/8 3/8 3/12
including [1]   5/17
indicate [1]   6/24
information [1]   6/19
infringement [1]   4/21
initiated [3]   7/9 7/13 7/14
inning [1]   11/5
inquired [1]   14/5
intervening [1]   3/23
inviting [1]   13/1
involved [1]   5/25
is [39]
is we [1]   10/10
isn't [1]   4/10
issue [3]   12/15 12/21 14/21
issued [1]   10/24
issues [1]   9/10
it [47]
it and [1]   4/11
it's [5]   3/25 5/6 5/11 6/2
  11/7
its [1]   4/16

**J**

John [1]   11/20
JUDGE [5]   1/4 11/16 14/4 14/7
  14/9
judge's [1]   15/5
Judicial [1]   16/8
jury [1]   11/23

## J

**just [12]**   5/6 7/3 7/10 7/14
  7/19 10/15 12/3 12/7 12/15
  12/21 13/8 15/12

## K

**KATHERINE [2]**   2/2 3/12
**katherine.quigley [1]**   2/5
**keep [1]**   3/19
**keeping [1]**   11/18
**kept [1]**   3/22
**kind [1]**   15/5
**know [25]**
**knowledge [1]**   6/13
**Koh [1]**   11/17

## L

**lag [1]**   10/9
**large [2]**   8/1 8/18
**lasted [1]**   7/5
**later [2]**   9/23 10/1
**law [4]**   2/2 2/3 2/8 4/3
**lawsuits [1]**   8/2
**Layn [2]**   14/9 14/15
**least [3]**   9/12 9/16 14/17
**legal [1]**   13/15
**less [1]**   4/21
**Let [1]**   15/14
**let's [3]**   5/20 11/4 15/16
**like [10]**   10/17 10/17 10/24
  11/6 12/2 12/6 12/17 12/22
  13/17 13/17
**likely [2]**   10/8 10/13
**litigate [1]**   9/13
**litigating [1]**   9/18
**litigation [2]**   8/4 11/2
**little [1]**   9/5
**LLP [2]**   2/2 2/7
**long [2]**   14/14 14/14
**longer [2]**   9/8 9/13
**look [2]**   12/10 12/22
**looked [1]**   11/24
**Los [3]**   1/17 1/23 3/1
**lost [1]**   4/21
**lot [6]**   4/4 8/10 9/15 11/10
  11/11 14/3
**Louis [2]**   11/7 13/17

## M

**made [7]**   4/24 4/24 5/4 7/20
  8/21 10/1 12/24
**major [2]**   6/8 6/11
**make [8]**   9/8 10/22 11/21 11/24
  12/4 12/9 12/19 15/2
**management [2]**   12/4 12/10
**many [1]**   8/1
**marketplace [1]**   5/25
**Mart [4]**   5/17 6/9 6/14 6/20
**Mart's [1]**   5/21
**Mart.com [1]**   6/21
**matter [2]**   11/22 16/7
**matters [2]**   7/11 7/13
**may [4]**   6/17 7/22 10/2 11/15
**maybe [2]**   7/5 9/17
**me [11]**   3/12 4/14 4/15 7/8 8/4
  9/18 9/22 10/2 12/7 12/11
  15/14
**mean [5]**   9/11 10/2 10/22 11/1
  11/3
**mediate [4]**   9/3 10/1 10/13
  15/11
**mediating [2]**   10/8 10/21
**mediation [8]**   7/21 9/5 9/8

**mediator [2]**   9/4 9/11
**mentioning [1]**   13/13
**merits [1]**   8/17
**Mesa [1]**   2/9
**Microsoft [1]**   4/2
**might [8]**   6/25 8/25 9/6 9/7
  9/9 10/10 10/12 11/2
**millions [1]**   8/15
**mind [3]**   10/23 12/21 14/8
**mine [1]**   9/17
**minutes [1]**   7/5
**misbehave [1]**   10/4
**Monday [2]**   1/18 3/1
**money [6]**   8/6 8/10 8/18 9/1
  9/15 9/18
**month [2]**   4/25 7/24
**months [2]**   10/13 10/14
**more [8]**   5/6 7/16 9/9 9/9 9/10
  9/13 11/6 13/17
**mortar [1]**   6/23
**most [1]**   7/5
**motion [2]**   4/3 10/25
**Mr. [6]**   7/6 7/6 8/11 8/14
  10/12 12/16
**Mr. Daniel [1]**   7/6
**Mr. Hanle [3]**   7/6 8/11 12/16
**Mr. Hasan [2]**   8/14 10/12
**much [1]**   10/3
**MULLIN [2]**   2/7 3/16
**my [15]**   3/17 6/13 6/19 8/17
  9/3 9/12 10/20 10/22 10/23
  11/16 11/20 12/4 12/9 12/21
  13/1

## N

**nature [2]**   7/7 12/18
**need [1]**   10/16
**needs [1]**   4/4
**next [1]**   9/8
**no [10]**   1/8 3/7 3/23 3/23 4/21
  9/21 10/6 12/14 13/24 16/17
**non [1]**   6/22
**non-retail [1]**   6/22
**Northern [1]**   14/3
**not [12]**   8/18 9/7 9/23 10/3
  10/14 11/11 13/1 13/14 13/16
  15/7 15/10 15/16
**noticed [1]**   14/24
**November [2]**   15/1 16/11
**now [6]**   3/19 8/24 9/19 10/8
  10/13 12/2
**number [1]**   4/14
**numbers [1]**   5/11
**NYKO [11]**   1/6 3/7 3/11 5/4
  5/15 5/19 5/20 5/24 6/4 6/17
  7/22
**NYKO's [1]**   6/11

## O

**obligations [2]**   11/25 12/1
**observation [1]**   10/7
**occur [1]**   6/16
**occurred [1]**   6/15
**off [2]**   10/11 10/12
**offer [1]**   8/18
**offered [1]**   7/20
**Office [1]**   14/14
**Official [1]**   1/21 16/17
**often [1]**   9/23
**Okay [2]**   6/24 15/17
**on [14]**   4/23 5/2 5/21 7/16 8/4

  8/5 8/11 9/23 10/11 10/18
  11/2 11/21 15/9
**one [6]**   10/7 11/14 13/13 14/7
  14/21 14/25
**only [2]**   11/5 12/8
**oOo [2]**   3/2 15/24
**open [1]**   10/11
**opinion [1]**   14/16
**or [9]**   4/15 5/6 7/10 7/10 7/24
  9/2 11/7 13/2 15/16
**or -- excuse [1]**   4/15
**order [9]**   3/4 4/8 10/20 10/22
  10/24 12/5 12/10 15/3 15/15
**other [6]**   3/18 5/25 7/11 7/13
  11/10 13/24
**others [2]**   5/17 6/21
**our [3]**   3/24 4/21 5/2
**ourselves [1]**   3/22
**out [9]**   4/7 4/9 5/10 7/17 7/20
  8/14 11/1 11/18 13/20
**outlet [1]**   6/12
**outlets [1]**   6/1
**over [4]**   3/25 6/6 7/4 11/2
**overall [1]**   6/23

## P

**p.m [3]**   1/18 3/1 15/22
**page [1]**   16/7
**papers [1]**   6/7
**PARKER [3]**   2/2 3/11 3/13
**part [1]**   12/9
**particular [1]**   13/25
**particularly [1]**   14/1
**parties [7]**   4/6 6/24 12/3 13/2
  14/22 15/8 15/12
**past [3]**   9/4 14/1 14/5
**PAT [4]**   1/21 16/3 16/16 16/17
**patcuneo1600 [1]**   1/24
**patent [4]**   3/25 4/20 8/2 14/1
**PDP [3]**   4/23 5/18 6/7
**pending [1]**   15/3
**people [1]**   10/4
**perhaps [2]**   12/17 15/2
**period [2]**   3/23 8/5
**persuaded [1]**   15/10
**Phillips [2]**   14/9 14/10
**pinpoint [1]**   4/13
**place [2]**   7/4 9/23
**places [1]**   5/19
**plaintiff [9]**   1/7 2/2 3/11
  4/16 4/16 5/15 7/10 11/6 12/12
**played [1]**   11/15
**PlayStation [1]**   4/1
**please [2]**   3/3 3/6
**point [9]**   4/12 6/11 7/1 7/22
  11/4 11/12 15/4 15/5 15/17
**pointed [1]**   13/20
**positions [2]**   4/5 7/15
**possibility [1]**   15/12
**practice [1]**   4/3
**precise [1]**   5/6
**predict [1]**   11/8
**prejudice [2]**   10/23 13/3
**preliminary [3]**   7/3 8/13 12/17
**prepared [1]**   8/18
**presented [1]**   11/22
**PRESIDING [1]**   1/4
**pretty [1]**   4/7
**prior [4]**   4/8 6/9 13/14 13/15
**probably [2]**   11/5 15/14
**problem [1]**   9/12
**proceeding [1]**   12/18
**proceedings [4]**   1/15 7/24
  15/22 16/6

**P**

products [2]   5/3 5/14
profit [1]   5/4
profits [1]   4/21
proposed [1]   12/3
prove [1]   4/21
proving [1]   4/17
pursuant [2]   4/25 16/4
put [3]   5/6 5/16 11/4
putting [1]   15/6

**Q**

QUIGLEY [2]   2/2 3/12
Quinn [1]   11/20

**R**

raise [3]   10/15 12/13 13/23
rather [1]   10/13
read [1]   10/20
reading [1]   4/9
real [1]   10/18
reality [1]   9/12
really [7]   4/8 4/10 11/10
  11/11 12/11 12/17 13/14
reargue [1]   13/2
reasonable [1]   4/22
recall [3]   5/20 10/23 11/15
recently [1]   14/6
recess [1]   15/2
recommend [2]   9/3 14/18
recommended [1]   9/22
recommending [1]   9/5
reconsideration [2]   13/2 13/16
record [1]   12/22
reflection [1]   10/18
regarding [1]   6/25
regulations [1]   16/8
relative [1]   8/20
relatively [1]   8/8
remain [1]   3/3
remembered [1]   9/23
remind [1]   11/14
report [2]   4/10 4/10
reported [1]   16/6
Reporter [2]   1/21 16/17
REPORTER'S [1]   1/15
reprint [1]   12/6
request [1]   4/25
requests [1]   14/23
resolve [1]   7/25
respect [1]   12/2
respective [1]   4/5
restraining [1]   4/8
retail [3]   6/1 6/11 6/22
RICHTER [2]   2/7 3/16
right [10]   4/6 3/24 5/9 5/22
  6/10 7/1 8/24 10/15 13/21
  15/20
rights [1]   6/5
role [1]   11/15
Room [1]   1/22
royalty [1]   4/22
Roybal [1]   1/22
Rule [4]   1/19 3/24 11/14 11/15
Rule 26 [3]   3/24 11/14 11/15
ruling [1]   13/1

**S**

said [2]   7/8 11/8
sales [4]   4/23 5/3 5/7 6/23
same [2]   5/18 11/16
Samsung [3]   8/4 11/16
Samsung-Apple [1]   11/16

satisfied [1]   13/9
Buck [1]   11/24
  11/9
say at [1]   9/16
schedule [4]   12/2 12/3 12/4
  14/6
scheduled [1]   14/25
scheduling [3]   1/19 12/8 12/9
scope [1]   4/11
seated [1]   3/3
second [1]   11/5
Section [1]   16/4
see [6]   5/20 7/24 10/4 13/19
  15/12 15/16
seek [1]   13/2
seems [1]   10/2
sell [1]   6/17
selling [4]   5/15 5/18 5/25
  6/20
sense [2]   7/20 15/2
session [1]   3/5
set [1]   4/7
settle [3]   8/19 9/7 9/14
settlement [4]   6/25 9/10 9/19
  15/6
seven [2]   5/5 5/11
seven-figure [1]   5/11
shanle [1]   5/11
sheet [1]   12/7
SHEPPARD [2]   2/7 3/16
sheppardmullin.com [1]   2/10
short [2]   7/24 15/13
shot [3]   10/8 13/18 15/13
sign [1]   15/14
since [1]   5/15
six [1]   10/14
skill [1]   14/16
small [2]   8/7 8/9
smaller [1]   6/22
so [14]   3/23 4/4 4/10 5/10
  5/24 8/22 8/24 11/3 11/7 11/24
  12/11 13/1 14/14 14/17
some [12]   6/25 7/2 7/3 7/11
  7/14 7/21 8/3 8/25 10/5 10/18
  12/18 14/2
something [1]   12/16
sometimes [1]   5/19
somewhat [1]   7/15
sounds [1]   10/16
speculating [1]   6/18
spend [2]   9/13 9/18
spent [1]   9/15
St. [2]   11/7 13/17
St. Louis [2]   11/7 13/17
stage [1]   5/21
state [1]   3/9
stated [1]   7/22
STATES [4]   1/1 3/4 16/4 16/9
stations [1]   3/25
stay [4]   7/23 15/2 15/7 15/14
stenographically [1]   16/6
STEVE [2]   2/8 3/16
still [3]   5/24 8/10 10/11
stopped [1]   7/18
stores [2]   5/16 6/23
story [1]   3/20
Street [1]   1/23
strongly [1]   9/3
subject [1]   8/11
success [1]   14/4
successfully [1]   13/25
such [1]   9/5
sufficient [1]   12/23
Suite [1]   2/4

support [1]   12/24
sure [1]   11/24

**T**

take [3]   6/8 10/8 15/13
talk [5]   4/11 9/14 10/17 11/12
  15/8
talking [4]   9/1 9/2 9/19 15/11
talks [1]   7/14
tardiness [1]   3/17
Target [3]   5/17 6/9 6/20
TECHNOLOGIES [3]   1/6 3/8 3/12
telephone [1]   7/5
tell [1]   11/13
telling [1]   7/8
Temple [1]   1/23
tend [1]   10/19
tendency [1]   9/16
terms [4]   4/5 4/16 7/14 11/5
Tevrizian [2]   14/5 14/7
than [3]   4/22 10/13 13/24
Thank [3]   15/18 15/19 15/20
that [91]
that's [8]   5/23 8/10 8/20 9/21
  10/10 12/11 13/5 13/15
the TRO [1]   6/7
them [2]   5/16 8/21
then [5]   6/5 6/7 10/13 11/21
  12/9
theories [1]   13/5
there [11]   5/2 6/24 7/2 9/11
  9/15 10/5 11/1 11/1 11/8 12/23
  14/4
there's [8]   4/4 9/9 10/3 10/8
  10/20 11/11 13/24 15/4
these [3]   5/3 5/14 6/3
they [6]   6/20 8/20 8/22 13/14
  15/9 15/13
they're [2]   6/14 8/22
they've [2]   4/7 8/21
thing [2]   12/8 13/6
things [2]   3/18 11/12
think [18]
this [21]
those [3]   11/4 12/10 14/17
thought [1]   8/11
three [1]   10/12
through [1]   4/9
throughout [1]   5/16
time [13]   5/8 5/10 7/1 7/24
  8/5 9/6 10/9 10/24 11/18 11/21
  13/8 13/23 14/14
times [1]   8/1
Title [1]   16/4
today [2]   12/13 15/7
together [1]   14/13
told [1]   9/22
took [1]   7/4
Town [1]   2/8
transaction [1]   14/18
transcript [3]   1/15 16/5 16/7
transpired [1]   8/16
trial [2]   11/18 11/21
tried [1]   12/25
TRO [5]   5/21 6/7 8/17 12/15
  13/9
true [3]   8/10 9/21 16/5
trying [2]   4/9 6/14
two [2]   10/12 14/17
type [1]   14/18

**U**

U.S [1]   14/13

**U**

**U.S. [1]**   14/13
**U.S. Attorney's [1]**   14/13
**Uh [1]**   5/1
**Uh-huh [1]**   5/1
**unambiguous [1]**   12/25
**unambiguously [1]**   13/11
**uncomfortable [1]**   9/5
**unconscious [1]**   8/5
**under [3]**   4/20 6/3 9/9
**understand [4]**   3/21 5/14 11/25 13/7
**understanding [2]**   5/2 9/1
**UNITED [4]**   1/1 3/4 16/4 16/9
**universe [1]**   9/1
**unreal [1]**   8/5
**up [5]**   4/18 5/15 7/10 7/12 12/16
**upon [1]**   5/4
**used [3]**   4/1 9/17 13/25
**usual [1]**   9/20

**V**

**VBK [1]**   1/8
**very [7]**   7/3 8/21 14/8 14/8 14/15 14/15 14/16
**video [1]**   4/1
**view [3]**   5/11 11/16 11/16
**viewpoint [1]**   4/15

**W**

**wait [1]**   15/16
**waiting [1]**   10/12
**Wal [6]**   5/17 5/21 6/9 6/14 6/20 6/21
**Wal-Mart [4]**   5/17 6/9 6/14 6/20
**Wal-Mart's [1]**   5/21
**Wal-Mart.com [1]**   6/21
**want [7]**   4/10 10/9 11/11 11/13 15/8 15/13 15/13
**wanted [3]**   12/13 12/19 13/6
**wants [2]**   11/19 13/22
**was [17]**
**wasn't [1]**   11/1
**water [1]**   9/9
**way [1]**   14/12
**we [35]**
**we'll [4]**   5/10 13/19 15/12 15/21
**we're [9]**   4/20 4/24 9/1 9/2 9/19 11/5 13/15 13/17 15/11
**we've [3]**   4/3 8/21 11/8
**well [14]**   4/7 5/15 5/20 6/9 6/13 7/19 9/11 9/18 10/15 12/20 13/15 14/7 14/15 15/7
**were [13]**   3/18 5/21 6/20 6/22 7/2 7/15 8/7 12/24 13/8 13/9 13/14 14/12 15/22
**WESTERN [1]**   1/3
**what [21]**
**what's [3]**   4/14 8/11 12/22
**when [1]**   13/3
**where [6]**   5/17 7/22 9/8 9/25 13/13 15/4
**whether [2]**   6/15 15/16
**which [3]**   6/8 7/9 8/1
**who [4]**   6/11 7/8 11/19 14/8
**whole [3]**   4/4 11/10 11/11
**whom [1]**   7/8
**why [2]**   7/18 9/18
**will [2]**   6/16 12/9
**willing [1]**   7/22

**wireless [1]**   4/1
**without [6]**   7/3 7/15 7/16 7/25 10/22 13/3
**won't [3]**   6/6 11/22 11/22
**would [12]**   3/19 8/8 8/10 9/2 9/7 9/10 10/7 10/9 12/3 12/6 14/18 15/14
**written [2]**   8/22 13/1
**wrong [1]**   10/2
**www.patcuneo.com [1]**   1/25

**X**

**Xbox [1]**   4/2

**Y**

**Yankees [1]**   11/7
**Yannuzzi [1]**   7/6
**yeah [2]**   8/10 9/11
**yes [9]**   4/19 5/13 6/2 6/3 7/4 8/12 13/12 14/11 14/20
**yet [2]**   4/23 6/15
**you [41]**
**you'll [2]**   10/23 11/21
**you're [2]**   13/7 15/10
**you've [1]**   11/24
**your [24]**
**yours [1]**   9/17