# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1085

**NYKO TECHNOLOGIES, INC., a California corporation,**

*Plaintiff - Appellant*



FILED
CLERK, U.S. DISTRICT COURT

2/19/15

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MAT_____ DEPUTY

v.

**ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,**

*Defendants - Appellees*

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-03001-GAF-VBK, Judge Gary Feess.

## MANDATE

In accordance with the judgment of this Court, entered January 12, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $365.04 were determined and taxed against the appellant.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Gerrit Warren Bleeker
Graham Marc Buccigross
Clerk of Court, Central District of California (Los Angeles)
Steven Mark Hanle
Syed A. Hasan
Matthew M. Mueller
Katherine L. Quigley
Daniel Nicholas Yannuzzi

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NYKO TECHNOLOGIES, INC., a California corporation,**
*Plaintiff-Appellant,*

v.

**ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation, AND PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,**
*Defendants-Appellees.*

_____

2014-1085

_____

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-03001-GAF-VBK, Judge Gary Feess.

_____

**JUDGMENT**

_____

ART HASAN, Christie, Parker & Hale, LLP, of Glendale, California, argued for plaintiff-appellant. With him on the brief were G. WARREN BLEEKER and KATHERINE L. QUIGLEY.

  STEVEN M. HANLE, Sheppard, Mullin Richter & Hampton LLP, of Costa Mesa, California, argued for defendants-appellees. With him on the brief were GRAHAM M. BUCCIGROSS, MATTHEW M. MUELLER, and DANIEL N. YANNUZZI, of San Diego, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

  PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

          ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| January 12, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |