1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     DANIEL N. YANNUZZI, Cal. Bar No. 196612
2    dyannuzzi@sheppardmullin.com
     12275 El Camino Real, Suite 200
3    San Diego, California  92130-2006
     Telephone:   858.720.8900
4    Facsimile:    858.509.3691

5    Attorneys for Performance Designed
     Products LLC, Energizer Holdings, Inc.,
6    and Eveready Battery Co., Inc.

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   NYKO TECHNOLOGIES, INC. a          Case No. CV12-03001 GAF-VBK
     California Corporation,
12                                       **DEFENDANTS' STATUS REPORT**
                     Plaintiff,          **FOLLOWING ISSUANCE OF**
13                                       **MANDATE AND REQUEST FOR**
            v.                           **CLARIFICATION**
14
     ENERGIZER HOLDINGS, INC. a
15   Missouri Corporation, EVEREADY
     BATTERY CO., INC., a Delaware      The Hon. Gary A. Feess
16   Corporation, and PERFORMANCE
     DESIGNED PRODUCTS LLC, a           Appellate Mandate Entered:
17   California Limited Liability Company,   February 19, 2015

18                    Defendants.

19

20

21

22

23

24

25

26

27

28

Defendants Energizer Holdings, Inc., Eveready Battery Co., Inc., and Performance Designed Products, LLC hereby file a Status Report and Request for Clarification regarding the remand proceedings in the case.  Defendants have advised Nyko of their intent to provide the Court with a status report regarding issues remaining on remand, but Nyko declined to join Defendants in their status report.

## A. Background

On October 1, 2013, this Court granted summary judgment for Defendants, finding the patent-in-suit invalid under 35 U.S.C. 102(b).  (ECF No. 205.)  On November 8, 2013, Plaintiff Nyko appealed this decision to the Federal Circuit Court of Appeals.  (ECF No. 210.)  Defendants, as the prevailing party, subsequently applied to the Clerk to Tax Costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.  (ECF No. 211.)  A hearing on Defendants' Application was originally set for December 5, 2013.  (*Id.*)

On January 12, 2015, the United States Court of Appeals for the Federal Circuit issued its mandate, affirming this Court's decision in this case and entering judgment for Defendants.  (ECF No. 223.)  The Clerk entered the mandate in this case on February 19, 2015.  (*Id.*)  Accordingly, Defendants are the "prevailing party" for purposes of costs under Federal Rule of Civil Procedure 54 and Local Rule 54-1, since mid-February 2015.

## B. Issues Remaining on Remand

The sole remaining issue before the Court on remand is Defendants' November 18, 2013 Application to Tax Costs.  (ECF No. 11.)  This application has been fully briefed by the parties.  Nyko filed its objections to the Application on November 25, 2013 (ECF No. 216), and Defendants filed their Reply in support of its application on December 2, 2013, (ECF No. 218).

Defendants request that the Court provide guidance regarding whether a Supplemental Application to Tax Costs or Motion to Renew Application to Tax

Case No. CV12-03001 GAF-VBK
STATUS REPORT AND REQUEST FOR CLARIFICATION

1    Costs is anticipated or of assistance to the Court.  Neither Local Rule 54 nor the Bill

2    of Costs Handbook for the Central District of California (to which the Local Rule

3    directs counsel) clarifies whether an Application for Costs should be renewed or

4    supplemented after entry of an appellate mandate affirming the district court's

5    judgment (thus cementing the "prevailing party" status), or the original Application

6    for Costs stands as briefed, and will be acted upon by the Clerk.  *Available at*

7    https://www.cacd.uscourts.gov/sites/default/files/documents/LRs%20Effective%202

8    015%20December%201%20-%20Chapter%201_0.pdf and

9    https://www.cacd.uscourts.gov/sites/default/files/documents/Bill-of-Costs-

10   Handbook_0.pdf .

11          Indeed, the only reference to costs procedures on remand covers applications

12   in the district court to tax costs on appeal pursuant to Federal Rule of Appellate

13   Procedure 39(e).  *E.g.*, C.D. Cal. L.R. 54-4; C.D. Cal. Bill of Costs Handbook.

14   Local Rule 54-7 otherwise ambiguously provides that "After considering any

15   objections to the Proposed Bill of Costs and any responses thereto, the Clerk shall

16   tax costs to be included on the docket."  *See also* C.D. Cal. Bill of Costs Handbook.

17          Defendants understand that the Central District of California maintains a busy

18   docket and is limited in staff to address such applications.  Accordingly, Defendants

19   seek guidance from the Court regarding whether a renewal or supplementation of

20   the Application would be of assistance, or whether the Clerk will act upon the

21   Application as submitted and briefed.  Defendants further seek clarification

22   regarding whether a new hearing on the Application will be set by the Court.

23

24

25

26

27

28

Case No. CV12-03001 GAF-VBK

STATUS REPORT AND REQUEST FOR CLARIFICATION

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Daniel N. Yannuzzi_____
DANIEL N. YANNUZZI

Attorney for Energizer Holdings, Inc.,
Eveready Battery Company, Inc., and
Performance Designed Products LLC

SMRH:476136151.1

**CERTIFICATE OF SERVICE**

The undersigned, counsel for Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc., hereby certifies that a true and correct copy of the attached document was made available for viewing and downloading through the CM-ECF (Electronic Case Filing) system to all counsel of record who are registered to receive a Notice of Electronic Filing for this case.

Executed on May 9, 2016, at San Diego, California.

*s/Daniel N. Yannuzzi*
DANIEL N. YANNUZZI