E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-03001-GAF (VBK) | Date | May 13, 2016 |
|---|---|---|---|
| Title | *NYKO Technologies Inc. v. Energizer Holdings Inc., et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Defendants' Status Report Following Issuance of Mandate and Request for Clarification [Dkt. No. 224]

The Court has reviewed and considered Defendants Performance Designed Products LLC, Energizer Holdings, Inc., and Eveready Battery Co., Inc's ("Defendants") "Status Report Following Issuance of Mandate and Request for Clarification" ("Status Report"), filed on May 9, 2016.  In the Status Report, Defendants state that the only remaining issue to be determined by the Court, following issuance of the Ninth Circuit's Mandate on February 19, 2015, is Defendants' "Application to the Clerk to Tax Costs," filed on November 18, 2013.  Defendants ask the Court for guidance as to whether an amended application should be filed.  We hereby direct Defendants to file an all-inclusive amended application to tax costs and to bring the matter before the Clerk of Court pursuant to Local Rule 54-2.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |